David R. Johanson          (*pro hac vice*)
Douglas A. Rubel           (*pro hac vice*)
HAWKINS PARNELL & YOUNG, LLP
1776 Second Street
Napa, California 94559
Telephone: (707) 299-2470
Facsimile: (707) 581-1704
Email: djohanson@hpylaw.com

William M. Harstad          (8942)
CARLSMITH BALL LLP
1001 Bishop Street, Suite 2100
Honolulu, HI 96813
Telephone: (808) 523-2500
Facsimile: (808) 523-0842
Email: wharstad@carlsmith.com

Attorneys for Defendants
BRIAN J. BOWERS and DEXTER C. KUBOTA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United Stated Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>SHARON L. HERITAGE, as successor to Nicholas L. Saakvitne, Deceased, *et al.*,<br><br>Defendants. | Civil No. 1:18-cv-155-SOM-WRP<br><br>DEFENDANTS BRIAN J. BOWERS' AND DEXTER C. KUBOTA'S MOTION TO COMPEL DISCOVERY FROM PLAINTIFF ACTING SECRETARY OF LABOR |

Defendants Brian J. Bowers and Dexter C. Kubota (collectively, the

"Defendants"), by counsel and pursuant to Federal Rules of Civil Procedure 26 and

37, hereby move this Court to compel discovery from Plaintiff, Patrick Pizzella, Acting Secretary of Labor (the "Secretary").[1] Without appropriate justification or excuse, the Secretary has failed to produce documents necessary to the defense of the claims herein and which documents are typically produced in discovery in cases such as this one.

As detailed in the accompanying Memorandum of Law in Support of Defendants Brian J. Bowers and Dexter C. Kubota's Motion to Compel Discovery from the Acting Secretary of Labor, the parties have met and conferred numerous times in an effort to resolve this discovery dispute – to no avail.

Defendants seek the following relief:

1.      An order compelling the Secretary to produce all of the documents listed on his Second Supplemental Privilege Log; and

2.      An order compelling the Secretary to produce documents relating to his investigations of Nicholas L. Saakvitne, deceased, and Nicholas L. Saakvitne, A Professional Corporation.

In support of this Motion to Compel Discovery from the Acting Secretary of Labor (this "Motion to Compel"), the Defendants submit the accompanying Memorandum of Law in Support of Defendants Brian J. Bowers and Dexter C.

---

[1] Mr. Acosta has resigned as Secretary of Labor. On July 20, 2019. Patrick Pizzella became the Acting Secretary of Labor. Mr. Pizzella's counsel has not yet substituted Mr. Pizzella's appearance pursuant to Federal Rule of Civil Procedure 25(d).

Kubota's Motion to Compel Discovery from the Acting Secretary of Labor, the Declaration of David R. Johanson in Support of Defendants Brian J. Bowers' and Dexter C. Kubota's Motion to Compel Discovery from the Acting Secretary of Labor, and accompanying exhibits. Defendants also submit a proposed Order granting this Motion to Compel.

WHEREFORE, the Defendants respectfully request that the Court grant their Motion to Compel.

DATED:  Honolulu, Hawai'i, September 14, 2019.

/s/ David R. Johanson
DAVID R. JOHANSON, *PRO HAC VICE*
DOUGLAS A. RUBEL, *PRO HAC VICE*
WILLIAM M. HARSTAD (8942)

Attorneys for Defendants
BRIAN J. BOWERS and DEXTER C. KUBOTA