UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United Stated Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>SHARON L. HERITAGE, as successor to Nicholas L. Saakvitne, Deceased, *et al.*,<br><br>Defendants. | Civil No. 1:18-cv-155-SOM-WRP<br><br>CERTIFICATE OF SERVICE |

I hereby certify that I caused service of the foregoing document to be accomplished by operation of this Court's electronic filing system on the following persons on the date of filing hereof:

    KATE S. O'SCANNLAIN, SOLICITOR OF LABOR
    JANET M. HEROLD, REGIONAL SOLICITOR
    IAN H. ELIASOPH, ESQ.
    CHERYL L. ADAMS, ESQ.
    JENNIFER L. STA.ANA, ESQ.
    Office Of The Solicitor
    U.S. Department Of Labor
    900 7th Street, Suite 3-700
    San Francisco, CA 94103
    (Adams.Cheryl.L@dol.gov)
    (Eliasoph.Ian@dol.gov)
    (StaAna.Jennifer.L@dol.gov)

GRACE KIM, ESQ.
NISHA PAREKH, ESQ.
Office Of The Solicitor
U.S. Department Of Labor
350 S. Figueroa St., Suite 370
Los Angeles, CA 90071
(Kim.Grace@dol.gov)
(Parekh.Nisha@dol.gov)

    Attorneys for Plaintiff

DAVID R. JOHANSON, ESQ.
DOUGLAS A. RUBEL, ESQ.
HAWKINS PARNELL & YOUNG LLP
1776 Second Street
Napa, CA 94559
Telephone: (707) 299-2470
Facsimile: (707) 581-1704

WILLIAM M. HARSTAD, ESQ.
IAN R. WESLEY-SMITH, ESQ.
CARLSMITH BALL LLP
ASB Tower, Suite 2100
1001 Bishop Street
Honolulu, HI 96813

    Attorneys for Defendants
    BRIAN J. BOWERS and DEXTER C. KUBOTA

ROBERT E. CHAPMAN, ESQ.
SCOTT I. BATTERMAN, ESQ.
CLAY CHAPMAN IWAMURA PULICE & NERVELL
Topa Financial Center
700 Bishop Street, Suite 2100
Honolulu, Hawai'i 96813
(rchapman@paclawteam.com)
(sib@paclawteam.com)

    Attorneys for Nominal Defendant
    BOWERS + KUBOTA CONSULTING, INC.

JEFFREY S. PORTNOY, ESQ.
CADES SCHUTTE LLP
1000 Bishop Street, Suite 1200
Honolulu, Hawai'i 96813
(jportnoy@cades.com)

DONALD L. HAVERMANN, ESQ.
SEAN K. MCMAHAN, ESQ.
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(donald.havermann@morganlewis.com)
(sean.mcmahan@morganlewis.com)

AL HOLIFIELD, ESQ.
HOLIFIELD, JANICH, RACHAL, FERRERA PLLC
700 12th NW, Suite 700
Washington, DC 20005
(aholifield@holifieldlaw.com)

   Attorneys for Defendants
   NICHOLAS L. SAAKVITNE, A LAW CORPORATION
   SHARON L. HERITAGE, as successor to Nicholas L. Saakvitne, Deceased.

DATED:  Honolulu, Hawai'i, September 14, 2019

                                          */s/ David R. Johanson*
                                          DAVID R. JOHANSON
                                          DOUGLAS A. RUBEL
                                          WILLIAM M. HARSTAD

                                          Attorneys for Defendants
                                          BRIAN J. BOWERS and DEXTER C. KUBOTA