CHRISTINE Z. HERI
Regional Solicitor
RUBEN R. CHAPA
Counsel for ERISA
U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn St., Suite 844
Chicago, Illinois 60604
T: (312) 353-6993 | F: (312) 353-5698
chapa.ruben@dol.gov
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| EUGENE SCALIA, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>SHARON L. HERITAGE, as successor to Nicholas L. Saakvitne, Deceased, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-155-SOM-WRP<br><br><br>**LOCAL RULE 37.1 MEET-AND-CONFER STATEMENT** |

I, Jing Acosta, representing Plaintiff **EUGENE SCALIA**, Secretary of Labor, U.S. Department of Labor ("Secretary") hereby certify that:

On July 24, 2020 and July 27, 2020, via teleconference, myself and Austin Case representing the Secretary, conferred with David Johanson and Doug Rubel representing Defendants Bowers and Kubota, Sean McMahan representing

Defendants Heritage and Saakvitne Law Corp. (only on July 24, 2020), and Scott Batterman representing Defendant Bowers + Kubota Consulting, Inc. (only on July 27, 2020), in the above-captioned matter.  On the aforementioned dates, the parties discussed the Secretary's objections to producing documents and information requested by Defendants Bowers and Kubota in their discovery requests. The Secretary and Defendants Bowers and Defendant Kubota were unable to resolve this discovery dispute.

Dated:  July 29, 2020

Respectfully submitted,

**KATE S. O'SCANNLAIN**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

**RUBEN R. CHAPA**
ERISA Counsel

s/ Jing Acosta
**JING ACOSTA**
Trial Attorney
Attorneys for **EUGENE SCALIA**,
Secretary of Labor, United States
Department of Labor, Plaintiff

Office of the Solicitor
U.S. Department of Labor
230 S. Dearborn Street, Room 844
Chicago, Illinois 60604
Telephone: (312) 353-6993
Email: chapa.ruben@dol.gov