CHRISTINE Z. HERI
Regional Solicitor
RUBEN R. CHAPA
Counsel for ERISA
ELISABETH NOLTE
Trial Attorney
U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn St., Suite 844
Chicago, Illinois 60604
T: (312) 353-7837 | F: (312) 353-5698
Nolte.Elisabeth.P@dol.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN J. WALSH,[1] Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>SHARON L. HERITAGE, as successor to Nicholas L. Saakvitne, Deceased, *et al.*,<br><br>Defendants. | 1:18-cv-155-SOM-WRP<br><br>**SECRETARY OF LABOR'S MOTION *IN LIMINE* NO. 1: EXCLUSION OF EXPERT TESTIMONY AND REPORTS OF HOWARD L. KAPLAN AND RENEE R. MCMAHON**<br><br>JUDGE: Hon. Susan Oki Mollway |

Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor ("Secretary"), hereby moves the Court to preclude Defendants Brian J.

---

[1] By operation of law, Martin J. Walsh, Secretary of Labor, is substituted for former Acting Secretary of Labor Milton Al Stewart. Fed. R. Civ. P. 25(d).

Bowers and Dexter C. Kubota ("Defendants Bowers and Kubota" or "Defendants") from introducing the expert testimony (via declaration or otherwise) and reports of Howard L. Kaplan and Renee R. McMahon at trial. As set forth in the Secretary's Memorandum in Support and accompanying exhibits filed herewith, the Court should exclude the testimony and reports of McMahon and Kaplan because Federal Rule of Civil Procedure 37 provides for such exclusion to remedy Defendants Bowers's and Kubota's failure to timely identify McMahon and Kaplan as their expert witnesses, the opinions of McMahon and Kaplan are needlessly cumulative under Federal Rule of Evidence 403, exclusion is consistent with public policy, and the reports are inadmissible hearsay under Federal Rule of Evidence 802.

Pursuant to Local Rule 7.8, on March 15, 2021, the parties through counsel conducted a telephonic conference regarding this motion in limine. The parties were unable to resolve this dispute.

WHEREFORE, the Secretary respectfully requests the Court grant his Motion to exclude the expert testimony and reports of McMahon and Kaplan.

Dated: April 16, 2021

Respectfully submitted,

**ELENA S. GOLDSTEIN**
Deputy Solicitor

**CHRISTINE Z. HERI**
Regional Solicitor

/s/*Elisabeth Nolte*
**ELISABETH NOLTE**
Trial Attorney

Attorneys for MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, Plaintiff