## VALUATION ANALYSIS

# Bowers + Kubota Consulting, Inc.

As of December 14, 2012
Issued on November 19, 2020





Valuation / Business Appraisal | Merger & Acquisition Advisory | Ownership Transition Planning | ESOP Services | Business Planning

DOL Exhibit 709

**Appendix B: USPAP Certification**

I certify that, to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.

The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest with respect to the parties involved.

I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

My engagement in this assignment was not contingent upon developing or reporting predetermined results.

My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with *Uniform Standards of Professional Appraisal Practice*.

With the exception of John Dermody, who provided appraisal review and financial analysis assistance, no one provided significant business valuation assistance to the person(s) signing this certification.

In accordance with the terms of our engagement letter, distribution of this report, which is to be distributed only in its entirety, is intended and restricted to the subject company, its management, shareholders and advisors.

Ian C. Rusk, ASA
**Rusk O'Brien Gido + Partners, LLC**



November 19, 2020

Mr. David R. Johanson
Senior Partner
Hawkins Parnell & Young, LLP
1776 Second Street
Napa, CA 94559

**Valuation of the Common Stock of Bowers + Kubota Consulting, Inc. as of December 14, 2020**

Dear Mr. Johanson:

I, Ian C. Rusk, on behalf of Rusk O'Brien Gido + Partners, LLC, have been engaged by Hawkins Parnell & Young, LLP as counsel for Brian J. Bowers to prepare an analysis of the fair market value of 100% of the common stock of Bowers + Kubota Consulting, Inc. ("Bowers + Kubota" or "the Company") as of December 14, 2012 ("the Valuation Date"). The Valuation Date represents the date on which the Bowers + Kubota Consulting, Inc. Employee Stock Ownership Plan and Trust (the "ESOP") purchased 100% of the Company's common stock from the Brian J. Bowers Trust dated December 22, 2010 and the Dexter C. Kubota Trust dated March 17, 2006 (the "Transaction").

We understand that the Transaction is the subject of litigation brought by the U.S. Secretary of Labor, Mr. Eugene Scalia (the "Plaintiff") against the ESOP (nominal defendant); the ESOP's sole independent trustee and fiduciary, Mr. Nicholas L. Saakvitne, deceased; Nicholas L. Saakvitne, a Law Corporation; Mr. Saakvitne's surviving wife, Sharon L. Heritage; the Company (nominal defendant); and Messrs. Bowers and Kubota (collectively, the "Defendants") in the United States District Court, District of Hawaii, Case No. 1:18-cv-155 ("this Litigation"), and that our analysis is to be used as evidence in favor of the Defendants in the defense of this Litigation. Given that the Transaction involved the sale of 100% of the Company's issued and outstanding capital stock, conveying complete voting control and all of the powers associated with that control, including annual election of the board of directors, to the ESOP trustee, we have prepared our valuation analysis on a controlling interest ownership basis.

I prepared this analysis and expert report in accordance with Internal Revenue Service ("IRS") Revenue Ruling 59-60 (1959-1, CB 237) and the Uniform Standards of Professional Appraisal Practice ("USPAP") promulgated by the Appraisal Standards Board of The Appraisal Foundation.

**Assignment and Compensation**

My compensation for this assignment is at the hourly rate of $350.00 and related hourly charges of between $2,000.00 and $4,000.00 for assistance provided by employees of my firm Rusk O'Brien Gido + Partners LLC. My compensation is not contingent upon my conclusions or the outcome of this Litigation.

i

## Summary of Qualifications and Experience

The opinions expressed are based on my twenty-two years of experience personally conducting business appraisals and providing merger and acquisition and ESOP advisory services for hundreds of architecture, engineering and environmental consulting firms, large and small, throughout the U.S. and abroad with a focus on business valuation / appraisal, ownership planning, ESOP advisory services, mergers & acquisitions, and strategic planning. Attached hereto as Exhibit A is my curriculum vitae.

