IN THE UNITED STATES DISTRICT COURT
FOR HAWAI'I

| | |
|---|---|
| **EUGENE SCALIA,**<br>Secretary of the United States Department of Labor<br><br>                              Plaintiff,<br><br>v.<br><br>**SHARON L. HERITAGE, as successor to NICHOLAS L. SAAKVITNE, Deceased; NICHOLAS L. SAAKVITNE, A LAW CORPORATION, a California corporation; BRIAN J. BOWERS, an individual; DEXTER C. KUBOTA, an individual; BOWERS + KUBOTA CONSULTING, INC. a corporation; BOWERS + KUBOTA CONSULTING, INC. EMPLOYEE STOCK OWNERSHIP PLAN,**<br><br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:18 - cv - 155 |

**ADDENDUM  TO  EXPERT REPORT
AND DISCLOSURES  OF GREGORY K. BROWN AND
GREGORY K. BROWN REBUTTAL REPORT TO
EXPERT REPORTS OF MARK JOHNSON AND STEVEN J. SHERMAN**

This is an Addendum to the Expert Report and Disclosures of Gregory K. Brown, dated November 19, 2020 (the "Expert Report") and Gregory Brown Rebuttal Report to Expert Reports of Mark Johnson and Steven J. Sherman dated November 19, 2020 (the "Rebuttal Report") with respect to Scalia v. Heritage, in the United States District Court, for the District of Hawaii, No. 1:18-cv-155.

1.  The Expert Report is modified by adding the following to "Documents Considered":

"66.  DOL Exhibit 583 (Bowers to Hoose Email dated October 16, 2011

67.  BK Exhibit 273 (Bowers + Kubota Projected vs. Actual 2013-2017 (Chart) prepared by Gregory E. Kniesel, ASA"

76286700.1

DOL Ex. 725

2.  The Rebuttal Report is modified by adding the following to "Documents Considered":

"68.  DOL Exhibit 583 (Bowers to Hoose Email dated October 16, 2011

   69.  BK Exhibit 273 (Bowers + Kubota Projected vs. Actual 2013-2017 (Chart) prepared by Gregory E. Kniesel, ASA"

3.  The following is substituted for the third paragraph of Opinion number 6 of the Expert Report, paragraph 7 of the Rebuttal Report for Johnson and paragraph 3 of the Rebuttal Report for Sherman:

The URS indication of interest letter dated December 5, 2011, was, in my experience, a red herring with respect to the December 14, 2012, B+KC ESOP transaction inasmuch as it was based on the limited information furnished to URS by the Company. This information did not include the comprehensive financial projections and other relevant information that Mr. Bowers later furnished to Libra to enable it to prepare its fair market value analysis and reach fair market value conclusions. (Bowers Second Deposition, page 100:14-17 and 22-25; DOL Exhibit 583, Bowers to House e-mail dated October16, 2011; DOL Exhibit 687, Follow-up Questions and Answers between Gregory E. Kniesel, ASA,and B+KC dated November 15, 2012). The proposal was ultimately dismissed by the Company's Board of Directors and Sellers. Moreover, the URS indication of interest letter states that it is not an offer and that URS was not obligated to make an offer: no offer was made by URS. Such proposals are all too common and of little or no value.

January 25, 2021

_Gregory K Brown_

_____

Gregory K. Brown

2