# Expert Report of
# Kenneth J. Pia, Jr., CPA, ABV, ASA, MCBA of Marcum LLP

In the Matter of

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage, et al., U.S. District Court for the District of Hawaii, Civil Action No. 1:18- cv-155-SOM-VVRP

DOL Exhibit 728

Dated: December 24, 2020

David R. Johanson, Esq.
Douglas A. Rubel, Esq.
December 24, 2020

and the Court in the Saakvitne Litigation ("Permitted Users") regarding the stated purpose of this Report.

As presented in the Report, it is our opinion that the fair market value of the Subject Interest on the Valuation Date was $43,467,000 million, or $43.47 per share, based on 1,000,000 shares outstanding.

Further, I will present the following additional opinions in this matter:

- The valuation analysis and report of B+KC prepared by Gregory E. Kniesel, ASA of Libra Valuation Advisors, Inc. ("LVA") at the valuation date were prepared in accordance with generally accepted valuation principles and standards, and the conclusions of fair market value reached by him were within a reasonable range, and did not represent more than "adequate consideration" as defined under ERISA.

- Steven J. Sherman of Loop Capital Financial Consulting Services, LLC manipulated three key valuation adjustments in his analysis, which required his subjective judgment when "adjusting" the LVA valuation model, all of which resulted in an unsupported substantial decrease in fair market value of B+KC. Furthermore, these purported "adjustments" violated generally accepted valuation principles.

- Based on the above conclusions, it is my opinion that the Bowers + Kubota Consulting, Inc. Employee Stock Ownership Plan and Trust (the "B+KC ESOP") did not suffer any economic or other damages as a result of the purchase price paid by the B+KC ESOP to the sellers on the Valuation Date based on the LVA valuation.

As is customary in this type of engagement, I will continue to review my analysis. I will consider any additional relevant information received subsequent to the date of this report, and I will update my analysis and opinions as appropriate.


Sincerely,

MARCUM LLP

_____

Kenneth J. Pia, Jr., CPA, ABV, ASA, MCBA



Page ii

# 1. EXECUTIVE SUMMARY

A.  I performed a retrospective valuation of B+KC as of December 14, 2012 in accordance with applicable professional standards that apply to the performance of such engagements, and used only information, documentation, and data known or knowable as of that date. I concluded the fair market value of 100% equity interest in B+KC was $43.47 million), or $43.47 per share, as detailed in Section 5 of this Report (see Page 38 et seq).

B.  After valuing B+KC on an independent basis, I then performed a comprehensive analysis of the valuation performed by Gregory E. Kniesel, ASA of LVA. One key finding was that Mr. Kniesel's use of a control premium in connection with the Discounted Cash Flow method and the Guideline Public Company method was consistent with industry practice in the 2012 period and is consistent with ERISA and the Department of Labor's adequate consideration regulations. Furthermore, control premiums are generally accepted in the business valuation community.  The other generally accepted method for adjusting for control is to adjust the Company's cash flow to a control level, which is discussed in more detail in this Report.

C.  I replicated Mr. Kniesel's valuation models and adjusted them for discretionary expenses in developing a controlling benefit stream. Accordingly, I did not apply a control premium.  As a result, I found that Mr. Kniesel's controlling interest equity value conclusion differed from my own independently-derived concluded value of equity on a controlling, marketable basis, by only $3.36 million (or 1.9%), which given the overall valuation range is an immaterial difference.

D.  The most significant difference between the overall concluded values as determined by Mr. Kniesel and me relates to the discount for lack of marketability. Mr. Kniesel selected a 15% discount for lack of marketability to arrive at the ESOP controlling interest equity value conclusion of $40.15 million. I, however, selected a 7% discount for lack of marketability (see *Valuation Discounts* in Section 5 of this Report) to arrive at the value of equity on a controlling, nonmarketable basis of $43.47 million, a value greater than that determined by LVA by $3.32 million.

E.  It appears that Mr. Kniesel was entirely cognizant of the fact that he was using a noncontrolling benefit stream in his valuation models, and that he applied a control



F.   Steven J. Sherman, CPA, ASA, of Loop Capital Financial Consulting Services, LLC, departed from these standards in several respects.

i.   The most egregious of these departures relates to his calculation of a "Limited Control Discount," as set forth on Page 33 of Mr. Sherman's report. While there is a complete discussion of the use of control premiums elsewhere in this Report, the language and thought process of Mr. Sherman requires special attention. He states as follows.

    a.   "***Significant bonuses were paid in later years*** *with no documentation from the Trustee providing approval. We understand that a large portion of those bonuses went to Bowers and Kubota. Accordingly, I have concluded that the shares acquired by the ESOP, although representing 100%, had limited control. To quantify this issue, I applied a 10% discount to the controlling, non-marketable value.*" We note here that in light of the fact that Mr. Kniesel used a noncontrolling benefit stream, and Mr. Sherman effectively adopted that benefit stream, Mr. Sherman thus double counted the impact of control.

    b.   In other words, Mr. Sherman used selected information only (regarding bonuses subsequently paid) in developing his retrospective valuation that was not known or knowable at the Valuation Date in determining a "Limited Control Discount." His use of the information was not a "confirmation of trends," which is the only circumstance in which the use of information not known or knowable can be used consistent with Paragraph 4(e)i, as set forth above. It is interesting to note that Mr. Sherman did not comment regarding the overall performance and profitability of the Company in those years but rather chose to mention only the selected information highlighted above.

    c.   This is a direct and egregious departure from generally accepted business valuation standards of practice, including USPAP and SSVS-1, as set forth above.

    d.   Mr. Sherman also noted that he relied upon tax returns from subsequent periods. This practice is also inappropriate according to generally accepted business valuation standards of practice.

    e.   Also, no trustee approval of bonuses is required under ERISA, as suggested by Mr. Sherman's language; rather, the trustee takes an overall view of the management decision-making of a company in respect of fairness of corporate executive decision-making to the ESOP participants. So long as the board of directors of the ESOP plan sponsor, who are responsible for making executive decisions, including determining performance bonuses, are reasonable, trustees generally do not interfere in these relationships.



