David R. Johanson        (*pro hac vice*)
Douglas A. Rubel         (*pro hac vice*)
HAWKINS PARNELL & YOUNG, LLP
1776 Second Street
Napa, California 94559
Telephone: (707) 299-2470
Facsimile: (707) 581-1704
Email: djohanson@hpylaw.com

William M. Harstad       (8942)
CARLSMITH BALL LLP
1001 Bishop Street, Suite 2100
Honolulu, HI 96813
Telephone: (808) 523-2500
Facsimile: (808) 523-0842
Email: wharstad@carlsmith.com

Attorneys for Defendants
BRIAN J. BOWERS and DEXTER C. KUBOTA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EUGENE SCALIA, Secretary of Labor, United Stated Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>SHARON L. HERITAGE; NICHOLAS L. SAAKVITNE, A LAW CORPORATION; BRIAN J. BOWERS; DEXTER C. KUBOTA, BOWERS + KUBOTA CONSULTING, INC., BOWERS + KUBOTA CONSULTING, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Defendants. | Civil No. 1:18-cv-155-SOM-WRP |

DOL Exhibit 729

# DEXTER C. KUBOTA'S DESIGNATION OF EXPERT AND NOTICE OF SERVICE OF HIS CURRICULUM VITAE AND SUBJECT MATTER OF EXPERT REPORT

PLEASE TAKE NOTICE that Dexter C. Kubota designates the following person as one of his expert witnesses to testify pursuant to Fed. R. Evid. 702 in this matter:

Kenneth J. Pia, Jr., CPA, ABV, ASA, MCBA
Marcum Advisory Consulting

555 Long Wharf Drive, 8th Floor
New Haven, CT 06511

750 Third Avenue
New York, New York 10017

Telephone:  CT (203) 781-9780,
           NY (212) 485-5725

Mr. Pia will provide expert testimony with respect to the fair market value of Bowers + Kubota Consulting, Inc. as of December 14, 2012, namely, that the Bowers + Kubota Consulting, Inc. Employee Stock Ownership Plan and Trust did not pay more than adequate consideration under the Employee Retirement Income Security Act of 1974, as amended, as part of the December 14, 2012 ESOT transaction that is the subject matter of this case. Mr. Pia's testimony also will include a rebuttal to the Secretary of Labor's expert witness report of Steven J. Sherman, disclosed on October 19, 2020.

FURTHER, the undersigned certifies that, in accordance with the Court's Order, dated November 19, 2020 [Dkt. 322], a copy of this Designation and Mr. Pia's *curriculum vitae* has been served this day via e-mail upon all counsel of record herein (pursuant to the parties' agreement) as follows:

*Attorneys for Plaintiff,*
EUGENE SCALIA, SECRETARY OF THE U.S. DEPARTMENT OF LABOR:

>RUBEN R. CHAPA, ESQ.
>JING ACOSTA, ESQ.
>Office of the Solicitor
>U.S. Department of Labor
>230 S. Dearborn, Room 844
>Chicago, IL 60604
>(Acosta.Jing@dol.gov)
>(Chapa.Ruben@dol.gov)
>
>AUSTIN CASE, ESQ.
>U.S. Department of Labor
>Office of the Solicitor
>2300 Main Street, Suite 1020
>Kansas City, MO 64108
>(case.austin@dol.gov)
>
>NORMAN E. GARCIA, ESQ.
>IAN H. ELIASOPH, ESQ.
>Office of the Solicitor
>U.S. Department of Labor
>90 7th Street, Room 3-700
>San Francisco, CA 94103
>(Eliasoph.Ian@dol.gov)
>(Garcia.Norman@dol.gov)

    SUSAN BRINKERHOFF, ESQ.
    Office of the Solicitor
    U.S. Department of Labor
    300 Fifth Avenue, Suite 1120
    Seattle, WA 98104
    (Brinkerhoff.Susan@dol.gov)

*Attorneys for Defendants*
*BRIAN J. BOWERS and DEXTER C. KUBOTA:*

    DAVID R. JOHANSON, ESQ.
    DOUGLAS A. RUBEL, ESQ.
    HAWKINS PARNELL & YOUNG LLP
    1776 Second Street
    Napa, CA 94559

    WILLIAM M. HARSTAD, ESQ.
    IAN R. WESLEY-SMITH, ESQ.
    CARLSMITH BALL LLP
    ASB Tower, Suite 2100
    1001 Bishop Street
    Honolulu, HI 96813


*Attorneys for Nominal Defendant*
*BOWERS + KUBOTA CONSULTING, INC.:*

    ROBERT E. CHAPMAN, ESQ.
    SCOTT I. BATTERMAN, ESQ.
    CLAY CHAPMAN IWAMURA PULICE & NERVELL, AAL, ALC
    Topa Financial Center
    700 Bishop Street, Suite 2100
    Honolulu, Hawai'i 96813
    (rchapman@paclawteam.com)
    (sib@paclawteam.com)

*Attorneys for Defendants*
NICHOLAS L. SAAKVITNE, A LAW CORPORATION
AND SHARON L. HERITAGE, *as successor to Nicholas L. Saakvitne, Deceased:*

    JEFFREY S. PORTNOY, ESQ.
    CADES SCHUTTE LLP
    1000 Bishop Street, Suite 1200
    Honolulu, Hawai'i 96813
    (jportnoy@cades.com)

    DONALD L. HAVERMANN, ESQ.
    SEAN K. MCMAHAN, ESQ.
    OLUWASEUN FAMILONI, ESQ.
    MORGAN LEWIS & BOCKIUS LLP
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004
    (donald.havermann@morganlewis.com)
    (sean.mcmahan@morganlewis.com)
    (shay.familoni@moerganlewis.com)

  DATED: Honolulu, Hawai'i, November 19, 2020

                                       */s/ David R. Johanson*
                                       DAVID R. JOHANSON
                                       DOUGLAS A. RUBEL
                                       WILLIAM M. HARSTAD

                                       Attorneys for Defendants
                                       BRIAN J. BOWERS and DEXTER C. KUBOTA