UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| EUGENE SCALIA,<br>Secretary of Labor, U. S. Department of Labor,<br><br>Plaintiff,<br><br>VS.<br><br>SHARON L. HERITAGE, an individual; NICHOLAS L. SAAKVITNE, A LAW CORPORATION, a California corporation; BRIAN J. BOWERS, an individual; DEXTER C. KUBOTA, an individual; BOWERS + KUBOTA CONSULTING, INC., a corporation; BOWERS + KUBOTA CONSULTING, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Defendants. | No. 1:18-cv-155 |

REPORT OF HOWARD L. KAPLAN

NOVEMBER 30, 2020

I.  **INTRODUCTION**

   A.  **BOWERS + KUBOTA CONSULTING, INC. and the BOWERS + KUBOTA CONSULTING, INC. ESOP**

On December 14, 2012, the Bowers + Kubota Consulting, Inc. ("B+K") Employee Stock Ownership Plan ("ESOP") acquired 1,000,000 shares of the Bowers + Kubota Consulting, Inc. common stock from the Brian J. Bowers Trust (the "Bowers Trust") and the Dexter C. Kubota Trust (the "Kubota Trust") in exchange for notes in the amount of $20,400,000 to the Bowers Trust

Ex. B

        prudent arms-length process to protect the interests of the ESOP participants.

11. Control of the company passed to the ESOP when it purchased all of the outstanding shares of the common stock on December 14, 2012. Thereafter, the ESOP had unrestricted control of B+K, and the trustee could exercise unfettered discretionary authority to control the Board and could remove or replace Board members, and increase or decrease the number of Board members at any time. Through this control, the ESOP also could indirectly remove or replace corporate management, change corporate strategy, reorganize, and sell part or all of the company stock. If the ESOP chose to sell majority ownership of B+K, the trustee would have expected that a control premium be paid by the buyer. Saakvitne continued to serve as Trustee after the transaction closed. On behalf of the ESOP, Saakvitne held the control rights described above and could implement changes at any time deemed necessary. Trustees have replaced full boards or certain members, fired management, reorganized, and sold companies.

        It is important to note that a Settlor (or "Trustor") establishes a trust to separate certain trust rights. For ESOPs, trusts are used to separate:

a) Beneficial ownership of financial rights – ESOP participants and beneficiaries (in whole) own an irrevocable right to the financial value of the ESOP trust.

b) Discretionary/Voting rights – an appointed fiduciary is responsible to exercise discretionary authority to conduct.

        Therefore, participants and beneficiaries do not exercise discretion unless delegated to them by regulation or by plan documents.

Respectfully submitted,

_____
Howard L. Kaplan
Kaplan Fiduciary
November 30, 2020

and $19,600,000 to the Kubota Trust (the "Transaction"). The ESOP and Trust agreements were executed on December 14, 2012, and were retroactively effective as of January 1, 2012.

Nicholas L. Saakvitne ("Saakvitne") was appointed the trustee of the ESOP for purposes of the Transaction to ensure that the ESOP's purchase of the B+K stock was fair from a financial viewpoint to the ESOP. Saakvitne was retained on or about November 26, 2012, and continued to serve as the trustee of the ESOP after the Transaction until October 2, 2018, the date of Saakvitne's death.

**B.  REPORT**

I am familiar with the practices followed by independent ESOP trustees for special transactions in which an ESOP buys or sells employer stock. The purpose of this report is to provide my analysis regarding whether Saakvitne's actions in connection with the Transaction were consistent with the practices followed at the time of the Transaction by experienced ESOP trustees in determining whether to enter the Transaction.

In addition, I was asked to share my opinions regarding the report of Mark Johnson dated October 19, 2020.

**C.  DOCUMENTS AND LAWS REVIEWED**

In connection with my conclusions expressed in this report, I reviewed materials made available by Morgan, Lewis & Bockius LLP, and the documents used to form the principal basis for my conclusions are listed in the Addendum.

**D.  EXPERIENCE**

1.  EMPLOYMENT.

I am the owner of the Kaplan Financial Group LLC dba Kaplan Fiduciary Group, an independent firm focused on providing consulting services to fiduciaries of ESOPs and other qualified employer plans holding employer securities. I am located in greater Atlanta, Georgia.

