| | |
|---|---|
| **From:** | McMahan, Sean |
| **To:** | Rubel, Douglas A.; Chapa, Ruben - SOL; Acosta, Jing - SOL; Case, Austin - SOL; Nolte, Elisabeth P. - SOL |
| **Cc:** | Familoni, Shay; Jeffrey Portnoy; Havermann, Donald L.; Scott I. Batterman; William Harstad; McMahan, Sean |
| **Subject:** | RE: Stewart v. Heritage, et al., 1:18-cv-155-SOM-WRP (D. Haw.) |
| **Date:** | Tuesday, February 16, 2021 10:07:05 AM |
| **Attachments:** | image001.png |

CAUTION - The sender of this message is external to the DOL network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@dol.gov.

All,

The Saakvitne Defendants have reached agreement with the Secretary to resolve the claims in this matter.  As I mentioned on our call, we intend to file a consent judgment that memorializes the terms of that agreement, along with a proposed bar order.  The Secretary will also be asking the court to enter the consent judgment as a final judgment and while it is considering the motion to grant an extension of time with respect to the depositions of the Saakvitne Defendants' experts.  If the court enters the consent judgment the depositions are permanently canceled as moot, if not and the court enters the extension the depositions will be rescheduled.  Therefore, the depositions of Howard Kaplan and Renee McMahon scheduled this week are canceled.

Regards

**Sean McMahan**
Associate
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5520 | Main: +1.202.739.3000 | Cell: +1.404.444.8152 | Fax: +1.202.739.3001
sean.mcmahan@morganlewis.com | www.morganlewis.com
Assistant: April May Hackelton | +1.202.739.5218 | aprilmay.hackelton@morganlewis.com



**From:** Rubel, Douglas A. <drubel@hpylaw.com>
**Sent:** Tuesday, February 16, 2021 11:02 AM
**To:** Chapa, Ruben - SOL <chapa.ruben@dol.gov>; Acosta, Jing - SOL <acosta.jing@dol.gov>; Case, Austin - SOL <case.austin@dol.gov>; Nolte, Elisabeth P. - SOL <nolte.elisabeth.p@dol.gov>
**Cc:** McMahan, Sean <sean.mcmahan@morganlewis.com>; Familoni, Shay <shay.familoni@morganlewis.com>; Jeffrey Portnoy <jportnoy@cades.com>; Havermann, Donald L. <donald.havermann@morganlewis.com>; Scott I. Batterman <sib@paclawteam.com>; William Harstad <wharstad@carlsmith.com>
**Subject:** Stewart v. Heritage, et al., 1:18-cv-155-SOM-WRP (D. Haw.)

[EXTERNAL EMAIL]

Counsel -

Messrs. Bowers and Kubota adopt the expert reports of the Saakvitne Parties expert

Ex. C

witnesses and intend to tender such reports at trial.

Please advise if the depositions scheduled for tomorrow and Thursday are going forward.

Regards, Doug

**Douglas A. Rubel**
*Of Counsel*

Hawkins Parnell & Young, LLP
(919) 523-3638  |  hpylaw.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.