CHRISTINE Z. HERI
Regional Solicitor
RUBEN R. CHAPA
Counsel for ERISA
ELISABETH NOLTE
Trial Attorney
U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn St., Suite 844
Chicago, Illinois 60604
T: (312) 353-7837
F: (312) 353-5698
Nolte.Elisabeth.P@dol.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN J. WALSH,[1] Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>SHARON L. HERITAGE, as successor to Nicholas L. Saakvitne, Deceased, *et al.*,<br><br>Defendants. | 1:18-cv-155-SOM-WRP<br><br>**DECLARATION OF ATTORNEY IN SUPPORT OF SECRETARY OF LABOR'S MOTION *IN LIMINE* NO. 1: EXCLUSION OF EXPERT TESTIMONY AND REPORTS OF HOWARD L. KAPLAN AND RENEE R. MCMAHON**<br><br>JUDGE: Hon. Susan Oki Mollway |

I, Elisabeth Nolte, declare as follows:

I am an attorney employed by the Office of the Solicitor, United States

---

[1] By operation of law, Martin J. Walsh, Secretary of Labor, is substituted for former Acting Secretary of Labor Milton Al Stewart. FED. R. CIV. P. 25(d).

Department of Labor, attorneys for Martin J. Walsh, Secretary of Labor, United States Department of Labor ("Secretary"), and a member of the Bar of the State of Illinois. I am one of the attorneys responsible for the Secretary's enforcement of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), in connection with the above-captioned case. As such, I am permitted to practice before this Court. Based on information and reasonable belief, attached hereto are true and correct copies of documents produced by the parties during the investigation and/or during litigation:

| **Exhibit** | **Description** |
|---|---|
| DOL Ex. 721[2] | Excerpts from Gregory K. Brown Expert Report and Disclosures |
| DOL Ex. 722 | Excerpts from Brown Rebuttal Report to Expert Reports of Mark Johnson and Steven J. Sherman |
| DOL Ex. 725 | Addendum to Brown Expert Report and Disclosures and Brown Rebuttal Report to Expert Reports of Mark Johnson and Steven J. Sherman |
| DOL Ex. 709 | Excerpts from Valuation Analysis by Ian C. Rusk |
| DOL Ex. 710 | Excerpts from Rusk's Rebuttal Report to Sherman's Report |
| DOL Ex. 729 | Kubota's Designation of Kenneth J. Pia, Jr. |
| DOL Ex. 728 | Excerpts from Pia Expert Report |
| Ex. A | Excerpts from Renee R. McMahon's Expert Report |
| Ex. B | Excerpts from Howard L. Kaplan's Expert |
| Ex. C | February 16, 2021 Emails from Rubel and McMahan |
| Ex. D | February 19, 2021 Email from Rubel |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 16, 2021               */s/ Elisabeth Nolte*

---

[2] Exhibits numbers refer to exhibits used in the parties' depositions in this matter.

                              ELISABETH NOLTE
                              Trial Attorney

                              One of the Attorneys for Plaintiff