David R. Johanson       (*pro hac vice*)
Douglas A. Rubel        (*pro hac vice*)
HAWKINS PARNELL & YOUNG, LLP
1776 Second Street
Napa, California 94559
Telephone: (707) 299-2470
Facsimile: (707) 581-1704
Email: djohanson@hpylaw.com

William M. Harstad      (8942)
CARLSMITH BALL LLP
1001 Bishop Street, Suite 2100
Honolulu, HI 96813
Telephone: (808) 523-2500
Facsimile: (808) 523-0842
Email: wharstad@carlsmith.com

Attorneys for Defendants
BRIAN J. BOWERS and DEXTER C. KUBOTA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>SHARON L. HERITAGE, as successor to Nicholas L. Saakvitne, Deceased, et al.<br><br>Defendants. | Civil No. 1:18-cv-155-SOM-WRP<br><br>DECLARATION OF DAVID R. JOHANSON IN SUPPORT OF BRIAN J. BOWERS' AND DEXTER C. KUBOTA'S **MOTION IN LIMINE NO. 4**: MOTION TO EXCLUDE THE TESTIMONY OF MARCUS PIQUET |

I, David R. Johanson, declare as follows:

1. I am an attorney-at-law, duly admitted to practice before this Court, *pro hac vice*. I am a senior partner in the law firm of Hawkins Parnell & Young, LLP, and I am lead counsel of record for defendants Brian J. Bowers ("Bowers") and Dexter C. Kubota ("Kubota") in the above-captioned matter. I am over the age of 18 and I could and would competently testify to the matters contained herein if so required.

2. This declaration is submitted in support of Mr. Bowers' and Mr. Kubota's Motion in Limine No. 4: Motion to Exclude the Testimony of Marcus Piquet.

3. The Secretary of Labor (the "Secretary") conducted a Remote Videoconference 30(b)(6) Deposition of Marcus Piquet on September 22, 2020 (the "Piquet deposition Volume 1"). Attached as Exhibit "1" is a true and correct copy of relevant excerpts of the Piquet deposition Volume 1.

4. Attached as Exhibit "2" is a true and correct copy of relevant excerpts of the Confidential Portion of the Piquet deposition Volume 1.

5. The Secretary continued his examination of Piquet as a witness on November 20, 2020 (the "Piquet deposition Volume 2"). Attached as Exhibit "3" is a true and correct copy of relevant excerpts of the Confidential Portion of the Piquet deposition Volume 2.

6. Attached as Exhibit "4" is a true and correct copy of Plaintiff's

Exhibit 508.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 22, 2021

                                  */s/ David R. Johanson*
                                  David R. Johanson