# EXHIBIT "3"

Atkinson Baker, Inc.
www.depo.com

```
 1                  UNITED STATES DISTRICT COURT

 2                       DISTRICT OF HAWAII

 3                            - - -

 4   EUGENE SCALIA, Secretary of    )
     Labor, United States Department)
 5   of Labor,                      )
                                    )
 6                  Plaintiff,      ) Case No.
                                    ) 1:18-cv-00155-
 7          vs.                     ) SOM-WRP
                                    )
 8   SHARON L. HERITAGE, as successor)
     to Nicholas L. Saakvitne,      )
 9   Deceased; NICOLAS L. SAAKVITNE,)
     A LAW CORPORATION, a California)
10   corporation; BRIAN J. BOWERS, an)
     individual; DEXTER C. KUBOTA, an)
11   individual; BOWERS + KUBOTA    )
     CONSULTING, INC., a corporation;)
12   BOWERS + KUBOTA CONSULTING,    )
     INC., EMPLOYEE OWNERSHIP PLAN, )
13                                  )
                    Defendants.     )
14   _____)

15

16    CONFIDENTIAL TRANSCRIPT PORTIONS UNDER PROTECTIVE ORDER

17
             REMOTE VIDEOCONFERENCE 30(b)(6) DEPOSITION OF
18                         MARCUS PIQUET
                      LOS ANGELES, CALIFORNIA
19                      NOVEMBER 20, 2020
                           VOLUME II
20
                          9:15 a.m.
21

22                    ATKINSON-BAKER, INC.
                        (800) 288-3376
23                       www.depo.com

24
     REPORTED BY:  Christina F. D'Arcangelo, CSR No. 11872
25   FILE NO.:  AE08078
```

Atkinson Baker, Inc.
www.depo.com

```
 1                    UNITED STATES DISTRICT COURT
                           DISTRICT OF HAWAII
 2
                                 - - -
 3
      EUGENE SCALIA, Secretary of    )
 4    Labor, United States Department)
      of Labor,                      )
 5                                   )
                      Plaintiff,     ) Case No.
 6                                   ) 1:18-cv-00155-SOM-WRP
               vs.                   )
 7                                   )
      SHARON L. HERITAGE, as successor)
 8    to Nicholas L. Saakvitne,      )
      Deceased; NICOLAS L. SAAKVITNE,)
 9    A LAW CORPORATION, a California)
      corporation; BRIAN J. BOWERS, an)
10    individual; DEXTER C. KUBOTA, an)
      individual; BOWERS + KUBOTA    )
11    CONSULTING, INC., a corporation;)
      BOWERS + KUBOTA CONSULTING,    )
12    INC., EMPLOYEE OWNERSHIP PLAN, )
                                     )
13                    Defendants.    )
      _____)
14

15

16          Remote Videoconference 30(b)(6) Deposition

17    of MARCUS PIQUET, taken on behalf of the Plaintiff,

18    commencing at 9:15 a.m., on Friday, November 20,

19    2020, before Christina D'Arcangelo, Certified

20    Shorthand Reporter Number 11872.

21

22

23

24

25
```

Atkinson Baker, Inc.
www.depo.com

```
 1   A P P E A R A N C E S:

 2


 3   For Plaintiffs:

 4

 5       DEPARTMENT OF LABOR, OFFICE OF THE SOLICITOR
         BY:  AUSTIN CASE, ESQ., via Zoom
 6       2300 Main Street, Suite 1190
         Kansas City, Missouri  64108
 7       816.285.7283
         816.285.7287 (Fax)
 8       case.austin@dol.gov

 9
     For Defendants Sharon L. Heritage, successor to
10   Nicholas L. Saakvitne, Deceased; Nicholas L.
     Saakvitne, a Law Corporation:
11
         MORGAN LEWIS & BOCKIUS LLP
12       BY:  OLUWASEUN O. FAMILONI, ESQ., via Zoom
         1111 Pennsylvania Avenue NW
13       Washington, District of Columbia  20004
         202.739.5072
14       202.739.3001 (Fax)
         shay.familoni@morganlewis.com
15

16   For the Defendants Brian J. Bowers and Dexter C.
     Kubota:
17
         HAWKINS PARNELL & YOUNG LLP
18       BY:  DAVID R. JOHANSON, ESQ., via Zoom
              ROBERT THOMPSON, ESQ., via Zoom
19       1776 Second Street
         Napa, California 94559
20       707.299.2470
         707.581.1704 (Fax)
21       djohanson@hpylaw.com

22

23

24

25
```

