# EXHIBIT "4"

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 |   |   |   |   |   |   |
| 2 |   | Original forecast |   | Actual |   |   |
| 3 |   | EBITDA | Revenue | EBITDA | Revenue | EV |
| 4 | 2007 |   |   |   |   |   |
| 5 | 2008 |   |   | 1670 | 15016 |   |
| 6 | 2009 |   |   | 1585 | 15430 |   |
| 7 | 2010 |   |   | 3050 | 18746 |   |
| 8 | 2011 |   |   | 2614 | 21454 |   |
| 9 | 2012 | 9235 | 28858 | 6550 | 25234 | 41910 |
| 10 | 2013 | 7830 | 23462 | 4758 | 23845 | 1150 |
| 11 | 2014 | 8053 | 24635 | 5332 | 29540 | 6910 |
| 12 | 2015 | 8251 | 25867 | 6050 | 32270 | 9360 |
| 13 | 2016 | 8418 | 27160 | 6408 | 36669 | 13740 |
| 14 | 2017 | 8546 | 28518 |   |   |   |
| 15 |   |   |   |   |   |   |
| 16 |   |   |   |   |   |   |
| 17 |   | Huge miss on 2012 EBITDA, upon which market approaches were based |   |   |   |   |
| 18 |   | 30% control premium improperly added to DCF |   |   |   |   |
| 19 |   | 2013 to 2017 EBITDA forecast lower than 2012 representative EBITDA, so it wasn't really representative |   |   |   |   |
| 20 |   | Enterprise value never close to recovering to 2012 level |   |   |   |   |

**DOL Ex. 508**

CONFIDENTIAL

AMB_00000222