David R. Johanson        (*pro hac vice*)
Douglas A. Rubel         (*pro hac vice*)
HAWKINS PARNELL & YOUNG, LLP
1776 Second Street
Napa, California 94559
Telephone: (707) 299-2470
Facsimile: (707) 581-1704
Email: djohanson@hpylaw.com

William M. Harstad       (8942)
CARLSMITH BALL LLP
1001 Bishop Street, Suite 2100
Honolulu, HI 96813
Telephone: (808) 523-2500
Facsimile: (808) 523-0842
Email: wharstad@carlsmith.com

Attorneys for BRIAN BOWERS AND DEXTER KUBOTA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>   Plaintiff,<br><br> vs.<br><br>SHARON L. HERITAGE, as successor to Nicholas L. Saakvitne, Deceased; NICHOLAS L. SAAKVITNE, A LAW CORPORATION; BRIAN J. BOWERS; DEXTER C. KUBOTA, BOWERS + KUBOTA CONSULTING, INC., BOWERS + KUBOTA CONSULTING, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>   Defendants. | Civil No. 1:18-cv-155-SOM-WRP<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was accomplished by operation of this Court's electronic filing system, on the following on the date of filing hereof:

*Attorneys for Plaintiff,*
EUGENE SCALIA, SECRETARY OF THE U.S. DEPARTMENT OF LABOR:

>RUBEN R. CHAPA, ESQ.
>JING ACOSTA, ESQ.
>ELISABETH NOLTE, ESQ.
>Office of the Solicitor
>U.S. Department of Labor
>230 S. Dearborn, Room 844
>Chicago, IL 60604
>(Acosta.Jing@dol.gov)
>(Chapa.Ruben@dol.gov)
>(Nolte.Elisabeth.P@dol.gov)
>
>AUSTIN CASE, ESQ.
>U.S. Department of Labor
>Office of the Solicitor
>2300 Main Street, Suite 1020
>Kansas City, MO 64108
>(Case.Austin@dol.gov)
>
>IAN H. ELIASOPH, ESQ.
>Office of the Solicitor
>U.S. Department of Labor
>90 7th Street, Room 3-700
>San Francisco, CA 94103
>(Eliasoph.Ian@dol.gov)

*Attorneys for Defendants*
*BRIAN J. BOWERS and DEXTER C. KUBOTA:*

>DAVID R. JOHANSON, ESQ.
>DOUGLAS A. RUBEL, ESQ.
>HAWKINS PARNELL & YOUNG LLP
>1776 Second Street
>Napa, CA 94559
>
>WILLIAM M. HARSTAD, ESQ.
>IAN R. WESLEY-SMITH, ESQ.
>CARLSMITH BALL LLP
>ASB Tower, Suite 2100
>1001 Bishop Street
>Honolulu, HI 96813

*Attorneys for Nominal Defendant*
*BOWERS + KUBOTA CONSULTING, INC.:*

>ROBERT E. CHAPMAN, ESQ.
>SCOTT I. BATTERMAN, ESQ.
>CLAY CHAPMAN IWAMURA PULICE & NERVELL, AAL, ALC
>Topa Financial Center
>700 Bishop Street, Suite 2100
>Honolulu, Hawai'i 96813
>(rchapman@paclawteam.com)
>(sib@paclawteam.com)

*Attorneys for Defendants*
*NICHOLAS L. SAAKVITNE, A LAW CORPORATION*
*AND SHARON L. HERITAGE, as successor to Nicholas L. Saakvitne, Deceased:*

>JEFFREY S. PORTNOY, ESQ.
>CADES SCHUTTE LLP
>1000 Bishop Street, Suite 1200
>Honolulu, Hawai'i 96813
>(jportnoy@cades.com)

Donald L. Havermann, Esq.
Sean K. McMahan, Esq.
Oluwaseun Familoni, Esq.
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(donald.havermann@morganlewis.com)
(sean.mcmahan@morganlewis.com)
(shay.familoni@morganlewis.com)

DATED: Honolulu, Hawai'i, April 22, 2021

/s/ David R. Johanson
David R. Johanson
Douglas A. Rubel
William M. Harstad

Attorneys for Defendants
Brian J. Bowers and Dexter C. Kubota