CHRISTINE Z. HERI
Regional Solicitor
RUBEN R. CHAPA
Counsel for ERISA
ELISABETH NOLTE
Trial Attorney
U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn St., Suite 844
Chicago, Illinois 60604
T: (312) 353-7837
F: (312) 353-5698
Nolte.Elisabeth.P@dol.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN J. WALSH,[1] Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>SHARON L. HERITAGE, as successor to Nicholas L. Saakvitne, Deceased, *et al.*,<br><br>Defendants. | 1:18-cv-155-SOM-WRP<br><br>**SECRETARY OF LABOR'S DESIGNATION OF DEPOSITION TESTIMONY EXCERPTS OF GREGORY M. HANSEN**<br><br>JUDGE: Hon. Susan Oki Mollway |

Pursuant to Federal Rule of Civil Procedure 32, the Procedures for Trials Before Judge Susan Oki Mollway, and the Court's Amended Rule 16 Scheduling Order [ECF 202], Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor,

---

[1] By operation of law, Martin J. Walsh, Secretary of Labor, is substituted for former Acting Secretary of Labor Milton Al Stewart. FED. R. CIV. P. 25(d).

hereby submits his designations of deposition testimony for Gregory M. Hansen. Designations are listed in the chart below by page and line number and designated excerpts are attached hereto.

| Deponent | Designations of Deposition Testimony |
|---|---|
| Admin. Deposition of Gregory M. Hansen (February 23, 2018) | p. 1 l. 1-7, 12-17, 23-25; p. 2 l. 1-19, 22; p. 4 l. 4-8; p. 15 l. 13, 15-22, 25; p. 16 l. 1-25; p. 17, l. 1-9; p. 19 l. 16-25; p. 20 l. 1-3; p. 23 l. 7-21, 23-25; p. 24 l. 1-8; p. 25 l. 24-25; p. 26 l. 1-3, 20-24; p. 28 l. 1-16; p. 29 l. 7-25; p. 30 l. 1-4, 9-15, 22-25; p. 31 l. 1, 4-21; p. 32 l. 3-8, 18-20; p. 33 l. 14, 17; p. 34 l. 1-6; p. 36 l. 16-25; p. 37 l. 1-8; p. 39 l. 1-23; p. 41 l. 1, 7-10; p. 48 l. 10-24; p. 59 l. 11-18; p. 63 l. 19-25; p. 64 l. 1, 1-25; p. 65 l. 1; p. 76 l. 1-14, 23-25; p. 77 l. 1-24 |
| Discovery Deposition of Greg Hansen – Part 1 (November 23, 2020) | p. 1 l. 1-21; p. 2 l. 1-23; p. 3 l. 1-13; p. 6 l. 3-4; p. 10 l. 20-25; p. 11 l. 1-25; p. 12 l. 3-19, 22-25; p. 13 l. 1-24; p. 15 l. 10-20; p. 16 l. 18-25; p. 17 l. 1-3, 14-16; p. 19 l. 13-25; p. 20 l. 1-5, 11-25; p. 21 l. 1, 11-25; p. 22 l. 1-23; p. 33 l. 15-21; p. 35 l. 9-25; p. 36 l. 1-8; p. 39 l. 13-25; p. 40 l. 1-3, 21-25; p. 41 l. 1-3; p. 47 l. 9-25; p. 48 l. 1-5; p. 49 l. 21-25; p. 50 l. 1-5; p. 51 l. 4-12; p. 55 l. 3-12; p. 56 l. 4-25; p. 57 l. 1-25; p. 58 l. 1-25; p. 59 l. 1-12; p. 60 l. 5-15, 20-25; p. 61 l. 1-4, 7-11, 25; p. 62 l.1-25; p. 63 l. 2-9, 11-25; p. 64 l. 1-5; p. 65 l. 11-19; p. 66 l. 15-25; p. 67 l. 1-16; p. 73 l. 18-21; p. 74 l. 7-15; p. 76 l. 2, 6-8, 10-21; p. 77 l. 9-22; p. 78 l. 10-24; p. 81 l. 17-21; p. 82 l. 1-11, 20-25; p. 83 l. 1-5, 8-12; p. 84 l. 6-25; p. 85 l. 1-24; p. 1-18; p. 87 l. 4-9, 16-17, 20-25; p. 88 l. 1-7, 19; p. 89 l. 2-9; p. 91 l. 9-14; p. 92 l. 5-11; p. 95 l. 3-8, 17-25; p. 96 l. 1-5; p. 99 l. 24-25; p. 100 l. 1-25; p. 101 l. 5-20; p. 102 l. 5-15; p. 103 2-25; p. 104 l. 1-3; p. 106 l. 13-25; p. 107 l. 1-4; p. 108 l. 9-25; p. 109 l. 1-25; p. 110 l. 1-4, 7-11; p. 111 l. 14-20, 25; p. 115 l. 2, 4-11; p. 116 l. 3-16; p. 117 l. 6-11, 15-25; p. 118 l. 1-16; p. 120 l. 11-20; p. 121 l. 19-25; p. 122 l. 1-5, 15-25; p. 123 l. 1; p. 124 l. 6-9, 13-19; p. 126 l. 24-25; p. 127 l. 1-11, 21-25; p. 128 l. 1, 14-18; p. 129 l. 11, 14-25; p. 130 l. 1-2, 13-19; p. 134 l. 16-25; p. 137 l. 14, 16-19; p. 139 l. 17-21; p. 140 l. 7-25; p. 141 l. 1-4, 21, 23-25; p. 142 l. 1-19, 25; p. 143 l. 1-5, 6-23; p. 144 l. 1, 3-17; p. 145 l. 15-25; p. 146 l. 1, 3-9, 11-13, 18; p. |

