David R. Johanson          (*pro hac vice*)
Douglas A. Rubel          (*pro hac vice*)
HAWKINS PARNELL & YOUNG, LLP
1776 Second Street
Napa, California 94559
Telephone: (707) 299-2470
Facsimile: (707) 581-1704
Email: djohanson@hpylaw.com

William M. Harstad          (8942)
CARLSMITH BALL LLP
1001 Bishop Street, Suite 2100
Honolulu, HI 96813
Telephone: (808) 523-2500
Facsimile: (808) 523-0842
Email: wharstad@carlsmith.com

Attorneys for Defendants
BRIAN J. BOWERS and DEXTER C. KUBOTA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>     Plaintiff,<br><br>     vs.<br><br>SHARON L. HERITAGE, as successor to Nicholas L. Saakvitne, Deceased, et al.<br><br>     Defendants. | Civil No. 1:18-cv-155-SOM-WRP<br><br>DECLARATION OF DAVID R. JOHANSON IN SUPPORT OF BRIAN J. BOWERS' AND DEXTER C. KUBOTA'S **OPPOSITION TO SECRETARY'S MOTION IN LIMINE NO. 1**: EXCLUSION OF EXPERT TESTIMONY AND REPORTS OF HOWARD L. KAPLAN AND RENEE R. MCMAHON<br><br>HEARING: MAY 17, 2021 |

I, David R. Johanson, declare as follows:

1.     I am an attorney-at-law, duly admitted to practice before this Court, *pro hac vice*. I am a senior partner in the law firm of Hawkins Parnell & Young, LLP, and I am lead counsel of record for defendants Brian J. Bowers ("Bowers") and Dexter C. Kubota ("Kubota") in the above-captioned matter. I am over the age of 18 and I could and would competently testify to the matters contained herein if so required.

2.     This declaration is submitted in support of Messrs. Bowers' and Kubota's Opposition to Secretary's Motion In Limine No. 1:  Exclusion Of Expert Testimony and Reports of Howard L. Kaplan and Renee R. McMahon.

3.     The Secretary of Labor (the "Secretary") had previously scheduled depositions of Renee McMahon and Howard Kaplan in this matter. Attached as Exhibits "1" and "2" are true and correct copies of the Secretary's subpoenas for their depositions. The Secretary voluntarily canceled these depositions on before they took place.

4.     Attached as Exhibit "3" is a true and correct copy of an Expert Report prepared by Renee R. McMahon dated November 19, 2020.

5.     Attached as Exhibit "4" is a true and correct copy of an Expert Report prepared by Ian Rusk dated November 19, 2020.

6.     The Secretary took the deposition of Ian Rusk on January 6, 2021. Attached as Exhibit "5" is a true and correct copy of pertinent portions of the deposition of Mr. Rusk.

7.     Attached as Exhibit "6" is a true and correct copy of an Expert Report prepared by Kenneth Pia dated December 24, 2020.

8.     The Secretary took the deposition of Messrs. Bowers' and Kubota's expert witness Kenneth Pia on February 9, 2021. Attached as Exhibit "7" is a true and correct copy of pertinent portions of the transcript of Mr. Pia's deposition.

9.     Attached as Exhibit "8" is a true and correct copy of a Rebuttal Report prepared by Ian Rusk dated November 19, 2020.

10.     Attached as Exhibit "9" is a true and correct copy of an Expert Report prepared by Gregory Brown dated November 19, 2020.

11.     The Secretary took the deposition of Messrs. Bowers' and Kubota's expert witness Gregory Brown on January 26, 2021. Attached as Exhibit "10" is a true and correct copy of pertinent portions of the transcript of that deposition.

12.     Attached as Exhibit "11" is a true and correct copy of an Expert Report prepared by Howard Kaplan dated November 30, 2020.

13.     Attached as Exhibit "12" is a true and correct copy of a Rebuttal Report prepared by Gregory Brown dated November 19, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 27, 2021

/s/ David R. Johanson
David R. Johanson