**EXHIBIT "3"**



**Prepared in the Matter of:**

Eugene Scalia, Secretary of Labor, United States Department of Labor, Plaintiff,

v.

SHARON L. Heritage as successor to Nicholas L. Saakvitne, Deceased; Nicholas L. Saakvitne, A Law Corporation, a California Corporation; Brian J. Bowers, an individual; Dexter C. Kubota, an individual; Bowers + Kubota Consulting, Inc., a corporation; Bowers + Kubota Consulting, Inc. Employee Stock Ownership Plan, Defendants.

Case No: 1.18-cv-00155-ACK-RLP

United States District Court

District of Hawaii

# Expert Report of

# Renee R. McMahon

**Confidential**

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                    Charles River Associates

## Table of Contents

1.   Introduction and Scope of Assignment ...................................................................1

    1.1.   Scope of Assignment .................................................................................1

    1.2.   Qualifications ............................................................................................2

    1.3.   Documents and Information Relied Upon ..................................................2

2.   Summary of Conclusions ...........................................................................................3

3.   Background ................................................................................................................3

    3.1.   Overview of B+K...................................................................................3

    3.2.   Key Persons Involved ...............................................................................4

    3.3.   URS Corporation and B+K's Retention of GMK...................................6

    3.4.   Employee Stock Ownership Plan Transaction...........................................7

    3.5.   B+K's Financial History .........................................................................10

4.   Overview of Mr. Sherman's B+K Valuation Analysis ...........................................12

    4.1.   Mr. Sherman's DCF Analysis...................................................................13

    4.2.   Mr. Sherman's GPC Analysis ..................................................................16

    4.3.   Mr. Sherman's GMAC Analysis ..............................................................19

    4.4.   Mr. Sherman's Concluded Value..............................................................20

5.   Flaws in and Corrections to Mr. Sherman's Analysis.............................................21

    5.1.   Flaws in Mr. Sherman's B+K Cash Flow Projections..........................22

        5.1.1.  Mr. Sherman Overstates Subconsultants Expense.......................22

        5.1.2.  Mr. Sherman Overstates Expected Bonus Expense.....................25

        5.1.3.  Revised Subconsultant and Bonus Expense Projections Result in a Reasonable Projection of Total Labor Costs ......................................32

    5.2.   Flaws in Mr. Sherman's NTM and LTM EBITDA Used for His GPC and GMAC-Based Valuations ....................................................................34

        5.2.1.  Corrected NTM EBITDA ...........................................................34

        5.2.2.  Normalized LTM EBITDA..........................................................35

    5.3.   Elimination of Mr. Sherman's "Limited Control" Discount ................39

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                     Charles River Associates

    5.4.    B+K Valuation Using Corrected Inputs ................................................. 43

        5.4.1.  Corrected DCF-Based Value ................................................. 43

        5.4.2.  Corrected GPC-Based Value ................................................. 43

        5.4.3.  Corrected GMAC-Based Value ................................................. 44

        5.4.4.  Corrected B+K Value Conclusion ................................................. 44

**6.**    **Other Considerations Related to the Sherman Report** ................................. 45

**7.**    **The Transaction Price Did Not Exceed Adequate Consideration** ........................... 46

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020            Charles River Associates

## 1. Introduction and Scope of Assignment

### 1.1. Scope of Assignment

I have been retained by Sharon L. Heritage, as successor to Nicholas L. Saakvitne, Deceased, and Nicholas L. Saakvitne, A Law Corporation (collectively, "Saakvitne") by and through their counsel, Morgan, Lewis & Bockius, LLP, in the matter of *Eugene Scalia, Secretary of Labor, United States Department of Labor* ("DOL" or "Plaintiff") *v. SHARON L. HERITAGE as successor to NICHOLAS L. SAAKVITNE, Deceased; NICHOLAS L. SAAKVITNE, A LAW CORPORATION, a California Corporation; BRIAN J. BOWERS, an individual; DEXTER C. KUBOTA, an individual; BOWERS + KUBOTA CONSULTING, INC., a corporation; BOWERS + KUBOTA CONSULTING, INC. EMPLOYEE STOCK OWNERSHIP PLAN* (collectively, the "Defendants")*,* Case 1:18-cv-00155-ACK-RLP pending in the United States District Court for the District of Hawaii.

The DOL's complaint dated April 27, 2018 (the "Complaint") centers around a December 14, 2012 transaction whereby the Bowers + Kubota Consulting, Inc. Employee Stock Ownership Plan ("B+K ESOP") purchased all of the issued and outstanding stock of Bowers + Kubota Consulting, Inc. ("BKC") from Defendants Brian J. Bowers ("Bowers") and Dexter C. Kubota ("Kubota") for $40 million (the "Transaction").[1] The DOL asserts that the Transaction gave rise to various violations of the Employee Retirement Income Security Act ("ERISA"). With respect to Saakvitne, who served as the Trustee for the B+K ESOP in connection with the Transaction,[2] the DOL asserts violations of ERISA §§ 404(a)(1)(A), (B), and (D) (imprudence and disloyalty) and § 406(a)(1)(A) (prohibited transactions). The DOL's claims are described more fully in the Complaint, but relevant to this report are the DOL's assertions that Saakvitne allowed the B+K ESOP to purchase the shares of BKC for a price that exceeded fair market value, and that Saakvitne improperly relied on valuation work and a fairness opinion provided by Libra Valuation Associates ("LVA") in connection with the Transaction.

Related to these claims, I was specifically engaged to:

- Review, analyze, and assess the October 19, 2020 report submitted by one of the DOL's experts, Mr. Steven J. Sherman, ASA, CPA of Loop Capital

---

[1] BKC also had an affiliate, Bowers + Kubota Management, Inc. ("BKM"). As discussed in more detail later in this report, although ownership of BKM was not transferred in connection with the Transaction, it is my understanding that economic value continued to flow from BKM to BKC after the Transaction. See, e.g., LIBRA-DOL INV 004796 – 4803 at LIBRA-DOL INV 004799 and LIBRA-DOL INV 007198 – 7205 at LIBRA-DOL INV 007203. Also, in the years immediately preceding the Transaction, the financial results of BKC and BKM were presented on a combined basis. See, e.g., RHYL000588 – 679. As such, BKC and BKM are collectively referred to in this report as "B+K" or the "Company," and specific references to BKC or BKM are only made where it is necessary to distinguish between the two entities.

[2] Complaint at ¶ 7.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                    Charles River Associates

Financial Consulting Services, LLC (the "Sherman Report"), whereby Mr. Sherman provides an opinion regarding the value of the BKC shares sold in the Transaction; and

- Analyze the reasonableness of the $40 million purchase price paid by the B+K ESOP in connection with the Transaction.

## 1.2.  Qualifications

I am a Vice President in the Finance practice of Charles River Associates ("CRA"), a global consulting firm that offers economic, financial, and strategic expertise to major law firms, corporations, accounting firms, and governments around the world. I am based in the firm's Chicago office.

I have significant prior experience consulting with and advising clients in cases involving valuation, damages, causation and other financial and economic issues. My work has included, among other things, valuation analyses and damages assessments related to complex commercial disputes, and valuation analyses in the context of fraudulent transfer and other avoidance actions and related claims.

I hold a Bachelor's degree in Finance from the University of Illinois at Urbana-Champaign (high honors), and a Master of Business Administration degree from the University of Chicago Booth School of Business (honors). Prior to joining CRA in 2011, I held positions at LECG, LLC, and Navigant Consulting, Inc., where I provided similar services. A more comprehensive description of my experience is detailed in **Appendix A** to this report.

CRA is being compensated for my time spent on this matter at a billing rate of $650 per hour. Other CRA personnel who have assisted me in preparing this report are also being billed at customary hourly rates. CRA's compensation is independent of the outcome of the case.

## 1.3.  Documents and Information Relied Upon

I have prepared this report to express my opinions and the bases for those opinions in this matter. For purposes of preparing this report, I have reviewed and/or relied on certain documents and information produced in this litigation, deposition testimony provided in this litigation, legal filings submitted in connection with this matter, and certain independently compiled data and information.

The specific documents and information that I reviewed and/or relied upon in preparing this report are referenced herein and/or are summarized in **Appendix B** to this report. My opinions are based on the documents and information available to me as of the date of this report. I understand that discovery is ongoing. I reserve the right to review and analyze any information that becomes available subsequent to the submission of this report, and to supplement or modify this report if necessary on the basis of that review, or for other reasons as allowed by the Court.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                              Charles River Associates

## 2.   Summary of Conclusions

In connection with my work on this matter, I have reached the conclusion that the Sherman Report provides a flawed analysis of certain inputs to the forward-looking projections for B+K at the time of the Transaction, particularly with regard to bonus compensation and subconsultant expenses. I have also concluded that Mr. Sherman inappropriately applied a "limited control" discount to his valuation, artificially understating the value of B+K.

Correcting for these flaws causes Mr. Sherman's concluded value to increase to approximately **$40.90 million**, or **$40.90** per share.

This $40.90 million value is consistent with (and actually exceeds) the value derived by LVA and is supported by other contemporaneous data. Moreover, my independent analysis of the value of B+K indicates a value of **$40.015 million**. As such, it is my opinion that the $40 million value paid by the B+K ESOP in connection with the Transaction was reasonable.

The remainder of this report is structured as follows:

-   Section 3 provides background and context for my review and analysis;

-   Section 4 provides an overview of the valuation of the shares of B+K presented in the Sherman Report;

-   Section 5 provides an identification and explanation of the flaws in Mr. Sherman's valuation of the shares of B+K;

-   Section 6 addresses other considerations related to the Sherman Report; and

-   Section 7 summarizes my independent value conclusion and certain differences relative to the Sherman Report.

In addition, **Appendix C** to this report presents my independent valuation of the equity of B+K as of December 14, 2012, the closing date of the ESOP Transaction.

## 3.   Background

This section of my report provides an overview of B+K. It also summarizes certain events leading up to and culminating in the Transaction and provides an overview of the Company's financial performance in the period preceding to the Transaction.

### 3.1.   Overview of B+K

BKC is a Hawaii-based architectural/engineering services firm specializing in architecture, construction management, program management and project development. They offer their services to a wide variety of clients across all the major

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

Hawaiian islands.[3] The firm was first established in 1980 as KFC Airport, Inc.,[4] but in February 2008, the name was changed from KFC Airport, Inc to BKC.[5] Prior to the December 14, 2012 Transaction at issue in this case, the firm was owned by Brian J. Bowers (51%) and Dexter C. Kubota (49%).[6]

BKM is a Hawaii-based architectural and engineering services firm. BKM was established in 1994 and is owned by Brian J. Bowers (51%) and Dexter C. Kubota (49%). The firm performs design, architectural, and engineering services for federal projects under its small business designation. BKM has no employees of its own.[7] I understand that, pre-Transaction, BKC provided staff and overhead to BKM on an as-needed basis, for which BKC had been periodically reimbursed.[8] Historically, BKC and BKM's financial results were combined in 2008 and 2009.[9] Beginning in 2010, BKC and BKM began to file separate tax returns and their financial statements were prepared independently. However, management continued to treat BKC and BKM as a combined entity and appears to have generally viewed financial results in the aggregate for both.[10] In connection with the Transaction, BKM entered a Memorandum of Understanding ("MOU") with BKC on December 14, 2012. The MOU stated, among other things, that BKM would agree to reimburse BKC for its pro rata shares of common overhead expenses, memorializing the pre-existing relationship between BKC and BKM and standardizing the reimbursement process.[11]

## 3.2.    Key Persons Involved

At the time of the Transaction, Bowers was (and still is) the President of B+K, where he has worked since 1987.[12] Bowers also was (and still is) a member of the B+K board of directors.[13] Bowers became the sole owner of B+K in August of 2000.[14] In September 2007, Bowers sold 49% of B+K to Dexter C. Kubota.[15] Bowers' remaining

---

[3] See company website (https://www.bowersandkubota.com/about).

[4] RHYL000001 – 206 at RHYL000119 – 139.

[5] RHYL000001 – 206 at RHYL000047.

[6] RHYL000001 – 206 at RHYL000041 – 042.

[7] SAK006754 –6814 at SAK006763 – 06764.

[8] RHYL000207 – 548 at RHYL00465.

[9] LIBRA-DOL INV 004796 – 4803 at LIBRA-DOL INV 004800.

[10]  RHYL000588 – 679 at RHYL000591 – 595. See also RHYL000680 – 836 at RHYL000683 – 687.

[11] RHYL000207 – 548 at RHYL00465.

[12] See company website (https://www.bowersandkubota.com/team)

[13]  Deposition of B. Bowers, October 14, 2020, p. 11.

[14] RHYL000001 – 206 at RHYL000044.

[15] RHYL000001 – 206 at RHYL000048 – 49.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                    Charles River Associates

51 shares were transferred to The Brian J. Bowers Trust on September 1, 2011,[16] and were later sold in connection with the Transaction.[17]

At the time of the Transaction, Kubota was (and still is) the Vice President of B+K and has worked at the firm since 1988.[18] Kubota also was (and still is) a member of the B+K board of directors.[19] In September 2007, Kubota purchased 49% of B+K from Bowers.[20] Those shares were transferred to The Dexter C. Kubota Trust on September 14, 2007,[21] and were later sold in connection with the Transaction.[22]

Greg Kniesel ("Kniesel") is the managing director and owner of LVA.[23] Kniesel (via LVA) provided (and continued to provide post-Transaction) appraisal services to the B+K ESOP, which included valuing the ESOP for purposes of the Transaction.[24]

Saakvitne was an employee of Nicholas L. Saakvitne, a Law Corporation, as a licensed attorney[25] and acted as the B+K ESOP's Trustee and Independent Fiduciary.[26]

Gary Kuba ("Kuba") is the principal and owner of GMK Consulting ("GMK"), a business valuation advisory services firm based in Honolulu, Hawaii[27]. Kuba performed certain valuation services for B+K in early 2012.[28]

Gregory M. Hansen ("Hansen") is an attorney at Case Lombardi & Pettit. Hansen concentrates his practice in the areas of employee benefits; stock option, stock purchase and equity incentive plans; general corporate and business law; and state and federal income tax controversy matters, with an emphasis on employee stock ownership plans (ESOP) and custom designed retirement arrangements.[29] Hansen was retained by B+K in connection with the Transaction.[30]

---

[16] RHYL000001 – 206 at RHYL000041.

[17] RHYL000207 – 548 at RHYL000401 – 418.

[18] See company website (https://www.bowersandkubota.com/team).

[19] Deposition of D. Kubota, October 9, 2020, p. 12.

[20] RHYL000001 – 206 at RHYL000048 – 049.

[21] RHYL000001 – 206 at RHYL000042.

[22] RHYL000207 – 548 at RHYL000401 – 0418.

[23] See Deposition of G. Kniesel, December 22, 2017, at pp. 21 – 22.

[24] Deposition of B. Bowers, October 14, 2020, Exhibit 5 (DOL005296 – 5301).

[25] Deposition of N. Saakvitne, November 21, 2017, p. 15.

[26] Deposition of B. Bowers, February 22, 2018, Exhibit 2 (DOL005279 – 5282).

[27] See Deposition of G. Kuba, October 5, 2020, at pp. 11 – 12.

[28] DOL001854 – 2227 at DOL002009 – 2012.

[29] See https://www.caselombardi.com/ghansen.html.

[30] B+KC003034 – 3037.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                Charles River Associates

### 3.3.   URS Corporation and B+K's Retention of GMK

Between 2008 and 2010, Bowers and Kubota began to discuss ownership succession planning options. Among the options they discussed was a buyout by current management. Although they approached current management with this idea, it proved not to be a viable option.[31]

In early 2011, after the notion of a possible management buyout failed, B+K was approached by URS Corporation – an international engineering, design, and construction firm and U.S. federal government contractor headquartered in San Francisco, CA[32] – about the possibility of developing a collaborative relationship between the companies. The relationship between URS and B+K began with teaming opportunities on projects in Hawaii and, shortly thereafter, resulted in talks of a possible URS acquisition of B+K.[33] To this end, Sunnie House, URS Pacific Hub Region Manager, contacted B+K on October 10, 2011 requesting information that would allow Paul Vallone, URS' Director of Corporate Development, to begin developing a projection model for a possible acquisition. The items requested by URS included (but were not limited to) the Company's year-to-date ("YTD") gross and net revenue, B+K's 5-year projected revenue growth rate, and the Company's backlog. Bowers provided the information to URS on October 16, 2011.[34]

URS provided B+K with a non-binding indication of interest on December 5, 2011 ("IOI").[35] The URS IOI set forth URS' interest in acquiring 100% of the ownership interest of B+K for a preliminary estimated purchase price of $15,000,000 in cash, not including any cash and debt on B+K's balance sheet. The letter was non-binding and the potential transaction was subject to the completion of due diligence, required corporate and regulatory approvals, and would have required the execution of a purchase agreement. By signing the IOI, Bowers agreed to enter a 90-day period of exclusivity with URS, allowing initial due diligence to begin. On December 8, 2011, Paul Vallone sent Bowers a comprehensive due diligence checklist.[36]

On January 2, 2012, Kubota contacted Kuba (who was referred to B+K by B+K's accountant[37]) regarding a meeting to discuss "succession planning."[38] The meeting took place on January 5, 2012. Among the topics discussed was the URS IOI.[39]  On January

---

[31] Deposition of B. Bowers, October 14, 2020, at pp. 26 – 27.

[32] URS Corporation's Form 10K Annual Report, filed 2/27/2012, p. 98

[33] Deposition of B. Bowers, October 14, 2020, at pp. 28 - 30.

[34] B+KC005130 – B+KC005136.

[35] B+KC005141 – B+KC005144.

[36] Deposition of P. Vallone, September 23, 2020, Exhibit 585 (B+KC005145 – B+KC005155).

[37] Deposition of G. Kuba, October 5, 2020, at pp. 41 - 42.

[38] DOL001854 – 2227 at DOL001935.

[39] DOL001854 – 2227 at DOL001992 – 1993.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                    Charles River Associates

18, 2012, Kuba sent an engagement letter to Bowers. The engagement letter specified the scope of the project as GMK providing a Restricted Use Appraisal Report opining on the fair market value of B+K on a combined basis. The GMK engagement letter was signed by Bowers on behalf of B+K on January 25, 2012.[40] Bowers indicated at deposition that the purpose of retaining GMK was to "…get an expert opinion on the appraisal of the company."[41]

GMK issued a preliminary draft valuation on March 21, 2012, estimating the value of B+K (explicitly including both BKC and BKM) to be $38.184 million.[42]

URS completed its due diligence process in or around April 2012. As part its due diligence, also in April, URS hosted Bowers and Kubota at its Hawaii office for an introductory meeting among Bowers, Kubota, and select members of URS.[43]

GMK issued its final valuation report on May 8, 2012. The final report valued B+K in the range of $31.2 to $46.8 million. The range was based on projected 2012 EBITDA and a multiple of 4x, and actual 2011 EBITDA and a multiple of 6x.[44] On May 9, 2012, the day after GMK issued its final report, Bowers shared the final GMK valuation with Paul Vallone at URS.[45]

URS ended acquisition talks in May 2012. According to Bowers, URS never extended an offer, nor did it ever provide a definitive reason for termination negotiations.[46]

### 3.4.    Employee Stock Ownership Plan Transaction

In June 2012, Bowers and Kubota decided to shift their succession-planning focus towards an ESOP transaction.[47]  Hansen sent issued an engagement letter to BKC (Attn: Brian Bowers) on August 30, 2012, and Bowers executed the agreement on September 2, 2012.[48]

In October of 2012, Bowers and Kubota met with Kniesel in Chicago at the recommendation of Hansen.[49] On October 20, 2012, after the initial meeting, Kniesel issued an engagement letter addressed to the Board of Trustees of the Proposed B + K

---

[40] DOL002009 – 2012.

[41] Deposition of B. Bowers, October 14, 2020, at p. 50.

[42] B+KC005172 – 5182 at B+KC005173.

[43] Deposition of B. Bowers, October 14, 2020, at pp.  38 – 40.

[44] DOL001854 – 2227 at DOL002024 – 2031.

[45] B+KC005202 – 5203.

[46] Deposition of B. Bowers, October 14, 2020, at pp.  39 – 47.

[47] DOL001854 – 2227 at DOL001929 – 1930.

[48] B+KC003034 – 3037.

[49] 30(b)(6) Deposition of B. Bowers, October 13, 2020, at p. 156; and Deposition of B. Bowers, October 14, 2020 at pp. 54 – 55.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                    Charles River Associates

ESOP (c/o Brian Bowers), which specified the scope of the engagement as "(1) as to whether or not the price to be paid by the ESOP to acquire the Stock is greater than the fair market value of the Stock, and (2) as to whether or not the terms of the loan(s) to the ESOP from the selling shareholders, the Company, and/or other parties, utilized to fund the acquisition of the Stock by the ESOP at the time of Transaction, are at least as favorable to the ESOP, from a financial point of view, as would be terms of a comparable loan resulting from arm's-length negotiation between independent parties."[50] Approximately one month later, on November 21, 2012, Kniesel sent a preliminary valuation to Bowers and Kubota that included value ranges for the Company on both a controlling and minority interest basis. On a controlling interest basis, the estimated value ranged from $37.09 to $41.62 million, and on a minority interest basis, the value range was approximated as $26.88 to $30.16 million.[51]

Also on November 21, 2012, Hansen sent an email to Saakvitne stating that B+K had agreed to hire Saakvitne as Trustee (consistent with Hansen's advice).[52] BKC entered into a formal agreement with Saakvitne on November 28, 2012, which appointed Saakvitne as the Trustee and Independent Fiduciary of the B+K ESOP.[53] On December 7, 2012, shortly after Saakvitne's formal retention, LVA was officially engaged to perform the initial ESOP appraisal as well as year-end appraisals for three years following the transaction.[54]

On December 10, 2012, Bowers and Kubota signed a Joint Action of the Directors and Shareholders of BKC to increase the authorized capital stock of BKC to 2,000,000 shares and split each of the currently outstanding 100 shares of common stock into 10,000 shares of common stock, resulting in 1,000,000 shares of issued and outstanding common stock.[55]

At the same time, Bowers and Saakvitne began an email exchange negotiating the transaction price and terms. The following table provides a high-level timeline of the associated negotiations.

---

[50] DOL001348 – 1853 at DOL001420 – 1424.

[51] SAK002509 – 2517 at SAK002513 – 2514.

[52] Deposition of G. Hansen, February 23, 2018, Exhibit 1 (DOL005473).

[53] Deposition of B. Bowers, February 22, 2018, Exhibit 2 (DOL005279 – 5282).

[54] Deposition of B. Bowers, February 22, 2018, Exhibit 5 (DOL005297 – 5301).

[55] RHYL000001 – 206 at RHYL000033 – 34.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                      Charles River Associates

### Table 1

| | | | | | | |
|---|---|---|---|---|---|---|
| **High-Level Negotiations Timeline** | | | | | | |
| | **Date** | **Time** | **Sender** | **Price** | **Interest Rate** | **Maturity** |
| [1], [2] | 12/11/2012 | 9:55 PM | Saakvitne | $ 40,000,000 | 7.00% | 25 Years |
| [2] | 12/11/2012 | 6:01 PM | Bowers | $ 40,000,000 | 8.00% | 25 Years |
| [1] | 12/11/2012 | 1:42 PM | Saakvitne | $ 39,000,000 | 6.00% | 25 Years |
| [1] | 12/10/2012 | 10:24 PM | Bowers | $ 41,000,000 | 10.00% | 20 Years |

Notes/Sources:

[1]   LIBRA-DOL INV 005566 - LIBRA-DOL INV 005569

[2]   Offer was ultimately accepted by Bowers. See Libra-DOL INV005573 - LIBRA-DOL INV 005577.

As demonstrated in table above, the price and terms were agreed to and confirmed by the relevant parties by December 12, 2012.

On December 11, 2012, while negotiations were in process, Kniesel sent a second preliminary valuation to Saakvitne. These updated materials specified a value range of $37.47 to $41.25 million on a controlling basis.[56]

On December 14, 2012, LVA issued a fairness opinion to Saakvitne in connection with the Transaction (the "Fairness Opinion"). In the Fairness Opinion, LVA expressed the opinion that the fair market value of B+K's common stock was $40.15 per share on an ESOP controlling-interest basis. As a result, LVA concluded that the price paid by the ESOP in connection with the Transaction ($40 million) did not exceed the fair market value of the BKC stock.[57]

The Transaction was financed with two promissory notes in the aggregate principal amount of $40,000,000. Notes were delivered to The Brian J. Bowers Trust and The Dexter C. Kubota Trust for $20,400,000 and $19,600,000, respectively (the "Notes"). The Notes bore identical terms, 25 years at 7.00% per annum.[58] The Fairness Opinion also addressed the economic terms of the notes from the B+K ESOP's perspective as follows: "…it is our opinion that, as of December 14, 2012, the terms of the loans to the ESOP from the Selling Shareholders utilized to fund the acquisition of the Common Stock by the ESOP at the time of the Transaction, are at least as favorable to the ESOP, from a financial point of view, as would be the terms of a comparable loan resulting from arm's-length negotiation between independent parties."[59]

In accordance with the Fairness Opinion, on December 14, 2012, Saakvitne, acting as Trustee and Independent Fiduciary of the B+K ESOP, agreed to purchase 100% of the issued and outstanding shares of BKC from Bowers and Kubota (or, more accurately,

---

[56] SAK002844 – 2866 at SAK002854.

[57] Deposition of B. Bowers, February 22, 2018, Exhibit 8 (DOL005309 – 5313)

[58] RHYL000207 – 548 at RHYL000401 - 0418

[59] Deposition of B. Bowers, February 22, 2018, Exhibit 8 (DOL005309 – 5312 at DOL005312).

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                    Charles River Associates

from the trusts that officially held those shares) for an aggregate value of $40,000,000, or $40.00 per share.[60]

On February 6, 2013, the Notes were refinanced. The maturity and interest rate were reduced to 20 years and 6%, respectively.[61]

Kniesel issued his final valuation report related to the Transaction on June 4, 2013, reiterating and confirming his value conclusion of $40.15 per share, or $40,150,000 in the aggregate.[62]

### 3.5.    B+K's Financial History

This section reviews the Company's financial performance in the years leading up to the Transaction.

Prior to 2011, B+K's financial statements were reported on a cash basis only. While the Company continues to utilize cash-basis accounting for internal purposes, beginning with its year-end 2011 financial statements, it also began to report annual results on an accrual basis (an accrual-based version of the Company's 2010 financials was also prepared as part of this process).[63] These accrual-based financial statements are compiled by the company's accountant, Robert HY Leong & Company ("RHYL").[64] In addition to year-end accrual statements for 2010 and 2011, accrual financials were also compiled for the eight-month period ended August 31, 2012, which the Company had initially requested from their accountant at the request of Kuba (but which were ultimately used by LVA).[65] B+K's accrual financials are primarily used for valuation purposes.[66] RHYL also continues to compile cash-basis figures for the company on an annual basis for income tax purposes.[67]

Subsequent to Bowers acquiring the Company in 2000, B+K experienced substantial growth. As demonstrated in the table below, revenues increased from $1.8 million to $22.8 million in 2011, equating to a compounded annual growth rate ("CAGR") of 26.2%.[68]

---

[60] RHYL000207 – 548 at RHYL000380 – 396.

[61] DOL001348 – 1853 at DOL001664 – 1669.

[62] SAK006754 – 6814.

[63] See RHYL000549 – RHYL000587 at RHYL000550 – 555.

[64] Deposition of B. Bowers, October 14, 2020, at pp. 15 – 19. RHYL also handles certain other accounting requirements of the Company, such as the preparation of tax returns. See Deposition of T. Nishihara, September 29, at p. 20

[65] Deposition of B. Bowers, October 14, 2020, at pp. 15 – 19.

[66] Deposition of T. Nishihara, September 29, 2020, at pp. 56 – 61.

[67] Deposition of T. Nishihara, September 29, 2020, at pp. 56 – 61.

[68] See Table 2.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                   Charles River Associates

**Table 2**

| B+K Historical Financial Results (Cash Basis) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | [1] | [2], [3] | [2], [3] | [2], [3] | [2], [3] | CAGR | CAGR |
| *USD Millions* | **2000** | **2008** | **2009** | **2010** | **2011** | *'00-'11* | *'08 - '11* |
| Total Revenue | $ 1.8 | $ 15.1 | $ 15.4 | $ 22.6 | $ 22.8 | *26.2%* | *14.8%* |
| *% Growth* | *n/a* | *8.8%* | *2.3%* | *46.5%* | *0.8%* | | |
| Total Operating Expenses | 1.6 | 14.7 | 14.9 | 20.4 | 20.8 | *26.1%* | *12.4%* |
| Operating Income | $ 0.1 | $ 0.4 | $ 0.5 | $ 2.3 | $ 2.0 | *27.4%* | *68.9%* |
| *% Margin* | *7.8%* | *2.7%* | *3.3%* | *10.0%* | *8.6%* | | |
| [4]   Total Employees | 14 | 88 | 88 | 96 | 110 | | |

Notes/Sources:
[1]   See DOL005054, tab "B-K REV12", cell AC188.
[2]   See Exhibit 1.1.
[3]   Results inclusive of BKM.
[4]   See DOL005054, tab "B-K REV12", cells AC244, AK244, AL244, AM244, AO244.

Comparable growth is observed at the operating income line, with operating income increasing at a CAGR of 27.4% from 2000 through 2011.

The most recent four years prior to the Transaction exhibited the continuation of strong growth. As shown in the table above, from 2008 to 2011, service fee revenues increased from $15.1 million to $22.8 million, resulting in a 14.8% CAGR. And operating income grew by 68.9% on an annual basis over the same period. Despite this sustained and impressive growth history, for the purposes of B+K's 5-year financial projections created in connection with the Transaction, Bowers and Kubota chose to use a conservative annual revenue growth rate of 5.0%.[69]

In the pre-Transaction portion of 2012, B+K's growth continued at a strong pace, with revenues increasing as a result of both a relatively large design project and continued success in market penetration and market development.[70] As of August 31, 2012, B+K's actual 2012 YTD revenues on an accrual basis equaled approximately $19.2 million, with YTD operating income of approximately $5.0 million.[71] Simply annualizing YTD revenues and operating income indicates pro forma year-end revenue and operating income estimates of $28.7 million and $7.5 million, respectively. As summarized in the table below, B+K's internal projections as of December 6, 2012 estimated year-end revenues of $28.9 million and operating income of $8.4 million.[72] At the time of the Transaction, 2012 was clearly poised to be another strong year.

---

[69] 30(b)(6) Deposition of B. Bowers, October 13, 2020, at pp. 176 – 177.

[70] LIBRA-DOL INV 004796 – 4803 at LIBRA-DOL INV 004799.

[71] RHYL000680 –836 at RHYL000709.

[72] B+KC002114.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                 Charles River Associates

**Table 3**

| B+K Historical & Projected Financial Results (Accrual Basis) | | | | |
|---|---|---|---|---|
| | **Actuals** | | | **Pro Forma** |
| | [1], [2] | [1], [2] | [1], [2] | [2], [3] |
| *USD Millions* | **31-Dec-10** | **31-Dec-11** | **31-Aug-12** | **31-Dec-12** |
| Total Revenue | $    27.6 | $    21.6 | $    19.2 | $    28.9 |
| *% Growth* | *n/a* | *-21.5%* | *n/a* | *33.5%* |
| Total Operating Expenses | 21.6 | 20.3 | 14.2 | 20.4 |
| Operating Income | $    5.9 | $    1.3 | $    5.0 | $    8.4 |
| *% Margin* | *21.6%* | *5.9%* | *25.8%* | *29.3%* |

Notes/Sources:
[1]   See Exhibit 1.2.
[2]   Results inclusive of BKM.
[3]   See Exhibit 4.0.

## 4.     Overview of Mr. Sherman's B+K Valuation Analysis

The Sherman Report establishes a value for B+K of $26.95 per share on a limited control, non-marketable basis as of December 14, 2012, equivalent to $26.9 million in total equity value. In arriving at this conclusion, Mr. Sherman uses two different valuation approaches – the income approach and the market approach.[73] For purposes of quantifying a value for B+K under the income approach, Mr. Sherman performed a discounted cash flow ("DCF") analysis.[74] A DCF analysis values a firm based on projections of its anticipated future free cash flows. These projected free cash flows are discounted to present value at a discount rate, often referred to as a weighted average cost of capital ("WACC"), which accounts for the perceived riskiness of realizing such cash flows and the required rate of return demanded by a firm's investors for investments with similar risk factors. The DCF will also include a terminal value to capture the value anticipated for periods beyond the discrete projection period.

Under the market approach, Mr. Sherman performed analyses to value B+K using both the Guideline Public Company ("GPC") method and the Guideline Merged and Acquired Company ("GMAC") method.[75] The GPC method is performed by identifying public companies that share many of the same risk characteristics as the firm being valued. After identification of a set of comparable companies, ratios are developed to compare the total invested capital of each comparable company (based on publicly available data) to certain financial metrics for each company. These ratios, often referred to as multiples, are then applied to the corresponding financial metrics

---

[73] Sherman Report at p. 21.

[74] Sherman Report at p. 21.

[75] Sherman Report at p. 21.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                                          Charles River Associates

of the subject firm to quantify the subject firm's implied value (before other potential adjustments).

The GMAC method is similar to the GPC method, but instead of deriving total invested capital based on a set of identified publicly traded comparable companies, the GMAC method attempts to identify industry merger and acquisition transactions that occurred before the valuation date where the acquisition targets were comparable to the subject firm and for which transaction data is publicly available. Multiples similar to those computed in the GPC method are then developed by comparing the purchase prices of the comparable transactions with certain financial metrics of those target companies. As with the GPC method, the resultant multiples are then applied to the corresponding financial metrics of the subject firm to compute value (before other potentially relevant adjustments).

Each of the key assumptions utilized by Mr. Sherman in establishing his value of B+K under the income and market approaches are summarized below.

## 4.1.    Mr. Sherman's DCF Analysis

As the starting point for his DCF analysis, Mr. Sherman utilized management's projections developed on or around December 6, 2012, for the fiscal years ending December 31, 2012 through 2017 (the "B+K Projections").[76] Mr. Sherman then made certain adjustments to the baseline B+K Projections. These key adjustments included:

- Developing a partial period projection for the remaining 17 days of the fiscal year ended December 31, 2012. To develop this partial period projection, Mr. Sherman first annualized B+K's actual results from the period January 1, 2012 to August 31, 2012.[77,78] Mr. Sherman multiplied these 2012 pro forma annualized amounts by the fraction 17/365 to establish his 2012 partial period projection.[79]

- Adjusting projected engineering subconsultant expenses upward for the fiscal years ended December 31, 2013 through 2017. Mr. Sherman increased engineering subconsultant expenses from the flat $2 million annually over the projection period per the B+K Projections to 14.2% of revenue in each year of

---

[76] Sherman Report at p. 24. See DOL 005054.xls for the B+K Projections. These were the same projections utilized by Kniesel in connection with LVA's December 14, 2012 Transaction-related valuation. I note that B+K provided LVA with an initial set of projections on November 13, 2012 (see LIBRA-DOL INV 004671 – 4760). These projections were subsequently updated based on conversations between B+K and LVA, giving rise to the December 6, 2012 version (see LIBRA-DOL INV 004973 – 5002).

[77] Sherman Report at Exhibit 2.

[78] B+K's accountants, Robert H.Y. Leong & Company prepared these interim financial statements on October 2, 2012. See RHYL000680 – 0836 at RHYL000681 – 0687.

[79] Sherman Report at Exhibit 2.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                      Charles River Associates

the projection horizon, alleging that his revised quantification was more consistent with B+K's average historical results between 2008 and 2011.[80]

- Adjusting projected bonus expenses upward for the fiscal years ended December 31, 2013 through 2017. Mr. Sherman indicates in his report that he increased bonus expenses to equal 8.0% of revenue in each period of the projection horizon. Mr. Sherman characterizes 8.0% as the midpoint between the bonus expense as a percent of revenue included in the B+K Projections (3.6%) and B+K's average historical bonus expense as a percent of revenue between 2008 and 2011 (12.7%).[81] Mr. Sherman has, however, actually used a revised bonus expense of 8.18% in his analysis, as demonstrated in the table below:[82]

**Table 4**

| Sherman Bonus Projections as a Percent of Revenue ($000s) | | | | | |
|---|---|---|---|---|---|
| | **2013** | **2014** | **2015** | **2016** | **2017** |
| B+K Projected Revenue [1] | $ 23,462 | $ 24,635 | $ 25,867 | $ 27,160 | $ 28,518 |
| B+K Projected Bonuses [2] | 893 | 937 | 984 | 1,033 | 1,085 |
| Sherman Incremental Bonus [3] | 1,027 | 1,078 | 1,132 | 1,189 | 1,248 |
| **Total Projected Bonus [4]** | $ 1,919 | $ 2,015 | $ 2,116 | $ 2,222 | $ 2,333 |
| **Percent of Revenue [5]** | 8.18% | 8.18% | 8.18% | 8.18% | 8.18% |

Notes/Sources:
[1] Exhibit 4.0.
[2] Exhibit 4.0.
[3] Sherman Report Exhibit 2
[4] = [2] + [3]
[5] = [4] / [1]

After incorporating these adjustments to the B+K Projections, Mr. Sherman calculated the free cash flow in each year of the projection period. Free cash flow represents the amount of cash available in each period for distribution to B+K's investors after accounting for the firm's cash operating expenses, taxes, capital expenditures and changes in net working capital. Mr. Sherman's derivation of B+K's free cash flows between 2012 and 2017 included several assumptions, some of which are summarized below.

- Projected that future cash flows following the end of the discrete projection horizon (December 31, 2017) would continue to grow at 3% into perpetuity. Mr. Sherman utilized this assumption to compute the terminal value, or the value associated with B+K cash flows projected to occur after the discrete 5-year projection horizon.[83]

---

[80] Sherman Report at p. 25.

[81] Sherman Report at p. 26. I note that, while Mr. Sherman asserts that the B+K Projections included bonus expenses of 3.6% of revenue, the actual percentage is 3.8%. See **Exhibit 4.0**.

[82] It appears that the difference between 8.0% and 8.2% was likely the result of a calculation error.

[83] Sherman Report at p. 29.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                                    Charles River Associates

- Assumed a 38.2% effective tax rate to account for both B+K's anticipated federal tax rate (34%) as well as its state tax rate (6.4% on a gross basis, but only 4.22% net of the federal deductibility of state income taxes).[84]

- Accepted the projection of B+K's capital expenditures and depreciation contained in the B+K Projections for 2013 through 2017. However, in the terminal projection period, Mr. Sherman grows capital expenditures by 3% and sets depreciation equal to the projected level of capital expenditures.[85]

- Assumed that B+K's net working capital as a percent of revenue in 2011 (5.46%) would remain constant across the projection horizon.[86]

After deriving B+K's free cash flows from December 14, 2012 through December 31, 2017, Mr. Sherman discounted those cash flows back to present value using his concluded WACC of 15.25%. As presented in the table below, Mr. Sherman's determination of WACC also includes several key assumptions related to the individual risk characteristics of B+K's business.[87]

---

[84] Sherman Report at p. 27 and Exhibit 2. 38.2% = 34% + 6.4% * (1 – 34%). Note that while Mr. Sherman indicates on page 27 of his report that the effective tax rate is 38.35%, he actually incorporates an effective tax rate of 38.2% into his DCF analysis (see Sherman Report at Exhibit 2). The rate of 38.2% appears to be correct based on my replication of the calculation.

[85] Sherman Report at Exhibit 2 and DOL 005054.xls.

[86] Sherman Report at Exhibits 2 & 8.

[87] Sherman Report at pp. 27-28 and Exhibit 3.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                       Charles River Associates

**Table 5**

| Mr. Sherman's WACC Derivation | | |
|---|---|---|
| | **Assumption** | **Notes** |
| Risk-Free Rate (Rf) | 2.46% | Yield on 20-Year Treasury Bond on December 14, 2012 |
| Beta (β) | 1.29 | Median 5-Year Relevered Beta from select comparable companies |
| Market Risk Premium (Rm) | 6.14% | 2012 Ibbotson Long-Horizon Expected Equity Risk Premium (Supply Side) |
| Size Premium (Rs) | 6.10% | 2012 Ibbotson 10th Decile Size Premium ($1 million to $207 million market capitalization) |
| Company Specific Premium (Rc) | 2.00% | Accounts for risk of Bowers or Kubota departing (key man), customer concentration and geography risk |
| **Cost of Equity (Re)** | **18.48%** | Rf + (β*Rm) + Rs + Rc |
| Cost of Debt | 4.62% | Yield on Moody's BAA 10-year Corporate composite bond issuances as of December 14, 2012 |
| Estimated Effective Tax Rate (T) | 38.20% | Includes State and Federal tax rates |
| **After-Tax Cost of Debt (Rd)** | **2.86%** | Cost of Debt * (1 - T) |
| **Weight of Equity (We)** | **80.00%** | Approximates median weightings for select comparable companies |
| **Weight of Debt (Wd)** | **20.00%** | |
| **WACC** | **15.36%** | (Re * We) + (Rd * Wd) |
| **WACC (Rounded)** | **15.25%** | |

Mr. Sherman's DCF analysis results in a concluded business enterprise value ("BEV") for B+K of $25.544 million.[88]

## 4.2.  Mr. Sherman's GPC Analysis

To conduct a valuation analysis using the GPC method, Mr. Sherman first identified several publicly traded companies that he determined were comparable to B+K. The comparable companies reviewed by Mr. Sherman included firms with operations primarily in the United States that were classified in one of the following industries:[89]

- Engineering and architectural services;

- Construction management;

- Commercial interior design;

- Landscape architectural services;

- Urban planners and industrial development organizations;

- Traffic engineering consulting; and/or

---

[88] Sherman Report at Exhibit 2.

[89] Sherman Report at pp. 29-30.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                    Charles River Associates

- Environmental consulting

After conducting this review, Mr. Sherman ultimately selected nine companies he deemed as adequately comparable to B+K.[90]

Mr. Sherman reviewed the historical financial and operating performance of each of these selected comparable companies and calculated two valuation multiples for each: BEV divided by latest twelve months ("LTM") earnings before interest, taxes, depreciation and amortization ("EBITDA") and BEV divided by next twelve months ("NTM") EBITDA.[91] These multiples serve as the basis for Mr. Sherman's GPC valuation method and are ultimately applied to B+K's financial metrics to determine B+K's implied BEV.

The BEV/LTM EBITDA multiples calculated by Mr. Sherman across his nine identified comparable companies range from 3.4x to 12.3x with a median of 5.9x. Meanwhile Mr. Sherman's' BEV/NTM EBITDA multiples range from 3.0x to 10.6x with a median of 5.7x.[92] For both the BEV/LTM EBITDA multiple and the BEV/NTM EBITDA multiple, Mr. Sherman selected to use a multiple of 5.0x, representing a discount of approximately 13% to 16%, respectively, from the LTM EBITDA and NTM EBITDA multiples computed for his comparable companies.[93] Mr. Sherman justified these discounts by asserting that there were "additional size and company specific risks inherent" at B+K relative to the nine comparable companies selected.[94]

To apply these selected multiples and reach a conclusion of value using the GPC method, Mr. Sherman developed LTM EBITDA and NTM EBITDA financial metrics for B+K. To calculate B+K's LTM EBITDA, Mr. Sherman used the most recent actual financial results available prior to the consummation of the Transaction, which report B+K's financial performance for the eight months ended August 31, 2012. To develop a full twelve-month LTM EBITDA statistic, Mr. Sherman added a four-month proration of B+K's 2011 full year EBITDA to the August 31, 2012 results.[95] This analysis resulted in an estimated LTM EBITDA of approximately $4,849,000.[96] To establish an estimated NTM EBITDA, Mr. Sherman relied upon the modified

---

[90] These firms included: AECOM; Jacobs Engineering Group, Inc.; Fluor Corporation; MasTec, Inc.; WSP Global, Inc.; Stantec, Inc.; Michael Baker Corporation; URS Corporation; and Tutor Perini Corporation. See Sherman Report at Exhibit 12.

[91] Sherman Report at p. 30. Mr. Sherman only used EBITDA multiples, as opposed to multiples based on revenue or earnings before interest and taxes ("EBIT"). Mr. Sherman claimed this was because an EBITDA multiple "best reflects how a company in the architectural, engineering and construction industry would be valued." See Sherman Report at Exhibit 4.

[92] Sherman Report at Exhibit 4.

[93] Sherman Report at Exhibit 4.

[94] Sherman Report at p. 30.

[95] Sherman Report at p. 30.

[96] Sherman Report at Exhibits 4 and 7.

---

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                 Charles River Associates

projections contained in his DCF analysis described above, selecting his adjusted EBITDA from 2013 of approximately $5,472,000.[97]

As presented below, Mr. Sherman weights the concluded values using the BEV/LTM EBITDA multiple and the BEV/NTM EBITDA multiple evenly (50% each), resulting in an implied BEV for B+K for approximately $25.8 million, prior to the application of any discounts or premiums:[98]

**Table 6**

| Mr. Sherman's GPC Analysis (Pre-Adjustment) ($000s) | | |
|---|---|---|
| | LTM EBITDA | NTM EBITDA |
| B+K Statistic | $    4,849 | $    5,472 |
| Selected BEV Multiple | 5.0 | 5.0 |
| **Implied GPC B+K BEV** | **$   24,246** | **$   27,358** |
| Weighting | 50.00% | 50.00% |
| **Weighted GPC B+K BEV** | **$   12,123** | **$   13,679** |
| **Pre-Adjustment GPC B+K BEV** | | **$   25,802** |

However, Mr. Sherman recognized that when conducting a GPC analysis, the BEV for the comparable companies is derived using the market prices of individual shares of stock, resulting in a valuation conclusion that is presented on a marketable, minority basis. In order to convert this marketable, minority-based valuation to a control-based valuation, Mr. Sherman applied a 5% control premium to the assumed equity component of the $25.8 million BEV calculated above.[99] As illustrated below, adding this 5% control premium results in a revised BEV conclusion for B+K of $26.8 million.

**Table 7**

| Mr. Sherman's GPC Analysis (Concluded Value) ($000s) | |
|---|---|
| | Amount |
| **Pre-Adjustment GPC B+K BEV** | **$   25,802** |
| Less: Assumed Net Debt (20% of Value) | (5,160) |
| **B+K Equity Value (Minority, Marketable)** | **$   20,641** |
| Control Premium (5%) | 1,032 |
| **B+K Equity Value (Controlling, Marketable)** | **$   21,673** |
| Add: Assumed Net Debt | 5,160 |
| **GPC B+K BEV** | **$   26,834** |

---

[97] Sherman Report at Exhibits 2 and 4.

[98] Sherman Report at Exhibit 4.

[99] Sherman Report at Exhibit 4. While B+K did not have any outstanding debt prior to the Transaction, Mr. Sherman assumed that the level of net debt at B+K would be equivalent to the assumed industry capital structure utilized to develop his WACC.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                  Charles River Associates

### 4.3.   Mr. Sherman's GMAC Analysis

To conduct a valuation analysis using the GMAC method, Mr. Sherman identified several comparable transactions within the same industries utilized under the GPC method. Each comparable transaction that Mr. Sherman reviewed occurred within the four years prior to the Transaction, published relevant financial information about the target company, and was based on the purchase of a controlling ownership stake (greater than 50%) by the acquiring party.[100]

In total, Mr. Sherman identified 12 transactions where he determined that the acquired company was sufficiently comparable to B+K.[101] Similar to the GPC method, Mr. Sherman established a BEV/LTM EBITDA multiple for each of his identified comparable transactions.[102] Unlike the GPC method, the BEV for each of the acquired companies was determined by the aggregate purchase price of each transaction (i.e., cash plus acquired debt). The BEV/LTM EBITDA multiples calculated by Mr. Sherman for each of the comparable transactions ranged from approximately 2.1x to 11.6x with a median of 6.0x.[103]

Mr. Sherman ultimately selected the median multiple (6.0x) for purposes of conducting his GMAC analysis. Consistent with the GPC method, Mr. Sherman applied this multiple to his determination of B+K's LTM EBITDA of approximately $4,849,000, resulting in a concluded value of approximately $29.0 million.[104] No discounts or premiums are applicable to this methodology on a standalone basis.

**Table 8**

| Mr. Sherman's GMAC Analysis ($000s) | | |
|---|---|---|
| | | LTM EBITDA |
| B+K Statistic | $ | 4,849 |
| Selected BEV Multiple | | 6.0 |
| **Implied GMAC B+K BEV** | **$** | **28,998** |

---

[100] Sherman Report at p. 31.

[101] Sherman Report at Exhibits 6 and 13. For many of his GMAC transactions, Mr. Sherman does not provide a business description for the acquired companies or any indication of the parties to the transaction. It is therefore unclear how Mr. Sherman determined that such transactions did indeed involve firms comparable to B+K. In addition, as discussed later in this report, Mr. Sherman double-counted the same transaction from May 3, 2010.

[102] Sherman Report at p. 31 and Exhibit 6. While Mr. Sherman also considered a BEV/revenue multiple, he ultimately assigned no weight to the value derived from this multiple.

[103] Sherman Report at Exhibit 6.

[104] Sherman Report at Exhibit 6.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020          Charles River Associates

## 4.4. Mr. Sherman's Concluded Value

After determining a BEV under each of these three methods, Mr. Sherman applied different weightings to each approach, resulting in a weighted BEV conclusion of $26.6 million, as illustrated in the table below.[105]

**Table 9**

| Mr. Sherman's Pre-Adjustment Concluded Value ($000s) | | | |
|---|---|---|---|
| Valuation Methodology | BEV Conclusion | Weighting | Weighted BEV |
| DCF Analysis | 25,544 | 50.00% | 12,772 |
| GPC Analysis | 26,834 | 30.00% | 8,050 |
| GMAC Analysis | 28,998 | 20.00% | 5,800 |
| **Pre-Adjustment BEV** | | | **$ 26,620** [1] |
| Notes: | | | |
| [1] This amount appears to be rounded by Mr. Sherman. | | | |

To determine his concluded value for the shares of B+K, Mr. Sherman made several additional adjustments to this weighted value, including:

- Adding excess cash, marketable securities and investments in limited liability companies (totaling approximately $5.6 million) to the weighted value conclusion to calculate the fair market value of B+K's equity on a controlling, marketable basis;[106]

- Applying a discount for lack of marketability of 7% to account for the fact that shares of B+K's common stock were not traded on a public market and were therefore not readily marketable;[107]

- Applying an additional discount for limited control of 10%. Mr. Sherman asserted that this discount was required to account for his belief that B+K management maintained meaningful control following the Transaction.[108]

After incorporating these adjustments, Mr. Sherman arrived at a value for B+K of $26.95 per share, as indicated below.[109]

---

[105] Sherman Report at p. 21.

[106] Sherman Report at p. 21

[107] Sherman Report at pp. 21 and 33.

[108] Sherman Report at p. 33. As discussed later in this report, I believe the application of this limited control discount is inappropriate.

[109] Sherman Report at p. 21.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                                    Charles River Associates

**Table 10**

| Mr. Sherman's Concluded Value ($000s) [1] | | |
|---|---:|---:|
| | | Value |
| Pre-Adjustment BEV | $ | 26,620 |
| **Adjustments** | | |
| Plus: Excess Cash | | 1,890 |
| Plus: Marketable Securities | | 3,439 |
| Plus: Investments in LLCs | | 249 |
| **Total Adjustments** | $ | 5,578 |
| **Fair Market Value of Equity (Controlling, Marketable)** | $ | 32,198 |
| Less: Discount for Lack of Marketability (7%) | | (2,254) |
| **Fair Market Value of Equity (Controlling, Non-Marketable)** | $ | 29,944 |
| Less: Discount for Limited Control (10%) | | (2,994) |
| **Fair Market Value of Equity (Limited Control, Non-Marketable)** | $ | 26,950 |
| Total Number of Shares | | 1,000 |
| **Fair Market Value of Equity on a per Share Basis** | $ | 26.95 |
| **Notes:** | | |
| [1] Slight rounding differences exist between this presentation and the Sherman Report. | | |

## 5.  Flaws in and Corrections to Mr. Sherman's Analysis

In this section, I identify flaws in Mr. Sherman's analysis and quantify the value implications of those flaws.

The flaws in Mr. Sherman's analysis fall into three major categories:

1. Mr. Sherman's calculations of B+K's cash flow projections are flawed as a result of his improper adjustments to B+K's post-Transaction engineering subconsultant expenses and bonus expenses. These expense adjustments impact Mr. Sherman's DCF-based valuation of B+K and also certain of his GPC and GMAC-based valuations.

2. Mr. Sherman's calculations of B+K's EBITDA on both a latest twelve months ("LTM") and next twelve months ("NTM") basis are flawed due to double-counting of bonuses and the failure to normalize historical results for management bonuses. These flaws impact Mr. Sherman's GPC and GMAC-based valuations.

3. The "limited control" discount applied by Mr. Sherman in concluding his ultimate value for B+K is inappropriate.

Each of these flaws is addressed in detail below.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                 Charles River Associates

## 5.1.    Flaws in Mr. Sherman's B+K Cash Flow Projections

Mr. Sherman makes two primary adjustments to the cash flow projections prepared by management and used by LVA in connection with LVA's Transaction-related valuation of B+K – engineering subconsultant expense and bonus expense. As discussed below, it is my opinion that Mr. Sherman's adjustments overstate both expense categories, causing his B+K value conclusion to be understated as of the Transaction date. Based on my review and analysis of both issues, I determined that alternative assumptions for both subconsultant expenses and bonuses are more reasonable. I also evaluate my revised inputs vis-à-vis B+K's total labor costs.

My analysis and conclusions are set forth in the following subsections.

### 5.1.1.    Mr. Sherman Overstates Subconsultants Expense

The B+K Projections used by LVA in connection with the Transaction were created by the Company (and, in particular, Bowers), and incorporated certain feedback from LVA.[110] In essence, the B+K Projections were an extrapolation of detailed one- to two-year projections created and maintained in the ordinary course of business by Bowers, Kubota, and other senior managers.[111] As noted previously, the B+K Projections estimated subconsultant expenses of $2 million annually over the 2013 through 2017 projection period.[112] Mr. Sherman observes that this projection for subconsultants equates to an average annual expense of 7.8% over the projection period, as compared to historical subconsultant expenses, which averaged 14.2% of revenue from 2008 through 2011. Mr. Sherman states that "[t]his is of particular note as the Company's salaries and wages remain constant at 34.7% of revenues over the forecast period as well."[113]

Mr. Sherman then adjusts the B+K Projections to include subconsultant expenses of 14.2%, consistent with the observed 2008 through 2011 average, stating that if "Management would argue that engineering consultant expenses would trend downward in the future, then salaries and wages would need to increase substantially."[114]

However, Mr. Sherman ignores management's attempts to normalize historical subconsultant expenses for unusual amounts that had occurred previously.

---

[110] See, e.g., LIBRA-DOL INV 004973 – 5002.

[111] Deposition of B. Bowers, October 14, 2020, pp. 18 – 24. Bowers' testimony also indicated that, for routine projection purposes, each client contract was projected out by month for one to two years, and estimates updated every 30-60 days to ensure they incorporated the latest information and expectations. I note also that the B+K Projections created by the Company were quite detailed (see, e.g., DOL 0005054.xlsx).

[112] See DOL 005054.xlsx. See also SAK006754 – 814 at SAK006810.

[113] Sherman Report at p. 24.

[114] Sherman Report at p. 25.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to
Nicholas L. Saakvitne, et al.

November 19, 2020                                                    Charles River Associates

The following table presents B+K's historical subconsultant expenses from 2008
through August 2012 YTD.

### Table 11

| Historic Income Statement Data - Cash Basis ($000s) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2008 | [1] | 2009 | [1] | 2010 | [1] | 2011 | [1] | YTD 2012 | [3] |
| **B+K as Reported** | | | | | | | | | | |
| Total Revenue [2] | $ 15,016 | | $ 15,430 | | $ 22,604 | | $ 22,633 | | $ 18,171 | |
| Subconsultant Expense | 2,221 | | 1,577 | | 4,141 | | 3,085 | | 3,806 | |
| **% of Revenue** | 14.8% | | 10.2% | | 18.3% | | 13.6% | | 20.9% | |
| | | | | Average Subconsultant Expense as a Percent of Revenue (2008-2011) | | | | | 14.2% | |

**Notes/Sources:**
[1] Exhibit 1.1.
[2] Excludes interest and dividends.
[3] RHYL000680 - 0836 at RHYL000720 and RHYL000724.

The table above shows that, unadjusted, B+K's historical subconsultant expenses
averaged 14.2% from 2008 through 2011, consistent with Mr. Sherman's assertion.

However, this presentation does not account for the fact that, as explained by
management, B+K incurred abnormally high levels of subconsultant expenses for 2010
and 2012. And Mr. Sherman does not consider the extent to which B+K's historical
results should therefore be adjusted for purposes of projecting B+K's subconsultant
expenses going forward.

On the basis of these abnormally high 2010 and 2012 subconsultant expenses,
management adjusted its expected projection of subconsultant expenses in the B+K
Projections. More specifically, management explained its $2 million annual projection
for subconsultants for the period 2013 through 2017 as follows: "Use average estimate.
2010 and 2012 were high due to large Corps design projects."[115]

This note regarding 2010 and 2012 explains the high levels of subconsultant expenses
as a percentage of revenue observed for 2010 and YTD 2012 in the prior table.[116]

Further research confirmed management's assertion that certain Corps of Engineer
projects in 2010 and 2012 involved large design projects:

- For 2010, a B+K document confirmed that a project for the Corps of Engineers
  involving a large architectural design component accounted for the abnormally
  high subconsultant expenses recorded in 2010: "Although the Corps of
  Engineers is the largest total revenue amount, over $2 million of this amount
  was for subconsultants because this involved a large architectural design
  project, reducing net revenue to approx. $1.5 million."[117] I note that this
  information implies that this project included closer to $2.5 million of
  subconsultant expenses.

---

[115] See DOL 005054.xlsx, tab "Projections", cell T18.

[116] See DOL 005054.xlsx, tab "Projections", cell G18.

[117] See DOL 005033.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                         Charles River Associates

- For 2012, I identified a document in the record that indicated that B+K completed its "largest design project to date (Quad B) for the Corps of Engineers."[118] It is reasonable to assume that this is the large 2012 project to which management was referring in creating the B+K Projections. The fact that the projected was recognized by Bowers and Kubota as being the largest design project completed to date speaks to the unusual nature of the project. By not adjusting for such one-time expenses and instead projecting future subconsultant expenses based on the impacts of these large projects, Mr. Sherman essentially assumes that these large design projects would be recurring.

My review of the B+K Projections file confirmed that the 2012 Quad B project was a project attributed to BKM,[119] which explains the significant level of YTD subconsultant expenses reported on BKM's financial statements through August 2012 ($2.21 million in YTD subconsultant expenses on $3.749 million of YTD revenue[120]). As such, it is reasonable to assume that the total amount of 2012 YTD BKM subconsultant expenses are attributable to the Quad B project.

I also note that BKM had significant subconsultant expenses in 2010 ($2.348 million).[121] Therefore, given that, as noted above, the 2010 project was also for the Corps of Engineers, I have assumed that the $2+ million in subconsultant expenses referenced in the document above is reflected on BKM's financial statements (which is consistent with the total level of subconsultant expenses incurred by BKM in that year).

I next normalized B+K's historical subconsultant expenses for 2010 and 2012 to exclude the amounts recognized via BKM in each of those years.[122] The revised annual subconsultant expenses are presented in the table below, along with a revised percentage of revenue (where revenue is also adjusted for the subconsultant expense adjustment):

---

[118] See B+KC001578.

[119] See DOL 005054.xlsx, tab "B-K REV12", cell A125 (which falls under the BKM section of the spreadsheet). I also note that $3.636 million in revenue is identified for this project (cell V125), which constitutes the vast majority of the total BKM revenue of $3.816 million projected for that year (cell V138).

[120] See RHYL000680 – 836 at RHYL000724.

[121] See **Exhibit 1.5**.

[122] I do not have detailed project data that would allow me to adjust only for subconsultant expenses associated with those projects. Therefore, I have used the BKM subconsultant totals as a proxy.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                        Charles River Associates

**Table 12**

| Historic Income Statement Data - Cash Basis ($000s) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **2008** | [1] | **2009** | [1] | **2010** | [1] | **2011** | [1] | **YTD 2012** [4] |
| **B+K as Reported** | | | | | | | | | |
| Total Revenue [2] | $ 15,016 | | $ 15,430 | | $ 22,604 | | $ 22,633 | | $ 18,171 |
| Subconsultant Expense | 2,221 | | 1,577 | | 4,141 | | 3,085 | | 3,806 |
| % of Revenue | **14.8%** | | **10.2%** | | **18.3%** | | **13.6%** | | **20.9%** |
| | | | | | | | | | |
| **Elimination of BKM Amounts** | | | | | | | | | |
| Subconsultant Expense in Revenue | - | | - | | 2,348 | [3] | - | | 2,210 |
| Subconsultant Expense | - | | - | | 2,348 | [3] | - | | 2,210 |
| | | | | | | | | | |
| Revised Revenue [5] | $ 15,016 | | $ 15,430 | | $ 20,256 | | $ 22,633 | | $ 15,961 |
| Revised Subconsultant Expense [5] | 2,221 | | 1,577 | | 1,792 | | 3,085 | | 1,595 |
| % of Revenue | **14.8%** | | **10.2%** | | **8.8%** | | **13.6%** | | **10.0%** |

| | |
|---|---|
| Average Revised Subconsultant Expense (2008-2011) | $   2,169 |
| Average Revised Subconsultant Expense as a Percent of Revenue (2008-2011) | 11.9% |
| Average Revised Subconsultant Expense as a Percent of Revenue (2008-YTD 2012) | 11.5% |

Notes/Sources:
[1] Exhibit 1.1.
[2] Excludes interest and dividends.
[3] RHYL000549 - 0587 at RHYL000559 and RHYL000563.
[4] RHYL000680 - 0836 at RHYL000720 and RHYL000724.
[5] Amounts calculated as "As Reported" Subconsultant Expense amounts less "Elimination of BKM" amounts.

This table demonstrates the significant impact that those particular projects (with unusually high subconsultant expenses) had on an unadjusted view of B+K's historical subconsultant expenses.

More importantly, when adjusting B+K's historical financials to normalize for these abnormal amounts on a dollar basis, the average historical subconsultant expenses are approximately $2.169 million from 2008 through 2011, consistent with management's projection (and stated basis).

Given the above, considered in light of management's detailed revenue projections for 2013, I have no basis to dispute the reasonableness of the $2 million subconsultant expense projection contained in the B+K Projections as of the Transaction date, particularly given management's conservative growth projections. However, while I have adopted this figure for 2013, I have conservatively grown this expense at the same rate as revenue (5%) for the balance of the projection period to reflect the fact that revenue growth may have accompanied by some level of growth in subconsultant costs.

The value implications of this and other adjustments to Mr. Sherman's results are addressed in **Section 5.4**.

5.1.2.   **Mr. Sherman Overstates Expected Bonus Expense**

Management's projections (which, as indicated previously, were used by LVA in its Transaction-related valuation of B+K) assumed a bonus pool for B+K employees of $850,000 in 2012. The bonus pool was assumed to increase by 5% annually, consistent with the assumed revenue growth rate. As a result, bonuses per management's

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                              Charles River Associates

projections equated to approximately 3.8% of projected revenue annually over the projection period (2013 – 2017).[123]

As summarized previously, Mr. Sherman modified the bonus forecast on the basis of a percentage of revenue approach, increasing the projected bonus expense from 3.8% to 8.2% of revenue.[124] Mr. Sherman's 8.2% was derived by taking the "midpoint between Management's forecast (3.6%) and historical averages (12.7%)."[125] In support of this adjustment, Mr. Sherman simply states that the forecasted reduction to bonus expenses relative to pre-Transaction levels was "too substantial to be reasonable," and that "[e]mployees would still require monetary compensation in the form of a bonus for their work."[126] But this explanation is superficial (i.e., the projections did not assume that *no* bonuses would be paid), and Mr. Sherman's quantification of revised bonuses is unsupported and flawed in several critical ways:

1. Mr. Sherman fails to adjust his historical analysis of bonuses for the impacts of Bowers' and Kubota's bonuses, which were not expected to continue post-Transaction (at least based on the forecasted results);

2. Mr. Sherman appears to rely on hindsight; and

3. Mr. Sherman fails to acknowledge the diligence performed by LVA on management's projections in conducting the Transaction-related valuation.

*Mr. Sherman Fails to Adjust Historical Bonus Expense for Bowers' and Kubota's Bonuses*

Probably the most critical error in Mr. Sherman's analysis and adjustment regarding B+K's projected bonuses is that he fails to adjust for amounts historically paid to Bowers and Kubota. In connection with the Transaction, Bowers and Kubota executed employment agreements that provided for formulaic bonuses to be paid only in the

---

[123] Although the Sherman Report indicates that the rate is 3.6%, it is actually 3.8%. See DOL005054.xlsx, tab "Projections". Projected bonus amounts are presented in row 35 and projected revenue in row 11. Starting in 2013 (Column O) the Projected Bonus amounts, when divided by the projected revenue is 3.8% (e.g., in 2013, projected bonuses are $892,500 and projected revenue is $23,462,000. Therefore, $892,500 / $23,462,000 = .038 or 3.8%). This percentage remains the same for every year thereafter, since projected revenues and bonuses both increase prospectively at an assumed 5% growth rate.

[124] Although Mr. Sherman states that he increased B+K's bonus expense to 8.0% of revenue (Sherman Report at p. 26), his report actually incorporates a bonus figure of 8.2% from 2013 forward (see **Exhibit 4.0** for projected bonus expenses per the B+K Projections and Sherman Report at Exhibit 2 for Mr. Sherman's incremental projected bonus expense.). See DOL005054.xlsx, tab "Projections". Row 35 shows the originally projected bonuses, which amount to 3.8% of revenue. Adding these amounts to the "Incremental Projected Bonuses Adj." amounts in Sherman's Exhibit 2 (see Sherman Report at pg. 67) results in an adjusted bonus amount equal to 8.2% of revenue (e.g., in 2013 ($000's): ($1,027+$892.5) / $23,462 = 0.0818 or 8.2%). This percentage is consistent in every year thereafter. The difference between the stated 8.0% and the actual 8.2% appears to be the result of a likely cell referencing error.

[125] Sherman Report at p. 26.

[126] Sherman Report at p. 26.

---

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                                    Charles River Associates

event that B+K's EBITDA exceeded pre-Transaction expectations.[127] Therefore, post-Transaction bonus projections should be evaluated in light of pre-Transaction bonus levels *excluding* bonuses paid to Bowers and Kubota, so that the comparison is performed on an "apples-to-apples" basis.

As summarized below, Mr. Sherman indicated that *total* bonuses averaged 12.7% of revenue from 2008 through 2011. When excluding Bowers' and Kubota's bonuses from historical bonus totals, bonus expense as a percentage of revenue falls to approximately 6.1% on average for the same period.

**Table 13**

| Bonuses as a Percent of Revenue ($000s) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Cash Basis** | | | | **Accrual Basis** | | | | | |
| | **2008** | | **2009** | | **2010** | | **2011** | | **Average** | [4] |
| **Per Sherman Report [1]** | | | | | | | | | | |
| Total Revenue | $ | 15,077 | $ | 15,430 | $ | 27,551 | $ | 21,616 | $ | 19,918 |
| Firm-Wide Bonus | | 2,352 | | 1,579 | | 2,904 | | 3,129 | | 2,491 |
| **% of Revenue** | | **15.6%** | | **10.2%** | | **10.5%** | | **14.5%** | | **12.7%** |
| | | | | | | | | | | |
| **Elimination of Management Bonus** | | | | | | | | | | |
| Bowers [2] | $ | 536 | $ | 537 | $ | 719 | $ | 760 | | |
| Kubota [2] | | 536 | | 537 | | 719 | | 760 | | |
| **Total Management Bonus** | $ | **1,071** | $ | **1,074** | $ | **1,438** | $ | **1,520** | | |
| | | | | | | | | | | |
| **Pro Forma Bonus as a % of Revenue** | | | | | | | | | | |
| Revenue | $ | 15,077 | $ | 15,430 | $ | 27,551 | $ | 21,616 | $ | 19,918 |
| Bonuses for Other Employees [3] | | 1,281 | | 505 | | 1,466 | | 1,609 | | 1,215 |
| **% of Revenue** | | **8.5%** | | **3.3%** | | **5.3%** | | **7.4%** | | **6.1%** |
| **Notes/Sources:** | | | | | | | | | | |
| [1] Sherman Report at Exhibit 7. | | | | | | | | | | |
| [2] See Exhibit 5.0. | | | | | | | | | | |
| [3] Equals firm-wide bonus less total management bonus. | | | | | | | | | | |
| [4] Represents average of 2008-2011 for all rows. | | | | | | | | | | |

Holding all else constant with regard to Mr. Sherman's approach, the midpoint between the normalized historical bonus amount (6.1% of revenue) and management's original bonus projection (3.8% of revenue) would suggest that Mr. Sherman should have forecasted bonus expense at approximately 5.0% of revenue (as opposed to his use of 8.2%).

---

[127] See RHYL000207 – 548 at RHYL000445 – 454 (Bowers) and RHYL000455 – 464 (Kubota). Note that Exhibit A to both agreements specifies that "Executive will be entitled to an incentive bonus award, but only if and to the extent the following Earnings Before Interest, Taxes, Depreciation and Amortization ("EBITDA") are attained by the Company in amounts in excess of projected EBITDA growth targets reflected in the projections provided by the company to Libra Valuation Advisors in connection with the ESOP Stock Purchase Transaction on December 14, 2012…." Other conditions also apply. See RHYL000453 – 454 (Bowers) and RHYL000463 – 464 (Kubota). BKC separately confirmed that Bowers' and Kubota's bonuses were set forth in their employment agreements. See LIBRA-DOL INV 004215 – 4216 at LIBRA-DOL INV 004216 ("The officers (Brian Bowers and Dexter Kubota) bonus plan is stipulated in our employment agreements, however bonuses for other members of the management team needs [sic] to be reviewed"). See also LIBRA-DOL INV 005573 – 5577 (Bowers confirms that his and Kubota's compensation is to be limited to amounts represented to Kniesel).

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                    Charles River Associates

However, Mr. Sherman fails to explain why using a midpoint between management's projection and his estimate of historical average bonus expense is a reasonable basis for projecting bonus expenses, and I see no justification for this "midpoint" approach. Moreover, as discussed later in this section, there are reasons why projecting bonuses as a percentage of revenue may not be the most appropriate method, and I therefore look instead to bonuses as a percentage of salaries for projection purposes.

*Mr. Sherman Appears to Inappropriately Rely on Hindsight Regarding His Revised Bonus Expense Projection*

In addition to the quantitative errors in Mr. Sherman's report, it also appears that he inappropriately relied on hindsight to justify his revised estimate of bonus expense.

The following is an excerpt from the Sherman Report: "Bonuses were projected to be significantly reduced by Management in their discussion with LVA, however they continued at historical levels, which were substantial."[128] From this statement, it appears that Mr. Sherman is relying on post-Transaction information to support his determination of projected bonus expenses. If that is the case, this "support" should be ignored because it constitutes hindsight.

A valuation must consider only information known or knowable as of the valuation date – here, December 14, 2012.[129] Because B+K's post-Transaction results to which Mr. Sherman refers were not, by definition, known or knowable until after the Transaction closed, reliance on those results for Transaction-related valuation purposes is improper.

Regardless, even if it was appropriate to rely on post-Transaction results, Mr. Sherman's analysis of B+K's actual post-Transaction bonus expenses is, at best, misleading.

First, Mr. Sherman mischaracterizes the post-Transaction bonus expenses by saying they continued at historical levels, but the actual post-Transaction bonus expenses as a percentage of revenue were significantly lower than the total pre-Transaction bonuses.[130] This is due, in large part, to the significant reduction in bonuses paid to Bowers and Kubota post-Transaction (relative to pre-Transaction levels).

Second, while observed post-Transaction bonuses as a percentage of revenue are reasonably consistent with the pre-Transaction bonuses as a percentage of revenue after excluding bonuses paid to Bowers and Kubota, there is no evidence in Mr. Sherman's report that he performed an analysis of pre-Transaction bonuses excluding amounts paid to Bowers and Kubota.

Third, revenue grew at a much faster pace post-Transaction than projected by management and adopted by LVA for Transaction valuation purposes. More

---

[128] Sherman Report at p. 5.

[129] Deposition of G. Kniesel, January 23, 2018, pp. 81 - 82

[130] See **Exhibit 5.0**.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                          Charles River Associates

specifically, B+K's CAGR (compound annual growth rate) from 2012 through 2017 was 13.8%, significantly in excess of the 5% annual growth projected in connection with the Transaction-related valuation.[131] This performance (and/or other reasons) may have altered the way in which management viewed bonuses in the post-Transaction environment, causing unadjusted post-Transaction bonuses to serve as a poor proxy for the reasonableness of pre-Transaction expectations, even if use of hindsight were permissible.

Lastly, it is also relevant to note that, while bonuses were projected by management and LVA to grow at the same rate as revenue (5%[132]), post-Transaction bonuses grew at a slower pace than post-Transaction revenue,[133] a fact that Mr. Sherman also ignores even when referencing post-Transaction data.

### *LVA's Contemporaneous Diligence on Projected Bonuses*

Mr. Sherman also appears to ignore the diligence LVA performed with regard to bonuses in connection with its work on the Transaction-related valuation. The original projections that B+K provided to LVA did not include any projection for employee bonuses.[134] LVA specifically questioned this assumption,[135] and, as a result of conversations with LVA, management updated its projections to, among other things, incorporate estimated bonus payments, which management noted were discretionary.[136]

Moreover, LVA also performed a valuation of the B+K ESOP for the year ended December 31, 2012 – approximately 2 weeks after the close of the Transaction.[137] In performing its year-end 2012 valuation, LVA again questioned management regarding projected bonuses:[138]

---

[131] **Exhibit 3.0**.

[132] See DOL 005054.xlsx, tab "Projections", cell T35.

[133] See SAK004939 – 5001 at SAK004984. The 2013 actual revenue and bonus amounts ($000's) are $23,845 and $1,829, respectively. The 2017 actual revenue and bonus amounts ($000's) are $48,237 and $2,880, respectively. This results in a 19.26% revenue CAGR and a 12.02% bonus CAGR over the same period.

[134] See DOL 0005053 (provided November 13, 2012 per B+KC002315 – 2419).

[135] See, e.g., LIBRA-DOL INV 004796 – 4803 at LIBRA-DOL INV 004802.

[136] See LIBRA-DOL INV 004973 – 5002 at LIBRA-DOL INV 004973 ("Greg: Attached are the updated 5-year projections per your request. Some notes: …3. I included estimated employee bonuses for the year-end 2012 and for years 2103[sic]-2017 per your request. Note that these are discretionary."). For the bonus projection, compare DOL 0005053.xlsx (provided November 11, 2012) to DOL 0005054.xlsx (provided December 6, 2012), tab "Projections" – a row for "Projected Bonuses" (row 35) was added to the later version of the projections.

[137] SAK001298 – SAK001356

[138] See LIBRA-DOL INV 004215 – 4216 at LIBRA-DOL INV 004216.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                              Charles River Associates

> *[QUESTION] You have roughly $1 million projected bonuses in each year 2013-2017? Is that still about right post-ESOP transaction?*
>
> *[RESPONSE] Currently $1 million is a good projection. We are still formulating our Post-ESOP bonus plan for the management team. The officers (Brian Bowers and Dexter Kubota) bonus plan is stipulated in our employment agreements, however bonuses for other members of the management team needs [sic] to be reviewed.*

Based on these exchanges, it appears that LVA questioned management frequently about its bonus projections, even causing management to analyze and change its projections in the days leading up to the LVA Transaction-related valuation. Given this level of scrutiny, one could reasonably conclude that there is no basis to reject contemporaneous estimates.

### *Conclusion Regarding an Appropriate Level of Projected Bonus Expense*

While I understand that management and LVA discussed bonus considerations in finalizing the projections that were used for the Transaction-related valuation, I have also evaluated the implications on B+K's value of assuming post-Transaction bonuses more in line with pre-Transaction observed results.

In evaluating potential bonus projections, I note that fluctuations in B+K's historical revenue resulting from varying levels of subconsultant expenses may result in annual variances to gross revenue, thereby making comparisons based solely on percentages of historical revenue less reliable. Consistent with this circumstance, I note that management itself relied heavily on historic growth rates rather than historical percentages of revenue when creating the projections for its expenses, likely due, at least in part, to revenue reporting nuances. Mr. Sherman does not appear to give any consideration to evaluating bonuses on any basis other than as a percentage of revenue.

I alternatively evaluated historical bonuses in relation to historical salaries. In doing so, I observed that historical bonuses paid to employees other than Bowers and Kubota averaged approximately 19.2% of the salaries paid to those individuals on a cash basis (i.e., total salaries excluding Bowers and Kubota) (the percentage is 18.5% on an accrual basis). This analysis is summarized in the table below:

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                    Charles River Associates

### Table 14

| Historical Bonuses as a Percent of Salaries - Excluding Bowers & Kubota - Cash Basis ($000s) | | | | | | | | | Average |
|---|---|---|---|---|---|---|---|---|---|
| | 2008 | [1] | 2009 | [1] | 2010 | [1] | 2011 | [1] | |
| Total B+K Salary & Wage Expense | $ | 8,164 | $ | 8,958 | $ | 10,722 | $ | 11,719 | |
| Less: Bonuses [2] | | 2,352 | | 1,579 | | 2,904 | | 3,129 | |
| Total Salary & Wages Excluding Bonuses | $ | 5,812 | $ | 7,379 | $ | 7,818 | $ | 8,590 | |
| Less: Bowers Salary [2] | | 480 | | 480 | | 480 | | 480 | |
| Less: Kubota Salary [2] | | 480 | | 480 | | 480 | | 480 | |
| **Total Other Employee Salary & Wages** | $ | **4,852** | $ | **6,419** | $ | **6,858** | $ | **7,630** | |
| | | | | | | | | | |
| Total Bonuses | $ | 2,352 | $ | 1,579 | $ | 2,904 | $ | 3,129 | |
| Less: Bowers Bonus [2] | | 536 | | 537 | | 719 | | 760 | |
| Less: Kubota Bonus [2] | | 536 | | 537 | | 719 | | 760 | |
| **Total Other Employee Bonuses** | $ | **1,281** | $ | **505** | $ | **1,466** | $ | **1,609** | |
| | | | | | | | | | |
| **Other Employee Bonus / Salary & Wages** | | **26.40%** | | **7.86%** | | **21.37%** | | **21.09%** | **19.18%** |

Notes/Sources:
[1] Exhibit 1.1.
[2] Exhibit 5.0.

In determining whether applying this bonus/salary relationship for forecasting purposes would produce a reasonable projection of forward-looking bonuses, I also considered how management forecasted salaries in its projection model. A review of the model confirmed that 2013 salaries were based on a detailed listing of all staff and associated salaries on a monthly basis.[139] Comparing the data to a version of this information from 2012 confirmed, for example, that the 2013 data incorporated salary increases for most individuals, and that staffing changes were factored into the analysis.[140] Given the level of detail observed in the projection and consistency with prior periods, I determined that the 2013 salary estimate was reasonable. Management then grew this projection by 5% annually, in line with forecasted revenue growth.

As noted above, linking bonus expense to salaries avoids problems with changing revenue reporting conventions and also ensures an appropriate relationship with forecasted salaries, which could fluctuate in terms of percentage of total labor costs over time.

Based on my review of the data, I have modified the bonus expense projection to equal 20% of forecasted salaries (net of the salaries for Bowers and Kubota). The revised annual bonus projection is summarized in the table below:

---

[139] See DOL 005054.xlsx, tab "B+K Rev 13", cells BE183:BQ300 for the detail supporting the 2013 projection (tab "Projection", cell O17).

[140] **Exhibit 6.0**.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                                      Charles River Associates

**Table 15**

| Revised Annual Bonus Projections 2013-2017 ($000s) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2013 | | 2014 | | 2015 | | 2016 | | 2017 | |
| Projected B+K Salary & Wage Expense [1] | $ | 8,152 | $ | 8,559 | $ | 8,987 | $ | 9,437 | $ | 9,909 |
| Less: Bowers Salary [2] | | 480 | | 480 | | 480 | | 480 | | 480 |
| Less: Kubota Salary [2] | | 480 | | 480 | | 480 | | 480 | | 480 |
| **Other Employee Salary & Wage** | $ | **7,192** | $ | **7,599** | $ | **8,027** | $ | **8,477** | $ | **8,949** |
| | | | | | | | | | | |
| Revised Bonus % of Salary | | 20% | | 20% | | 20% | | 20% | | 20% |
| **Revised Projected Bonuses** | $ | **1,438** | $ | **1,520** | $ | **1,605** | $ | **1,695** | $ | **1,790** |
| | | | | | | | | | | |
| Original Projected Bonuses [1] | | 893 | | 937 | | 984 | | 1,033 | | 1,085 |
| **Increase in Projected Bonuses** | $ | **546** | $ | **583** | $ | **621** | $ | **662** | $ | **705** |

Notes/Sources:
 [1] Exhibit 4.0.
 [2] Exhibit 5.0.

The valuation implications of this adjustment are addressed in **Section 5.4**.[141]

### 5.1.3.   Revised Subconsultant and Bonus Expense Projections Result in a Reasonable Projection of Total Labor Costs

For a firm like B+K, where human capital is its primary asset, labor costs are a particularly important part of its cost structure. And labor is not limited to employees – it also includes subconsultants, who can be used as needed to help manage fluctuations in workload.[142] As also highlighted by Mr. Sherman, if one component of total labor is modified, it needs to be evaluated in the context of the overall impact on total labor to ensure sufficient expense is being projected to support revenue forecasts.[143]

My revised assumptions for subconsultant and bonus expense give rise to the following projected total labor costs as a percentage of revenue:

---

[141] I also note that, from 2008 through 2011 (viewing 2008 and 2009 on a cash basis, and 2010 and 2011 on an accrual basis), bonuses (excluding bonuses paid to Bowers and Kubota) exhibited a high level of variability, ranging from a low of 3.3% (2009) to a high of 8.5%. Bonuses also grew at a much lower CAGR from 2008 through 2011 than did revenue – 12.8% CAGR for service fee revenue, as compare to 7.9% for non-owner bonuses. The Transaction-related projections grew bonuses at a constant rate of 5% annually, consistent with revenue. I have maintained the 5% growth rate throughout the projection horizon, which is a conservative assumption given past results. See **Exhibits 4.0, 5.0** and **8.0.**

[142] IBIS Industry Report "Architects in the US," August 2012, at p. 23.

[143] See Sherman Report at pp. 24-25.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                            Charles River Associates

## Table 16

| Revised Annual Labor Cost Projections 2013-2017 ($000s) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2013 | | 2014 | | 2015 | | 2016 | | 2017 |
| Projected B+K Revenue [1] | $ | 23,462 | $ | 24,635 | $ | 25,867 | $ | 27,160 | $ | 28,518 |
| Salary & Wage Expense [1] | | 8,152 | | 8,559 | | 8,987 | | 9,437 | | 9,909 |
| Revised Bonus Expense [2] | | 1,438 | | 1,520 | | 1,605 | | 1,695 | | 1,790 |
| Revised Subconsultant Expense [3] | | 2,000 | | 2,100 | | 2,205 | | 2,315 | | 2,431 |
| Total Labor Costs | $ | 11,590 | $ | 12,179 | $ | 12,798 | $ | 13,447 | $ | 14,129 |
| Labor Costs % of Revenue | | 49.40% | | 49.44% | | 49.48% | | 49.51% | | 49.54% |

Notes/Sources:
[1] Exhibit 4.0.
[2] See Table 15.
[3] As noted earlier herein, represents management's $2 million projection in 2013 (Exhibit 4.0), grown at 5% thereafter.

The question then becomes how to evaluate this projection, particularly when the accounting comparability issues highlighted above also exist for total labor. I have attempted to calculate normalized total labor as a percentage of revenue based on BKC standalone financials (to adjust for the one-time nature of certain subconsultant expenses), where bonuses are also adjusted to remove amounts paid historically to Bowers and Kubota. The results are presented in the table below.

## Table 17

| Normalized Historical BKC Labor Cost - Cash Basis ($000s) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2008 [1] | | 2009 [1] | | 2010 [2] | | 2011 [2] |
| Service Fee Revenue | $ | 15,005 | $ | 15,410 | $ | 17,735 | $ | 20,394 |
| Salary & Wage Expense | | 8,164 | | 8,958 | | 10,098 | | 11,285 |
| Less: Bowers Bonus [3] | | 536 | | 537 | | 719 | | 760 |
| Less: Kubota Bonus [3] | | 536 | | 537 | | 719 | | 760 |
| Normalized Salary, Wage & Bonus Expense | $ | 7,093 | $ | 7,884 | $ | 8,660 | $ | 9,765 |
| Subconsultant Expense | $ | 2,221 | $ | 1,577 | $ | 1,792 | $ | 2,430 |
| Total Labor Cost | | 9,314 | | 9,461 | | 10,452 | | 12,196 |
| % of Service Fee Revenue | | 62.1% | | 61.4% | | 58.9% | | 59.8% |

Notes/Sources:
[1] Exhibit 1.1. Note that the impacts of BKM in 2008 and 2009 are considered de minimis in nature.
[2] Exhibit 1.5.
[3] Exhibit 5.0.

While these costs are still higher than the projected total labor costs as a percentage of revenue, consistency issues may still exist. Therefore, I have also evaluated projected total labor costs relative to certain available industry data

As noted earlier in this report, B+K provides both engineering consulting (including construction management) and architectural services. IBISWorld data (also relied upon by Mr. Sherman) indicates that, for the Engineering Consulting services industry, total labor costs consistently averaged approximately 45% of revenue from 2003 through

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                    Charles River Associates

2011.[144] A similar IBISWorld report related to Architectural Services indicates that total labor costs have consistently averaged approximately 54% of revenue over the same period.[145]

Given that my revised projections give rise to total B+K labor as a percentage of projected revenue of approximately 50%, which is approximately the midway point between the Architectural and Engineering Consulting results, I have concluded that my revised estimates are reasonable. I therefore present revised valuation results incorporating these revised cash flow parameters in **Section 5.4** of this report.

Lastly, the original projections used by LVA forecasted total labor costs at approximately 46% of revenue on average over the projection period. While I have made certain adjustments to generate a more conservative valuation, it is relevant to note that the original management projection was not unreasonable for the industry, even if it did correspond more closely to the Engineering Consultant industry data.

5.2.    **Flaws in Mr. Sherman's NTM and LTM EBITDA Used for His GPC and GMAC-Based Valuations**

As noted previously, Mr. Sherman's GPC and GMAC-based valuations apply his concluded multiples to both NTM and LTM EBITDA metrics to derive unadjusted values for B+K. But flaws in both Mr. Sherman's NTM and LTM EBITDA metrics give rise to unsound conclusions under both of these valuation approaches.

The flaws in both Mr. Sherman's NTM and LTM EBITDA are addressed below.

5.2.1.    **Corrected NTM EBITDA**

For NTM EBITDA, Mr. Sherman used the 2013 EBITDA from his adjusted cash flow forecast.[146] But as detailed above, Mr. Sherman's adjustments to the B+K projections were flawed. The NTM EBITDA therefore needs to reflect the 2013 EBITDA indicated in my revised cash flow forecast. Doing so results in the following projected NTM (2013) EBITDA for B+K:

---

[144] IBIS Industry Report "Engineering Services in the US", October 2012, p. 36.

[145] IBIS Industry Report "Architects in the US," August 2012, at p. 31.

[146] Sherman Report at p. 31.

---

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                    Charles River Associates

**Table 18**

| Corrected NTM EBITDA ($000s) | | | | |
|---|---|---|---|---|
| | Sherman Value | [1] | Revised Value | |
| LVA 2013 EBITDA Projection | $ 7,830 | | $ 7,830 | |
| | | | | |
| Less: Additional Subconsultant Expense | 1,332 | | - | |
| Less: Additional Bonus Expense | 1,027 | | 546 | |
| | | | | |
| **Revised NTM EBITDA** | $ 5,472 | | $ 7,284 | |

Notes/Sources:
[1] Sherman Report at Exhibit 2.

### 5.2.2. Normalized LTM EBITDA

For purposes of calculating B+K's LTM EBITDA, Mr. Sherman started with year-to-date B+K actual financials as of August 31, 2012.[147] He then took the following steps to derive normalized or pro forma LTM financials for B+K as of August 2012:[148]

- Added an incremental bonus expense equal to 8% of the YTD August 2012 salaries, for a bonus expense of $1.53 million;[149]

- Estimated the results for September through December 2011 by taking a pro rata share of the actual 2011 accrual-based financial statements;

- Added the September through December 2011 results to the YTD August 2012 amount;

- Eliminated dividend and interest income and profit-sharing plan contributions from the LTM results (given that the profit-sharing plan was not going to continue post-Transaction).

As a result of this analysis, Mr. Sherman derived LTM EBITDA as of August 2012 of approximately $4.8 million.[150]

---

[147] RHYL000680 – RHYL000836 at RHYL000685.I note that these financials were prepared on an accrual basis by B+K's accountant, RHYL. B+K maintained its books on a cash basis, but annual statements were routinely prepared on an accrual basis beginning in 2011 (with retroactive accrual-based statements also prepared for 2010). See RHYL000549 – RHYL000587 at RHYL000550. In connection with the anticipated ESOP Transaction, B+K requested RHYL to prepare an interim set of accrual-based statements. See Deposition of B. Bowers, October 14, 2020, at pp. 15 – 19. While Mr. Sherman also references the availability of cash-based financials through November 30, 2012 as being available to LVA and at the time of the Transaction, it is relevant to note that the only information I have been able to identify (and the source that Mr. Sherman cites) is an aggregate expense estimate amount through November 2012. The line item detail in his report represents estimates of expense breakdowns, and Mr. Sherman does not explain how these estimates were derived. See Sherman Report at p. 74, footnote (9). As such, its utility is limited.

[148] See Sherman Report at Exhibit 7.

[149] See Sherman Report at Exhibit 7, footnote (8).

[150] See Sherman Report at Exhibit 7, footnote (6).

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                    Charles River Associates

However, Mr. Sherman's calculation of B+K's LTM EBITDA is flawed for two primary reasons:

1. Consistent with his cash flow analysis, Mr. Sherman fails to normalize the B+K's prior results to remove the impact of bonuses historically paid to Bowers and Kubota.

2. Mr. Sherman failed to recognize that the "Salaries and Wages" line item on the YTD August 2012 financials included bonuses paid YTD. Therefore, his addition of an incremental bonus amount equal to 8% of revenue for YTD August 2012 results in a doubling of typical bonus amounts.

Each of these errors is explained below.

*Mr. Sherman Failed to Exclude Historical Bonuses for Bowers and Kubota from Pro Forma LTM EBITDA*

As explained in the cash flow discussion above, Bowers and Kubota both received significant annual bonuses pre-Transaction, but those bonuses were not expected to continue post-Transaction. Rather, post-Transaction bonus payments to Bowers and Kubota were governed by the employment agreements they entered in connection with the Transaction, and those agreements specified bonuses only in the event that certain EBITDA targets were met (among other things).[151] As such, B+K's LTM EBITDA should also be normalized for these amounts for the same reason that profit sharing contributions were adjusted. Mr. Sherman failed to make this adjustment, and his LTM EBITDA is understated by approximately $900,000 (or 3.4% of estimated LTM revenue) as a result.[152]

*Mr. Sherman Inappropriately Double-Counted Bonus Expense in his LTM EBITDA Determination*

As part of his pro forma LTM EBITDA calculation, Mr. Sherman added a bonus expense equal to 8% of revenue as an additional expense in the YTD August 2012 B+K financials.[153] However, in doing so, Mr. Sherman failed to recognize that bonuses at B+K were paid semi-annually,[154] and the "Salaries and Wages" line item on the August 2012 YTD financials included bonuses paid YTD.

This is evidenced by the fact that management's projections include a detailed listing of monthly salaries for each of B+K employee for 2012.[155] While the August 31, 2012 financials indicate salary and wage expense totaling $6.626 million,[156] management

---

[151] See **Section 5.1.2.**

[152] See **Exhibit 7.0**.

[153] See **Exhibit 7.0**.

[154] See LIBRA-DOL INV 007198 – 7205 at LIBRA-DOL INV 007204.

[155] See DOL 005054.xlsx, tab "B+K REV12" at cells BF193:BR308.

[156] See RHYL000680 – 863 at RHYL000685.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                      Charles River Associates

projections indicate that salaries for all employees across those eight months totaled $5.229 million. This difference confirms that the $6.626 million in salary and wage expense presented on the August 31, 2012 income statement include bonuses accrued and/or paid to date (consistent with a semi-annual payment, as noted above). Furthermore, when the $6.626 million is viewed in its component parts, the YTD bonus amount for employees is approximately 22% of salaries paid to date[157] – an amount consistent with my analysis of historical salary and bonus expenses discussed in **Section 5.1.2**. The 22% is quantified in the table below:

---

[157] I note that this bonus amount includes bonuses paid to date for Bowers and Kubota of $315,000 each. See LIBRA-DOL INV 004796 - 4803 at LIBRA-DOL INV 004802. While this YTD bonus amount is as of November 15, 2012, I have assumed that this is also the amount reflected in the August 2012 YTD financials, given other information indicating that bonuses were paid twice per year. See LIBRA-DOL INV 007198 – 7205 at LIBRA-DOL INV 007204. The 22% is derived by calculating the non-Bowers and Kubota implied bonuses as a percentage of non-Bowers and Kubota YTD salaries (excluding accrued vacation accruals).

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                          Charles River Associates

**Table 19**

| Analysis of YTD Salaries and Bonuses - August 31, 2012 | | |
|---|---|---|
| Reported Salaries + Wages - Unadjusted | 6,031,390 | [1] |
| Reclassify Employee 401(k) Cont. Pmts | 490,106 | [2] |
| Accrued Vacation Added to Accrual-Based S&W | 104,779 | [3] |
| Reported Salaries + Wages (Accrual) | 6,626,275 | [4] |
| | | |
| Cash Salaries | 6,521,496 | [5] |
| | | |
| YTD Salaries as of August 31, 2012 | 5,228,761 | [6] |
| | | |
| Implied Bonuses Paid in 2012 (YTD) | 1,292,735 | [7] |
| YTD Bonuses Paid to Bowers and Kubota | 630,000 | [8] |
| Remaining Bonuses (Exc. Bowers and Kubota) | 662,735 | [9] |
| | | |
| Additional Bonuses Projected for 2012 | 850,000 | [10] |
| Total Estimated Staff Bonuses for 2012 | 1,512,735 | [11] |
| | | |
| Total 2012 Salaries | 7,811,225 | [12] |
| Bowers and Kubota Salaries | 960,000 | [13] |
| Remaining Salaries (Exc. Bowers and Kubota) | 6,851,225 | [14] |
| | | |
| Total Estimated Staff Bonuses as a % of Staff Salaries | 22.1% | [15] |

**Notes/Sources:**

[1] RHYL000680-836 at RHYL000739.

[2] RHYL000680-836 at RHYL000739, 745.

[3] RHYL000680-836 at RHYL000720.

[4] Exhibit 1.2.

[5] Excludes accrued vacation.

[6] DOL 005054.xlsx at tab "B-K REV12" at cells BG307:BN307.

[7] = [5] - [6]. Represents YTD cash salaries and wages less YTD salaries.

[8] LIBRA-DOL INV 007203-7205 at 7204. See also LIBRA-DOL INV 004796-4803 at LIBRA-DOL INV004802. Bowers' and Kubota's bonuses are provided as of November 15, 2012. Because bonuses were paid semiannually, I have assumed that the amount as of November 15 was paid before August 31, 2012.

[9] = [7] - [8]. Represents bonuses remaining for employees other than Bowers and Kubota.

[10] Exhibit 4.0.

[11] = [9] + [10]. Represents estimated bonuses for employees other than Bowers and Kubota.

[12] DOL 005054.xlsx at tab "B-K REV12" BG307:BR307.

[13] Exhibit 5.0.

[14] = [12] + [13].

[15] = [11] / [14]. Represents total estimated bonuses divided by total salaries, both excluding amounts attributable to Bowers and Kubota.

As a result, it is clear that Mr. Sherman's addition of any incremental bonus amount to the YTD August 2012 income statement results in a doubling of typical bonus amounts for that period. Based on this error, Mr. Sherman understated LTM EBITDA by approximately $1.53 million, or 5.8% of estimated LTM August 2012 revenue.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                        Charles River Associates

*Properly Calculated Estimate of LTM EBITDA as of August 2012*

In the following table, I have summarized my calculation of LTM August 2012 EBITDA. This calculation corrects for the errors identified above but holds all else constant.[158]

**Table 20**

| Corrected LTM EBITDA ($000s) [1] | | | |
|---|---|---|---|
| | Full-Year 2011 | 1/1/2012 - 8/31/2012 | Sherman LTM Value |
| **Total Revenue** | $ 21,616 | $ 19,163 | $ 26,368 |
| Salary & Wage Expense | 8,333 | 6,626 | 9,404 |
| Bonuses | 3,129 | 1,533 | 2,576 |
| Other Operating Expenses | 8,884 | 7,583 | 10,544 |
| **Total Expenses** | $ 20,345 | $ 15,742 | 22,524 |
| **Operating Income** | $ 1,271 | $ 3,420 | $ 3,844 |
| Add: Depreciation | 210.555 | 122.279 | 192 |
| **EBITDA** | $ 1,481 | $ 3,543 | $ 4,037 |
| **Adjustments:** | | | |
| Interest & Dividends | (162) | (111) | (165) |
| Profit Sharing Plan Contribution | 1,133 | 600 | 978 |
| **Adjusted EBITDA** | $ 2,452 | $ 4,032 | $ 4,849 |
| **Correction of Flaws in Sherman Calculation:** | | | |
| Inclusion of Management Bonus | 1,520 | 630 | 1,137 |
| Double-Count of YTD Bonus Amounts | - | 1,533 | 1,533 |
| **Revised Adjusted EBITDA** | $ 3,972 | $ 6,195 | $ 7,519 |
| Notes/Sources: | | | |
| [1] Exhibit 7.0. | | | |

The valuation implications of the corrected NTM and LTM EBITDA results are summarized in **Section 5.4**.

### 5.3.   Elimination of Mr. Sherman's "Limited Control" Discount

As summarized previously, Mr. Sherman asserts that Saakvitne / the B+K ESOP had a limited amount of actual control over B+K post-Transaction. Mr. Sherman uses this assertion as justification for a valuation discount of 10%.

In support of this conclusion, Mr. Sherman points to the fact that Bowers and Kubota maintained control over the company post-Transaction, including control of B+K's day-to-day operations, its strategy, and its Board of Directors. Mr. Sherman seems to

---

[158] I note that, given prior commentary regarding the fact that 2012 experienced higher than normal subconsultant expenses due to certain projects (see DOL005054.xlsx), a pro forma adjustment to the subconsultant expenses could also be justified for purposes of establishing a pro forma LTM EBITDA. However, given that such amounts could fluctuate year-to-year, I have not adjusted the subconsultant expenses for purposes of this analysis. Doing so would result in a higher LTM EBITDA estimate.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                   Charles River Associates

suggest that the control over B+K that was maintained by Bowers and Kubota in the wake of the Transactions was somehow detrimental to the B+K ESOP, and he asserts that Saakvitne, as Trustee, should have negotiated more control for the B+K ESOP in connection with the Transaction.[159]

Yet, Mr. Sherman apparently ignores several relevant facts. First, as Mr. Sherman acknowledges, Bowers and Kubota each signed five-year employment agreements with B+K as part of the Transaction, with one-year extension provisions at the conclusion of the initial five-year period.[160] These agreements evidence the value that Bowers and Kubota were perceived to contribute to B+K. The import of Bowers and Kubota to B+K is also confirmed by Mr. Sherman. For example, in his determination of B+K's WACC, and specifically its cost of equity, Mr. Sherman adds a 2% company-specific risk premium, justified in part due to the significant role Bowers and Kubota play in generating B+K's revenue – i.e., "Brian J. Bowers and Dexter C. Kubota are key business generators and thus the Company would be at risk if either departed."[161] Bowers' and Kubota's importance to B+K's ability to attract key talent and create value is exemplified by the fact that B+K was voted as one of the best places to work in Hawaii for multiple years. For example, B+K was awarded 1st place in 2011 and 2012 for the "Hawaii Best Places to Work" and 1st place for the 2011 and 2012 "National Civil Engineering Best Places to Work."[162]

Moreover, Mr. Sherman apparently ignores Saakvitne's deposition testimony confirming that he had the ability to modify the Board of Directors, and thus the ability to exert more direct influence over management, company strategy, etc. had he deemed it appropriate. As such, the fact that Saakvitne *elected not* to make changes to BKC's board or management immediately after the Transaction closed does not mean he did not have the *ability* to effect such changes. To the contrary, Saakvitne testified that he did have control to effect changes at BKC post-Transaction, by virtue of his ability to modify the Board of Directors, but that he chose to keep current management in place because of the success they continued to bring to the company.[163]

Given the above, Mr. Sherman's assertions regarding Saakvitne's lack of control appear to be entirely theoretical and unfounded. Instead, Mr. Sherman acknowledges Saakvitne's point – that he elected to leave management in place because the business was performing well under their leadership.

---

[159] See Sherman Report at pp. 35-36.

[160] RHYL000207 – 548 at RHYL000445 – 454 for Bowers and RHYL000455 – 464 for Kubota. I note that these agreements appeared to be in place in part to control compensation. See, e.g., LIBRA-DOL INV 005573 – 5577.

[161] See Sherman Report at p. 28.

[162] SAK000807 – 872 at SAK000821.

[163] See, e.g., Deposition of N. Saakvitne, November 21, 2017, pp. 235 – 239.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                    Charles River Associates

In addition, aspects of Mr. Sherman's "limited control" adjustment are internally inconsistent. For example, applying Mr. Sherman's 10% "limited control"[164] discount implies that, for the GPC method, Saakvitne had *less* control than the minority shareholders of the guideline public companies used in his GPC analysis. More specifically, to determine his GPC-based value, Mr. Sherman applied a control premium relative to his size-adjusted public company multiples of only 5%, *after* deducting for hypothetical debt (which the Company did not have) of approximately 20%.[165] But he then reduced 100% of his concluded B+K value (no adjustment for hypothetical debt and inclusive of excess cash and other non-operating assets) by 10% for limited control.[166]

While the GPC valuation was only weighted 30% in his concluded value,[167] Mr. Sherman's approach is inconsistent in both magnitude and application, at least related to the 30% of Mr. Sherman's concluded value that is the result of the GPC method.

This inconsistency is most easily observed by assuming (for illustrative purposes) that Mr. Sherman's analysis was weighted 100% to the GPC method. As demonstrated in the table below, performing this analysis demonstrates that Mr. Sherman's 10% "limited control" yields a discount in dollar terms of almost 3x the premium he added to his GPC-based value.

---

[164] See Sherman Report at p. 33 and Exhibit 1.

[165] See Sherman Report at Exhibit 4.

[166] See Sherman Report at p. 33 and Exhibit 1.

[167] See Sherman Report at Exhibit 1.

---

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                   Charles River Associates

**Table 21**

| Illustration of Mr. Sherman's Inconsistent Application of Control Premiums/Discount for the GPC Method | | | | |
|---|---:|---:|---:|---|
| Mr. Sherman's GPC Value Conclusion (Before Control) | | $ | 25,802 | [1] |
| Less: Assumed Hypothetical Debt | 20% | $ | (5,160) | [1] |
| Hypothetical Equity Value (Non-Controlling, Marketable Basis) | | $ | 20,642 | [1] |
| Plus: Control Premium (Relative to GPC Multiples) | 5% | $ | 1,032 | [1] |
| Equity Value (Controlling, Marketable Basis) | | $ | 21,674 | [1] |
| Plus: Hypothetical Debt | | $ | 5,160 | |
| Business Enterprise Value (Controlling, Marketable Basis) | | $ | 26,834 | [1] |
| Plus: | | | | |
| Excess Cash | | $ | 1,890 | [2] |
| Marketable Securities | | $ | 3,439 | [2] |
| Investments in LLCs | | $ | 249 | [2] |
| | | $ | 5,578 | [2] |
| **Implied Fair Market Value of Equity (100% Equity, Controlling, Marketable)** | | **$** | **32,412** | **[3]** |
| Less: Discount for Lack of Marketability | 7% | $ | (2,269) | [2] |
| **Implied Fair Market Value of Equity (100% Equity, Controlling, Non-Marketable)** | | **$** | **30,143** | **[3]** |
| Less: Discount for Limited Control | 10% | $ | (3,014) | [2] |
| **Implied Fair Market Value of Equity (100% Equity, Limited Control, Non-Marketable)** | | **$** | **27,129** | **[3]** |
| **Discount for Limited Control as a Multiple of the Applied Control Premium** | | | **2.9x** | **[4]** |

Notes/Sources:
[1] Sherman Report at Exhibit 4.
[2] Sherman Report at Exhibit 1.
[3] Assumes, for illustrative purposes, 100% weighting to the GPC Method.
[4] Multiplied by -1.

Mr. Sherman's analysis implies that the "limited control" he asserts the B+K ESOP had over BKC post-Transaction warranted a discount to his already adjusted GPC-based valuation multiples.

For the reasons cited above, it is my opinion that Mr. Sherman's 10% discount for "limited control" is arbitrary and inappropriate, and that it should be ignored.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                    Charles River Associates

## 5.4. B+K Valuation Using Corrected Inputs

In this section, I quantify the valuation implications of the various errors and flaws I have identified with Mr. Sherman's analysis and assumptions. I first address the revised conclusion for each valuation approach. I then reach a conclusion of the appropriate value of B+K incorporating all of the adjustments noted above.

### 5.4.1. Corrected DCF-Based Value

The DCF-based impacts of making the subconsultant and/or bonus expense adjustments to B+K's cash flows relative to Mr. Sherman's analysis but holding all else constant result in a DCF-based value for B+K of $35.7 million, before other adjustments, as compared to Mr. Sherman's DCF-based value of $25.5 million.[168] Mr. Sherman's errors caused his DCF-based value to be understated by approximately 28.5%.

### 5.4.2. Corrected GPC-Based Value

As noted previously, Mr. Sherman's LTM and NTM EBITDA figures are incorrect. Holding all else constant, substituting the correct LTM and NTM EBITDA figures for those used by Mr. Sherman results in the following revised GPC value conclusions, before other adjustments:

**Table 22**

| Corrected GPC-Based Value ($000s) | | | | |
|---|---|---|---|---|
| | Sherman Value | | Corrected Value | |
| | LTM EBITDA | NTM EBITDA | LTM EBITDA | NTM EBITDA |
| EBITDA | $ 4,849 | $ 5,472 | 7,519 | 7,284 |
| Selected BEV / EBITDA Multiple | 5.00 | 5.00 | 5.00 | 5.00 |
| **BEV** | $ 24,246 | $ 27,358 | $ 37,594 | $ 36,421 |
| Weighting | 50.00% | 50.00% | 50.00% | 50.00% |
| Weighted Value | $ 12,123 | $ 13,679 | $ 18,797 | $ 18,211 |
| **Marketable, Minority BEV** | | $ 25,802 | | $ 37,008 |
| Less: Net Debt | 20% | (5,160) | 20% | (7,402) |
| **Marketable, Minority Equity Value** | | $ 20,641 | | $ 29,606 |
| Control Premium | 5% | 1,032 | 5% | 1,480 |
| **Marketable, Controlling Equity Value** | | $ 21,673 | | $ 31,086 |
| Plus: Net Debt | | 5,160 | | 7,402 |
| **Marketable, Controlling BEV** | | $ 26,834 | | $ 38,488 |

The errors impacting Mr. Sherman's GPC-based value caused his value to be understated by approximately 30.7%.

---

[168] See **Exhibit 8.0**.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                        Charles River Associates

### 5.4.3.   Corrected GMAC-Based Value

Mr. Sherman's flawed LTM EBITDA figure also impacts his GMAC-based valuation analysis. Holding all else constant, substituting the correct LTM EBITDA figures for those used by Mr. Sherman results in the following revised GMAC value conclusions, before other adjustments:

**Table 23**

| Corrected GMAC-Based Value ($000s) | | |
|---|---|---|
| | Sherman Value | Corrected Value |
| LTM EBITDA | $        4,849 | 7,519 |
| Selected BEV / LTM EBITDA Multiple | 5.98 | 5.98 |
| BEV | $      28,998 | $      44,963 |

The errors impacting Mr. Sherman's GMAC-based value caused his value to be understated by approximately 35.5%.

### 5.4.4.   Corrected B+K Value Conclusion

On the basis of the revised values above, I next applied Mr. Sherman's weighting of valuation approaches and other adjustments, with the exception of the "limited control" discount, which is eliminated on the basis of my prior discussion. As a result, the corrected value for B+K is **$40.90 million**, after all appropriate adjustments. A comparison to Mr. Sherman's analysis is presented in the table below.

**Table 24**

| Corrected BKC Value Conclusion ($000s) | | | | | | |
|---|---|---|---|---|---|---|
| | Sherman Value | | | Corrected Value | | |
| | DCF Value | GPC Value | GMAC Value | DCF Value | GPC Value | GMAC Value |
| BEV | $     25,544 | $     26,834 | $     28,998 | $     35,736 | $     38,488 | $     44,963 |
| Weighting | 50.00% | 30.00% | 20.00% | 50.00% | 30.00% | 20.00% |
| Weighted Value | $     12,772 | $      8,050 | $      5,800 | $     17,868 | $     11,546 | $      8,993 |
| BEV (Rounded) | | | $     26,620 | | | $     38,400 |
| Plus: Excess Cash | | | 1,890 | | | 1,890 |
| Plus: Marketable Securities | | | 3,439 | | | 3,439 |
| Plus: Investments in LLCs | | | 249 | | | 249 |
| Total Non-Operating Assets | | | 5,577 | | | 5,577 |
| FMV of Equity (Controlling, Marketable) | | | $     32,197 | | | $     43,977 |
| Discount for Lack of Marketability | | | 7.00% | | | 7.00% |
| | | | 2,254 | | | 3,078 |
| FMV of Equity (Controlling, Non-Marketable) | | | $     29,943 | | | $     40,899 |
| Discount for Limited Control | | | 10.00% | | | 0.00% |
| | | | 2,994 | | | - |
| Resulting FMV of Equity | | | $     26,949 | | | $     40,899 |
| Total Number of Shares | | | 1,000 | | | 1,000 |
| FMV on a per Share Basis (USD) | | | $       26.95 | | | $       40.90 |

As a result of the errors and flaws identified in the Sherman Report, values were understated by Mr. Sherman by over 34%.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                              Charles River Associates

## 6.   Other Considerations Related to the Sherman Report

In this section I discuss Mr. Sherman's assertions regarding the import of the URS IOI. As noted previously, B+K received an IOI from URS in late 2011, which gave rise to a period of negotiations between the companies. No transaction materialized and negotiations were terminated in early to mid-2012.

Mr. Sherman's report states the following regarding the URS IOI:[169]

> *Management received an indication of interest from a third party to purchase the Company for approximately $15 million earlier in 2012 yet hired advisors to support an ESOP Transaction price in excess of $40 million. Comparing a substantive third-party indication of interest (from URS of $15 million plus cash and excess working capital) to LVA's valuation should have been a red flag to Management and the Trustee that the ESOP valuation may have been materially inflated. LVA failed to reconcile in its report the material difference between this market-based indication of value from URS to its hypothetical calculation of value for ESOP purposes in excess of $40 million.*

Interestingly, while Mr. Sherman criticizes LVA for not reconciling its concluded value with the URS IOI, Mr. Sherman similarly fails to reconcile *his* conclusion of value to the URS IOI. Despite his adjustments to the B+K Projections, he still concludes a value significantly in excess of URS' preliminary offer.

Moreover, the GMK valuation was performed after the receipt of the URS IOI and indicated a value proximate to the $40 million that LVA concluded and for which the Transaction closed.[170] The fact that another independent valuation advisor quantified a value for B+K consistent with the LVA valuation provides more evidence than is typically available as to the reasonableness of LVA's valuation results.

In addition, LVA did not have access to the model that URS used in arriving at its $15 million offer. Nor did B+K management know why URS terminated the negotiations.[171] Regardless, Mr. Sherman suggests that, "Since URS's offer was only 37% of the value calculated by GMK, there should have been some level of professional skepticism from LVA regarding the forecasted EBITDA for 2012 provided by Management which was well in excess of historical trends."[172] But Mr. Sherman appears to ignore the fact that Mr. Kniesel did review management's projections with B+K management and relative to historical trends, which demonstrated significant growth. As a result of his work, Mr. Kniesel was able to gain

---

[169] See Sherman Report at p. 5.

[170] See **Section 3.3**.

[171] Deposition of B. Bowers, October 14, 2020, at pp. 39 – 47.

[172] See Sherman Report at p. 10.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                            Charles River Associates

a level of professional comfort with the B+K Projections.[173] No further reconciliation to the URS IOI is needed.

## 7.  The Transaction Price Did Not Exceed Adequate Consideration

As indicated in **Section 5**, correcting Mr. Sherman's analysis for the flaws identified therein results in an aggregate value for B+K as of the Transaction date of **$40.96 million**, holding all else constant. This corrected result, in and of itself, supports the conclusion that the B+K ESOP did not pay more than adequate consideration in connection with the Transaction.

However, to further ensure that the $40 million paid in connection with the Transaction was not in excess of adequate consideration,[174] and in connection with my assessment of Mr. Sherman's analysis, I reviewed the assumptions and mechanics of Mr. Sherman's DCF, GPC and GMAC-derived values, as well as the calculations and assumptions giving rise to Mr. Sherman's value conclusion. To evaluate each aspect of Mr. Sherman's analysis, I compared Mr. Sherman's results to those I developed by independently performing DCF, GPC and GMAC analyses to value B+K.

While my detailed analyses highlight additional differences between my calculations and those of Mr. Sherman, the most significant differences were those I viewed as flaws and/or errors in Mr. Sherman's analysis, which are highlighted in **Section 5** of this report. These differences most significantly included the improper adjustments Mr. Sherman made to the B+K Projections used by LVA in its Transaction-related valuation for subconsultant expenses and bonuses, and the implications of those changes on B+K's LTM and NTM multiples. The other significant change was my elimination of Mr. Sherman's "limited control" discount. As noted previously, it is clear that merely adjusting for these flaws causes Mr. Sherman's value conclusion to increase to a level consistent with (and slightly higher than) the Transaction value.

As summarized in **Appendix C**, my analysis resulted in an aggregate fair market value of B+K (and, given that B+K had no debt, the fair market value of its equity) on a controlling, non-marketable basis of **$40.015 million** as of the December 14, 2012 Transaction date – a value slightly lower than the corrected Sherman Report value of **$40.96 million**. As such, my detailed valuation analysis provides additional independent support for the conclusion that the $40 million Transaction price did not exceed adequate consideration.

Examples of other differences between my detailed analysis and Mr. Sherman's that were not addressed in **Section 5** are provided below and are detailed, along with other differences, in **Appendix C**):

---

[173] Deposition of G. Kniesel, October 20, 2020, at pp.  204 – 207.

[174] See DOL Draft Regulation.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                         Charles River Associates

- I evaluated B+K's WACC as of the Transaction date. My concluded WACC is 15.05%,[175] which approximates Mr. Sherman's concluded WACC (15.25%).[176]

- My evaluation of the size-adjusted LTM EBITDA multiples for the GPC method resulted in a size-adjusted multiple of 5.18x LTM EBITDA, which is higher than the multiple calculated by Mr. Sherman (5.0x[177]), primarily as a result of differences in the GPC market capitalizations used in my analyses as compared to those used by Mr. Sherman. The impact of my higher size-adjusted multiple, however, was partially offset by my decision not to incorporate a control premium into the GPC method results.

- My concluded GMAC-based multiple was 4.92x LTM EBITDA.[178] I note that this multiple is lower than that quantified by Mr. Sherman. Simply correcting for the fact that there was a duplicative transaction in Mr. Sherman's GMAC analysis (but holding all else constant) causes the median GMAC EBITDA multiple to decrease from 6.0x to approximately 5.8x.[179]

These and other adjustments are reflected in **Appendix C** and ultimately result in my concluded value of **$40.015 million**.

Respectfully submitted,

Renee McMahon, Vice President

Charles River Associates

November 19, 2020

---

[175] See **Appendix C**.

[176] See **Appendix C**. I note that LVA derived a WACC of 18%. See SAK000807 – 872 at SAK000841 – 842.

[177] See **Appendix C**.

[178] See **Appendix C**.

[179] See Sherman Report p. 71. More specifically, there are two transactions in Mr. Sherman's analysis with a closing date of May 3, 2010. These transactions are duplicates. It appears that these transactions were sourced from two separate databases, which reported somewhat different financial statistics regarding the transaction. Removing either version of this transaction causes the median multiple to approximate 5.8x.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                    Charles River Associates

**Appendix A**

### Renee McMahon
Vice President

MBA Finance, Honors
University of Chicago,
Booth School of Business

BS Finance, Highest Honors
University of Illinois at Urbana-
Champaign

Renee McMahon is a Vice President in the Chicago office of Charles River Associates. Her career has focused on consulting with and advising clients primarily related to litigation and bankruptcy-based damages and business valuation analyses. Ms. McMahon has provided expert testimony related to valuation and economic damages issues. She also has significant experience with all aspects of related case work, including overall project planning, management and coordination, expert report drafting, deposition and trial preparation, review and assessment of other experts' reports, financial modeling and analysis (such as discounted cash flow projection models and solvency determinations), and research on economic, financial, accounting and legal issues.

Regarding bankruptcy, Ms. McMahon has been involved with numerous cases involving trustees' attempts to avoid pre-petition transfers of debtor property (or interests therein) pursuant to applicable fraudulent conveyance laws, including performing solvency analyses utilizing the three constructive avoidance tests – balance sheet solvency, ability to pay, and capital adequacy. She has also performed numerous valuation and related analyses for use in assessing reasonably equivalent value, extensive asset tracing analyses, and other damages-related assessments associated with adversary proceedings brought by bankruptcy trustees.

In connection with general damages and valuation issues, Ms. McMahon's work has spanned various types of disputes, including breach of contract and/or warranty, business merger and acquisition transactions (including appraisal actions), claims of unjust enrichment, professional malpractice, and claims of fraudulent and material misrepresentations. These projects have involved the creation and analysis of complex and integrated financial and cash flow models, the preparation of income and market-based valuation models, and the development and review of damages analyses, including those based on lost profits and/or lost business value theories of recovery.

Through her consulting work, Ms. McMahon has extensively analyzed the financial and operating characteristics of companies in a variety of industries, including, among others, retail, telecommunications, leasing, banking and financial services, franchising, fast food, automotive, manufacturing, securities, technology, and other consumer goods and services.

Prior to joining CRA, Ms. McMahon was a Director in the Finance and Valuation group at LECG, LLC. Prior to her time at LECG, she was a Senior Managing Consultant in the Valuation and Damages group at Peterson Consulting (a unit of Navigant Consulting, Inc.).

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                 Charles River Associates

**Appendix A**

## Prior Expert Retentions and Testimony

### *Reports and Testimony*

- *In Re: Greenpoint Tactical Income Fund LLC and GP Rare Earth Trading Account LLC, United States Bankruptcy Court for the Eastern District of Wisconsin, Chapter 11, Jointly Administered Under Case No. 19-29613.* Retained by the U.S. Securities and Exchange Commission to provide a report in connection with the SEC's objection to the Debtors' motion to sell certain of their assets pursuant to 11 U.S.C. § 363. Scope of work involved assessing whether certain prior appraisals of a subset of the subject assets complied with typical appraisal standards. Report issued on December 18, 2019.

- *BitClave PTD. LTD. v. Vasily Trofimchuk; Pavel Trofimchuk; Astra Inc. d/b/a Astra Studio; and Astra Studio, Ooo, Superior Court of the State of California, County of Santa Clara, Case No. 18CV328574.* Retained by BitClave as plaintiff / cross-defendant to (1) perform an analysis of certain transfers made from BitClave accounts in connection with BitClave's claims of, among other things, fraud and breach of fiduciary duty against the defendants, and (2) analyze certain financial aspects of the defendants' counter-claims against BitClave, including (among other things) alleged breach of contract and breach of fiduciary duty. Deposition on October 7, 2019. Trial testimony on October 29 and 30, 2019.

- *Sears, Roebuck and Company; Kmart Corporation; and Sears Brands Management Corporation v. IDEAL Industries, Inc., Circuit Court of Cook County, Illinois, County Department – Chancery Division, Case No. 17-CH-07881.* Retained by IDEAL as defendant to evaluate damages asserted by Sears in connection with Sears' allegation that IDEAL breached certain provisions of a supply agreement among the parties. Rebuttal Report issued on March 8, 2019. Deposition on April 8, 2019. Arbitration testimony on April 25, 2019.

- *Monette E. Saccameno v. Ocwen Loan Servicing, LLC; and U.S. Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Based Certifications, Series 2007 RP1, United Stated District Court for the Northern District of Illinois, Eastern Division, Case No. 1:15-cv-01164.* Retained by Ocwen as defendant to evaluate any claims for damages by the plaintiff, and to evaluate the implications of certain loan modifications offered to the plaintiff. The dispute involved allegations of breach of contract, breach of fiduciary duty, and violations of the Fair Debt Collection Practices Act, the Illinois Consumer Fraud Act, and the Real Estate Settlement Procedures Act, as well as violations of a discharge injunction. Rebuttal Report issued on April 18, 2017.

- *Naturalock Solutions, LLC v. Baxter Healthcare Corporation, United States District Court for the Northern District of Illinois, Case No. 1:14-cv-10113.* Retained by Baxter as defendant / counterclaim plaintiff in a dispute regarding Baxter's alleged failure to exercise commercially reasonable efforts in connection with a license and development agreement between Baxter and Naturalock related to a medical device product. Naturalock also asserted breach of contract claims against Baxter. Rebuttal Report issued on February 28, 2017. Deposition on March 29, 2017.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                    Charles River Associates

**Appendix A**

- *The Gillette Company v. ShaveLogic, Inc., et al., Commonwealth of Massachusetts, Superior Court Department of the Trial Court, Civil Action No. 15-0149-BLS2.* Retained by ShaveLogic as defendant / counterclaim plaintiff in a dispute regarding Gillette's allegations that, among other things, ShaveLogic engaged in unfair and deceptive acts. Performed an assessment of damages related to ShaveLogic's counterclaims against Gillette, consisting of allegations that Gillette intentionally interfered with ShaveLogic's business relationships and engaged in unfair and deceptive acts and practices. Declaration submitted August 26, 2016. Deposition on November 4, 2016.

- *Orbitz Worldwide, LLC v. Kayak Software Corp, AAA Case No. 13 517 Y 02001 10 – Deposition and Arbitration Testimony.* Retained by Orbitz as plaintiff. Provided an expert report and testified at deposition and arbitration related to damages issues and the potential invocation of audit rights in connection with Kayak's alleged breach of a contract with Orbitz. Report issued on February 21, 2011. Deposition on April 5, 2011. Arbitration testimony in May 2011.

*Other Testifying Expert and/or Consulting Retentions*

- Retained by a post-bankruptcy litigation trust for a retail company to assess damages in an adversary proceeding involving, among other things, claims of breach of contract and unfair competition against a former business partner.

- Retained by a plaintiff to assess damages in a case in the insurance brokerage industry. The plaintiff alleged, among other things, breach of contract (including breach of non-competition and non-hire provisions of an employment agreement), trade secret misappropriation, and breach of fiduciary duty against a former employee and/or the employee's subsequent employer (matter settled).

- Retained by a law firm to evaluate the economic implications of professional negligence claims anticipated to be brought by a former client in the long-term healthcare industry (matter settled).

- Retained by a plaintiff to assess damages in a case alleging, among other things, the breach of restrictive covenant, non-competition and non-solicitation provisions of an employment agreement, and breach of fiduciary duties against a former employee / shareholder in the financial advisory industry. Analysis provided for mediation purposes (matter settled).

- Retained by a plaintiff in a breach of contract case to evaluate (for settlement negotiation purposes) the fair market value of a corporation's stock in connection with assessing whether or not the change of control provisions of certain employee stock grant and stock option agreements had been triggered (matter settled).

- Retained by a respondent / counterclaimant to assess damages in a litigation involving breach of contract claims in the gaming industry (matter settled).

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                      Charles River Associates

**Appendix A**

## Select Case Management Experience

Ms. McMahon has also provided significant consulting and expert witness support in cases involving valuation, damages, causation and other financial and economic issues. She has also assisted extensively with preparing counsel for depositions of other experts. Select examples of cases where Ms. McMahon has been significantly involved and/or served as the lead project manager include the following:

- Forensic accounting investigation and analysis of potential damages related to, among other things, assertions of professional negligence against a law firm, where the plaintiff – the Receiver of a group of large, failed investment funds – was asserting multiple billions of dollars in damages in connection with the alleged improper use of the funds' capital.

- Analysis of plaintiffs' expert's flawed causation and damages analysis in connection with a case involving, among other things, assertions of professional negligence against a large accounting firm.

- Preparation of a rebuttal expert report on damages in an international arbitration matter involving breach of contract claims related to a failed multi-billion-dollar acquisition attempt.

- Preparation of a rebuttal expert report in a multi-billion dollar fraudulent conveyance matter between two large telecommunications providers, requiring both the valuation of the debtor (plaintiff) prior to and after the acquisition of certain assets from a rival carrier to assess solvency, and the valuation of the assets purchased in the transaction in connection with an assessment of reasonably equivalent value.

- Detailed assessment of equity distributions resulting from various multi-level creditor recovery scenarios being evaluated by the Court-appointed Examiner in a large fraudulent conveyance matter in the media industry.

- Assessment of damages and assistance to counsel in preparing for mediation in a matter involving, among other things, breach of fiduciary duty claims brought by certain minority investors in connection with a series of recapitalization transactions preceding an IPO, whereby the investors alleged their ownership in the company was inappropriately diminished.

- Preparation of an expert report on damages in a breach of contract case related to a failed multi-million-dollar acquisition attempt in the consumer goods industry.

- Several cases involving the assessment of a plaintiff's damages related to the alleged raid of employees by a competitor in the insurance brokerage industry.

- On-site consultant on a team of experts advising on damages and related issues for a client negotiating a massive multi-billion-dollar settlement of numerous economic loss cases arising from an oil spill.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                    Charles River Associates

**Appendix A**

- International arbitration matter involving the preparation of a mediation memo on solvency and reasonably equivalent value considerations in the oil and gas industry.

- Preparation of a rebuttal report in connection with a $3 billion damage claim made in an accounting malpractice case in the telecommunications industry. Work involved a significant forensic accounting component, including detailed review of general ledger and cash records to trace funds flows and extraction of value.

- Fraudulent conveyance matter involving questions of solvency and reasonableness of consideration in connection with the failed leverage buyout of a convenience store chain.

- Preparation of a rebuttal expert report on solvency and fraudulent conveyance / reasonably equivalent value considerations in the precious metals industry.

## Other

- Panel Participant, "A Mix of Hot Topics and Best Practices for IL Litigation: Expert Witnesses," The Chicago Bar Association, February 20, 2020.

- Co-Presenter, "How to Effectively Use Expert Evidence in Class Action Cases LIVE Webcast," The Knowledge Group, June 5, 2019.

- *Illinois Legal Aid Online*
  o Board member: 2016 – Present
  o Treasurer: 2019 – Present
  o Member of Finance Committee: 2015 – Present
  o Member of Host Committee: 2015, 2016

- Active participant in CRA's pro bono efforts.

- Active alumna of the University of Chicago Booth School of Business.

- Provided a guest lecture at Northwestern University Law School regarding the roles and responsibilities of experts in commercial litigation.

- Member of the National Association of Certified Valuation Analysts, American Bankruptcy Institute, and American Bar Association.

## Appendix B

The following documents and information have been relied on by Renee McMahon in connection with this matter.
All documents and information cited in the report of Renee McMahon dated November 19, 2020, and attached exhibits are incorporated herein by reference.

**Legal Filings & Correspondence:**

- Secretary of Labor's Complaint in case 1:18-cv-155, filed on April 27, 2018 in the United States District Court for the District of Hawaii
- Expert Report of Steven Sherman, ASA, CPA in case 1:18-cv-155, filed on October 19, 2020 in the United States District Court for the District of Hawaii
- Answer and Affirmative Defenses of Bowers and Kubota in case 1:18-cv-155-SOM-RLP, filed on February 1, 2019 in the United States District Court for the District of Hawaii
- Answer and Affirmative Defenses of Nominal Defendant Bowers + Kubota Consulting, Inc. in case 1:18-cv-155-ACK-RLP, filed on July 10, 2018 in the United States District Court for the District of Hawaii
- Answer and Affirmative Defenses of Saakvitne in case 1:18-cv-155-ACK-RLP, filed on July 10, 2018 in the United States District Court for the District of Hawaii
- Defendant B+K's Response to Secretary's Interrogatories, First Set, July 19, 2019
- Defendant B+K's Responses to Secretary's First Set of Requests for Production of Documents, February 25, 2019
- Defendant Bowers' Answers and Objections to Secretary's Second Set of Interrogatories, June 15, 2020
- Defendant Kubota's Answers and Objections to Secretary's Second Set of Interrogatories, June 15, 2020
- Defendant Bowers' Responses to Secretary's First Set of Request for Production of Documents, February 25, 2019
- Defendant Bowers' Responses to Secretary's Interrogatories, First Set, June 17, 2019
- Defendant Kubota's Responses to Secretary's First Set of Requests for Production of Documents, February 25, 2019
- Defendant Kubota's Responses to Secretary's Interrogatories, First Set, June 17, 2019
- Defendant Heritage's Responses to Secretary's First Set of Requests for Production of Documents, August 19, 2019
- Defendant Heritage's Responses to Secretary's Interrogatories, Set One, August 19, 2019
- Defendant Saakvitne Law Corp.'s Responses to Secretary's First Set of Production of Documents, August 19, 2019
- Defendant Saakvitne Law Corp.'s Responses to Secretary's Interrogatories, Set One, August 19, 2019
- Defendant Heritage's Responses to Brian Bowers and Dexter Kubota's Requests For Production of documents, Set One
- Defendant Heritage's Revised Responses to Secretary's Request for Production of Documents
- Defendant Heritage's Supplemental Responses to Secretary's Interrogatories
- Defendant Saakvitne Law Corp.'s Responses to Brian Bowers and Dexter Kubota's Requests For Production of Documents, Set One
- Defendant Saakvitne Law Corp.'s Revised Responses to Secretary's Request for Production of Documents
- Defendant Saakvitne Law Corp.'s Supplemental Responses to Secretary's Interrogatories
- Secretary's Objections and Answers to Defendant Bowers' First Set of Interrogatories, May 28, 2019
- Secretary's Supplemental Responses to Defendant Bowers' First Set of Interrogatories, July 12, 2019
- Secretary's Responses to Defendants Bowers and Kubota's Second Set of Requests for Production of Documents, June 19, 2019
- Secretary's Responses and Objections to Defendant Kubota's First Set of Interrogatories, July 29, 2020
- Secretary's Responses to Defendants Bowers and Kubota's First Set of Requests for Admissions, July 29, 2020
- Secretary's Responses to Defendants Bowers and Kubota's Third Set of Requests For Production of Documents, July 29, 2020

**Depositions and Related Exhibits:**

- Deposition Transcript of Brian Bowers, February 22, 2018
- Deposition Transcript of Brian Bowers 30(b)(6), October 13, 2020
- Deposition Transcript of Brian Bowers, October 14, 2020
- Deposition Transcript of Dexter Kubota, October 9, 2020
- Deposition Transcript of Dawn Muragame, October 7, 2020
- Deposition Transcript of Paul Vallone, September 23, 2020
- Deposition Transcript of Thomas Nishihara, September 29, 2020
- Deposition Transcript of Nicholas Saakvitne, November 21, 2017
- Deposition Transcript of Gregory Kniesel, December 22, 2017 and January 23, 2018
- Deposition Transcript of Gregory Kniesel, October 20, 2020
- Deposition Transcript of Gary Kuba, October 5, 2020
- Deposition Transcript of Gregory Hansen, February 23, 2018
- Deposition Transcript of Ty Fukumoto, September 17, 2020
- Deposition Transcript of Mauricios Palacios, October 23, 2020
- Deposition Transcript of Harold LaBrocq, October 29, 2020
- Deposition Transcript of Cristana Johnson, October 22, 2020
- Deposition Transcript of Miguel Paredas, September 16, 2020
- Deposition Transcript of Robert Prunty, September 21, 2020

## Appendix B

**Articles and Third-Party Sources:**

- "About – Bowers + Kubota," Bowers + Kubota, https://www.bowersandkubota.com/about/ (last accessed on November 17, 2020)
- "Case Lombardi & Pettit _ Gregory M. Hansen," Case Lombardi & Pettit, https://caselombardi.com/ghansen.html (last accessed on November 17, 2020)
- "IBISWorld - Architects in the US," IBIS World, August, 2012 (last accessed on November 17, 2020)
- "IBISWorld -Engineering Services in the US," IBIS World, October, 2012 (last accessed on November 17, 2020)
- "Consumer Price Index: Total All Items for the United States," St. Louis Federal Reserve, https://fred.stlouisfed.org/series/CPALTT01USA659N (last accessed on November 19, 2020)
- "Inflation, Consumer Prices for the United States," St. Louis Federal Reserve, https://fred.stlouisfed.org/series/FPCPITOTLZGUSA (last accessed on November 19, 2020)
- "Moody's Seasoned Baa Corporate Bond Yield" St. Louis Federal Reserve, https://fred.stlouisfed.org/series/DBAA (last accessed on November 19, 2020)
- "Our Team – Bowers + Kubota," Bowers + Kubota, https://www.bowersandkubota.com/team/ (last accessed on November 17, 2020)
- Bloomberg database
- Capital IQ database
- Duff & Phelps Cost of Capital Navigator, https://dpcostofcapital.com/ (last accessed on November 19, 2020)
- Federal Reserve, https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H15 (last access on November 19, 2020)
- AECOM Technology Corporation Form 10-K filed with the SEC on November 19, 2012 for the fiscal year ended September 30, 2012
- Jacobs Engineering Group, Inc. Form 10-K filed with the SEC on November 20, 2012 for the fiscal year ended September 30, 2012
- Fluor Corporation Form 10-Q filed with the SEC on November 1, 2012 for the quarter ended September 30, 2012
- Fluor Corporation Form 10-K filed with the SEC on February 22, 2012 for the year ended December 31, 2011
- MasTec, Inc. Form 10-Q filed with the SEC on November 1, 2012 for the quarter ended September 30, 2012
- MasTec, Inc. Form 10-K filed with the SEC on February 29, 2012 for the year ended December 31, 2012
- GENIVAR, Inc. Interim Consolidated Financial Statements for the quarter ended September 29, 2012
- GENIVAR, Inc. Consolidated Financial Statements for the year ended December 31, 2011
- Stantec, Inc. 2012 Third Quarter Report for the quarter ended September 30, 2012
- Stantec, Inc. Form 40-F filed with the SEC on February 23, 2012 for the year ended December 31, 2011
- Michael Baker Corporation Form 10-Q filed with the SEC on November 8, 2012 for the quarter ended September 30, 2012
- Michael Baker Corporation Form 10-K filed with the SEC on March 13, 2012 for the year ended December 31, 2011
- URS Corporation Form 10-Q filed with the SEC on November 6, 2012 for the quarter ended September 30, 2012
- URS Corporation Form 10-K filed with the SEC on February 27, 2012 for the year ended December 31, 2011
- Tutor Perini Corporation Form 10-Q filed with the SEC on November 2, 2012 for the quarter ended September 30, 2012
- Tutor Perini Corporation Form 10-K filed with the SEC on March 2, 2012 for the year ended December 31, 2011
- Tetra Tech, Inc. Form 10-K filed with the SEC on November 15, 2012 for the fiscal year ended September 30, 2012
- 29 U.S.C. § 1002(18)(b), ERISA § 3(18)(B)
- Internal Revenue Service ("IRS") Ruling 59-60
- Koller, Tim, Marc Goedhart, Marco, and David Wessels. *Valuation: Measuring and Managing the Value of Companies,* 4th Ed.
- Pratt, Shannon P. and Roger J. Grabowski. Cost of Capital: Applications and Examples, 3rd Ed., 2008
- Pratt, Shannon P. and Roger J. Grabowski. Cost of Capital: Applications and Examples, 3rd Ed.
- Damodaran, Aswath, "Estimating Risk Parameters," 1999. https://archive.nyu.edu/handle/2451/26789 (last accessed on November 19, 2020)
- Pratt, Shannon P., *Cost of Capital: Estimation and Applications,* 2nd Ed.
- Pratt, Shannon and Alina Niculita, *Valuing a Business: The Analysis and Appraisal of Closely Held Companies,* 5th Ed.
- Hitchner, James R. *Financial Valuation: Applications and Models,* 2nd Ed.
- 2011 Ibbotson Cost of Capital Yearbook
- Hitchner, James R. *Financial Valuation: Applications and Models* , 2nd Ed., 2006
- Hood, L. Paul Jr. & Timothy Lee. *A Reviewer's Handbook to Business Valuation: Practical Guidance to the Use and Abuse of Business Appraisal* . 2011
- Mercer, Z. Christopher and Travis W. Harms. *Business Valuation: An Integrated Theory* , 2nd Ed., 2008
- Pratt, Shannon P. *Business Valuation Discounts and Premiums,* 2nd Ed., 2009, Wiley
- Bajaj, Mukesh and Denis, David J. and Ferris, Stephen P. and Sarin, Atulya, "Firm Value and Marketability Discounts" (February 26, 2001). Available at SSRN: https://ssrn.com/abstract=262198 or http://dx.doi.org/10.2139/ssrn.262198

**Native Excel Documents:**

- DOL005030.xlsx
- DOL005033.xlsx
- DOL005036.xlsx
- DOL005037.xlsx
- DOL005040.xlsx
- DOL005052.xlsx
- DOL005053.xlsx
- DOL005054.xlsx
- DOL005066.xlsx
- DOL005070.xlsx
- DOL005073.xlsx
- DOL005077.xlsx

## Appendix B

**Bates Stamped Documents:**

- Bowers/Kubota 018956 - 19343
- B+KC000404 - 0461
- B+KC000641 - 0713
- B+KC000751 - 0817
- B+KC000846 - 0901
- B+KC000924 - 0976
- B+KC000998 - 1052
- B+KC001254 - 1259
- B+KC001260 - 1268
- B+KC001272 - 1277
- B+KC001290 - 1294
- B+KC001296 - 1300
- B+KC001301 - 1319
- B+KC002114
- B+KC002415 - 2419
- B+KC002421 - 2426
- B+KC002999 - 3001
- B+KC003034 - 3037
- B+KC003368 - 3370
- B+KC003405 - 3406
- B+KC003540 - 3542
- B+KC004803 - 4807
- B+KC004934 - 4945
- B+KC005130 - 05136
- B+KC005141 - 5144
- B+KC005145 - 5155
- B+KC005172 - 5182
- B+KC005202 - 5203

- B+KC005261 - 5262
- DOL001348 - 1853
- DOL001854 - 2227
- DOL008107 - 8115
- DOL011149 - 11730
- DOL006425-83
- LIBRA-DOL INV 004215 - 4216
- LIBRA-DOL INV 004552 - 4564
- LIBRA-DOL INV 004671 - 4760
- LIBRA-DOL INV 004796 - 4803
- LIBRA-DOL INV 004973 - 5002
- LIBRA-DOL INV 005566 - 5569
- LIBRA-DOL INV 005573 - 5577
- LIBRA-DOL INV 006306 - 6425
- LIBRA-DOL INV 007198 - 7205
- LIBRA-DOL INV 007203 - 7205
- LIBRA-DOL INV 007607 - 7617
- LIBRA-DOL INV 008450 - 8487
- LIBRA-DOL INV 009448 - 9455
- RHYL000001 - 0206
- RHYL000207 - 0548
- RHYL000549 - 0587
- RHYL000588 - 0679
- RHYL000680 - 0836
- RHYL000837 - 1013
- RHYL001014 - 1154
- RHYL001155 - 1490
- RHYL001491 - 1781

- RHYL001782 - 2120
- RHYL002121 - 2435
- RHYL002436 - 2855
- RHYL002856 - 3276
- RHYL003277 - 3558
- RHYL003559 - 3879
- SAK000393 - 0396
- SAK000398 - 0401
- SAK000402 - 0404
- SAK000407 - 0409
- SAK000807 - 0872
- SAK001298 - 1356
- SAK001365 - 1369
- SAK001552 - 1608
- SAK001933
- SAK002509 - 2517
- SAK002844 - 2866
- SAK002867 - 2878
- SAK003819 - 3831
- SAK004236 - 4292
- SAK004939 - 5001
- SAK006754 - 6814
- SAK006815 - 6870
- SAK006939 - 6996



APPENDIX C

Independent Valuation of 100% of the Equity of B+K as of December 14, 2012

**Confidential**

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                    Charles River Associates

## Appendix C: Table of Contents

1.   **Independent Valuation of B+K - Conclusion** ................................................1

2.   **General Overview** ................................................................................1
     2.1.   Company Overview ...............................................................1

3.   **Valuation of B+K** ...............................................................................1
     3.1.   Valuation Date ..............................................................................2
     3.2.   Standard of Value ..........................................................................2
     3.3.   Premise of Value ...........................................................................2
     3.4.   Valuation Approaches ....................................................................2

4.   **DCF Method** .....................................................................................3
     4.1.   Cash Flow Forecast .......................................................................3
     4.2.   WACC ...........................................................................................6
            4.2.1.  Cost of Equity ($R_e$) ..........................................................6
            4.2.2.  Risk Free Rate ...............................................................7
            4.2.3.  Equity Risk Premium .....................................................7
            4.2.4.  Beta ...............................................................................7
            4.2.5.  Size Premium .................................................................8
            4.2.6.  Company-Specific Risk Premium ..................................8
            4.2.7.  $R_e$ Conclusion ..............................................................9
            4.2.8.  Cost of Debt ($R_d$) .........................................................9
            4.2.9.  WACC Conclusion ..........................................................9
            4.2.10. Comparison to the Sherman Report WACC ...................9
     4.3.   Terminal Value ..............................................................................10
     4.4.   DCF Conclusion ............................................................................11

5.   **GPC Method** ....................................................................................11

6.   **GMAC Method** .................................................................................13

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                            Charles River Associates

7.   **B+K Value Conclusion** .....................................................................................................14

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                    Charles River Associates

## 1.    Independent Valuation of B+K - Conclusion

My independent determination of the value of B+K as of December 14, 2012 is **$40.015 million**, or **$40.02 per share**.

The basis for this opinion (as well as certain comparisons to the Sherman Report) are described in this Appendix.

## 2.    General Overview

### 2.1.    Company Overview

An overview of B+K (including both BKC and BKM) is provided in my main report. I also discuss certain events and other information relevant to the company in the report and provide an overview of B+K's historical financial performance.

In terms of additional background, B+K's work is primarily for government entities, including Federal, County and State (over 90% from 2007 through 2011).[1] As of the valuation date, the Company had over 100 employees[2] and had received accolades from local organizations for being employee-friendly. For example, B+K was awarded 1st place in 2011 and 2012 for the "Hawaii Best Places to Work" and 1st place for the 2011 and 2012 "National Civil Engineering Best Places to Work."[3]

The Company also appears to have been well-positioned in its market from a competitive perspective and had a history of successfully teaming with other companies for large-scale projects when appropriate.[4]

I have considered various economic and industry factors bearing on the outlook for B+K throughout my main report and this appendix as relevant to this valuation.

## 3.    Valuation of B+K

I am valuing 100% of the equity of B+K on a non-marketable, controlling basis.

Because B+K had no interest-bearing debt as of the valuation date, its equity value is equal to its total enterprise value ("TEV"), which is equal to the total value of the company's assets. Relevant inputs are addressed and analyzed below.

---

[1] See, e.g., DOL 005033.xlsx.

[2] See DOL 005054.xlsx.

[3] See, e.g., SAK000807 – 872 at SAK000821.

[4] See, e.g., SAK000807 – 872 at SAK000823 – 824.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                                    Charles River Associates

### 3.1.   Valuation Date

I developed an independent valuation of B+K as of December 14, 2012, which was the date the ESOP Transaction closed.

### 3.2.   Standard of Value

ERISA requires that ESOPs pay no more than "adequate consideration" for the stock of a company, where "adequate consideration" is defined in this context as "the fair market value of the asset as determined in good faith by the trustee or named fiduciary pursuant to the terms of the plan and in accordance with regulations promulgated by the Secretary."[5]

"Fair market value" is generally defined as the price at which an asset would change hands between a hypothetical willing buyer and hypothetical willing seller, each with reasonable knowledge of the relevant facts, and neither under compulsion to transact.[6] My fair market valuation of B+K as of December 14, 2012 is based on information that was known (or knowable) as of that date.

### 3.3.   Premise of Value

Companies may be valued using either a going concern or liquidation premise of value. Going concern value is the value of the assets working in tandem for a specified purpose. Liquidation value is the total sale value of the discrete assets valued independently, the highest and best use assumed for each. The assets (or company) should be valued according to the premise that maximizes value. Economically viable companies typically generate value beyond the discrete values of their individual assets (in other words, the whole is greater than the sum of the parts). As such, the value of an economically viable company will generally be maximized by assuming a going concern premise. Here, I determined that it was appropriate to value B+K as a going concern.

### 3.4.   Valuation Approaches

There are three generally accepted valuation approaches, and I considered all three for purposes of valuing B+K's TEV (and ultimately its equity). Each is briefly described below.

1.  **The Income Approach:** The Income Approach values a subject company based on the cash flows the company is expected to generate prospectively. The Discounted Cash Flow (DCF) method is an implementation of the Income Approach where a company's debt-free, after-tax expected future cash flows are forecasted for future periods and then discounted to present value at an appropriate discount rate. Generally, annual projections are prepared for some discrete period of time, and a terminal value is used to estimate the value of

---

[5] See, e.g., 29 U.S.C. § 1002(18)(b), ERISA § 3(18)(B).

[6] See, e.g., Internal Revenue Service ("IRS") Ruling 59-60.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                    Charles River Associates

cash flows expected beyond the discrete projection period. I have valued B+K using a DCF method in this report.

2. **The Market Approach:** The Market Approach is a relative approach that establishes the value of a subject company based on observable values of guideline public companies (Guideline Public Company (GPC) method) and/or as reflected in other transactions where the transaction target presented business and risk characteristics similar to the subject company (the Guideline Merged and Acquired Company (GMAC) method).

   More specifically, the GPC method looks to market-based TEVs of guideline publicly traded companies that are deemed sufficiently similar to the company being valued. The TEV for each guideline company is generally expressed as a multiple of certain financial metrics of that company (e.g., earnings before interest, taxes, depreciation and amortization, or EBITDA). The companies are evaluated relative to the subject company to identify possible differences (e.g., size, growth, etc.) and adjustments to the multiples are considered. A determination is then made regarding the multiple that should be applied to the corresponding financial metric of the subject company to derive an implied value.

   The GMAC method uses the same concept, but rather than deriving TEV based on publicly traded stock prices, market values are observed from recent purchase and sale transactions for which information is publicly available, and where the target is comparable to the subject company.

   In addition to the DCF method, B+K has been valued using both the GPC method and the GMAC method in this report.

3. **The Asset Approach:** The Asset Approach establishes the value of a subject company by quantifying the value of each of the company's discrete assets (often by considering replacement or reproduction cost) and aggregating those values. In circumstances of a successful operating company, such as B+K, the Asset Approach is not typically used, and I have not used it in this report.

## 4.    DCF Method

When using a DCF method to value a business, the TEV (the output of the analysis) is a function of various modeling inputs, including (at the highest level) projections of interim period cash flows, the discount rate (here, a weighted average cost of capital, or WACC), and a terminal value (incorporating a selected long-term growth rate). Each of these inputs is discussed in detail below as pertaining to my DCF-based valuation of B+K.

### 4.1.    Cash Flow Forecast

For purposes of a FMV assessment of a subject company's TEV, pre-debt service, after-tax cash flows are projected for a discrete future period. Projection horizons may

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                  Charles River Associates

differ for a variety of reasons, but a range of three to ten years is typical – the goal being for the projections to reach a steady state before applying a terminal value (as appropriate).

In connection with the Transaction, B+K management prepared a detailed five-year financial projection (2013 – 2017) of revenue, operating expenses and capital expenditures.[7] The B+K Projections were very detailed. For the balance of 2012 and for 2013, the projections included, for example, a detailed forecast of revenue by project, a detailed forecast of salaries by individual, and projections by expense category based on, among other things, an analysis of historical expenses and related historical growth rates.[8] As discussed in the main text of my report, management's original projections were provided to LVA in connection with its valuation work related to the Transaction.[9] On the basis of discussions between LVA and B+K management, management made certain updates to the original projections, particularly to incorporate a projection for future expenses, resulting in the B+K Projections.[10]

In assessing the B+K Projections for reasonableness, I reviewed management's underlying assumptions in the context of pre-Transaction B+K performance and relative to performance metrics for other companies deemed comparable to B+K (where data was publicly available to perform such comparisons).[11] I also reviewed testimony from Bowers and Kubota regarding the manner in which the projections were prepared, and the evolution of those projections. Based on my review and analysis, I determined that it was reasonable to rely on the B+K Projections as the foundation for my DCF analysis after making two primary adjustments – for projected subconsultant expenses and projected bonus expense. Both of these adjustments are summarized below and are addressed in detail in the body of my report (see **Sections 5.1.1 and 5.1.2**).

- **Bonus Expense:** Management forecasted bonuses of $850,000 for 2012, with projected annual growth of 5% for the projection period (2013 – 2017). The growth rate of 5% was consistent with the projected growth rate for revenue, and bonuses projected by management equated to 3.8% of annual revenues for the projection period.[12] As described in the main body of my report,[13] I modified

---

[7] See DOL 005054.xlsx.

[8] See DOL 005054.xlsx.

[9] See DOL 005053.xlsx and B+KC002415 – 2419.

[10] See DOL 005054.xlsx and LIBRA-DOL INV 004973 – 5002 at LIBRA-DOL INV 004973.

[11] See, e.g.,, **Exhibit 11.13**. As evidenced by the metrics presented in that exhibit, as well as **Exhibit 11.0**, B+K compared favorably to the guidelines companies (identified later in this appendix) on nearly all metrics, including longer-term growth and various operating and financial statistics. Other aspects of B+K's performance are discussed throughout this appendix.

[12] See **Exhibit 4.0**. In addition, DOL 005054.xlsx notes the following regarding the bonus projection: "Bonuses are Discretionary but are included. Assume 5% growth. Same as payroll" (DOL 005054.xlsx, tab "Projections", cell T35).

[13] See **Section 5.1.2** of the main report.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                              Charles River Associates

the bonus expense projection included in the B+K Projections. In determining both to make an adjustment and the level of that adjustment, I reviewed B+K's historical bonuses for the period 2008 – 2011, adjusted to exclude the bonuses historically paid to Bowers and Kubota.[14] As a result of my analysis, I determined that the most appropriate way in which to project bonuses was to link bonuses (which are assumed to exclude any bonus payments to Bowers and Kubota) to projected non-Bowers and Kubota projected salaries. Based on my analysis of the historical relationship of bonuses to salaries (where both historical salaries and bonuses exclude amounts paid to Bowers and Kubota), I determined that a reasonable projection of bonuses was 20% of non-Bowers and Kubota salaries.[15] This revised projection is reflected in **Exhibit 9.0**.

- **Subconsultant Expense:** The B+K Projections included subconsultant expenses of $2 million for each year of the projection period.[16] Management's description of this forecast in the file containing the B+K Projections is "Use average estimate. 2010 and 2012 were high due to large Corps design projects."[17] Based on my review and analysis of B+K's historical subconsultant expenses, and by normalizing for BKM subconsultant costs in 2010 and 2012 to eliminate abnormally large subconsultant expenses, management's $2 million projection appears to be a reasonable.[18] However, I have conservatively assumed this projection for 2012, and have also assumed that the expense will grow at 5% each year thereafter, consistent with the growth rate of revenue, to reflect the possibility of incremental subconsultant expenses due to project growth.[19]

In addition to projections for operating income and capital expenditures (included in the B+K Projections), it is also necessary for purposes of developing a projection of debt-free, after-tax free cash flow to establish a forecast for income taxes and annual changes in working capital requirements. For income taxes, I have used an estimated

---

[14] As noted in **Section 5.1.2** of my report, while Bowers and Kubota had historically received substantial bonus payments, post-Transaction bonuses were intended to be linked to the realization of post-Transaction EBITDA in excess of levels projected in connection with the Transaction. As such, it would not be appropriate to project bonuses on the basis of unadjusted historical bonus expenses as a percentage of revenue. Moreover, projecting bonuses (or any other expense) as a percentage of revenue is potentially skewed by the fact that B+K's reporting of revenue is inconsistent between the historical period and the projection period. Therefore, I have linked bonus expenses to projected salaries to avoid a direct linkage to revenues.

[15] See **Section 5.1.2** of the main report.

[16] See **Exhibit 4.0**.

[17] DOL 005054.xlsx, tab "Projections", cell T18.

[18] I understand that the Corps of Engineers was primarily a client of BKM. See DOL 005054.xlsx, tab "B-K REV12" at rows 123-125. I also understand that BKM's activity was generally to be reflected on BKC's post-Transaction financial statements on a net basis (i.e., in the Cost Reimbursement category rather than through individual revenue and expense line items). See LIBRA-DOL INV 004215 – 4216 at LIBRA-DOL INV 004215. As such, reviewing BKC-specific historical subconsultant expenses provided a more normalized perspective for purposes of projecting post-Transaction subconsultant expenses.

[19] See **Section 5.1.1** of my report for additional details.

---

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                                        Charles River Associates

effective tax rate, as described in **Exhibit 9.0**.[20] For estimated changes in working capital from 2013 – 2017, I have assumed cash-free working capital equal to 5.46% of revenue, consistent with the level observed in 2011. Annual working capital requirements (or inflows) were calculated on the basis of annual changes in working capital over the projection period.[21]

In addition to forecasts for the years 2013 – 2017, I also include a projection for the partial period between the valuation date (December 14, 2012) and the end of 2012. For this purpose, I reviewed September through December 2012 projections prepared by management (presented alongside the 2013 – 2017 projections in the B+K Projections file) and pro-rated those results to reflect the period December 15 through December 31, 2012 (or 17 days).[22]

My adjustments to the B+K Projections and corresponding debt-free, after-tax cash flows are summarized in **Exhibit 9.0**.

## 4.2.    WACC

To determine a FMV-based TEV for B+K, projected cash flows must be converted to present value. This is done by discounting the cash flows by an appropriately determined WACC. As previously discussed, the WACC is determined by quantifying both a market-based cost of equity ("$R_e$") and a market-based cost of debt ("$R_d$"), and weighting each by the relative equity and debt composition of a market-based capital structure.[23]

### 4.2.1.    Cost of Equity ($R_e$)

While there are several methods for calculating the cost of equity, I have calculated B+K's $R_e$ based on the generally accepted Modified Capital Asset Pricing Model (or "CAPM").[24] Using the CAPM, $R_e$ is calculated according to the following formula:

$$R_e = R_f + R_m * \beta + R_s + R_c,$$

where

$R_f =$    Risk-free rate (return on 20-year U.S. Treasuries)

---

[20] My effective tax rate calculation is consistent with Mr. Sherman's. See Sherman Report at Exhibit 2.

[21] This is largely consistent with Mr. Sherman's approach to changes in working capital. I have corrected certain errors in Mr. Sherman's calculations for changes in working capital in the first two periods of his analysis.

[22] See DOL 005054.xlsx and **Exhibit 9.0**. I note that my approach for the 2012 portion of the projections is different from that used by Mr. Sherman, who simply annualized the August 2012 YTD results and prorated that annualization for 17 days.

[23] See, e.g., Koller, Tim, Marc Goedhart, Marco, and David Wessels. *Valuation: Measuring and Managing the Value of Companies,* 4th Ed., at p. 113.

[24] See, e.g., Koller, Tim, Marc Goedhart, Marco, and David Wessels. *Valuation: Measuring and Managing the Value of Companies,* 4th Ed., at p. 300.

---

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                    Charles River Associates

$R_m =$   Equity Risk Premium (a measure of the excess returns earned by risky investments relative to risk-free investments)

$\beta =$   Beta (a measure of volatility, or systematic risk, relative to the market)

$R_s =$   Size premium

$R_c =$   Company-specific risk premium

Each component of the calculation is discussed below, and the WACC is presented on **Exhibit 10.0**, where the sources for each input are summarized.

### 4.2.2.   Risk Free Rate

$R_e$ determinations typically rely on a long-term Treasury bond yield as of the valuation date as an approximation of the risk-free rate.[25] As of December 12, 2014, the long-term Treasury bond yield was 2.46%.

### 4.2.3.   Equity Risk Premium

The equity risk premium ($R_m$) measures the additional return that investors require (and have historically earned) above returns associated with relatively risk-free investments (i.e., long-term government bonds) to induce investment in the broader market. These past returns, measured over the long-term, are considered a proxy for long-term prospective investor expectations, after being "normalized" to account for the volatility of particular company or industry-specific returns (see beta discussion which follows).

I used the historical long-term supply side ERP of 6.14%, as reported in the Duff and Phelps Cost of Capital Navigator as of the valuation date (a source commonly relied upon for such purposes) in calculating the $R_e$.

### 4.2.4.   Beta

Beta is a measure of systematic risk. It attempts to measure the degree of volatility of a particular company's stock returns (or the return volatility for a group of companies comprising a cohort or industry group relevant to the company which is the subject of the valuation exercise) against the broader market (typically the S&P 500).[26] For companies or industries experiencing equity returns more volatile than the market, investors would be expected to demand excess returns given the risks of investing in such securities. For less volatile companies, investors would be expected to demand lower than $R_m$ returns. The measure of the historical volatility of the company or the industry in relation to the volatility of the broader market is known as "beta."[27]

---

[25] See, e.g., Pratt, Shannon P. and Roger J. Grabowski. *Cost of Capital: Applications and Examples*, 3rd Ed., at p. 39.

[26] Other sources of market returns may include, e.g., the NYSE corporate index or the Value Line Index. See, e.g., Pratt, Shannon P. and Roger J. Grabowski. *Cost of Capital: Applications and Examples*, 3rd Ed., at p. 79.

[27] See, e.g., Pratt, Shannon P. and Roger J. Grabowski. *Cost of Capital: Applications and Examples*, 3rd Ed., 2008, at p. 118.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                          Charles River Associates

The beta used in calculating WACC should reflect the systematic risk of the company being valued looking forward as of the valuation date. Forward-looking betas, however, must be estimated, which is generally done using historical data. Beta estimates for privately held companies are generally calculated on the basis of a group of publicly traded cohort companies that reasonably reflects the risk characteristics of the industry in which the company being valued operates.[28] Once a set of companies is identified, an appropriate time period for reviewing betas must be selected. The time period should be that which is determined to best reflect the expected future volatility of the subject company's equity returns.[29]

I used the companies identified in connection with my GPC analysis to estimate B+K's equity beta.[30] For this group of companies, I used historical 2-year weekly betas for each company as retrieved from Bloomberg. The betas were unlevered using each company's specific capital structure and effective tax rate and were then re-levered at the approximate industry capital structure and B+K's estimated tax rate.[31]

### 4.2.5.   Size Premium

The size premium captures incremental risk (or required return) associated with relatively smaller companies. I have determined that a 6.1% size premium is relevant for B+K. The premium is based on data reported in the Duff and Phelps Cost of Capital Navigator for the 10th decile (comprised of the smallest companies measured on the basis of market capitalization) as of the valuation date.

### 4.2.6.   Company-Specific Risk Premium

A company-specific risk premium is considered when it is perceived that there are incremental risks associated with a subject company beyond those addressed in other cost of equity inputs (e.g., beta and any size premium). Mr. Sherman incorporated a 2% company-specific risk premium into his cost of equity. He indicated that this premium was intended to reflect key man, customer concentration, and geographical risks attendant to B+K.[32] While company-specific risk premiums are highly subjective, for purposes of my analysis, I have also applied a 2% company-specific risk premium, consistent with that used by Mr. Sherman. Had I not applied a company-specific risk premium, the WACC would have been lower and the concluded value higher, all else held constant.

---

[28] This cohort is often comprised of the companies used in a GPC analysis, if one is performed.

[29] See Damodaran, Aswath, "Estimating Risk Parameters," 1999. https://archive.nyu.edu/handle/2451/26789.

[30] The process for selecting these companies is addressed in the GPC section of this appendix.

[31] See **Exhibit 10.0**.

[32] Sherman Report at p. 28.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                      Charles River Associates

### 4.2.7.   R$_e$ Conclusion

As a result of the inputs identified above, I have calculated a cost of equity of 18.10%.[33]

### 4.2.8.   Cost of Debt (R$_d$)

The pre-tax cost of debt selected for purposes of inclusion in the B+K WACC was 4.62%, which is based on BAA rated corporate bonds as of December 14, 2012. The after-tax debt rate of 2.85% was calculated using an estimated blended tax rate for B+K.[34]

As context for this cost of debt determination, it is important to recognize that, in selecting an appropriate cost of debt for inclusion in the WACC, the rate should be established as if B+K were capitalized in accordance with a market-based capital structure (a proxy for an optimal industry-based capital structure), independent of the actual capital structure of B+K at the valuation date.[35] This is appropriate because the DCF method presumes that the company being valued will, over time, migrate to a capital structure consistent with the observed capital structure of the guideline public companies.[36] As such, the fact that B+K had no debt as of the Transaction date is of minimal importance to the cost of debt determination.[37] In assessing the reasonableness of using a BAA-based rate, I also reviewed debt ratings for the guideline public companies (where available) and considered B+K's high level credit worthiness, including its strong historical financial performance, among other considerations.

### 4.2.9.   WACC Conclusion

To calculate WACC, I weighted the concluded costs of equity and debt in accordance with a capital structure informed by the estimated median capital structure of the identified comparable companies (rounded to 80% equity financing and 20% debt capitalization). This weighting resulted in a WACC of 15.05%.[38]

### 4.2.10.   Comparison to the Sherman Report WACC

Mr. Sherman calculated a WACC of 15.25%.[39] The primary difference between my WACC analysis and that of Mr. Sherman's is a difference in betas. Mr. Sherman does

---

[33] See **Exhibit 10.0**.

[34] See **Exhibit 10.0**.

[35] See, e.g., Pratt, Shannon P., *Cost of Capital: Estimation and Applications,* 2nd Ed., at p. 52.

[36] See, e.g., Pratt, Shannon and Alina Niculita, *Valuing a Business: The Analysis and Appraisal of Closely Held Companies,* 5th Ed., at p. 218.

[37] For example, the capital structures of identified cohorts were examined, as were debt and bond yields and pricing (where available) for each.

[38] See also **Exhibit 10.0**.

[39] See Sherman Report at p. 28.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                    Charles River Associates

not provide sufficient information to recreate his beta calculations, but my betas are based on data from Bloomberg that is routinely used in such analytics.

### 4.3.   Terminal Value

The last major component of the DCF-based TEV of B+K is the terminal value. A terminal value is an estimate of the value of a company as of the end of the discrete projection period. For B+K, I have computed the terminal value on the basis of the Gordon Growth methodology.[40] This approach applies an assumed long-term growth rate to the last year of discrete projected cash flows and capitalizes the result (i.e., divides it) by the discount rate less the same long-term growth rate. In evaluating an appropriate long-term growth rate, I have reviewed both industry growth prospects and historical inflation rates.[41]

As indicated in certain industry overviews prepared proximate to the valuation date for the architecture and engineering services industries, the long-term industry outlook for both industries was characterized by steady, mature growth. While it was certainly anticipated that short-term business prospects in both industries would continue to be impacted by the economic recovery, engineering services industry revenues were projected to grow by 2.7% in 2013, and architecture industry revenues were expected to grow by 6.2%.[42] However, continued growth was anticipated for the next few years as both industries expected a return to pre-recession level revenue growth. Between 2013 and 2017, both the engineering services and architecture industries projected revenue growth rates that generally fluctuated between 0% and 5%.[43]

Both the architecture and engineering services industries were classified as mature.[44] This is perhaps indicative that an inflationary growth metric is appropriate when selecting the terminal growth rate. According to the Federal Reserve Bank of St. Louis, the inflation rate of consumer prices in the United States was 1.64% in 2010 and 3.16% in 2011.[45]

On the basis of this data, I have assumed a terminal value growth rate of 3% for purposes of my analysis.

---

[40] See, e.g., Hitchner, James R. *Financial Valuation: Applications and Models,* 2nd Ed., at pp. 126-128.

[41] This rate is consistent with the estimate made by Mr. Sherman. Sherman Report at p. 29.

[42] Culbert, Kevin. "Architects in the US." *IBISWorld Industry Report 54131.* August 2012 at pp. 9-10. Sherman, Austen. "Engineering Services in the US." *IBISWorld Industry Report 54133.* October 2012 at pp. 9-10.

[43] Culbert, Kevin. "Architects in the US." *IBISWorld Industry Report 54131.* August 2012 at p. 8. Sherman, Austen. "Engineering Services in the US." *IBISWorld Industry Report 54133.* October 2012 at p. 7.

[44] Culbert, Kevin. "Architects in the US." *IBISWorld Industry Report 54131.* August 2012 at p. 12. Sherman, Austen. "Engineering Services in the US." *IBISWorld Industry Report 54133.* October 2012 at p. 12.

[45] See https://fred.stlouisfed.org/series/FPCPITOTLZGUSA. These amounts appear consistent with the consumer price index over the same period. https://fred.stlouisfed.org/series/CPALTT01USA659N.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                          Charles River Associates

### 4.4.   DCF Conclusion

While a DCF model may incorporate either control or non-control-based forecasts of cash flow, the B+K Projections reflected control. In other words, the projections recognize the ability of a hypothetical purchaser to exert control over the business, and thus influence the cash flows of the entity. Because this opportunity to control the cash flows is embedded in the cash flow projections, the DCF produces a controlling value and no control premium is necessary. Because B+K was not a public company, however, I recognize that the DCF method produces a non-marketable interest. A discount for lack of marketability will be addressed in the overall value conclusion.

As presented in **Exhibit 9.0**, the DCF method yields a controlling, non-marketable value for B+K of **$36.320 million**.

## 5.   GPC Method

As indicated previously, the GPC method establishes the value of a subject company by first determining the values (TEVs) of selected publicly traded companies and expressing those TEVs as a multiple of selected financial metrics for each of the companies (e.g., EBITDA). The multiples derived from this analysis can then be applied to the corresponding financial metrics of the subject company (e.g., B+K's EBITDA) to arrive at an indication of the subject company's value.

The TEV of a publicly traded comparable company is established by computing the company's observed market value of equity ("MVE") as of the valuation date. The MVE is calculated by multiplying the company's prevailing stock price on the valuation date by the number of shares of stock outstanding on the same date (or the most up-to-date information available as of the valuation date). The values of the company's interest-bearing debt (net of cash on the company's balance sheet), minority interest and any preferred stock are estimated as of the valuation date using publicly available financial statements available as of the valuation date. These values are then added to the MVE to estimate TEV.

The utility of the GPC method is a function of the extent to which the selected guideline companies are comparable to the B+K assets. While differences in companies will always exist, the goal is to identify companies that operate in similar industries and are exposed to similar risks.

To establish a group of relevant guideline companies, I considered both the LVA analysis and the Sherman Report, both of which identify sets of guideline public companies for B+K. The companies selected by both Mr. Sherman and LVA exhibit a significant amount of overlap. As a result, I reviewed the financial performance and descriptions for these companies to assess the reasonableness of using them as comparables to B+K, and ultimately concluded that there was no reason to exclude any of the comparable companies included in the consolidated set for purposes of my GPC approach. I also looked, for example, at the 2011 Ibbotson Cost of Capital Yearbook to

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                                     Charles River Associates

identify additional possible companies,[46] and to companies identified by *IBISWorld Industry Reports* for Architecture in the U.S. and Engineering Services in the U.S.,[47] which encompass B+K's primary activities.

In assessing the reasonableness of including each of the guideline public companies in my population, I reviewed the firms' descriptions to ensure that their services were similar or overlapped to some degree with those provided by B+K – i.e., architectural and engineering services, including project and construction management, program management, architectural and engineering design, project development, civil engineering and/or electrical engineering.[48] I also ensured that any selected companies were publicly traded and operated primarily (if not solely) within North America as of the valuation date.

For the selected companies, I next reviewed general financial statistics, including, for example, revenue, EBIT (earnings before interest and taxes), and EBITDA, as well as EBITDA and EBIT as a percentage of revenue. I also looked at other factors such as leverage and size.[49,50]

As a result of my review and analysis, I utilized a pool of 10 guideline companies. A description of each company is summarized in **Exhibit 11.2**.

I next calculated LTM Revenue, LTM EBIT and LTM EBITDA multiples for the selected companies. To do this, I first calculated the TEV for each company as of December 14, 2012. I then expressed the TEV for each company as a multiple of that company's LTM Revenue, LTM EBIT and LTM EBITDA as of December 14, 2012.[51] On the basis of my analysis, which demonstrated that B+K's I determined that an LTM EBITDA multiple was the most appropriate multiple to use for purposes of valuing B+K.

I next adjusted the LTM EBITDA multiples of the comparable companies for differences in size relative to B+K using relative size premium data. The median adjusted multiple resulting from this analysis was **5.18x**.[52] Applying this multiple to

---

[46] I specifically considered data for Standard Industrial Classification ("SIC") Code 8711, Engineering Services, into which B+K falls. See 2011 Ibbotson Cost of Capital Yearbook at p. A-71.

[47] Culbert, Kevin. "Architects in the US." *IBISWorld Industry Report 54131.* August 2012. Sherman, Austen. "Engineering Services in the US." *IBISWorld Industry Report 54133.* October 2012.

[48] Information derived from the LVA valuation report (SAK000807 – 872 at SAK000821 – 824) and B+K's website. The services listed above are not intended to represent a comprehensive summary of the services B+K may provide.

[49] Hitchner, James R. *Financial Valuation: Applications and Models*, 2ⁿᵈ Ed., 2006, at pp. 281-292.

[50] See **Exhibit 11.0** for certain GPC financial metrics, **Exhibit 11.2** for a description of each selected GPC, and **Exhibit 10.0** for leverage data on the GPCs.

[51] This was based on the latest information available for each company in public filings as of the valuation date. See **Exhibits 11.0 and 11.3 – 11.12**.

[52] See **Exhibit 11.1**. I note that, although B+K was smaller than the guideline public companies in terms of revenue, its EBITDA margin significantly exceeded that of the guideline public companies.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                 Charles River Associates

B+K's LTM EBITDA as of December 14, 2012, resulted a GPC-based value of **$38.972 million**, before consideration of B+K's cash and other non-operating assets (and other potential adjustments).[53]

There is debate in valuation literature as to whether or not a control premium should be applied to a GPC-based valuation. On one hand, a GPC-based value is derived, in part, using public data related to trading prices of individual stocks, which, by definition, represent a minority share in each company. However, despite the minority nature of the publicly available prices, it is not clear that a control premium is appropriate for purposes of a control-based value the subject company. This is because assuming that a control premium is always necessary would imply that public companies, in general, would continuously be the subject of takeover attempts designed to extract control-based value.[54] For this reason, I have elected not to apply a control premium in this circumstance. As such, I have treated the GPC-based value of **$38.972 million** as a controlling, marketable interest in B+K (again, before consideration of B+K's cash and other non-operating assets).

## 6. GMAC Method

Similar to the GPC method, the GMAC method uses observed values derived from transactions involving target companies similarly situated to the valuation subject as an indicator of TEV for the target companies. The TEVs are then expressed as a multiple of selected financial metrics for the relevant target companies. The resulting multiple is applied to the corresponding financial metrics of the subject company (here, B+K) to arrive at an implied TEV. Like the GPC method, the GMAC method is useful if the selected transaction targets are reasonably comparable to the B+K assets in terms of operations, industry, business risks, etc.

My identification of potential guideline transactions was primarily based on information from Pratt's Stats, a commonly used database that summarizes publicly available data regarding merger and acquisition activity.[55] I specifically reviewed transactional information for B+K's relevant SIC Code, 8711 – Engineering Services. I also limited my search to transactions that closed within five years of the Transaction date (December 14, 2007 through December 14, 2012), and focused on transactions for which EBITDA multiples were available. I further narrowed the list by excluding transactions with multiples in excess of 20x (as not-meaningful), and transactions with

---

[53] I note that my selection of companies differs slightly from Mr. Sherman's, although the concluded multiples are reasonably proximate to one another (5.0 v. 5.2). Sherman Report at Exhibit 4. Note also that I have not used a next twelve months ("NTM") multiple.

[54] Hood, L. Paul Jr. & Timothy Lee. *A Reviewer's Handbook to Business Valuation: Practical Guidance to the Use and Abuse of Business Appraisal*. 2011. pp. 298-299.

[55] This information was also produced by the DOL. See DOL 005030.xlsm.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to
Nicholas L. Saakvitne, et al.

November 19, 2020                                                    Charles River Associates

headquarters outside of North America.[56] I evaluated the remaining transaction
descriptions, including information regarding the industry and business of the target
companies, as well as available financial data, and excluded transactions with a
different or specialized industry focus.

After imposing my selection criteria, a population of 12 transactions remained.[57] For
each transaction, I established the multiples by dividing the implied TEV of each
transaction target by the target's pre-transaction LTM EBITDA. The median multiple
across all transactions that resulted from this analysis was **4.92x**.[58] Based on the size
profile of these transactions, I determined that no size adjustment was necessary.

I then applied this GMAC-based multiple to the LTM EBITDA of B+K, which resulted
in an implied TEV of B+K of **$37.017 million** on a controlling, marketable basis,
before consideration of B+K's cash and other non-operating assets.[59]

## 7.    B+K Value Conclusion

To arrive at my unadjusted value conclusion for B+K, I applied a weighting of 50% to
the DCF method, 40% to the GPC method, and 10% to the GMAC method.[60] I then
added B+K's excess cash and other non-operating assets to the resulting value. This
generated an implied value on a controlling, marketable basis of **$43.027 million**.[61]

Because B+K was not a public company, it should be valued on a non-marketable basis.
This is accomplished by applying a discount for lack of marketability (or "DLOM").

Marketability discounts reflect, at least in part, the costs to achieve liquidity. Some non-
public companies (or assets) do not possess the same attributes of their publicly traded
counterparts (e.g., audited financial statements or an infrastructure necessary to support
public filing requirements), or have not incurred the costs typically incurred to create
liquidity (investment banking fees, etc.).[62] As such, a discount may apply to the value

---

[56] I note that one of the transactions I excluded – the April 26, 2010 purchase of TAS Holdings, Inc. by GSE Systems, Inc. –
was used by Mr. Sherman.

[57] See **Exhibit 12.0**.

[58] See **Exhibit 12.0**. I note that Mr. Sherman used a multiple of 6.0x in his GMAC-based valuation.

[59] See **Exhibit 12.0**.

[60] I have weighted the Income Approach and Market Approaches equally at 50% each. Within the Market Approach, I have
weighted the GPC method at 40% and the GMAC method at 10%. The additional weight for the GPC method is the result of
the fact that details regarding the transaction participants in many of the identified transactions are not available (including
the identity of many of the relevant companies), making the assessment of comparability more limited.

[61] See **Exhibit 13.0**.

[62] See, e.g., Mercer, Z. Christopher and Travis W. Harms. *Business Valuation: An Integrated Theory*, 2nd Ed., 2008, at pp.
94-99.

---

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                           Charles River Associates

generated by each of the three methods in the event that the subject company is private – as is the case with B+K.

Numerous studies have been performed on the issue of DLOMs, but it is relevant to note that such studies are based on minority equity positions, not controlling positions.[63] Little, if any, empirical data exists to support a quantification of a DLOM for a controlling interest (which is at issue here), and there is even debate regarding the applicability of DLOMs at all in circumstances of control. Those who are against DLOMs for controlling interests argue that a 100% equity owner has the benefit of the entity's cash flows during the period while they are waiting on a sale. On the other side, there are arguments supporting the idea that DLOMs are applicable to controlling interest. Some of these arguments rely on the fact that a private company has an uncertain time horizon to sale, that significant costs are likely attendant to preparing for and completing a sale, there are risks associated with the eventual sale price, and there is the possibility for further deferral of sale proceeds. In other words, much of the conceptual basis for a DLOM for a controlling interest is rooted in the notion of illiquidity as much as marketability (although the two are often used effectively interchangeably).[64]

Regardless, there seems to be consensus around the belief that, *if* DLOMs are applicable in control situations, the amount of the DLOM should be much less than DLOMs applied to non-controlling scenarios. Yet, there is still a high degree of variability in the discounts that may be applied. DLOMs applied in the U.S. Tax Court are instructive – minority interest DLOMs typically range from 30% to 45%, as compared to the range of DLOMs for controlling interests, which spans from 3% to 35%.[65]

In evaluating the possible application of a DLOM to my control-based valuation of B+K, I considered some level of discount to be appropriate given the illiquidity inherent in a purchaser's position. To assess a reasonable level for an illiquidity-focused DLOM, I looked to a 2001 study by Bajaj, et al. The study analyzed unregistered versus registered restricted stock and quantified an illiquidity discount of 7.23% attendant to

---

[63] See, e.g., Pratt, Shannon P. *Business Valuation Discounts and Premiums,* 2nd Ed., 2009, Wiley, at pp. 86, 200-201.

[64] See, e.g., Pratt, Shannon P. *Business Valuation Discounts and Premiums,* 2nd Ed., 2009, Wiley, at pp. 200-202.

[65] See, e.g., Pratt, Shannon P. *Business Valuation Discounts and Premiums,* 2nd Ed., 2009, Wiley, at pp. 200-202.

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                                  Charles River Associates

the unregistered stock.[66] As such, I have estimated a DLOM of 7% to be applied to my value of B+K in the current circumstances.[67,68]

Applying a 7% DLOM results in a concluded value for B+K of **$40.015 million**, as summarized in the table below.[69] This value equates to a price of **$40.02** per share of B+K stock as of December 14, 2012.[70]

---

[66] Bajaj, Mukesh and Denis, David J. and Ferris, Stephen P. and Sarin, Atulya, "Firm Value and Marketability Discounts" (February 26, 2001). Available at SSRN: https://ssrn.com/abstract=262198 or http://dx.doi.org/10.2139/ssrn.262198.

[67] Mr. Sherman also uses a DLOM of 7%, but he describes the basis for the 7% as follows: "On a controlling basis, a discount for lack of marketability generally ranges from 5.0-10.0% to account for the volatility risk of company value until sold as well as opportunity and transaction costs incurred in selling the company. Based on both qualitative factors discussed above, I concluded that a discount of 7% for Lack of Marketability should be applied…" Sherman Report at p. 33. Mr. Sherman cites no support for his 5% - 10% range, nor does he provide further support for his selection of 7%.

[68] It may also be relevant to note that, in the current circumstances, marketability concerns for individual B+K ESOP participants are mitigated by contractual "put" rights attendant to individuals' interests in the ESOP, which create a ready market for a participants' shares (whereby B+K may be required to purchase shares from ESOP participants in the event of a distribution of B+K stock and under certain circumstances). See RHYL000207 – 548 at RHYL000282 – 283.

[69] See also **Exhibit 13.0**. I note that Mr. Sherman also applied a discount for "limited control" in arriving at his ultimate conclusion of value for B+K. For reasons described in **Section 5.3** of my main report, I disagree with Mr. Sherman's inclusion of such a discount.

[70] At the time of the Transaction, there were 1,000,000 shares of B+K stock outstanding. See, e.g., SAK000807 – 872 at SAK000807.

---

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage as successor to Nicholas L. Saakvitne, et al.

November 19, 2020                                                                 Charles River Associates

**Table C-1**

| **Independent B+K Value Conclusion ($000s)** | | | | | |
|---|---|---|---|---|---|
| | DCF Value | | GPC Value | | GMAC Value |
| TEV | $ 36,320 | $ 38,972 | | | $ 37,017 |
| Weighting | 50.00% | 40.00% | | | 10.00% |
| Weighted Value | $ 18,160 | $ 15,589 | | | $ 3,702 |
| **BEV (Rounded)** | | | | | $ 37,450 |
| Plus: Excess Cash | | | | | 1,890 |
| Plus: Marketable Securities | | | | | 3,439 |
| Plus: Investments in LLCs | | | | | 249 |
| Total Non-Operating Assets | | | | | 5,577 |
| **FMV of Equity (Controlling, Marketable)** | | | | | $ 43,027 |
| Discount for Lack of Marketability | | 7.00% | | | 3,012 |
| **FMV of Equity (Controlling, Non-Marketable)** | | | | | $ 40,015 |
| Total Number of Shares | | | | | 1,000 |
| **FMV on a per Share Basis (USD)** | | | | | $ 40.02 |

This report and its conclusion are based on the analyses and assumptions explained in this appendix and in my main report. My value conclusion is also subject to the Statement of Limiting Conditions set forth in **Appendix D** and the Certification in **Appendix E**.


Respectfully submitted,


Renee McMahon, Vice President

Charles River Associates

November 19, 2020

**Appendix D**

<u>Statement of Limiting Conditions</u>

1. The conclusion of value as of December 14, 2012 arrived at in this report is valid only for the purpose of the current matter. This report should not be used for any other purpose.

2. Financial statements and other related financial information provided to CRA through counsel during the course of this engagement, have been accepted without independent verification as accurately reflecting B+K's financial and operating results for the respective periods, unless specifically noted otherwise.

3. CRA has not audited, reviewed, or compiled the financial information provided to us and, accordingly, we express no audit opinion or any other form of assurance on this information.

4. In accordance with professional ethics, CRA's fees for its service are not contingent upon the opinions expressed herein, and neither CRA, nor any of its employees, has a present or intended financial interest in B+K or any of its affiliates.

5. Public information and industry and statistical information have been obtained from sources CRA believes to be reliable.

6. Neither all nor any part of the contents of this report should be disseminated to the public without the prior written consent and approval of CRA and Renee McMahon.

**Appendix E**

<u>Certification</u>

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct;
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions;
- I have no present or prospective interest in the property that is the subject of the work under review and no personal interest with respect to the parties involved;
- I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of the work under review within the three-year period immediately preceding acceptance of this assignment;
- I have no bias with respect to the property that is the subject of the work under review or to the parties involved with this assignment;
- My engagement in this assignment was not contingent upon developing or reporting predetermined results;
- My compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in this review or from its use;
- My compensation for completing this assignment is not contingent upon the development or reporting of predetermined assignment results or assignment results that favors the cause of the client, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal review;
- I have not made a personal inspection of the subject of the work under review;
- I was assisted in this matter by Steven Johnson, Arthur Pech, and Nolan Prevish. Others may have assisted in a more limited capacity.

_____
Renee McMahon
November 19, 2020

**U.S. Department of Labor v. Sharon L. Heritage, et al.**
**EXHIBIT 1.1: B+K Cash Basis Income Statement 2008 - 2011 [1]**

| | Income Tax Basis | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | [2] 2008 | | [3] 2009 | | [4], [5] 2010 | | [6], [7] 2011 | |
| **Revenue** | | | | | | | | |
| Service Fees | 15,005,032 | 99.5% | 15,409,876 | 99.9% | 21,593,390 | 95.5% | 22,004,116 | 96.5% |
| Interest - ESOT | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Dividends & Interest | 61,380 | 0.4% | - | 0.0% | - | 0.0% | 161,582 | 0.7% |
| Cost Reimbursements | - | 0.0% | - | 0.0% | 950,000 | 4.2% | 700,000 | 3.1% |
| Other | 10,623 | 0.1% | 20,361 | 0.1% | 61,094 | 0.3% | (71,075) | -0.3% |
| **Total Revenue** | **15,077,035** | **100.0%** | **15,430,237** | **100.0%** | **22,604,484** | **100.0%** | **22,794,623** | **100.0%** |
| *Revenue Growth* | | | *2.34%* | | *46.49%* | | *0.84%* | |
| | | | | | | | | |
| **Operating Expenses** | | | | | | | | |
| Depreciation & Amortization | 441,362 | 2.9% | 175,909 | 1.1% | 214,257 | 0.9% | 208,570 | 0.9% |
| Salaries And Wages | 5,811,929 | 38.5% | 7,379,253 | 47.8% | 7,817,898 | 34.6% | 8,590,128 | 37.7% |
| [8] Bonuses | 2,352,000 | 15.6% | 1,579,000 | 10.2% | 2,904,000 | 12.8% | 3,129,000 | 13.7% |
| Engineering Consultants/Subconsultants | 2,221,372 | 14.7% | 1,577,431 | 10.2% | 4,140,558 | 18.3% | 3,085,401 | 13.5% |
| Taxes, Other Than Income Taxes | 1,048,317 | 7.0% | 1,154,341 | 7.5% | 1,467,429 | 6.5% | 1,597,234 | 7.0% |
| Profit Sharing Plan Contribution/401k | 819,891 | 5.4% | 906,128 | 5.9% | 1,067,983 | 4.7% | 1,184,696 | 5.2% |
| Insurance | 624,917 | 4.1% | 757,188 | 4.9% | 1,096,948 | 4.9% | 1,087,469 | 4.8% |
| Office | 240,951 | 1.6% | 288,970 | 1.9% | 385,989 | 1.7% | 410,102 | 1.8% |
| Rent | 345,941 | 2.3% | 343,001 | 2.2% | 368,963 | 1.6% | 324,548 | 1.4% |
| Outside Services | 83,967 | 0.6% | 96,189 | 0.6% | 77,191 | 0.3% | 309,058 | 1.4% |
| Vehicle | 186,631 | 1.2% | 170,400 | 1.1% | 193,004 | 0.9% | 254,597 | 1.1% |
| Travel | 197,536 | 1.3% | 183,207 | 1.2% | 160,693 | 0.7% | 226,480 | 1.0% |
| Telephone And Utilities | 81,778 | 0.5% | 80,691 | 0.5% | 94,777 | 0.4% | 104,484 | 0.5% |
| Reproduction | 30,777 | 0.2% | 21,853 | 0.1% | 63,353 | 0.3% | 71,450 | 0.3% |
| Employees' Benefits | 47,715 | 0.3% | 62,228 | 0.4% | 84,639 | 0.4% | 73,842 | 0.3% |
| Advertising, Entertainment And Promotion | 23,410 | 0.2% | 30,285 | 0.2% | 39,890 | 0.2% | 50,371 | 0.2% |
| Seminars and Conventions | 35,148 | 0.2% | 40,215 | 0.3% | 34,957 | 0.2% | 39,365 | 0.2% |
| Professional Fees | 29,726 | 0.2% | 27,556 | 0.2% | 24,212 | 0.1% | 35,755 | 0.2% |
| Licenses, Dues, and Subscription | 25,222 | 0.2% | 26,301 | 0.2% | 37,987 | 0.2% | 40,620 | 0.2% |
| Other Direct Costs | 19,620 | 0.1% | 26,852 | 0.2% | 75,373 | 0.3% | - | 0.0% |
| **Total Operating Expenses** | **14,668,210** | **97.3%** | **14,926,998** | **96.7%** | **20,350,101** | **90.0%** | **20,823,170** | **91.4%** |
| | | | | | | | | |
| **Operating Income** | **408,825** | **2.7%** | **503,239** | **3.3%** | **2,254,383** | **10.0%** | **1,971,453** | **8.6%** |
| *Operating Margin* | *2.7%* | | *3.3%* | | *10.0%* | | *8.6%* | |
| | | | | | | | | |
| Interest Expense | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| **Pretax Income** | **408,825** | **2.7%** | **503,239** | **3.3%** | **2,254,383** | **10.0%** | **1,971,453** | **8.6%** |
| | | | | | | | | |
| Income Taxes | 148,300 | 1.0% | 172,900 | 1.1% | 788,667 | 3.5% | 703,000 | 3.1% |
| **Net Income** | **260,525** | **1.7%** | **330,339** | **2.1%** | **1,465,716** | **6.5%** | **1,268,453** | **5.6%** |
| *Net Income Margin* | *1.7%* | | *2.1%* | | *6.5%* | | *5.6%* | |
| *Effective Tax Rate* | *36.3%* | | *34.4%* | | *35.0%* | | *35.7%* | |

**Notes/Sources:**

[1]  I understand that B+K financials for 2008 and 2009 include both BKC and BKM (See LIBRA-DOL INV004796 - 4803 at LIBRA-DOL INV007612). For 2010 and 2011, separate financials were prepared for BKC and BKM, but those financials have been consolidated for purposes of this presentation.

[2]  RHYL001155 - 1490 at RHYL001173.

[3]  RHYL001491 - 1781 at RHYL001510.

[4]  RHYL001782 - 2120 at RHYL001817.

[5]  RHYL000549 - 587 at RHYL000563.

[6]  RHYL002121 - 2425 at RHYL002128.

[7]  RHYL000588 - 679 at RHYL000672.

[8]  Bonus amounts are not included in the Robert HY Leong compiled financial statements. They have been added retrospectively based on information provided to LVA by Brian Bowers (LIBRA-DOL INV004215 - 4216 at LIBRA-DOL INV004216). Salaries and Wages expense lines are net of any yearly bonus amounts.

**U.S. Department of Labor v. Sharon L. Heritage, et al.**
**EXHIBIT 1.2: B+K Accrual Basis Income Statement 2008 - 2012 [1]**

| | Income Tax Basis | | | | Accrual Basis | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | [2] 2008 | | [3] 2009 | | [4] 2010 | | [5] 2011 | | [6] 31-Aug-12 | | [7] 2012 Annualized | |
| **Revenue** | | | | | | | | | | | | |
| Service Fees | 15,005,032 | 99.5% | 15,409,876 | 99.9% | 27,489,487 | 99.8% | 21,525,331 | 99.6% | 19,051,716 | 99.4% | 28,577,574 | 99.4% |
| Interest - ESOT | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Dividends & Interest | 61,380 | 0.4% | - | 0.0% | - | 0.0% | 161,582 | 0.7% | 111,021 | 0.6% | 166,532 | 0.6% |
| Cost Reimbursements | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Other | 10,623 | 0.1% | 20,361 | 0.1% | 61,094 | 0.2% | (71,075) | -0.3% | - | 0.0% | - | 0.0% |
| **Total Revenue** | **15,077,035** | **100.0%** | **15,430,237** | **100.0%** | **27,550,581** | **100.0%** | **21,615,838** | **100.0%** | **19,162,737** | **100.0%** | **28,744,106** | **100.0%** |
| *Revenue Growth* | | | *2.34%* | | *78.55%* | | *-21.54%* | | *-11.35%* | | *50.00%* | |
| **Operating Expenses** | | | | | | | | | | | | |
| Depreciation & Amortization | 441,362 | 2.9% | 175,909 | 1.1% | 213,933 | 0.8% | 210,555 | 1.0% | 122,279 | 0.6% | 183,419 | 0.6% |
| Salaries And Wages | 5,811,929 | 38.5% | 7,379,253 | 47.8% | 8,538,769 | 31.0% | 8,332,560 | 38.5% | 6,626,275 | 34.6% | 9,939,413 | 34.6% |
| [8] Bonuses | 2,352,000 | 15.6% | 1,579,000 | 10.2% | 2,904,000 | 10.5% | 3,129,000 | 14.5% | - | 0.0% | - | 0.0% |
| Engineering Consultants/Subconsultants | 2,221,372 | 14.7% | 1,577,431 | 10.2% | 4,712,169 | 17.1% | 3,153,738 | 14.6% | 3,855,785 | 20.1% | 5,783,678 | 20.1% |
| Taxes, Other Than Income Taxes | 1,048,317 | 7.0% | 1,154,341 | 7.5% | 1,670,891 | 6.1% | 1,541,916 | 7.1% | 1,213,562 | 6.3% | 1,820,343 | 6.3% |
| Profit Sharing Plan Contribution/401k | 819,891 | 5.4% | 906,128 | 5.9% | 994,575 | 3.6% | 1,132,532 | 5.2% | 600,000 | 3.1% | 900,000 | 3.1% |
| Insurance | 624,917 | 4.1% | 757,188 | 4.9% | 1,067,057 | 3.9% | 1,053,496 | 4.9% | 617,800 | 3.2% | 926,700 | 3.2% |
| Office | 240,951 | 1.6% | 288,970 | 1.9% | 363,278 | 1.3% | 361,826 | 1.7% | 209,485 | 1.1% | 314,228 | 1.1% |
| Rent | 345,941 | 2.3% | 343,001 | 2.2% | 335,421 | 1.2% | 300,995 | 1.4% | 186,056 | 1.0% | 279,084 | 1.0% |
| Outside Services | 83,967 | 0.6% | 96,189 | 0.6% | 77,191 | 0.3% | 287,754 | 1.3% | 148,515 | 0.8% | 222,773 | 0.8% |
| Vehicle | 186,631 | 1.2% | 170,400 | 1.1% | 190,849 | 0.7% | 236,111 | 1.1% | 154,805 | 0.8% | 232,208 | 0.8% |
| Travel | 197,536 | 1.3% | 183,207 | 1.2% | 156,170 | 0.6% | 222,239 | 1.0% | 196,581 | 1.0% | 294,872 | 1.0% |
| Telephone And Utilities | 81,778 | 0.5% | 80,691 | 0.5% | 91,288 | 0.3% | 97,587 | 0.5% | 66,103 | 0.3% | 99,155 | 0.3% |
| Reproduction | 30,777 | 0.2% | 21,853 | 0.1% | 63,045 | 0.2% | 66,761 | 0.3% | 68,716 | 0.4% | 103,074 | 0.4% |
| Employees' Benefits | 47,715 | 0.3% | 62,228 | 0.4% | 90,075 | 0.3% | 56,579 | 0.3% | 31,043 | 0.2% | 46,565 | 0.2% |
| Advertising, Entertainment And Promotion | 23,410 | 0.2% | 30,285 | 0.2% | 33,805 | 0.1% | 50,371 | 0.2% | 33,794 | 0.2% | 50,691 | 0.2% |
| Seminars and Conventions | 35,148 | 0.2% | 40,215 | 0.3% | 31,770 | 0.1% | 37,266 | 0.2% | 32,594 | 0.2% | 48,891 | 0.2% |
| Professional Fees | 29,726 | 0.2% | 27,556 | 0.2% | 24,212 | 0.1% | 33,160 | 0.2% | 17,187 | 0.1% | 25,781 | 0.1% |
| Licenses, Dues, and Subscription | 25,222 | 0.2% | 26,301 | 0.2% | 37,987 | 0.1% | 40,620 | 0.2% | 21,747 | 0.1% | 32,621 | 0.1% |
| Other Direct Costs | 19,620 | 0.1% | 26,852 | 0.2% | 9,793 | 0.0% | - | 0.0% | 6,939 | 0.0% | 10,409 | 0.0% |
| **Total Operating Expenses** | **14,668,210** | **97.3%** | **14,926,998** | **96.7%** | **21,606,278** | **78.4%** | **20,345,066** | **94.1%** | **14,209,266** | **74.2%** | **21,313,899** | **74.2%** |
| **Operating Income** | **408,825** | **2.7%** | **503,239** | **3.3%** | **5,944,303** | **21.6%** | **1,270,772** | **5.9%** | **4,953,471** | **25.8%** | **7,430,207** | **25.8%** |
| *Operating Margin* | *2.7%* | | *3.3%* | | *21.6%* | | *5.9%* | | *25.8%* | | *25.8%* | |
| Interest Expense | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% |
| **Pretax Income** | **408,825** | **2.7%** | **503,239** | **3.3%** | **5,944,303** | **21.6%** | **1,270,772** | **5.9%** | **4,953,471** | **25.8%** | **7,430,207** | **25.8%** |
| Income Taxes | 148,300 | 1.0% | 172,900 | 1.1% | 2,092,667 | 7.6% | 422,000 | 2.0% | 1,830,900 | 9.6% | 2,746,350 | 9.6% |
| **Net Income** | **260,525** | **1.7%** | **330,339** | **2.1%** | **3,851,636** | **14.0%** | **848,772** | **3.9%** | **3,122,571** | **16.3%** | **4,683,857** | **16.3%** |
| *Net Income Margin* | *1.7%* | | *2.1%* | | *14.0%* | | *3.9%* | | *16.3%* | | *16.3%* | |
| *Effective Tax Rate* | *36.3%* | | *34.4%* | | *35.2%* | | *33.2%* | | *37.0%* | | *37.0%* | |

**Notes/Sources:**

[1]   I understand that B+K financials for 2008 and 2009 include both BKC and BKM (See LIBRA-DOL INV004796 - 4803 at 7612). For 2010, 2011 and August 31, 2012, separate financials were prepared for BKC and BKM, but those financials have been consolidated for purposes of this presentation.

[2]   RHYL001155 - 1490 at RHYL001173.

[3]   RHYL001491 - 1781 at RHYL001510.

[4]   RHYL000549 - 587 at RHYL000550.

[5]   RHYL000588 - 679 at RHYL000634 - 635.

[6]   RHYL000680 - 836 at RHYL000685. These workpapers only include year-to-date financials through August 31, 2012.

[7]   Represents an annualization of the 8/31/2012 accrual financials.

[8]   Bonus amounts are not included in the Robert HY Leong compiled financial statements. They have been added retrospectively based on information provided by LVA by Brian Bowers (LIBRA-DOL INV004215 - 4216 at LIBRA-DOL INV004216). Salaries and Wages expense lines are net of any yearly bonus amounts.

**U.S. Department of Labor v. Sharon L. Heritage, et al.**
**EXHIBIT 1.3: BKC Cash Basis Income Statement 2008 - 2011 [1]**

| | Income Tax Basis | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | [2] 2008 | | [3] 2009 | | [4] 2010 | | [5] 2011 | |
| **Revenue** | | | | | | | | |
| Service Fees | 15,005,032 | 99.5% | 15,409,876 | 99.9% | 17,735,364 | 94.6% | 20,394,339 | 96.3% |
| Interest - ESOT | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Dividends & Interest | 61,380 | 0.4% | - | 0.0% | - | 0.0% | 161,582 | 0.8% |
| Cost Reimbursements | - | 0.0% | - | 0.0% | 950,000 | 5.1% | 700,000 | 3.3% |
| Other | 10,623 | 0.1% | 20,361 | 0.1% | 61,094 | 0.3% | (71,075) | -0.3% |
| **Total Revenue** | **15,077,035** | **100.0%** | **15,430,237** | **100.0%** | **18,746,458** | **100.0%** | **21,184,846** | **100.0%** |
| *Revenue Growth* | | | *2.34%* | | *21.49%* | | *13.01%* | |
| | | | | | | | | |
| **Operating Expenses** | | | | | | | | |
| Depreciation & Amortization | 441,362 | 2.9% | 175,909 | 1.1% | 214,257 | 1.1% | 208,570 | 1.0% |
| Salaries And Wages | 5,811,929 | 38.5% | 7,379,253 | 47.8% | 7,194,179 | 38.4% | 8,156,286 | 38.5% |
| [6] Bonuses | 2,352,000 | 15.6% | 1,579,000 | 10.2% | 2,904,000 | 15.5% | 3,129,000 | 14.8% |
| Engineering Consultants/Subconsultants | 2,221,372 | 14.7% | 1,577,431 | 10.2% | 1,792,099 | 9.6% | 2,430,306 | 11.5% |
| Taxes, Other Than Income Taxes | 1,048,317 | 7.0% | 1,154,341 | 7.5% | 1,363,626 | 7.3% | 1,523,984 | 7.2% |
| Profit Sharing Plan Contribution/401k | 819,891 | 5.4% | 906,128 | 5.9% | 994,575 | 5.3% | 1,132,532 | 5.3% |
| Insurance | 624,917 | 4.1% | 757,188 | 4.9% | 1,049,594 | 5.6% | 1,050,956 | 5.0% |
| Office | 240,951 | 1.6% | 288,970 | 1.9% | 336,898 | 1.8% | 352,941 | 1.7% |
| Rent | 345,941 | 2.3% | 343,001 | 2.2% | 335,421 | 1.8% | 300,995 | 1.4% |
| Outside Services | 83,967 | 0.6% | 96,189 | 0.6% | 54,290 | 0.3% | 287,754 | 1.4% |
| Vehicle | 186,631 | 1.2% | 170,400 | 1.1% | 183,092 | 1.0% | 236,111 | 1.1% |
| Travel | 197,536 | 1.3% | 183,207 | 1.2% | 153,878 | 0.8% | 220,611 | 1.0% |
| Telephone And Utilities | 81,778 | 0.5% | 80,691 | 0.5% | 84,892 | 0.5% | 97,587 | 0.5% |
| Reproduction | 30,777 | 0.2% | 21,853 | 0.1% | 33,084 | 0.2% | 59,924 | 0.3% |
| Employees' Benefits | 47,715 | 0.3% | 62,228 | 0.4% | 80,075 | 0.4% | 56,579 | 0.3% |
| Advertising, Entertainment And Promotion | 23,410 | 0.2% | 30,285 | 0.2% | 33,805 | 0.2% | 50,371 | 0.2% |
| Seminars and Conventions | 35,148 | 0.2% | 40,215 | 0.3% | 31,770 | 0.2% | 37,266 | 0.2% |
| Professional Fees | 29,726 | 0.2% | 27,556 | 0.2% | 18,464 | 0.1% | 33,160 | 0.2% |
| Licenses, Dues, and Subscription | 25,222 | 0.2% | 26,301 | 0.2% | 37,987 | 0.2% | 40,620 | 0.2% |
| Other Direct Costs | 19,620 | 0.1% | 26,852 | 0.2% | 9,793 | 0.1% | - | 0.0% |
| **Total Operating Expenses** | **14,668,210** | **97.3%** | **14,926,998** | **96.7%** | **16,905,779** | **90.2%** | **19,405,553** | **91.6%** |
| | | | | | | | | |
| **Operating Income** | **408,825** | **2.7%** | **503,239** | **3.3%** | **1,840,679** | **9.8%** | **1,779,293** | **8.4%** |
| *Operating Margin* | *2.7%* | | *3.3%* | | *9.8%* | | *8.4%* | |
| | | | | | | | | |
| Interest Expense | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| **Pretax Income** | **408,825** | **2.7%** | **503,239** | **3.3%** | **1,840,679** | **9.8%** | **1,779,293** | **8.4%** |
| | | | | | | | | |
| Income Taxes | 148,300 | 1.0% | 172,900 | 1.1% | 626,667 | 3.3% | 628,000 | 3.0% |
| **Net Income** | **260,525** | **1.7%** | **330,339** | **2.1%** | **1,214,012** | **6.5%** | **1,151,293** | **5.4%** |
| *Net Income Margin* | *1.7%* | | *2.1%* | | *6.5%* | | *5.4%* | |
| *Effective Tax Rate* | *36.3%* | | *34.4%* | | *34.0%* | | *35.3%* | |

**Notes/Sources:**

[1] 2010 & 2011 represent standalone BKC financials. I understand that B+K financials for 2008 and 2009 include both BKC and BKM (See LIBRA-DOL INV004796 - 4803 at 7612). Because I do not have available a breakdown of 2008 and 2009 financials between BKC and BKM, I have used the B+K financials.

[2] RHYL001155 - 1490 at RHYL001173.

[3] RHYL001491 - 1781 at RHYL001510.

[4] RHYL001782 - 2120 at RHYL001817.

[5] RHYL002121 - 2425 at RHYL002128.

[6] Bonus amounts are not included in the Robert HY Leong compiled financial statements. They have been added retrospectively based on information provided to LVA by Brian Bowers (LIBRA-DOL INV004215 - 4216 at LIBRA-DOL INV004216). Salaries and Wages expense lines are net of any yearly bonus amounts.

**U.S. Department of Labor v. Sharon L. Heritage, et al.**
**EXHIBIT 1.4: BKC Accrual Basis Income Statement 2008 - 2011 [1]**

| | Income Tax Basis | | | | Accrual Basis | | | |
|---|---|---|---|---|---|---|---|---|
| | [2] 2008 | | [3] 2009 | | [4] 2010 | | [5] 2011 | |
| **Revenue** | | | | | | | | |
| Service Fees | 15,005,032 | 99.5% | 15,409,876 | 99.9% | 23,358,663 | 95.9% | 20,119,338 | 96.2% |
| Interest - ESOT | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Dividends & Interest | 61,380 | 0.4% | - | 0.0% | - | 0.0% | 161,582 | 0.8% |
| Cost Reimbursements | - | 0.0% | - | 0.0% | 950,000 | 3.9% | 700,000 | 3.3% |
| Other | 10,623 | 0.1% | 20,361 | 0.1% | 61,094 | 0.3% | (71,075) | -0.3% |
| **Total Revenue** | **15,077,035** | **100.0%** | **15,430,237** | **100.0%** | **24,369,757** | **100.0%** | **20,909,845** | **100.0%** |
| *Revenue Growth* | | | *2.34%* | | *57.94%* | | *-14.20%* | |
| | | | | | | | | |
| **Operating Expenses** | | | | | | | | |
| Depreciation & Amortization | 441,362 | 2.9% | 175,909 | 1.1% | 213,933 | 0.9% | 210,555 | 1.0% |
| Salaries And Wages | 5,811,929 | 38.5% | 7,379,253 | 47.8% | 8,538,769 | 35.0% | 8,332,560 | 39.8% |
| [6] Bonuses | 2,352,000 | 15.6% | 1,579,000 | 10.2% | 2,904,000 | 11.9% | 3,129,000 | 15.0% |
| Engineering Consultants/Subconsultants | 2,221,372 | 14.7% | 1,577,431 | 10.2% | 2,342,792 | 9.6% | 2,194,283 | 10.5% |
| Taxes, Other Than Income Taxes | 1,048,317 | 7.0% | 1,154,341 | 7.5% | 1,592,626 | 6.5% | 1,522,184 | 7.3% |
| Profit Sharing Plan Contribution/401k | 819,891 | 5.4% | 906,128 | 5.9% | 994,575 | 4.1% | 1,132,532 | 5.4% |
| Insurance | 624,917 | 4.1% | 757,188 | 4.9% | 1,059,594 | 4.3% | 1,050,956 | 5.0% |
| Office | 240,951 | 1.6% | 288,970 | 1.9% | 351,898 | 1.4% | 352,941 | 1.7% |
| Rent | 345,941 | 2.3% | 343,001 | 2.2% | 335,421 | 1.4% | 300,995 | 1.4% |
| Outside Services | 83,967 | 0.6% | 96,189 | 0.6% | 54,290 | 0.2% | 287,754 | 1.4% |
| Vehicle | 186,631 | 1.2% | 170,400 | 1.1% | 190,092 | 0.8% | 236,111 | 1.1% |
| Travel | 197,536 | 1.3% | 183,207 | 1.2% | 153,878 | 0.6% | 220,611 | 1.1% |
| Telephone And Utilities | 81,778 | 0.5% | 80,691 | 0.5% | 89,892 | 0.4% | 97,587 | 0.5% |
| Reproduction | 30,777 | 0.2% | 21,853 | 0.1% | 36,084 | 0.1% | 59,924 | 0.3% |
| Employees' Benefits | 47,715 | 0.3% | 62,228 | 0.4% | 90,075 | 0.4% | 56,579 | 0.3% |
| Advertising, Entertainment And Promotion | 23,410 | 0.2% | 30,285 | 0.2% | 33,805 | 0.1% | 50,371 | 0.2% |
| Seminars and Conventions | 35,148 | 0.2% | 40,215 | 0.3% | 31,770 | 0.1% | 37,266 | 0.2% |
| Professional Fees | 29,726 | 0.2% | 27,556 | 0.2% | 18,464 | 0.1% | 33,160 | 0.2% |
| Licenses, Dues, and Subscription | 25,222 | 0.2% | 26,301 | 0.2% | 37,987 | 0.2% | 40,620 | 0.2% |
| Other Direct Costs | 19,620 | 0.1% | 26,852 | 0.2% | 9,793 | 0.0% | - | 0.0% |
| **Total Operating Expenses** | **14,668,210** | **97.3%** | **14,926,998** | **96.7%** | **19,079,738** | **78.3%** | **19,345,989** | **92.5%** |
| | | | | | | | | |
| **Operating Income** | **408,825** | **2.7%** | **503,239** | **3.3%** | **5,290,019** | **21.7%** | **1,563,856** | **7.5%** |
| *Operating Margin* | *2.7%* | | *3.3%* | | *21.7%* | | *7.5%* | |
| | | | | | | | | |
| Interest Expense | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| **Pretax Income** | **408,825** | **2.7%** | **503,239** | **3.3%** | **5,290,019** | **21.7%** | **1,563,856** | **7.5%** |
| | | | | | | | | |
| Income Taxes | 148,300 | 1.0% | 172,900 | 1.1% | 1,833,667 | 7.5% | 541,000 | 2.6% |
| **Net Income** | **260,525** | **1.7%** | **330,339** | **2.1%** | **3,456,352** | **14.2%** | **1,022,856** | **4.9%** |
| *Net Income Margin* | *1.7%* | | *2.1%* | | *14.2%* | | *4.9%* | |
| *Effective Tax Rate* | *36.3%* | | *34.4%* | | *34.7%* | | *34.6%* | |

**Notes/Sources:**

[1] 2010 & 2011 represent standalone BKC financials. I understand that B+K financials for 2008 and 2009 include both BKC and BKM (See LIBRA-DOL INV004796 - 4803 at 7612). Because I do not have available a breakdown of 2008 and 2009 financials between BKC and BKM, I have used the B+K financials.

[2] RHYL001155 - 1490 at RHYL001173.

[3] RHYL001491 - 1781 at RHYL001510.

[4] RHYL000549 - 587 at RHYL000550.

[5] RHYL000588 - 679 at RHYL000637.

[6] Bonus amounts are not included in the Robert HY Leong compiled financial statements. They have been added retrospectively based on information provided to LVA by Brian Bowers (LIBRA-DOL INV004215 - 4216 at LIBRA-DOL INV004216). Salaries and Wages expense lines are net of any yearly bonus amounts.

**U.S. Department of Labor v. Sharon L. Heritage, et al.**
**EXHIBIT 1.5: Accrual and Cash Basis Income Statements 2010 - 2011**

| | Income Tax Basis | | | | | | Accrual Basis | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [1] Cons. 2010 | [2] Mgt. 2010 | =[1]+[2] Comb. 2010 | [3] Cons. 2011 | [4] Mgt. 2011 | =[3]+[4] Comb. 2011 | [5] Cons. 2010 | [5] Mgt. 2010 | [5] Comb. 2010 | [6] Cons. 2011 | [6] Mgt. 2011 | [7] Comb. 2011 |
| **Revenue** | | | | | | | | | | | | |
| Service Fees | 17,735,364 | 3,858,026 | 21,593,390 | 20,394,339 | 1,609,777 | 22,004,116 | 23,358,663 | 4,130,824 | 27,489,487 | 20,119,338 | 1,405,993 | 21,525,331 |
| Interest - ESOT | - | - | - | - | - | - | - | - | - | - | - | - |
| Dividends & Interest | - | - | - | 161,582 | - | 161,582 | - | - | - | 161,582 | - | 161,582 |
| Cost Reimbursements | 950,000 | - | 950,000 | 700,000 | - | 700,000 | 950,000 | (950,000) | - | 700,000 | (700,000) | - |
| Other | 61,094 | - | 61,094 | (71,075) | - | (71,075) | 61,094 | - | 61,094 | (71,075) | - | (71,075) |
| **Total Revenue** | **18,746,458** | **3,858,026** | **22,604,484** | **21,184,846** | **1,609,777** | **22,794,623** | **24,369,757** | **3,180,824** | **27,550,581** | **20,909,845** | **705,993** | **21,615,838** |
| *Revenue Growth* | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | |
| Depreciation & Amortization | 214,257 | - | 214,257 | 208,570 | - | 208,570 | 213,933 | - | 213,933 | 210,555 | - | 210,555 |
| Salaries And Wages | 7,194,179 | 623,719 | 7,817,898 | 8,156,286 | 433,842 | 8,590,128 | 8,538,769 | - | 8,538,769 | 8,332,560 | - | 8,332,560 |
| [8] Bonuses | 2,904,000 | - | 2,904,000 | 3,129,000 | - | 3,129,000 | 2,904,000 | - | 2,904,000 | 3,129,000 | - | 3,129,000 |
| Engineering Consultants/Subconsultants | 1,792,099 | 2,348,459 | 4,140,558 | 2,430,306 | 655,095 | 3,085,401 | 2,342,792 | 2,369,377 | 4,712,169 | 2,194,283 | 959,455 | 3,153,738 |
| Taxes, Other Than Income Taxes | 1,363,626 | 103,803 | 1,467,429 | 1,523,984 | 73,250 | 1,597,234 | 1,592,626 | 78,265 | 1,670,891 | 1,522,184 | 19,732 | 1,541,916 |
| Profit Sharing Plan Contribution/401k | 994,575 | 73,408 | 1,067,983 | 1,132,532 | 52,164 | 1,184,696 | 994,575 | - | 994,575 | 1,132,532 | - | 1,132,532 |
| Insurance | 1,049,594 | 47,354 | 1,096,948 | 1,050,956 | 36,513 | 1,087,469 | 1,059,594 | 7,463 | 1,067,057 | 1,050,956 | 2,540 | 1,053,496 |
| Office | 336,898 | 49,091 | 385,989 | 352,941 | 57,161 | 410,102 | 351,898 | 11,380 | 363,278 | 352,941 | 8,885 | 361,826 |
| Rent | 335,421 | 33,542 | 368,963 | 300,995 | 23,553 | 324,548 | 335,421 | - | 335,421 | 300,995 | - | 300,995 |
| Outside Services | 54,290 | 22,901 | 77,191 | 287,754 | 21,304 | 309,058 | 54,290 | 22,901 | 77,191 | 287,754 | - | 287,754 |
| Vehicle | 183,092 | 9,912 | 193,004 | 236,111 | 18,486 | 254,597 | 190,092 | 757 | 190,849 | 236,111 | - | 236,111 |
| Travel | 153,878 | 6,815 | 160,693 | 220,611 | 5,869 | 226,480 | 153,878 | 2,292 | 156,170 | 220,611 | 1,628 | 222,239 |
| Telephone And Utilities | 84,892 | 9,885 | 94,777 | 97,587 | 6,897 | 104,484 | 89,892 | 1,396 | 91,288 | 97,587 | - | 97,587 |
| Reproduction | 33,084 | 30,269 | 63,353 | 59,924 | 11,526 | 71,450 | 36,084 | 26,961 | 63,045 | 59,924 | 6,837 | 66,761 |
| Employees' Benefits | 80,075 | 4,564 | 84,639 | 56,579 | 17,263 | 73,842 | 90,075 | - | 90,075 | 56,579 | - | 56,579 |
| Advertising, Entertainment And Promotion | 33,805 | 6,085 | 39,890 | 50,371 | - | 50,371 | 33,805 | - | 33,805 | 50,371 | - | 50,371 |
| Seminars and Conventions | 31,770 | 3,187 | 34,957 | 37,266 | 2,099 | 39,365 | 31,770 | - | 31,770 | 37,266 | - | 37,266 |
| Professional Fees | 18,464 | 5,748 | 24,212 | 33,160 | 2,595 | 35,755 | 18,464 | 5,748 | 24,212 | 33,160 | - | 33,160 |
| Licenses, Dues, and Subscription | 37,987 | - | 37,987 | 40,620 | - | 40,620 | 37,987 | - | 37,987 | 40,620 | - | 40,620 |
| Other Direct Costs | 9,793 | 65,580 | 75,373 | - | - | - | 9,793 | - | 9,793 | - | - | - |
| **Total Operating Expenses** | **16,905,779** | **3,444,322** | **20,350,101** | **19,405,553** | **1,417,617** | **20,823,170** | **19,079,738** | **2,526,540** | **21,606,278** | **19,345,989** | **999,077** | **20,345,066** |
| | | | | | | | | | | | | |
| **Operating Income** | **1,840,679** | **413,704** | **2,254,383** | **1,779,293** | **192,160** | **1,971,453** | **5,290,019** | **654,284** | **5,944,303** | **1,563,856** | **(293,084)** | **1,270,772** |
| *Operating Margin* | *9.8%* | *10.7%* | *10.0%* | *8.4%* | *11.9%* | *8.6%* | *21.7%* | *20.6%* | *21.6%* | *7.5%* | *-41.5%* | *5.9%* |
| | | | | | | | | | | | | |
| Interest Expense | - | - | - | - | - | - | - | - | - | - | - | - |
| **Pretax Income** | **1,840,679** | **413,704** | **2,254,383** | **1,779,293** | **192,160** | **1,971,453** | **5,290,019** | **654,284** | **5,944,303** | **1,563,856** | **(293,084)** | **1,270,772** |
| | | | | | | | | | | | | |
| Income Taxes | 626,667 | 162,000 | 788,667 | 628,000 | 75,000 | 703,000 | 1,833,667 | 259,000 | 2,092,667 | 541,000 | (119,000) | 422,000 |
| **Net Income** | **1,214,012** | **251,704** | **1,465,716** | **1,151,293** | **117,160** | **1,268,453** | **3,456,352** | **395,284** | **3,851,636** | **1,022,856** | **(174,084)** | **848,772** |
| *Net Income Margin* | *6.5%* | *6.5%* | *6.5%* | *5.4%* | *7.3%* | *5.6%* | *14.2%* | *12.4%* | *14.0%* | *4.9%* | *-24.7%* | *3.9%* |
| *Effective Tax Rate* | *34.0%* | *39.2%* | *35.0%* | *35.3%* | *39.0%* | *35.7%* | *34.7%* | *39.6%* | *35.2%* | *34.6%* | *40.6%* | *33.2%* |

Notes/Sources:
[1]  RHYL001782 - 2120 at RHYL001817.
[2]  RHYL000549 - 587 at RHYL000563.
[3]  RHYL002121 - 2425 at RHYL002128.
[4]  RHYL000588 - 679 at RHYL000672.
[5]  RHYL000549 - 587 at RHYL000550.
[6]  RHYL000588 - 679 at RHYL000637.
[7]  RHYL000588 - 679 at RHYL000634 - 635.
[8]  Bonus amounts are not included in the Robert HY Leong compiled financial statements. They have been added retrospectively based on information provided to LVA by Brian Bowers (LIBRA-DOL INV004215 - 4216 at LIBRA-DOL INV004216). Salaries and Wages lines are net of any yearly bonus amounts.

**U.S. Department of Labor v. Sharon L. Heritage, et al.**
**EXHIBIT 1.6: Common Size Accrual and Cash Basis Income Statements 2010 - 2011**

| | Income Tax Basis | | | | | | Accrual Basis | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [1] Cons. 2010 | [2] Mgt. 2010 | =[1]+[2] Comb. 2010 | [3] Cons. 2011 | [4] Mgt. 2011 | =[3]+[4] Comb. 2011 | [5] Cons. 2010 | [5] Mgt. 2010 | [5] Comb. 2010 | [6] Cons. 2011 | [6] Mgt. 2011 | [7] Comb. 2011 |
| **Revenue** | | | | | | | | | | | | |
| Service Fees | 94.6% | 100.0% | 95.5% | 96.3% | 100.0% | 96.5% | 95.9% | 129.9% | 99.8% | 96.2% | 199.2% | 99.6% |
| Interest - ESOT | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Dividends & Interest | 0.0% | 0.0% | 0.0% | 0.8% | 0.0% | 0.7% | 0.0% | 0.0% | 0.0% | 0.8% | 0.0% | 0.7% |
| Cost Reimbursements | 5.1% | 0.0% | 4.2% | 3.3% | 0.0% | 3.1% | 3.9% | -29.9% | 0.0% | 0.0% | 3.3% | 0.0% |
| Other | 0.3% | 0.0% | 0.3% | -0.3% | 0.0% | -0.3% | 0.3% | 0.0% | 0.2% | -0.3% | 0.0% | -0.3% |
| **Total Revenue** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| *Revenue Growth* | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | |
| Depreciation & Amortization | 1.1% | 0.0% | 0.9% | 1.0% | 0.0% | 0.9% | 0.9% | 0.0% | 0.8% | 1.0% | 0.0% | 1.0% |
| Salaries And Wages | 38.4% | 16.2% | 34.6% | 38.5% | 27.0% | 37.7% | 35.0% | 0.0% | 31.0% | 39.8% | 0.0% | 38.5% |
| [8] Bonuses | 15.5% | 0.0% | 12.8% | 14.8% | 0.0% | 13.7% | 11.9% | 0.0% | 10.5% | 15.0% | 0.0% | 14.5% |
| Engineering Consultants/Subconsultants | 9.6% | 60.9% | 18.3% | 11.5% | 40.7% | 13.5% | 9.6% | 74.5% | 17.1% | 10.5% | 135.9% | 14.6% |
| Taxes, Other Than Income Taxes | 7.3% | 2.7% | 6.5% | 7.2% | 4.6% | 7.0% | 6.5% | 2.5% | 6.1% | 7.3% | 2.8% | 7.1% |
| Profit Sharing Plan Contribution/401k | 5.3% | 1.9% | 4.7% | 5.3% | 3.2% | 5.2% | 4.1% | 0.0% | 3.6% | 5.4% | 0.0% | 5.2% |
| Insurance | 5.6% | 1.2% | 4.9% | 5.0% | 2.3% | 4.8% | 4.3% | 0.2% | 3.9% | 5.0% | 0.4% | 4.9% |
| Office | 1.8% | 1.3% | 1.7% | 1.7% | 3.6% | 1.8% | 1.4% | 0.4% | 1.3% | 1.7% | 1.3% | 1.7% |
| Rent | 1.8% | 0.9% | 1.6% | 1.4% | 1.5% | 1.4% | 1.4% | 0.0% | 1.2% | 1.4% | 0.0% | 1.4% |
| Outside Services | 0.3% | 0.6% | 0.3% | 1.4% | 1.3% | 1.4% | 0.2% | 0.7% | 0.3% | 1.4% | 0.0% | 1.3% |
| Vehicle | 1.0% | 0.3% | 0.9% | 1.1% | 1.1% | 1.1% | 0.8% | 0.0% | 0.7% | 1.1% | 0.0% | 1.1% |
| Travel | 0.8% | 0.2% | 0.7% | 1.0% | 0.4% | 1.0% | 0.6% | 0.1% | 0.6% | 1.1% | 0.0% | 1.0% |
| Telephone And Utilities | 0.5% | 0.3% | 0.4% | 0.5% | 0.4% | 0.5% | 0.4% | 0.0% | 0.3% | 0.5% | 0.0% | 0.5% |
| Reproduction | 0.2% | 0.8% | 0.3% | 0.3% | 0.7% | 0.3% | 0.1% | 0.8% | 0.2% | 0.3% | 1.0% | 0.3% |
| Employees' Benefits | 0.4% | 0.1% | 0.4% | 0.3% | 1.1% | 0.3% | 0.4% | 0.0% | 0.3% | 0.3% | 0.0% | 0.3% |
| Advertising, Entertainment And Promotion | 0.2% | 0.2% | 0.2% | 0.2% | 0.0% | 0.2% | 0.1% | 0.0% | 0.1% | 0.2% | 0.0% | 0.2% |
| Seminars and Conventions | 0.2% | 0.1% | 0.2% | 0.2% | 0.1% | 0.2% | 0.1% | 0.0% | 0.1% | 0.2% | 0.0% | 0.2% |
| Professional Fees | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.2% | 0.1% | 0.2% | 0.1% | 0.2% | 0.0% | 0.2% |
| Licenses, Dues, and Subscription | 0.2% | 0.0% | 0.2% | 0.2% | 0.0% | 0.2% | 0.2% | 0.0% | 0.1% | 0.2% | 0.0% | 0.2% |
| Other Direct Costs | 0.1% | 1.7% | 0.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Total Operating Expenses** | **90.2%** | **89.3%** | **90.0%** | **91.6%** | **88.1%** | **91.4%** | **78.3%** | **79.4%** | **78.4%** | **92.5%** | **141.5%** | **94.1%** |
| | | | | | | | | | | | | |
| **Operating Income** | **9.8%** | **10.7%** | **10.0%** | **8.4%** | **11.9%** | **8.6%** | **21.7%** | **20.6%** | **21.6%** | **7.5%** | **-41.5%** | **5.9%** |
| | | | | | | | | | | | | |
| Interest Expense | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Pretax Income** | **9.8%** | **10.7%** | **10.0%** | **8.4%** | **11.9%** | **8.6%** | **21.7%** | **20.6%** | **21.6%** | **7.5%** | **-41.5%** | **5.9%** |
| | | | | | | | | | | | | |
| Income Taxes | 3.3% | 4.2% | 3.5% | 3.0% | 4.7% | 3.1% | 7.5% | 8.1% | 7.6% | 2.6% | -16.9% | 2.0% |
| **Net Income** | **6.5%** | **6.5%** | **6.5%** | **5.4%** | **7.3%** | **5.6%** | **14.2%** | **12.4%** | **14.0%** | **4.9%** | **-24.7%** | **3.9%** |

Notes/Sources:
[1]  RHYL001782 - 2120 at RHYL001817.
[2]  RHYL000549 - 587 at RHYL000563.
[3]  RHYL002121 - 2425 at RHYL002128.
[4]  RHYL000588 - 679 at RHYL000672.
[5]  RHYL000549 - 587 at RHYL000550.
[6]  RHYL000588 - 679 at RHYL000637.
[7]  RHYL000588 - 679 at RHYL000634 - 635.
[8]  Bonus amounts are not included in the Robert HY Leong compiled financial statements. They have been added retrospectively based on information provided to
      LVA by Brian Bowers (LIBRA-DOL.INV004215 - 4216 at LIBRA-DOL.INV004216). Salaries and Wages expense lines are net of any yearly bonus amounts.

**U.S. Department of Labor v. Sharon L. Heritage, et al.**
**EXHIBIT 2.1: B+K Cash Basis Balance Sheet 2008 - 2011 [1]**

| | Income Tax Basis | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | [2] 2008 | | [3] 2009 | | [4], [5] 2010 | | [6], [7] 2011 | |
| ASSETS | | | | | | | | |
| **Current Assets** | | | | | | | | |
| Cash | 313,466 | 14.1% | 702,747 | 25.9% | 638,165 | 13.5% | 401,684 | 7.4% |
| General Excise Tax Refund Receivable | - | 0.0% | - | 0.0% | 30,677 | 0.6% | 7,092 | 0.1% |
| Investments in Marketable Securities | - | 0.0% | - | 0.0% | - | 0.0% | 3,364,161 | 61.7% |
| Investments in LLCs | - | 0.0% | - | 0.0% | - | 0.0% | 248,674 | 4.6% |
| Investments | 202,465 | 9.1% | 266,295 | 9.8% | 2,546,605 | 53.7% | - | 0.0% |
| Advances to Officers | 11,400 | 0.5% | 5,000 | 0.2% | 5,400 | 0.1% | 4,800 | 0.1% |
| Prepaid Income Taxes | 19,813 | 0.9% | - | 0.0% | - | 0.0% | 155,999 | 2.9% |
| **Total Current Assets** | **547,144** | **24.7%** | **974,042** | **35.9%** | **3,220,847** | **67.9%** | **4,182,410** | **76.7%** |
| | | | | | | | | |
| Property & Equipment | | | | | | | | |
| Furniture, Fixtures and Equipment | 430,907 | 19.4% | 433,416 | 16.0% | 500,912 | 10.6% | 596,642 | 10.9% |
| Leasehold Improvements | 728,422 | 32.8% | 728,422 | 26.8% | 728,422 | 15.4% | 728,422 | 13.4% |
| Vehicles | 668,773 | 30.1% | 724,406 | 26.7% | 814,859 | 17.2% | 864,740 | 15.9% |
| Gross Property & Equipment | 1,828,102 | 82.4% | 1,886,244 | 69.5% | 2,044,193 | 43.1% | 2,189,804 | 40.1% |
| | | | | | | | | |
| Accumulated Depreciation | (909,592) | -41.0% | (1,041,801) | -38.4% | (1,239,066) | -26.1% | (1,447,635) | -26.5% |
| Net Property and Equipment | 918,510 | 41.4% | 844,443 | 31.1% | 805,127 | 17.0% | 742,169 | 13.6% |
| | | | | | | | | |
| Notes Receivable From Affiliate | 753,451 | 34.0% | 897,413 | 33.0% | 715,319 | 15.1% | 530,717 | 9.7% |
| **Total Assets** | **2,219,105** | **100.0%** | **2,715,898** | **100.0%** | **4,741,293** | **100.0%** | **5,455,296** | **100.0%** |
| | | | | | | | | |
| LIABILITIES & SHAREHOLDERS EQUITY | | | | | | | | |
| | | | | | | | | |
| **Current Liabilities** | | | | | | | | |
| Accrued Liabilities | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Taxes, Other than Income Taxes | 1,227 | 0.1% | 50,807 | 1.9% | 34,383 | 0.7% | 11,521 | 0.2% |
| Profit Sharing Plan Contribution Payable | 819,891 | 36.9% | 906,129 | 33.4% | 994,575 | 21.0% | 1,132,532 | 20.8% |
| Income Taxes Payable | - | 0.0% | 29,713 | 1.1% | 569,545 | 12.0% | - | 0.0% |
| Other Current Liabilities | - | 0.0% | 923 | 0.0% | - | 0.0% | - | 0.0% |
| **Total Liabilities** | **821,118** | **37.0%** | **987,572** | **36.4%** | **1,598,503** | **33.7%** | **1,144,053** | **21.0%** |
| | | | | | | | | |
| **Shareholders' Equity** | | | | | | | | |
| Common Stock | 10,000 | 0.5% | 10,000 | 0.4% | 20,000 | 0.4% | 20,000 | 0.4% |
| Retained Earnings | 1,387,987 | 62.5% | 1,718,326 | 63.3% | 3,122,790 | 65.9% | 4,291,243 | 78.7% |
| **Total Shareholders' Equity** | **1,397,987** | **63.0%** | **1,728,326** | **63.6%** | **3,142,790** | **66.3%** | **4,311,243** | **79.0%** |
| | | | | | | | | |
| **Total Liab. & Shareholders' Equity** | **2,219,105** | **100.0%** | **2,715,898** | **100.0%** | **4,741,293** | **100.0%** | **5,455,296** | **100.0%** |
| | | | | | | | | |
| Total Common Shares Outstanding | 100 | | 100 | | 100 | | 100 | |

**Notes/Sources:**

[1]   I understand that B+K financials for 2008 and 2009 include both BKC and BKM (See LIBRA-DOL INV004796 - 4803 at 7612). For 2010 and 2011, separate financials were prepared
       for BKC and BKM, but those financials have been consolidated for purposes of this presentation.
[2]   RHYL001155 - 1490 at RHYL001172.
[3]   RHYL001491 - 1781 at RHYL001509.
[4]   RHYL001782 - 2120 at RHYL001816.
[5]   RHYL000549 - 587 at RHYL000562.
[6]   RHYL002121 - 2425 at RHYL002127.
[7]   RHYL000588 - 679 at RHYL000671.

**U.S. Department of Labor v. Sharon L. Heritage, et al.**
**EXHIBIT 2.2: B+K Accrual Basis Balance Sheet 2008 - 2012 [1]**

| | Income Tax Basis | | | | Accrual Basis | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | [2] 2008 | | [3] 2009 | | [4] 2010 | | [5] 2011 | | [6] 31-Aug-12 | |
| ASSETS | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | |
| Cash | 313,466 | 14.1% | 702,747 | 25.9% | 638,165 | 5.8% | 401,685 | 3.7% | 3,389,992 | 22.0% |
| Contracts Receivable | - | 0.0% | - | 0.0% | 4,157,052 | 37.6% | 3,956,267 | 36.0% | 2,701,320 | 17.6% |
| Allowance for Doubtful Accounts | - | 0.0% | - | 0.0% | (32,804) | -0.3% | (28,572) | -0.3% | - | 0.0% |
| Costs in Excess of Billings | - | 0.0% | - | 0.0% | 1,771,849 | 16.0% | 1,489,617 | 13.5% | 4,105,595 | 26.7% |
| General Excise Tax Refund Receivable | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Investments | 202,465 | 9.1% | 266,295 | 9.8% | 2,664,925 | 24.1% | - | 0.0% | - | 0.0% |
| Investments in Marketable Securities | - | 0.0% | - | 0.0% | - | 0.0% | 3,173,903 | 28.9% | 3,438,502 | 22.3% |
| Investments in LLC's | - | 0.0% | - | 0.0% | - | 0.0% | 248,674 | 2.3% | 248,674 | 1.6% |
| Advances to Officers | 11,400 | 0.5% | 5,000 | 0.2% | 5,400 | 0.0% | 4,800 | 0.0% | 4,800 | 0.0% |
| Employee Advances | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Note Receivable from Affiliate | - | 0.0% | - | 0.0% | - | 0.0% | 121,843 | 1.1% | 90,998 | 0.6% |
| Prepaid Income Taxes | 19,813 | 0.9% | - | 0.0% | - | 0.0% | 155,999 | 1.4% | - | 0.0% |
| **Total Current Assets** | **547,144** | **24.7%** | **974,042** | **35.9%** | **9,204,587** | **83.3%** | **9,524,216** | **86.6%** | **13,979,881** | **90.8%** |
| | | | | | | | | | | |
| Property & Equipment | | | | | | | | | | |
| Furniture, Fixtures and Equipment | 430,907 | 19.4% | 433,416 | 16.0% | 500,912 | 4.5% | 596,642 | 5.4% | 619,329 | 4.0% |
| Leasehold Improvements | 728,422 | 32.8% | 728,422 | 26.8% | 728,422 | 6.6% | 728,422 | 6.6% | 728,422 | 4.7% |
| Vehicles | 668,773 | 30.1% | 724,406 | 26.7% | 814,859 | 7.4% | 864,740 | 7.9% | 962,326 | 6.3% |
| Gross Property & Equipment | 1,828,102 | 82.4% | 1,886,244 | 69.5% | 2,044,193 | 18.5% | 2,189,804 | 19.9% | 2,310,077 | 15.0% |
| | | | | | | | | | | |
| Accumulated Depreciation | (909,592) | -41.0% | (1,041,801) | -38.4% | (918,220) | -8.3% | (1,128,774) | -10.3% | (1,226,039) | -8.0% |
| Net Property and Equipment | 918,510 | 41.4% | 844,443 | 31.1% | 1,125,973 | 10.2% | 1,061,030 | 9.7% | 1,084,038 | 7.0% |
| | | | | | | | | | | |
| Notes Receivable From Affiliate | 753,451 | 34.0% | 897,413 | 33.0% | 715,319 | 6.5% | 408,874 | 3.7% | 325,724 | 2.1% |
| **Total Assets** | **2,219,105** | **100.0%** | **2,715,898** | **100.0%** | **11,045,879** | **100.0%** | **10,994,120** | **100.0%** | **15,389,643** | **100.0%** |
| | | | | | | | | | | |
| LIABILITIES & SHAREHOLDERS EQUITY | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | |
| Accounts Payable | - | 0.0% | - | 0.0% | 621,611 | 5.6% | 689,948 | 6.3% | 752,532 | 4.9% |
| Accrued Liabilities | - | 0.0% | - | 0.0% | 1,344,590 | 12.2% | 1,520,864 | 13.8% | 1,625,643 | 10.6% |
| Taxes, Other than Income Taxes | 1,227 | 0.1% | 50,807 | 1.9% | 244,006 | 2.2% | 220,029 | 2.0% | 353,522 | 2.3% |
| Profit Sharing Plan Contribution Payable | 819,891 | 36.9% | 906,129 | 33.4% | 994,575 | 9.0% | 1,132,532 | 10.3% | 600,000 | 3.9% |
| Income Taxes Payable | - | 0.0% | 29,713 | 1.1% | 569,545 | 5.2% | - | 0.0% | 877,501 | 5.7% |
| Deferred Income Taxes Payable | - | 0.0% | - | 0.0% | 1,346,000 | 12.2% | 957,000 | 8.7% | 1,478,900 | 9.6% |
| Other Current Liabilities | - | 0.0% | 923 | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| **Total Liabilities** | **821,118** | **37.0%** | **987,572** | **36.4%** | **5,120,327** | **46.4%** | **4,520,373** | **41.1%** | **5,688,098** | **37.0%** |
| | | | | | | | | | | |
| **Shareholders' Equity** | | | | | | | | | | |
| Common Stock | 10,000 | 0.5% | 10,000 | 0.4% | 20,000 | 0.2% | 20,000 | 0.2% | 20,000 | 0.1% |
| Retained Earnings | 1,387,987 | 62.5% | 1,718,326 | 63.3% | 5,829,232 | 52.8% | 6,578,005 | 59.8% | 9,700,576 | 63.0% |
| Accumulated Other Comprehensive Income | - | 0.0% | - | 0.0% | 76,320 | 0.7% | (124,258) | -1.1% | (19,031) | -0.1% |
| **Total Shareholders' Equity** | **1,397,987** | **63.0%** | **1,728,326** | **63.6%** | **5,925,552** | **53.6%** | **6,473,747** | **58.9%** | **9,701,545** | **63.0%** |
| | | | | | | | | | | |
| **Total Liab. & Shareholders' Equity** | **2,219,105** | **100.0%** | **2,715,898** | **100.0%** | **11,045,879** | **100.0%** | **10,994,120** | **100.0%** | **15,389,643** | **100.0%** |
| | | | | | | | | | | |
| Total Common Shares Outstanding | 100 | | 100 | | n/a | | n/a | | n/a | |

**Notes/Sources:**

[1]   I understand that B+K financials for 2008 and 2009 include both BKC and BKM (See LIBRA-DOL INV004796 - 4803 at 7612). For 2010 and 2011, separate financials were prepared
      for BKC and BKM, but those financials have been consolidated for purposes of this presentation.

[2]   RHYL001155 - 1490 at RHYL001172.

[3]   RHYL001491 - 1781 at RHYL001509.

[4]   RHYL000549 - 587 at RHYL000550.

[5]   RHYL000588 - 679 at RHYL000629, RHYL000632 - 633.

[6]   RHYL000680 - 836 at RHYL000683 - 684. These workpapers only include year-to-date financials through August 31, 2012.

**U.S. Department of Labor v. Sharon L. Heritage, et al.**
**EXHIBIT 2.3: BKC Cash Basis Balance Sheet 2008 - 2011 [1]**

| | Income Tax Basis | | | | | | | |
| | [2] 2008 | | [3] 2009 | | [4] 2010 | | [5] 2011 | |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| **Current Assets** | | | | | | | | |
| Cash | 313,466 | 14.1% | 702,747 | 25.9% | 238,690 | 5.5% | 84,345 | 1.7% |
| General Excise Tax Refund Receivable | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Investments in Marketable Securities | - | 0.0% | - | 0.0% | - | 0.0% | 3,364,161 | 66.8% |
| Investments in LLCs | - | 0.0% | - | 0.0% | - | 0.0% | 248,674 | 4.9% |
| Investments | 202,465 | 9.1% | 266,295 | 9.8% | 2,546,605 | 59.1% | - | 0.0% |
| Advances to Officers | 11,400 | 0.5% | 5,000 | 0.2% | 5,400 | 0.1% | 4,800 | 0.1% |
| Prepaid Income Taxes | 19,813 | 0.9% | - | 0.0% | - | 0.0% | 62,818 | 1.2% |
| **Total Current Assets** | **547,144** | **24.7%** | **974,042** | **35.9%** | **2,790,695** | **64.7%** | **3,764,798** | **74.7%** |
| | | | | | | | | |
| Property & Equipment | | | | | | | | |
| Furniture, Fixtures and Equipment | 430,907 | 19.4% | 433,416 | 16.0% | 500,912 | 11.6% | 596,642 | 11.8% |
| Leasehold Improvements | 728,422 | 32.8% | 728,422 | 26.8% | 728,422 | 16.9% | 728,422 | 14.5% |
| Vehicles | 668,773 | 30.1% | 724,406 | 26.7% | 814,859 | 18.9% | 864,740 | 17.2% |
| Gross Property & Equipment | 1,828,102 | 82.4% | 1,886,244 | 69.5% | 2,044,193 | 47.4% | 2,189,804 | 43.5% |
| | | | | | | | | |
| Accumulated Depreciation | (909,592) | -41.0% | (1,041,801) | -38.4% | (1,239,066) | -28.7% | (1,447,635) | -28.7% |
| Net Property and Equipment | 918,510 | 41.4% | 844,443 | 31.1% | 805,127 | 18.7% | 742,169 | 14.7% |
| | | | | | | | | |
| Notes Receivable From Affiliate | 753,451 | 34.0% | 897,413 | 33.0% | 715,319 | 16.6% | 530,717 | 10.5% |
| **Total Assets** | **2,219,105** | **100.0%** | **2,715,898** | **100.0%** | **4,311,141** | **100.0%** | **5,037,684** | **100.0%** |
| | | | | | | | | |
| LIABILITIES & SHAREHOLDERS EQUITY | | | | | | | | |
| | | | | | | | | |
| **Current Liabilities** | | | | | | | | |
| Accrued Liabilities | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Taxes, Other than Income Taxes | 1,227 | 0.1% | 50,807 | 1.9% | 34,383 | 0.8% | 11,521 | 0.2% |
| Profit Sharing Plan Contribution Payable | 819,891 | 36.9% | 906,129 | 33.4% | 994,575 | 23.1% | 1,132,532 | 22.5% |
| Income Taxes Payable | - | 0.0% | 29,713 | 1.1% | 439,845 | 10.2% | - | 0.0% |
| Other Current Liabilities | - | 0.0% | 923 | 0.0% | - | 0.0% | - | 0.0% |
| **Total Liabilities** | **821,118** | **37.0%** | **987,572** | **36.4%** | **1,468,803** | **34.1%** | **1,144,053** | **22.7%** |
| | | | | | | | | |
| **Shareholders' Equity** | | | | | | | | |
| Common Stock | 10,000 | 0.5% | 10,000 | 0.4% | 10,000 | 0.2% | 10,000 | 0.2% |
| Retained Earnings | 1,387,987 | 62.5% | 1,718,326 | 63.3% | 2,832,338 | 65.7% | 3,883,631 | 77.1% |
| **Total Shareholders' Equity** | **1,397,987** | **63.0%** | **1,728,326** | **63.6%** | **2,842,338** | **65.9%** | **3,893,631** | **77.3%** |
| | | | | | | | | |
| **Total Liab. & Shareholders' Equity** | **2,219,105** | **100.0%** | **2,715,898** | **100.0%** | **4,311,141** | **100.0%** | **5,037,684** | **100.0%** |
| | | | | | | | | |
| Total Common Shares Outstanding | 100 | | 100 | | 100 | | 100 | |

**Notes/Sources:**

[1]  2010 & 2011 represent standalone BKC financials. I understand that B+K financials for 2008 and 2009 include both BKC and BKM (See LIBRA-DOL INV004796 - 4803 at 7612). Because I
     do not have available a breakdown of 2008 and 2009 financials between BKC and BKM, I have used the B+K financials.

[2]  RHYL001155 - 1490 at RHYL001172.

[3]  RHYL001491 - 1781 at RHYL001509.

[4]  RHYL001782 - 2120 at RHYL001816.

[5]  RHYL002121 - 2425 at RHYL002127.

**U.S. Department of Labor v. Sharon L. Heritage, et al.**
**EXHIBIT 2.4: BKC Accrual Basis Balance Sheet 2008 - 2011 [1]**

| | Income Tax Basis | | | | Accrual Basis | | | |
|---|---|---|---|---|---|---|---|---|
| | [2] 2008 | | [3] 2009 | | [4] 2010 | | [5] 2011 | |
| **ASSETS** | | | | | | | | |
| **Current Assets** | | | | | | | | |
| Cash | 313,466 | 14.1% | 702,747 | 25.9% | 238,690 | 2.3% | 84,345 | 0.8% |
| Contracts Receivable | - | 0.0% | - | 0.0% | 3,884,254 | 37.4% | 3,887,253 | 37.0% |
| Allowance for Doubtful Accounts | - | 0.0% | - | 0.0% | (32,804) | -0.3% | (28,572) | -0.3% |
| Costs in Excess of Billings | - | 0.0% | - | 0.0% | 1,771,849 | 17.1% | 1,489,617 | 14.2% |
| General Excise Tax Refund Receivable | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Investments | 202,465 | 9.1% | 266,295 | 9.8% | 2,664,925 | 25.7% | - | 0.0% |
| Investments in Marketable Securities | - | 0.0% | - | 0.0% | - | 0.0% | 3,173,903 | 30.2% |
| Investments in LLC's | - | 0.0% | - | 0.0% | - | 0.0% | 248,674 | 2.4% |
| Advances to Officers | 11,400 | 0.5% | 5,000 | 0.2% | 5,400 | 0.1% | 4,800 | 0.0% |
| Employee Advances | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Note Receivable from Affiliate | - | 0.0% | - | 0.0% | - | 0.0% | 121,843 | 1.2% |
| Prepaid Income Taxes | 19,813 | 0.9% | - | 0.0% | - | 0.0% | 62,818 | 0.6% |
| **Total Current Assets** | **547,144** | **24.7%** | **974,042** | **35.9%** | **8,532,314** | **82.3%** | **9,044,681** | **86.0%** |
| | | | | | | | | |
| **Property & Equipment** | | | | | | | | |
| Furniture, Fixtures and Equipment | 430,907 | 19.4% | 433,416 | 16.0% | 500,912 | 4.8% | 596,642 | 5.7% |
| Leasehold Improvements | 728,422 | 32.8% | 728,422 | 26.8% | 728,422 | 7.0% | 728,422 | 6.9% |
| Vehicles | 668,773 | 30.1% | 724,406 | 26.7% | 814,859 | 7.9% | 864,740 | 8.2% |
| Gross Property & Equipment | 1,828,102 | 82.4% | 1,886,244 | 69.5% | 2,044,193 | 19.7% | 2,189,804 | 20.8% |
| | | | | | | | | |
| Accumulated Depreciation | (909,592) | -41.0% | (1,041,801) | -38.4% | (918,220) | -8.9% | (1,128,774) | -10.7% |
| Net Property and Equipment | 918,510 | 41.4% | 844,443 | 31.1% | 1,125,973 | 10.9% | 1,061,030 | 10.1% |
| | | | | | | | | |
| Notes Receivable From Affiliate | 753,451 | 34.0% | 897,413 | 33.0% | 715,319 | 6.9% | 408,874 | 3.9% |
| **Total Assets** | **2,219,105** | **100.0%** | **2,715,898** | **100.0%** | **10,373,606** | **100.0%** | **10,514,585** | **100.0%** |
| | | | | | | | | |
| **LIABILITIES & SHAREHOLDERS EQUITY** | | | | | | | | |
| **Current Liabilities** | | | | | | | | |
| Accounts Payable | - | 0.0% | - | 0.0% | 600,693 | 5.8% | 364,670 | 3.5% |
| Accrued Liabilities | - | 0.0% | - | 0.0% | 1,344,590 | 13.0% | 1,520,864 | 14.5% |
| Taxes, Other than Income Taxes | 1,227 | 0.1% | 50,807 | 1.9% | 263,383 | 2.5% | 238,721 | 2.3% |
| Profit Sharing Plan Contribution Payable | 819,891 | 36.9% | 906,129 | 33.4% | 994,575 | 9.6% | 1,132,532 | 10.8% |
| Income Taxes Payable | - | 0.0% | 29,713 | 1.1% | 439,845 | 4.2% | - | 0.0% |
| Deferred Income Taxes Payable | - | 0.0% | - | 0.0% | 1,249,000 | 12.0% | 1,054,000 | 10.0% |
| Other Current Liabilities | - | 0.0% | 923 | 0.0% | - | 0.0% | - | 0.0% |
| **Total Liabilities** | **821,118** | **37.0%** | **987,572** | **36.4%** | **4,892,086** | **47.2%** | **4,310,787** | **41.0%** |
| | | | | | | | | |
| **Shareholders' Equity** | | | | | | | | |
| Common Stock | 10,000 | 0.5% | 10,000 | 0.4% | 10,000 | 0.1% | 10,000 | 0.1% |
| [6]  Retained Earnings | 1,387,987 | 62.5% | 1,718,326 | 63.3% | 5,395,200 | 52.0% | 6,318,056 | 60.1% |
| Accumulated Other Comprehensive Income | | 0.0% | - | 0.0% | 76,320 | 0.7% | (124,258) | -1.2% |
| **Total Shareholders' Equity** | **1,397,987** | **63.0%** | **1,728,326** | **63.6%** | **5,481,520** | **52.8%** | **6,203,798** | **59.0%** |
| | | | | | | | | |
| **Total Liab. & Shareholders' Equity** | **2,219,105** | **100.0%** | **2,715,898** | **100.0%** | **10,373,606** | **100.0%** | **10,514,585** | **100.0%** |
| | | | | | | | | |
| Total Common Shares Outstanding | 100 | | 100 | | n/a | | n/a | |

**Notes/Sources:**

[1]  2010 & 2011 represent standalone BKC financials. I understand that B+K financials for 2008 and 2009 include both BKC and BKM (See LIBRA-DOL INV004796 - 4803 at 7612). Because I do not have available a breakdown of 2008 and 2009 financials between BKC and BKM, I have used the B+K financials.

[2]  RHYL001155 - 1490 at RHYL001172.

[3]  RHYL001491 - 1781 at RHYL001509.

[4]  RHYL000549 - 587 at RHYL000550.

[5]  RHYL000588 - 679 at RHYL000637.

[6]  In 2010 and 2011, retained earnings for B+K Consulting does not include year end net income or dividend payments. Therefore, adjustments need to be made to account for the amounts and reconcile the retained earnings to its actual year end levels. In 2010, retained earnings has been adjusted to include net income ($3,456,352) and dividend payments (-$100,000). In 2011, retained earnings has been adjusted to include net income ($1,022,856) and dividend payments (-$100,000).

**U.S. Department of Labor v. Sharon L. Heritage, et al.**
**EXHIBIT 2.5: Accrual and Cash Basis Balance Sheets 2010 - 2011**

| | Income Tax Basis | | | | | | | Accrual Basis | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [1] Cons. 2010 | [2] Mgt. 2010 | =[1]+[2] Comb. 2010 | [3] Cons. 201 | [4] Mgt. 2011 | =[3]+[4] Comb. 2011 | | [5] Cons. 2010 | [5] Mgt. 2010 | [5] Comb. 2010 | [6] Cons. 2011 | [6] Mgt. 2011 | [7] Comb. 2011 |
| ASSETS | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | |
| Cash | 238,690 | 399,475 | 638,165 | 84,345 | 317,339 | 401,684 | | 238,690 | 399,475 | 638,165 | 84,345 | 317,340 | 401,685 |
| Contracts Receivable | - | - | - | - | - | - | | 3,884,254 | 272,798 | 4,157,052 | 3,887,253 | 69,014 | 3,956,267 |
| Allowance for Doubtful Accounts | - | - | - | - | - | - | | (32,804) | - | (32,804) | (28,572) | - | (28,572) |
| Costs in Excess of Billings | - | - | - | - | - | - | | 1,771,849 | - | 1,771,849 | 1,489,617 | - | 1,489,617 |
| General Excise Tax Refund Receivable | - | 30,677 | 30,677 | - | 7,092 | 7,092 | | - | - | - | - | - | - |
| Investments | 2,546,605 | - | 2,546,605 | - | - | - | | 2,664,925 | - | 2,664,925 | - | - | - |
| Investments in Marketable Securities | - | - | - | 3,364,161 | - | 3,364,161 | | - | - | - | 3,173,903 | - | 3,173,903 |
| Investments in LLC's | - | - | - | 248,674 | - | 248,674 | | - | - | - | 248,674 | - | 248,674 |
| Advances to Officers | 5,400 | - | 5,400 | 4,800 | - | 4,800 | | 5,400 | - | 5,400 | 4,800 | - | 4,800 |
| Employee Advances | - | - | - | - | - | - | | - | - | - | - | - | - |
| Note Receivable from Affiliate | - | - | - | - | - | - | | - | - | - | 121,843 | - | 121,843 |
| Prepaid Income Taxes | - | - | - | 62,818 | 93,181 | 155,999 | | - | - | - | 62,818 | 93,181 | 155,999 |
| **Total Current Assets** | **2,790,695** | **430,152** | **3,220,847** | **3,764,798** | **417,612** | **4,182,410** | | **8,532,314** | **672,273** | **9,204,587** | **9,044,681** | **479,535** | **9,524,216** |
| | | | | | | | | | | | | | |
| Property & Equipment | | | | | | | | | | | | | |
| Furniture, Fixtures and Equipment | 500,912 | - | 500,912 | 596,642 | - | 596,642 | | 500,912 | - | 500,912 | 596,642 | - | 596,642 |
| Leasehold Improvements | 728,422 | - | 728,422 | 728,422 | - | 728,422 | | 728,422 | - | 728,422 | 728,422 | - | 728,422 |
| Vehicles | 814,859 | - | 814,859 | 864,740 | - | 864,740 | | 814,859 | - | 814,859 | 864,740 | - | 864,740 |
| Gross Property & Equipment | 2,044,193 | - | 2,044,193 | 2,189,804 | - | 2,189,804 | | 2,044,193 | - | 2,044,193 | 2,189,804 | - | 2,189,804 |
| | | | | | | | | | | | | | |
| Accumulated Depreciation | (1,239,066) | - | (1,239,066) | (1,447,635) | - | (1,447,635) | | (918,220) | - | (918,220) | (1,128,774) | - | (1,128,774) |
| Net Property and Equipment | 805,127 | - | 805,127 | 742,169 | - | 742,169 | | 1,125,973 | - | 1,125,973 | 1,061,030 | - | 1,061,030 |
| | | | | | | | | | | | | | |
| Notes Receivable From Affiliate | 715,319 | - | 715,319 | 530,717 | - | 530,717 | | 715,319 | - | 715,319 | 408,874 | - | 408,874 |
| **Total Assets** | **4,311,141** | **430,152** | **4,741,293** | **5,037,684** | **417,612** | **5,455,296** | | **10,373,606** | **672,273** | **11,045,879** | **10,514,585** | **479,535** | **10,994,120** |
| | | | | | | | | | | | | | |
| LIABILITIES & SHAREHOLDERS EQUITY | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | |
| Accounts Payable | - | - | - | - | - | - | | 600,693 | 20,918 | 621,611 | 364,670 | 325,278 | 689,948 |
| Accrued Liabilities | - | - | - | - | - | - | | 1,344,590 | - | 1,344,590 | 1,520,864 | - | 1,520,864 |
| Taxes, Other than Income Taxes | 34,383 | - | 34,383 | 11,521 | - | 11,521 | | 263,383 | (19,377) | 244,006 | 238,721 | (18,692) | 220,029 |
| Profit Sharing Plan Contribution Payable | 994,575 | - | 994,575 | 1,132,532 | - | 1,132,532 | | 994,575 | - | 994,575 | 1,132,532 | - | 1,132,532 |
| Income Taxes Payable | 439,845 | 129,700 | 569,545 | - | - | - | | 439,845 | 129,700 | 569,545 | - | - | - |
| Deferred Income Taxes Payable | - | - | - | - | - | - | | 1,249,000 | 97,000 | 1,346,000 | 1,054,000 | (97,000) | 957,000 |
| Other Current Liabilities | - | - | - | - | - | - | | - | - | - | - | - | - |
| **Total Liabilities** | **1,468,803** | **129,700** | **1,598,503** | **1,144,053** | **-** | **1,144,053** | | **4,892,086** | **228,241** | **5,120,327** | **4,310,787** | **209,586** | **4,520,373** |
| | | | | | | | | | | | | | |
| **Shareholders' Equity** | | | | | | | | | | | | | |
| Common Stock | 10,000 | 10,000 | 20,000 | 10,000 | 10,000 | 20,000 | | 10,000 | 10,000 | 20,000 | 10,000 | 10,000 | 20,000 |
| [8] Retained Earnings | 2,832,338 | 290,452 | 3,122,790 | 3,883,631 | 407,612 | 4,291,243 | | 5,395,200 | 434,032 | 5,829,232 | 6,318,056 | 259,949 | 6,578,005 |
| Accumulated Other Comprehensive Income | - | - | - | - | - | - | | 76,320 | - | 76,320 | (124,258) | - | (124,258) |
| **Total Shareholders' Equity** | **2,842,338** | **300,452** | **3,142,790** | **3,893,631** | **417,612** | **4,311,243** | | **5,481,520** | **444,032** | **5,925,552** | **6,203,798** | **269,949** | **6,473,747** |
| | | | | | | | | | | | | | |
| **Total Liab. & Shareholders' Equity** | **4,311,141** | **430,152** | **4,741,293** | **5,037,684** | **417,612** | **5,455,296** | | **10,373,606** | **672,273** | **11,045,879** | **10,514,585** | **479,535** | **10,994,120** |
| | | | | | | | | | | | | | |
| Total Common Shares Outstanding | 100 | 100 | 100 | 100 | 100 | 100 | | n/a | n/a | n/a | n/a | n/a | n/a |

**Notes/Sources:**

[1] RHYL001782 - 2120 at RHYL001816.
[2] RHYL000549 - 587 at RHYL000562.
[3] RHYL002121 - 2425 at RHYL002127.                                                                                                      10,994,120
[4] RHYL000588 - 679 at RHYL000671.                                                                                                              -
[5] RHYL000549 - 587 at RHYL000550.
[6] RHYL000588 - 679 at RHYL000637.
[7] RHYL000588 - 679 at RHYL000629, RHYL000632 - 633.
[8] In 2010 and 2011, retained earnings for B+K Consulting and B+K Management does not include year end net income or dividend payments. Therefore, adjustments need to be made to account for the amounts and reconcile the retained earnings to its actual year end levels. In 2010, B+K Consulting's retained earnings has been adjusted to include 2010 net income (\$3,456,352) and dividend payments (-\$100,000); B+K Management's has been adjusted to include net income (\$395,284). In 2011, B+K Consulting's retained earnings has been adjusted to include net income (\$1,022,856) and dividend payments (-\$100,000); B+K Management's has been adjusted to include net income (-\$174,084).

**U.S. Department of Labor v. Sharon L. Heritage, et al.**
**EXHIBIT 2.6: Common Size Accrual and Cash Basis Balance Sheets 2010 - 2011**

| | Income Tax Basis | | | | | | Accrual Basis | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [1] Cons. 2010 | [2] Mgt. 2010 | =[1]+[2] Comb. 2010 | [3] Cons. 201 | [4] Mgt. 2011 | =[3]+[4] Comb. 2011 | [5] Cons. 2010 | [5] Mgt. 2010 | [5] Comb. 2010 | [6] Cons. 2011 | [6] Mgt. 2011 | [7] Comb. 2011 |
| **ASSETS** | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | |
| Cash | 5.5% | 92.9% | 13.5% | 1.7% | 76.0% | 7.4% | 2.3% | 59.4% | 5.8% | 0.8% | 66.2% | 3.7% |
| Contracts Receivable | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 37.4% | 40.6% | 37.6% | 37.0% | 14.4% | 36.0% |
| Allowance for Doubtful Accounts | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -0.3% | 0.0% | -0.3% | -0.3% | 0.0% | -0.3% |
| Costs in Excess of Billings | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 17.1% | 0.0% | 16.0% | 14.2% | 0.0% | 13.5% |
| General Excise Tax Refund Receivable | 0.0% | 7.1% | 0.6% | 0.0% | 1.7% | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Investments | 59.1% | 0.0% | 53.7% | 0.0% | 0.0% | 0.0% | 25.7% | 0.0% | 24.1% | 0.0% | 0.0% | 0.0% |
| Investments in Marketable Securities | 0.0% | 0.0% | 0.0% | 66.8% | 0.0% | 61.7% | 0.0% | 0.0% | 0.0% | 30.2% | 0.0% | 28.9% |
| Investments in LLC's | 0.0% | 0.0% | 0.0% | 4.9% | 0.0% | 4.6% | 0.0% | 0.0% | 0.0% | 2.4% | 0.0% | 2.3% |
| Advances to Officers | 0.1% | 0.0% | 0.1% | 0.1% | 0.0% | 0.1% | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Employee Advances | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Note Receivable from Affiliate | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 1.2% | 0.0% | 1.1% |
| Prepaid Income Taxes | 0.0% | 0.0% | 0.0% | 1.2% | 22.3% | 2.9% | 0.0% | 0.0% | 0.0% | 0.6% | 19.4% | 1.4% |
| **Total Current Assets** | **64.7%** | **100.0%** | **67.9%** | **74.7%** | **100.0%** | **76.7%** | **82.3%** | **100.0%** | **83.3%** | **86.0%** | **100.0%** | **86.6%** |
| | | | | | | | | | | | | |
| Property & Equipment | | | | | | | | | | | | |
| Furniture, Fixtures and Equipment | 11.6% | 0.0% | 10.6% | 11.8% | 0.0% | 10.9% | 4.8% | 0.0% | 4.5% | 5.7% | 0.0% | 5.4% |
| Leasehold Improvements | 16.9% | 0.0% | 15.4% | 14.5% | 0.0% | 13.4% | 7.0% | 0.0% | 6.6% | 6.9% | 0.0% | 6.6% |
| Vehicles | 18.9% | 0.0% | 17.2% | 17.2% | 0.0% | 15.9% | 7.9% | 0.0% | 7.4% | 8.2% | 0.0% | 7.9% |
| Gross Property & Equipment | 47.4% | 0.0% | 43.1% | 43.5% | 0.0% | 40.1% | 19.7% | 0.0% | 18.5% | 20.8% | 0.0% | 19.9% |
| | | | | | | | | | | | | |
| Accumulated Depreciation | -28.7% | 0.0% | -26.1% | -28.7% | 0.0% | -26.5% | -8.9% | 0.0% | -8.3% | -10.7% | 0.0% | -10.3% |
| Net Property and Equipment | 18.7% | 0.0% | 17.0% | 14.7% | 0.0% | 13.6% | 10.9% | 0.0% | 10.2% | 10.1% | 0.0% | 9.7% |
| | | | | | | | | | | | | |
| Notes Receivable From Affiliate | 16.6% | 0.0% | 15.1% | 10.5% | 0.0% | 9.7% | 6.9% | 0.0% | 6.5% | 3.9% | 0.0% | 3.7% |
| **Total Assets** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| | | | | | | | | | | | | |
| LIABILITIES & SHAREHOLDERS EQUITY | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | |
| Accounts Payable | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 5.8% | 3.1% | 5.6% | 3.5% | 67.8% | 6.3% |
| Accrued Liabilities | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 13.0% | 0.0% | 12.2% | 14.5% | 0.0% | 13.8% |
| Taxes, Other than Income Taxes | 0.8% | 0.0% | 0.7% | 0.2% | 0.0% | 0.2% | 2.5% | -2.9% | 2.2% | 2.3% | -3.9% | 2.0% |
| Profit Sharing Plan Contribution Payable | 23.1% | 0.0% | 21.0% | 22.5% | 0.0% | 20.8% | 9.6% | 0.0% | 9.0% | 10.8% | 0.0% | 10.3% |
| Income Taxes Payable | 10.2% | 30.2% | 12.0% | 0.0% | 0.0% | 0.0% | 4.2% | 19.3% | 5.2% | 0.0% | 0.0% | 0.0% |
| Deferred Income Taxes Payable | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 12.0% | 14.4% | 12.2% | 10.0% | -20.2% | 8.7% |
| Other Current Liabilities | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Total Liabilities** | **34.1%** | **30.2%** | **33.7%** | **22.7%** | **0.0%** | **21.0%** | **47.2%** | **34.0%** | **46.4%** | **41.0%** | **43.7%** | **41.1%** |
| | | | | | | | | | | | | |
| **Shareholders' Equity** | | | | | | | | | | | | |
| Common Stock | 0.2% | 2.3% | 0.4% | 0.2% | 2.4% | 0.4% | 0.1% | 1.5% | 0.2% | 0.1% | 2.1% | 0.2% |
| Retained Earnings | 65.7% | 67.5% | 65.9% | 77.1% | 97.6% | 78.7% | 52.0% | 64.6% | 52.8% | 60.1% | 54.2% | 59.8% |
| Accumulated Other Comprehensive Income | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.7% | 0.0% | 0.7% | -1.2% | 0.0% | -1.1% |
| **Total Shareholders' Equity** | **65.9%** | **69.8%** | **66.3%** | **77.3%** | **100.0%** | **79.0%** | **52.8%** | **66.0%** | **53.6%** | **59.0%** | **56.3%** | **58.9%** |
| | | | | | | | | | | | | |
| **Total Liab. & Shareholders' Equity** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| | | | | | | | | | | | | |
| Total Common Shares Outstanding | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | n/a | n/a | n/a | n/a | n/a | n/a |

Notes/Sources:
[1]  RHYL001782 - 2120 at RHYL001816.
[2]  RHYL000549 - 587 at RHYL000562.
[3]  RHYL002121 - 2425 at RHYL002127.
[4]  RHYL000588 - 679 at RHYL000671.
[5]  RHYL000549 - 587 at RHYL000550.
[6]  RHYL000588 - 679 at RHYL000637.
[7]  RHYL000588 - 679 at RHYL000629, RHYL000632 - 633.

**U.S. Department of Labor v. Sharon L. Heritage, et al.**
**EXHIBIT 3.0: Accrual Basis Income Statement 2012 - 2017 Actual Results ($ in 000's)[1]**

| | | [2] 2012 | | [3] 2013 | | [3] 2014 | | [3] 2015 | | [3] 2016 | | [3] 2017 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | | 25,234 | 100.0% | 23,845 | 100.0% | 29,540 | 100.0% | 32,270 | 100.0% | 36,669 | 100.0% | 48,237 | 100.0% |
| *Revenue Growth* | | | | *-5.5%* | | *23.9%* | | *9.2%* | | *13.6%* | | *31.5%* | |
| | | | | | | | | | | | | | |
| **Operating Expenses** | ESOP and Int. | | | | | | | | | | | | |
| Depreciation & Amortization | | 264 | 1.0% | 198 | 0.8% | 204 | 0.7% | 228 | 0.7% | 243 | 0.7% | 267 | 0.6% |
| Salaries And Wages | | 8,969 | 35.5% | 8,689 | 36.4% | 10,560 | 35.7% | 11,752 | 36.4% | 13,654 | 37.2% | 16,396 | 34.0% |
| Bonuses | | 2,476 | 9.8% | 1,829 | 7.7% | 2,115 | 7.2% | 2,429 | 7.5% | 2,777 | 7.6% | 2,880 | 6.0% |
| Engineering Consultants/Subconsultants | | 2,923 | 11.6% | 3,362 | 14.1% | 4,728 | 16.0% | 4,822 | 14.9% | 5,686 | 15.5% | 7,937 | 16.5% |
| Taxes, Other Than Income Taxes | | 1,747 | 6.9% | 1,692 | 7.1% | 2,209 | 7.5% | 2,168 | 6.7% | 2,469 | 6.7% | 3,157 | 6.5% |
| Profit Sharing Plan Contribution/401k | | 257 | 1.0% | 258 | 1.1% | 299 | 1.0% | 344 | 1.1% | 368 | 1.0% | 429 | 0.9% |
| [5] ESOP Compensation | | 497 | 2.0% | 359 | 1.5% | 504 | 1.7% | 727 | 2.3% | 889 | 2.4% | 1,424 | 3.0% |
| Insurance | | 973 | 3.9% | 1,032 | 4.3% | 1,164 | 3.9% | 1,415 | 4.4% | 1,659 | 4.5% | 1,968 | 4.1% |
| Office | | 327 | 1.3% | 369 | 1.5% | 526 | 1.8% | 443 | 1.4% | 516 | 1.4% | 586 | 1.2% |
| Rent | | 272 | 1.1% | 311 | 1.3% | 357 | 1.2% | 390 | 1.2% | 414 | 1.1% | 389 | 0.8% |
| Outside Services | | 203 | 0.8% | 237 | 1.0% | 190 | 0.6% | 250 | 0.8% | 240 | 0.7% | 441 | 0.9% |
| Vehicle | | 226 | 0.9% | 245 | 1.0% | 262 | 0.9% | 228 | 0.7% | 229 | 0.6% | 251 | 0.5% |
| Travel | | 291 | 1.2% | 318 | 1.3% | 309 | 1.0% | 281 | 0.9% | 370 | 1.0% | 443 | 0.9% |
| Telephone And Utilities | | 104 | 0.4% | 125 | 0.5% | 136 | 0.5% | 149 | 0.5% | 134 | 0.4% | 146 | 0.3% |
| Reproduction | | 48 | 0.2% | 74 | 0.3% | 77 | 0.3% | 55 | 0.2% | 96 | 0.3% | 80 | 0.2% |
| Employees' Benefits | | 48 | 0.2% | 55 | 0.2% | 78 | 0.3% | 104 | 0.3% | 92 | 0.3% | 113 | 0.2% |
| Advertising, Entertainment And Promotion | | 45 | 0.2% | 30 | 0.1% | 30 | 0.1% | 39 | 0.1% | 67 | 0.2% | 75 | 0.2% |
| Other Operating Expenses | | 218 | 0.9% | 235 | 1.0% | 297 | 1.0% | 251 | 0.8% | 434 | 1.2% | 727 | 1.5% |
| **Total Operating Expenses** | | 19,888 | 78.8% | 19,418 | 81.4% | 24,045 | 81.4% | 26,075 | 80.8% | 30,337 | 82.7% | 37,709 | 78.2% |
| | | | | | | | | | | | | | |
| **Operating Income** | | 5,346 | 21.2% | 4,427 | 18.6% | 5,495 | 18.6% | 6,195 | 19.2% | 6,332 | 17.3% | 10,528 | 21.8% |
| *Operating Margin* | | *21.2%* | | *18.6%* | | *18.6%* | | *19.2%* | | *17.3%* | | *21.8%* | |
| | | | | | | | | | | | | | |
| [6] Interest Expense | | 130 | 0.5% | 2,274 | 9.5% | 2,134 | 7.2% | 2,069 | 6.4% | 2,001 | 5.5% | 1,928 | 4.0% |
| [7] Interest & Dividend (Income) | | (150) | -0.6% | (132) | -0.6% | (130) | -0.4% | (150) | -0.5% | (194) | -0.5% | (222) | -0.5% |
| **Pretax Income** | | 5,366 | 21.3% | 2,285 | 9.6% | 3,491 | 11.8% | 4,276 | 13.3% | 4,525 | 12.3% | 8,822 | 18.3% |
| | | | | | | | | | | | | | |
| Income Taxes | | 2,067 | 8.2% | 175 | 0.7% | - | 0.0% | 12 | 0.0% | - | 0.0% | - | 0.0% |
| **Net Income** | | 3,299 | 13.1% | 2,110 | 8.8% | 3,491 | 11.8% | 4,264 | 13.2% | 4,525 | 12.3% | 8,822 | 18.3% |
| *Net Income Margin* | | *13.1%* | | *8.8%* | | *11.8%* | | *13.2%* | | *12.3%* | | *18.3%* | |
| *Effective Tax Rate* | | *38.5%* | | *7.7%* | | *0.0%* | | *0.3%* | | *0.0%* | | *0.0%* | |
| | | | | | | | | | | | | | |
| **Income Statement Adjustments Made by LVA [4]** | | | | | | | | | | | | | |
| Actual ESOP Compensation | | 497 | 2.0% | 359 | 1.5% | 504 | 1.7% | 727 | 2.3% | 889 | 2.4% | 1,424 | 3.0% |
| Adjusted ESOP Compensation | | 497 | 2.0% | 359 | 1.5% | 1,000 | 3.4% | 1,250 | 3.9% | 1,250 | 3.4% | 1,750 | 3.6% |
| Actual Bonuses | | 2,476 | 9.8% | 1,829 | 7.7% | 2,115 | 7.2% | 2,429 | 7.5% | 2,777 | 7.6% | 2,880 | 6.0% |
| Adjusted Bonuses | | 1,686 | 6.7% | 1,829 | 7.7% | 2,115 | 7.2% | 2,429 | 7.5% | 2,777 | 7.6% | 2,880 | 6.0% |
| Actual Interest Expense | | 130 | 0.5% | 2,274 | 9.5% | 2,134 | 7.2% | 2,069 | 6.4% | 2,001 | 5.5% | 1,928 | 4.0% |
| Adjusted Interest Expense | | 3,127 | 12.4% | 2,274 | 9.5% | 2,134 | 7.2% | 2,069 | 6.4% | 2,001 | 5.5% | 1,928 | 4.0% |
| Actual Income Taxes | | 2,067 | 8.2% | 175 | 0.7% | - | 0.0% | 12 | 0.0% | - | 0.0% | - | 0.0% |
| Adjusted Income Taxes to 40 percent | | 1,264 | 5.0% | 914 | 3.8% | 1,198 | 4.1% | 1,501 | 4.7% | 1,666 | 4.5% | 3,398 | 7.0% |
| **Total Adjustment to Pretax Income** | | (2,207) | | - | | (496) | | (523) | | (361) | | (326) | |

Notes/Sources:
[1]  There may be certain small, immaterial rounding errors when compared directly to LVA's valuation reports due to unavailable units of data. LVA presents their financials in thousands, leaving ambiguity as to the dollar place units.
[2]  SAK004236 - 4292 at SAK004277.
[3]  SAK004939 - 5001 at SAK004984.
[4]  Libra Valuation Advisors (LVA) adjusts certain expense line items in the annual valuation reports. Those adjusted figures have been returned to the actual amounts for purposes of this presentation.
[5]  In 2012, there is a minor discrepancy between LVA's financials and Robert HY Leong's compiled financial statements (RHYL000837 - 1013 at RHYL000956). The difference remains unclear.
[6]  Robert HY Leong's compiled accrual financial statements classify interest expense as an operating expense. See RHYL000837 - 1013 at RHYL000843, 966 and RHYL001014 - 2014 at RHYL001046.
[7]  Robert HY Leong's compiled accrual financial statements classify interest and dividend income as revenue. See RHYL000837 - 1013 at RHYL000843, 966 and RHYL001014 - 2014 at RHYL001046.

U.S. Department of Labor v. Sharon L. Heritage, et al.
**EXHIBIT 4.0: Bowers + Kubota 5-Year Projections [1]**

| | Actuals | | Projections | | Pro Forma Combined | | Projections | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 8/31/2012 | | 9/1/2012 - 12/31/2012 | | 2012 | | 2013 | | 2014 | | 2015 | | 2016 | | 2017 | |
| **Total Revenue** | 19,162,737 | 100.0% | 9,695,300 | 100.0% | 28,858,037 | 100.0% | 23,462,000 | 100.0% | 24,635,100 | 100.0% | 25,866,855 | 100.0% | 27,160,198 | 100.0% | 28,518,208 | 100.0% |
| *Revenue Growth* | *n/a* | | *n/a* | | *n/a* | | *-18.7%* | | *5.0%* | | *5.0%* | | *5.0%* | | *5.0%* | |
| | | | | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | | | | |
| Salaries and wages | 6,626,275 | 34.6% | 2,582,464 | 26.6% | 9,208,739 | 31.9% | 8,151,806 | 34.7% | 8,559,396 | 34.7% | 8,987,366 | 34.7% | 9,436,734 | 34.7% | 9,908,571 | 34.7% |
| Subconsultants | 3,855,785 | 20.1% | 1,554,000 | 16.0% | 5,409,785 | 18.7% | 2,000,000 | 8.5% | 2,000,000 | 8.1% | 2,000,000 | 7.7% | 2,000,000 | 7.4% | 2,000,000 | 7.0% |
| Taxes-Other than Income Tax | 1,213,562 | 6.3% | 319,132 | 3.3% | 1,532,694 | 5.3% | 1,702,842 | 7.3% | 1,891,879 | 7.7% | 2,101,997 | 8.1% | 2,335,239 | 8.6% | 2,594,479 | 9.1% |
| Insurance | 617,800 | 3.2% | 350,000 | 3.6% | 967,800 | 3.4% | 1,111,563 | 4.7% | 1,276,682 | 5.2% | 1,466,329 | 5.7% | 1,684,148 | 6.2% | 1,934,322 | 6.8% |
| Profit Sharing Contribution | 600,000 | 3.1% | - | 0.0% | 600,000 | 2.1% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Office | 209,485 | 1.1% | 116,667 | 1.2% | 326,152 | 1.1% | 372,529 | 1.6% | 425,502 | 1.7% | 486,006 | 1.9% | 555,115 | 2.0% | 634,050 | 2.2% |
| Travel | 196,581 | 1.0% | 66,667 | 0.7% | 263,248 | 0.9% | 272,402 | 1.2% | 281,875 | 1.1% | 291,677 | 1.1% | 301,820 | 1.1% | 312,316 | 1.1% |
| Rent | 186,056 | 1.0% | 116,667 | 1.2% | 302,723 | 1.0% | 311,804 | 1.3% | 321,158 | 1.3% | 330,793 | 1.3% | 340,717 | 1.3% | 350,939 | 1.2% |
| Vehicle | 154,805 | 0.8% | 66,667 | 0.7% | 221,472 | 0.8% | 239,351 | 1.0% | 258,674 | 1.1% | 279,557 | 1.1% | 302,126 | 1.1% | 326,516 | 1.1% |
| Outside Service | 148,515 | 0.8% | 20,000 | 0.2% | 168,515 | 0.6% | 185,367 | 0.8% | 203,903 | 0.8% | 224,293 | 0.9% | 246,723 | 0.9% | 271,395 | 1.0% |
| Depreciation | 122,279 | 0.6% | 66,667 | 0.7% | 188,946 | 0.7% | 200,000 | 0.9% | 210,000 | 0.9% | 220,500 | 0.9% | 231,525 | 0.9% | 243,101 | 0.9% |
| Reproduction | 68,716 | 0.4% | 13,333 | 0.1% | 82,049 | 0.3% | 86,152 | 0.4% | 90,459 | 0.4% | 94,982 | 0.4% | 99,731 | 0.4% | 104,718 | 0.4% |
| Telephone and Utilities | 66,103 | 0.3% | 26,667 | 0.3% | 92,770 | 0.3% | 98,630 | 0.4% | 104,861 | 0.4% | 111,485 | 0.4% | 118,528 | 0.4% | 126,015 | 0.4% |
| Advertising, Ent., and Promotion, | 33,794 | 0.2% | 10,000 | 0.1% | 43,794 | 0.2% | 53,041 | 0.2% | 64,240 | 0.3% | 77,803 | 0.3% | 94,251 | 0.3% | 114,127 | 0.4% |
| Seminars and conventions | 32,594 | 0.2% | 13,333 | 0.1% | 45,927 | 0.2% | 47,247 | 0.2% | 48,604 | 0.2% | 50,001 | 0.2% | 51,438 | 0.2% | 52,916 | 0.2% |
| Employee Benefits | 31,043 | 0.2% | 10,000 | 0.1% | 41,043 | 0.1% | 45,777 | 0.2% | 51,058 | 0.2% | 56,948 | 0.2% | 63,517 | 0.2% | 70,843 | 0.2% |
| Licenses, Dues, Subscriptions | 21,747 | 0.1% | 7,000 | 0.1% | 28,747 | 0.1% | 32,384 | 0.1% | 36,482 | 0.1% | 41,097 | 0.2% | 46,297 | 0.2% | 52,155 | 0.2% |
| Professional Fees | 17,187 | 0.1% | 10,000 | 0.1% | 27,187 | 0.1% | 28,472 | 0.1% | 29,817 | 0.1% | 31,226 | 0.1% | 32,701 | 0.1% | 34,246 | 0.1% |
| Projected Bonuses | - | 0.0% | 850,000 | 8.8% | 850,000 | 2.9% | 892,500 | 3.8% | 937,125 | 3.8% | 983,981 | 3.8% | 1,033,180 | 3.8% | 1,084,839 | 3.8% |
| [2] Other | 6,939 | 0.0% | 3,000 | 0.0% | 9,939 | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| **Total Operating Expenses** | 14,209,266 | 74.2% | 6,202,262 | 64.0% | 20,411,528 | 70.7% | 15,831,867 | 67.5% | 16,791,715 | 68.2% | 17,835,947 | 69.0% | 18,973,769 | 69.9% | 20,215,549 | 70.9% |
| | | | | | | | | | | | | | | | | |
| **Operating Income** | 4,953,471 | 25.8% | 3,493,038 | 36.0% | 8,446,509 | 29.3% | 7,630,133 | 32.5% | 7,843,385 | 31.8% | 8,030,908 | 31.0% | 8,186,429 | 30.1% | 8,302,658 | 29.1% |
| *Operating Margin* | *25.8%* | | *36.0%* | | *29.3%* | | *32.5%* | | *31.8%* | | *31.0%* | | *30.1%* | | *29.1%* | |
| | | | | | | | | | | | | | | | | |
| **Capital Expenditures** | - | 0.0% | - | 0.0% | - | 0.0% | 150,000 | 0.6% | 157,500 | 0.6% | 165,375 | 0.6% | 173,644 | 0.6% | 182,326 | 0.6% |
| *Capex Growth* | | | | | | | | | *5.0%* | | *5.0%* | | *5.0%* | | *5.0%* | |

Notes/Sources:
[1] DOL005054.
[2] Starting in 2013, other expenses are denoted as being "Included Above" and are not projected as a standalone expense line item. See DOL005054, cells O36:S36.

## U.S. Department of Labor v. Sharon Heritage, et al.

### EXHIBIT 5.0: Historic Compensation for Brian J. Bowers & Dexter C. Kubota and Implied Bonuses for Remaining Employees

| Year | BOWERS Salary | Bonus | Adjustments [25] | Combined | KUBOTA Salary | Bonus | Adjustments [25] | Combined | Firm-Wide Bonus Accrued | Bonus Available for Other Employees | Revenue [30] | Percent of Revenue Firm-Wide Bonus | Other Employee Bonus |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | $ 480,000 [15] | $ 535,540 [22] | $ - | $ 1,015,540 [1] | $ 480,000 [15] | $ 535,660 [22] | $ - | $ 1,015,660 [1] | $ 2,352,000 [26] | $ 1,280,800 | $ 15,016,000 | 15.7% | 8.53% |
| 2009 | 480,000 [15] | 537,280 [22] | - | 1,017,280 [2] | 480,000 [15] | 537,040 [22] | - | 1,017,040 [2] | 1,579,000 [26] | 504,680 | 15,430,000 | 10.2% | 3.27% |
| 2010 | 480,000 [15] | 719,160 [22] | - | 1,199,160 [3] | 480,000 [15] | 719,040 [22] | - | 1,199,040 [3] | 2,904,000 [26] | 1,465,800 | 18,746,000 | 15.5% | 7.82% |
| 2011 | 480,000 [14] | 760,000 [16] | 1,800 | 1,241,800 [4] | 480,000 [14] | 760,000 [16] | 2,280 | 1,242,280 [4] | 3,129,000 [26] | 1,609,000 | 21,454,000 | 14.6% | 7.50% |
| 2012 | 480,000 [14] | 395,000 [17] | (1,200) | 873,800 [5] | 480,000 [14] | 395,000 [17] | (960) | 874,040 [5] | 2,476,000 [26] | 1,686,000 | 25,234,000 | 9.8% | 6.68% |
| 2013 | 480,000 [12] | 245,582 [18][24] | - | 725,582 [6] | 480,000 [13] | 78,293 [18][24] | - | 558,293 [6] | 1,828,520 [18] | 1,504,645 | 23,845,000 | 7.7% | 6.31% |
| 2014 | 480,000 [12] | 182,558 [19][24] | (1,200) | 661,358 [7] | 480,000 [13] | 91,998 [19][24] | (960) | 571,038 [7] | 2,115,000 [19] | 1,840,444 | 29,540,000 | 7.2% | 6.23% |
| 2015 | 480,000 [12] | 245,000 [20][24] | (1,666) | 723,334 [8] | 480,000 [13] | 95,000 [20][24] | (1,201) | 573,799 [8] | 2,429,000 [20] | 2,089,000 | 32,270,000 | 7.5% | 6.47% |
| 2016 | 480,000 [12] | - [21][24] | (1,200) | 478,800 [9] | 480,000 [13] | - [21][24] | (1,200) | 478,800 [9] | 2,777,000 [27] | 2,424,000 [29] | 36,669,000 | 7.6% | 6.61% |
| 2017 | 480,000 [12] | 260,000 [27][24] | (1,188) | 738,812 [10] | 480,000 [13] | 93,000 [27][24] | (799) | 572,201 [10] | 2,880,000 [28] | 2,420,442 [29] | 48,237,000 | 6.0% | 5.02% |
| 2018 | 480,000 [23] | 333,022 [22] | - | 813,022 [11] | 480,000 [23] | 126,536 [22] | - | 606,536 [11] | unk. | unk. | unk. | unk. | unk. |
| | $ 5,280,000 | $ 4,213,142 | $ (4,654) | $ 9,488,488 | $ 5,280,000 | $ 3,431,567 | $ (2,840) | $ 8,708,727 | $ 24,469,520 | $ 16,824,811 | $ 266,441,000 | | |

| | Firm-Wide Bonus | Other Employee Bonus |
|---|---|---|
| Average 2008-2011 | 13.99% | 6.78% |
| Average 2013-2017 | 7.18% | 6.13% |

**Notes/Sources:**

[1]  RHLY001155 - 1490 at RHLY001186 (Bowers + Kubota Consulting, Inc. 2008 Form 1120).

[2]  RHYL001491 - 1781 at RHYL001529 (Bowers + Kubota Consulting, Inc. 2009 Form 1120).

[3]  RHYL001782 - 2120 at RHYL001831 (Bowers + Kubota Consulting, Inc. 2010 Form 1120).

[4]  RHYL002121 - 2435 at RHYL002156 (Bowers + Kubota Consulting, Inc. 2011 Form 1125-E).

[5]  RHYL002436 - 2855 at RHYL002462 (Bowers + Kubota Consulting, Inc. 2012 Form 1125-E).

[6]  RHYL002856 - 3276 at RHYL002915 (Bowers + Kubota Consulting, Inc. 2013 Form 1125-E).

[7]  RHYL003277 - 3558 at RHYL003420 (Bowers + Kubota Consulting, Inc. 2014 Form 1125-E).

[8]  B+KC000751 - 0817 at B+KC000763 (Bowers + Kubota Consulting, Inc. 2015 Form 1125-E).

[9]  B+KC000846 - 0901 at B+KC000857 (Bowers + Kubota Consulting, Inc. 2016 Form 1125-E).

[10]  B+KC000924 - 0976 at B+KC000935 (Bowers + Kubota Consulting, Inc. 2017 Form 1125-E).

[11]  B+KC000998 - 1052 at B+KC001009 (Bowers + Kubota Consulting, Inc. 2018 Form 1125-E).

[12]  Bowers' Employment Contract specifies a $480,000 salary for five years following the effective date (December 14, 2012) (RHYL000207 - 0548 at RHYL000445).

[13]  Kubota's' Employment Contract specifies a $480,000 salary between the years of 2013 and 2017 (RHYL000207 - 0548 at RHYL000455).

[14]  Prior to the December 14, 2012 transaction, Gregory Kniesel confirmed Bowers' and Kubota's salaries for 2011 and 2012. (LIBRA-DOL INV 004796 - 4803 at 4802).

[15]  Information has not been identified to determine Bowers' and Kubota's precise salaries between 2008 and 2010. Given the stability of their salaries between 2011 and 2017, as well as their compensation levels between 2008 and 2011,
      it has been assumed that they earned $480,000 in salary in 2008, 2009 and 2010 as well.

[16]  LIBRA-DOL INV 004796 - 4803 at LIBRA-DOL INV 004802.

[17]  LIBRA-DOL INV 006306 - 6425 at LIBRA-DOL INV 006307

[18]  LIBRA-DOL INV 007198 - 7205 at LIBRA-DOL INV 007203.

[19]  LIBRA-DOL INV 007607 - 7617 at LIBRA-DOL INV 007615.

[20]  LIBRA-DOL INV 008450 - 8487 at LIBRA-DOL INV 008458.

[21]  Given the total combined compensation for Bowers and Kubota it does not appear that they received bonuses in this period.

[22]  Consistent with other periods it has been assumed that the difference between the total combined compensation and salaries was paid in the form of bonuses to Bowers and Kubota.

[23]  Consistent with the preceding periods, it has been assumed that Bowers and Kubota earned a salary of $480,000 in 2018. This has not been confirmed with source documents. Investigation continues.

[24]  According to the terms of their employment agreements, Bowers and Kubota were each supposed to earn an incentive bonus equal to 10% of the excess EBITDA earned by Bowers + Kubota Consulting, Inc. above the projections
      used in the December 14, 2012 valuation performed by LVA (RHYL000207 - 0548 at RHYL000446, 0453, 0456, 0463). As such, it is unclear why the bonuses received by Bowers and Kubota were so different across this time period.

[25]  Adjustments column used to account for differences between source documents. Amounts are de minimis.

[26]  LIBRA-DOL INV 004215 - 4216 at LIBRA-DOL INV 004216.

[27]  LVA's Follow-Up Questions in advance of the 2016 ESOP Valuation indicate total bonus expense of $2,777,000 for 2016, with $260,000 going to Bowers and $93,000 going to Kubota.  However, the amounts for Bowers and Kubota
      clearly align with amounts they were paid in 2017 (LIBRA-DOL INV 009448 - 9455 at LIBRA-DOL INV 009453).

[28]  SAK004939 - 5001 at SAK004984.

[29]  Consistent with footnote [27] above, these formulas have been modified to exclude the bonuses paid to Bowers and Kubota in subsequent years (but likely accrued during the current period).

[30]  Based on historical results presented in LVA valuations. See, SAK004939 - 5001 at SAK004984, SAK004236 - 4292 at SAK004277, and SAK006815 - 6870 at SAK006855.

# U.S. Department of Labor vs. Sharon L. Heritage, et al.
## EXHIBIT 6.0: B+K Employee Salary Projections 2012-2013

| Employee | Projected Full-Year Salary [1] | | Growth Rate |
|---|---|---|---|
| | 2012 | 2013 | |
| Brian Bowers | $   480,000.00 | $   480,000.00 | 0.00% |
| Dexter Kubota | 480,000.00 | 480,000.00 | 0.00% |
| Eric Iwamoto | 109,800.00 | 114,000.00 | 3.83% |
| Mike Toyama | 109,200.00 | 112,800.00 | 3.30% |
| Don Brandeburg | 104,400.00 | 106,800.00 | 2.30% |
| Joelle Dubois | 98,400.00 | 102,000.00 | 3.66% |
| Dan Perron | 96,600.00 | 99,600.00 | 3.11% |
| Mark Nakao | 96,000.00 | 99,600.00 | 3.75% |
| Dawn Marugame | 93,600.00 | 97,200.00 | 3.85% |
| Benn Torigoe | 93,600.00 | 96,000.00 | 2.56% |
| William Choi | 93,000.00 | 96,000.00 | 3.23% |
| Mike J. Lum | 93,000.00 | 94,800.00 | 1.94% |
| Kurt Kunimune | 92,400.00 | 94,800.00 | 2.60% |
| Steve Ientile | 92,400.00 | 96,000.00 | 3.90% |
| Michael Young | 92,400.00 | 94,800.00 | 2.60% |
| Deane Shephard | 91,800.00 | 94,800.00 | 3.27% |
| Kevin Funasaki | 91,800.00 | 96,000.00 | 4.58% |
| Mike Lum | 89,400.00 | 92,400.00 | 3.36% |
| Dean Uchiyama | 89,400.00 | 92,400.00 | 3.36% |
| Richard Horita | 89,400.00 | 92,400.00 | 3.36% |
| Scott Northart | n/a | 90,480.00 | n/a |
| Sonny Leong | 87,000.00 | 88,800.00 | 2.07% |
| Tom Chung | 86,400.00 | 88,800.00 | 2.78% |
| Jeff Chuck | 85,800.00 | 87,600.00 | 2.10% |
| Greg Blaeser | 84,600.00 | 87,600.00 | 3.55% |
| Sheldon Fukamizu | 84,333.00 | 84,500.00 | 0.20% |
| Joe Marshall | 84,000.00 | 86,400.00 | 2.86% |
| Francis Pang | 83,400.00 | 85,200.00 | 2.16% |
| Kate Saarai | 82,800.00 | 80,526.00 | -2.75% |
| Garrett Muraoka | 81,600.00 | 84,000.00 | 2.94% |
| Jim Johnson | 79,800.00 | 82,800.00 | 3.76% |
| Rudy Raralio | 79,800.00 | 81,600.00 | 2.26% |
| Perry Keys | 79,200.00 | 81,600.00 | 3.03% |
| John Nellans | 79,200.00 | 81,600.00 | 3.03% |
| Mary Jean Giannelli | 78,600.00 | 81,600.00 | 3.82% |
| John Buist | 78,000.00 | 81,600.00 | 4.62% |
| Barry Floyd | 78,000.00 | 78,000.00 | 0.00% |
| Lefty Alo | 77,400.00 | 79,200.00 | 2.33% |
| Leilani Martinez | 76,200.00 | 79,200.00 | 3.94% |
| Robert Lester | 76,200.00 | 79,200.00 | 3.94% |
| Kevin Yosataki | 75,800.00 | 76,000.00 | 0.26% |
| Darrel Lau | 75,600.00 | 78,000.00 | 3.17% |
| Clayton Lau | 75,600.00 | 78,000.00 | 3.17% |
| Glenn Tomita | 75,600.00 | 78,000.00 | 3.17% |
| Mark Ruggenstein | 75,600.00 | 78,000.00 | 3.17% |
| Jimmy Nakamura | 73,800.00 | 75,600.00 | 2.44% |

## U.S. Department of Labor vs. Sharon L. Heritage, et al.
## EXHIBIT 6.0: B+K Employee Salary Projections 2012-2013

| Employee | Projected Full-Year Salary [1] | | Growth Rate |
|---|---|---|---|
| | 2012 | 2013 | |
| Shane Catterick | 73,200.00 | 75,600.00 | 3.28% |
| Calvin Iwashita | 73,200.00 | 75,600.00 | 3.28% |
| John Hookano | 72,000.00 | 74,400.00 | 3.33% |
| Sherwood Kaopua | 72,000.00 | 74,400.00 | 3.33% |
| Dan Keeley | 72,000.00 | 74,400.00 | 3.33% |
| Aaron Wong | 71,400.00 | 73,200.00 | 2.52% |
| Van Johnson | 70,800.00 | 73,200.00 | 3.39% |
| Joe Incion | 70,800.00 | 74,400.00 | 5.08% |
| Joe Mckay | 70,200.00 | 72,000.00 | 2.56% |
| Scot Demello | 70,200.00 | 72,000.00 | 2.56% |
| Roger Encarnacion | 69,600.00 | 72,000.00 | 3.45% |
| Terry Kahler | n/a | 72,000.00 | n/a |
| Derek Nisky | 69,600.00 | 70,800.00 | 1.72% |
| Jeff Romanowski | 69,600.00 | 72,000.00 | 3.45% |
| Lance Takahara | 68,400.00 | 72,000.00 | 5.26% |
| Kekoa Lee | 67,992.00 | 70,800.00 | 4.13% |
| Shanon Kaiama | 67,800.00 | 70,800.00 | 4.42% |
| Claire Provan | n/a | 69,600.00 | n/a |
| Dean Baldwin | 66,000.00 | 68,400.00 | 3.64% |
| Steven Lee | 66,000.00 | 68,400.00 | 3.64% |
| Amy Matsushima | 66,000.00 | 68,400.00 | 3.64% |
| Dexter Okamura | 64,800.00 | 62,400.00 | -3.70% |
| Alfred Magbulos | 64,200.00 | 67,200.00 | 4.67% |
| Myra Masuda | 63,600.00 | 66,000.00 | 3.77% |
| Lori Kehaku | 63,600.00 | 73,200.00 | 15.09% |
| Christina Massimino | 63,000.00 | 66,000.00 | 4.76% |
| Jackie Mederus | 62,400.00 | 64,800.00 | 3.85% |
| Ron Borrello | 61,200.00 | 62,400.00 | 1.96% |
| Steve Weiland | 61,200.00 | 63,600.00 | 3.92% |
| Kim Orton | 60,000.00 | 62,400.00 | 4.00% |
| Dave Gedeon | 60,000.00 | 60,200.00 | 0.33% |
| Claudia Akroyd | 59,400.00 | 62,400.00 | 5.05% |
| Aaron Ackerman | 59,400.00 | 62,400.00 | 5.05% |
| Cara Mira | 58,800.00 | 61,200.00 | 4.08% |
| Linda Fried | 57,600.00 | 60,000.00 | 4.17% |
| Joseph Lee | 55,200.00 | 57,600.00 | 4.35% |
| Jolene Velasco | 55,200.00 | 57,600.00 | 4.35% |
| Pat Begonia | 51,600.00 | 52,800.00 | 2.33% |
| Kawika | 50,600.00 | n/a | n/a |
| Bill Costa | 49,300.00 | n/a | n/a |
| Chelsie Seo | 49,200.00 | 48,300.00 | -1.83% |
| Marinel Servito | 46,200.00 | 48,000.00 | 3.90% |
| Shizue Aiwohi | 45,600.00 | 48,000.00 | 5.26% |
| Tiffany | 40,800.00 | 43,200.00 | 5.88% |
| Christine Hermosura | 40,800.00 | 42,000.00 | 2.94% |
| Lisa Lopez | 40,800.00 | 42,000.00 | 2.94% |

# U.S. Department of Labor vs. Sharon L. Heritage, et al.
# EXHIBIT 6.0: B+K Employee Salary Projections 2012-2013

| Employee | Projected Full-Year Salary [1] | | Growth Rate |
|---|---|---|---|
| | 2012 | 2013 | |
| Cheleste Swain | 39,000.00 | 40,800.00 | 4.62% |
| Elise Krone | 38,100.00 | 39,600.00 | 3.94% |
| Valerie Correa | 37,200.00 | 38,400.00 | 3.23% |
| Lance Smith | 37,200.00 | 39,600.00 | 6.45% |
| Lanny Brown | 36,000.00 | 36,000.00 | 0.00% |
| Tina Watanabe | 36,000.00 | 38,400.00 | 6.67% |
| Donna Hallet | 34,800.00 | 36,000.00 | 3.45% |
| Maria Bonquin | 34,200.00 | 36,000.00 | 5.26% |
| Tiana Silva | 33,600.00 | 33,600.00 | 0.00% |
| Charmane Ibar | 31,200.00 | 32,400.00 | 3.85% |
| Brenda Fajota | 28,800.00 | 31,200.00 | 8.33% |
| Summer Interns | 22,500.00 | 15,000.00 | -33.33% |
| Shelly Nisly | 20,400.00 | 20,400.00 | 0.00% |
| David Raasch | - | - | n/a |
| | $ 7,811,225 | $ 8,151,806 | |

**MEDIAN:** 3.33%

**Notes/Sources:**

[1] DOL 005054.xls at tabs "B-K REV12" (BF192:BR308) and "B+K REV 13" (BE183:BQ300)

**U.S. Department of Labor v. Sharon L. Heritage, et al.**

**EXHIBIT 7.0: Revised Sherman LTM EBITDA Calculation**

| | | 2011 | | 1/1/2012 - 8/31/2012 | | LTM [4] |
|---|---|---|---|---|---|---|
| **Revenue** | | | | | | |
| Service Fee | $ | 21,525,331 | $ | 19,051,716 | $ | 26,226,826 |
| Gain on Investments | | 161,582 | | 111,021 | | 164,882 |
| Cost Reimbursement | | - | | - | | - |
| Other | | (71,075) | | - | | (23,692) |
| **Total Revenue** | $ | 21,615,838 | $ | 19,162,737 | $ | 26,368,016 |
| | | | | | | |
| **Expenses** | | | | | | |
| Salaries and Wages | | 8,332,560 | | 6,626,275 | | 9,403,795 |
| Bonuses | | 3,129,000 [1] | | 1,533,019 [2] | | 2,576,019 |
| Subconsultants | | 3,153,738 | | 3,855,785 | | 4,907,031 |
| Taxes-Other than Income Tax | | 1,541,916 | | 1,213,562 | | 1,727,534 |
| Insurance | | 1,053,496 | | 617,800 | | 968,965 |
| Profit Sharing Contribution | | 1,132,532 | | 600,000 | | 977,511 |
| Office | | 361,826 | | 209,485 | | 330,094 |
| Travel | | 222,239 | | 196,581 | | 270,661 |
| Rent | | 300,995 | | 186,056 | | 286,388 |
| Vehicle | | 236,111 | | 154,805 | | 233,509 |
| Outside Service | | 287,754 | | 148,515 | | 244,433 |
| Depreciation | | 210,555 | | 122,279 | | 192,464 |
| Reproduction | | 66,761 | | 68,716 | | 90,970 |
| Telephone and Utilities | | 97,587 | | 66,103 | | 98,632 |
| Advertising, Entertainment, and Promotion | | 50,371 | | 33,794 | | 50,584 |
| Seminars and Conventions | | 37,266 | | 32,594 | | 45,016 |
| Employee Benefits | | 56,579 | | 31,043 | | 49,903 |
| Licenses, Dues, Subscriptions | | 40,620 | | 21,747 | | 35,287 |
| Professional Fees | | 33,160 | | 17,187 | | 28,240 |
| Other | | | | 6,939 | | 6,939 |
| **Total Expenses** | $ | 20,345,066 | $ | 15,742,285 | $ | 22,523,974 |
| | | | | | | |
| **Operating Income** | $ | 1,270,772 | $ | 3,420,452 | $ | 3,844,043 |
| | | | | | | |
| Add back: Depreciation | | 210,555 | | 122,279 | | 192,464 |
| **EBITDA** | $ | 1,481,327 | $ | 3,542,731 | $ | 4,036,507 |
| | | | | | | |
| **Sherman Adjustments:** | | | | | | |
| Interest & Dividends | | (161,582) | | (111,021) | | (164,882) |
| Profit Sharing Plan Contribution | | 1,132,532 | | 600,000 | | 977,511 |
| **Sherman Adjusted EBITDA** | $ | 2,452,277 | $ | 4,031,710 | $ | 4,849,136 |
| | | | | | | |
| **CRA Adjustments:** | | | | | | |
| Management Bonus | | 1,520,000 [1] | | 630,000 [3] | | 1,136,667 |
| Bonus Double-Counting | | - | | 1,533,019 [2] | | 1,533,019 |
| **CRA Adjusted EBITDA** | $ | 3,972,277 | $ | 6,194,729 | $ | 7,518,821 |

**Notes/Sources:**

[1] 2011 Bonuses of $3,129,000 include bonuses for Brian Bowers and Dexter Kubota of $760,000 each (LIBRA-DOL INV 004796 - 4803 at LIBRA-DOL-INV 004802). Following the transaction, bonuses to Bowers and Kubota were defined by their employment agreements, such that bonuses would only be received in circumstances where the projections developed for Bowers + Kubota for purposes of the ESOP transaction were exceeded. RHYL000207 - 0548 at RHYL000446, 0453, 0456, 0463). As such, these bonuses should be added back when developing a normalized EBITDA amount.

[2] Sherman adds this assumed bonus expense to the January - August 2012 Income Statement, representing 8% of revenue. Importantly, management projections include an indication of monthly salaries for each of Bowers + Kubota's employees (DOL 005054.xlsx at tab "B+K REV12" at cells BF193:BR308). While the August 31, 2012 financials indicate salary and wage expense totaling $6.626 million, management projections indicate that salaries for all employees across those eight months likely totaled $5.229 million. This implies that the $6.626 million in salary and wage expense identified in the August 31, 2012 financials likely include bonuses accrued to date. Further, management projections indicate a total projected salary and wage expenses of $7.811 million (DOL 005054.xlsx at tab "B+K REV12" at cells BF193:BR308). Annual bonuses for 2012 totaled $2.476 million (B+KC003405 - 3406 at B+KC003406). When combined, these amounts total approximately $10.2 million, consistent with what management projected for 2012 inclusive of bonuses (B+KC003405 - 3406 at B+KC003405). As such, it appears likely that the $6.626 million in salary and wage expense as of August 31, 2012 already incorporated YTD bonus amounts.

[3] Consistent with footnote 1, it is important to remove bonus amounts accruing to management in 2012. Consistent with footnote 2, it appears such amounts were already incorporated in the $6.626 million in salary and wage expense through August 31, 2012. Brian Bowers and Dexter Kubota each received bonuses of $395,000 in 2012 (LIBRA-DOL INV 006306 - 6425 at LIBRA-DOL INV 006307). As of November 15, 2012, they had only received $315,000 each (LIBRA-DOL INV 004796 - 4803 at LIBRA-DOL INV 004802). CRA has assumed that the entire $630,000 in bonuses are contained in the $6.626 million in salary and wage expense through August 31, 2012, consistent with Bowers + Kubota's history of semiannual bonus payments.

[4] Represents 1/3 of the 2011 results plus the results for 2012 through August 31, 2012.

**U.S. Department of Labor v. Sharon L. Heritage, et al.**
**Exhibit 8.0: Bowers + Kubota - Sherman Corrected DCF Analysis**
*$USD in Thousands*

| | Stub 31-Dec-12 | 12 Months 31-Dec-13 | 12 Months 31-Dec-14 | 12 Months 31-Dec-15 | 12 Months 31-Dec-16 | 12 Months 31-Dec-17 | Terminal |
|---|---|---|---|---|---|---|---|
| **Total Revenue** | $ 1,339 | $ 23,462 | $ 24,635 | $ 25,867 | $ 27,160 | $ 28,518 | $ 29,374 |
| *%Growth* | *n/a* | *-18.4%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *3.0%* |
| Operating Expenses (Less: D&A) | 1,091 | 15,632 | 16,582 | 17,615 | 18,742 | 19,972 | 20,572 |
| **EBITDA** | **248** | **7,830** | **8,053** | **8,251** | **8,418** | **8,546** | **8,802** |
| *%Margin* | *18.5%* | *33.4%* | *32.7%* | *31.9%* | *31.0%* | *30.0%* | *30.0%* |
| Incremental Subconsultant Expense | - | - | 100 | 205 | 315 | 431 | 444 |
| Incremental Bonus Expense | - | 546 | 583 | 621 | 662 | 705 | 726 |
| Profit Sharing Plan Contributions | 42 | - | - | - | - | - | - |
| **Adjusted EBITDA** | **289** | **7,284** | **7,371** | **7,425** | **7,441** | **7,410** | **7,632** |
| Depreciation & Amortization | 9 | 200 | 210 | 221 | 232 | 243 | 188 |
| **EBIT** | **281** | **7,084** | **7,161** | **7,204** | **7,209** | **7,167** | **7,444** |
| *%Margin* | *21.0%* | *30.2%* | *29.1%* | *27.9%* | *26.5%* | *25.1%* | *25.3%* |
| Taxes **38.22%** | 107 | 2,708 | 2,737 | 2,754 | 2,756 | 2,739 | 2,846 |
| **Tax-Effected EBIT** | **174** | **4,376** | **4,424** | **4,451** | **4,453** | **4,427** | **4,599** |
| Plus: Depreciation & Amortization | 9 | 200 | 210 | 221 | 232 | 243 | 188 |
| Less: Change in Working Capital | 73 | (288) | 64 | 67 | 71 | 74 | 47 |
| Less: Capital Expenditures | 6 | 150 | 158 | 165 | 174 | 182 | 188 |
| **Free Cash Flow** | **$ 250** | **$ 4,715** | **$ 4,412** | **$ 4,439** | **$ 4,441** | **$ 4,414** | **$ 4,552** |
| Terminal Value | | | | | | | $ 37,160 |
| Present Value Period | 0.02 | 0.55 | 1.55 | 2.55 | 3.55 | 4.55 | 4.55 |
| Present Value Factor | 1.00 | 0.93 | 0.80 | 0.70 | 0.60 | 0.52 | 0.52 |
| Present Value of Free Cash Flows | $ 249 | $ 4,363 | $ 3,542 | $ 3,092 | $ 2,684 | $ 2,315 | $ 19,491 |
| Discount Rate **15.25%** | | | | | | | |
| Present Value of Terminal Value | 19,491 | | | | | | |
| Present Value of Free Cash Flows | 16,246 | | | | | | |
| **Enterprise Value** | **$ 35,736** | | | | | | |
| Control Premium | 0.00% | | | | | | |
| **Controlling Enterprise Value** | **$ 35,736** | | | | | | |

**U.S. Department of Labor v. Sharon L. Heritage, et al.**
**Exhibit 9.0: Bowers + Kubota - Independent DCF Analysis**

*$USD in Thousands*

| | Stub 31-Dec-12 | 12 Months 31-Dec-13 | 12 Months 31-Dec-14 | 12 Months 31-Dec-15 | 12 Months 31-Dec-16 | 12 Months 31-Dec-17 | Terminal |
|---|---|---|---|---|---|---|---|
| **Total Revenue** | $ 1,351 | $ 23,462 | $ 24,635 | $ 25,867 | $ 27,160 | $ 28,518 | $ 29,374 |
| *%Growth* | *n/a* | *-18.7%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *3.0%* |
| Operating Expenses (Less: D&A) | 855 | 15,632 | 16,582 | 17,615 | 18,742 | 19,972 | 20,572 |
| **EBITDA** | **496** | **7,830** | **8,053** | **8,251** | **8,418** | **8,546** | **8,802** |
| *%Margin* | *36.7%* | *33.4%* | *32.7%* | *31.9%* | *31.0%* | *30.0%* | *30.0%* |
| Incremental Subconsultant Expense | - | - | 100 | 205 | 315 | 431 | 444 |
| Incremental Bonus Expense | - | 546 | 583 | 621 | 662 | 705 | 726 |
| Profit Sharing Plan Contributions | - | - | - | - | - | - | - |
| **Adjusted EBITDA** | **496** | **7,284** | **7,371** | **7,425** | **7,441** | **7,410** | **7,632** |
| Depreciation & Amortization | 9 | 200 | 210 | 221 | 232 | 243 | 188 |
| **EBIT** | **487** | **7,084** | **7,161** | **7,204** | **7,209** | **7,167** | **7,444** |
| *%Margin* | *36.0%* | *30.2%* | *29.1%* | *27.9%* | *26.5%* | *25.1%* | *25.3%* |
| Taxes | 38.22% 186 | 2,708 | 2,737 | 2,754 | 2,756 | 2,739 | 2,846 |
| **Tax-Effected EBIT** | **301** | **4,376** | **4,424** | **4,451** | **4,453** | **4,427** | **4,599** |
| Plus: Depreciation & Amortization | 9 | 200 | 210 | 221 | 232 | 243 | 188 |
| Less: Change in Working Capital | 18 | (294) | 64 | 67 | 71 | 74 | 47 |
| Less: Capital Expenditures | 7 | 150 | 158 | 165 | 174 | 182 | 188 |
| **Free Cash Flow** | **$ 285** | **$ 4,721** | **$ 4,412** | **$ 4,439** | **$ 4,441** | **$ 4,414** | **$ 4,552** |
| Terminal Value | | | | | | | $ 37,777 |
| Present Value Period | 0.02 | 0.55 | 1.55 | 2.55 | 3.55 | 4.55 | 4.55 |
| Present Value Factor | 1.00 | 0.93 | 0.81 | 0.70 | 0.61 | 0.53 | 0.53 |
| Present Value of Free Cash Flows | $ 284 | $ 4,373 | $ 3,552 | $ 3,106 | $ 2,701 | $ 2,334 | $ 19,971 |
| Discount Rate | 15.05% | | | | | | |
| Present Value of Terminal Value | 19,971 | | | | | | |
| Present Value of Free Cash Flows | 16,349 | | | | | | |
| **Enterprise Value** | **$ 36,320** | | | | | | |
| Control Premium | 0.00% | | | | | | |
| **Controlling Enterprise Value** | **$ 36,320** | | | | | | |

**U.S. Department of Labor v. Sharon Heritage, et al.**

**Exhibit 10.0: Bowers + Kubota - Independent WACC Determination as of December 14, 2012**

| | | [1] | [2] | [3] = [1]*[2] | [4] | [5] | [6] | [7] = [4]+[5]+[6] | [8] | [9] = [3]+[7]-[8] | [7]/([7]+[3]) | | | 2-Year Weekly | Unlevered | Relevered |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company | Ticker Symbol | Stock Price [k] | Shares Outstanding | Market Capitalization | Interest Bearing Debt | Preferred Stock | Minority Interest | Total Debt | Cash and Equivalents | Total Enterprise Value | D/D+E | Effective Tax Rate [l] | Beta [m] | Beta [n] | Beta [o] |
| AECOM Technology Corporation [a] | ACM | $ 23.82 | 108,078,563 | $ 2,574,431,371 | $ 1,069,732,000 | $ - | $ 55,024,000 | $ 1,124,756,000 | $ 593,776,000 | $ 3,105,411,371 | 30.41% | 26.05% | 1.416 | 1.070 | 1.236 |
| Jacobs Engineering Group, Inc. [b] | J | $ 41.34 | 130,076,572 | 5,377,365,486 | 528,260,000 | - | 45,310,000 | 573,570,000 | 1,032,457,000 | 4,918,478,486 | 9.64% | 34.61% | 1.413 | 1.321 | 1.525 |
| Fluor Corporation [c] | FLR | $ 57.09 | 166,509,480 | 9,506,026,213 | 548,649,000 | - | 91,357,000 | 640,006,000 | 2,529,357,000 | 7,616,675,213 | 6.31% | 25.75% | 1.599 | 1.523 | 1.758 |
| MasTec, Inc. [d] | MTZ | $ 23.40 | 75,974,952 | 1,777,813,877 | 452,997,000 | - | 43,000 | 453,040,000 | 10,472,000 | 2,220,381,877 | 20.31% | 40.21% | 1.548 | 1.343 | 1.551 |
| WSP Global, Inc. [e] | WSP | CAD 20.93 | 51,056,441 | 1,068,611,310 | 269,000,000 | - | 2,200,000 | 271,200,000 | 61,500,000 | 1,278,311,310 | 20.24% | 17.64% | 0.546 | 0.452 | 0.521 |
| Stantec, Inc. [f] | STN | CAD 38.29 | 45,882,748 | 1,756,850,421 | 294,746,000 | - | 103,000 | 294,849,000 | 18,120,000 | 2,033,579,421 | 14.37% | 29.71% | 0.866 | 0.775 | 0.894 |
| Michael Baker Corporation [g] | BKR | $ 19.66 | 9,646,680 | 189,653,729 | - | - | 747,000 | 747,000 | 67,055,000 | 123,345,729 | 0.39% | 33.06% | 0.732 | 0.730 | 0.843 |
| URS Corporation [h] | URS | $ 39.01 | 76,847,135 | 2,997,806,736 | 2,153,200,000 | - | 133,000,000 | 2,286,200,000 | 289,200,000 | 4,994,806,736 | 43.27% | 24.84% | 1.330 | 0.845 | 0.976 |
| Tutor Perini Corporation [i] | TPC | $ 13.66 | 47,556,056 | 649,615,725 | 700,764,000 | - | - | 700,764,000 | 180,777,000 | 1,169,602,725 | 51.89% | 36.12% | 1.801 | 1.066 | 1.231 |
| Tetra Tech, Inc. [j] | TTEK | $ 25.84 | 63,843,736 | 1,649,722,138 | 83,078,000 | - | 897,000 | 83,975,000 | 104,848,000 | 1,628,849,138 | 4.84% | 34.34% | 1.098 | 1.062 | 1.227 |

| | D/D+E | Effective Tax Rate [l] | 2-Year Weekly Beta [m] | Unlevered Beta [n] | Relevered Beta [o] |
|---|---|---|---|---|---|
| Minimum | 0.39% | 17.64% | 0.546 | 0.452 | 0.521 |
| Maximum | 51.89% | 40.21% | 1.801 | 1.523 | 1.758 |
| Average | 20.17% | 30.23% | 1.235 | 1.019 | 1.176 |
| Median | 17.31% | 31.39% | 1.372 | 1.064 | 1.229 |

**WACC Derivation**

| | | |
|---|---|---|
| **Cost of Equity** | | |
| Risk-Free Rate | 2.46% | [p] |
| Beta | 1.229 | [q] |
| Equity Risk Premium | 6.14% | [r] |
| Size Premium | 6.10% | [s] |
| Company-Specific Premium | 2.00% | [t] |
| **Cost of Equity** | **18.10%** | [u] |
| | | |
| **Cost of Debt** | 4.62% | [v] |
| Tax Rate | 38.22% | [w] |
| **After-Tax Cost of Debt** | **2.85%** | [x] |
| | | |
| **Optimal Capital Structure** | | |
| Weight of Equity | 80.00% | [y] |
| Weight of Debt | 20.00% | [z] |
| | | |
| **WACC** | **15.05%** | [aa] |

**Notes/Sources:**

[a] Unless otherwise noted, all information derived from AECOM Technology Corporation Form 10-K filed with the SEC on November 19, 2012 for the fiscal year ended September 30, 2012 at pp. 1 & 59. Includes cash in consolidated joint ventures.

[b] Unless otherwise noted, all information derived from Jacobs Engineering Group, Inc. Form 10-K filed with the SEC on November 20, 2012 for the fiscal year ended September 30, 2012 at pp. 1 & F-3.

[c] Unless otherwise noted, all information derived from Fluor Corporation Form 10-Q filed with the SEC on November 1, 2012 for the quarter ended September 30, 2012 at pp. 1 & 4. Includes marketable securities as cash equivalents.

[d] Unless otherwise noted, all information derived from MasTec, Inc. Form 10-Q filed with the SEC on November 1, 2012 for the quarter ended September 30, 2012 at pg. 5.

[e] Unless otherwise noted, all information derived from GENIVAR Inc. Interim Consolidated Financial Statements for the quarter ended September 29, 2012 at pp. 3-4 & 27. All amounts in CAD. Shares outstanding includes shares from dividend reinvestment plan paid on 10/15/2012.

[f] Unless otherwise noted, all information derived from Stantec Inc. 2012 Third Quarter Report for the quarter ended September 30, 2012 at M-21 & F-1. All amounts in CAD.

[g] Unless otherwise noted, all information derived from Michael Baker Corporation Form 10-Q filed with the SEC on November 8, 2012 for the quarter ended September 30, 2012 at pp. 1 & 3.

[h] Unless otherwise noted, all information derived from URS Corporation Form 10-Q filed with the SEC on November 6, 2012 for the quarter ended September 30, 2012 at pp. 1-2.

[i] Unless otherwise noted, all information derived from Tutor Perini Corporation Form 10-Q filed with the SEC on November 2, 2012 for the quarter ended September 30, 2012 at pp. 1 & 3. Excludes restricted cash.

[j] Unless otherwise noted, all information derived from Tetra Tech, Inc. Form 10-K filed with the SEC on November 15, 2012 for the quarter ended September 30, 2012 at pp. 1 & 75.

[k] Unless otherwise noted, all amounts represent unadjusted closing stock prices derived from Bloomberg as of December 14, 2012.

[l] Effective tax rates represent median effective tax rates for each comparable company for two most recent years ended prior to December 14, 2012 per data from Capital IQ and confirmed with SEC filings. Certain one-time abnormal effective tax rates were omitted.

[m] 2-year monthly betas derived from Bloomberg as of December 14, 2012 based on returns of adjusted stock prices compared with the SPX Index.

[n] = Observed Beta / (1+(1 - Company Specific Tax Rate)*(Company Specific Debt / Company Specific Equity)).

[o] = Unlevered Beta * (1 + (1 - B+K Tax Rate)*(Median Industry Debt / Median Industry Equity)). Median Industry Debt to Total Capital ratio assumed at 20%.

[p] Market yield on U.S. Treasury securities at 20-year constant maturity, quoted on an investment basis, as of December 14, 2012 per Federal Reserve (https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H15).

[q] Represents the median unlevered beta for the cohort companies.

[r] Long-Term Supply-Side Equity Risk Premium as of December 14, 2012 per Duff & Phelps Cost of Capital Navigator (https://dpcostofcapital.com/)

[s] Size Premium for firms with market capitalization between $1.028 million and $206.795 million (Decile 10) per Duff & Phelps Cost of Capital Navigator (https://dpcostofcapital.com/)

[t] Assumed consistent with Sherman Report.

[u] = [p] + ([q] * [r]) + [s] + [t]

[v] Moody's Bond Yield Average - BAA Rated Corporate Bonds as of December 14, 2012 per Capital IQ. See also, https://fred.stlouisfed.org/series/DBAA.

[w] = 34.00% + (6.40% * (1 - 34.00%)). Represents assumed 34% federal tax rate plus the Hawaii state tax rate of 6.40% reduced for the federal tax deductibility.

[x] = [v] * (1 - [w])

[y] Industry median equity as a percent of total capital.

[z] Industry median debt as a percent of total capital.

[aa] = ([u] * [y]) + ([x] * [z])

**U.S. Department of Labor v. Sharon Heritage, et al.**

**Exhibit 11.0: Bowers + Kubota - Independent GPC Analysis as of December 14, 2012**

| Company | | Ticker Symbol | Stock Price [1] | [k] | Shares Outstanding [2] | Market Capitalization [3]=[1]*[2] | Interest Bearing Debt [4] | Preferred Stock [5] | Minority Interest [6] | Total Debt [7]=[4]+[5]+[6] | Cash and Equivalents [8] | Total Enterprise Value [9]=[3]+[7]-[8] | Revenue | EBIT | % | EBITDA | % | TEV/LTM Revenue | TEV/LTM EBIT | TEV/LTM EBITDA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AECOM Technology Corporation | [a] | ACM | $ 23.82 | | 108,078,563 | $ 2,574,431,371 | $ 1,069,732,000 | $ - | $ 55,024,000 | $ 1,124,756,000 | $ 593,776,000 | $ 3,105,411,371 | $ 8,218,180,000 | $ 389,606,000 | 4.7% | $ 492,580,000 | 6.0% | 0.38 | 7.97 | 6.30 |
| Jacobs Engineering Group, Inc. | [b] | J | $ 41.34 | | 130,076,572 | 5,377,365,486 | 528,260,000 | - | 45,310,000 | 573,570,000 | 1,032,457,000 | 4,918,478,486 | 10,893,778,000 | 596,073,000 | 5.5% | 696,897,000 | 6.4% | 0.45 | 8.25 | 7.06 |
| Fluor Corporation | [c] | FLR | $ 57.09 | | 166,509,480 | 9,506,026,213 | 548,649,000 | - | 91,357,000 | 640,006,000 | 2,529,357,000 | 7,616,675,213 | 26,806,547,000 | 1,039,189,000 | 3.9% | 1,247,952,000 | 4.7% | 0.28 | 7.33 | 6.10 |
| MasTec, Inc. | [d] | MTZ | $ 23.40 | | 75,974,952 | 1,777,813,877 | 452,997,000 | - | 43,000 | 453,040,000 | 10,472,000 | 2,220,381,877 | 3,703,734,000 | 202,115,000 | 5.5% | 289,699,000 | 7.8% | 0.60 | 10.99 | 7.66 |
| WSP Global, Inc. | [e] | WSP | CAD 20.93 | | 51,056,441 | 1,068,611,310 | 269,000,000 | - | 2,200,000 | 271,200,000 | 61,500,000 | 1,278,311,310 | 912,985,000 | 57,829,000 | 6.3% | 90,511,000 | 9.9% | nm | nm | nm |
| Stantec, Inc. | [f] | STN | CAD 38.29 | | 45,882,748 | 1,756,850,421 | 294,746,000 | - | 103,000 | 294,849,000 | 18,120,000 | 2,033,579,421 | 1,513,818,000 | 167,123,000 | 11.0% | 214,328,000 | 14.2% | 1.34 | 12.17 | 9.49 |
| Michael Baker Corporation | [g] | BKR | $ 19.66 | | 9,646,680 | 189,653,729 | - | - | 747,000 | 747,000 | 67,055,000 | 123,345,729 | 608,384,000 | 11,524,000 | 1.9% | 29,398,000 | 4.8% | 0.20 | 10.70 | 4.20 |
| URS Corporation | [h] | URS | $ 39.01 | | 76,847,135 | 2,997,806,736 | 2,153,200,000 | - | 133,000,000 | 2,286,200,000 | 289,200,000 | 4,994,806,736 | 10,393,000,000 | 678,000,000 | 6.5% | 880,500,000 | 8.5% | 0.48 | 7.37 | 5.67 |
| Tutor Perini Corporation | [i] | TPC | $ 13.66 | | 47,556,056 | 649,615,725 | 700,764,000 | - | - | 700,764,000 | 180,777,000 | 1,169,602,725 | 4,112,033,000 | 144,831,000 | 3.5% | 207,206,000 | 5.0% | 0.28 | 8.08 | 5.64 |
| Tetra Tech, Inc. | [j] | TTEK | $ 25.84 | | 63,843,736 | 1,649,722,138 | 83,078,000 | - | 897,000 | 83,975,000 | 104,848,000 | 1,628,849,138 | 2,711,075,000 | 147,121,000 | 5.4% | 204,023,000 | 7.5% | 0.60 | 11.07 | 7.98 |
| B+K LTM Financials [m]: | | | | | | | | | | | | $ 26,368,016 | $ 7,326,357 | 27.8% | $ 7,518,821 | 28.5% | | | |

| | Revenue | EBIT | EBITDA |
|---|---|---|---|
| LOW: | 0.20 | 7.33 | 4.20 |
| HIGH: | 1.34 | 12.17 | 9.49 |
| AVERAGE: | 0.51 | 9.32 | 6.68 |
| MEDIAN: | 0.45 | 8.25 | 6.30 |

**Notes/Sources:**

[a] Unless otherwise noted, all information for TEV determination derived from AECOM Technology Corporation Form 10-K filed with the SEC on November 19, 2012 for the fiscal year ended September 30, 2012 at pp. 1 & 59. Includes cash in consolidated joint ventures. LTM financials based on Exhibit 11.3.

[b] Unless otherwise noted, all information for TEV determination derived from Jacobs Engineering Group, Inc. Form 10-K filed with the SEC on November 20, 2012 for the fiscal year ended September 30, 2012 at pp. 1 & F-3. LTM financials based on Exhibit 11.4.

[c] Unless otherwise noted, all information for TEV derived from Fluor Corporation Form 10-Q filed with the SEC on November 1, 2012 for the quarter ended September 30, 2012 at pp. 1 & 4. Includes marketable securities as cash equivalents. LTM financials based on Exhibit 11.5.

[d] Unless otherwise noted, all information for TEV derived from MasTec, Inc. Form 10-Q filed with the SEC on November 1, 2012 for the quarter ended September 30, 2012 at pp. 1 & 5. LTM financials based on Exhibit 11.6.

[e] Unless otherwise noted, all information for TEV derived from GENIVAR Inc. Interim Consolidated Financial Statements for the quarter ended September 29, 2012 at pp. 3-4 & 27. All amounts in CAD. Shares outstanding includes shares from dividend reinvestment plan paid on 10/15/2012. LTM financials based on Exhibit 11.7.

[f] Unless otherwise noted, all information for TEV derived from Stantec Inc. 2012 Third Quarter Report for the quarter ended September 30, 2012 at pp. M-21 & F-1. All amounts in CAD. LTM financials based on Exhibit 11.8.

[g] Unless otherwise noted, all information for TEV derived from Michael Baker Corporation Form 10-Q filed with the SEC on November 8, 2012 for the quarter ended September 30, 2012 at pp. 1 & 3. All LTM financials based on Exhibit 11.9.

[h] Unless otherwise noted, all information for TEV derived from URS Corporation Form 10-Q filed with the SEC on November 6, 2012 for the quarter ended September 30, 2012 at pp. 1-2. All LTM financials based on Exhibit 11.10.

[i] Unless otherwise noted, all information for TEV derived from Tutor Perini Corporation Form 10-Q filed with the SEC on November 2, 2012 for the quarter ended September 30, 2012 at pp. 1 & 3. Excludes restricted cash. All LTM financials based on Exhibit 11.11.

[j] Unless otherwise noted, all information for TEV derived from Tetra Tech, Inc. Form 10-K filed with the SEC on November 15, 2012 for the quarter ended September 30, 2012 at pp. & 75. All LTM financials based on Exhibit 11.12.

[k] Unless otherwise noted, all amounts represent unadjusted closing stock prices derived from Bloomberg as of December 14, 2012.

[l] Multiples have been excluded as not meaningful. GENIVAR's financial statements for the quarter ended September, 29, 2012 indicate that it had recently completed an acquisition of WSP Global, Inc. in August 2012 and the financial results for the quarter only included WSP Global, Inc. results following the acquisition.  As a result, the LTM financial performance is not consistent with the TEV as of the valuation date. See GENIVAR, Inc. Interim Consolidated Financial Statements for the quarter ended September 29, 2012 at p. 15.

[m] B+K LTM financial results from Exhibit 7.0.

Confidential

CRAI

**U.S. Department of Labor v. Sharon Heritage, et al.**

**EXHIBIT 11.1: GPC Analysis Adjusted Multiple**

| Company | Market Capitalization [a] | Size Premium Decile [b] | Implied Size Premium [b] | B+K Size Premium [a] | Size Premium Difference | E / D+E [a] | LTM EBITDA Multiple [c] | Adjusted LTM EBITDA Multiple [d] | Implied Discount |
|---|---|---|---|---|---|---|---|---|---|
| AECOM | $ 2,574,431,371 | 4 | 1.17% | 6.10% | 4.93% | 69.59% | 6.30 | 5.18 | 17.8% |
| Jacobs Engineering Group, Inc. | 5,377,365,486 | 3 | 0.94% | 6.10% | 5.16% | 90.36% | 7.06 | 5.31 | 24.8% |
| Fluor Corporation | 9,506,026,213 | 2 | 0.78% | 6.10% | 5.32% | 93.69% | 6.10 | 4.68 | 23.3% |
| MasTec, Inc. | 1,777,813,877 | 5 | 1.74% | 6.10% | 4.36% | 79.69% | 7.66 | 6.05 | 21.0% |
| WSP Global, Inc. | 1,068,611,310 | 7 | 1.77% | 6.10% | 4.33% | 79.76% | nm | nm | nm |
| Stantec, Inc. | 1,756,850,421 | 5 | 1.74% | 6.10% | 4.36% | 85.63% | 9.49 | 7.01 | 26.2% |
| Michael Baker Corporation | 189,653,729 | 10 | 6.10% | 6.10% | 0.00% | 99.61% | 4.20 | 4.20 | 0.0% |
| URS Corporation | 2,997,806,736 | 4 | 1.17% | 6.10% | 4.93% | 56.73% | 5.67 | 4.90 | 13.7% |
| Tutor Perini Corporation | 649,615,725 | 8 | 2.51% | 6.10% | 3.59% | 48.11% | 5.64 | 5.14 | 8.9% |
| Tetra Tech, Inc. | 1,649,722,138 | 5 | 1.74% | 6.10% | 4.36% | 95.16% | 7.98 | 6.00 | 24.9% |

| | | | |
|---|---|---|---|
| **MEDIAN:** | **6.30** | **5.18** | **21.0%** |

| | |
|---|---|
| LTM EBITDA [e] | 7,519 |
| Enterprise Value | $ 38,972 |

**Notes/Sources:**

[a] See WACC derivation at Exhibit 10.0.

[b] Size premiums and deciles per Duff & Phelps Cost of Capital Navigator (https://dpcostofcapital.com/) as of December 14, 2012.

[c] See GPC Analysis at Exhibit 11.0.

[d] = 1 / ((1 / LTM multiple) + ((E / (D + E))*Size Premium Difference))

[e] See Exhibit 7.0.

**U.S. Department of Labor v. Sharon Heritage, et al.**

**Exhibit 11.2: GPC Analysis Business Descriptions**

**AECOM Technology Corporation [a]**

We are a leading global provider of professional technical and management support services for public and private clients around the world. We provide planning, consulting, architectural and engineering design, and program and construction management services for a broad range of projects, including highways, airports, bridges, mass transit systems, government and commercial buildings, water and wastewater facilities and power transmission and distribution. We also provide program and facilities management and maintenance, training, logistics, security and other support services, primarily for agencies of the U.S. government.

**Jacobs Engineering Group, Inc. [b]**

We are one of the largest technical professional services firms in the world. We provide a diverse range of technical, professional, and construction services to a large number of industrial, commercial, and government clients. We provide four broad categories of services:
- Project Services (including engineering, design, architecture, interiors, planning, environmental, and similar services);
- Process, Scientific, and Systems Consulting services (including services performed in connection with scientific testing, analysis, and consulting activities, as well as information technology and systems engineering and integration activities);
- Construction services (encompassing traditional field construction services as well as modular construction activities, direct hire construction, and construction management services); and
- Operations and Maintenance services (including services performed in connection with operating large, complex facilities on behalf of our clients, as well as services involving process plant and facilities maintenance).

**Fluor Corporation [c]**

Fluor Corporation is a holding company that owns the stock of a number of subsidiaries. Acting through these subsidiaries, we are one of the largest professional services firms providing engineering, procurement, construction and maintenance as well as project management services on a global basis. We serve a diverse set of industries worldwide including oil and gas, chemicals and petrochemicals, transportation, mining and metals, power, life sciences and manufacturing. We are also a primary service provider to the U.S. federal government; and we perform operations and maintenance activities for major industrial clients.

**MasTec, Inc. [d]**

We are a leading infrastructure construction company operating mainly throughout North America across a range of industries. Our activities include, but are not limited to, the engineering, building, installation, maintenance and upgrade of energy, utility and communications infrastructure, including: electrical utility transmission and distribution, power generation, natural gas and petroleum pipeline infrastructure, wireless, wireline and satellite communications, wind farms, solar farms and other renewable energy, industrial infrastructure and water and sewer systems. Our customers are primarily in the utility, communications and government industries.

**WSP Global, Inc. [e]**

GENIVAR, through its combination with WSP Group plc, is a professional services firm, working with governments, businesses, architects and planners and providing integrated solutions across many disciplines. The firm provides services to transform the built environment and restore the natural environment, and its expertise ranges from environmental remediation to urban planning, from engineering iconic buildings to designing sustainable transport networks, and from developing the energy sources of the future to enabling new ways of extracting essential resources.

**Stantec, Inc. [f]**

Stantec, founded in 1954, provides professional consulting services in planning, engineering, architecture, interior design, landscape architecture, surveying, environmental sciences, project management, and project economics for infrastructure and facilities projects. Continually striving to balance economic, environmental, and social responsibilities, we are recognized as a world-class leader and innovator in the delivery of sustainable solutions. We support public and private sector clients in a diverse range of markets at every stage, from initial concept and financial feasibility to project completion and beyond.

**U.S. Department of Labor v. Sharon Heritage, et al.**

**Exhibit 11.2: GPC Analysis Business Descriptions**

---

**Michael Baker Corporation [g]**

We provide engineering expertise for public and private sector clients worldwide. Our two reportable segments are Transportation and Federal. The Transportation segment provides services for Surface Transportation, Aviation and Rail & Transit markets, and the Federal segment provides services for Defense, Environmental, Architecture, Geospatial Information Technology, Homeland Security, Municipal & Civil, Oil & Gas, Telecom & Utilities and Water markets. Among the services the Company provides to clients in these markets are project and program management, design-build (for which we only provide the design portion of services), construction management and inspection, consulting, planning, surveying, mapping, geographic information systems, architectural, interior design, site planning and design, constructability reviews, site assessment and restoration, strategic regulatory analysis and compliance.

**URS Corporation [h]**

We are a leading international provider of engineering, construction and technical services. We offer a broad range of program management, planning, design, engineering, construction and construction management, operations and maintenance, and decommissioning and closure services to public agencies and private sector clients around the world. We are also a United States federal government contractor in the areas of systems engineering and technical assistance, operations and maintenance, and information technology services.

**Tutor Perini Corporation [i]**

Tutor Perini Corporation was incorporated in 1918 and offers diversified general contracting, construction management and design-build services to private clients and public agencies around the world. We and our predecessors have provided construction services since 1894 and have established a strong reputation within our markets by executing large, complex projects on time and within budget while adhering to strict quality control measures. We offer general contracting, pre-construction planning and comprehensive project management services, including the planning and scheduling of the manpower, equipment, materials and subcontractors required for a project. We also offer self-performed construction services including site work, concrete forming and placement, steel erection, electrical and mechanical, plumbing and HVAC. Our business is conducted through four basic segments: Civil, Building, Specialty Contractors and Management Services.

**Tetra Tech, Inc. [j]**

Tetra Tech, Inc. is a leading provider of consulting, engineering, program management, construction management, construction and technical services that focuses on addressing fundamental needs for water, the environment, energy, infrastructure and natural resources. We are a full-service company that leads with science. We typically begin at the earliest stage of a project by identifying technical solutions to problems and developing execution plans tailored to our clients' needs and resources. Our solutions may span the entire life cycle of consulting and engineering projects and include applied science, research and technology, engineering, design, construction management, construction, operations and maintenance, and information technology. We are a global provider of consulting and engineering services, renowned for our leadership in water-related services for public and private clients.

**Notes/Sources:**

[a] AECOM Technology Corporation Form 10-K filed with the SEC on November 19, 2012 for the fiscal year ended September 30, 2012 at p. 2.

[b] Jacobs Engineering Group, Inc. Form 10-K filed with the SEC on November 20, 2012 for the fiscal year ended September 30, 2012 at p. 3.

[c] Fluor Corporation Form 10-K filed with the SEC on February 22, 2012 for the year ended December 31, 2011 at p. 1.

[d] MasTec, Inc. Form 10-K filed with the SEC on February 29, 2012 for the year ended December 31, 2012 at p. 4.

[e] GENIVAR, Inc. Interim Consolidated Financial Statements for the quarter ended September 29, 2012 at p. 9.

[f] Stantec, Inc. Form 40-F filed with the SEC on February 23, 2012 for the year ended December 31, 2011 at p. 9.

[g] Michael Baker Corporation Form 10-K filed with the SEC on March 13, 2012 for the year ended December 31, 2011 at p. 1.

[h] URS Corporation Form 10-K filed with the SEC on February 27, 2012 for the year ended December 31, 2011 at p. 3.

[i] Tutor Perini Corporation Form 10-K filed with the SEC on March 2, 2012 for the year ended December 31, 2011 at p. 3.

[j] Tetra Tech, Inc. Form 10-K filed with the SEC on November 15, 2012 for the fiscal year ended September 30, 2012 at p. 4.

**U.S. Department of Labor v. Sharon Heritage, et al.**

**Exhibit 11.3: AECOM Technology Corporation LTM Financials as of December 14, 2012**

|  | Fiscal Year Ended 9/30/2012 | [a] |
|---|---|---|
| **Revenue** | $ 8,218,180,000 | |
|  | | |
| Cost of Revenue | 7,796,321,000 | |
| Gross Profit | $ 421,859,000 | |
|  | | |
| Equity in Earnings of Joint Ventures | 48,650,000 | |
| General and Administrative Expenses | (80,903,000) | |
| Goodwill Impairment | (336,000,000) | |
| Income from Operations | $ 53,606,000 | |
|  | | |
| Add: Goodwill Impairment | 336,000,000 | |
| **Normalized EBIT** | $ 389,606,000 | |
|  | | |
| Add: Depreciation & Amortization | 102,974,000 | |
| **Normalized EBITDA** | $ 492,580,000 | |

Notes/Sources:

[a] AECOM Technology Corporation Form 10-K filed with the SEC on November 19, 2012 for the fiscal year ended
   September 30, 2012 at pp. 60 & 62.

**U.S. Department of Labor v. Sharon Heritage, et al.**

**Exhibit 11.4: Jacobs Engineering Group, Inc. LTM Financials as of December 14, 2012**

| | | **Fiscal Year Ended** | |
|---|---|---|---|
| | | **9/30/2012** | [a] |
| **Revenue** | $ | **10,893,778,000** | |
| | | | |
| Costs and Expenses: | | | |
|    Direct Costs of Contracts | | (9,166,789,000) | |
|    Selling, General and Administrative Expenses | | (1,130,916,000) | |
| **Operating Profit (EBIT)** | $ | **596,073,000** | |
| | | | |
| Add: Depreciation & Amortization | | 100,824,000 | |
| **EBITDA** | $ | **696,897,000** | |

**Notes/Sources:**

[a] Jacobs Engineering Group, Inc. Form 10-K filed with the SEC on November 20, 2012 for the fiscal year ended
    September 30, 2012 at pp. F-4 & F-6.

**U.S. Department of Labor v. Sharon Heritage, et al.**

**Exhibit 11.5: Fluor Corporation LTM Financials as of December 14, 2012**

| | 9 Months Ended 9/30/2011 [a] | 12 Months Ended 12/31/2011 [b] | 9 Months Ended 9/30/2012 [a] | LTM |
|---|---|---|---|---|
| **Revenue** | $  17,129,265,000 | $  23,381,399,000 | $  20,554,413,000 | $  26,806,547,000 |
| Total Cost of Revenue | 16,290,102,000 | 22,232,483,000 | 19,653,774,000 | 25,596,155,000 |
| Other (Income) and Expenses | | | | |
| Corporate General and Administrative Expense | 102,189,000 | 163,460,000 | 109,932,000 | 171,203,000 |
| Interest Expense | 8,134,000 | 15,601,000 | 20,381,000 | 27,848,000 |
| Interest Income | (24,367,000) | (31,961,000) | (23,157,000) | (30,751,000) |
| Total Cost and Expenses | $  16,376,058,000 | $  22,379,583,000 | $  19,760,930,000 | $  25,764,455,000 |
| Earnings before Taxes | $  753,207,000 | $  1,001,816,000 | $  793,483,000 | $  1,042,092,000 |
| Add: Interest Expense | 8,134,000 | 15,601,000 | 20,381,000 | 27,848,000 |
| Less: Interest Income | (24,367,000) | (31,961,000) | (23,157,000) | (30,751,000) |
| **EBIT** | $  736,974,000 | $  985,456,000 | $  790,707,000 | $  1,039,189,000 |
| Add: Depreciation & Amortization | 150,212,000 | 201,939,000 | 157,036,000 | $  208,763,000 |
| **EBITDA** | $  887,186,000 | $  1,187,395,000 | $  947,743,000 | $  1,247,952,000 |

**Notes/Sources:**

[a] Fluor Corporation Form 10-Q filed with the SEC on November 1, 2012 for the quarter ended September 30, 2012 at pp. 2 & 5.

[b] Fluor Corporation Form 10-K filed with the SEC on February 22, 2012 for the year ended December 31, 2011 at pp. F-3 & F-5.

**U.S. Department of Labor v. Sharon Heritage, et al.**

**Exhibit 11.6: MasTec, Inc. LTM Financials as of December 14, 2012**

| | 9 Months Ended 9/30/2011 [a] | 12 Months Ended 12/31/2011 [b] | 9 Months Ended 9/30/2012 [a] | LTM |
|---|---|---|---|---|
| **Revenue** | $ 2,099,674,000 | $ 3,008,977,000 | $ 2,794,431,000 | $ 3,703,734,000 |
| | | | | |
| Costs of Revenue, excluding Depreciation and Amortization | 1,805,997,000 | 2,606,091,000 | 2,445,056,000 | 3,245,150,000 |
| Depreciation and Amortization | 52,769,000 | 75,228,000 | 65,125,000 | 87,584,000 |
| General and Administrative Expenses | 97,739,000 | 148,432,000 | 118,192,000 | 168,885,000 |
| Interest Expense, net | 25,202,000 | 34,423,000 | 27,883,000 | 37,104,000 |
| Gain on Remeasurement of Equity Interest in Acquiree | (29,041,000) | (29,041,000) | - | - |
| Other Expense, net | 160,000 | (183,000) | 7,989,000 | 7,646,000 |
| | | | | |
| **Income from Continuing Operatings before Provision for Taxes** | $ 146,848,000 | $ 174,027,000 | $ 130,186,000 | $ 157,365,000 |
| | | | | |
| Add: Interest Expense, net | 25,202,000 | 34,423,000 | 27,883,000 | 37,104,000 |
| Less: Gain on Remeasurement of Equity Interest in Acquiree | (29,041,000) | (29,041,000) | - | - |
| Add: Other Expense, net | 160,000 | (183,000) | 7,989,000 | 7,646,000 |
| | | | | |
| **Normalized EBIT** | $ 143,169,000 | $ 179,226,000 | $ 166,058,000 | $ 202,115,000 |
| | | | | |
| Add: Depreciation & Amortization | 52,769,000 | 75,228,000 | 65,125,000 | $ 87,584,000 |
| **Normalized EBITDA** | $ 195,938,000 | $ 254,454,000 | $ 231,183,000 | $ 289,699,000 |

**Notes/Sources:**

[a] MasTec, Inc. Form 10-Q filed with the SEC on November 1, 2012 for the quarter ended September 30, 2012 at pp. 3 & 37.

[b] MasTec, Inc. Form 10-K filed with the SEC on February 29, 2012 for the year ended December 31, 2012 at pp. 41 & 57.

**U.S. Department of Labor v. Sharon Heritage, et al.**

**Exhibit 11.7: WSP Global, Inc. LTM Financials as of December 14, 2012 ($CAD)**

| | 9 Months Ended 9/30/2011 | [a] | 12 Months Ended 12/31/2011 | [b] | 9 Months Ended 9/30/2012 | [a] | LTM |
|---|---|---|---|---|---|---|---|
| **Revenue** | $ 479,900,000 | | $ 651,885,000 | | $ 741,000,000 | | $ 912,985,000 |
| | | | | | | | |
| Personnel Costs | 279,300,000 | | | | 442,000,000 | | 725,974,000 |
| Subconsultant and Direct Costs | 83,600,000 | | 563,274,000 | | 132,800,000 | | 49,200,000 |
| Other Operational Costs | 50,500,000 | | | | 97,800,000 | | 47,300,000 |
| Depreciation of Property, Plan and Equipment | 5,600,000 | | 7,971,000 | | 9,800,000 | | 12,171,000 |
| Amortization of Intangible Assets | 12,800,000 | | 17,311,000 | | 16,000,000 | | 20,511,000 |
| Exchange loss (gain) | (1,600,000) | | (983,000) | | 2,000,000 | | 2,617,000 |
| | | | | | | | |
| **Operating Income** | $ 49,700,000 | | $ 64,312,000 | | $ 40,600,000 | | $ 55,212,000 |
| | | | | | | | |
| Less: Exchange loss (gain) | (1,600,000) | | (983,000) | | 2,000,000 | | 2,617,000 |
| | | | | | | | |
| **Normalized EBIT** | $ 48,100,000 | | $ 63,329,000 | | $ 42,600,000 | | $ 57,829,000 |
| | | | | | | | |
| Add: Depreciation & Amortization | 18,400,000 | | 25,282,000 | | 25,800,000 | | 32,682,000 |
| **Normalized EBITDA** | $ 66,500,000 | | $ 88,611,000 | | $ 68,400,000 | | $ 90,511,000 |

**Notes/Sources:**

[a] GENIVAR, Inc. Interim Consolidated Financial Statements for the quarter ended September 29, 2012 at p. 4.

[b] GENIVAR, Inc. Consolidated Financial Statements for the year ended December 31, 2011 at p. 4.

**U.S. Department of Labor v. Sharon Heritage, et al.**

**Exhibit 11.8: Stantec, Inc. LTM Financials as of December 14, 2012 ($CAD)**

| | 9 Months Ended 9/30/2011 [a] | 12 Months Ended 12/31/2011 [b] | 9 Months Ended 9/30/2012 [a] | LTM |
|---|---|---|---|---|
| Gross Revenue | $ 1,251,357,000 | $ 1,683,403,000 | $ 1,398,981,000 | $ 1,831,027,000 |
| Less: Subconsultant and other direct expenses | 221,010,000 | 304,856,000 | 233,363,000 | 317,209,000 |
| **Net Revenue** | **$ 1,030,347,000** | **$ 1,378,547,000** | **$ 1,165,618,000** | **$ 1,513,818,000** |
| Direct payroll costs | 458,882,000 | 615,136,000 | 529,358,000 | 685,612,000 |
| Gross Margin | $ 571,465,000 | $ 763,411,000 | $ 636,260,000 | $ 828,206,000 |
| Administrative and Marketing Expenses | 420,797,000 | 565,164,000 | 470,447,000 | 614,814,000 |
| Depreciation of Property and Equipment | 20,521,000 | 27,933,000 | 20,203,000 | 27,615,000 |
| Amortization of Intangible Assets | 13,481,000 | 18,395,000 | 14,676,000 | 19,590,000 |
| Net Interest Expense | 7,510,000 | 9,723,000 | 6,901,000 | 9,114,000 |
| Other Net Financing Expense | 2,099,000 | 2,848,000 | 2,135,000 | 2,884,000 |
| Share of Income from Associates | (452,000) | (793,000) | (1,331,000) | (1,672,000) |
| Foreign Exchange Loss | 90,000 | 501,000 | 133,000 | 544,000 |
| Other (Income) Expense | (41,000) | (36,000) | 125,000 | 130,000 |
| Impairment of Goodwill | - | 90,000,000 | - | 90,000,000 |
| **Income before Income Taxes** | **$ 107,460,000** | **$ 49,676,000** | **$ 122,971,000** | **$ 65,187,000** |
| Other (Income) Expense | (41,000) | (36,000) | 125,000 | 130,000 |
| Foreign Exchange Loss | 90,000 | 501,000 | 133,000 | 544,000 |
| Share of Income from Associates | (452,000) | (793,000) | (1,331,000) | (1,672,000) |
| Other Net Financing Expense | 2,099,000 | 2,848,000 | 2,135,000 | 2,884,000 |
| Net Interest Expense | 7,510,000 | 9,723,000 | 6,901,000 | 9,114,000 |
| Impairment of Goodwill | - | 90,000,000 | - | 90,000,000 |
| Merger Expense [c] | | 508,000 | 428,000 | 936,000 |
| **Normalized EBIT** | **$ 116,666,000** | **$ 152,427,000** | **$ 131,362,000** | **$ 167,123,000** |
| Add: Depreciation & Amortization | 34,002,000 | 46,328,000 | 34,879,000 | $ 47,205,000 |
| **Normalized EBITDA** | **$ 150,668,000** | **$ 198,755,000** | **$ 166,241,000** | **$ 214,328,000** |

Notes/Sources:

[a] Stantec, Inc. 2012 Third Quarter Report for the quarter ended September 30, 2012 at p. F-2.

[b] Stantec, Inc. Form 40-F filed with the SEC on February 23, 2012 for the year ended December 31, 2011 at p. F-5.

[c] Stantec, Inc. 2012 Third Quarter Report for the quarter ended September 30, 2012 at p. F-10 and Stantec, Inc. Form 40-F filed with the SEC on February 23, 2012 for the year ended December 31, 2011 at p. F-27.

**U.S. Department of Labor v. Sharon Heritage, et al.**

**Exhibit 11.9: Michael Baker Corporation LTM Financials as of December 14, 2012**

| | 9 Months Ended 9/30/2011 | [a] | 12 Months Ended 12/31/2011 | [b] | 9 Months Ended 9/30/2012 | [a] | LTM |
|---|---|---|---|---|---|---|---|
| **Revenue** | $ 382,233,000 | | $ 538,424,000 | | $ 452,193,000 | | $ 608,384,000 |
| Cost of Work Performed | 306,591,000 | | 436,170,000 | | 380,094,000 | | 509,673,000 |
| Gross Profit | $ 75,642,000 | | $ 102,254,000 | | $ 72,099,000 | | $ 98,711,000 |
| | | | | | | | |
| Selling, General and Administrative Expenses | 56,982,000 | | 78,096,000 | | 66,073,000 | | 87,187,000 |
| | | | | | | | |
| **EBIT** | $ 18,660,000 | | $ 24,158,000 | | $ 6,026,000 | | $ 11,524,000 |
| | | | | | | | |
| Add: Depreciation & Amortization | 9,401,000 | | 14,184,000 | | 13,091,000 | | $ 17,874,000 |
| **Normalized EBITDA** | $ 28,061,000 | | $ 38,342,000 | | $ 19,117,000 | | $ 29,398,000 |

Notes/Sources:

[a]  Michael Baker Corporation Form 10-Q filed with the SEC on November 8, 2012 for the quarter ended September 30, 2012 at pp. 2 & 4.

[b]  Michael Baker Corporation Form 10-K filed with the SEC on March 13, 2012 for the year ended December 31, 2011 at pp. 21 & 23.

**U.S. Department of Labor v. Sharon Heritage, et al.**

**Exhibit 11.10: URS Corporation LTM Financials as of December 14, 2012**

| | 9 Months Ended 9/30/2011 [a] | 12 Months Ended 12/31/2011 [b] | 9 Months Ended 9/30/2012 [a] | LTM |
|---|---|---|---|---|
| **Revenue** | $  7,151,800,000 | $  9,545,000,000 | $  7,999,800,000 | $  10,393,000,000 |
| | | | | |
| Cost of Revenues | 6,731,200,000 | 8,988,800,000 | 7,484,000,000 | 9,741,600,000 |
| General and Administrative Expense | 59,900,000 | 79,500,000 | 62,000,000 | 81,600,000 |
| Acquisition-Related Expense | 1,000,000 | 1,000,000 | 16,100,000 | 16,100,000 |
| Restructuring Costs | - | 5,500,000 | | 5,500,000 |
| Goodwill Impairment | 798,100,000 | 825,800,000 | - | 27,700,000 |
| Equity in Income of Unconsolidated Joint Ventures | (100,800,000) | (132,200,000) | (76,800,000) | (108,200,000) |
| | | | | |
| **Operating Income** | $  (337,600,000) | $  (223,400,000) | $  514,500,000 | $  628,700,000 |
| | | | | |
| Add: Acquisition-Related Expense | 1,000,000 | 1,000,000 | 16,100,000 | 16,100,000 |
| Add: Restructuring Costs | - | 5,500,000 | - | 5,500,000 |
| Add: Goodwill Impairment | 798,100,000 | 825,800,000 | | 27,700,000 |
| | | | | |
| **Normalized EBIT** | $  461,500,000 | $  608,900,000 | $  530,600,000 | $  678,000,000 |
| | | | | |
| Add: Depreciation & Amortization | 105,700,000 | 142,700,000 | 165,500,000 | $  202,500,000 |
| **Normalized EBITDA** | $  567,200,000 | $  751,600,000 | $  696,100,000 | $  880,500,000 |

**Notes/Sources:**

[a] URS Corporation Form 10-Q filed with the SEC on November 6, 2012 for the quarter ended September 30, 2012 at pp. 3 & 7.

[b] URS Corporation Form 10-K filed with the SEC on February 27, 2012 for the year ended December 31, 2011 at pp. 88 & 93.

**U.S. Department of Labor v. Sharon Heritage, et al.**

**Exhibit 11.11: Tutor Perini Corporation LTM Financials as of December 14, 2012**

| | 9 Months Ended 9/30/2011 [a] | 12 Months Ended 12/31/2011 [b] | 9 Months Ended 9/30/2012 [a] | LTM |
|---|---|---|---|---|
| **Revenue** | $ 2,601,557,000 | $ 3,716,317,000 | $ 2,997,273,000 | $ 4,112,033,000 |
| Cost of Operations | 2,331,529,000 | 3,320,976,000 | 2,708,590,000 | 3,698,037,000 |
| **Gross Profit** | $ 270,028,000 | $ 395,341,000 | $ 288,683,000 | $ 413,996,000 |
| General and Administrative Expense | 152,444,000 | 226,965,000 | 194,644,000 | 269,165,000 |
| Goodwill and Intangible Asset Impairment | - | - | 376,574,000 | 376,574,000 |
| **Operating Income** | $ 117,584,000 | $ 168,376,000 | $ (282,535,000) | $ (231,743,000) |
| Add: Goodwill and Intangible Asset Impairment | - | - | 376,574,000 | 376,574,000 |
| **Normalized EBIT** | $ 117,584,000 | $ 168,376,000 | $ 94,039,000 | $ 144,831,000 |
| Add: Depreciation & Amortization | 29,594,000 | 45,293,000 | 46,676,000 | 62,375,000 |
| **Normalized EBITDA** | $ 147,178,000 | $ 213,669,000 | $ 140,715,000 | $ 207,206,000 |

Notes/Sources:

[a] Tutor Perini Corporation Form 10-Q filed with the SEC on November 2, 2012 for the quarter ended September 30, 2012 at pp. 4 & 7.

[b] Tutor Perini Corporation Form 10-K filed with the SEC on March 2, 2012 for the year ended December 31, 2011 at pp. 58 & 60.

**U.S. Department of Labor v. Sharon Heritage, et al.**

**Exhibit 11.12: Tetra Tech, Inc. LTM Financials as of December 14, 2012**

| | Fiscal Year Ended 9/30/2012 | [a] |
|---|---|---|
| **Revenue** | $ 2,711,075,000 | |
| | | |
| Subcontractor Costs | 689,005,000 | |
| Other Costs of Revenue | 1,663,065,000 | |
| Selling, General and Administrative Expenses | 211,884,000 | |
| Contingent Consideration - Fair Value Adjustments | (19,246,000) | |
| **Operating Income** | $ 166,367,000 | |
| | | |
| Less: Contingent Consideration - Fair Value Adjustments | (19,246,000) | |
| **Normalized EBIT** | $ 147,121,000 | |
| | | |
| Add: Depreciation & Amortization | 56,902,000 | |
| **Normalized EBITDA** | $ 204,023,000 | |

**Notes/Sources:**

[a] Tetra Tech, Inc. Form 10-K filed with the SEC on November 15, 2012 for the fiscal year ended September 30, 2012 at pp. 76 & 62.

*Confidential*

*CRAI*

**U.S. Department of Labor v. Sharon Heritage, et al.**
**Exhibit 11.13: Comparable Company Financial Statistics [1]**
*$USD in Millions*

| Company [2] | Ticker | Revenue [a] | EBITDA [b] | 1-Year Revenue Growth | 1-Year EBITDA Growth | 3-Year Revenue CAGR | 3-Year EBITDA CAGR | Return on Assets | Return on Capital | Return on Equity | Revenue [c] | EBITDA [d] | = [c] / [a] - 1 Implied Revenue Growth | = [d] / [b] - 1 Implied EBITDA Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Latest Twelve Months (LTM)** | | | | | | | **Next Twelve Months (NTM)** | |
| AECOM | ACM | $ 8,218 | $ 434 | 2.25% | (9.61%) | 10.3% | 8.08% | 3.7% | 6.1% | (2.5%) | $ 8,294 | $ 511 | 0.9% | 17.9% |
| Jacobs Engineering Group Inc. | J | 10,894 | 695 | 4.93% | 10.64% | (1.7%) | (0.55%) | 5.8% | 9.1% | 11.0% | 12,011 | 780 | 10.3% | 12.2% |
| Fluor Corporation | FLR | 26,807 | 1,248 | 19.69% | 27.50% | 5.9% | (0.98%) | 7.8% | 15.8% | 20.3% | 28,731 | 1,308 | 7.2% | 4.8% |
| MasTec, Inc. | MTZ | 3,526 | 276 | 24.58% | (3.53%) | 31.8% | 26.13% | 5.5% | 9.1% | 10.2% | 3,864 | 373 | 9.6% | 35.4% |
| WSP Global Inc. | WSP | 691 | 75 | 43.87% | 13.57% | 25.8% | 8.57% | 3.6% | 5.3% | 5.3% | 1,244 | 143 | nm | nm |
| Stantec Inc. | STN | 1,144 | 161 | 12.72% | 11.04% | 6.1% | 6.79% | 7.3% | 10.4% | 3.4% | 1,295 | 182 | 13.2% | 13.0% |
| Michael Baker Corporation | BKR | 608 | 32 | 21.05% | 3.07% | 10.3% | 0.62% | 2.0% | 4.0% | 4.1% | 577 | 24 | -5.1% | -23.5% |
| URS Corporation | URS | 10,393 | 772 | 9.03% | 27.34% | 1.8% | 12.36% | 4.5% | 6.9% | 10.1% | 11,991 | 964 | 15.4% | 24.8% |
| Tutor Perini Corporation | TPC | 4,112 | 207 | 25.00% | 11.60% | (10.2%) | (9.52%) | 2.6% | 4.5% | (22.8%) | 4,453 | 270 | 8.3% | 30.2% |
| Tetra Tech, Inc. | TTEK | 2,022 | 208 | | | 13.4% | 11.68% | 5.8% | 9.0% | 11.2% | 2,174 | 243 | 7.5% | 17.2% |
| **Summary** | | | | | | | | | | | | | | |
| High | | 26,807 | 1,248 | 43.9% | 27.5% | 31.8% | 26.1% | 7.8% | 15.8% | 20.3% | 28,731 | 1,308 | 15.4% | 35.4% |
| Low | | 608 | 32 | 2.3% | -9.6% | -10.2% | -9.5% | 2.0% | 4.0% | -22.8% | 577 | 24 | -5.1% | -23.5% |
| Mean | | 6,842 | 411 | 18.1% | 10.2% | 9.4% | 6.3% | 4.9% | 8.0% | 5.0% | 7,463 | 480 | 7.5% | 14.7% |
| Median | | 3,819 | 242 | 19.7% | 11.0% | 8.2% | 7.4% | 5.0% | 8.0% | 7.7% | 4,159 | 322 | 8.3% | 17.2% |
| **Bowers + Kubota** | | $ 26.4 [3] | $ 7.5 [3] | 0.8% [4] | -11.7% [5] | 14.8% [6] | 36.9% [7] | 7.7% [8] | 13.1% [9] | 13.1% [10] | $ 23.5 [11] | $ 7.8 [12] | -18.7% [13] | -9.3% [14] |

Notes/Sources:
[1] There may be certain minor timing differences in the CapIQ data (as of 12/14/2012) compared to Bowers + Kubota's financials. Therefore, the table is meant for estimation purposes only.
[2] Unless otherwise noted, all comparable company data is sourced from Capital IQ.
[3] See Exhibit 7.0.
[4] Calculated using 2010 - 2011 total revenue. See Exhibit 1.1.
[5] Calculated using 2010 - 2011 EBITDA. See Exhibit 1.1.
[6] Calculated using 2008 - 2011 total revenue. See Exhibit 1.1.
[7] Calculated using 2008 - 2011 EBITDA. See Exhibit 1.1.
[8] Calculated as 2011 Net Income / 2011 Total Assets. See Exhibit 1.2 & Exhibit 2.2.
[9] Calculated as 2011 Net Income / 2011 Total Equity + Total Debt. See Exhibit 1.2 & Exhibit 2.2.
[10] Calculated as 2011 Net Income / 2011 Total Equity. See Exhibit 1.2 & Exhibit 2.2.
[11] Figure represents 2013 projected total revenue. See Exhibit 4.0.
[12] Figure represents 2013 projected EBITDA. See Exhibit 4.0.
[13] Calculated using pro forma 2012 and projected 2013 total revenue. See Exhibit 4.0.
[14] Calculated using pro forma 2012 and projected 2013 EBITDA. See Exhibit 4.0.

**U.S. Department of Labor v. Sharon Heritage, et al.**

**EXHIBIT 12.0: Bowers + Kubota - Independent GMAC Analysis as of December 14, 2012 [a]**

| Transaction Closing Date | Target Company | Target Company Description | Acquiror | Transaction Value | Target Company LTM | | | Transaction Value / LTM | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Revenue | EBIT | EBITDA | Revenue | EBIT | EBITDA |
| 8/22/2012 | Undisclosed | Engineering and Consulting | Undisclosed | $ 1,200,000 | $ 3,054,400 | $ 226,500 | $ 232,600 | 0.39 | 5.30 | 5.16 |
| 9/7/2011 | Xnergy, Inc. and HVAC Controls & Specialties, Inc. | Mechanical Engineering for Comprehensive Energy Solutions | Blue Earth, Inc. | 7,740,000 | 18,965,616 | 758,227 | 893,248 | 0.41 | 10.21 | 8.67 |
| 2/28/2011 | M.J. Schiff & Associates, Inc. | Full-Service Engineering Firm Focusing on Corrosion Engineering and Coating-Related Services | Undisclosed | 4,400,000 | 6,559,182 | 294,024 | 369,689 | 0.67 | 14.96 | 11.90 |
| 5/3/2010 | The LPA Group | Engineering, Architectural and Planning Firm Specializing in the Construction of Airports, Highways, Bridges and other Transportation Infrastructure | Michael Baker Corporation | 60,492,000 | 91,867,134 | 4,289,635 | 5,237,150 | 0.66 | 14.10 | 11.55 |
| 9/25/2009 | Undisclosed | Civil Engineering Firm | Undisclosed | 300,000 | 887,000 | 43,000 | 64,000 | 0.34 | 6.98 | 4.69 |
| 8/31/2009 | Undisclosed | Environmental Engineering Firm | Undisclosed | 1,675,000 | 8,359,827 | 804,420 | 804,420 | 0.20 | 2.08 | 2.08 |
| 6/30/2009 | Undisclosed | Geotechnical Engineering Company | Undisclosed | 725,000 | 1,652,000 | 107,000 | 173,000 | 0.44 | 6.78 | 4.19 |
| 12/31/2008 | Peter R. Brown Construction, Inc. | General Construction Contracting | The PBSJ Corporation | 16,000,000 | 184,317,732 | 9,438,771 | 9,595,020 | 0.09 | 1.70 | 1.67 |
| 7/28/2008 | Undisclosed | Electrical Engineering | Undisclosed | 660,000 | 880,125 | 209,071 | 220,032 | 0.75 | 3.16 | 3.00 |
| 4/25/2008 | Undisclosed | Civil Engineering and Land Surveying Firm | Undisclosed | 873,000 | 2,534,723 | 209,821 | 226,486 | 0.34 | 4.16 | 3.85 |
| 3/10/2008 | MEA Holdings, Inc. | Engaged in the Business of Planning, Design, Engineering and Construction of Healthcare Facilities | Cogdell Spencer Inc. | 247,000,000 | 324,038,967 | 23,589,610 | 25,170,776 | 0.76 | 10.47 | 9.81 |
| 2/6/2008 | Undisclosed | Environmental Engineering Group | Undisclosed | 3,200,000 | 8,100,000 | 506,000 | 506,000 | 0.40 | 6.32 | 6.32 |

| | Revenue | EBIT | EBITDA |
|---|---|---|---|
| **Low** | 0.09 | 1.70 | 1.67 |
| **High** | 0.76 | 14.96 | 11.90 |
| **Average** | 0.45 | 7.18 | 6.07 |
| **Median** | 0.40 | 6.55 | 4.92 |

| | | |
|---|---|---|
| LTM EBITDA [b] | | 7,519 |
| Enterprise Value | $ | 37,017 |

**Notes/Sources:**

[a]   All information derived from DOL 005030.xlsm at tab "All Trans" which appears to contain data from Pratt's Stats Database for all transactions in SIC code 8711 between May 31, 1996 and December 31, 2014. Information was culled in accordance with the description contained in Appendix C.

[b]   See Exhibit 7.0.

**U.S. Department of Labor v. Sharon L. Heritage, et al.**

**Exhibit 13.0: Bowers + Kubota - Independent Value Conclusion**

*$USD in Thousands, Except for Per Share Data*

| | | Enterprise Value | Weighting | Weighted Value |
|---|---|---|---|---|
| [1] | Guideline Public Companies Method | $ 38,972 | 40% | $ 15,589 |
| [2] | Guideline Merged and Acquired Company Method | 37,017 | 10% | 3,702 |
| [3] | Discounted Cash Flows Method | 36,320 | 50% | 18,160 |
| | **Weighted Enterprise Value (Rounded)** | | | **$ 37,450** |
| [4] | Plus: Excess Cash & Cash Equivalents | | | 5,577 |
| [5] | Less: Interest Bearing Debt | | | - |
| | **Equity Value (Controlling Basis, Non-Marketable Basis)** | | | **$ 43,027** |
| | Less: Discount for Lack of Marketability | | 7.0% | 3,012 |
| | **Equity Value (Controlling Basis, Marketable Basis)** | | | **$ 40,015** |
| [6] | Total Shares Outstanding | | | 1,000 |
| | **Equity Value Per Share (Controlling Basis, Marketable Basis)** | | | **$ 40.02** |

**Notes and Sources:**

[1]  See Exhibit 11.1.

[2]  See Exhibit 12.0.

[3]  See Exhibit 9.0.

[4]  Represents the amount of excess cash, marketable securities, and investments in LLCs on the company's balance sheet
      at the time of the transaction (RHYL000680 - 836 at RHYL000683). B+K's management represented to LVA that $1.0 - $1.5
      million in operating cash was necessary to run the business (LIBRA-DOL INV004796 - 4803 at LIBRA-DOL INV004801).
      To be conservative, we chose to only include amounts above $1.5 million.

[5]  The Company did not have any interest-bearing debt at the time of the Transaction (RHYL000680 - 836 at RHYL000684).

[6]  On 12/10/2012, Bowers and Kubota signed a Joint Action of the Directors and Shareholders to split the each of the currently
      outstanding 100 shares of common stock into 10,000 shares of common stock, resulting in 1,000,000 shares of issued
      and outstanding common stock (RHYL000001 – 206 at RHYL000033).