# EXHIBIT "5"



# Transcript of **Ian Rusk**

Wednesday, January 6, 2021

***Eugene Scalia v. Sharon L. Heritage***

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 98304

1        UNITED STATES DISTRICT COURT

2

3           DISTRICT OF HAWAII

4

5

6

7    EUGENE SCALIA, Secretary of Labor,

8    United States Department of Labor,

9

10           Plaintiff,

11

12

13   vs.                    CASE NO.:

14                          1:18-cv-00155-SOM-WRP

15

16   SHARON L. HERITAGE, as successor

17   to Nicholas L. Saakvitne, Deceased;

18   NICHOLAS L. SAAKVITNE, A LAW

19   CORPORATION, a California

20   corporation; BRIAN J. BOWERS, an.

21   individual; DEXTER C. KUBOTA, an

22   individual; BOWERS + KUBOTA

23   CONSULTING, INC., a corporation;

24   BOWERS + KUBOTA

25   CONSULTING, INC., EMPLOYEE

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1                    APPEARANCES OF COUNSEL

 2

 3    On behalf of the Plaintiff, Eugene Scalia:

 4         U.S. DEPARTMENT OF LABOR
           OFFICE OF SOLICITOR

 5         RUBEN R. CHAPA, Esquire
           JING ACOSTA, Esquire

 6         230 South Dearborn Street
           Suite 844

 7         Chicago, Illinois 60604
           (312) 353-6993

 8         chapa.ruben@dol.gov
           acosta.jing@dol.gov

 9

10

      On behalf of the Defendants, Brian J. Bowers and
11    Dexter C. Kubota:

12         HAWKINS PARNELL THACKSTON & YOUNG, LLP
           DAVID R. JOHANSON, Esquire

13         ROBERT S. THOMPSON, Esquire
           1776 Second Street

14         Napa, California 94559
           (707) 299-2470

15         djohanson@hpylaw.com
           rhthompson@hpylaw.com

16

17

      On behalf of the Defendant, Sharon L. Heritage,
18    successor to Nicholas L. Saakvitne:

19         MORGAN, LEWIS & BOCKIUS LLP
           SEAN K. McMAHAN, Esquire

20         1111 Pennsylvania Avenue, Northwest
           Washington, DC 20004

21         (202) 739-3000
           sean.mcmahan@morganlewis.com

22

23

24    Also present:  Heather Dakins and Michael Wen

25
```

```
 1              INDEX TO EXAMINATIONS
 2
 3  WITNESS:  IAN C. RUSK                           Page
 4  Examination by Mr. Chapa                          7
 5
 6                    - - -
 7

                    EXHIBIT INDEX
 8  Exhibit
    Number            Description                 Page
 9
    Exhibit 132F    Excel spreadsheet              133
10
11  Exhibit 508     Spreadsheet                    208
12
    Exhibit 509     Organizational chart           165
13
14  Exhibit 515     URS letter unredacted           53
15
    Exhibit 518     12/14/12 LVA valuation report   75
16
17  Exhibit 634     URS letter redacted            167
18
    Exhibit 636     GMK restricted use report      167
19
20  Exhibit 692     Site visit, LIBRA-DOL          197
                    INV 1199 through 1214
21
    Exhibit 708     Subpoena                         6
22
23  Exhibit 710     Rusk rebuttal report            19
24
    Exhibit 711     9/24/20 engagement letter       22
25                  and fee agreement
```

```
 1                EXHIBIT INDEX continued

 2

       Exhibit 712      10/28/20 memo              238
 3

 4     Exhibit 713      Income Statement Projection  191

 5

       Exhibit 715      10/28/20                   149
 6

 7     Exhibit 717      Invoice                    214

 8

       Exhibit 718      Invoice                    215
 9

10     Exhibit 719      10/28/20 memo              185

11             (Original Exhibits have been

12         attached to the original transcript.)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    SOME SECTIONS WILL BE CONFIDENTIAL SUBJECT TO THE

2                    PROTECTIVE ORDER

3           Remote Deposition of Ian C. Rusk

4                    January 6, 2020

5                 (All parties stipulate to the

6                   virtual proceedings and oath

7                   given remotely.)

8                   (Witness sworn.)

9            MR. CHAPA:  Mr. Rusk, thank you for

10      coming.  My name is Ruben Chapa.  I'm an

11      attorney with U.S. Department of Labor,

12      Secretary of Labor.  I represent the

13      plaintiff in this matter.  This deposition

14      is being taken pursuant to Federal Rules of

15      Civil Procedure 30 in the case of Scalia

16      versus Heritage, et al, Docket Number

17      18-CV-155, in the U.S. District Court, the

18      District of Hawaii.

19           For the record, this deposition of

20      Mr. Ian Rusk is to be conducted remotely

21      via Zoom.  This deposition is being

22      stenographically recorded and transcribed

23      by the court reporter.  No one besides the

24      court reporter is authorized to record this

25      deposition.

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1    approach and two market approaches; correct?

2          A.    That's right.

3          Q.    And it's reflected on page 36, PDF

4    page 23 of the Exhibit 709; correct?

5          A.    You'll have to take me to that page.

6          Q.    Certainly.   PDF page 43.

7          A.    Yep.

8

17          Q.    The highest value was the market

18    transaction method; correct?

19          A.    Yes.

20          Q.    And was this private market or is it

21    public?

22          A.    I believe all the transactions that

23    occurred there were of privately held companies.

24    And if you'll allow me to look at that exhibit

25    again, I can confirm that.

1           please.

2                MR. JOHANSON:  We'll take it at the

3           same time you give it to Mr. McMahan.

4           Thank you.

5                MR. CHAPA:  By the way, we have to get

6           approval first, so we'll let you know, if

7           we're going to purchase or not.

8                END OF DEPOSITION AT 5:15 P.M.

9     (Pursuant to Rule 30(e) of the Federal Rules of

10      Civil Procedure and/or O.C.G.A. 9-11-30(e),

11      signature of the witness has been reserved.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                          CERTIFICATE
2
3    STATE OF GEORGIA:
4    COUNTY OF FULTON:
5
6
7              I hereby certify that the foregoing
8    deposition was reported, as stated in the caption,
9    and the questions and answers thereto were reduced
10   to typewriting under my direction; that the
11   foregoing pages represents a true, complete and
12   correct transcript of the evidence given upon
13   hearing, and I further certify that I am not of kin
14   or counsel to the parties in the case; am not in
15   the employ of counsel for any of said parties; nor
16   am I in any way interested in the result of said
17   case.
18
19              _____
                 /s/ Carolyn C. McWhorter
20               Carolyn C. McWhorter, CCR, RPR
                 Certification #:  5013-3322-0655-1040
21
22
23
24
25
```