## Testimony During Last Five Years

McDonough Associates, Inc. David Leibowitz, Chapter 7 Trustee of McDonough Associates, Inc., Plaintiff, v. Bowman International, Inc. f/k/a/ Bowman International, LLC and Bowman Consulting Group, Ltd., U.S. District Court, Northern District of Illinois, Case No.15 C 3021; Deposition date April, 25, 2016.

## Publications During Last 15 Years

I have been a contributing editor and co-author of the following publications in the last 15 years:

- *The Valuation Survey of A/E/P and Environmental Consulting Firms*, (2003 through 2009 editions) ZweigWhite (Natick, MA)

- *The Insider's Guide to Ownership Transition Planning*, ZweigWhite (Natick, MA)

- *The A/E Business Valuation and Merger & Acquisition Transactions Study*, (2014 – 2019 editions), Rusk O'Brien Gido + Partners, LLC (Sudbury, MA)

- *2015 A/E Ownership Transition Study*, Co-published by Practice Lab, Inc. and Rusk O'Brien Gido + Partners, LLC (Sudbury, MA)

## Documents Considered

I reviewed and considered the following documents in issuing this Report:

Internal Sources:
1. Documents produced by Robert H.Y. Leong & Company, CPAs, including:
   a. Combined Financial Statement 2010 (RHYL000549-000587);
   b. Combined Financial Statement 2011 (RHYL000588-000679)
   c. ESOP Transaction Documents (RHYL000207-RHYL000548);
   d. Permanent File (RHYL000001-000206);
   e. Work Papers 2008 (RHYL001155-001490);
   f. Work Papers and Tax Returns 2009 (RHYL001491-001781);
   g. Work Papers and Tax Returns 2010 (RHYL001782-002120);
   h. Work Papers and Tax Returns 2011 (RHYL002121-002435);
   i. Work Papers and Tax Returns 2012 (RHYL002436-002855)
2. Interim financial statements for the Company for eight months ended August 31, 2012, prepared by Robert H.Y. Leong & Company, CPAs (RHYL000680-RHYL000836);
3. Pro forma financial statements for the Company prepared by management on December 6, 2012, for the projected fiscal year ended December 31, 2012 (LIBRA-DOL INV 004976-004980);
4. Supporting contract backlog report prepared by the Company's management on December 6, 2012 (LIBRA-DOL INV 004975, 004982-004985);
5. Amended and Restated Articles of Incorporation Bowers + Kubota Consulting, Inc. (RHYL000359-000365)
6. Amended and Restated By-laws of Bowers + Kubota Consulting, Inc. (RHYL000366-000379);

7. Federal and state (Hawaii) corporate tax returns for FY 2009 – 2011 for the Company (RHYL001491-002435);
8. Bowers + Kubota Consulting, Inc. Employee Stock Ownership Plan (Effective as of January 1, 2012) (RHYL000213-000321)
9. Bowers + Kubota Consulting, Inc. Employee Stock Ownership Trust Agreement (RHYL000313-000321);
10. Bowers + Kubota Consulting, Inc. Employee Stock Ownership Plan Summary Plan Description (RHYL000322-000352)
11. Bowers + Kubota Consulting, Inc. Resolutions of Board of Directors By Unanimous Written Consent Without a Meeting (RHYL000353-000354);
12. Joint Action of the Directors and Shareholders of Bowers + Kubota Consulting, Inc. (RHYL000355-000358).
13. ESOP Stock Purchase Agreement with Exhibits (RHYL000380-000464);
14. Bowers + Kubota Consulting, Inc. Stock Appreciation Rights Plan (draft) (RHYL00005-000023);
15. The documents and correspondence produced during discovery set forth in LIBRA-DOL INV 004340-005612;
16. Teleconference interviews conducted with the Company's senior management team on October 29, 2020;
17. Employment Agreement of Brian Bowers (RHYL000445-000454);
18. Employment Agreement of Dexter Kubota (RHYL000455-000464);
19. Restricted Use Report prepared by GMK on or about May 9, 2012 (Bowers/Kubota 007203-007214);
20. DOL Exhibit 515, URS Corporation Indication of Interest, dated December 3, 2011; and
21. Deposition Transcript of Brian J. Bowers as the Section 30(b)(6) Representative of the Company, dated October 13, 2020 (pages 1-4; 19-82 and 110-118).