DISCUSSION OF THE SHERMAN REPORT

G. In other respects, Mr. Sherman's process is highly flawed and questionable, and his valuation of B+KC is materially less than fair market value.

    i. The management group of B+KC state that Mr. Sherman made no attempt to discuss the assumptions he used in his report with them. This is a very important component of the due diligence process in the valuation of closely held corporations.

    ii. In preparing his own forecasts (which was in essence simply a manipulation of the forecasts in the LVA report) without the input of B+KC management, Mr. Sherman appears to have superimposed his knowledge of the forecasting of professional engineering services firms and their operations on the knowledge of the Company's management. In fact, Mr. Sherman's adjustments to management's forecast were based on unfounded and speculative assumptions and flawed reasoning.

    iii. For example, if he had entered into discussions with B+KC management, Mr. Sherman would have received a very clear and cogent explanation of why subcontractor expenses were reduced in the forecast period. B+KC completed several large projects in the period prior to the adoption of the ESOP plan, notably for the U.S. Army Corps of Engineers. I obtained a specific list of these large projects, which required the heavy use of subcontractors. I also obtained a list of related subcontractor expenses tied directly to these large projects. Mr. Sherman would also have learned, on inquiry, that B+KC's management does not include possible large contracts in its forecasts as a matter of policy, as they occur only occasionally. Thus, with no forecasted large projects, the subcontractor expenses were expected to revert to their average level prior to taking on the large projects, an average of $2.0 million annually. This $2.0 million value is proven in B+KC working papers provided to me and to Marcum, papers which were also available to Mr. Sherman. Relatedly, it seems that Mr. Sherman did not perform an adequate analysis of construction order backlog and other related matters. An actual analysis of the large projects and related subcontractor expenses can be found in Section 5 of this report containing my retrospective valuation of B+KC.



# VALUATION OVERVIEW

## INTRODUCTION

There are three generally accepted approaches for the valuation of an investment: the income approach, the market approach, and the asset (or cost) approach.  Each of these was considered for application in the valuation of the Subject Interest.

## INCOME APPROACH

The income approach is the most direct representation of the theory that value represents the present worth of the future economic benefits of ownership.  Under the income approach, the value of a business is derived from expectations of the future cash flow of the business. Those future cash flows are converted to a value indication by the process of discounting or capitalizing them. The discount rate or capitalization rate reflects the current return requirements of the market as well as the risks inherent in the specific investment.

## MARKET APPROACH

The market approach is based on the principle of substitution. In the market approach, value is derived by comparison with prices paid for investments with similar risk.  For business valuation, the market approach relies on a comparison of a subject interest to investments in companies (guideline companies) that are similar to the subject company and whose shares are either publicly traded or have been acquired in the merger and acquisition market.

## ASSET APPROACH

The asset approach is based on the principle of substitution and focuses on the individual types of assets and liabilities of an entity. The theory underlying this approach is that a prudent investor would not pay more for a group of assets than the cost to replace them.  Under the asset approach, a value indication is reached by adjusting the recorded book value of a company's assets and liabilities to their fair market values. The value of the liabilities is subtracted from the value of the assets to derive the adjusted net asset value of the entity.

## CONSIDERATION OF APPROACHES

Under the income approach, we applied the discounted cash flow method in our valuation analysis. Under the market approach, we applied the guideline public company and merger and acquisition method(s) as we identified both publicly traded companies and recent merger and acquisition transactions that were reasonably comparable to the Company. While we considered the asset approach, we did not apply it in this valuation. The asset approach is generally not an appropriate method for valuing a profitable operating company like B+KC. A hypothetical investor is more



VALUATION OVERVIEW

interested in the underlying cash flows that can be generated by a company than simply the value of a company's tangible assets.



# APPENDIX D – SIGNIFICANT SOURCES OF INFORMATION

**Information Provided by Representatives of the Company**

- Bowers and Kubota Consulting, Inc. Balance Sheet as of 2012 11 30

- Ind, Inc. Financial Statements as of 1983 05 31(RHYL000159-RHYL000160)

- Ind, Inc. Financial Statements as of 1984 05 31(RHYL000152-RHYL000153)

- Ind, Inc. Financial Statements as of 1985 05 31(RHYL000150-RHYL000151)

- Ind, Inc. Financial Statements as of 1986 05 31(RHYL000148-RHYL000149)

- KFC Airport, Inc. Financial Statements as of 1982 05 31(RHYL000144-RHLY000147)

- KFC Airport, Inc. 1999 Financial Statements (Prepared by Robert H.Y. Leong & Company) 1999 12 31 (RHYL000086-RHYL000088)