Prior to starting Kaplan Fiduciary, I held several relationship and management positions as an employee of trust companies and banks providing fiduciary services to qualified plans, including ESOPs and other retirement plans holding employer securities. I have worked in the institutional and retirement plan trust business for over 30 years in varied trust officer positions, from sales to consulting to management, and spent more than half that time working with ESOPs and employer securities. Attached hereto as EXHIBIT A is my resume.

prefer the DOL provide guidance through regulation, not litigation. Many ESOP trustees use these collective litigation settlement agreements as guides, but do not necessarily concur with agreements made by these settling parties. With the most recent litigation settlement in the early 2020, there are now six litigation settlement agreements, each one including the general elements in a prior litigation settlement, but several incorporating new conditions.

The Transaction took place in December 2012. In examining the facts and circumstances present at that time of the Transaction, it is my opinion that Saakvitne used care, skill, prudence, and diligence under the circumstances prevailing in the fourth quarter of 2012 that other professional ESOP trustees familiar with these practices would have used for ESOP transactions.

3. **SAAKVITNE WAS APPOINTED AS TRUSTEE FOR THE ENGAGEMENT AND CONTINUED TO SERVE IN THAT CAPACITY AFTER THE TRANSACTION**

   a. Saakvitne was engaged as a trustee for the yet-to-be formed B+K ESOP on November 26, 2012, to serve in connection with a proposal to engage in the Transaction.

   b. Saakvitne agreed to serve as Trustee and Independent Fiduciary for the B+K ESOP to:

      i. Evaluate the proposed purchase of all or a significant percentage of the outstanding shares of the Sponsor (the company).

      ii. Negotiate the terms of the purchase on behalf of the B+K ESOP.

      iii. Continue to serve as Trustee should the purchase occur and the Sponsor elect to have him continue to serve.

      iv. Assist in participant communications.

      v. Coordinate the distribution of benefits.

      vi. Provide assistance in maintaining the B+K ESOP's tax-qualified status and ERISA compliance.

   c. Trustees are initially engaged so the proposed transaction can occur at arms-length, removing sellers from the decision-making on behalf of the ESOP during the transaction process. So, it is a frequent practice to serve as

ESOPs are very prevalent in the architectural, engineering, and construction ("AEC") industry and a frequently topic of consideration at industry conferences and publications. I have worked with many AEC firms and I have found that these firms are very familiar with the benefits of the ESOP option. It is one of the best corporate equity transfer alternatives for owners and employees alike:

a) <u>Competitive Edge</u> - AEC companies invest heavily in human resources and compete for talent in a highly competitive marketplace and also to retain its employees. The ESOP is a highly attractive benefit for employees and a difference-maker when attracting talent.

b) <u>Efficiency/Productivity</u> – AEC ESOP firms have proven to be more productive than non-ESOP firms in that industry. "The broad-based employee ownership under an ESOP will motivate a firm's main asset, its staff, to work smarter. Working smarter usually equates to higher profits over time"

c) <u>Tax Shield</u> - 100% S-ESOP owned AEC firms do not pay taxes. The increase in cash flows is used for debt payments, growth, acquisitions, share repurchases, reinvestment and/or acquisitions. When debt is paid, employees directly benefit from the increase in equity. This works is the same for homeowners, every time the mortgage is paid, the equity value in their home increases."[20]

2. Bowers engaged LVA. Bowers was not acting in his individual capacity. This was a common industry practice at that time since the feasibility and design of the future ESOP required an understanding of value to decide whether to move forward or not. Kubota did not serve as trustee of the ESOP. Saakvitne was engaged as Trustee once there was a decision to go forward.

---

[20] Menke (www.menke.com), "High Performance Ownership: employee owned Architecture, Engineering & Construction firms command higher valuations" https://www.menke.com/esop-archives/high-performance-ownership-employee-owned-architecture-engineering-construction-firms-command-higher-valuations/