Atkinson Baker, Inc.
www.depo.com

```
 1   For the Defendants Bowers + Kubota Consulting, Inc.:

 2        CLAY CHAPMAN IWAMURA PULICE & NERVELL
          TOPA FINANCIAL CENTER
 3        BY:  SCOTT I. BATTERMAN, ESQ., via Zoom
          700 Bishop Street, Suite 2100
 4        Honolulu, Hawaii 96813
          808.535.8410
 5        808.535.8444 (Fax)
          sib@paclawteam.com
 6

 7   For the Witness:

 8        PARKER MILLIKEN CLARK O'HARA & SAMUELIAN
          BY:  RICHARD ROBINS, ESQ., via Zoom
 9        555 South Flower Street, 30th Floor
          Los Angeles, California  90071
10        213.683.6573
          rrobins@pmcos.com
11


12
     Also Present:
13
               CHARLES GORDON
14
               AUSTIN TAPURO
15
               MICHAEL WEN
16

17

18

19

20

21

22

23

24

25
```

Atkinson Baker, Inc.
www.depo.com

```
 1                    INDEX TO EXAMINATION

 2                  WITNESS: MARCUS PIQUET

 3  EXAMINATION                                          PAGE

 4  By Mr. Johanson     Cross Examination................298

 5                      Re-Cross Examination.............373

 6
    By Mr. Case         Re-Direct Examination............356
 7

 8
    PORTIONS OF THIS TRANSCRIPT ARE BOUND SEPARATELY
 9  PURSUANT TO PROTECTIVE ORDER:

10  Page 303:19 through Page 310:17

11  Page 312:1 through Page 313:13

12  Page 315:5 through Page 331:8

13  Page 334:22 through 335:19

14  Page 338:9 through 340:13

15  Page 347:20 through 354:6

16  Page 357:19 through 359:20

17  Page 360:22 through 370:16

18  Page 372:7 through 374:9

19
    DOCUMENTS/INFORMATION REQUESTED          NONE
20

21  WITNESS INSTRUCTED NOT TO ANSWER         NONE

22

23

24

25
```

Atkinson Baker, Inc.
www.depo.com

```
 1                       INDEX TO EXHIBITS

 2                    MARCUS PIQUET, VOLUME II

 3                    Scalia vs. Heritage, et al

 4                     Friday, November 20, 2020

 5               Christina F. D'Arcangelo, CSR No. 11872

 6

 7    MARKED                DESCRIPTION                          PAGE

 8    Exhibit BK 291        ESOP Loan and Pledge
                            Agreement - 2013................304
 9
      Exhibit BK 290        Assignment, Amendment, and
10                          Assumption of Loans
                            and Loan Documents..............305
11
      Exhibit DOL 508       Piquet Spreadsheet..............306
12
      Exhibit BK 295        Info page for AMB_00000222......307
13
      Exhibit BK 273        A document prepared Mr. Gregory E.
14                          Kniesel, ASA purporting to show the
                            actual revenues and EBITDA for B+KC
15                          for the years
                            2013 through 2017.......... 318
16
      Exhibit 3             Complaint.......................332
17
      Exhibit DOL 565       Brian Bowers e-mail dated
18                                  2/8/2013....................342

19    Exhibit BK 297        Nicholas Sakkvitne e-mail dated
                                    9/12/2013..............343
20
      Exhibit DOL 534       Marcus Piquet e-mail dated
21                                  12/5/2012..................344

22

23

24

25
```