| | |
|---|---|
| | 147 l. 7-15, 17-18; p. 148 l. 14-16, 18-19, 21-22, 25; p. 149 l. 2-5, 14-25; p. 150 l. 1-23; p. 152 l. 13, 15-25; p. 153 l. 1-4, 6, 10-21, 23-25; p. 154 l. 1-11, 19-25; p. 155 l. 1, 10-15; p. 162 l. 8; p. 163 l. 12-25; p. 164 l. 1-6, 23-25; p. 165 l. 1-6; p. 166 l. 24-25; p. 167 l. 1-5, 13-19; p. 168 l. 2-4, 11-24; p. 169 l. 21; p.171 l. 21-25; p. 172 l. 1-10, 21-25; p. 173 l. 1-5; p. 174 l. 13-18; p. 176 l. 23-25; p. 177 l. 1-6, 17-19; p. 178 l. 5-9, 14-24; p. 181 l. 22-25; p. 182 l. 1-5, 12-15, 17-24; p. 183 l. 6-11, 15, 17-21; p. 184 l. 9-25; p. 185 l. 1-3, 12-19, 21-25; p. 186 l. 1-22; p. 188 l. 16-17, 19-23, 25; p. 189 l. 1-3; p. 190 l. 13-21; p. 191 l. 1-8, 15; p. 192 l. 6-24; p. 193 l. 18-23; p. 201 l. 7, 15-17, 19-20; p. 202 l. 2-22; p. 210 l. 6, 19-25; p. 211, l. 1-6, 19-25; p. 212 l. 1-5, 7-19; p. 213 l. 7-23, 25; p. 214 l. 1-8, 24-25; p. 215 l. 1-6, 14-25; p. 216 l. 1-4, 6-18, 20-25; p. 217 l. 1-4, 6, 10-11, 13-14; p. 218 l. 7-22; p. 219 l. 14, 16-25; p. 220 l. 1-7, 10-16, 18-25; p. 221 l. 1-9, 22-25; p. 222 l. 1-2; p. 223 l. 15-23; p. 224 l. 16-24; p. 225 l. 16-24; p. 226 l. 19, 21-25; p. 127 l. 1-3, 15-25; p. 230 l. 17-19; p. 232 l. 1-25; p. 233 l. 1-23; and Witness Correction Sheet. |
| Discovery Deposition of Greg Hansen – Part 2 (December 21, 2020) | p. 234 l. 1-21; p. 235 l. 1-23; p. 236 l. 1-8; p. 239 l. 1-4; p. 259 l. 18, 20-25; p. 260 l. 1-6; p. 320 l. 16-22; p. 321 l. 5-19, 21-25; p. 322 l. 1-18; p. 328 l. 1, 3-6, 8, 10, 13, 16, 21-24; p. 329 l. 1-23 and Witness Correction Sheet. |

Dated: April 22, 2021

Respectfully submitted,

**ELENA S. GOLDSTEIN**
Deputy Solicitor

**CHRISTINE Z. HERI**
Regional Solicitor

**RUBEN CHAPA**
Counsel for ERISA

*/s/Elisabeth Nolte*
**ELISABETH NOLTE**
Trial Attorney

3

                Attorneys for MARTIN J. WALSH,
Secretary of Labor, United States
Department of Labor, Plaintiff