External Sources:
22. The Bureau of Economic Analysis (U.S. Department of Commerce) < http://www.bea.gov/>;
23. Federal Reserve Board's Summary of Commentary on Current Economic Conditions ("The Beige Book"), prepared by the Richmond District, November 28, 2012; http://www.federalreserve.gov/monetarypolicy/beigebook/beigebook201301;
24. State of Hawai'i, Department of Business, Economic Development & Tourism, *Quarterly Statistical & Economic Report*, 3rd Quarter 2012;
25. IBISWorld, *Engineering Services—U.S. Industry Report,* Industry Code: *54133, December 2012;*
26. IBISWorld, *Architects in the U.S. Industry Report,* Industry Code: *54131, August 2012;*
27. Architectural Billings Index, The American Institute of Architects (Washington, DC), http://www.aia.org/;
28. United States Federal Reserve Statistical Release, Selected Interest Rates, http://federalreserve.gov/Releases/H15/update/;
29. Duff and Phelps' *2012 Risk Premium Report;*
30. FactSet Mergerstat, LLC, 2012 *Control Premium Study;*
31. Business Valuation Resources, DealStats (formerly Pratt's Stats) http://www.bvmarketdata.com;
32. ZweigWhite's *2012 Financial Performance Survey of Architecture, Engineering, Planning & & Environmental Consulting Firms* (Natick, MA);
33. Yahoo!® Finance;
34. Capital IQ (Standard & Poor's); and
35. IRS Revenue Ruling 59-60, 1959-1 CB 237—IRC Sec. 2031

## Company Description

Established in 1980, Bowers + Kubota Consulting, Inc. is a professional services firm headquartered in Waipahu, Hawai'i. The Company provides construction management, architecture, engineering and related services primarily to public sector clients throughout the state of Hawai'i.

## Information Sources

In developing our valuation analysis we utilized data from a variety of sources as cited above. We researched local and national economic conditions as of the Valuation Date and investigated the outlook for the Company's industry. We also investigated marketplace transactions of comparable publicly traded and privately held firms in order to develop market-based pricing indications.

Finally, we interviewed members of the Company's senior management team on October 29, 2020, in order to better understand the Company's history, condition and outlook as of the Valuation Date.

## Valuation Methods Utilized

We considered all available valuation methods including, without limitation, market-based approaches, income based approaches, and asset based approaches. Given that the Company is a going concern and as a professional service firm, is not heavily reliant on fixed assets to generate revenue and earnings, we have elected to utilize income and market-based approaches. Specifically, we developed a guideline public company method, a market transactions method, and a discounted cash flow method, and have given equal weight to each.

## Valuation Conclusion

Based on the analysis and underlying assumptions as detailed in this report, we estimate the fair market value of the common stock of Bowers + Kubota Consulting, Inc. on a controlling interest basis as of the Valuation Date, as follows:

| | |
|---|---|
| **Non-marketable Controlling Interest Equity Value** | **$ 44,600,000** |
| Total Shares Issued and Outstanding | 1,000,000 |
| **Per Share Value (pre-dilution)** | **$ 44.60** |

## Dilutive Impact of Stock Appreciation Rights

As part of the Transaction, the Company authorized 175,000 stock appreciation right units (SARs) for future issuance as employee incentives. Whereas the Company did not issue any SARs at the time of the Transaction, the authorized SARs had the potential to cause future dilution of the Company's common stock value.