- KFC Airport, Inc. 2000 Financial Statements (Prepared by Robert H.Y. Leong & Company) 2000 12 31 (RHYL000083-RHYL000085)

- KFC Airport, Inc. 1998 Financial Statements (Prepared by Robert H.Y. Leong & Company) 1998 12 31 (RHYL000080-RHYL000082)

- KFC Airport, Inc. 1997 Financial Statements (Prepared by Robert H.Y. Leong & Company) 1997 12 31 (RHYL000076-RHYL000078)

- KFC Airport, Inc. 1996 Financial Statements (Prepared by Robert H.Y. Leong & Company) 1996 12 31 (RHYL000073-RHYL000075)

- KFC Airport, Inc. 2002 Financial Statements (Prepared by Robert H.Y. Leong & Company) 2002 12 31 (RHYL000069-RHYL000072)

- KFC Airport, Inc. 2001 Financial Statements (Prepared by Robert H.Y. Leong & Company) 2001 12 31 (RHYL000065-RHYL000068)

- Bowers + Kubota Consulting, Inc. Combined Financial Statement as of 2012 08 31(RHYL000680-RHYL000836)

- Bowers + Kubota Consulting, Inc. Combined Financial Statement 2011 12 31 (RHYL000588-RHYL000679)



APPENDIX D – SIGNIFICANT SOURCES OF INFORMATION

- Bowers + Kubota Consulting, Inc. Combined Financial Statement 2010 12 31 (RHYL000549-RHYL000587)

- KFC Airport, Inc. Notice of New Employer Identification Number Assigned and Applications 1980 11 05 (RHYL000100-RHLY000102)

- Bowers + Kubota Consulting, Inc. ESOP Stock Purchase Agreement 2012 12 14 (Bowers/Kubota 016557 - Bowers/Kubota 016572)

- Dexter C. Kubota Trust dated 2006 03 17 KFC Airport, Inc. Stock Certificate issued 2007 09 14 CANCELLED (RHYL000042-RHYL000043)

- Damon, Key, Char & Brocken KFC Airport, Inc. 1988 06 03 Closing Documents Provided to Robert H.Y. Leong & Co., CPA's 1988 06 09 (RHYL000161-RHYL000188)

- Ind, Inc. First Amendment to Agreement with KFC Airport, Inc./Edward Noda/Francois Iragui and James Dittmar 1988 01 28 (RHYL000189-RHYL000206)

- KFC & Associates, Inc. Letter of Agreement to Francois Iragui (KFC Airport, Inc) re Stock Purchase1982 06 18 (RHLY000141-RHLY000143)

- Iragui, Francois (Ind, Inc.) Letter of Agreement to KFC & Associates, Inc. re Stock Purchase Price 1982 07 15 (RHLY000140)

- KFC Airport, Inc. Articles of Incorporation 1980 09 05 (RHYL000119-RHLY000139)

- KFC & Associates, Inc. Special Meeting of the Board of Directors 1980 08 04 (RHYL000117-RHLY000118)

- KFC Airport, Inc. Consent of Stockholders 1980 09 05 (RHLY000116)

- KFC Airport, Inc. Minutes of the Meeting of the Incorporators 1980 09 05 (RHYL000114-RHLY000115)

- KFC Airport, Inc. Minutes of the First Meeting of the Board of Directors 1980 09 05 (RHYL000111-RHLY000113)

- KFC Airport, Inc. Hawaii Department of Labor Report to Determine Liability Under Hawaii Employment Security Law 1980 09 29 (RHYL000107-RHYL000110)

- KFC Airport, Inc. Minutes of Shareholders Meeting (New Board of Directors) 1998 02 18 (RHYL000099)

- KFC Airport, Inc. Resolution of the Board of Directors 1998 02 18 (RHYL000098)



APPENDIX D – SIGNIFICANT SOURCES OF INFORMATION

- KFC & Associates, Inc. Letter of Agreement to Francois Iragui (KFC Airport, Inc) re Stock Purchase1982 06 18 (RHLY000095-RHLY000097)

- Iragui, Francois (Ind, Inc.) Letter of Agreement to KFC & Associates, Inc. re Stock Purchase Price 1982 07 15 (RHLY000094)

- KFC Airport, Inc. Minutes of a Special Meeting of the Stockholders and Directors 2000 05 12 (RHLY000092-RHLY000093)

- Bowers, Brian KFC Airport, Inc. Stock Certificate Issued 2000 05 12(RHYL000091)

- Bowers, Brian KFC Airport, Inc. Stock Certificate Issued 2000 08 01(RHYL000090)

- KFC Airport, Inc. Stock Purchase Agreement with Brian Bowers and Dexter Kubota 2007 09 24 (RHYL000050-RHLY000064)

- KFC Airport, Inc. Minutes of a Special Meeting of the Board of Directors 2007 09 14 (RHYL000048-RHLY000049)

- KFC Airport, Inc. Hawaii Department of Commerce and Consumer Affairs Business Registration Division Articles of Amendment to Change Corporate Name (to Bowers + Kubota Consulting, Inc) 2008 02 15 (RHYL000047)

- Ind, Inc. KFC Airport, Inc. Stock Certificate issued 2000 05 12 CANCELED (RHYL000046)

- Bowers, Brian J. KFC Airport, Inc. Stock Certificate issued 2000 05 12 (RHYL000045)