31

**ADDENDUM**

**LIST OF DOCUMENTS RELIED UPON**

<u>**LEGAL DOCUMENTS**</u>

Secretary of Labor's Complaint

Answer and Affirmative Defenses of Brian Bowers and Dexter Kubota

Answer and Affirmative Defenses of Bowers+Kubota Consulting, Inc

Answer and Affirmative Defenses of Nicholas Saakvitne and Saakvitne Law Firm

Secretary's Response to Bowers' First Set of Interrogatories

Secretary's Supplemental Response to Bowers' First Set of Interrogatories

B+K's Response to Secretary's First Set of Interrogatories

Brian Bowers' Responses to Secretary's First Set of Interrogatories

Brian Bowers' Responses to Secretary's Second Set of Interrogatories

Dexter Kubota's Responses to Secretary's First Set of Interrogatories

Dexter Kubota's Responses to Secretary's Second Set of Interrogatories

Sharon Heritage's Responses to Secretary's First Set of Interrogatories

Nicholas Saakvitne's Responses to Secretary's First Set of Interrogatories

Sharon Heritage's Supplemental Responses to Secretary's First Set of Interrogatories

Nicholas Saakvitne's Responses to Secretary's First Set of Interrogatories

Secretary's Responses to B+K's First Set of Requests for Admissions

Secretary's Response to Kobuta's First Set of Interrogatories

**DEPOSITIONS**

Deposition of Brian Bowers, February 22, 2018 along with Exhibits

Deposition of Gregory Hanson, February 23, 2018 along with Exhibits

Deposition of Gregory Kniesel, December 22, 2017 and January 23, 2018, along with Exhibits

Deposition of Nicholas Saakvitne, November 21, 2017 along with Exhibits

Deposition of Kubota, along with Exhibits

**CASE DOCUMENTS**

Form 5500 for Bowers & Kubota Consulting, Inc, Taxable Year Ended December 31, 2012

Form 5500 for Bowers & Kubota Consulting, Inc, Taxable Year Ended December 31, 2013

DOL 000001-0550

DOL 000551-1347

DOL 001348-1853

DOL 001854-2227

DOL 002228-3227

DOL 003228-4227

DOL 005892-5909

DOL 005951-6011

LIBRA-DOL INV 004279-4317

SAK000152

SAK000153_0154

**PUBLICLY AVAILABLE DOCUMENTS**

"Russell B. Long." AZQuotes.com. Wind and Fly LTD, 2020.; 23 November 2020. https://www.azquotes.com/quote/1128747

Tax Reform Act of 1976, § 803(h), 90 Stat. 1590. October 4, 1976.

National Center for Employee Ownership, "Employee Ownership by the Numbers, https://www.nceo.org/articles/employee-ownership-by-the-numbers; September 2020

Nancy Wiefek, "S Corporation ESOPs and Retirement Security", Nancy Wiefek, Ph.D. and Nathan Nicholson, National Center for Employee Ownership (NCEO) December 2018.

Joseph Blasi, Douglas Kruse, and Dan Weltmann, "Firm Survival and Performance in Privately-Held ESOP Companies," Sharing Ownership, Profits, and Decision-Making in the 21st Century, Advances in the Economic Analysis of Participatory & Labor-Managed Firms, Volume 14, 2013, pp.109-124.

Fidan Kurtulus, "How Did Employee Ownership Firms Weather the Last Two Recessions," Fidan Kurtulus and Douglas Kruse, Upjohn Institute, 2017.

Peter Kardas "Wealth and Income Consequences of Employee Ownership: A Comparative Study of Washington State" Study Peter Kardas, Jim Keogh and Adria Scharf, Washington Department of Community, Trade, and Economic Development of the University of Washington 1998.

Corey Rosen, "Retirement Security and Wealth Accumulation in S ESOP Companies," The National Center for Employee Ownership September 2005.

Rutgers School of Management and Labor Relations, "Employee-Owned Firms in the Covid-19 Pandemic" (2020).

NCEO, ''Default Rates on ESOP Loans, 2009-2013'' (2014).

Publix, http://corporate.publix.com/about-publix/newsroom/news-releases/publix-makes-fortunes-100-best-companies-to-work-for-23-straight-years.

National Center for Employee Ownership, "The Employee Ownership 100: America's Largest Majority Employee-Owned Companies," https://www.nceo.org/articles/employee-ownership-100 July 2020.

National Center for Employee Ownership, "Great Employee-Owned Workplaces," https://www.nceo.org/great-employee-owned-places-work/id/34/; December 2018.

Proposed Regulations Issued by The Department of Labor, The Definition of Adequate Consideration, May 1988.