Atkinson Baker, Inc.
www.depo.com

| | | |
|---|---|---|
| 1 | (Start of Confidential Portion) | |
| 2 | MR. JOHANSON: I will read the Bates stamps. | |
| 3 | It's BK Exhibit 291, the Bates stamps are RHYL 000401. | |
| 4 | (Whereupon Exhibit 291 was marked for | |
| 5 | identification by the court reporter, as of this date.) | 09:28 |
| 6 | MR. ROBINS: For the record, and we will explain | |
| 7 | this to you later, all testimony involving this document | |
| 8 | should be sealed pursuant to the protective order, as | |
| 9 | this document is confidential as well. | |
| 10 | MR. JOHANSON: Mr. Piquet or Mr. Thompson, could | 09:28 |
| 11 | you go to the end of the document so we can get the last | |
| 12 | Bates stamp. | |
| 13 | (Counsel scrolling through document.) | |
| 14 | Q.    And the last one is RHYL 00409. | |
| 15 | Mr. Robins and Marcus, do you have that | 09:29 |
| 16 | document? | |
| 17 | A.    I do.  Thank you. | |
| 18 | MR. ROBINS: In the last deposition the | |
| 19 | transcript was broken down between confidential and | |
| 20 | nonconfidential. I assume that's what you are saying | 09:29 |
| 21 | you are going do with respect to today's transcript | |
| 22 | also? | |
| 23 | MR. JOHANSON: Correct.  We agree. | |
| 24 | If you could go to the bottom of that first | |
| 25 | page, Mr. Thompson. | 09:29 |

Atkinson Baker, Inc.
www.depo.com

| | | |
|---|---|---|
| 1 | Q.      And if you could look at page 172 -- | |
| 2 | MR. JOHANSON:  Mr. Thompson, lines 19 and 20. | |
| 3 | (Witness perusing document.) | |
| 4 | Q.      And also in response to a question by Mr. Case | |
| 5 | you indicated an answer there in lines 19 and 20:  Sure. | 09:42 |
| 6 | Sure.  Based upon my understanding, then yes as a | |
| 7 | nonexpert, nonappraiser. | |
| 8 | Did I read that correctly? | |
| 9 | A.      Yes. | |
| 10 | Q.      Is that the capacity in which you prepared that | 09:42 |
| 11 | spreadsheet back in April of 2018? | |
| 12 | A.      Yes. | |
| 13 | Q.      Thank you. | |
| 14 | And, then, page 171, lines 15 through 17, there | |
| 15 | you said at your initial deposition that, excuse me -- | 09:43 |
| 16 | (End of Confidential Portion) | |
| 17 | / / / | |

Atkinson Baker, Inc.
www.depo.com

```
 1              (Start of Confidential Portion.)
 2              MR. JOHANSON:  Thank you.
 3              Okay.  Mr. Thompson, could you go to page 202 of
 4    the transcript and lines 18 through 25.
 5              (Witness perusing document.)                           10:29
 6    Q.        And there, Marcus, starting on line 18 you
 7    testified that:  I would just caution you that, again,
 8    this was a personal document that was not reviewed by
 9    anybody.  There could be errors in it.  I could have
10    copied a number down wrong.                                      10:29
11              Did I read that correctly?
12    A.        Yes, sir.
13    Q.        Was that your testimony when Mr. Case deposed
14    you earlier in this deposition?
15    A.        Yes.                                                   10:30
16              MR. JOHANSON:  Mr. Thompson, could you go to
17    page 208.
18    Q.        There you, again, on line 12, go up, please, on
19    line 12 in response to Mr. Case's questioning you said:
20    I can tell you, Mr. Case, categorically that when I              10:30
21    created this document, I didn't pass any judgment on why
22    any of this may be the case.
23              Did I read that correctly?
24    A.        Yes.
25    Q.        Did you testify that way about that spreadsheet        10:30
```

Atkinson Baker, Inc.
www.depo.com

| | | |
|---|---|---|
| 1 | that you created in April of 2018 when Mr. Case examined | |
| 2 | you the last time in this deposition? | |
| 3 | A.     Yes. | |
| 4 |        MR. JOHANSON:  Mr. Piquet -- or, excuse me, | |
| 5 | Mr. Thompson, could you go back to DOL Exhibit 508. | 10:31 |
| 6 |        MR. THOMPSON:  What did you say? | |
| 7 |        MR. JOHANSON:  Could you go back to Exhibit 508. | |
| 8 | Q.     Marcus, do you have a calculator with you? | |
| 9 | A.     Yes. | |
| 10 | Q.     Could you grab your calculator real quick? | 10:32 |
| 11 | A.     Sure. | |
| 12 | Q.     Could you just add up the amounts that you have | |
| 13 | indicated as actual EBITDA for years 2000 -- excuse | |
| 14 | me -- 2013 through 2016? | |
| 15 | A.     Yes, that would be 22,548. | 10:32 |
| 16 | Q.     Were you calculating that in terms of millions | |
| 17 | or not when you put it in that spreadsheet? | |
| 18 | A.     It would be thousands to thousands -- would be | |
| 19 | 22,548,000. | |
| 20 | Q.     Thank you. | 10:33 |
| 21 |        And also, could you add in or, excuse me, could | |
| 22 | you also look at years 2013 through '16 under the | |
| 23 | revenue column? | |
| 24 | A.     Yes.  So I will express it in millions.  It | |
| 25 | would be a 122,324,000. | 10:33 |