We have, therefore, analyzed the theoretical dilutive impact of the authorized SARs using the Black-Scholes Option Pricing Model. This analysis is detailed in Exhibit 6 and indicates a potential dilutive impact of approximately $1,550,000 (3.5%). Adjusting for this dilutive impact results in the following indication of value:

| | |
|---|---|
| **Non-marketable Controlling Interest Equity Value** | **$ 44,600,000** |
| Less Impact of Dilution | ($1,550,000) |
| **Fully Diluted Non-marketable Controlling Interest Value** | **$ 43,050,000** |
| Total Shares Issued and Outstanding | 1,000,000 |

## Appendix C: Appraiser's Qualifications

**Ian C. Rusk, ASA**
**Managing Principal**

For over twenty years Ian has personally worked with hundreds of architecture, engineering and environmental consulting firms, large and small, throughout the U.S. and abroad with a focus on business valuation / appraisal, ownership planning, ESOP advisory services, mergers & acquisitions, and strategic planning. Prior to co-founding Rusk O'Brien Gido + Partners, Ian served as a principal in the financial advisory services group of the A/E consulting, research and publishing firm ZweigWhite.

Ian's experience includes conducting business valuations/appraisals for a variety of purposes, including internal ownership planning, merger & acquisition due diligence, litigation support and ESOP transaction & administrative purposes. He has worked with firms in almost every state in the U.S., as well as firms in Canada, Australia, the Caribbean, and the Middle East. Altogether, he has performed over 500 business appraisals of companies in the architecture, engineering and environmental consulting industries. Over 200 of these appraisals have been conducted for ESOP purposes, including annual administrative appraisals, new ESOP formations, and ESOP transaction fair market value and fairness opinions and related valuation reports.

His experience with mergers & acquisitions includes assisting both buying and selling clients through the process of acquiring a firm, or selling their firm. These services include initial strategic planning, researching the pool of potential candidates, conducting valuation analysis, initiating discussions between parties, assisting with due diligence, and advising clients during the negotiation process right through to the closing.

Ian is a professionally trained and accredited business appraiser and holds the Accredited Senior Appraiser (ASA) designation with the American Society of Appraisers. He also holds the Certified Merger & Acquisitions Advisor (CM&AA) certification from the Alliance of Merger & Acquisition Advisors. Professional affiliations include membership in the National Center for Employee Ownership (NCEO) and the ESOP Association.

Ian has conducted numerous seminars on the topic of business valuation for such organizations as Business Valuation Resources (BVR), the American Council of Engineering Companies (ACEC), the American Institute of Architects (AIA), and others. He was a contributing editor and co-author of the following publications:

- *The Valuation Survey of A/E/P and Environmental Consulting Firms*, (2003 through 2009 editions) ZweigWhite (Natick, MA)
- *The Insider's Guide to Ownership Transition Planning*, ZweigWhite (Natick, MA)
- *The A/E Business Valuation and Merger & Acquisition Transactions Study*, (2014 – 2019 editions), Rusk O'Brien Gido + Partners, LLC (Sudbury, MA)
- *2015 A/E Ownership Transition Study*, Co-published by Practice Lab, Inc. and Rusk O'Brien Gido + Partners, LLC (Sudbury, MA)

Ian received his Master of Business Administration (MBA) with a concentration in finance and entrepreneurship from the F.W. Olin Graduate School of Business at Babson College in Wellesley, Massachusetts (1999) and a Bachelor of Arts (BA) degree in Economics from Tufts University in Medford, Massachusetts (1989).

Mr. Rusk was assisted in the presentation of his conclusions by John Dermody.

**John Dermody**
**Financial Analyst**

John (Jack) Dermody joined Rusk O'Brien Gido + Partners following his graduation from Bentley University, where he received his degree in Economics-Finance with a minor in Global Studies. As a Financial Analyst, Jack assists with financial statement analysis, valuation modeling, public and private market transaction research, economic research and analysis, and preparation of report deliverables.

In addition to his valuation experience, Jack also works closely with the firm's Principals on merger and acquisition services, including researching potential acquisition targets or potential investors, developing information memorandums for clients, and assisting with transaction negotiations.

Jack is also a contributing editor for Rusk O'Brien Gido + Partners' annual *A/E Business Valuation and M&A Transactions Study*, assisting with survey data input, data compilation and analysis. Jack is currently pursuing his Chartered Financial Analyst (CFA) designation, having passed the level 1 examination.