- Bowers, Brian J. KFC Airport, Inc. Stock Certificate issued 2000 08 01 CANCELLED (RHYL000044)

- Brian J. Bowers Trust dated 2010 12 22 Bowers + Kubota Consulting, Inc. Stock Certificate issued 2011 09 01 (RHYL000041)

- Dexter C. Kubota Trust dated 2006 03 17 Bowers + Kubota Consulting, Inc. Stock Certificate issued 2011 09 14 (RHYL000040)

- Bowers + Kubota Consulting, Inc. Joint Action of the Directors and Shareholders Effective 2012 12 10 (RHYL000033-RHYL000034)

- Bowers + Kubota Consulting, Inc. Amended and Restated Articles of Incorporation 2012 12 10 (RHYL000025-RHYL000032)

- Bowers + Kubota Consulting, Inc. and Bowers + Kubota Management, Inc. Memorandum of Understanding 2012 12 14 (RHYL000024)



APPENDIX D – SIGNIFICANT SOURCES OF INFORMATION

- Bowers + Kubota Consulting, Inc. Stock Appreciation Rights Plan (Unsigned/Dated) (RHYL000005-RHYL000023)

- Bowers + Kubota Consulting, Inc. Joint Consent of Directors and Shareholders (Approval of Stock Appreciation Rights Plan) 2013 09 24 (RHYL000002-RHYL000004)

- Bowers + Kubota Consulting, Inc. Employment Agreement with Brian J. Bowers 2012 12 14 (Signed)

- Bowers + Kubota Consulting, Inc. Employment Agreement with Dexter C. Kubota 2012 12 14 (Signed)

- Estimate of Revenues 2012 Cash Basis (DOL 003365)

- Estimate of Revenues 2011 (DOL 003364)

- Estimate of Revenues 2010 (DOL 003363)

- Estimate of Revenues 2009 (DOL 003362)

- Bowers + Kubota Consulting, Inc. Stock Appreciation Rights Updated 2020 08 13

- Bowers and Kubota Consulting, Inc. Client Revenue 2006-2012

- Cover Page for Projections Provided in Native Form Market Comp Transaction Final December 2012 (DOL 003453)

- Cover Page for Projections Provided in Native Form 2007 - 2011 (DOL 003407)

- Cover Page for Projections Provided in Native Form 2013 - 2017 Revised 2012 12 06 (DOL 003406)

- Estimate of Revenue 2012 Accrual Basis (DOL 003361)

- Bowers + Kubota Consulting, Inc. and Bowers + Kubota Management, Inc. Income Statement Projections Updated 2012 12 06  (LIBRA-DOL INV 004973)

- Bowers + Kubota Consulting, Inc. and Bowers + Kubota Management, Inc. Income Statement Projections 2012 11 11 (LIBRA-DOL INV 004671)

- Bowers + Kubota Consulting, Inc. Valuation of the Common Stock on an ESOP Controlling Interest Basis as by Libra Valuation Advisors 2012 12 31

- Bowers + Kubota Consulting, Inc. Valuation of the Common Stock on an ESOP Controlling Interest Basis as by Libra Valuation Advisors 2012 12 14



APPENDIX D – SIGNIFICANT SOURCES OF INFORMATION

- Bowers + Kubota Consulting, Inc. Valuation of the Common Stock on an ESOP Controlling Interest Basis as by Libra Valuation Advisors 2013 12 31

- Bowers + Kubota Consulting, Inc. Valuation of the Common Stock on an ESOP Controlling Interest Basis as by Libra Valuation Advisors 2017 12 31

- Bowers + Kubota Consulting, Inc. Valuation of the Common Stock on an ESOP Controlling Interest Basis as by Libra Valuation Advisors 2018 12 31

- Bowers + Kubota Consulting, Inc. Valuation of the Common Stock on an ESOP Controlling Interest Basis as by Libra Valuation Advisors 2014 12 31

- Bowers and Kubota Consulting, Inc. Common Stock Valuation Report by Libra Valuation Advisors 2012 11 21

- Bowers and Kubota Fair Market Valuation by GMK Consulting 2012 05 08

- Libra Valuation Advisors, Inc. Site Visit Questions with Answers 2012 10 22 (LIBRA-DOL INV 001199-LIBRA-DOL INV 001214)

- Libra Valuation Advisors, Inc. Site Visit Questions (Blank )2012 10 22 (DOL 003461-DOL 003476)

- Libra Valuation Advisors, Inc. Fair Market Value and Fairness Opinion Letter 2012 12 14 (DOL 001596-DOL 001600)

- Saakvitne Phone Call Notes Either 2012 11 21 or 2012 12 13 (DOL 001459-DOL 001460)

- Expert Report of Steven J. Sherman, ASA, CPA 2020 10 19

- Bowers + Kubota Consulting, Inc. Valuation of the Common Stock on an ESOP Controlling Interest Basis (by Libra Valuation Advisors) as of 2010 12 14 FINAL

- Ind, Inc. 1120 1983 (RHYL000154-RHYL000158)

- KFC Airport, Inc. Department of Taxation Form G-HW-5(B) 1980 09 29 (RHYL000103-RHLY000106)

- Bowers + Kubota Consulting, Inc. Workpapers and Tax Returns 2012 12 31 (RHYL002436-RHYL002855)