The American Society of Appraisers, The Opinion of the College on Defining Standards of Value Initiation, Chair Shannon P. Pratt, FASA, Published in Valuation, vol. 34, no. 2 (June 1989).

US Federal Register, (https://www.federalregister.gov/documents/2006/04/19/06-3674/voluntary-fiduciary-correction-program-under-the-employee-retirement-income-security-act-of-1974).

Menke (www.menke.com), "High Performance Ownership: employee owned Architecture, Engineering & Construction firms command higher valuations."

Investopedia.com, https://www.investopedia.com/articles/investing/110315/investment-value-vs-fair-market-value-how-they-differ.asp

# EXHIBIT A

# HOWARD L. KAPLAN CURRICULUM VITAE



**Howard L. Kaplan**
83 Blue Surf Court
Jasper, GA 30143
Phone: 404-308-0330
Email:  hkaplan@kaplanfiduciary.com

*Curriculum vitae, 2020*

Summary of Experience

Howard Kaplan has over 30 years of experience in the trust and financial services industries and currently serves as a fiduciary consultant and board advisor to employee stock ownership plan (ESOP) companies.  In addition, he has held various organizational and relationship management positions throughout his career, applying procedural prudence in a fiduciary capacity and advising plan sponsors regarding their fiduciary obligations under the Employee Retirement Income Security Act (ERISA).

Detailed Employment Experience

**2015-Present KAPLAN FINANCIAL GROUP LLC DBA KAPLAN FIDUCIARY, Jasper, GA**

Mr. Kaplan, as President and CEO, provides consulting and advisory services to internal and professional ERISA fiduciaries, as well as Boards of employee-owned companies.

**2015–2017 TI-Trust Company, formerly FIRST BANKERS TRUST SERVICES, Atlanta, GA,** *a trust company headquartered in Quincy, IL*

As Senior Vice President, Mr. Kaplan represented First Bankers as trustee or independent fiduciary for ESOP/KSOP transactions and successor trustee engagements. He served as the lead engagement officer for over twelve new relationships.  During his tenure, he was instrumental in refining several fiduciary and trust practices.

**2014-2015 FIRST FIDUCIARY CONSULTING CORP., Atlanta, GA,** *a firm affiliated with Benefit Trust Company, Overland Park, KS*

Mr. Kaplan, as Senior Director, was co-founder of a consulting company providing ERISA and fiduciary services to a "sister" trust company.  Within a very short time, FFCC developed administrative procedures, marketing materials, on-boarded former and new clients and completed several fiduciary transactions.

**2000-2014 RELIANCE TRUST COMPANY, Atlanta, Georgia,** *an FIS Global Company*

As a Senior Vice President and a founding member and manager of the ERISA fiduciary consulting group, Kaplan helped grow the team to become a nationally recognized provider of independent fiduciary and trustee services representing participants in 401(k), defined benefit, ESOP and non-qualified retirement plans.  As manager of retirement client services, he served in a senior management position directing custody, cash management and trustee/fiduciary services.

**1995 –2000 WELLS FARGO BANK, Atlanta, GA (formerly First Union)**

As a Vice President and Manager of Employee Benefit Services, Kaplan led the Southern Region during a period of rapid technology advancements and service changes in the retirement industry.  Within the five-year period, gross revenue for the region quadrupled and margins increased dramatically.

**1990-1995 BANK OF AMERICA, Atlanta, GA (formerly NationsBank)**

Within five years, Kaplan rose from an institutional salesperson to serving as a Vice President and the Southeast Area Manager of 401(k) Daily Valuation Sales, Consulting and Communications, functioning as the technical consultant and advisor on administrative and investment applications to 401(k) and other retirement plans.

**1984–1990     WELLS FARGO ADVISORS, North Palm Beach, FL (formerly Prudential-Bache)**

**MORGAN STANLEY, Palm Beach, FL (formerly Smith Barney)**

Financial Advisor to individual clientele specializing in managed portfolios, fixed-income and equity investments.