Atkinson Baker, Inc.
www.depo.com

| | | |
|---|---|---|
| 1 | Q.     Thank you, Mr. Piquet. | |
| 2 |        And then I would like to go -- | |
| 3 |        MR. JOHANSON:  Mr. Thompson, could you put up on | |
| 4 | the screen the documents that we had as Tab 15, which | |
| 5 | would be Piquet Exhibit 273, and I will give you the | 10:34 |
| 6 | other two.  Thompson Tab 15. | |
| 7 |        Am I breaking up for anybody else? | |
| 8 | A.     I hear you fine, David. | |
| 9 |        MR. THOMPSON:  I can't help that. | |
| 10 |        MR. JOHANSON:  I know, but I am saying if we | 10:34 |
| 11 | have another technical problem, I am noting it for the | |
| 12 | record, Mr. Thompson. | |
| 13 |        MR. ROBINS:  Tab 15, Exhibit 273. | |
| 14 |        (Whereupon Exhibit 273 was marked for | |
| 15 | identification by the court reporter, as of this date.) | 10:34 |
| 16 | Q.     Marcus, I am going to represent to you that this | |
| 17 | is a document that Mr. Gregory E. Kniesel ASA prepared, | |
| 18 | and it purports to show the actual revenues and EBITDA | |
| 19 | for B+KC for the years 2013 through 2017. | |
| 20 |        And the projected revenues for B+KC and | 10:35 |
| 21 | projected EBITDA for that same period of time, that | |
| 22 | Mr. Bowers objected back in 2012. | |
| 23 |        Do you see that? | |
| 24 | A.     Yes. | |
| 25 |        MR. CASE:  Objection.  Assumes facts not in | 10:35 |

Atkinson Baker, Inc.
www.depo.com

```
 1  evidence.
 2  Q.      And Marcus, I will just represent to you that if
 3  you add up -- if you could, could you add up the total
 4  revenues under the columns 2013 through '17 on the
 5  projected revenues for each of the years to compare that     10:36
 6  to the aggregate amount that's noted on that schedule?
 7  A.      Yes.  It matches.  129,642,000.
 8  Q.      Marcus, sorry, because I have known you so long
 9  I feel like calling you Marcus today.  You said that's
10  all right?                                                   10:36
11  A.      You can call me either one, David.
12  Q.      Okay.  Thank you.
13          Could you add up the EBITDA projected amounts
14  under the columns 2013 through 2017?
15  A.      Yes.  I'm coming up with 41,098,000.                 10:36
16  Q.      Thank you.
17          And then Marcus, could you just read for the
18  record the total projected revenues for each year, 2013
19  to 2017?
20  A.      Sure.  Beginning in 2013, 23,462,000.  2014,         10:37
21  24,635,000.  2015, 25,867,000.  2016, 20,160,000.  2017,
22  28,518.
23  Q.      Okay.  And that last one was at 28,518,000?
24  A.      Yes, sir.
25  Q.      Because you did -- I just wanted to correct you.     10:37
```