- Bowers + Kubota Consulting, Inc. Workpapers and Tax Returns 2011 12 31 (RHYL002121-RHYL002435)



APPENDIX D – SIGNIFICANT SOURCES OF INFORMATION

- Bowers + Kubota Consulting, Inc. Workpapers and Tax Returns 2010 12 31 (RHYL001782-RHYL002120)

- Bowers + Kubota Consulting, Inc. Workpapers and Tax Returns 2008 12 31 (RHYL001155-RHYL001490)

- Bowers + Kubota Consulting, Inc Workpapers and Tax Returns 2009 12 31 (RHYL001491-RHYL001781) Discussions with management during interview with Brian Bowers, President and Dexter Kubota, Vice President on November 6, 2020

- Various information from the website of Bowers + Kubota Consulting, Inc., www.bowersandkubota.com.

**Market and Industry Information**

- *Economic Outlook Update*™ 3 Quarter 2012, (Compiled Using Data Available as of September 30, 2012) Business Valuation Resources, LLC, © 2012 (Reprinted with permission).

- Quarterly Statistical & Economic Report, 3rd Quarter 2012, The Department of Business, Economic Development & Tourism, State of Hawaii.

- Duff & Phelps' Cost of Capital Navigator™ database.

- *U.S. Financial Data*. St. Louis Reserve Bank.

- S&P Capital IQ Platform © 2020 S&P Global.

- IBISWorld Industry Report 54133, *Engineering Services in the U.S.*, Austen Sherman, December 2012, IBISWorld, Inc. © 2012.

- IBISWorld Industry Report 54131, *Architects in the U.S.*, Kevin Culbert, August 2012, IBISWorld, Inc. © 2012.

- IBISWorld Industry Report OD4696, *Construction Project Management in the U.S.*, Doug Kelly, July 2012, IBISWorld, Inc. © 2012.

- *Annual Statement Studies*® Philadelphia: Risk Management Association, 2012, for North American Industry Classification System Code 541330 - Engineering Services.

- <www.erieri.com>, Salary Assessor®, Copyright © 1995-2020 ERI Economic Research Institute, Inc., All Rights Reserved.

This list is not intended to be all-inclusive, but covers many of the documents that were found to be particularly relevant during our analysis.



# APPENDIX F – CURRICULA VITAE

## Kenneth J. Pia, Jr., CPA, ABV, ASA, MCBA
### CURRICULUM VITAE

**Experience**

Kenneth J. Pia, Jr. is partner-in-charge of the Business Valuation Services group. With more than 30 years of professional business valuation and litigation support experience, Mr. Pia has developed a national reputation working on a wide range of complex valuation engagements. He has performed valuations of businesses and partial business interests for a variety of purposes including, but not limited to, family law matters, employee stock ownership plans, business damages, buy-sell agreements, shareholder litigation, estate and gift tax matters, and buying and selling businesses. Additional valuation services include reasonable compensation analysis for tax and non-tax assignments.

Mr. Pia is heavily involved with the American Society of Appraisers (ASA), the renowned international organization devoted to the appraisal profession. He is Chair of the ASA's Business Valuation Committee, is a member of the National Business Valuation Education Committee, and teaches nationally for the ASA's accreditation program. Mr. Pia is also a Charter Member of the American Academy of Matrimonial Lawyers Foundation's Forensic & Business Valuation Division, and has recently been named to the American Academy for Certified Financial Litigators Advisory Board for New York and Connecticut.

Mr. Pia is a frequent speaker on topics in business valuation on a national and local level for numerous professional organizations, including the American Bar Association, American Institute of Certified Public Accountants, American Academy of Matrimonial Lawyers, and National Center for Employee Ownership. In addition to teaching for the ASA's accreditation program, he previously instructed for the American Institute of Certified Public Accountants' Certificate of Educational Achievement (CEA) program in business valuation. He is also an Adjunct Professor at Quinnipiac University. Mr. Pia has technically reviewed publications on divorce finance and taxation for the American Bar Association, as well as several books on business valuation. In 2007, he was appointed as one of two appraisers to the State of Connecticut's Eminent Domain Task Force, established to determine the methodologies to be used in the calculation of lost economic intangible value of businesses due to the state exercising domain rights.

**Expert Testimony Experience**

Mr. Pia has been qualified as an expert witness in Federal District Court and the State Courts of Connecticut and New York, as well as various arbitration proceedings. He has also rendered extensive services relating to court testimony. Mr. Pia is on the State of New York Courts' list to receive Court appointments in the following counties: New York, Kings, Richmond, Queens, Nassau, Suffolk, and Westchester. He has received Court appointments in New York and Connecticut.