Education

2005    Received *Accredited Investment Fiduciary Auditor*™ designation from the Center for Fiduciary Studies, University of Pittsburgh

2001    Completed the *Senior Leadership and Strategic Impact Program* at the Amos Tuck School of Business at Dartmouth College

1992    Received *CRSP*™ *Designation* after completing *Employee Benefits Plan Courses*, Cannon Trust School.

1980    Bachelor's degree.  Business Administration/Finance and Marketing, University of Florida, Gainesville, FL

Memberships and Affiliations

- Private Directors Association (PDA)
- The ESOP Association (TEA): serving on various committees including: Fiduciary Committee, Legislative and Regulatory Committee, Ownership Culture Committee and the Valuation and Appraisal Committee
- Employee-Owned S Corporations of America (ESCA)
- The National Center for Employee Ownership (NCEO)

Past

- American Society of Pension Professionals & Actuaries (ASPPA)
- American Bankers Association (ABA)
- Foundation for Fiduciary Studies (now FI360)
- Society of Professional Asset-Managers & Record Keepers (SPARK)
- Society of Certified Retirement Plan Specialists (CRPS)
- Cannon Financial Institute, Trust School

# **ADDENDUM**

## **Engagements and Presentations**

<u>AS CONSULTING ADVISOR</u>

- Board governance and organizational advisor to newly formed ESOP owned company
- Board governance and organizational advisor to a mature ESOP in leadership transition
- Board advisor engaged to select a successor trustee
- Advisor to internal trustees of a newly formed ESOP owned company
- Advisor to professional trustee on process and procedure for ESOP transactions

<u>AS EXPERT WITNESS</u>

- Provided reports, deposition and federal court testimony regarding a fiduciary's process and decisions to engage in an ESOP transaction (for defendants).
- Provided reports supporting ESOP trustee's claim of fiduciary breach against fiduciary (for plaintiff).
- Provided report and deposition regarding trustee's decision to divest employer stock (defendant).

<u>AS REPRESENTATIVE OF THE TRUSTEE/ INDEPENDENT FIDUCIARY TO</u>:

Served as Senior Vice President of several chartered banks serving in the capacity of trustee or independent fiduciary for over a hundred ESOP formations, sales, and other transactions including:

- Termination of ESOP holding a minority interest
- Several engineering/construction 100% ESOP trustee appointments
- A minority-owned ESOP of a large privately-held maritime company
- A U.S. Department of defense contractor ESOP
- A newly formed ESOP to purchase 100% of a nationally recognized private shoe company
- Monitor the participant voting process for a publicly-traded apparel company
- To a U.S. Government contractor sale of an 88% ESOP-owned company
- A large professional employer organization's multiple-employer 401(k) plans
- A large automobile club and insurance company's 401(k) plan's stable value portfolio
- A 401(k) plan in which prior fiduciaries were enjoined from a fiduciary role, pursuant to a DOL agreement
- A private 100% ESOP-owned auto industry supplier
- A sale of an ESOP-owned construction company and subsequent termination and distribution of the plan
- Several minority-owned ESOP insurance companies
- Monitor the sale of an insurance agency to a publicly-traded company
- A minority-owned ESOP company engaged in retail convenience grocery and gasoline sales

PUBLICATIONS, PRESENTATIONS AND LECTURES

*"Employee Ownership Management Program, The ESOP Team Session (Virtual)*," Beyster Institute, Rady School of Management, University of California, San Diego. Oct. 2020

*"Certificate Program for Non-Professional ESOP Fiduciaries,"* UCSD Beyster Institute Program at Ohio employee Ownership Center at Kent State University, Kent OH Sept. 2018, 2019 and 2020

*"Building a Better Board,"* ESOP Association New South Chapter Conference Chattanooga Feb. 2020

*"Process and Procedure: Administering Your ESOP,"* Fiduciary and Governance Session and the Company Valuation Session. Beyster Institute Program, Rady School of Management, University of California, San Diego. Jan. 2020

*"For the New ESOP: What You Should Know,"* NCEO Annual Conference, Virtual. April 2020

*"ESOP Company Corporate Governance,"* NCEO Annual Conference Preconference Program, Virtual April 2020

*"Certificate Program for Non-Professional ESOP Fiduciaries," UCSD Beyster Institute Program at University of California,* San Diego Feb. 2018, 2019, 2020

*"Board Directors & Trustees Roles in ESOP Companies,"* ESOP Association Vegas Conference. Nov. 2019

*"Building a Better Board,"* ESOP Association New South Chapter Conference Birmingham, AL Oct. 2019