Atkinson Baker, Inc.
www.depo.com

```
 1    I think you said "28,518."  So you were reading
 2    28,518,000?
 3    A.      Sorry.  28,518,000.
 4    Q.      Could you also read for the record the amounts
 5    of projected EBITDA for the years 2013 through 2017,                10:37
 6    each year separately?
 7    A.      Sure.  Beginning in 2013, 7,830,000.  2014,
 8    8,053,000.  2015, 8,251,000.  2016, 8,418,000.  2017,
 9    8,546,000.
10    Q.      And, so, for total revenues during that type of             10:38
11    year period of time, at least as you have calculated
12    based upon the amounts represented on that spreadsheet,
13    are 129,642,000?
14    A.      I'm sorry, say that again.
15    Q.      The total revenues for that projected for that              10:38
16    five-year period was 129,642,000?
17    A.      Correct.
18            MR. CASE:  Objection.  Foundation.
19    Q.      And the total EBITDA for that five-year period
20    from 2013 through 2017 projected was 41,098,000,                    10:39
21    approximately, I think you testified?
22    A.      Yes, sir.
23            MR. CASE:  Objection.  Vague.  Foundation.
24    Q.      And then if you can go down under the part where
25    it says actual, and I will represent to you that                    10:39
```

Atkinson Baker, Inc.
www.depo.com

| | | |
|---|---|---|
| 1 | Mr. Kniesel in preparing this spreadsheet looked to each | |
| 2 | one of his valuation reports for the years 2013 through | |
| 3 | 2017. | |
| 4 |     And could you first just add up the revenues for | |
| 5 | each of those years of actual in the actual columns and | 10:39 |
| 6 | compare that to the total on the right-hand margin? | |
| 7 | A.    Sure. I have got 170,711,000. | |
| 8 | Q.    And you used your calculator, correct, to do | |
| 9 | that? | |
| 10 | A.    Yes. Let me double-check that I entered that | 10:40 |
| 11 | correctly. I used Excel. That's a calculator. Oh, I | |
| 12 | had transposed a number. Okay. | |
| 13 |     170,621,000. | |
| 14 | Q.    So it compares that's exactly what's indicated | |
| 15 | in the right-hand corner margin there? | 10:40 |
| 16 | A.    Correct. | |
| 17 | Q.    Could you add up the actual EBITDA as | |
| 18 | Mr. Kniesel calculated it there in columns 2013 through | |
| 19 | 2017? | |
| 20 |     MR. CASE: Objection. Foundation. Assumes | 10:41 |
| 21 | facts not in evidence. | |
| 22 | A.    Yes, that also matches Mr. Kniesel's | |
| 23 | calculation. | |
| 24 | Q.    Do you see Mr. Kniesel's calculation there of a | |
| 25 | 31.6 percent positive percentage next to the | 10:41 |

Case 1:18-cv-00155-SOM-WRP   Document 450-3   Filed 04/22/21   Page 16 of 20   PageID #: 10436
Atkinson Baker, Inc.
www.depo.com

| | | |
|---|---|---|
| 1 | 170,661,000? | |
| 2 |     MR. ROBINS:  Objection. | |
| 3 |     MR. CASE:  Objection, foundation. | |
| 4 | Q.    Could you compare in your calculator, and I know | |
| 5 | you are using a spreadsheet, could you compare the | 10:41 |
| 6 | 129,642,000 and the 121,641,000 and see if you can come | |
| 7 | up with a percentage? | |
| 8 | A.    Yes.  31.609 percent. | |
| 9 | Q.    And you made that calculation based upon your | |
| 10 | how many years of experience as a certified public | 10:42 |
| 11 | accountant? | |
| 12 | A.    I'm not sure precisely.  Approximately ten. | |
| 13 | Q.    Could you also compare the 49,099,000 or 98 or | |
| 14 | 99, I guess you had a slightly different amount, of | |
| 15 | projected EBITDA to the 40,592,000 in the actual EBITDA | 10:42 |
| 16 | for that period percentage wise? | |
| 17 | A.    Yes.  1.231. | |
| 18 | Q.    So assuming, and I'm not asking for an expert | |
| 19 | opinion, but assuming Mr. Kniesel's calculations were | |
| 20 | correct and your calculations are correct, does it | 10:43 |
| 21 | appear that B+KC's actual revenues exceeded projected | |
| 22 | revenues by approximately 31.6 percent for that | |
| 23 | five-year period of time? | |
| 24 |     MR. CASE:  Objection.  Foundation.  Leading. | |
| 25 | Speculative. | 10:43 |