**Professional Designations**

- **CPA**: Certified Public Accountant
  Licensed by the State of Connecticut, 1988



Licensed by the State of New York, 1997

- **ABV**: Accredited in Business Valuation
  Designated by the American Institute of Certified Public Accountants

- **ASA**: Accredited Senior Appraiser (Business Valuation Discipline)
  Designated by the American Society of Appraisers

- **MCBA**: Master Certified Business Appraiser
  Designated by the Institute of Business Appraisers (now administered by the National Association of Certified Valuators and Analysts)

**Education**

- Bachelor of Science in Accounting, Quinnipiac University, 1985

**Professional Organizations and Activities**

- American Institute of Certified Public Accountants (AICPA)

- Connecticut Society of Certified Public Accountants (CTCPA)
  Valuation, Forensic, and Litigation Support Group, Member
  Committee on Liaison with the Bar, Past Chair
  Advisory Council, Past Appointee
  Federal Income Taxation Committee, Past Member

- American Society of Appraisers (ASA)
  Business Valuation Discipline Committee, Treasurer
  National Business Valuation Education Committee, Member

- Connecticut Chapter of American Society of Appraisers
  Past President
  Past Vice President
  Business Valuation Committee, Past Chair

- American Academy of Matrimonial Lawyers (AAML) Foundation, Forensic & Business Valuation Division
  Charter Member

- American Academy for Certified Financial Litigators (AACFL)
  Advisory Board for Connecticut and New York, Member

- The ESOP Association

- National Center for Employee Ownership

- Quinnipiac University, Adjunct Professor



Created and teaches the Finance course: Private Company Valuation

- National Association of Certified Valuators and Analysts (NACVA)
    Advisory Board, Past Member

**Presentations (Since 2005)**

- The Impact of COVID-19 on The Value of a Business, Hartford County Bar Association, May 2020

- The Impact of the COVID-19 Crisis on Family Law Practice: Business Issues, Fairfield County Bar Association, Co-panelist, April 2020

- How Might the Value of your Business be Impacted as a Result of the Coronavirus Crisis?, Co-presented with Daniel Roche, William Scally, Marcum LLP, March 2020

- Professional Judgment in Valuations of Early Stage Companies (and where to look for it in a valuation report), Connecticut Bar Association Family Law Section Meeting, New Haven, Connecticut, November 2019

- How to be a Great Testifying Expert, 2019 Marcum Valuation and Litigation Support CPE Conference, Fort Lauderdale, Florida, October 2019

- How to be a Great Marketer, 2019 Marcum Valuation and Litigation Support CPE Conference, Fort Lauderdale, Florida, October 2019

- Autopsy of the Forensic Report – Deposing the Financial Expert, American Bar Association, Austin, Texas, September, 2019

- What Experts Need to Know: A View from the Bar and the Bench, 2019 American Society of Appraisers Advanced Business Valuation, Conference, New York, New York, August, 2019

- Finding Chips and Seeds – The Valuation Expert's Use of Other Experts/Consultants, NYAAML CLE Seminar, NY, May 2019

- Getting Whacked – Discount and Capitalization Rates, NY AAML CLE Seminar, NY, May 2019

- ESOP – a Tax-favored Liquidity and Succession Strategy, UBS Financial Services, Inc., The Hartford Club, Hartford, CT, December 2018

- Fair Market Value or Fair Market Value, Joint ASA Advance Business Valuation and International Appraisers Conference, Anaheim, CA, October 2018

- The Role of IRS Revenue Rulings and Tax Court Cases in Business Valuation, ASA Webinar, September 2018



- Do ESOPs and Construction Companies Mix? 2018 Marcum New England Construction Summit, New Haven, CT, September 2018

- ESOP Valuations – Fair Market Value or Fair Market Value?, 2018 Joint ASA Advanced Business Valuation and International Appraisers Conference, Anaheim, CA, September 2018

- Do ESOPs and Construction Companies Mix?, Engineering News Record, Webinar, New Haven, CT, June 2018

- Tax Cuts and Jobs Act (TCJA) – Summary of New Tax Provisions Including the Potential Effect on Business Valuations, New York Bar Association, New York City, June 2018

- ABA: Tax Cuts and Jobs Act (TCJA) Summary of New Tax Provisions Including the Potential Effect on Business Valuations, Nashville, Tennessee, May 2018

- Judicial Panel Event: Divorce and the New Tax Law, Strategies and opportunities for divorcing couples, New York City Bar Association, New York City, NY, April 2018

- Hidden Assets: Discovery, Reliance, Evidence and Inference, New York Chapter of the AAML, New York, NY, May 2017

- Valuation By The Numbers, New York City Bar Association, New York, NY, April 2017

- Understanding Hedge Fund Valuation and Double Dipping Issues, Connecticut Chapter of the AAML, Shelton, CT, January 2017

- Valuing a Large Restaurant Chain, AAML Annual Meeting, Chicago, IL, November 2016

- BV201 Introduction to Business Valuation, ASA, San Francisco, CA, July 2016

- Deposing the Expert, American Bar Association Section of Family Law 2016 Spring CLE Conference, Paradise Island, Bahamas, May 2016

- Advanced Valuation and Fiduciary Issues in Executive Compensation, NCEO 2016 Employee Ownership Conference, Minneapolis, MN, April 2016

- Standards of Value and Use of Various Methodologies in Valuing a Closely Held Business, New York Chapter of the AAML, New York, NY, March 2016

- Battle of the Experts – A Look into What Causes the Real Difference in the Valuation of a Closely Held Business, 2015 Connecticut Legal Conference, Hartford, CT, June 2015

- Releveraging Your ESOP, NCEO 2015 Employee Ownership Conference, Denver, CO, April 2015

- BV201 Introduction to Business Valuation, ASA, Las Vegas, NV, January 2015



- ESOP Q&A, New England Chapter of the ESOP Association's Annual Fall Conference, Mystic, CT, October 2014