*"What Goes In to A Valuation and How to Communicate It,"* ESOP Association New South Chapter Conference Chattanooga Sept. 2019

*"Advanced Governance of Employee Ownership Companies: Corporate Directors' Exchange.* Beyster Institute," Rady School of Management, University of California, San Diego. June 2019

*"Board of Directors and Trustee Roles in ESOP Companies," The ESOP Association National Conference,* Las Vegas, NV Nov. 2018

*"Interplay Between the Board of Directors and the Trustees,"* ESOP Association Annual Meeting May 2019

*"Building a Better Board,"* NCEO Annual Conference Atlanta GA, April 2019

*"Valuation and Other Considerations over the ESOP Life Cycle," moderator and co-presenter at the New South ESOP Association Meeting,* Birmingham AL September 2018

*"Getting the Right Board; and Getting the Most Out of Them," co-presenter at the Annual ESOP Association Meeting,* Washington DC, May 2018

*"Moderating the Governance Tensions of Self Interests, Corporate Responsibilities and Fiduciary Duties Through the Adoption of Appropriate Corporate Organizational Models,"* co-presented at the ESOP Association New South Chapter, Atlanta, GA and the Carolinas Chapter, Hilton Head, SC March/April 2018

*"Valuation and Communications,"* moderator and co-presenter at the Annual ESOP Association meeting, Washington, DC, May 2017

*"Is an ESOP Right for Your Engineering Firm,"* co-presented at the American Counsel of Engineering Companies Annual Conference, Washington, DC April 2017

*"A Year in the Life of an ESOP Trustee,"* moderator and co-presenter at the National ESOP Association Conference, Las Vegas, NV, Nov. 2016

*"Is an ESOP Right for You?"* co-presented at the American Counsel of Engineering Companies Annual Conference, Hawaii, Oct. 2014

*"Case Study on Expanding Corporate Governance: Appvion"* moderator and co-presenter at the NCEO Conference, April 2104

*"ESOPs and B Corps,"* co-presented at the ESOP Association Trade Conference, Nov. 2012

*"Appointing an Institutional Trustee – Best Practices*"* co-presented at the South ESOP Conference, Oct. 2012

4

*"Duties of an ESOP Trustee,"* co-presented at the Annual ESOP Association Conference, May 2012

*"ESOP Valuation Basics,"* co-presented at the NCEO Conference, April 2012

*"Internal vs. External Trustee – Crossfire,"* co-presented at the ESOP Association Conference, Nov. 2011

*"Who Should Act as Your ESOP Trustee?"* co-presented at the NCEO Annual Conference, April 2011

*"Uses of Company Stock in Qualified Plans,"* co-presented at the ASPPA Benefits Conference of the South, May 2010

Contributing Author of ESOP Association Fiduciary Handbook Chapter entitled "The Decision to Terminate an ESOP," Released 2010

Co-Editor of ESOP Association Fiduciary Handbook, Released 2010

*"Employee Participation in Formal Governance: Ideas and Practices"* co-presented at the ESOP Association Trade Conference, Nov. 2009

Featured Speaker at the ESOP Association Annual Board of Directors of ESOP Companies Retreat, Sept. 2009

*"Trustee's Annual ESOP Checklist"* co-presented at the ESOP Association Conference, May 2009

*"Internal vs. External ESOP Trustee: Cross-fire"* co-presented at the ESOP Association Conference, Nov. 2008

*"Internal vs. External ESOP Trustee: Overview and Potential Conflicts,"* co-presented at the ESOP Association Conference, Nov. 2007

*"Company Stock: From Tittle to DeFelice,"* presented at Reliance Trust Advisor Symposium, Aug. 2007

*"Governance and Fiduciary Overview: Potential Conflicts,"* co-presented at the ESOP Association Conference, May 2007

*"The New Investment Advisor Paradigm; Concept of Fiduciary 'Outsourcing,'"* co-presented at the FEI Employee Benefits Group Meetings, Dec. 2006

*"Fiduciary Responsibility; A Corporate Trustee's Perspective"* presented at the DAC Conference, April 2003

Lectured on various course curricula at the Cannon Institute's Employee Benefits Schools primarily focused on trust, fiduciary, investment and administrative topics relating to qualified retirement plans, 1992 to 1996.