Atkinson Baker, Inc.
www.depo.com

| | |
|---|---|
| 1   A.   Yes. | |
| 2   Q.   And does it also appear that based on your | |
| 3   review of this and the calculation you made, does it | |
| 4   also appear that the actual EBITDA for B+KC for that | |
| 5   five-year period of time relative to that projected in | 10:43 |
| 6   2012 was approximately 1.2 percent less than the | |
| 7   projected? | |
| 8        MR. CASE:  Objection.  Foundation.  Speculative. | |
| 9   Leading. | |
| 10  A.   Yes. | 10:44 |
| 11  Q.   Thank you. | |
| 12       And Marcus, can you go back to your spreadsheet | |
| 13  now for a minute? | |
| 14  A.   Sure. | |
| 15  Q.   Sorry. | 10:44 |
| 16       MR. JOHANSON:  Mr. Thompson, DOL Exhibit 508. | |
| 17  Q.   I know you didn't have years 2017, but just | |
| 18  looking at the line, you didn't have 2017 and we just | |
| 19  went over 2013 through '17 and you in your spreadsheet | |
| 20  back in April of 2018 had 2012 through '16, correct? | 10:44 |
| 21  A.   Correct. | |
| 22  Q.   But then going to where you said huge miss on | |
| 23  2012 EBITDA, that's what it says, right, huge miss on | |
| 24  2012 EBITDA upon which market approaches were based. | |
| 25       Do you see that? | 10:45 |

Case 1:18-cv-00155-SOM-WRP   Document 450-3   Filed 04/22/21   Page 18 of 20   PageID #: 10438
Atkinson Baker, Inc.
www.depo.com

| | | |
|---|---|---|
| 1 | A.      Yes. | |
| 2 | Q.      And then down below that it says:   2013 | |
| 3 | through -- | |
| 4 |         MR. JOHANSON:  Mr. Thompson, you have got an | |
| 5 | item on the screen that's obscuring the screen, down | 10:45 |
| 6 | below that comment that starts with huge miss you say: | |
| 7 | Those are your words, 2013 through 2017 EBITDA forecast | |
| 8 | lower than 2012 represented EBITDA, so it wasn't really | |
| 9 | representative. | |
| 10 |         Do you see that? | 10:45 |
| 11 | A.      I do. | |
| 12 | Q.      Assuming the analysis that you just walked us | |
| 13 | through based upon Mr. Kniesel's spreadsheet was | |
| 14 | accurate where essentially B+KC actual revenues were | |
| 15 | substantially greater than their projected revenues and | 10:46 |
| 16 | the EBITDA was essentially almost spot on, does that | |
| 17 | change the -- your thoughts on what you put down on that | |
| 18 | spreadsheet back in April of 2018? | |
| 19 |         MR. CASE:  Objection.  Foundation.  Compound. | |
| 20 | Leading. | 10:46 |
| 21 | A.      Yes.  I think you would have to ask me, David, | |
| 22 | what aspects of a -- specifically about that spreadsheet | |
| 23 | might I feel differently about now. | |
| 24 | Q.      The one I was looking at were the words, that's | |
| 25 | where I was reading to you representative EBITDA wasn't | 10:46 |

Atkinson Baker, Inc.
www.depo.com

```
 1              (Start of Confidential Portion)
 2   Q.     Going back to your spreadsheet for a minute,
 3   again, you said a huge miss on 2012 EBITDA upon which
 4   market approaches were based.
 5              Do you see that?                                     11:04
 6   A.     Yes.
 7   Q.     And did you -- do you recall what you thought
 8   the projected -- it's on there I guess, what did you --
 9   you can look at your own spreadsheet, but what did you
10   think the projected EBITDA was going to be for the year   11:04
11   ending 2012 for B+KC?
12   A.     9,235,000.
13   Q.     And are you aware that B+KC used a substantial
14   amount of, a fair amount of independent contractors and
15   passed those expenses on to its customers?                 11:05
16              MR. CASE:  Objection.  Vague.  Calls for
17   speculation.  Foundation.
18   A.     No.
19              (End of Confidential Portion)
20   / / /
21
22
23
24
25
```

Atkinson Baker, Inc.
www.depo.com

```
 1             MR. CASE:  Objection, leading.
 2   A.      No, it was not.
 3   Q.      And was the spreadsheet that you prepared
 4   necessary to perform your normal ESOP record-keeping
 5   work for B+KC?                                          12:28
 6             MR. CASE:  Objection.  Vague, leading.
 7   A.      No, it was not.
 8   Q.      Okay.
 9             (End of Confidential Portion)
10   / / /
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```