- The ABCs of ESOPs: A Tax-Favored Succession and Liquidity Strategy for Business Owners, Texas Association of Staffing 2014 Owner's Only Retreat, San Antonio, TX, July 2014

- Business Valuations: Beyond the Basics, CTCPA, Rocky Hill, CT, May 2014

- Double Dipping: Trial Practice Techniques for CPAs and Attorneys, 2014 AICPA/AAML National Conference on Divorce, Las Vegas, NV, April 2014

- ESOP Hot Topics Panel: What Are Your Burning Questions? New England Chapter of the ESOP Association Spring Conference, Nashua, NH, March 2014

- The Analysis and Valuation of Privately Held Businesses, Quinnipiac University G.A.M.E. IV Forum, New York, NY, March 2014

- Valuation Issues in Estate & Gift Tax: The Current Landscape, Maine Estate Planning Council, Falmouth, ME, November 2013

- Understanding Business Valuation, New York City Bar Association, New York, NY, October 2013

- How Is My ESOP Stock Value Determined? New England Chapter of the ESOP Association's Annual Fall Conference, Brewster, MA, October 2013

- BV201 Introduction to Business Valuation, ASA, Chicago, IL, August 2013

- Introduction to Business Valuation, CTCPA, Rocky Hill, CT, June 2013

- BV201 Introduction to Business Valuation, ASA, Skokie, IL, May 2013

- Valuation Inaccuracies and What To Do About Them, Exit Planning Exchange (XPX) Summit 2013, Waltham, MA, May 2013

- The Analysis & Valuation of Privately Held Businesses, Quinnipiac University Investment Club, Hamden, CT, October 2012

- Navigating the Double Black Diamond Trail of DOL Audits of ESOPs, New England Chapter of the ESOP Association's Annual Fall Conference, Killington, VT, October 2012

- BV201 Introduction to Business Valuation, ASA, Reston, VA, August 2012

- The Analysis & Valuation of Privately Held Businesses, Rhode Island Society of Certified Public Accountants, Providence, RI, June 2012

- Introduction to Business Valuation, Connecticut Society of Certified Public Accountants, Rocky Hill, CT, June 2012



- Use of an ESOP as a Settlement Tool in Divorce, 2012 AICPA/AAML National Conference on Divorce, Las Vegas, NV, May 2012

- Business Valuations: Areas Ripe for Attack and Cross-Examination, New York Chapter of the American Academy of Matrimonial Lawyers, New York, NY, May 2012

- Understanding Business Valuation, Alerus Financial, Minnetonka, MN, April 2012

- The Analysis and Valuation of Privately Held Businesses, Quinnipiac University G.A.M.E. II Forum, New York, NY, March 2012

- Valuation Issues Specific to Hedge Funds, Private Equity Groups, and Venture Capital Firms, Sadis & Goldberg LLP, New York, NY, March 2012

- BV201 Introduction to Business Valuation, ASA, Herndon, VA, February 2012

- Understanding Business Valuation, Wilmington Trust Retirement and Institutional Services Company, Wilmington, DE, October 2011

- The Sale of Stock in a Closely-Held Business to an ESOP, New York State Bar Association, New York, NY, October 2011

- Wicked Good Valuations after September 15, 2008, New England Chapter of the ESOP Association Annual Fall Conference, South Portland, ME, October 2011

- Understanding Business Valuation, Reliance Trust Company, Atlanta, GA, September 2011

- Integration of the Value of a Privately Held Business in the Divorce Process, Ninth Annual Conference of the Association of Divorce Financial Planners, Rye Brook, NY, September 2011

- The ESOP Trustee and The Appraiser: The Valuation Process, New England Chapter of the ESOP Association Internal Trustee Workshop, Cromwell, CT, September 2011

- BV201 Introduction to Business Valuation, ASA, Washington, DC, August 2011

- Understanding Business Valuation, First Bankers Trust Services, Quincy, IL, June 2011

- The ABCs of ESOPs: A Tax-Favored Strategy for Business Owners, Citizens Bank, New Haven, March 2011

- The ABCs of ESOPs: A Tax-Favored Strategy for Business Owners, Cole, Schotz, Meisel, Forman & Leonard, P.A., Hackensack, NJ, January 2011

- The ABCs of ESOPs: A Tax-Favored Strategy for Business Owners, TD Bank, New Haven, CT, December 2010



- Numb3rs: Solve the Mystery Behind Basic ESOP Accounting, New England Chapter of the ESOP Association, Cromwell, CT, October 2010

- The ABCs of ESOPs: A Tax-Favored Strategy for Business Owners, Bank of America/Merrill Lynch, Stamford, CT, September 2010
- BV201 Introduction to Business Valuation, ASA, Bethesda, MD, September 2010

- The Sale of Stock in a Closely-Held Business to an ESOP: An Exit and Diversification Strategy for Business Owners, XPX Connecticut, Hartford, CT, April 2010

- Valuation Aspects of ESOPs, Reid & Riege, P.C., Hartford, CT, March 2010

- The Sale of Stock in a Closely-Held Business to an ESOP, New York State Bar Association, White Plains, NY, February 2010

- The ABCs of ESOPs: A Tax-Favored Strategy for Business Owners, Morgan, Lewis & Bockius LLP, New York, NY, September 2009

- CPE Seminar for CPAs - Topic: ESOPs, Smith Barney, New York, NY, November 2008

- Sale of Stock in a Closely-Held Business to an Employee Stock Ownership Plan: A Diversification Strategy for Business Owners, New York State Bar Association, New York, NY, November 2008

- Effectively Using Experts in Family Law, National Business Institute, North Haven, CT, August 2008

- Temporary Alimony and Support and the Tax Consequences, CT Chapter of the American Academy of Matrimonial Lawyers, Hamden, CT, October 2007

- Presentation on Alternative Minimum Tax, CT Chapter of the American Academy of Matrimonial Lawyers, New Haven, CT, October 2007

- Successful Financial Settlements for Your Divorce Client, National Business Institute, North Haven, CT, October 2007

- Using an Employee Stock Ownership Plan as a Privately Held Company Liquidity and Exit Strategy, CTCPA, Rocky Hill, CT, August 2006

- Using an Employee Stock Ownership Plan as a Privately Held Company Liquidity and Exit Strategy, CTCPA, Easton, CT, May 2006

- Using an Employee Stock Ownership Plan as a Privately Held Company Liquidity and Exit Strategy, CTCPA, Darien, CT, April 2006

- Forensic Accounting & Valuation, CTCPA Accounting & Auditing Conference, Plantsville, CT, June 2005



- Divorce 2005: The Financial Cutting Edge, NY Chapter of the American Academy of Matrimonial Lawyers, New York, NY, May 2005

- Equitable Distribution in Connecticut Divorce Cases, National Business Institute, Cromwell, CT, April 2005

**Books (Technical Reviewer)**

- *Taxes and Value: The Ongoing Research and Analysis Relating to the S Corporation Valuation Puzzle*, Nancy Fannon and Keith Sellers. April 2015, Business Valuation Resources

- *Standards of Value, Theory and Applications, Second Edition*, Jay E. Fishman, Shannon P. Pratt, and William J. Morrison, April 2013, John Wiley & Sons Inc.

**Publications (Since 2005)**

- Control v. Non-Controlling Level of Value, Marcum ESOP Advisor, October 2018

- ESOP as a Liquidity Structure Using the S Corp vs. C Corp Structure, *Financier Worldwide*, November 2011

- Turning Lemons into Lemonade: Gifting Business Interests in an Economic Downturn, *MHP Newsletter*, March 2009

- The Valuation of Closely Held Businesses in a Bad Economy, *MHP Newsletter*, October 2008

- Internal Revenue Code Section 409A - Be Aware, *MHP Newsletter*, June 2008

- A Question of Compensation, *New Haven Register*, October 2007

- Q&A - ESOP Tales from the Trenches: Tell It Like It Is! *Mann on the Street*, May 2007

- The ESOP as Liquidity and Succession-Planning Tool, *Connecticut CPA*, November/December 2006

**Testimony Experience**

- Clinton, John v. Aspinwall, Michael, HHD-CV-13-6042758-S, Hartford, CT Commercial/Valuation, Damages Deposition/Jury Trial, 2016/2018

- Kindle, Linda and Brewley, Michael v. Dejana, Peter et al, 14-CV-06784-SJF-ARL, Federal - District of New York Class Action/Valuation, Damages Deposition, 2016

- Ellison, Tony v. Ellison, Inga, 314583/13, New York, NY, Matrimonial/Valuation, Forensics Trial, 2016



- Seth D. Harris (Department of Labor) v. First Bankers Trust Services, Inc., Maran, Inc., The Maran, Inc. Employee Stock Ownership Plan, David Greenberg and Richard Huang, 1:12-CV-08648-GBD, Federal - District of New York Department of Labor/Valuation, Deposition/Trial, 2014/2017

- Boyle, James Brian v. Lambert, Mariel, 50126/2014, Brooklyn, NY, Matrimonial/Valuation Trial, 2017

- Greenspan, Howard v. Greenspan, Carrie, FBT-FA-16-6054669-S, Bridgeport, CT Matrimonial/Valuation, Forensics, Deposition/Hearing/Trial, 2017/2018

- Victoria Desaulniers, Executrix of The Estate of Denis Desaulniers v. Lorraine Desaulniers, et al, UWY-CV-15-6027970-S, Southbury, CT, Commercial Estate Dispute/Valuation, Arbitration, 2017

- Zippo Evans, Tina Maria v. Alvine, Robert, NNH-FA17-6069482-S, New Haven, CT, Matrimonial/Valuation, Hearing, 2018

- Grabe, Laura v. Hokin, Justin   FST-FA-16-6028032-S, Stamford, CT, Matrimonial/Valuation, Forensics, Deposition/Trial, 2018

- Riccio, Steven v. Genna, Paul et al, X07-HHD-CV17-6077664-S, Hartford, CT, Commercial Shareholder Dispute/Valuation, Hearing, 2018

- Silver, Amy v. Silver, Trevor, FST 16 5016140-S, Stamford, CT, Matrimonial/Valuation, Deposition/Trial, 2017/2018

- Packard, Susan J. v. Packard, Ronald, 2018-14338, Virginia, Matrimonial/Valuation, Forensics, Deposition/Trial, 2018/2019

- Chase-Jenkins, Linda M. v. Jenkins III, Arthur L., FST-FA-17-5018340-S, Stamford, CT, Matrimonial/Valuation, Trial, 2020

- Nunez, Elianny v. Nunez, Yojani, 305116/2016, New York, NY, Matrimonial/Valuation Trial, 2020

