# EXHIBIT "6"



DOL Exhibit

728

Tuesday, February 9, 2021

# Expert Report of
# Kenneth J. Pia, Jr., CPA, ABV, ASA, MCBA of Marcum LLP

### In the Matter of

---

Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage, et al., U.S. District Court for the District of Hawaii, Civil Action No. 1:18- cv-155-SOM-VVRP

---

DOL Exhibit 728

Dated: December 24, 2020



December 24, 2020

David R. Johanson, Esq.
Douglas A. Rubel, Esq.
Hawkins Parnell & Young, LLP
1776 Second Street
Napa, CA 94559-2406

Re:   **Eugene Scalia, Secretary of Labor, United States Department of Labor v. Sharon L. Heritage, et al., U.S. District Court for the District of Hawaii, Civil Action No. 1:18-cv-155-SOM-VVRP (the "Saakvitne Litigation")**

Dear Attorneys Johanson and Rubel:

At your request, I, Kenneth J. Pia, Jr., CPA, ABV, ASA, MCBA, working through my firm Marcum LLP, have independently determined the fair market value of 100% of the equity (the "Subject Interest") of Bowers + Kubota Consulting, Inc. ("B+KC" or the "Company") as of December 14, 2012 (the "Valuation Date").  You have advised me that the purpose of this engagement is to provide an expert employee stock ownership plan ("ESOP") valuation report, review and rebuttal regarding other reports in this matter, and expert disclosures and expert ESOP valuation and economic damages testimony all related to the Saakvitne Litigation.  Kenneth J. Pia, Jr., CPA, ABV, ASA, MCBA, Partner and Business Valuation Industry Leader of Marcum LLP will be the testifying expert in this matter.

The standard of value used in our analysis is fair market value.  ESOPs are qualified retirement plans governed by the Employee Retirement Income Security Act ("ERISA"). ERISA, as in effect as of the Valuation Date, required the trustee of an ESOP to pay no more than "adequate consideration," or fair market value, as reasonably determined by a trustee of an employee stock ownership trust ("ESOT"), when investing in employer securities. The United States Department of Labor ("DOL") defines fair market value as:

> *"the price at which an asset would change hands between a willing buyer and a willing seller, when the former is not under any compulsion to buy and the latter is not under any compulsion to sell and both parties are able, as well as willing, to trade and are well informed about the asset and the market for such asset."*

This letter, attached report and disclosures and associated results (the or this "Report") are intended for use only by you, your client, your clients' other advisors, the parties to the Saakvitne Litigation



David R. Johanson, Esq.
Douglas A. Rubel, Esq.
December 24, 2020

and the Court in the Saakvitne Litigation ("Permitted Users") regarding the stated purpose of this Report.

As presented in the Report, it is our opinion that the fair market value of the Subject Interest on the Valuation Date was $43,467,000 million, or $43.47 per share, based on 1,000,000 shares outstanding.

Further, I will present the following additional opinions in this matter:

- The valuation analysis and report of B+KC prepared by Gregory E. Kniesel, ASA of Libra Valuation Advisors, Inc. ("LVA") at the valuation date were prepared in accordance with generally accepted valuation principles and standards, and the conclusions of fair market value reached by him were within a reasonable range, and did not represent more than "adequate consideration" as defined under ERISA.

- Steven J. Sherman of Loop Capital Financial Consulting Services, LLC manipulated three key valuation adjustments in his analysis, which required his subjective judgment when "adjusting" the LVA valuation model, all of which resulted in an unsupported substantial decrease in fair market value of B+KC. Furthermore, these purported "adjustments" violated generally accepted valuation principles.

- Based on the above conclusions, it is my opinion that the Bowers + Kubota Consulting, Inc. Employee Stock Ownership Plan and Trust (the "B+KC ESOP") did not suffer any economic or other damages as a result of the purchase price paid by the B+KC ESOP to the sellers on the Valuation Date based on the LVA valuation.

As is customary in this type of engagement, I will continue to review my analysis. I will consider any additional relevant information received subsequent to the date of this report, and I will update my analysis and opinions as appropriate.

Sincerely,

MARCUM LLP

_____

Kenneth J. Pia, Jr., CPA, ABV, ASA, MCBA



# TABLE OF CONTENTS

TABLE OF CONTENTS ...............................................................................1

ENGAGEMENT DESCRIPTION ..............................................................3

1. EXECUTIVE SUMMARY ....................................................................5

2. GENERAL DISCUSSION OF PREMIUMS AND DISCOUNTS .................8

3. DISCUSSION OF THE LIBRA VALUATION ADVISORS' REPORT WITH A VALUATION DATE OF DECEMBER 14, 2012 ...........................11

4. DISCUSSION OF THE SHERMAN REPORT ...........................................20

5. FAIR MARKET VALUE OF 100% EQUITY INTEREST IN BOWERS + KUBOTA CONSULTING, INC. AS OF DECEMBER 14, 2012 ON A RETROSPECTIVE BASIS ........................................................................33
    STANDARD OF VALUE .............................................................................. 34
    PREMISE OF VALUE ................................................................................. 34
    CHARACTERISTICS OF THE SUBJECT INTEREST ......................................... 35
    APPRAISAL CONSIDERATIONS .................................................................. 35
    SCOPE OF WORK ..................................................................................... 35

COMPANY OVERVIEW ........................................................................37
    HISTORY AND NATURE OF THE COMPANY ................................................. 37
    SERVICES ............................................................................................... 38
    CUSTOMERS ........................................................................................... 38
    COMPETITION ......................................................................................... 39
    LOCATIONS AND FACILITIES .................................................................... 40
    EMPLOYEES ............................................................................................ 40
    MANAGEMENT ........................................................................................ 40
    OWNERSHIP ............................................................................................ 40
    OTHER CONSIDERATIONS ......................................................................... 41
    AMENDED AND RESTATED ARTICLES OF INCORPORATION AND ESOP STOCK PURCHASE AGREEMENT ...................................................................................... 43

ECONOMIC AND INDUSTRY ANALYSIS..............................................44

FINANCIAL ANALYSIS........................................................................48
    INTRODUCTION ....................................................................................... 48
    NORMALIZATION ADJUSTMENTS .............................................................. 48
    NORMALIZED BALANCE SHEETS ............................................................... 50
    NORMALIZED INCOME STATEMENTS.......................................................... 51



Ratio and Comparative Analysis ........................................................................... 52

Working Capital Analysis .................................................................................... 56

**VALUATION OVERVIEW** ...........................................................................**57**

Introduction ......................................................................................................... 57

Income Approach ................................................................................................ 57

Market Approach ................................................................................................ 57

Asset Approach .................................................................................................... 57

Consideration Of Approaches .......................................................................... 57

**VALUATION ANALYSIS** ...........................................................................**59**

The Income Approach ........................................................................................ 59

The Market Approach ........................................................................................ 64

The Asset Approach ............................................................................................ 67

Reconciliation of Value Indications ................................................................ 68

**SUBSEQUENT EVENTS** .............................................................................**69**

**CONCLUSION** ...............................................................................................**70**

**VALUATION DISCOUNTS** .......................................................................**71**

Discount for Lack of Marketability ................................................................ 71

**APPENDIX A – ECONOMIC ANALYSIS** ................................................**74**

**APPENDIX B – INDUSTRY ANALYSIS** ..................................................**89**

**APPENDIX C – ASSUMPTIONS AND LIMITING CONDITIONS** .............**97**

**APPENDIX D – SIGNIFICANT SOURCES OF INFORMATION**...............**100**

**APPENDIX E – PROFESSIONAL CERTIFICATION** ...................................**106**

**APPENDIX F – CURRICULA VITAE** .........................................................**107**

**APPENDIX G – DESCRIPTIONS OF GUIDELINE PUBLIC COMPANIES** ....................................................................................................**119**

**APPENDIX H – EXHIBITS** .........................................................................**131**



# ENGAGEMENT DESCRIPTION

Kenneth J. Pia, Jr., CPA, ABV, ASA, MCBA of Marcum LLP was engaged by the law firm of Hawkins Parnell & Young, LLP, through David R. Johanson, Esq. and Douglas A. Rubel, Esq., on behalf of their clients, Brian J. Bowers and Dexter C. Kubota, to estimate the fair market value of Bowers + Kubota Consulting, Inc. ("B+KC") as of December 14, 2012 and issue and deliver related opinions. This valuation opinion, disclosures, and related Report are to provide an expert ESOP valuation report, review and rebuttal regarding other reports in this matter, and expert ESOP valuation and economic damages testimony in the above-cited matter (the "Saakvitne Litigation"), and related deposition and trial testimony. Kenneth J. Pia, Jr., CPA, ABV, ASA, MCBA, Partner and Business Valuation Industry Leader of Marcum LLP will be the testifying expert in this matter.

Professionals and staff of Marcum have worked under my direct supervision during the course of my engagement primarily; Director, Bryan M. Fleming, CPA - ABV/CFF, ASA, CRFAC and Staff Analyst, Daniel McPadden.  My hourly rate is $625 and the hourly rates of Messrs. Fleming and McPadden are $420 and $175, respectively.

Marcum's fee structure that was in effect as of the date of our Engagement Agreement was as follows:

| | |
|---|---|
| Partner | $575 to $625 |
| Managing Directors and Directors | $420 to $525 |
| Managers and Senior Managers | $315 to $405 |
| Seniors and Supervisors | $215 to $275 |
| Staff | $175 to $200 |
| Paraprofessional | $90 to $140 |

Specifically, Kenneth J. Pia, Jr., CPA, ABV, ASA, MCBA of Marcum LLP has been asked to first prepare an independent valuation of B+KC as of December 14, 2012. You also have asked me to thereafter review the valuation and fairness opinions issued by Libra Valuation Advisors, Inc. ("Libra" or "LVA") in connection with the Bowers + Kubota Consulting, Inc. Employee Stock Ownership Plan and Trust (the "B+KC ESOP") in relation to the December 14, 2012 transaction (the "Bowers + Kubota Transaction")  referenced in Case 1:18-cv-00155-ACK-RLP Docket 1 in the Saakvitne Litigation, dated April 27, 2018 (the "Complaint"), and specifically to determine if the LVA valuations were prepared in accordance with generally accepted valuation principles and standards, and if the LVA conclusions reached, opinions rendered, and reports issued were reasonable and consistent with the standards set forth below. Finally, you have asked me to review and, if appropriate, rebut the report of Steven J. Sherman, ASA, CPA of Loop Capital Financial Consulting Services, LLC, dated October 19, 2020, with respect to the valuation of B+KC as of December 14, 2012, in connection with the Saakvitne Litigation.

All valuation analyses, expert ESOP valuation report, and opinions prepared and/or rendered by me through Marcum have been conducted in accordance with the standards of business valuation



ENGAGEMENT DESCRIPTION

promulgated by the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services No. 1 (SSVS-1), the Uniform Standards of Professional Appraisal Practice (USPAP) of The Appraisal Foundation, the Principles of Appraisal Practice and Code of Ethics and the Business Valuation Standards of the American Society of Appraisers, and the Professional Standards of the National Association of Certified Valuators and Analysts.



# 1. EXECUTIVE SUMMARY

A.  I performed a retrospective valuation of B+KC as of December 14, 2012 in accordance with applicable professional standards that apply to the performance of such engagements, and used only information, documentation, and data known or knowable as of that date. I concluded the fair market value of 100% equity interest in B+KC was $43.47 million), or $43.47 per share, as detailed in Section 5 of this Report (see Page 38 et seq).

B.  After valuing B+KC on an independent basis, I then performed a comprehensive analysis of the valuation performed by Gregory E. Kniesel, ASA of LVA. One key finding was that Mr. Kniesel's use of a control premium in connection with the Discounted Cash Flow method and the Guideline Public Company method was consistent with industry practice in the 2012 period and is consistent with ERISA and the Department of Labor's adequate consideration regulations. Furthermore, control premiums are generally accepted in the business valuation community.  The other generally accepted method for adjusting for control is to adjust the Company's cash flow to a control level, which is discussed in more detail in this Report.

C.  I replicated Mr. Kniesel's valuation models and adjusted them for discretionary expenses in developing a controlling benefit stream. Accordingly, I did not apply a control premium.  As a result, I found that Mr. Kniesel's controlling interest equity value conclusion differed from my own independently-derived concluded value of equity on a controlling, marketable basis, by only $3.36 million (or 1.9%), which given the overall valuation range is an immaterial difference.

D.  The most significant difference between the overall concluded values as determined by Mr. Kniesel and me relates to the discount for lack of marketability. Mr. Kniesel selected a 15% discount for lack of marketability to arrive at the ESOP controlling interest equity value conclusion of $40.15 million. I, however, selected a 7% discount for lack of marketability (see *Valuation Discounts* in Section 5 of this Report) to arrive at the value of equity on a controlling, nonmarketable basis of $43.47 million, a value greater than that determined by LVA by $3.32 million.

E.  It appears that Mr. Kniesel was entirely cognizant of the fact that he was using a noncontrolling benefit stream in his valuation models, and that he applied a control



premium that very nearly accounted for all of the difference between the method of adjusting discretionary cash flows and that of applying a control premium.

F. Based on professional practices in use in the 2012 period, Mr. Kniesel's valuation was in overall compliance with the various provisions of USPAP and both the Code of Ethics and the Business Valuation Standards of the American Society of Appraisers and ERISA and the DOL's adequate consideration regulations.

G. It is my further opinion that Mr. Kniesel's conclusions of the fair market value of the Subject Interest were within a reasonable range and accordingly not more than "adequate consideration" as defined under ERISA.

H. After valuing B+KC on an independent basis, as noted above, I also performed a comprehensive analysis of the valuation by Steven J. Sherman, CPA, ASA, of Loop Capital Financial Consulting Services, LLC. In so doing, I found notable departures from the professional standards and practices that apply to business valuation engagements generally, and to retrospective valuations specifically.

I. More specifically, Mr. Sherman's valuation fails to meet basic standards related to the USPAP Scope of Work Rule, its Standards Rule 9-1 General Development Requirements; furthermore, Mr. Sherman's valuation utilizes information not known or knowable at the valuation date, a clear violation of USPAP.

J. Mr. Sherman's failure to interview B+KC's management, a significant departure from both the USPAP Scope of Work Rule and Competency Rule, introduced substantial errors to the benefit stream that he chose to use. His assumptions are thus speculative and unfounded, and his reasoning is fatally flawed.

K. Even though the use of certain of Mr. Sherman's techniques of valuation are correct, the introduction of significant error to the process renders the results unreliable. Thus, I am led to conclude that the assumptions he chose are contrived to reduce value.

L. My overall determination is that Mr. Sherman's valuation does not comply with generally accepted valuation principles.

M. I determined the range of fair market value of B+KC on the Valuation Date to be $42.1 million to $45.9 million, which also supports the proposition that the Trustee (Nicholas



L. Saakvitne) of the B+KC ESOP did not pay more than adequate consideration for the B+KC common stock that he purchased for the B+KC ESOP on December 14, 2012.

N.  Based on the foregoing, it is my opinion that the B+KC ESOP did not suffer any economic or other damages as a result of the purchase price paid by the B+KC ESOP to the selling shareholders.



# 2. GENERAL DISCUSSION OF PREMIUMS AND DISCOUNTS

I.     The following schematic is adopted from the work of Dr. Shannon Pratt,[1] who in turn adopted it from a book that he coauthored with two other influential scholars of business valuation in 2007.[2]  The schematic sets forth the various levels of value based on their various characteristics of ownership.

**"Levels of Value" in Terms of Characteristics of Ownership**



**Notes:**

[a] Control shares in a privately held company may also be subject to some discount for lack of marketability, but usually not nearly as much as minority shares.

[b] Minority and marketability discounts normally are multiplicative rather than additive. That is, they are taken in sequence:

| | | |
|---|---:|---|
| $ | 10.00 | Control value |
| − | 2.00 | Less minority interest discount (.20 × $10.00) |
| $ | 8.00 | Marketable minority value |
| − | 3.60 | Less lack of marketability discount (.45 × $8.00) |
| $ | 4.40 | Per share value of nonmarketable minority shares |

II.     Importantly, as Dr. Pratt explains, "While there is a great deal of empirical evidence available to quantify the discount for lack of marketability, the empirical evidence to quantify the control premium or, conversely, the minority discount is, indeed, scant. The only body of empirical evidence that is available is from the public market. Of the

---

[1] Shannon P. Pratt and Alina V. Niculita, *Valuing a Business, The Analysis and Appraisal of Closely Held Companies,* 5th ed. (New York, NY: McGraw Hill Companies, 2008). Page 384 - 385.

[2] Jay E. Fishman, Shannon P. Pratt, and J. Clifford Griffith, *Guide to Business Valuations*, 17th ed. (Fort Worth, TX: Practitioners Publishing Co.), Exhibit 8–8.



several hundred public companies that are taken over each year, most (about 85 percent) are at prices that represent a premium over the previous public trading price."[3]

III.     The important point is that the basis for the application of a control premium is the "publicly traded equivalent value" or "stock market value" of minority shares as if freely traded, which can be seen in the center of the above schematic. This point is equally important as it relates to both the income-based and market-based approaches to value, and is crucial as it relates to a 100% interest, such as that under consideration herein.

IV.     That being said, there are two generally accepted and commonly used methods used to develop a controlling interest value for enterprise valuation purposes, including the application of a control premium, and the adjustment of the financial statements so that they represent control-level cash flows. In that the basis for the application of a control premium was discussed above, this discussion will next focus on the adjustment of reported financial information in order to determine controlling cash flows.

V.     James R. Hitchner, a business valuation thought leader, discusses the importance of normalization adjustments in the fourth edition of his book, *Financial Valuation, Applications and Models:*[4]

A.     "If the value of any investment is equal to the present value of its future benefits, determining the appropriate future benefit stream (cash flow) is of primary importance. Therefore, items that are not representative of the appropriate future cash flow must be either eliminated or adjusted in some manner. The process begins with the collection of historical financial data and includes a **detailed review** of that data to determine what, if any adjustments are required" (emphasis added).

B.     Hitchner goes on to state that "Failure to develop the appropriate normalizing adjustments may result in a significant overstatement or understatement of value."

C.     He refers to the "Big Five" categories of adjustments, as follows:

---

[3] Shannon P. Pratt and Alina V. Niculita, *Valuing a Business, The Analysis and Appraisal of Closely Held Companies*, 5th ed. (New York, NY: McGraw Hill Companies, 2008). Pages 384 - 385.
[4] James R. Hitchner, *Financial Valuation, Applications and Models*, 4th Edition (Hoboken, NJ: John Wiley & Sons, Inc., 2017). Page 120 et seq.



      i.    Ownership characteristics (control versus minority);

      ii.    GAAP departures and extraordinary, nonrecurring, and/or unusual items;

      iii.   Nonoperating assets and liabilities and related income and expenses;

      iv.   Taxes; and

      v.    Synergies from mergers and acquisitions, if applicable.

D.    In relation to ownership characteristics, Hitchner goes on to state: "Controlling interest holders are able to extract personal financial benefits beyond fair market amounts in a number of ways. For instance, in a privately held enterprise, is not unusual for the controlling shareholder to take compensation in excess of going market rates that might be paid for the same services. Since the "willing buyer" of a controlling ownership interest could reduce compensation to market levels, often it is appropriate to add back excess compensation to cash flow to reflect the additional economic benefits that would be available to the 'willing buyer.'" In his related valuation tip, he goes on to say that "Compensation adjustments are made as required to differentiate the portion of the shareholders' compensation for their personal service rendered to the subject company and the portion of the compensation attributed to their equity investment." This concept is (and certainly was as of the date of the B+KC Transaction) generally accepted in the business valuation community. This is but one of a litany of generally accepted prerogatives of control, not least of which is the ability to sell (monetize) the company.

E.    Hitchner provides a veritable litany of the types of additional common control adjustments that might be necessary, including excess fringe benefits and payroll-related taxes.

VI.    In summary, the business valuation community recognizes two equally appropriate and generally accepted methods for determining a control-level value, as described above. Mr. Kniesel employed a control premium and as discussed in more detail in this Report; I chose to make adjustments to the income statement (cash flow). The conclusions reached using these two different methods resulted in valuations that each substantially reconciled to the other.



# 3. DISCUSSION OF THE LIBRA VALUATION ADVISORS' REPORT WITH A VALUATION DATE OF DECEMBER 14, 2012

I.    The valuation report prepared by Mr. Gregory Kniesel of LVA included three methods of valuation, one under the income-based approach to value, the Discounted Cash Flow (DCF) Method, and two under the market-based approach to value, including the Guideline Public Company (GPC) Method and the "Industry Acquisition Method," generally referred to as the Guideline Transaction Method (GTM).

    A.    In relation to the DCF method, Mr. Kniesel chose to apply a premium for control of 30%, rather than adjust the financial statements, consistent with the previous discussion. He used the same percentage premium under the GPC method. The method chosen by Mr. Kniesel was equally as recognized and accepted as adjusting the cash flows in the business valuation community at the time of the B+KC Transaction.

    B.    Mr. Kniesel did make certain limited adjustments to the balance sheet and income statement.

        i.    His single balance sheet adjustment is described as follows in his report:

> "The aggregate of "Cash" and "Marketable Securities" was adjusted down in accord with discussions with Management. It was determined that excess cash could be distributed to shareholders without any impairment to the liquidity or operations of the Company [B+KC]. Accordingly, $5,328,000 is considered excess cash and marketable securities ("Excess Cash") as of the Valuation Date and will be added to the operating 100 percent controlling interest equity value conclusion for later in this report (see section "V. Valuation of the Common Stock - Summary and Controlling Interest Equity Value Conclusion")."

> I note that the most current reported level of cash and marketable securities totaled $7.396 million as of the Valuation Date, and as reflected on the company's balance sheet of November 30, 2012[5].

---

[5] Received from Counsel



DISCUSSION OF THE LIBRA VALUATION ADVISORS REPORT

ii.    His principal adjustment to the income statement is described in his report as follows: "Profit Sharing Plan Contribution" was adjusted to zero in each period to reflect that these contributions will cease after implementation of the ESOP."

iii.    His ancillary adjustment to the B+KC income statement, as related to taxes, is described in his report as follows:

"Because of the above adjustments, in order to normalize income tax expense and to provide for better comparability with the publicly traded guideline companies selected under the Guideline Public Companies Method, we have adjusted the Company's income tax expense to an effective tax rate of 40 percent, determined after discussions with Management and a review of the Company's historical tax rates, to account for standard, combined federal and state corporate income taxes."

iv.    In relation to the adjustment of the B+KC balance sheet to remove excess cash and equivalents, I performed an analysis of what is referred to in the parlance of accounting and finance as the cash-to-cash or cash conversion cycle (CCC) of B+KC.

v.    CCC is defined as follows: "The cash conversion cycle (CCC) is a metric that expresses the time (measured in days) it takes for a company to convert its investments in inventory and other resources into cash flows from sales. Also called the Net Operating Cycle or simply Cash Cycle, CCC attempts to measure how long each net input dollar is tied up in the production and sales process before it gets converted into cash received."[6]

vi.    Based on the CCC analysis, I determined that it was reasonable to maintain approximately $1.0 million of cash on the balance sheet, representing a CCC of 55 days, to bridge the period of transition contemplated by the theoretical sale of B+KC as contemplated by the fair market value standard. That is to say that based on my analysis, it was appropriate to add $6.4 million back to the value as nonoperating assets based on the November 2012 balance sheet. Accordingly, Mr.

---

[6] https://www.investopedia.com/terms/c/cashconversioncycle.asp



Kniesel's choice to add back $5.3 million as non-operating assets was not only reasonable but conservative, and seemingly understates the value of the Company by $1.1million.

vii.     The calculation of the CCC can be found in Section 5, *Financial Analysis, Normalization Adjustments* of this Report, as a component of my retrospective valuation of B+KC.

viii.    In addition, Mr. Kniesel did not adjust owner/officer salaries or related payroll taxes in determining a controlling benefit stream of B+KC. Shareholder salaries prior to the creation of the B+KC ESOP were well above market value, according to my analysis using the Executive Compensation Assessor from ERI Economic Research Institute, as discussed further in the *Financial Analysis, Normalization Adjustments* section of Section 5, and the excess is, as described by Mr. Hitchner above, treated as "compensation attributed to their equity investment." The following table sets forth the amount of such adjustments in the historical period:

| Officer Salary and Taxes Adjustments by Year ($000) | |
|---|---|
| 2008 | (977) |
| 2009 | (1,457) |
| 2010 | (1,704) |
| 2011 | (1,822) |
| 2012 | (1,036) |

ix.      In the forecasted period, I adjusted officer salaries to the contractual salaries of Messrs. Bowers and Kubota as set forth in employment agreements signed contemporaneously with the creation of the ESOP, $480,000 each, for a total of $960,000. These adjustments had no net impact on cash flows in the forecast period, as they represented a simple allocation from the gross salaries forecasted to a line item for disclosure purposes. I kept them constant throughout the forecast period, as the agreements provide no guidance on cost of living increases and otherwise provide for bonuses for performance.



    x.    Thus, after adjustment of these items of discretionary expense, there exists a substantial difference in both the historical and future earnings capacity of B+KC as presented in Mr. Kniesel's report. This is certainly a basis for Mr. Kniesel choosing to apply a control premium, as it seems he had a clear understanding that the cash flows he was using were not on a fully controlling interest basis. I note that nowhere in his report does he explicitly state that the benefit stream considered was a controlling benefit stream. As described below at page 17 IV(a), Mr. Kniesel would have reached very nearly the same conclusion had he made all of the contemplated "control" adjustments rather than applied the control premium.

        I also inquired of B+KC's management as to the possible existence of other discretionary expenses beyond the shareholder salaries, bonuses, and profit sharing, and was informed that nothing material existed.

C.    Next, I will discuss some particulars related to the income-based approach to value, as used by Mr. Kniesel.

    i.    Calculation of the cost of capital in the form of a discount rate:

        a.    Mr. Kniesel used an unsystematic risk premium of 5.5%, which as a subjective judgment does not appear to be unreasonable.

        b.    His use of a capital structure of 90:10 is consistent with the industry and information regarding B+KC available at the time. The small composite five-year average debt to invested capital ratio based on Morningstar D&P[7] data was 7.6%, and the median five-year average was 11.6%; the average of those two observations is 9.6%. In relation to the size of B+KC as well as the actual capital structure, 90:10 is a reasonable and supportable estimate of the capital structure of B+KC on a forward-looking basis.  Thus, Mr. Kniesel's concluded weighted average cost of

---

[7] Ibbotson SBBI 2011 Valuation Yearbook: *Market Results for Stocks, Bonds, Bills, and Inflation 1926-2010* (Chicago, IL: Morningstar, Inc., 2011).



capital (WACC) of 18.0% is consistent with the available data in 2012.

D.  Determining discounting factors in the forecast period of 2013 through the terminal period are set forth in the following table:

    i.  The discounting factors that can be seen in the following table are those used by Mr. Kniesel as juxaposed with the correct factors; with the exception of 2017 and the terminal period, the differences may be attributable to rounding conventions:

| BOWERS + KUBOTA CONSULTING, INC. RECALCULATION OF DISCOUNT FACTOR | | |
| --- | --- | --- |
| Year | LVA | Marcum |
| 2013 | 0.92 | 0.92 |
| 2014 | 0.78 | 0.77 |
| 2015 | 0.66 | 0.65 |
| 2016 | 0.56 | 0.55 |
| 2017 | 0.48 | 0.46 |
| Terminal | 0.44 | 0.46 |

    ii.  The discounting factor used in the terminal period must logically be the same as that of the final year of the finite period,[8] as they are contemporaneous calculations. The process of affecting the discount rate for an additional year applies only to the use of an exit multiple derived discount rate, and not to the Gordon Growth Model that Mr. Kniesel used.

    iii.  As noted by Dr. Pratt,[9] "A common error is to discount the terminal value for n + 1 periods, which would be appropriate only if the terminal value represented the estimated value one year following the end of the discrete projection period," which is not the case here.

---

[8] Shannon P. Pratt and Alina V. Niculita, *Valuing a Business, The Analysis and Appraisal of Closely Held Companies*, 5th ed. (New York, NY: McGraw Hill Companies, 2008). Page 219.
[9] Ibid, Page 230.



II.   I analyzed Mr. Kniesel's DCF model and used a careful process of adjustments to determine the individual impact on value of the above noted facts, as follows:

    A.   I first eliminated the control premium of $9.231 million, which led to an adjusted value $31.069 million;

    B.   I then adjusted the discounting factor used in 2017 and the terminal period, resulting in a value of $32.300 million, such that the value shifted upwards by $1.231 million;

    C.   I then adjusted officers' salaries to their market level based on industry research in line with our commentary in 2(B)(viii-ix) above, resulting in a value under the DCF method of $38.8 million using Mr. Kniesel's model. An analysis of the adjustments made can be seen in Section 5 of this Report, my retrospective valuation of B+KC.

    D.   I note that Mr. Kniesel's original value of $40.390 million is $1.9 million lower than the resulting value on an adjusted basis, as previously noted.

    E.   This concluded value is prior to the add-back of Mr. Kniesel's estimate of nonoperating assets of $5.328 million, which would increase the overall value of the enterprise.

III.   The Market-Based Methods

    A.   The Guideline Publicly Traded Company Method (GPC).

        i.   I note here that the valuation report of Mr. Sherman used the same set of companies as Mr. Kniesel, and further by me in my GPC method. While there are rarely any truly comparable publicly traded companies, the set of compeer companies used herein is a reasonable basis for the application of the GPC method.

        ii.   Mr. Kniesel applied a control premium to the market-based multiples. This was common practice in the 2012 time frame. The issue of applying control premiums to public company-derived multiples became an



active subject of discussion in the 2012 timeframe. While the argument had been ongoing for several years, it approached a resolution when Eric Nath, ASA published his article "Best Practices Regarding Control Premiums: Comments Regarding the Appraisal Foundation's Proposed White Paper on Control Premiums"[10] in December 2011. In the 2012 time frame, the use of control premiums was accepted practice in the business valuation community, and continues to be so currently.

iii.   Mr. Kniesel used a multiple of enterprise value-to-revenue of 0.4x, which is reasonably consistent with the first quartile as indicated by the selected guideline public companies in Exhibit 15 of this report.[11] However, he used an EBITDA multiple of 4.5x, compared to my selection of 4.19x.

iv.   The compeer companies relied upon in Kniesel's GPC model reflect the following unadjusted multiples along with his selected multiples:

**BOWERS + KUBOTA CONSULTING, INC.**
**GUIDELINE PUBLIC COMPANY MULTIPLES**

| Selected Multiple | Min | Max | Selected | % Min | % Max |
|---|---|---|---|---|---|
| EV-TSO/Revenue | 0.3x | 1.1x | 0.4x | 148.1% | 36.0% |
| EV-TSO/Adjusted EBIT | 8.0x | 14.2x | 5.5x | 68.4% | 38.7% |
| EV-TSO/Adjusted EBITDA | 5.6x | 16.9x | 4.5x | 80.8% | 26.6% |

v.   It can be seen that Mr. Kniesel selected multiples that appear to be reasonable and consistent, as the average percentage of the maximum observations is approximately one-third (34%).

---

[10] Eric W. Nath, ASA, "Best Practices Regarding Control Premiums: Comments Regarding the Appraisal Foundation's Proposed White Paper on Control Premiums" in *Business Valuation Review* Volume 30 (Winter 2011), Issue 4, December 1, 2011.

[11] Ultimately, I did not rely upon a revenue multiple in determining the enterprise value of the Subject Interest. However, Mr. Kniesel's selection of 0.40x appears to be reasonably comparable with the first quartile EV/Revenue multiple indicated by the selected guideline public companies, as presented in Exhibit 15 of Appendix H in Section 5 of this Report.



DISCUSSION OF THE LIBRA VALUATION ADVISORS REPORT

vi.   I analyzed Mr. Kniesel's GPC worksheet and adjusted EBIT and EBITDA consistent with the controlling interest basis of the valuation, as previously discussed.

a.   If Mr. Kniesel applied a weighting of 50:50 assigned to EV/Adjusted EBIT and EV/Adjusted EBITDA, and excluded the use of a 30% control premium, he would have valued B+KC at $42.7 million prior to the addback of excess assets, as compared to my estimate of $42.9 million without a control premium.

B.   Guideline Merger and Acquisition  Method

Had Mr. Kniesel made controlling interest adjustments and used the EBITDA and EBIT multiples in a ratio of 50:50, he would have concluded a value of $49.1 million prior to the addback of nonoperating assets.

IV.   In summary, if Mr. Kniesel had made controlling interest adjustments to the cash flows, and made some otherwise seemingly immaterial changes, he would have determined a value for the Company, using only the DCF and GPC methods in a ratio of 50:50, of approximately $42.5 million. That value of the enterprise does not include the addback of nonoperating assets, which, using his estimate of $5.300 million, results in a total value of $47.8 million.

A.   The resulting estimate of the value of equity of $40.6 million differs from his original estimate of value, $40.150 million, by only $0.45 million or 1.1%.  From this, it can be seen that the control premium, as applied by Mr. Kniesel, appears to be in line with reality and reconciles consistently to the conclusions reached by adjusting cash flows.

B.   The most significant difference between the overall concluded values as determined by Mr. Kniesel and me relates to an appropriate discount for lack of marketability. Mr. Kniesel selected a 15% discount for lack of marketability to arrive at the ESOP controlling interest equity value conclusion of $40.6 million. I, on the other hand, selected a 7% discount for lack of marketability to arrive at the value of equity on a controlling, nonmarketable basis of $43.467 million, a difference of $2.9 million.



My selection of the 7% discount for lack of marketability is discussed further in Section 5, *Valuation Discounts*, of this Report.

C.  Overall, the valuation analyses and report of LVA and Mr. Kniesel were compliant with USPAP and the Code of Ethics and the Business Valuation Standards of the American Society of Appraisers. We note that in light of the fact that Mr. Kniesel is not a CPA, he is not bound to the AICPA standards of business valuation practice.

V.  Consideration of the Proposed Stock Appreciation Rights Plan

A.  It is noted that Mr. Kniesel did not consider the B+KC Stock Appreciation Rights (SARs) plan that came into being in February 2013. While the SARs plan was not signed until a little over two months after the adoption date of the ESOP, its existence was known or knowable at the Valuation Date, as seen in an email exchange between Mr. Kniesel and Nicholas Saakvitne dated December 12, 2012,[12] and various other documents listed in the retrospective valuation section of this Report. However, I also note that Mr. Sherman, the appraiser working on behalf of the U.S. Department of Labor, also did <u>not</u> consider any SARs dilution. Thus, it appears that Mr. Kniesel and Mr. Sherman are in agreement with respect to the treatment of potential prospective dilution from the SARs Plan. I performed additional review and analysis regarding the potential impact of the SARs Plan and considered the possibility of dilution, as set forth in Section 5 of this Report containing my retrospective valuation of B+KC, and determined the dilution to be speculative as of the valuation date.

---

[12] LIBRADOL INV 005583.pdf



# 4. DISCUSSION OF THE SHERMAN REPORT

I.   Application of Standards of Business Valuation Practice.

A.   USPAP's Scope of Work Rule relates to the research and analysis completed for an engagement. The rule states that research and analysis needs to be sufficient to produce "credible assignment results" given the intended use of the valuation. Credible is defined as "worthy of belief."  It goes on to state that whether research and analysis meets this requirement can be measured by (1) the expectations of those who would regularly be intended users for that type of assignment and (2) what the appraiser's peers would do in the same or a similar assignment.

B.   Furthermore, under the Competency Rule:  "Perfection is impossible to attain, and competence does not require perfection. However, an appraiser must not render appraisal services in a careless or negligent manner. This Rule requires an appraiser to use due diligence and due care."

C.   All of Standards Rule 9-1, General Development Requirements, apply in the case at hand:

   i.   "In developing an appraisal of an interest in a business enterprise or intangible asset, an appraiser must:

       a.   "be aware of, understand, and correctly employ those recognized approaches, methods and procedures that are necessary to produce a credible appraisal;
       b.   "not commit a substantial error of omission or commission that significantly affects an appraisal; and
           i.   <u>Comment</u>: An appraiser must use sufficient care to avoid errors that would significantly affect his or her opinions and conclusions. Diligence is required to identify and analyze the factors, conditions, data, and other information that would have a significant effect on the credibility of the assignment results.
       c.   "not render appraisal services in a careless or negligent manner, such as by making a series of errors that, although individually might not significantly



Page 20

affect the results of an appraisal, in the aggregate affect the credibility of those results."

D.  USPAP Advisory Opinion (AO) 34, lines 38 to 47, states as follows:

    i.    "A retrospective appraisal is complicated by the fact that the appraiser already knows what occurred in the market after the effective date of the appraisal. With market evidence that data subsequent to the effective date was consistent with market expectations as of the effective date, the subsequent data should be used. In the absence of such evidence, the effective date should be used as the cut-off date for data considered by the appraiser."

E.  AICPA Statement of Standards for Valuation Service Number One (SSVS-1) at Subsequent Events - .43, states as follows:

    i.    "The valuation date is the specific date at which the valuation analyst estimates the value of the subject interest and concludes on his or her estimation of value. Generally, the valuation analyst should consider only circumstances existing at the valuation date and events occurring up to the valuation date. An event that could affect the value may occur subsequent to the valuation date; such an occurrence is referred to as a subsequent event. Subsequent events are indicative of conditions that were not known or knowable at the valuation date, including conditions that arose subsequent to the valuation date. The valuation would not be updated to reflect those events or conditions. Moreover, the valuation report would typically not include a discussion of those events or conditions because a valuation is performed as of a point in time—the valuation date—and the events described in this subparagraph, occurring subsequent to that date, are not relevant to the value determined as of that date." An article entitled *SSVS 1: Applying New Standards for CPAs Providing Valuation Services*[13] makes clear that the standard applies to all CPAs that provide valuation services.

---

[13] http://archives.cpajournal.com/2008/608/essentials/p54.htm



F.   Steven J. Sherman, CPA, ASA, of Loop Capital Financial Consulting Services, LLC, departed from these standards in several respects.

i.   The most egregious of these departures relates to his calculation of a "Limited Control Discount," as set forth on Page 33 of Mr. Sherman's report. While there is a complete discussion of the use of control premiums elsewhere in this Report, the language and thought process of Mr. Sherman requires special attention. He states as follows.

a.   "***Significant bonuses were paid in later years*** *with no documentation from the Trustee providing approval. We understand that a large portion of those bonuses went to Bowers and Kubota. Accordingly, I have concluded that the shares acquired by the ESOP, although representing 100%, had limited control. To quantify this issue, I applied a 10% discount to the controlling, non-marketable value.*" We note here that in light of the fact that Mr. Kniesel used a noncontrolling benefit stream, and Mr. Sherman effectively adopted that benefit stream, Mr. Sherman thus double counted the impact of control.

b.   In other words, Mr. Sherman used selected information only (regarding bonuses subsequently paid) in developing his retrospective valuation that was not known or knowable at the Valuation Date in determining a "Limited Control Discount." His use of the information was not a "confirmation of trends," which is the only circumstance in which the use of information not known or knowable can be used consistent with Paragraph 4(e)i, as set forth above. It is interesting to note that Mr. Sherman did not comment regarding the overall performance and profitability of the Company in those years but rather chose to mention only the selected information highlighted above.

c.   This is a direct and egregious departure from generally accepted business valuation standards of practice, including USPAP and SSVS-1, as set forth above.

d.   Mr. Sherman also noted that he relied upon tax returns from subsequent periods. This practice is also inappropriate according to generally accepted business valuation standards of practice.

e.   Also, no trustee approval of bonuses is required under ERISA, as suggested by Mr. Sherman's language; rather, the trustee takes an overall view of the management decision-making of a company in respect of fairness of corporate executive decision-making to the ESOP participants. So long as the board of directors of the ESOP plan sponsor, who are responsible for making executive decisions, including determining performance bonuses, are reasonable, trustees generally do not interfere in these relationships.



DISCUSSION OF THE SHERMAN REPORT

G.  In other respects, Mr. Sherman's process is highly flawed and questionable, and his valuation of B+KC is materially less than fair market value.

    i.  The management group of B+KC state that Mr. Sherman made no attempt to discuss the assumptions he used in his report with them. This is a very important component of the due diligence process in the valuation of closely held corporations.

    ii.  In preparing his own forecasts (which was in essence simply a manipulation of the forecasts in the LVA report) without the input of B+KC management, Mr. Sherman appears to have superimposed his knowledge of the forecasting of professional engineering services firms and their operations on the knowledge of the Company's management.  In fact, Mr. Sherman's adjustments to management's forecast were based on unfounded and speculative assumptions and flawed reasoning.

    iii.  For example, if he had entered into discussions with B+KC management, Mr. Sherman would have received a very clear and cogent explanation of why subcontractor expenses were reduced in the forecast period. B+KC completed several large projects in the period prior to the adoption of the ESOP plan, notably for the U.S. Army Corps of Engineers. I obtained a specific list of these large projects, which required the heavy use of subcontractors. I also obtained a list of related subcontractor expenses tied directly to these large projects. Mr. Sherman would also have learned, on inquiry, that B+KC's management does not include possible large contracts in its forecasts as a matter of policy, as they occur only occasionally. Thus, with no forecasted large projects, the subcontractor expenses were expected to revert to their average level prior to taking on the large projects, an average of $2.0 million annually. This $2.0 million value is proven in B+KC working papers provided to me and to Marcum, papers which were also available to Mr. Sherman. Relatedly, it seems that Mr. Sherman did not perform an adequate analysis of construction order backlog and other related matters. An actual analysis of the large projects and related subcontractor expenses can be found in Section 5 of this report containing my retrospective valuation of B+KC.



DISCUSSION OF THE SHERMAN REPORT

    iv.    Mr. Sherman introduced error to the valuation process, and as a consequence made material errors in both the income and market based approaches to value. He chose to use an incorrect and erroneous benefit stream in application of both methods. I note that nowhere in Mr. Kniesel's report is it indicated that the cash flows considered are actually control-level cash flows; thus, Mr. Sherman merely postulated that the benefit stream was on a controlling basis, which the previous commentary makes clear is entirely erroneous. His report is misleading and lacks credibility as a result.

    v.    Mr. Sherman did not perform an analysis of items that should have been adjusted in the historical B+KC income statements, and specifically did not study the officer salaries and related matters before him. He had the information and failed to consider it. In so doing he allowed conjecture and flawed assumptions and logic to prevail and the result was to drive value downward.

    vi.    Notwithstanding the fact that Mr. Sherman knew of the SARs plan, and the fact that this issue was stated in the Complaint, he did not consider it or articulate his thoughts on it in his valuation. Neither Mr. Kniesel nor Mr. Sherman believed the SARs plan to be dilutive to the ESOP on the Valuation Date.

H.  I point out certain additional specific factors worthy of discussion in this subsection.

    i.    Discounted cash flow analysis:

        a.    Importantly, in light of the fact that Mr. Sherman did not perform the required due diligence in connection with the forecasted financial information, there exists substantial error in his analysis related to the economic benefit stream that the Company was producing, which renders the conclusion reached under the DCF method unreliable.

I.   The market based methods.

    i.    In relation to our prior commentary regarding the flaws in Mr. Sherman's chosen benefit stream, we find his market based valuation to be entirely



DISCUSSION OF THE SHERMAN REPORT

erroneous.  Importantly, his choice to use a stub period in his DCF benefit stream, rather than the pro forma benefit stream provided by management, was inconsistent with the trend experienced by the Company, and essentially ignored approximately $3.9 million of free cash flows from the 2012 period.

ii.   Mr. Sherman's choice to use a the stub period benefit stream, rather than the pro forma benefit stream provided, resulted in a much lower value and was contrary to the performance trend of the Company in 2012.  In fact, Mr. Sherman states clearly on Page 17 of his report:

> "Thus, it is reasonable to assume that revenue would meet Management's expectations for 2012 which is consistent with our analysis."

This is an internally inconsistent statement within Mr. Sherman's report with regard to the financial metrics on which to base the conclusion of value as of the Valuation Date.

iii.   In addition, in light of the fact that Mr. Kniesel used a noncontrolling benefit stream, Mr. Sherman's choice to *also* apply a discount for limited control was made in error, in effect double-counting the impact of lack of control.

II.   The non-binding indication of interest from URS and the GMK Consulting, LLC ("GMK") valuation report.

A.   Mr. Sherman's report portrays the December 2011 non-binding indication of interest letter from URS as if it were a bona fide offer and was somehow representative of the fair market value of B+KC at or near the time of the transaction.  This is not consistent with general standards and practices of valuation.

B.   A bona fide offer, as generally accepted in the business valuation profession, is typically described as follows:[14]

i.   Documentable, arm's-length, bona fide offers to buy or sell may also be useful evidence of value. Funded bona fide offers (i.e., offers for which the

---

[14] Shannon P. Pratt and Alina V. Niculita, *Valuing a Business, The Analysis and Appraisal of Closely Held Companies*, 5th ed. (New York, NY: McGraw Hill Companies, 2008). Page 318.



Page 25

DISCUSSION OF THE SHERMAN REPORT

financing for the offer is already in place) should be given more weight and more consideration than unfunded bona fide offers.[15]

C.  Mr. Sherman states the following in an attempt to dispel the LVA and GMK valuations in one fell swoop:

   i.   "*In early 2011, URS, a diversified, international publicly traded engineering, design and construction firm, initiated conversations exploring a potential collaboration between URS and B+K in the form of partnering on Hawaii based projects via teaming agreements. During these discussions, URS sent an 'indication of interest' to acquire the Company on December 5, 2011. Based upon information provided by B+K, URS proposed acquiring 100% of the Company for $15 million in an all cash transaction. The non-binding indication of interest was contingent upon the completion of required due diligence*."

   ii.  What is not emphasized or even mentioned by Mr. Sherman are the following facts:

      a.  A mere indication of interest is not in fact considered a bona fide offer.

      b.  The sole document that formed the basis for the indication of interest was a three-page document; this is not typical for a formal bona fide offer.

      c.  The indication of interest occurred a full year prior to the ESOP transaction and could not have possibly taken into consideration the actual growth experienced by B+KC from that date through the transaction date.

      d.  The indication of interest states the following, "URS has estimated a preliminary purchase price of 15,000,000 in cash not including any cash and debt on the Company's balance sheet and assuming no

---

[15] Ibid.



material adjustments to the preliminary balance sheet (delivered at the close). Approximately ten percent (10%) of the Purchase Price will be withheld and used to provide for the retention of certain Company senior managers for a period of 2 years."

e.   Absolutely no negotiations took place between URS and B+KC to indicate a fair market value determination between a willing buyer and a willing seller.

f.   In response to the offer, B+KC hired an <u>independent valuation firm</u>, GMK, as is prudent, to assess the indication of interest by URS, which included taking into account the current performance of B+KC and expectations going forward.

D.   Mr. Sherman states that because B+KC provided additional information to URS, this indicates a corroboration of the extremely low amount referenced in the indication of interest: this conclusion is not based on the facts: consider that the owners of B+KC felt so strongly that the value of B+KC was substantially *higher* than the amount referenced in the URS indication of interest, it advanced information in order to prove its value.  A conclusion of value higher than that implied by the URS indication of interest was fully supported by the GMK valuation.

E.   There are many instances where large acquirers that are in a rolling-up process in a respective industry routinely make low-ball offers in an effort to get a bargain deal. Mr. Sherman does not take this into account.

F.   The Sherman report concludes as to the purported relevance of the URS indication of interest as follows:

i.   "*On June 19, 2012, 107 days after the period of exclusivity ended, Brian Bowers indicated to Gary Kuba of GMK that B+K was moving in the ESOP direction.  There was a significant difference in the value ascribed to the Company by URS in its $15 million bid to the value conclusion reached by GMK of approximately $40 million.  Since URS's offer was only 37% of the value calculated by GMK, there should have been some level of professional skepticism from LVA regarding the*



Page 27

> *forecasted EBITDA for 2012 provided by Management which was well in excess of historical trends.*"

    ii.    The mathematics described above as laid out by Mr. Sherman simply conflates the facts as they actually existed and ultimately played out. In any event, the statements made by Mr. Sherman relating to any comparison of the above numbers is misleading and has no bearing whatsoever on the fair market value of the Subject Interest on the Valuation Date.

III.    Adjustments to the conclusion of value.

    A.  I note that Mr. Sherman added back cash and equivalents of $5.3 million, simply following what Mr. Kniesel did. However, as I will demonstrate, this amount is significantly understated.

    B.  I also note that Mr. Sherman also added back as a nonoperating asset the investments in LLCs of $249,000.

    C.  We also note that Mr. Sherman applied a discount for lack of marketability of 7.0%, which we find to be reasonable.

IV.    Control of the Company, post-Transaction.

    A.  In his expert report, Mr. Sherman stated that in his opinion, that although an independent trustee was appointed, the B+KC Board of Directors and Management (through its Officers) continued to maintain meaningful control[16] due to:

    i.    Lack of an independent process in the ESOP Transaction;

    ii.    The continuing influence by Management to maintain control; and

    iii.    The fact that post-transaction (in subsequent years), significant bonuses were paid to employees of the Company and that a significant portion of that bonus money was awarded to Bowers and Kubota.

---

[16] *Limited Control Discount* section (p. 33) of Sherman Report.



B.   He also stated that although the B+KC ESOP purchased a 100% interest in the Company, that the ownership of those shares [by the ESOT] had **limited control**. Mr. Sherman determined that is was therefore appropriate to apply a 10% discount for lack of control to the rice of the shares acquired by the B+KC ESOP due to his conclusion that the B+KC ESOP obtained limited control, after the acquisition of 100% interest by the B+KC ESOP from the selling shareholders, the revocable living trusts created by Messrs. Bowers and Kubota.

C.   According to a recent Amicus Brief to the United States Courts of Appeals for the Fourth Circuit,[17] Congress thoroughly considered the measure of control that ESOPs should obtain. With the Revenue Act of 1978, Congress provided pass-through voting to participants on mergers, consolidations, recapitalizations, reclassifications, liquidation, dissolution, sale of substantially all the assets, or similar transactions as the Secretary prescribes.[18] During hearings, Congress considered the supposed 'abusive' ESOP control arrangements. Congress received results from a poll of ESOP sponsors in which sponsors identified the ability of the "principal owners of a business" to "divest themselves of their holdings while retaining control of their business" as one of the most favorable characteristics of ESOPs.[19]

In his words, ESOP ownership is not the same as "real ownership."[20] In 1985 and 1988, Congress rejected changes to prerogatives of control in ESOP companies.[21] There is nothing wrong with an ESOP buying 100% of the stock but not obtaining unfettered management and operational control. The *only* control Congress required for ESOPs are the pass-through voting rights.

---

[17] American Society of Appraisers (ASA) amicus brief on behalf of the defendants in the Appeal from the United States District Court for the Eastern District of North Carolina (No. 5:19-cv-00156-BO) [Employee Stock Ownership Plan (ESOP) case, *Lee v. Argent Trust*].
[18] H.R. CONF. REP. 95-1800, 208-09, 1978 U.S.C.C.A.N. 7198, 7214.
[19] See Hearing of the Committee on Finance, July 19 and 20, 1978, Pages 314-315.
[20] Ibid, Page 116.
[21] 131 Cong. Rec. E3774-01, 1985 WL 725073, 2 (ERISA "permits ESOP trustees who are also management officials"); 134 Cong. Rec. S1071-04, 1988 WL 1082667 (management has "broad rights to severely limit the authority of participants in determining the future of the company").



V. Discount for Lack of Control – In Context of Fair Market Value.

A. Mr. Sherman states that he reviewed the documents related to the B+KC ESOP Transaction, including the amendments made to existing corporate operating documents, specifically the Articles of Incorporation and the Company Bylaws. Based on his review of such documents, Mr. Sherman concluded that Messrs. Bowers and Kubota, through their executive officer positions and being the sole members of the Board of Directors, maintained much of the same level of control after the ESOP Transaction as they did before the B+KC ESOP Transaction. However, the principles of fair market value need to be contemplated in reaching a conclusion regarding the level of control.

B. According to fair market value principles, if a buyer of a block of stock obtains certain "indicia of control" rights beyond those of a true minority shareholders, and a hypothetical buyer and a hypothetical seller would agree to increase the price to account for those rights, then some measure of control adjustment is permissible.[22] The appropriate measure of control adjustment must, of course, be reasonable in view of the particular control rights the buyer obtains.

C. By law, ESOPs obtain some "more common" elements of control, which true minority shareholders do not obtain, and that are recognized in the valuation field as having value.[23] These are: (1) the paramount right to vote shares to prevent or approve any sale of the company, merger, or recapitalization; (2) other pass-through voting rights; and (3) the right of the ESOP trustee to reject any direction from the supposed "corporate insiders" on shareholder actions if the trustee believes it is not in the best interests of the ESOP.

D. Consider two offers to a buyer. One offer permits the rights referenced above, and the second offer does not. A hypothetical seller would demand greater value for the first offer, and a hypothetical buyer would pay more. A discount for lack of control would not be appropriate pursuant to the FMV standard of value.

E. A 100% interest certainly has the ability to be prevent or approve any sale of the company, merger or recapitalization is sufficient to say that a discount for lack of control is not appropriate. There are other factors, however the ability to sell, merge

---

[22] Fishman and Pratt, PPC's GUIDE TO BUSINESS VALUATIONS (15th ed.) (2005).
[23] Supra, note 25, at p. 154.



or recapitalize a Company is paramount in contemplating the price to be paid for a controlling interest.

**VI.** The Discount for Lack of Control – Bowers + Kubota Case.

   A. The factors that Sherman raises for support for applying a DLOC are without merit.

   B. The ***lack of an independent process*** in the ESOT Transaction is a separate matter to contemplate than whether or not control was truly passed to the ESOT. This matter becomes a concern of fiduciary process by the Trustee and does not impact the fact that a 100% interest in the Company was purchased by the ESOT.

   C. The ***continuing influence by Management to maintain control*** is perfectly acceptable, in the view of Congress, and was how Congress intended for ESOP-owned companies to be managed. It was never the intention by Congress for the ESOP to gain unfettered control of the Company.

   D. The ***issue of post-transaction bonuses*** (in subsequent years) being paid to the employees of the Company (with a significant portion of that bonus money being awarded to Bowers and Kubota) is a separate post-transaction issue, one that that should be monitored by both the B+KC Board of Directors ***and*** the B+KC ESOP Trustee. As such, the post-transaction compensation is not a factor that trumps the fiduciary duties of the Trustee, as the Trustees are operating under the ERISA-imposed duties of good faith and fair dealing to conduct themselves as fiduciaries of an ESOP retirement plan. Thus, this matter is not appropriate factor in determining if a discount for lack of control (DLOC) is applicable to apply to the shares of company stock being acquired by the B+KC ESOP, in the December 14, 2012 Bowers + Kubota Transaction, notwithstanding the fact that this information was not known or knowable as of the Valuation Date as described in detail above.

   E. What is of preeminent importance is if the ESOT were to receive a bona fide offer to purchase the Company, the ESOT owns 100% of the voting interest and the ESOT would indeed command a control-based purchase price, just as the selling shareholders are entitled to a selling price to sell a controlling interest to the ESOT. This is what the fair market value standard, if employed properly, is intended to accomplish.

   F. The (i) lack of an independent process in the ESOT transaction and (ii) the issue of post-transaction bonuses are both issues that are factors for the Trustee to determine



DISCUSSION OF THE SHERMAN REPORT

how to best handle, in following his duties of good faith and sole loyalty to the ESOP.  The continuing influence by management is fully subject to the voting control of the ESOT and does not operate to dilute such voting control.

G. For all of the reasons stated above, it was inappropriate for Mr. Sherman to apply a so-called Discount for Limited Control.



# 5.  FAIR MARKET VALUE OF 100% EQUITY INTEREST IN BOWERS + KUBOTA CONSULTING, INC. AS OF DECEMBER 14, 2012 ON A RETROSPECTIVE BASIS



## STANDARD OF VALUE

The standard of value used in our analysis is fair market value. Employee stock ownership plans are qualified retirement plans governed by the Employee Retirement Income Security Act of 1974 as amended (ERISA). ERISA requires employee stock ownership plans to pay no more than "adequate consideration," or fair market value, as reasonably determined by a trustee of an employee stock ownership trust, when investing in employer securities. The United States Department of Labor (DOL) defines fair market value as:

> "the price at which an asset would change hands between a willing buyer and a willing seller, when the former is not under any compulsion to buy and the latter is not under any compulsion to sell and both parties are able, as well as willing, to trade and are well informed about the asset and the market for such asset."

"Adequate consideration" is understood to have the meaning set forth in Section 3(18)(B) of ERISA and the proposed regulations thereunder. It is our understanding, upon which we are relying, that you and any other recipient of this Report will consult with, and rely solely upon, your own legal counsel with respect to said definition(s).

This definition is consistent with that provided in the *International Glossary of Business Valuation Terms*,[24] which defines fair market value as:

> "the price, expressed in terms of cash equivalents, at which property would change hands between a hypothetical willing and able buyer and a hypothetical willing and able seller, acting at arm's length in an open and unrestricted market, when neither is under compulsion to buy or sell and when both have reasonable knowledge of the relevant facts."

## PREMISE OF VALUE

The Subject Interest is valued on a going concern basis. The *International Glossary of Business Valuation Terms* defines going concern value as:

> "the value of a business enterprise that is expected to continue to operate in the future. The intangible elements of going concern value result from factors such as having a trained work force, an operational plant, and the necessary licenses, systems, and procedures in place."

---

[24] The *International Glossary of Business Valuation Terms* has been jointly adopted by the American Institute of Certified Public Accountants, the American Society of Appraisers, Canadian Institute of Chartered Business Valuators, the National Association of Certified Valuators and Analysts, and the Institute of Business Appraisers.



INTRODUCTION

## CHARACTERISTICS OF THE SUBJECT INTEREST

An ownership interest in a privately held company might be a 100% controlling interest, a small noncontrolling interest, or various levels in between. Additionally, such an interest might be relatively marketable or less so. Control and marketability are generally considered to enhance value.

B+KC is a privately held company.  The Subject Interest represents 100% of the shares outstanding.  Therefore, it represents a controlling interest but it is not as liquid as a 100% interest in a publicly traded entity. Accordingly, the Subject Interest is valued as controlling and nonmarketable.

## APPRAISAL CONSIDERATIONS

Among other factors, this appraisal considers all elements of appraisal listed in Internal Revenue Service Revenue Ruling 59-60, which generally outlines the valuation of closely held businesses and includes the following:

1. The nature of the business and history of the enterprise from its inception;

2. The economic outlook in general and the condition and outlook of the specific industry in particular;

3. The book value of the stock and the financial condition of the business;

4. The earning capacity of the company;

5. The dividend-paying capacity;

6. Whether or not the enterprise has goodwill or other intangible value;

7. Sales of the stock and the size of the block of stock to be valued; and

8. The market prices of stocks of corporations engaged in the same or similar lines of business whose stocks are actively traded in a free and open market, either on an exchange or over the counter.

## SCOPE OF WORK

In preparing our analysis and Report, we performed the following procedures:

1. Interviewed the Company's management, specifically Brian Bowers, President, and Dexter Kubota, Vice President, on November 6, 2020;

2. Reviewed the Company's financial information and/or operational data;



INTRODUCTION

3.  Reviewed relevant legal documents, including the Amended and Restated Articles of Incorporation and ESOP Stock Purchase Agreement;[25]

4.  Analyzed the Company's earnings capacity and dividend-paying capacity;

5.  Reviewed prior transactions involving the Company's shares and reviewed the *URS Indication of Interest* as further detailed in the *Other Considerations* section of this Report;[26]

6.  Researched the relevant industry;

7.  Researched general economic conditions as of the Valuation Date and their impact on the Company and the industry in which it operates;

8.  Selected and applied appropriate valuation approaches and methods; and

9.  Prepared this Report providing our opinion of the fair market value of the Subject Interest, the valuation methods used, and the assumptions relied upon in our analysis.

---

[25] In addition, we reviewed documents related to the Company's Stock Appreciation Rights Plan, which is further described in the *Subsequent Events* section of this Report.
[26] AECOM 000001 – AECOM 000003



# COMPANY OVERVIEW

## HISTORY AND NATURE OF THE COMPANY

B+KC is a privately held corporation located in Waipahu, Hawaii.  B+KC specializes in project and construction management, program management, architectural and engineering design, and project development, from preliminary analysis and planning through complete design, for a wide variety of clientele on all the major Hawaiian islands. Since its establishment in 1980, B+KC has completed numerous projects of a wide variety of scale and complexity throughout Hawaii and the Pacific Rim. B+KC has received numerous local, state, and national honors and awards, including the prestigious 'Oihana Maika'i award from the Hawaii State Award of Excellence program, which is based on the Malcolm Baldrige National Quality core principles. Some of B+KC's more recent awards and recognition include:

- 2011, 2012, and 2013 "Hawaii Best Places to Work" 1st Place, 2014 3rd Place

- 2012 Hawaii Most Family Friendly Company 2nd Place, 2013 1st Place, 2014 3rd Place

- 2012, 2013, 2104 "Hawaii Most Healthy Work Place" 1st Place

- 2013 "Psychologically Healthy Workplace" Hawaii winner and national award

- 2012 PBN Hawaii Healthiest Employer 1st Place, 2013 and 2014 Finalist

- 2011 and 2012 National CE News "Civil Engineering Best Places to Work" 1st Place, 2013 2nd Place

- 2012 National "Multi-Disciplined Firm Best Places to Work" 2nd Place, 1st Place 2013

- 2012 and 2013 Top 100 A-E Growth Firms in the U.S (Zweig-White)

- 2013 and 2014 American Heart Association Platinum Fit Friendly Worksite

Company management strives to provide the best value to the Company's clients by promoting their philosophy of a "TEAM – Together Everyone Achieves More" approach. Management views the Company as an extension of their clients and places great emphasis on anticipating client needs by remaining proactive throughout the duration of a project. The Company's architects and engineers are dedicated to providing new and innovative techniques to clients that result in successful and award-winning projects. The goal is to ensure the final product meets or exceeds the user's current as well as future requirements. Management is committed to building on the Company's strong record of accomplishments and outstanding reputation by utilizing strengths, comprehensive abilities, and unique expertise to provide premier professional services throughout the State of Hawaii and the Pacific Rim.



B+KC is organized and operates under the laws of the State of Hawaii and is taxed as a C corporation.

## SERVICES

The Company engages in engineering and architecture services, including the following:

*Construction Management*
- Construction Planning, Coordination and Construction Oversight
- Project Scheduling, Cost Control and Estimating
- Constructability Review and Value Engineering
- Claims Analysis
- Special Inspection Services
- Project Documentation
- Project Closeout
- Commissioning Services

*Project Management*
- Program Master Planning and/or Design
- Feasibility Studies
- Existing Condition Assessments
- Construction Quality Assurance and Quality Control
- Commissioning Services

*Architecture*
- Concept Design and Analysis
- Feasibility Study
- Programming
- Project Budgeting/Cost Estimating/Analysis
- Construction Documentation
- Construction Administration/Management
- Independent Design/Technical Reviews
- Existing Facility Surveys
- Sustainable Design
- Interior Design
- Commissioning Services

## CUSTOMERS

According to management, the Company's revenues primarily comprise construction and project management services (approximately 90% of total revenues), with the remaining 10% of total revenues attributed to architecture services.



COMPANY OVERVIEW

Approximately 90% of the Company's customers are various government entities (county, state or federal). The Company's largest clients include the State of Hawaii Department of Transportation, the City and County of Honolulu, the U.S. Army Corps of Engineers, and the State of Hawaii Department of Education.

B+KC's top clients for the fiscal years ended December 31, 2010 and 2011 are presented in Table 1:

TABLE 1
BOWERS + KUBOTA CONSULTING, INC.
TOP CLIENTS (1)

*In U.S. Dollars (Thousands)*

| For the Years Ended December 31, | 2010 | 2011 | % of Revenue 2010 | 2011 | % Change |
|---|---|---|---|---|---|
| DOT-HWY | $ 1,926 | $ 3,699 | 8.9% | 16.9% | 92.1% |
| DOT-AIR | 3,453 | 3,620 | 16.0% | 16.5% | 4.8% |
| TRIPLER | 1,633 | 2,644 | 7.6% | 12.0% | 61.9% |
| DOE | 2,544 | 2,018 | 11.8% | 9.2% | -20.7% |
| CORPS OF ENGINEERS | 3,965 | 1,639 | 18.4% | 7.5% | -58.7% |
| KAMEHAMEHA SCHOOLS | 273 | 1,040 | 1.3% | 4.7% | 280.6% |
| C&C - OTHER (BWS/ENV) | 722 | 981 | 3.4% | 4.5% | 35.9% |
| MK THINK | - | 940 | 0.0% | 4.3% | *nmf* |
| C&C - DDC | 2,467 | 791 | 11.5% | 3.6% | -68.0% |
| C&C - DTS | 31 | 666 | 0.1% | 3.0% | 2031.8% |
| **Total of Top Ten Clients** | 17,015 | 18,037 | 79.0% | 82.2% | 6.0% |
| Other Revenue | 4,527 | 3,908 | 21.0% | 17.8% | -13.7% |
| **Total Revenue** | **$ 21,541** | **$ 21,945** | **100.0%** | **100.0%** | **1.9%** |

Notes:
(1) The Company's top clients for fiscal years ended December 31, 2010 and 2011 are based on amounts provided by management.

*Source: Bowers and Kubota Consulting, Inc. Client Revenue 2006-2012.*
*nmf - not meaningful*

In addition, we reviewed the Company's contract backlog for the years ended December 31, 2009 through November of 2012. While we were not provided with the Company's work in progress backlog prior to November of 2012, it was quite strong at that time, at approximately $54 million, supporting two years of forecasted revenue.[27]

## COMPETITION

The extent of the Company's competition is relatively low in Hawaii as compared to competition that might otherwise be faced by similar companies located in the continental United States. According to management, as of the Valuation Date, the Hawaiian submarket was comprised of small companies operating within the engineering services industry. The direct competitors of B+KC, based on composition, included a greater proportion of architectural services, whereas

---

[27] LIBRA – DDDOL 004671 – LIBRA – DOL 004760



B+KC primarily performed construction and project management services as of the Valuation Date.

## LOCATIONS AND FACILITIES

The Company is headquartered in Waipahu, Hawaii, on the island of Oahu. Its facilities consist of a two-story prefabricated steel frame building. The first floor is dedicated to warehouse storage space and is primarily leased to tenants. The second floor consists of office space for the Company as well as 2,500 square feet of space that is leased to tenants. The facility achieved third-party dual certifications through the U.S. Green Building Council's LEED program: LEED Gold for the core and shell and LEED Gold for commercial interiors. The Company leases space at fair market rental rates.

## EMPLOYEES

As of the Valuation Date, the Company had a total of 120 non-union employees.

## MANAGEMENT

Key management individuals are as follows:

*Brian J. Bowers, President* – Mr. Bowers is a cofounder, and is involved in the day-to-day operations of the Company. Specifically, he oversees public clients at the state level as well a portion of the private clients.

*Dexter C. Kubota, Vice President* – Mr. Kubota is a cofounder, and is involved in the day-to-day operations of the Company. He manages public clients specifically relating to federal, county, and city governments.

## OWNERSHIP

The ownership of the Company as of the Valuation Date is shown in Table 2:



| **TABLE 2** <br> **BOWERS + KUBOTA CONSULTING, INC.** <br> **OWNERSHIP PER 2011 TAX RETURN** <br> **AS OF DECEMBER 14, 2012** | |
| --- | --- |
| **Name** | **Percentage of Total** |
| Brian J. Bowers | 51.00% |
| Dexter C. Kubota | 49.00% |
| **Total** | **100.00%** |

*Source: RHYL002121-RHYL002435*

# OTHER CONSIDERATIONS

- *URS Indication of Interest* – In December 2011, after receiving very limited due diligence and financial information about B+KC, URS Corporation (URS) presented B+KC with a non-binding indication of interest to purchase the Company for, among other consideration, $15.0 million plus cash and accounts receivable. Over the next several months, B+KC produced documents including certain limited financial information, insurance, and existing contracts in connection with that discussion. In April 2012, URS conducted an on-site meeting with Mr. Bowers and Mr. Kubota. The URS indication of interest did not provide sufficient detail as to how the calculation of the proposed acquisition value was undertaken. During the first half of 2012, B+KC engaged GMK Consulting, LLC ("GMK"), a professional appraisal firm, to determine the value of the Company, as discussed below. Based in part on the results of the GMK appraisal, Messrs. Bowers and Kubota and URS ceased discussions. The URS non-binding indication of interest is properly described as a lowball attempt to acquire a unique firm in a unique marketplace.

- *GMK Appraisal* – Messrs. Bowers and Kubota obtained an independent appraisal of the Company performed by Gary M. Kuba, CPA, ABV, ASA of GMK as a matter of due diligence in relation to the URS Indication of Interest. The independent appraisal performed by GMK indicated that the fair market value of Bowers + Kubota Consulting, Inc. ranged from $31.2 million to $46.8 million as of May 8, 2012.[28]

## Summary of Positive and Negative Factors

The following is a summary of positive and negative qualitative factors pertaining to the Company:

---

[28] *Restricted Use Report – Valuation of Bowers + Kubota Consulting and Bowers + Kubota Management* as of May 8, 2012 performed by Gary M. Kuba of GMK Consulting, LLC, dated May 12, 2012.



COMPANY OVERVIEW

*Positive Factors*

- Extensive knowledge by management of both the engineering and architectural services industries, with specialized knowledge of government contracting requirements, as well as the landscape of the Hawaiian market;

- The Company and its officers enjoy strong relationships with customers in the public and private sectors;

- The Company had no financial leverage as of the Valuation Date;

- The Company has an excellent history of employee retention and mentoring;

- Exceptional reputation throughout the State of Hawaii; and

- The Company has broad capabilities, allowing them to differentiate from other companies operating in the engineering and architectural services industry, specifically in the Hawaiian submarket.

*Negative Factors*

- Smaller geographical footprint relative to public competitors;

- The bidding process is highly competitive and does not guarantee a recurring pipeline of new projects; and

- The availability of capital in companies the size of B+KC is relatively restricted as compared to publicly traded competitors.



COMPANY OVERVIEW

# AMENDED AND RESTATED ARTICLES OF INCORPORATION AND ESOP STOCK PURCHASE AGREEMENT

I reviewed the Amended and Restated Articles of Incorporation dated as of December 10, 2012, and the ESOP Purchase Agreement dated as of December 14, 2012 (collectively, the "Agreements"). The Agreements are quite typical, and with the exception of the following language, no further discussion of the provisions of the Agreements is viewed as necessary in this Report.

*ESOP Stock Purchase Agreement*[29]

1. Purchase and Sale of the Shares. Subject to the terms and conditions of this Agreement, and on the basis of the representations and warranties herein set forth, the Sellers agree to sell, and the ESOP agrees to purchase from the Sellers, the Shares. At the Closing, (i) the ESOP shall deliver the Purchase Price to the Sellers in accordance with Section 2 of this Agreement; (ii) the Sellers shall deliver to the ESOP certificates representing the Shares, duly endorsed to the ESOP, in transferable form.

2. Purchase Price.

2.1 The purchase price for the Shares (the "Purchase Price") shall be $40.00 per share or an aggregate Purchase Price of FORTY MILLION and NO/100 Dollars ($40,000,000). At the Closing (as defined in Section 3 of this Agreement), the ESOP shall deliver to Sellers the ESOP's Promissory Notes in the following total amounts:

| SELLER | NUMBER OF SHARES | TOTAL SALE PRICE |
|---|---|---|
| The Brian J. Bowers Trust Dated December 22, 2010 | 510,000 | $20,400,000 |
| The Dexter C. Kubota Trust Dated March 17, 2006 | 490,000 | $19,600,000 |
| **Totals** | **1,000,000** | **$40,000,000** |

---

[29] Bowers/Kubota 016557 – Bowers/Kubota 016572.



# ECONOMIC AND INDUSTRY ANALYSIS

I analyzed the economic and industry factors affecting the Company as of the Valuation Date. Appendices A and B contain a summary of this information. Below is a brief assessment of economic and industry conditions relevant to the Subject Interest.

**Economic Analysis**

*National Economy*[30]

The U.S. Department of Commerce reported that the nation's economy—as indicated by GDP—increased at an annual rate of 2.0% in the third quarter. The third-quarter 2012 rate is a slight acceleration from the previous quarter's rate of 1.3%. GDP is the total market value of goods and services produced in the U.S. economy and is generally considered the most comprehensive measure of economic growth.

Total government spending grew at a rate of 3.7% in the third quarter, following eight consecutive quarterly declines in government spending. This quarter's increase in government spending provided a 0.71 percentage point contribution to the third-quarter GDP. Total government spending decreased by 3.1% in 2011, after growing 0.6% in 2010. Federal government spending increased at a rate of 9.6% in the third quarter, after declining at a rate of 0.2% in the previous quarter. Federal government spending declined by 2.8% in 2011, after growing 4.5% in 2010. State and local government spending declined at a rate of 0.1% in the third quarter, after decreasing at a rate of 1.0% in the previous quarter. State and local government spending declined 3.4% in 2011 and 1.8% in 2010.

Consensus Economics Inc., publisher of *Consensus Forecasts–USA*, reports that the consensus of U.S. forecasters believes real GDP will increase at a seasonally adjusted annual rate of 1.9% in the fourth quarter of 2012 and 1.8% in the first quarter of 2013. Every month, Consensus Economics surveys a panel of 30 prominent U.S. economic and financial forecasters (the forecasters) for their predictions on a range of variables including future growth, inflation, current account and budget balances, and interest rates. The forecasters expect GDP to grow 2.2% in 2012, 2.1% in 2013, and 3.1% in 2014. In the long term, they report that real GDP will grow by an average annual rate of 2.4% between 2018 and 2021.

The forecasters expect industrial production to increase at a rate of 2.3% in both the fourth quarter of 2012 and the first quarter of 2013. They forecast industrial production will increase 4.1% in 2012 and 2.7% in 2013.

---

[30] All of the contents of the economic outlook section of this valuation Report are quoted from the Economic Outlook Update™ 3Q 2012 published by Business Valuation Resources, LLC, © 2012, reprinted with permission. *The editors and Business Valuation Resources, LLC, while considering the contents to be accurate as of the date of publication of the EOU, take no responsibility for the information contained therein. Relation of this information to this valuation engagement is the sole responsibility of the author of this valuation Report.*



ECONOMIC AND INDUSTRY ANALYSIS

The 32 participants in *The Livingston Survey* (the "Survey") released their latest predictions in June. The participants, who are surveyed by the Federal Reserve Bank of Philadelphia twice a year, project real GDP to grow at an annual rate of 2.6% between 2Q 2012 and 4Q 2012 (up from their previous estimate of 2.5%). They then expect GDP will increase at an annual rate of 2.3% between 4Q 2012 and 2Q 2013. They believe GDP will grow 2.7% annually over the next 10 years.

The forecasters in the Survey have modified their near-term predictions for consumer price inflation (CPI). They expect CPI to be 2.3% in 2012, up slightly from 2.2% in their previous survey. They predict CPI will be 2.0% in 2013. The Survey expects CPI to average 2.5% over the next 10 years, unchanged from their forecast in the prior Survey.

*Hawaii Economy*[31]

Hawaii's major economic indicators were all positive in the second quarter of 2012. Visitor arrivals and average daily visitor census both increased significantly, and visitor expenditures increased even more. Both government contracts awarded and private building permits increased. In addition, wage and salary jobs, personal income, and State general fund tax revenues all increased in the quarter as compared to the same quarter last year.

In construction, both government contracts awarded and the value of private building permits increased. In the second quarter of 2012, government contracts awarded increased $217.6 million. The permit value for private construction increased $131.9 million in Honolulu, increased $29.5 million in Maui, and increased $2.6 million in Kauai, compared to the same quarter of 2011. Construction jobs decreased slightly in the quarter. According to the most recent data available, current construction put-in-place based on excise tax data increased $178.5 million or 12.9% in the first quarter of 2012 compared with the same quarter of 2011.

Overall, Hawaii's economy measured by real GDP is projected to show a 1.5% increase in 2012, 0.7% lower than the growth rate forecasted last quarter. Real GDP growth is currently expected to increase to 2.3% in 2013, same as the previous forecast. Hawaii's real GDP growth is expected to reach 2.4% in both 2014 and 2015.

The Honolulu Consumer Price Index (CPI), which increased 3.7% in 2011, is expected to increase 2.8% in 2012, 0.2% below the previous forecast. In 2013, the CPI is projected to increase 2.6%, 0.2% below the previous forecast.

---

[31] Quarterly Statistical & Economic Report, 3rd Quarter 2012, The Department of Business, Economic Development & Tourism, State of Hawaii. The quarterly information contained in this Report reflects data received by the Research Division on or before August 15, 2012.



**Industry Analysis**

*Engineering Services in the U.S.[32]*

Establishments in the Engineering Services industry are engaged in applying physical laws and principles of engineering in the design, development and use of machines, materials, instruments, structures, processes and systems. These services may involve: the provision of advice; preparation of feasibility studies; preparation of plans and designs; provision of technical services during the construction or installation phase; inspection and evaluation of engineering projects; and related services.

Industry revenue started to decline as downstream construction markets came to a halt during the recent recession. While long-term contracts allowed many engineering firms to maintain revenue growth as the recession began, many companies delayed projects, leading to a decline in engineering firms' backlogs. The shortage of liquidity in global financial markets also cut into demand for engineering services.

These declines have caused revenue to fall at an annualized real rate of about 1.0% during the five years to 2012.

In the five years to 2017, the industry is anticipated to grow as the economy recovers, the value of construction rises, and demand from key downstream markets revives. Revenue is forecast to increase at an annualized real rate of 2.9% over the five years to 2017.

*Architects in the U.S.[33]*

Architects plan and design residential, institutional, leisure, commercial and industrial buildings and structures by applying their knowledge of design, construction procedures, zoning regulations, building codes and building materials. This industry also provides drafting services, which includes drawing detailed layouts, plans and illustrations of buildings, structures and systems.

The Architects industry derives the bulk of its revenue from non-residential building design. Only a small share of revenue is derived from contracts in the housing construction market; however, many small, regionally based contractors rely on the residential real estate market. Revenue is generated from fee-based contracts from preplanning and design services for construction and building projects. Over the five years to 2012, industry revenue will decrease an annualized real rate of 2.6%.

Over the next five years, the industry will benefit from improvement in downstream industries. The volume of residential and non-residential construction projects will increase as access to credit

---

[32] IBISWorld Industry Report 54133, *Engineering Services in the U.S.*, Austen Sherman, December 2012, www.ibisworld.com, IBISWorld, Inc. © 2012. Accessed: November 16, 2020.
[33] IBISWorld Industry Report 54131, *Architects in the U.S.*, Kevin Culbert, August 2012, www.ibisworld.com, IBISWorld, Inc. © 2012. Accessed: November 16, 2020.



ECONOMIC AND INDUSTRY ANALYSIS

becomes more readily available for clients. While revenue is projected to grow an annualized real rate of 4.1% over the five years to 2017.

*Construction Project Management in the U.S.[34]*

The Construction Project Management Services industry includes firms that provide planning, supervising and budgeting services to construction projects. This includes all aspects of a client's project, including estimating, scheduling, designing, engineering and contracting. Industry operators may also oversee community relations, safety programs, labor, cost control and coordination with the owner and other construction specialists.

The Construction Project Management Services industry navigated recessionary declines in the construction sector to post impressive growth over the past five years. From 2007 to 2012, industry revenue grew at an annualized real rate of 9.6%.

Over the five years to 2017, revenue is expected to grow at a slower rate than the previous five years, increasing at an annualized real rate of 3.3%.

---

[34] IBISWorld Industry Report OD4696, *Construction Project Management in the U.S.*, Doug Kelly, July 2012, www.ibisworld.com, IBISWorld, Inc. © 2012. Accessed: November 16, 2020.



# FINANCIAL ANALYSIS

## INTRODUCTION

I analyzed the Company's historical financial performance and financial condition. The financial information was obtained from CPA compiled financial statements and tax returns for fiscal years (FY) ended December 31, 2008 through 2011, and from CPA-compiled financial statements for the 8 months ended August 31, 2012.[35] Historical balance sheet information for the four fiscal years ended December 31, 2011 and for the interim period ended August 31, 2012 is included in Exhibit 1. Historical income statement information for the four fiscal years ended December 31, 2011 and the pro forma period ended December 31, 2012 are included in Exhibit 4.

Overall, reported total assets increased by 39.3% from December 31, 2010 to August 31, 2012. During the same time period, reported total liabilities declined as a percentage of total assets, but increased on a dollar basis. Shareholders' Capital was generally in the opposite direction. Since 2010, reported total liabilities increased by 11.1%, whereas shareholders' capital increased by 63.7% in dollar terms. Revenue and operating income generally increased over the period studied. Revenues contracted from 2010 to 2011 by 22.1%, but were expected to recover by 34.5% for the pro forma year ended December 31, 2012. The decrease in revenue was a function of nonrecurring revenues from large contracts with the U.S. Army Corps of Engineers and others. Reported operating income declined by 81.3% from 2010 to 2011, but was expected to trend higher subsequently as a result of increased market penetration and the Company's competitive positioning within the Hawaiian submarket.

## NORMALIZATION ADJUSTMENTS

The reported operating results of a company often require adjustment for valuation purposes. Some adjustments are to remove the effect of nonrecurring or nonoperating items in order to more appropriately reflect future expectations. It is sometimes necessary to make adjustments for differences in accounting methods. Adjustments might also be made to discretionary items, such as owners' compensation, to reflect the likely actions of a hypothetical willing buyer whose goal would presumably be to maximize the cash flows to equity of the Company.

In our analysis of B+KC, we made the following adjustments, which are presented in Exhibits 2 and 5:

---

[35] The Company's reported financial statements were on a cash basis for fiscal years December 31, 2008 and 2009. However, the Company's reported financial statements were available on an accrual basis for fiscal years December 31, 2010 through 2011.



FINANCIAL ANALYSIS

## Nonoperating Assets

*Excess Cash and Equivalents* – We performed an analysis of Company's cash conversion cycle (CCC) to derive a sufficient level of cash required to sustain operations through the transition period based on a hypothetical sale based on the willing buyer/willing seller construct. Based on our analysis, we determined that a sufficient level of cash equated to $1 million as of the Valuation Date.

Excess Cash – Based on an updated cash basis balance sheet dated November 30, 2012, we adjusted $2.8 million in excess cash as of August 31, 2012 (latest information available) from the Company's balance sheet as a nonoperating asset, which was later added back to the enterprise value at the conclusion.

*Marketable Securities* – Based on that same balance sheet, marketable securities amounting to $3.6 million were considered to be nonoperating and were therefore removed from the Company's balance sheet, and later added back to enterprise value at the conclusion.

## Discretionary and Nonrecurring Items of Expense

*Officers' Compensation and Payroll Taxes*[36] – We determined that it was appropriate to adjust officers' reported compensation to market rates. We ascertained market levels of compensation and related payroll taxes using ERI's Executive Compensation Assessor, which we used to adjust to adjusted officer compensation. In our analysis, we determined that a reasonable level of officer compensation for the Company was consistent with the 90th percentile of the implied range based on the ERI Executive Compensation Assessor criteria outlined below, and in light of the fact that the Company is very skillfully managed:

- SIC Code 8711: Engineering Services;

- Area: Honolulu, Hawaii;

- Position Title(s): President and Vice President; and

- Size: Based on the Company's annual revenue for the years ended December 31, 2008 through the year-to-date period ended August 31, 2012.

---

[36] The levels of historical officers' compensation were sourced from the following documents:
Bowers + Kubota Consulting, Inc Workpapers and Tax Returns 2008 12 31 (RHYL001155-RHYL001490);
Bowers + Kubota Consulting, Inc Workpapers and Tax Returns 2009 12 31 (RHYL001491-RHYL001781);
Bowers + Kubota Consulting, Inc Workpapers and Tax Returns 2010 12 31 (RHYL001782-RHYL002120);
Bowers + Kubota Consulting, Inc Workpapers and Tax Returns 2011 12 31 (RHYL002121-RHYL002435); and
Bowers + Kubota Consulting, Inc Workpapers and Tax Returns 2012 12 31 (RHYL002436-RHYL002855).



FINANCIAL ANALYSIS

*Bonuses* – Management indicated that historical bonuses paid to themselves were entirely discretionary, and granted by the Board of Directors based on performance measures.

*Interest Income* – Interest income was removed from the Company's historical result of operations as it was considered to be nonoperating.

The adjusted balance sheets and income statements are presented in Exhibits 3 and 6, respectively. A summary of our financial analysis of the Company's historical financial results after the normalization adjustments follows.[37] In relation to the fact that we have been provided with a cash basis balance sheet as of November 30, 2012, we have relied on it only for the purpose of understanding the balance of nonoperating assets in the form of excess cash and equivalents. The following discussion does not consider that balance sheet in any other respect.

## NORMALIZED BALANCE SHEETS

*Assets* – The Company had adjusted total assets of $9.6 million as of August 31, 2012.

- Adjusted current assets were primarily comprised of cash, contracts receivable, and costs in excess of billings. Adjusted current assets rose from 78.2% in 2010 to its highest level of 85.3% of total assets as of August 31, 2012.

- Over the period, net property and equipment increased in dollar terms, but declined as a percentage of total assets. On average, from 2010 through August 31, 2012, net property and equipment amounted to 12.6% of assets.

- Notes receivable from affiliates over the period analyzed declined in both dollar terms and as a percentage of assets as of August 31, 2012.

- Adjusted total assets generally increased over the period and reached its high of $9.6 million as of August 31, 2012 compared to $8.1 million in the prior period.

*Liabilities* – The Company reported total liabilities of $5.7 million as of August 31, 2012, or 59.5% of total assets.

- Adjusted current liabilities were primarily comprised of accrued liabilities, deferred income taxes, and income taxes payable.

---

[37] Due to the historical financial statements for the periods ended December 31, 2008 and 2009 being on a cash basis, this analysis primarily focuses on the financial statements for the periods ended December 31, 2010 through the Valuation Date, which were compiled on an accrual basis. The financial statements were compiled by Robert H.Y Leong & Company for the four fiscal years ended December 31, 2011 and August 31, 2012. In addition, the pro forma year ended December 31, 2012 was prepared on an accrual basis by management.



FINANCIAL ANALYSIS

- Over the period, adjusted current liabilities ranged from a low of $4.5 million as of December 31, 2011 to a high of $5.7 million as of August 31, 2012. Current liabilities are noted to have been heavily tied to the discretionary bonuses and profit sharing, as discussed above.

*Stockholders' Equity* – As of August 31, 2012, stockholders' equity was $3.9 million, or 40.5% of total assets.  Over the period, stockholders' equity increased in dollar terms, but decreased as a percentage of total assets from the prior period.

## NORMALIZED INCOME STATEMENTS

The Company reported total revenue of $19.1 million for the eight months ended August 31, 2012.

- After revenue reached its peak of $27.6 million in 2010, it was followed by a sharp contraction and *declined* by 22.1% in 2011. This was the result of the completion of large contracts in 2010, as set forth in Table 3. This reflected a two-year compound annual growth rate (CAGR) of 2.3% from 2010 to pro forma 2012.

- Adjusted operating expenses were primarily comprised of salaries and wages, subconsultants, and taxes other than income taxes. Over the period, salaries and wages, subconsultants, and taxes other than income taxes ranged from a low of 44.7% in 2010 to a high of 48.5% of revenue in 2011. For the pro forma period ended December 31, 2012, the aforementioned expenses were expected to total 49.6% of revenue.

- Over the period, adjusted operating expenses increased in terms of dollars, but declined as a percentage of revenue. Most notably, the increase in salaries and wages and subconsultants were related to supporting the higher levels of revenue achieved in 2010, and the pro forma period ended December 31, 2012, resulting from large nonrecurring contracts.

- In addition, expenses related to subconsultants were greater in the periods of 2010 through 2012 as a result of Corps of Engineer (COE) design projects, specifically in relation to the tactical equipment maintenance facility and Quad B project, as indicated by management. A summary is included in Table 3:



FINANCIAL ANALYSIS

**TABLE 3**
**BOWERS + KUBOTA CONSULTING, INC.**
**ANALYSIS OF SUBCONSULTANTS EXPENSE**

| For the Years Ended December 31, | 2008 (1) | 2009 (1) | As Reported 2010 (2) | 2011 (2) | 2012 (2) | 2008 | 2009 | Common Size 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Cash Basis | | | | | | | |
| Gross Revenue | $ 15,016 | $ 15,430 | $ 21,541 | $ 21,945 | $ 24,871 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| (3)  Less: Subconsultants Expense, as Reported | 2,221 | 1,577 | 4,712 | 3,154 | 5,410 | 14.8% | 10.2% | 21.9% | 14.4% | 21.8% |
| Net Service Revenue | 12,794 | 13,853 | 16,829 | 18,791 | 19,461 | 85.2% | 89.8% | 78.1% | 85.6% | 78.2% |
| | | | | | | | | | | |
| (4)  Revenue Attributable to COE | $ 598 | $ 707 | $ 3,965 | $ 1,639 | $ 5,011 | 4.0% | 4.6% | 18.4% | 7.5% | 20.1% |
| (4)  Less: Revenue Attributable to Unusual COE Projects | - | - | 2,723 | - | 4,000 | 0.0% | 0.0% | 12.6% | 0.0% | 16.1% |
| Revenue Attributable to COE, Net of Unusual COE Projects | 598 | 707 | 1,242 | 1,639 | 1,011 | 4.0% | 4.6% | 5.8% | 7.5% | 4.1% |
| | | | | | | | | | | |
| Gross Revenue, Net of COE Projects | $ 15,016 | $ 15,430 | $ 18,818 | $ 21,945 | $ 20,871 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| (5)  Less: Adjusted Subconsultants Expense | 2,221 | 1,577 | 1,792 | 2,430 | 2,844 | 14.8% | 10.2% | 9.5% | 11.1% | 13.6% |
| Net Service Revenue, Excl. Income/Expense, Unusual COE Projects | 12,794 | 13,853 | 17,026 | 19,515 | 18,027 | 85.2% | 89.8% | 90.5% | 88.9% | 86.4% |

| For the Years Ended December 31, | 2013 | 2014 | As Forecast 2015 | 2016 | 2017 | 2013 | 2014 | Common Size 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Accrual Basis | | | | | | | |
| Gross Revenue | $ 23,462 | $ 24,635 | $ 25,867 | $ 27,160 | $ 28,518 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Less: Subconsultants Expense, as Forecast | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 8.5% | 8.1% | 7.7% | 7.4% | 7.0% |
| Net Service Revenue | 21,462 | 22,635 | 23,867 | 25,160 | 26,518 | 91.5% | 91.9% | 92.3% | 92.6% | 93.0% |

Notes:
(1) Gross revenue for the fiscal years ended December 31, 2008 and 2009 were sourced from the Company's 2008 and 2009 tax return (RHYL001155-RHYL001490 and RHYL001491-RHYL001781, respectively).
(2) Gross revenue for the fiscal years ended December 31, 2010 through 2012 were sourced from *Bowers and Kubota Consulting, Inc. Client Revenue 2006-2012*.
(3) Subconsultants expenses as reported for the fiscal year ended December 31, 2012 was sourced from the Company's 2012 tax return (RHYL002436-RHYL002855). In addition, the subconsultants expense for 2010 to 2011 is consistent with the accrual basis, which included subconsultants expense unrelated to the unusual COE design projects that also required adjustments to arrive at the expense on a cash basis.
(4) Total revenue attributable to COE  was sourced from *Bowers and Kubota Consulting, Inc. Client Revenue 2006-2012*. In addition, the portion of revenue attributable to unusual subconsultants expense was sourced from DOL 003363 and DOL 003365 in relation to the COE project(s), Tactical Equipment Maintenance Facility (2010) and Quad B - Barracks Building (2012).
(5) Accordingly, the corresponding expenses related to the unusual COE projects in 2010 and 2012 were adjusted. In addition, 2011 was adjusted based on the cash basis subconsultants fee per the Company's 2011 tax return (RHYL002121-RHYL002435).

- Adjusted operating margin was 42.7% of revenue in 2010, but then declined to its lowest level of 34.3% of revenue in 2011. For the pro forma period ended December 31, 2012, adjusted operating margin was expected to recover from 2011 levels and equate to 38.4% of revenue.

- On an adjusted basis, EBITDA ranged from a low of $3.1 million in 2011 to a high of $9.7 million in the 2012 pro forma period, averaging $6.9 million in the period of 2010 through 2012.

- On average, capital expenditures were $321,000, or 1.2% of revenue for the years ended December 31, 2010 and 2011.

# RATIO AND COMPARATIVE ANALYSIS

Exhibit 7 provides a comparison of certain of the Company's key ratios to industry benchmarks. In addition, Exhibit 8 provides a comparative summary of the select financial fundamentals of the Company as well as the guideline public companies. The benchmarks are based on the guideline publicly traded companies discussed in the *Market Approach* section of this Report.

The following section describes the ratios analyzed and discusses the comparative analysis.



FINANCIAL ANALYSIS

*Profitability Ratios*

Profitability ratios assist in analyzing performance by measuring the return available for investors in a company.

- The EBIT margin (also referred to as operating profit margin) provides an indication of profitability excluding the impact of taxes and capital structure, but net of depreciation and amortization. B+KC's EBIT margin of 38.4% exceeded the maximum reported by the selected guideline public companies.

- The EBITDA margin provides an indication of profitability excluding the impact of taxes, capital structure, and depreciation. B+KC's EBITDA margin followed a similar trend to EBIT. As of the Valuation Date, B+KC's EBITDA margin was 32.9%, which was significantly higher than the guideline public companies considered.

*Activity Ratios*

Activity ratios assess efficiency in a company's use of its assets.

- Days in receivables (365 divided by receivables turnover) measures the number of days trade receivables are outstanding before collection. B+KC's days in receivables were slightly lower than the median as indicated by the selected guideline public companies. B+KC's days in receivables exceeded the median in the latest period, which indicates B+KC's ability to collect accounts receivable at a faster rate compared to the selected guideline public companies.

- Days in payables (365 divided by payables turnover) measures the number of days between the recording of payables and their payment. As a result of B+KC not reporting cost of sales, the payables turnover ratio was calculated based off of revenue, which was then used to determine B+KC's days in payables. B+KC's days in payables were lower than the minimum of the range, which suggests that B+KC pays down accounts payable at a faster rate relative to the selected guideline public companies.

- Cash conversion cycle (days in receivables plus days in inventory minus days in payables) indicates how fast a company converts cash on hand into inventory and accounts payable, through sales and accounts receivable, and then back into cash. As a result of B+KC not reporting inventory, we determined the cash conversion cycle based on the days in receivables and days in payable ratios. Accordingly, B+KC's indicated cash conversion cycle on an adjusted basis was comparable to that of the selected guideline public companies, which further supported the adjustment to cash as discussed in the *Normalization Adjustments* section of this Report. A detailed comparison of B+KC's cash conversion cycle is presented in Table 4:



FINANCIAL ANALYSIS

**TABLE 4**
**BOWERS + KUBOTA CONSULTING, INC.**
**CASH CONVERSION CYCLE ANALYSIS**

*In U.S. Dollars (Thousands)*

| As of / For the Years Ended, | | December 31, 2010 | December 31, 2011 | Pro Forma 2012 | 8-Months Ended August 31, 2012 |
|---|---|---|---|---|---|
| | Revenue | $ 27,551 | $ 21,454 | $ 28,858 | $ 19,052 |
| | Monthly Revenue | 2,296 | 1,788 | 3,607 | 2,381 |
| (1) | Accounts Receivable | 5,896 | 3,928 | 5,283 | 2,701 |
| (1) | Accounts Payable | 622 | 690 | 928 | 753 |
| | Receivables Turnover | 4.7x | 5.5x | 5.5x | 7.1x |
| | Payables Turnover | 44.3x | 31.1x | 31.1x | 25.3x |
| | Days in Receivables | 78.1 | 66.8 | 66.8 | 51.8 |
| | Days in Payables | 8.2 | 11.7 | 11.7 | 14.4 |
| | CCC | 69.88 | 55.08 | 55.08 | 37.34 |
| | Current Ratio | 1.8 | 2.1 | 2.1 | 2.5 |
| (2) | Cash, as Reported | $ 638 | $ 402 | $ 3,390 | $ 3,390 |
| (3) | Cash, as Adjusted | 700 | 700 | 1,000 | 1,000 |
| | Total Cash Adjustment | 62 | 298 | (2,390) | (2,390) |
| (2) | Marketable Securities, as Reported | $ 2,665 | $ 3,174 | $ 3,439 | $ 3,439 |
| | Marketable Securities, as Adjusted | - | - | - | - |
| | Total Marketable Security Adjustment | (2,665) | (3,174) | (3,439) | (3,439) |
| | Total Adjustment | (2,603) | (2,876) | (5,828) | (5,828) |
| (2) | Current Assets, as Reported | 9,205 | 9,524 | 13,980 | 13,980 |
| | Current Assets, as Adjusted for Cash | 9,266 | 9,823 | 11,590 | 11,590 |
| | Current Assets, as Adjusted for Cash | 6,601 | 6,649 | 8,151 | 8,151 |
| (2) | Current Liabilities, as Reported | 5,120 | 4,520 | 5,688 | 5,688 |
| | Accounts Receivable | 5,896 | 3,928 | 5,283 | 2,701 |
| | Accounts Payable | 622 | 690 | 928 | 753 |
| | Receivables Turnover | 4.7x | 5.5x | 5.5x | 7.1x |
| | Payables Turnover | 44.3x | 31.1x | 31.1x | 25.3x |
| | Days in Receivables | 78.1 | 66.8 | 66.8 | 51.8 |
| | Days in Payables | 8.2 | 11.7 | 11.7 | 14.4 |
| | CCC | 69.9 | 55.1 | 55.1 | 37.3 |
| | Adjusted Current Ratio | 1.3 | 1.5 | 1.4 | 1.4 |

| Selected Guideline Public Companies | Min | 1st Quartile | Median | 3rd Quartile | Max |
|---|---|---|---|---|---|
| Receivables Turnover | 1.8x | 3.1x | 3.3x | 3.7x | 11.2x |
| Payables Turnover | 3.4x | 3.4x | 6.5x | 8.5x | 11.7x |
| Days in Receivables | 32.7 | 99.9 | 111.1 | 119.4 | 198.2 |
| Days in Payables | 31.1 | 42.7 | 55.7 | 105.8 | 108.3 |
| CCC | 11.1 | 45.7 | 68.6 | 83.1 | 92.4 |
| Current Ratio | 0.2 | 1.2 | 1.5 | 1.7 | 1.8 |
| Cash | 2.4% | 3.5% | 6.3% | 14.8% | 76.9% |

Notes:
(1) Accounts receivable and accounts payable for the pro forma period ended December 31, 2012 were calculated based on the the adjusted receivables and payables turnover ratios for the year ended December 31, 2011.
(2) The levels of reported cash, marketable securities, and current liabilities are held constant with the reported balances as of August 31, 2012.
(3) The adjustment to cash was determined based on the median cash as a percentage of total assets as reported by the selected guideline public companies.



FINANCIAL ANALYSIS

*Liquidity Ratios*

Liquidity is a measure of the adequacy of current assets to meet current obligations as they come due. Liquidity ratios were calculated on a cash-free and debt-free basis.

- The current ratio (current assets divided by current liabilities) is the most commonly used liquidity ratio. The Company's current ratio was slightly lower the median of the selected guideline public companies, which indicates a lower level of liquidity compared to peers.

*Leverage and Coverage Ratios*

Leverage ratios measure the extent to which a company's operations are funded with interest-bearing debt rather than equity. Coverage ratios measure a company's ability to make payments on the debt in a timely manner.

- Debt-to-equity (debt divided by equity) measures the amount of a company's operations that are funded with debt rather than equity. The Company did not have any debt as of the Valuation Date. The selected guideline public companies debt-to-equity ratio ranged from 0% to 42.4%.

*Growth*

- B+K's revenue grew from $27.5 million in 2010 to $28.9 million in 2012, representing a compounded average rate of growth of 2.5%. During that same period adjusted EBITDA grew by 9.8%. Over the forecasted period revenue is expected to grow at a compounded annual rate of 5.0%, while EBITDA is expected to grow at a compounded annual rate of 2.2%.

*Summary*

After B+KC achieved the second highest level of revenue in 2010, the subsequent year profitability declined as a result of fixed overhead that remained generally consistent with the exception of salaries and wages and subconsultants. Ultimately, this resulted with lower profitability in 2011 relative to 2010. As discussed above, B+KC's profitability ratios over the period reflect a generally strong performance, as B+KC's financial ratios indicate profitability in excess of the selected guideline public companies. B+KC's activity ratios indicate a faster collection of receivables compared to the selected guideline public companies. B+KC's liquidity ratios were below the median of the selected guideline public companies. B+KC had no leverage compared to the broad range of the selected guideline public companies. Overall, B+KC's financial ratios indicate positive performance.



FINANCIAL ANALYSIS

## WORKING CAPITAL ANALYSIS

In our analysis of a required level of working capital, we reviewed the Company's cash-free and debt-free working capital-to-revenue ratio historically as well as relative to the guideline public companies. Exhibit 7 presents the working capital metrics for B+KC and the selected guideline publicly traded companies.  In addition, Exhibit 9 displays the Company's historical levels of working capital.

From December 31, 2010 through August 31, 2012, B+KC maintained a cash-free and debt-free working capital as a percent of revenue between 2.8% and 7.7%. For the purposes of our analysis, we compared the Company's cash-free and debt-free working capital as a percent of revenue to the selected guideline public companies, which ranged from a low of *negative* 41% to a high of 32.3%. Consequently, we selected a cash-free and debt-free working capital as a percent of revenue of 6.2%, which is consistent with the first quartile of the selected guideline public companies.



# VALUATION OVERVIEW

## INTRODUCTION

There are three generally accepted approaches for the valuation of an investment: the income approach, the market approach, and the asset (or cost) approach.  Each of these was considered for application in the valuation of the Subject Interest.

## INCOME APPROACH

The income approach is the most direct representation of the theory that value represents the present worth of the future economic benefits of ownership.  Under the income approach, the value of a business is derived from expectations of the future cash flow of the business. Those future cash flows are converted to a value indication by the process of discounting or capitalizing them. The discount rate or capitalization rate reflects the current return requirements of the market as well as the risks inherent in the specific investment.

## MARKET APPROACH

The market approach is based on the principle of substitution. In the market approach, value is derived by comparison with prices paid for investments with similar risk.  For business valuation, the market approach relies on a comparison of a subject interest to investments in companies (guideline companies) that are similar to the subject company and whose shares are either publicly traded or have been acquired in the merger and acquisition market.

## ASSET APPROACH

The asset approach is based on the principle of substitution and focuses on the individual types of assets and liabilities of an entity. The theory underlying this approach is that a prudent investor would not pay more for a group of assets than the cost to replace them.  Under the asset approach, a value indication is reached by adjusting the recorded book value of a company's assets and liabilities to their fair market values. The value of the liabilities is subtracted from the value of the assets to derive the adjusted net asset value of the entity.

## CONSIDERATION OF APPROACHES

Under the income approach, we applied the discounted cash flow method in our valuation analysis. Under the market approach, we applied the guideline public company and merger and acquisition method(s) as we identified both publicly traded companies and recent merger and acquisition transactions that were reasonably comparable to the Company. While we considered the asset approach, we did not apply it in this valuation. The asset approach is generally not an appropriate method for valuing a profitable operating company like B+KC. A hypothetical investor is more



VALUATION OVERVIEW

interested in the underlying cash flows that can be generated by a company than simply the value of a company's tangible assets.



# VALUATION ANALYSIS

## THE INCOME APPROACH

### *Discounted Cash Flow Method*

Under the income approach, we used the discounted cash flow (DCF) method. In the DCF method, future cash flows are estimated for a discrete projection period. At the end of the projection period, the aggregate value of the remaining cash flows is estimated, referred to as the terminal value. The future economic benefits during the projection period and the terminal value are discounted to present value at a risk-adjusted discount rate.  Thus, the DCF method requires three main inputs:

1.  A forecast of the cash flows during a discrete period;

2.  An estimate of the value at the end of the forecast period (i.e., a terminal value); and

3.  A required rate of return (discount rate) to convert the forecasted cash flows and the terminal value to their present value.

The following section presents a discussion of each of the inputs.

### Forecasted Cash Flows

An invested capital benefit stream was used in our analysis. Cash flow to invested capital is the cash flow available to pay out to equity holders (in the form of dividends) and debt investors (in the form of principal and interest) after funding operations of the business and making necessary investments of that cash flow back into the business.  The forecasted income statement is provided in Exhibit 10. The adjustments to the forecast and adjusted forecast are presented in Exhibits 11 and 12, respectively.  Exhibit 13 then presents the projected EBITDA, income from operations, income taxes, and cash flow items for the years ended December 31, 2013 through 2017.

We were provided projected financial information that included a forecast of the results of operations for the years ended December 31, 2013 through 2017 prepared by management on December 6, 2012. The following is a brief description of the key components of management's projections as well as other elements used in determining the Company's net cash flows.

*Revenue* – The Company achieved revenue of $19.1 million for the eight months ended August 31, 2012. On pro forma basis, revenue was expected to be $28.9 million, an increase of 34.5% from December 31, 2011. For the fiscal year ending December 31, 2013, sales are forecasted to contract by 18.7% from the pro forma year ended December 31, 2012. Following the contraction in 2013, sales are expected to grow at an average rate of 5% from December 31, 2014 through 2017 based on the reinvigorated strategy to increase market penetration through targeting new clients as well as expanded service offerings.



VALUATION ANALYSIS

*Operating Expenses* – The Company's operating expenses are expected to grow in line with sales growth. The Company will need to increase its headcount in support of higher levels of expected revenues over the 2014 to 2017 period, following the contraction in 2013. As a result of expenses related to subconsultants being highly variable in the historical period as a result of the nonrecurring COE projects, subconsultant expenses were forecast to remain flat at $2.0 million in each year of the discrete forecast, based on their historical average prior to the COE projects.

*Officers' Salaries* – We adjusted officer salaries to their contractual amount in the forecast period. At the time of the creation of the ESOP both of the executive officers of the Company signed compensation agreements setting their salaries in each case at $480,000 annually, such that the officer salaries are expected to be $960,000 annually throughout the entire forecast period. In that the agreements are silent on the subject of inflationary increases we have adopted them unchanged for the entire forecast period. The agreements support the proposition that amounts beyond the specified salaries will be a function of discretionary bonuses granted by the board of directors.

*EBITDA* – The Company's historical adjusted EBITDA margins have averaged 25.6% in the period of 2010 through 2012 and were expected to average 31.8% in the forecasted period of 2013 through 2017. Therefore, the resulting EBITDA margins in the forecasted period are within a reasonable range of the Company's historical EBITDA margins on an adjusted basis.

*Depreciation and Capital Expenditures* – Capital expenditures were forecast based on management estimates, which included the addition of four to five vehicles and computers per year. The forecast of depreciation reflects the current level of net depreciable assets and forecast capital expenditures.

*Taxes* – The tax rate used is based on the blended marginal tax rate expected in the state of Hawaii, which equates to 39.2%.

*Working Capital* – Working capital requirements were assumed to approximate 6.2% of revenue. This was determined based on the historical levels of working capital as well as the range indicated by the selected guideline public companies.

*Debt-Free Net Cash Flow* – The elements above result in debt-free net cash flow for the forecast period.

The Company's adjusted levels of revenue, operating expenses, and EBITDA for the historical and projected period are presented in Table 5.



**TABLE 5**
**BOWERS + KUBOTA CONSULTING, INC.**
**SUMMARY COMPARISON OF ADJUSTED HISTORICAL TO ADJUSTED FORECAST**

*In U.S. Dollars (Thousands)*

| | | As Adjusted Historical, Years Ended December 31, | | | | Pro Forma December 31, | As Adjusted Forecast, Years Ending December 31, | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| | | Cash Basis | | | Accrual Basis | | | Accrual Basis | | | |
| | **Revenue** | $ 15,016 | $ 15,430 | $ 27,551 | $ 21,454 | $ 28,858 | $ 23,462 | $ 24,635 | $ 25,867 | $ 27,160 | $ 28,518 |
| | *Growth Rate* | *N/A* | *2.8%* | *78.5%* | *-22.1%* | *34.5%* | *-18.7%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* |
| (1) | *CAGR* | | | | | *2.3%* | | | | | *-0.2%* |
| | **Total Operating Expenses** | 13,692 | 13,470 | 19,902 | 18,523 | 19,376 | 15,832 | 16,792 | 17,836 | 18,974 | 20,216 |
| | *Operating Expense/Revenue* | *91.2%* | *87.3%* | *72.2%* | *86.3%* | *67.1%* | *67.5%* | *68.2%* | *69.0%* | *69.9%* | *70.9%* |
| | *Growth Rate* | *N/A* | *-1.6%* | *47.8%* | *-6.9%* | *4.6%* | *-18.3%* | *6.1%* | *6.2%* | *6.4%* | *6.5%* |
| (1) | *CAGR* | | | | | *-1.3%* | | | | | *0.9%* |
| | **EBITDA** | 1,765 | 2,137 | 7,862 | 3,142 | 9,671 | 7,830 | 8,053 | 8,251 | 8,418 | 8,546 |
| | *EBITDA Margin* | *11.8%* | *13.8%* | *28.5%* | *14.6%* | *33.5%* | *33.4%* | *32.7%* | *31.9%* | *31.0%* | *30.0%* |
| | *Growth Rate* | *N/A* | *21.0%* | *268.0%* | *-60.0%* | *207.9%* | *-19.0%* | *2.9%* | *2.5%* | *2.0%* | *1.5%* |
| (1) | *CAGR* | | | | | *10.9%* | | | | | *-2.4%* |

**Notes:**
(1) The Pro Forma December 31,2012 CAGR is a two-year CAGR, whereas the 2017 CAGR is a five-year CAGR beginning with the adjusted results for Pro Forma December 31,2012.

# Terminal Value

A terminal value represents the value of a business at the end of the discrete forecast period. Among the methods commonly used to estimate the terminal value are a constant growth model (e.g., Gordon Growth Model), a fading growth model, and an exit multiple. As a result of the Company experiencing stable growth, I determined a 3% growth rate in the final year of the discrete forecasts, which I consider indicative of an appropriate long-term growth rate. Therefore, I concluded that the constant growth model would be most appropriate in this case.

I determined a 3% long-term growth rate was appropriate for B+KC. The long-term growth rate is assumed to be 3% based on (i) the long-term growth of nominal U.S. GDP expected to be 5.2% which is a combination of The Livingston Survey's expected ten-year real GDP growth rate of 2.7% plus expected inflation of 2.5%; (ii) management's expectations for approximately 5% growth in revenues in the later years of the forecast; (iii) Hawaii's real GDP growth is expected to reach 2.4% in both 2014 and 2015; and (iv) over the five years ended 2017, revenue for the *Engineering Services, Architects,* and *Construction Project Management* industries were expected to rise at annualized real rates of 2.9%, 4.1%, and 3.3%, respectively. The terminal period debt-free net cash flow is converted to the terminal value by use of a capitalization rate based on the discount rate less the long-term growth rate. The derivation of the discount rate is discussed in the next section of this Report.

# Required Rates of Return

A discount rate reflects the rate of return an investor requires to invest in a particular asset, considering its risk. It is the rate of return commensurate with those observed for alternative investments having comparable risk. Empirical evidence clearly associates the required rate of return to the risk of the investment; simply stated, as risk increases, so must the required rate of return.



VALUATION ANALYSIS

The appropriate discount rate for an invested capital benefit stream for a business enterprise is the weighted average cost of capital (WACC), which incorporates the cost of equity and the cost of debt.  The determination of each of the factors that makes up the WACC is addressed in the following sections and shown in Exhibit 14.

<u>Cost of Equity Capital</u>

Two methods normally used to derive the cost of equity capital are the capital asset pricing model and the buildup method.  These are based on the principle that a company's required rate of return on equity is comprised of a number of identifiable risk factors that, in total, indicate the required rate of return on equity.

I applied the buildup method, estimating the total cost of equity based on the following components.

The cost of equity based on the buildup method may be expressed as:

$$k_e = R_f + ERP + SP \ +/- \ IRP \ +/- \ CSRP$$

Where:

| | | |
|---|---|---|
| $k_e$ | = | *Cost of equity;* |
| $R_f$ | = | *Risk-free rate;* |
| *ERP* | = | *Market equity risk premium;* |
| *SP* | = | *Size risk premium;* |
| *URP* | = | *Unsystematic risk premium* |

There are two recognized studies that provide data for determining the appropriate risk premium for smaller size using the buildup method: the Center for Research in Security Prices Deciles Size Premia Studies (CRSP) and the Risk Premium Report Studies (RPR). I used the CRSP data. The data for this study is available from the database Duff & Phelps Cost of Capital Navigator™ ("Navigator").[38]

***Risk-Free Rate*** – This represents the rate of return available in the market on an investment free of default risk, which is considered the minimum return an investor requires. The yield for the 20-year U.S. Treasury bond as of the Valuation Date of 2.46% was used, rounded to 2.5%.[39]

---

[38] <www.duffandphelps.com>, Duff & Phelps Cost of Capital Navigator™, © 2020 Duff & Phelps, LLC.  All rights reserved. Accessed: November 6, 2020.
[39] Ibid.



VALUATION ANALYSIS

***Equity Risk Premium*** – Investors expect additional compensation to induce them to invest in an equity instrument that has more risk associated with it than that of Treasury bonds. The equity risk premium (ERP) reflects the return of the Standard and Poor's 500 over the return of Treasury bonds, measured over a period of time.  There is significant empirical data that attempts to quantify the effect on the discount rate for this factor.  I used the long-horizon expected equity risk premium (supply-side) based on stock market returns from 1926 to December 14, 2012 of 6.14%, rounded to 6.1%.[40]

***Size Premium*** – The size premium accounts for the relationship between company size and risk, and demonstrates that stocks with smaller market capitalizations tend to require higher returns than larger stocks. The CRSP model categorizes the size premiums into 10 size deciles based on market capitalization (a further breakdown of the tenth decile is also available).  For B+KC, I selected the tenth decile, which includes companies with market capitalization from $1.028 million to $206.795 million, indicating a premium of 6.1%.[41]

***Unsystematic Risk Premium*** – A risk adjustment reflecting unsystematic risk is also considered. The unsystematic risk adjustment addresses risk factors specific to the industry and the subject entity or subject interest that have not been otherwise addressed. To appropriately reflect the risk inherent in the industry, industry risk premiums were considered from the Duff and Phelps Navigator,[42] SIC 871: *Engineering, Architectural, and Surveying* and SIC 8711:  *Engineering Services.* Based on the factors presented in Exhibit 14, I selected a company-specific risk adjustment of 2.0%.

***Cost of Equity Conclusion*** – Based on this analysis, I concluded an equity cost of capital of 16.7%.

Cost of Debt Capital

I selected the Company's cost of debt based Moody's bond yield for BAA rated corporate debt, which was 4.6% as of the Valuation Date.

Because interest expense is tax deductible, I converted this cost of debt to an after-tax basis, or 2.8%.

Capital Structure

The selected capital structure used in our estimate of the WACC was based on an industry analysis and our assessment of the Company. To estimate the capital structure, I examined the capital structure of the guideline public companies (discussed in a subsequent section of this Report).  This assumes that a buyer of an enterprise could change the subject capital structure to one that is reflective of the industry. Based on our analysis, I selected a capital structure of 90% equity and

---

[40] Ibid.
[41] Ibid.
[42] Ibid.



VALUATION ANALYSIS

10% debt to estimate the WACC, which is supported by Morningstar Duff and Phelps data available at the Valuation Date.

This analysis indicated a WACC discount rate of 15.6%. Subtracting the growth rate of 3% indicates a capitalization rate of 12.6%.

## Value of Operations

As shown in Exhibit 13, the discount rate is applied to the forecast cash flows and terminal value, indicating a present value of $39.6 million on a controlling, marketable basis. Because the earnings streams of B+KC were developed on a controlling basis, the resulting value is on the same basis. The implied multiples from the income approach are as follows:

- 1.4x Concluded Value of Operations / Pro Forma 2012 Revenue

- 4.2x Concluded Value of Operations / Pro Forma 2012 EBITDA

- 1.7x Concluded Value of Operations / 2013 projected Revenue

- 5.2x Concluded Value of Operations / 2013 projected EBITDA

It is my opinion that the market multiples implied by this concluded value of operations are reasonable.

## THE MARKET APPROACH

### *Guideline Public Company Method*

The guideline public company method uses the prices of interests in publicly traded companies to develop valuation multiples that can be used as a guideline for the multiples at which interests in a subject company would trade. Because the price of a share alone does not express relative value among companies, the price of shares in a company are compared to some financial metric of the company to derive a pricing multiple.

Use of this method includes the following steps:

1. Selecting publicly traded companies that are reasonably similar to the subject entity;

2. Comparing the adjusted financial results and other metrics of the guideline companies to those of the subject entity;



3. Calculating valuation multiples based on various financial metrics of the guideline companies and selecting appropriate valuation multiples to be used for application to the subject entity; and

4. Applying those multiples to derive a value indication.

The following sections present the details of our analysis.

## Selection of Guideline Companies

I utilized ten companies in our analysis, including all of the companies, collectively, considered by both Mr. Kniesel and Mr. Sherman in our analysis. Certain financial information about these selected companies is summarized in Exhibit 8.

See Appendix G for guideline public company descriptions.

## Review of Reported Results and Comparative Analysis

My discussion of the specific performance metrics was presented in the *Financial Analysis of the Company, Ratio and Comparative Analysis* section of this Report.

## Calculation of Valuation Multiples

I calculated valuation multiples based on the guideline public companies' enterprise value (EV). EV of the guideline public companies represents the market capitalization of equity, plus the value of interest-bearing debt and any other forms of invested capital, plus any existing minority interest, less cash. I used EV multiples rather than equity multiples to eliminate the effects of different capital structures among the guideline companies and B+KC. The multiples selected for application in the valuation of B+KC were EV to (pro forma 2012) LTM EBITDA and EV to Y+1 EBITDA. I selected these because the pro forma 2012 and Y+1 EBITDA were considered to be indicative of future expectations, being the most recent indication of earnings. Exhibit 15 presents the details of the calculation of EV and the valuation multiples of the guideline companies.

In order to determine the appropriate multiples to apply to the Company, I considered qualitative and quantitative difference between the guideline companies and B+KC, including:

- The smaller size of B+KC relative to the guideline public companies;

- The lower level of professional and geographic diversification of B+KC (related to its smaller size);

- B+KC's concentration of management responsibilities (related to its smaller size); and

- The fact that management expected a decline in earnings for B+KC in 2013, while analysts expected earnings increases for the guideline companies for the same year.



VALUATION ANALYSIS

These factors are offset to some extent by the generally higher expected growth and profitability of B+KC.

Prior to adjustments, I selected EV-to-LTM EBITDA and Y+1 EBITDA multiple(s) of 7.86x and a multiple of 6.18x, respectively. Further, I applied a EV-to-LTM EBITDA and Y+1 EBITDA multiple(s) of 5.42x and 4.26x to B+KC's adjusted pro forma 2012 EBITDA and 2013 EBITDA, respectively, which reflects an adjustment of approximately *negative* 31% to the median of the GPC observed multiples.

## Value Indication

The adjusted multiples were then applied to the appropriate earnings stream of B+KC, as seen in Exhibit 16. I considered the results from the two multiples to be equally representative of value and they were given equal weight, indicating in a value of operations of $42.9 million on a controlling, marketable basis. Because the economic benefit stream of B+KC was developed on a controlling basis, the resulting value is on the same basis.

### *Merger and Acquisition Method*

The merger and acquisition method uses the prices at which entire companies[43] have been bought or sold to develop valuation multiples that can be used as a guideline for the multiples at which interests in a subject company would trade. Because the price alone does not express relative value among companies, the price paid for a company is compared to some financial metric of the company to derive a pricing multiple.

Application of the method begins with the selection of transactions in which the acquired companies are in the same or similar business as a subject company. Pricing multiples are calculated and adjusted as necessary to reflect differences in risk perceived for an investment in the acquired companies relative to an investment in a subject company.

## Selection of Transactions

I searched for completed acquisitions of target companies using the following criteria:

- ▪ Industry Classifications: SIC Code 871: Engineering, Architectural, and Surveying; SIC 8711: Engineering Services; NAICS Code 541310: Architectural Services; and NAICS Code 541330: Engineering Services.

---

[43] Some of the transactions used might not reflect acquisition of 100% of a target company, but the ones selected for use in my study are acquisitions of controlling interests in the target company. In those cases, in order to use the prices paid with the financial metrics, which are those for the entire target company, the price paid has been adjusted upward to reflect the assumed price in a transaction of 100%.



- Geographic Location: United States Completion Date Between: December 15, 2007 and December 14, 2012;

- Net Sales Between: $2.8 million and $280 million; and

- Percentage Acquired: equal to 100%.

For this search, I used the Deal Stats transaction database.  This search identified 21 transactions. After reviewing the details of each of the transactions for such factors as business description, the availability of pricing multiples, and target companies that were not in loss positions, I narrowed the results to seven stock transactions.  The results are summarized in Exhibit 17.

## Value Indication

Based on the Company's performance exceeding that of the guideline public companies, I applied the third quartile of Purchase Price-to-Revenue and Purchase Price-to-EBITDA multiples to the Company's revenue and earnings to derive indications of the value of operations.  The selected multiples were then applied to the pro forma 2012 revenue and EBITDA of B+KC as seen in Exhibit 18.  I considered the results from the two multiples to be equally representative of value and they were given equal weight, indicating in a value of operations of $41.5 million on controlling, marketable basis. Because the earnings stream of B+KC was developed on a controlling basis, the resulting value is on the same basis.

## THE ASSET APPROACH

The asset approach is rarely used in the valuation of operating companies because the value of goodwill is not captured without also using a market or income approach.  Generally, the asset approach is used in the valuation of an operating company only in cases where value might be maximized through liquidation of the company rather than continuing as a going concern. While I considered the asset approach, I did not apply it in this valuation since B+KC is a profitable operating company and its value would not be maximized through liquidation.



VALUATION ANALYSIS

## RECONCILIATION OF VALUE INDICATIONS

I derived indications of value for the Subject Interest using the discounted cash flow method under the income approach and the guideline public company and merger and acquisition method(s) under the market approach.   Also, the selected stock transactions under the merger and acquisition method were reasonably comparable to B+K.

Based on these observations, I placed a greater weight on the value indicated by the income approach.  As seen in Exhibit 20, I applied a weight of 50% to the discounted cash flow method under the income approach and a 25% weight to each of the guideline public company and merger and acquisition methods under the market approach. The concluded value of operations was $44.0 million as of the Valuation Date.



# SUBSEQUENT EVENTS

## STOCK APPRECIATION RIGHTS

Subsequent to the Valuation Date, the Company implemented a Stock Appreciation Rights Plan (SARs).  Although the SARs plan was established subsequent to the Valuation Date, the potential formation of the SARs Plan was known as of the Valuation Date.

I reviewed the following documents to understand the nature of these SARs:

- Bowers + Kubota Consulting, Inc. Stock Appreciation Rights Plan (Unsigned/Dated);[44]

- Kniesel, Greg Email to Saaklaw re Bower + Kubota Consulting Inc Stock Appreciation Rights Plan (5:50pm) 2012 12 12;[45] and

- Saaklaw (Nick Saakvitne) Email to Greg Kniesel re Bower + Kubota Consulting Inc Stock Appreciation Rights Plan (10:23pm) 2012 12 12.[46]

Any potential future dilutive impact of the SARs was speculative as of the Valuation Date for the following reasons:

- The SARs Plan was not executed as of the Valuation Date;

- There were no SARs units issued as of the Valuation Date;

- The amount of SARs potentially to be issued subsequent to the Valuation Date was unknown;

- The time period in which any SARs were to be issued was unknown; and,

- The vesting period alone would mitigate any immediate material dilutive impact.

Accordingly, consistent with the conclusions reached by both Mr. Kniesel and Mr. Sherman, I do not believe there to be any material dilutive impact to the fair market value of the Subject Interest on the Valuation Date.

---

[44] RHYL00005-RHYL000023
[45] LIBRA-DOL INV 005583
[46] LIBRA-DOL INV 005572



# CONCLUSION

To reach the value of equity, other adjustments are required. The analysis up to this point was completed on a cash-free basis. Therefore, excess cash and marketable securities held by B+KC as of November 30, 2012 were added to the enterprise value. Following these adjustments, the concluded value of equity on a controlling, marketable basis was $46.7 million.

To reach the value of a controlling, nonmarketable interest, I applied a discount for lack of marketability of 7%, to arrive at the value equity of $43.467 million on a controlling, nonmarketable basis.

Based on the analysis presented in this Report and subject to the attached Assumptions and Limiting Conditions presented in Appendix C, it is our opinion that the fair market value of 100% of the equity of Bowers + Kubota Consulting, Inc. as of December 14, 2012 was **$43.467,000** or **$43.47per share**, based on 1,000,000 shares outstanding.



# VALUATION DISCOUNTS

## DISCOUNT FOR LACK OF MARKETABILITY

The fair market value standard of value is based on the premise of a cash or cash equivalent price. The cash equivalent price reflects the time, costs, and risk of actually receiving the cash from the sale of the Subject Interest. All other things being equal, an investment is worth more if it is marketable than if it is not, since investors prefer liquidity over lack of liquidity. Interests in closely held businesses are illiquid relative to most other investments.

The means by which a controlling owner of a privately held company can liquidate his or her controlling interest differs significantly from the avenues available to the owner of publicly traded securities. The owner of publicly traded securities is able to direct a broker to sell the securities at a price determined by the market for a nominal fee and effectively receive the resulting money in a few business days. An owner of a controlling interest in a privately held business can either take the company public, sell the entire business to another private entity or individual, or sell a controlling interest to the other shareholders or a third party. In any of these transactional scenarios, the owner of the controlling block of shares must consider the time it would take to sell the business, the costs to prepare the business for sale and to execute the sale, the risk of actually obtaining the stated price in the future, and the inability to secure a loan using the interest as collateral. However, these risks are mitigated by the degree to which this interest has over the cash flows of the company in the interim period until the consummation of the deal and the ultimate monetizing of the interest.

Further, most business appraisers agree that the application of a discount for lack of marketability to a controlling interest is still appropriate."[47]   However, currently there is a lack of sufficient empirical studies quantifying lack of marketability for controlling interests. Specific consideration in the determination of a discount for lack of marketability on a controlling basis should include factors related to the operating structure and financial attributes of the subject entity in addition to costs that will likely be incurred by the subject entity in preparation for a sale that include: accounting costs; legal costs; appraisal costs; management time; and, transactional costs.[48] Transaction costs can include investment banking/broker fees and financial advisory fees.

I considered the qualitative factors articulated in Mandelbaum (see below), as well as an estimate of the costs to create a liquidity event, including the application of the Lehman Formula (also see below), plus additional transaction expenses, in my estimate of the appropriate discount for lack of marketability for the Subject Interest.

---

[47] Pratt, Shannon P. *Business Valuation Discounts and Premiums,* Second Edition, Hoboken, NJ: John Wiley & Sons, Inc., 2009, Page 201.
[48] Ibid, Pages 204 to 206.



VALUATION DISCOUNTS

## *Mandelbaum Considerations*

In the court opinion issued in *Bernard Mandelbaum et al. v. Commissioner* (69 TCM 2852)*,* the court listed nine factors that could affect the size of the discount for lack of marketability:

1. Financial statement analysis;

2. Dividend policy;

3. Nature of the company, its history, its position in the industry, and its economic outlook;

4. Management;

5. Amount of control of the transferred shares;

6. Restrictions on transferability;

7. Holding period for the stock;

8. Company's redemption policy; and

9. Costs associated with public offering.

## *Lehman Formula*[49]

The Lehman formula is a compensation formula developed by Lehman Brothers to determine the commission on investment banking or other business brokering services. Lehman Brothers developed the Lehman formula, also known as the Lehman Scale Formula, in the 1960s while raising capital for corporate clients. The Lehman formula structures the investment banking fee on a percentage of the transaction amount with a set of tiered fees.

A common variant used by mid-market M&A specialists and business brokers is the Double Percentage Lehman ("Modern Lehman").[50] Under this variation—not to be confused with the Double Lehman—both the percentages and the scale were adjusted, instead of the percentages only. In addition, the percentage is held constant at 3% above $8 million.

This calculation is displayed in Table 8.

---

[49] https://www.investopedia.com/terms/l/lehmanformula.asp.
[50] https://en.m.wikipedia.org/wiki/Lehman_Formula.



VALUATION DISCOUNTS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **TABLE 8**<br>**BOWERS + KUBOTA CONSULTING, INC.**<br>**MODERN DOUBLE LEHMAN FORMULA** | | | | | |
| | 1 | $ | 1,000,000 | | 10% | $ | 100,000 |
| | 2 | | 1,000,000 | | 9% | | 90,000 |
| | 3 | | 1,000,000 | | 8% | | 80,000 |
| | 4 | | 1,000,000 | | 7% | | 70,000 |
| | 5 | | 1,000,000 | | 6% | | 60,000 |
| | 6 | | 1,000,000 | | 5% | | 50,000 |
| | 7 | | 1,000,000 | | 4% | | 40,000 |
| | | | 7,000,000 | | | | |
| | 8 | | 33,490,000 | | 3% | | 1,004,700 |
| Concluded Value of Operations (Controlling, Marketable Basis) | | $ | 40,490,000 | | | | |
| Total Tiered Trasaction Fee | | | | | | | 1,494,700 |
| Total Tiered Trasaction Fee as a % of the Concluded Value of Operations | | | | | | | 3.69% |
| **Other Transaction Expenses:** | | | | | | | |
| Legal | | | | | | | 500,000 |
| (1) Accounting | | | | | | | 300,000 |
| (2) Consulting | | | | | | | 450,000 |
| Total Other Transaction Expenses | | | | | | | 1,250,000 |
| Total Transaction Fee | | | | | | | 2,744,700 |
| **Indicated DLOM** | | | | | | | **6.78%** |
| **Indicated DLOM (Rounded)** | | | | | | | **7.00%** |

**Notes:**
  (1) Expected fee for Quality of Earnings, due diligence.
  (2) Expected fees for tax, valuation.

There is a long-standing argument that little to no discount for lack of marketability should apply, as the controlling equity holder has the ability to sell the company and has the benefit of the cash flow available to him or her while it is on the market to be sold.  In reality, however, there is a cost associated with the ability to monetize the value of a controlling interest in a closely held business.  This cost is comprised of legal, accounting, tax, consulting and sometimes an investment banker fee.  Considering the expected put rights that are afforded to the ESOP participants as well as the estimated costs necessary to market and sell the company, I have selected a DLOM of 7%.  This discount is qualitatively supported by the characteristics of the Subject Interest mentioned above, as well as mathematically supported by accounting for full expenses to sell a company, even though an investment banking fee is sometimes not incurred in market transactions.



# APPENDIX A – ECONOMIC ANALYSIS

**National Economy: Economic Outlook at a Glance (3Q 2012)[51]**

The U.S. economy saw its growth rate accelerate slightly from the previous quarter. Many questioned whether consumer spending, a crucial factor in GDP growth, could continue to grow at its current rate as spending outpaces income growth. Business spending on equipment and software, which had been a source of strength for 12 consecutive quarters, finally ceased to grow. The consensus seems to be that there is little to indicate economic growth is gaining momentum.

Job growth was fairly weak in the third quarter, though the unemployment rate did drop below 8.0%. Unfortunately, the drop in the unemployment rate puts the rate back on par with its level from January 2009. The White House took the decline in the unemployment rate as evidence that the economy is continuing to heal, though they did admit that more work still needs to be done to create more jobs. At this point, some experts believe that the job market is showing signs of firming up—though they admit it is far from strong.

Consumer confidence reports were positive this quarter. Both the Conference Board's Consumer Confidence Index and the Thomson Reuters/University of Michigan Index of Consumer Sentiment the third quarter up. Both indexes had a strong September, as a booming stock market and rising home prices, coupled with declining personal debt levels, overshadowed the high unemployment rate and consumers' expectations that their incomes will not keep pace with inflation.

Despite slow economic growth, domestically and abroad, stocks rallied this quarter, as the Federal Reserve's announcement of stimulus bolstered investor sentiment. All the major indexes are up between 20.0% and 30.0% from a year ago. With market volatility low, and assurance from the Federal Reserve, many investors moved out of bonds and back into equities. Those that remained gravitated toward inflation-protected Treasuries, as the Fed's announcement appeared to have caused some inflation concerns, leaving nominal Treasuries flat for the quarter.

The Institute for Supply Management reported that, after three months, its manufacturing sector index finally pulled above a level signifying contraction. The Federal Reserve also reported that industrial production was down for the quarter. The Institute for Supply Management's services index increased this quarter, and indicates that the services sector is increasing modestly.

The housing market continued to solidify.  While existing-home sales dropped in September, it was due to a lack of inventory. Seemingly in response to shrinking inventory levels, privately-owned housing starts climbed nearly 35% from a year ago, and housing permits authorized have soared about 45% from 12 months ago. The National Association of Realtors reported that home

---

[51] All of the contents of the economic outlook section of this valuation Report are quoted from the Economic Outlook Update™ 3Q 2012 published by Business Valuation Resources, LLC, © 2012, reprinted with permission. *The editors and Business Valuation Resources, LLC, while considering the contents to be accurate as of the date of publication of the EOU, take no responsibility for the information contained therein. Relation of this information to this valuation engagement is the sole responsibility of the author of this valuation Report.*



prices are up more than 11% from a year ago, and they believe that this upward trend will continue during the coming years.

To sum it up, the U.S. economy is growing steadily, but nowhere near fast enough to lower the unemployment rate substantially. "Steady growth" might not sound so bad, but the Economic Policy Institute points out that the failure to address chronically high rates of joblessness deprives the U.S. economy of hundreds of billions of dollars each quarter. Moreover, even this slow-but-steady growth could be threatened by the approaching federal spending cuts and expiring tax breaks mandated under current law—referred to by many as the "fiscal cliff." The consensus seems that, should they happen, these cuts would slow growth even further, and could quite possibly pull the U.S. economy into recession.

The consensus forecasts for GDP, personal consumption, business investments, unemployment, along with other key indicators, remain mostly positive and indicate slow growth ahead.

**Gross Domestic Product**

The U.S. Department of Commerce reported that the nation's economy—as indicated by GDP—increased at an annual rate of 2.0% in the third quarter. The third-quarter 2012 rate is a slight acceleration from the previous quarter's rate of 1.3%. GDP is the total market value of goods and services produced in the U.S. economy and is generally considered the most comprehensive measure of economic growth.

Most economists expected sluggish economic growth in the third quarter, so few were surprised by the GDP report. The Economic Policy Institute notes that the 2.0% rate of growth in the third quarter is at a level that has historically never put any sustained downward pressure on the unemployment rate. Unfortunately, the annual growth rate has been 1.74% for the first nine months of this year, behind last year's rate of 1.80%—some economists believe that the economy would need to growth around 3.0% for a full year to bring down the unemployment rate by one percentage point.

Many analysts noted that there was little in the GDP report to signal economic growth is gaining momentum. Analysts pointed out that much of the GDP growth this quarter came from large defense expenditures, and questioned whether steep defense spending increases could be relied on in the future. Business spending on equipment and software was flat in the third quarter. Analysts find this particularly worrisome because this category of investment had been a source of strength in the U.S. economy for most of the recovery, but has begun decelerating in the last year. Many point out that a near-term reversal seems unlikely—unless there is a substantial increase in overall business sales, it is doubtful that firms will need to expand capacity.

On a positive note, residential fixed investment contributed meaningfully to this quarter's growth rate, and shows no sign of reversing its strong contributions that have been seen over the last year. While state and local government spending continued to drag down growth in the third quarter, this drag on GDP was far less than it had been in recent quarters.



APPENDIX A – ECONOMIC ANALYSIS

The U.S. Department of Commerce found that the increase in real GDP in the third quarter reflected positive contributions from personal consumption expenditures, federal government spending, and residential fixed investment. This increase was partly offset by negative contributions from exports, nonresidential fixed investment, and private inventory investment. Imports, which are a subtraction in the calculation of GDP, decreased.

The acceleration in real GDP in the third quarter primarily reflected an upturn in federal government spending, a downturn in imports, an acceleration in personal consumption expenditures, a smaller decrease in private inventory investment, an acceleration in residential fixed investment, and a smaller decrease in state and local government spending. This acceleration was partly offset by downturns in exports and in nonresidential fixed investment. The economy grew 1.8% in 2011, after growing 2.4% in 2010.

**Consumer Spending**

Consumer spending grew at a rate of 2.0% during the third quarter of 2012. This is an acceleration from the prior quarter's rate of 1.5%, but was still regarded as rather weak.  Consumer spending—also referred to as personal consumption—accounts for approximately 70% of the U.S. GDP.

Many economists question whether the consumer-spending rate of 2.0% in the third quarter can even be sustained going forward. They note that inflation-adjusted disposable income rose at only a 0.8% rate, while the personal savings rate fell from 4.0% to 3.7%. In a nutshell, personal consumption growth over the quarter was not solely funded through rising household incomes, but with a decline in savings as well.

This quarter's growth in consumer spending contributed 1.42 percentage points to the third-quarter GDP. Overall consumer spending increased 2.5% in 2011, after growing 1.8% in 2010.

Consumer spending on durable goods—items meant to last three years or more, such as computers, cars, and machinery—increased at a rate of 8.5% in the third quarter, compared with a decreasing rate of 0.2% in the previous quarter. Consumer spending on durable goods increased 7.2% in 2011 and 6.2% in 2010.

Consumer spending on nondurable goods—items such as food and gasoline—increased at a rate of 2.4% this quarter, up from a rate of 0.6% last quarter. Consumer spending on nondurable goods increased 2.3% in 2011 and 2010.

Service expenditures grew at a rate of 0.8% this quarter, a deceleration from 2.1% in the previous quarter. Consumer spending on services increased 1.9% in 2011, after growing 1.0% in 2010.

According to the U.S. Department of Commerce, total retail and food service sales in the third quarter are up 1.4% from the previous quarter, and are up 5.4% from one year ago. Automobile and parts sales increased 1.7% during the third quarter and 8.1% over the last 12 months. Electronic and appliance store sales increased 1.7% this quarter and are up 3.6% from a year ago. Gasoline station sales decreased 2.2% in the third quarter, and are up 5.8% over the last 12 months. Food



APPENDIX A – ECONOMIC ANALYSIS

services and drinking places sales increased 0.4% this quarter and 5.6% over the last 12 months. Grocery store sales increased 0.9% this quarter and are up 3.8% from a year ago.

**Government Spending**

Total government spending grew at a rate of 3.7% in the third quarter, following eight consecutive quarterly declines in government spending. This quarter's increase in government spending provided a 0.71 percentage point contribution to the third-quarter GDP. Total government spending decreased by 3.1% in 2011, after growing 0.6% in 2010.

Federal government spending increased at a rate of 9.6% in the third quarter, after declining at a rate of 0.2% in the previous quarter. Federal government spending declined by 2.8% in 2011, after growing 4.5% in 2010.

National defense spending decreased at rate of 13.0% this quarter, after decreasing at a rate of 0.2% in the previous quarter. National defense spending declined 2.6% in 2011, after increasing 3.0% in 2010.

State and local government spending declined at a rate of 0.1% in the third quarter, after decreasing at a rate of 1.0% in the previous quarter. State and local government spending declined 3.4% in 2011 and 1.8% in 2010.

**Fixed Investments**

Business spending, also known as nonresidential fixed investment, decreased at a rate of 1.3% in the third quarter. This quarter's decrease comes after five straight quarterly increases. Business spending contributed -0.13 percentage points to the third-quarter GDP. Business spending increased 8.6% in 2011 and 0.7% in 2010.

Business spending on structures (nonresidential structures) decreased at an annual rate of 4.4% in the third quarter. Business expenditures on equipment and software were unchanged this quarter, after 12 consecutive quarterly increases.

Residential fixed investment, often considered a proxy for the housing market, increased at an annual rate of 14.4% during the third quarter. This comes after a rate of 8.5% in the previous quarter. This quarter's growth in residential fixed investment made a 0.33 percentage point contribution to the third-quarter GDP. Residential fixed investment declined 1.4% in 2011 and 3.7% in 2010.

**Business Inventories**

Business investments in inventories decreased at a slower pace in the third quarter than in the previous quarter. The change in private inventories subtracted 0.12 percentage points from the third-quarter change in real GDP after subtracting 0.46 percentage points from the second-quarter change. Farm inventories subtracted 0.42 percentage points from the third-quarter change in GDP after subtracting 0.17 percentage points from the second-quarter change. Nonfarm inventories



added 0.30 percentage points to the third-quarter change in GDP after subtracting 0.29 percentage points from the second-quarter change.

**Exports and Imports**

Net exports were a drag on growth this quarter, subtracting 0.18 percentage points from the third quarter GDP.

Exports decreased at an annual rate of 1.6% in the third quarter, following last quarter's growing rate of 5.3%. Exports increased 6.7% in 2011 and 11.1% in 2010.

Foreign imports, which are a subtraction in the calculation of GDP, decreased at an annual rate of 0.2% during the third quarter. This follows last quarter's growth rate of 2.8%. Imports increased 4.8% in 2011 and 12.5% in 2010.

**Consumer Prices and Inflation Rates**

According to the U.S. Department of Commerce, the price index for gross domestic purchases, which measures prices paid by U.S. residents, increased 1.5% in the third quarter, compared with an increase of 0.7% last quarter. Excluding food and energy prices, the price index for gross domestic purchases increased 1.3% in the third quarter, compared with an increase of 1.4% in the previous quarter.

The U.S. Department of Labor reported that the Consumer Price Index (CPI) increased 0.6% in September on a seasonally adjusted basis—tying August's rise as the largest increase since June 2009. CPI is a measure of a basket of products and services, including housing, electricity, food, and transportation and is used as a measure of inflation. Increasing gas prices fueled the CPI increase, with the gasoline index rising 7.0% in September after climbing 9.0% in August. The food index increased slightly, mostly because of higher prices for dairy products and nonalcoholic beverages. Over the last 12 months, CPI has climbed 2.0%.

Core consumer prices (Core CPI), a measure of inflation that excludes volatile food and energy costs, increased 0.1% in September on a seasonally adjusted basis, after increasing 0.1% in both August and July. Increases in the indexes for shelter, medical care, apparel, and airline fares all contributed significantly to the September increase, while the indexes for used cars and trucks, new vehicles, personal care, and household furnishings all fell for the month. Core CPI has risen 2.0% over the last 12 months.

The U.S. Department of Labor reported that the Producer Price Index (PPI) increased 1.1% in September on a seasonally adjusted basis. PPI increased by 1.7% in August and 0.3% in July. The increase in August was the largest increase since June 2009. The index for energy, which increased 4.7% in September and 6.4% in August, was the main driver of the PPI increases this quarter. The gasoline index accounted for over 80% of September's increase in the index for energy, though the indexes for diesel fuel and residential natural gas also increased. The index for food moved up this quarter, mostly because of rising dairy prices. PPI has increased 2.1% over the last 12 months.



APPENDIX A – ECONOMIC ANALYSIS

Core producer prices (Core PPI)—which do not include volatile food and energy prices—were unchanged in September. This increase came after increases of 0.2% in August and 0.4% in July. September was the first time in nearly a year where Core PPI did not increase. Declining prices for communication and related equipment offset higher prices for light motor trucks in September. In August, much of the PPI rise was attributed to higher pharmaceutical prices.

**Interest Rates**

The Federal Open Market Committee (FOMC) met twice during the third quarter of 2012, issuing two statements on its target for the federal funds rate. As expected, the FOMC continued its pledge to keep its target for the federal funds rate near zero, at least through mid-2015. The federal funds rate is the interest rate at which a commercial bank lends immediately available funds in balances at the Federal Reserve to another commercial bank. The FOMC establishes a target rate and expands or contracts the money supply with the aim that the federal funds rate, a market rate, will approximate the target rate.

The FOMC stated that the information it has received indicated that the economy has been expanding moderately. The Committee expressed concern that growth in employment has been slow, and that the unemployment rate remains high. Further, while household spending has continued to grow, business spending has slowed. The FOMC believes that the housing sector, while showing signs of improvement, is far from booming. It notes that inflation has been subdued, although the prices of some key commodities have increased recently, and that longer-term inflation expectations have remained stable. It anticipates that inflation over the medium term likely will run at or below its goal of 2%. The Committee expressed concern that future economic growth might not be strong enough to create sustained improvement in labor market conditions, and that strains in the global financial markets may impede U.S. economic growth.

During the third quarter of 2012, the Board of Governors of the Federal Reserve left the discount rate unchanged at 0.75%. The discount rate is the interest rate a commercial bank is charged to borrow funds, typically for a short period, directly from a Federal Reserve Bank. The board of directors of each Reserve Bank establishes the discount rate every 14 days, subject to the approval of the Board of Governors.

**Unemployment and Personal Income**

The U.S. Department of Labor reported that the unemployment rate was 7.8% at the end of the third quarter (or approximately 12.1 million unemployed), down from 8.2% at the end of the second quarter. The unemployment rate had been higher than 8.0% since February 2009, the longest stretch since monthly jobless figures were first compiled in 1948. The 7.8% matches the January 2009 rate, the month President Obama took office. While the consensus is that the labor market is not robust, some economists believe it is starting to firm up.

The economy added a relatively small 114,000 jobs in September, after adding 142,000 jobs in August and 181,100 jobs in July. In September, employment increased in healthcare, with the sector seeing its strongest month since February. September employment also increased in the



transportation and warehousing sector, but changed little in most other major industries. There were 4.8 million long-term unemployed (those jobless for 27 weeks or more), which made up 40.1% of unemployed persons at the end of September.

The White House Council of Economic Advisers, an agency within the Executive Office of the President, stated that the September employment report provided further evidence that the U.S. economy is continuing to heal. Regardless, they acknowledge that there is more work that remains to be done. It emphasized the need to focus on the middle class, and stated that the most pressing issue was for Congress to pass an extension of the middle class tax cuts.

Average hourly earnings for all private-sector employees rose seven cents in September, to $23.58. Average hourly earnings for all private-sector employees have increased 1.8% over the past 12 months. Average hourly earnings for private-sector production and nonsupervisory employees increased five cents in September, to $19.81. Average hourly earnings for private-sector production and nonsupervisory employees have increased 1.4% over the past 12 months.

The U.S. Department of Commerce reported that current-dollar personal income increased $89.3 billion (2.7%) in the third quarter, compared with an increase of $130.3 billion (4.0%) in the previous quarter.

Personal current taxes increased $13.2 billion in the third quarter, compared with an increase of $20.2 billion last quarter.

Disposable personal income increased $76.1 billion (2.6%) in the third quarter, compared with an increase of $110.0 billion (3.8%) in the previous quarter. Real disposable personal income increased 0.8% in the third quarter, compared with an increase of 3.1% in the previous quarter.

Personal outlays increased $111.4 billion (4.0%) in the third quarter, compared with an increase of $57.4 billion (2.0%) last quarter. Personal saving—disposable personal income less personal outlays—was $445.0 billion in the third quarter, compared with $480.3 billion in the previous quarter.

The personal saving rate—saving as a percentage of disposable personal income—was 3.7% in the third quarter, down from 4.0% last quarter.

**Consumer Confidence and Sentiment**

The Conference Board's Consumer Confidence Index stood at 68.4 at the end of the third quarter, up from 62.7 at the end of prior quarter. The index ended well up from a rough August, where the index fell to 61.3. In September, the index benefited from consumers' more positive assessment of current conditions, specifically the job market, as well as a favorable short-term outlook for business conditions, employment, and personal financial situations. Some economists attributed the higher-than-expected September increase to several factors, including a rally in the stock markets in recent months and a turnaround in the weak housing market. While consumers are more



APPENDIX A – ECONOMIC ANALYSIS

optimistic than they have been in several months, it is not clear whether this confidence level will continue, given the lingering high jobless rate.

The Consumer Confidence Index is an indicator designed to measure consumer confidence, which is the degree of optimism on the state of the economy that consumers are expressing through their activities of savings and spending. A month-on-month decreasing trend in the Consumer Confidence Index suggests consumers have a negative outlook on their ability to secure and retain good jobs, whereas a rising trend in consumer confidence indicates improvements in consumer buying patterns. Opinions on current conditions make up 40% of the index (the Present Situation Index), with expectations of future conditions comprising the remaining 60% (the Expectations Index).

The Thomson Reuters/University of Michigan's Index of Consumer Sentiment increased to 78.3 at the end of third quarter, from 73.2 at the end of last quarter. The index is well up from one year ago when the reading was 59.5. At the end of the third quarter, consumers said they expect the economy to create more jobs over the next year. Consumers also reported small gains in their current financial situations, mostly because of a reduction in their debt levels and an increase in the value of their assets, mainly in the form of higher stock prices and home values. Unfortunately, the majority of consumers anticipate very small wage gains. Consumers also expect to see a large price increase in the year ahead, largely due to rising food and energy costs.  Overall, the information in the report indicated that that half of all households anticipate declining living standards as their incomes fail to keep pace with inflation.

The Thomson Reuters/University of Michigan's Survey of Consumers is a rotating panel survey based on a nationally representative sample that gives each household in the contiguous U.S. an equal probability of being selected. Interviews are conducted throughout the month by telephone. The Index of Consumer Sentiment is composed of the Index of Consumer Expectations and the Current Conditions Index and is intended to gauge how consumers feel about when the economic environment will change. The survey's Index of Consumer Expectations is an official component of the U.S. Leading Economic Index.

**Stock Markets and Volatility**

Despite the fact that unemployment remains high, U.S. economic growth is sluggish, much of Europe is in a recession, China's growth is slowing, and the U.S. is approaching a potential fiscal cliff (automatic spending cuts and tax hikes), the major stock indexes rallied this quarter after a dismal second quarter. September has historically been the worst month of the year for U.S. stocks—which was certainly not the case this year, as many of the indexes hit multi-year highs. Many attributed this quarter's positive investor sentiment to optimism surrounding the prospects for Federal Reserve and other central bank stimuli around the world. The president of the European Central Bank pledged to do "whatever it takes" to preserve the euro and stabilize the Eurozone, while the Federal Reserve initiated another round of bond buying intended to keep interest rates low, encourage economic growth, and reduce unemployment. Further, many believe the relatively low market volatility this quarter encouraged investors to shift funds into the stock market, helping to support the rally.



The Dow Jones Industrial Average (Dow) climbed 4.3% in the third quarter, and is up 10.0% year-to-date. The Dow has risen 23.1% over the last 12 months. The Dow is an index of 30 of the largest and most widely held public companies in the U.S. and is considered the single most watched index in the world.

The NASDAQ Composite Index (NASDAQ), consisting mainly of high-tech stocks, ended the third quarter with a gain of 6.2%. The NASDAQ is up 19.6% for the year, and has gained 29.0% over the last 12 months.

The S&P 500 grew 5.8% in the third quarter, and has seen year-to-date gains of 14.6%. The index has risen 27.3% over the last 12 months. The S&P 500 consists of a representative sample of 500 leading companies of the U.S. economy and is one of the most commonly used benchmarks for the overall U.S. stock market.

The Dow Jones U.S. Total Market Index gained 5.7% in the third quarter, and is up 14.6% year-to-date. The index has risen 27.6% over the last 12 months. The Dow Jones U.S. Total Market Index, considered a total market index, represents the top 95% of the U.S. stock market based on market capitalization.

The Russell 2000 Index grew 4.9% this quarter, and is up 13.0% for the year. The Russell 2000 has climbed 30.0% over the last 12 months. The Russell 2000 Index serves as a benchmark for small cap stocks in the U.S. stock market.

The Chicago Board Options Exchange Volatility Index (VIX)—a popular volatility measure—began the third quarter at 17.80 and ended at 15.73. The highest closing VIX reading this quarter was 20.47, compared with last quarter's high of 26.66. The average VIX reading this quarter was 16.21, compared to 20.03 last quarter.

The VIX represents the implied volatility of 30-day options on the Standard & Poor's 500 stocks and has been termed by some as the "fear gauge." Accordingly, the VIX represents the expected volatility of the market, as represented by the S&P 500. Stock market professionals use the VIX to gauge investor sentiment.

Investopedia says the following: "VIX values greater than 30 are generally associated with a large amount of volatility as a result of investor fear or uncertainty, while values below 20 generally correspond to less stressful, even complacent, times in the markets."

**Bond Markets**

Low yields and less demand for safe-haven assets proved to be headwinds for the bond market this quarter. Broad bond market returns, as measured by Barclays Aggregate Bond Index, generally lagged stocks. Investment grade corporate bonds were a bright spot in the bond market this quarter, while high yield bonds saw even greater benefits for investors. Overall, nominal Treasuries were flat, lagging the investment-grade U.S. bond market. Treasury inflation-protected securities



outperformed the broad bond market due to the longer-term inflationary implications of the Federal Reserve's quantitative easing program.

The 30-day T-bill rate was 0.06% at the end of the third quarter, little changed from 0.04% at the end of last quarter. The 5-year Treasury ended the third quarter with a yield of 0.62%, compared with 0.72% at the end of the previous quarter.

The 10-year Treasury bond yield was 1.65% at the end of the third quarter, nearly unchanged from a yield of 1.67% at the end of the previous quarter. The 20-year Treasury bond yield was 2.42% at the end of the third quarter, compared with 2.38% at the end of the previous quarter.

Moody's seasoned Aaa and Baa corporate bonds ended the third quarter with a yield of 3.42% and 4.72%, respectively, compared with yields of 3.66% and 5.06% at the end of last quarter.

The prime lending rate was 3.25% at the beginning of the third quarter and remained there through the end of September. The discount window (primary credit) remained at 0.75% during the third quarter.

**Construction**

According to the U.S. Census Bureau, privately owned housing starts in September were at a seasonally adjusted annual rate of 872,000, up 15.0% from the previous month and 34.8% from one year ago. The construction of single-family homes increased 11.0% in September and is up 42.9% from one year ago. Construction in the multifamily home sector grew 25.0% in September and is up 18.7% from one year ago. The multifamily home sector, which consists of buildings with five units or more, tends to be more volatile than the single-family home sector.

Building permit authorizations for privately owned housing units, considered a good leading indicator of demand for new homes, were at a seasonally adjusted rate of 894,000 in September. This was 11.6% above the August rate and 45.1% above the rate from one year ago. Building permits for single-family housing units were up 6.7% in September and 27.3% from one year ago. Building permits for multifamily housing units climbed 11.4% in September and are up 93.4% from one year ago.

The U.S. Census Bureau reported that overall spending on new construction during September 2012 was at a seasonally adjusted annual rate of $851.6 billion. This figure is 0.6% above the August rate of $846.2 billion and 7.8% above the $790.3 billion rate from one year ago. During the first nine months of 2012, construction spending amounted to $624.8 billion, 8.9% above the $573.1 billion for the same period in 2011.

Spending on all private construction was at a seasonally adjusted annual rate of $580.5 billion in September, 1.3% above the August rate of $572.8 billion and 14.4% above the rate from one year ago. Private residential construction spending was at a seasonally adjusted annual rate of $285.9 billion in September, 2.8% above the August rate of $278.0 billion and 20.9% above the rate from



one year ago. Private nonresidential construction was at a seasonally adjusted annual rate of $294.6 billion in September, 0.1% below the August rate of $294.7 billion, but up 8.8% from a year ago.

The seasonally adjusted annual rate of total public construction spending was $271.1 billion in September, down 0.8% from the August rate of $273.4 billion, and down 4.2% from a year ago. Educational construction was at a seasonally adjusted annual rate of $66.7 billion in September, 0.8% below the August rate of $67.2 billion, and down 6.9% from a year ago. Highway and street construction was at a seasonally adjusted annual rate of $78.4 billion in September, 1.6% below the August rate of $79.6 billion, and 2.4% below the rate from one year ago.

**Services**

ISM reported that its Non-Manufacturing Index (known as NMI) increased to 55.1% at the end of the third quarter from 52.1% at the end of the prior quarter. NMI measures the strength of the services sector and is based on data compiled from purchasing and supply executives nationwide. While the reading at the end of the third quarter is up from last quarter, the June reading marked a 29-month low for NMI. An increase in the new orders index, up four points in September, more than offset a decrease in the employment index, which declined almost three points.

The September NMI reading of 55.1% is above the 12-month average of 54.1%, but below the 12-month high of 57.3%.

A reading above 50% indicates the nonmanufacturing sector economy is generally expanding, whereas a reading below 50% indicates the nonmanufacturing sector is generally contracting. The reading in September indicates continued growth for the 33rd consecutive month in the nonmanufacturing sector.

**Economic Outlook**

Consensus Economics Inc., publisher of *Consensus Forecasts—USA*, reports that the consensus of U.S. forecasters believes real GDP will increase at a seasonally adjusted annual rate of 1.9% in the fourth quarter of 2012 and 1.8% in the first quarter of 2013. Every month, Consensus Economics surveys a panel of 30 prominent U.S. economic and financial forecasters (the forecasters) for their predictions on a range of variables including future growth, inflation, current account and budget balances, and interest rates. The forecasters expect GDP to grow 2.2% in 2012, 2.1% in 2013, and 3.1% in 2014. In the long term, they report that real GDP will grow by an average annual rate of 2.4% between 2018 and 2021.

The forecasters believe unemployment will average 8.1% in both the fourth quarter of 2012 and the first quarter of 2013. They believe unemployment will average 8.2% in 2012 and 8.0% in 2013.

They also believe consumer prices will rise at a rate of 2.2% in the fourth quarter of 2012 and 2.0% in the first quarter of 2013. They expect consumer prices to increase 2.0% in both 2012 and 2013. They expect producer prices to increase at a rate of 1.1% in the fourth quarter of 2012 and 1.6%



in the first quarter of 2013. The forecasters anticipate producer prices will rise 1.5% in 2012 and 1.4% in 2013.

The forecasters expect industrial production to increase at a rate of 2.3% in both the fourth quarter of 2012 and the first quarter of 2013. They forecast industrial production will increase 4.1% in 2012 and 2.7% in 2013.

The 32 participants in *The Livingston Survey* (the Survey) released their latest predictions in June. The participants, who are surveyed by the Federal Reserve Bank of Philadelphia twice a year, project real GDP to grow at an annual rate of 2.6% between 2Q 2012 and 4Q 2012 (up from their previous estimate of 2.5%). They then expect GDP will increase at an annual rate of 2.3% between 4Q 2012 and 2Q 2013. They believe GDP will grow 2.7% annually over the next 10 years.

The Survey also noted that forecasts for the unemployment rate have been revised downward from the previous Survey. They expect the unemployment rate to be about 8.0% by December 2012, down from their previous estimate of 8.7%. They expect unemployment to decrease to 7.8% by June 2013.

The forecasters in the Survey have modified their near-term predictions for consumer price inflation (CPI). They expect CPI to be 2.3% in 2012, up slightly from 2.2% in their previous survey. They predict CPI will be 2.0% in 2013. The Survey expects CPI to average 2.5% over the next 10 years, unchanged from their forecast in the prior Survey. The Survey expects producer price inflation (PPI) to be 2.1% in 2012—down from the previous estimate of 2.3%—before increasing 2.6% in 2013.

## Hawaii Economy[52]

Hawaii's major economic indicators were all positive in the second quarter of 2012. Visitor arrivals and average daily visitor census both increased significantly, and visitor expenditures increased even more. Both government contracts awarded and private building permits increased. In addition, wage and salary jobs, personal income, and State general fund tax revenues all increased in the quarter as compared to the same quarter last year.

Hawaii's tourism sector performed very well in the second quarter of 2012 compared to the same quarter of 2011. The total number of visitors arriving by air to Hawaii increased 10.7% in the quarter. Both international and domestic visitor arrivals increased. Due to longer lengths of stay, the daily visitor census increased 12.5% in the quarter. In addition, since visitors spent more on a daily basis during the second quarter, total visitor spending by air increased 25.9% in the quarter.

In construction, both government contracts awarded and the value of private building permits increased. In the second quarter of 2012, government contracts awarded increased $217.6 million.

---

[52] Quarterly Statistical & Economic Report, 3rd Quarter 2012, The Department of Business, Economic Development & Tourism, State of Hawaii. The quarterly information contained in this Report reflects data received by the Research Division on or before August 15, 2012.



APPENDIX A – ECONOMIC ANALYSIS

The permit value for private construction increased $131.9 million in Honolulu, increased $29.5 million in Maui, and increased $2.6 million in Kauai, compared to the same quarter of 2011. Construction jobs decreased slightly in the quarter. According to the most recent data available, current construction put-in-place based on excise tax data increased $178.5 million or 12.9% in the first quarter of 2012 compared with the same quarter of 2011.

In the second quarter of 2012, State general fund tax revenues were up $194.9 million or 15.5% over the same period of 2011. As an indicator of current economic activity, state general excise tax revenue increased $51.2 million or 7.9% in the second quarter of 2012 compared to the same quarter in 2011. For the first half of 2012, State general fund tax revenues increased $313.3 million or 13.5%, and state general excise tax revenue increased $109.5 million or 8.4% compared with the same period last year.

The labor market conditions also show that the economy is improving. After ten consecutive quarterly decreases in jobs from the second quarter of 2008 to the third quarter of 2010, Hawaii's jobs increased for the seventh time. In the second quarter of 2012 Hawaii's civilian non-agricultural wage and salary jobs averaged 599,550 jobs, an increase of 7,600 jobs or 1.3% from the same quarter of 2011.

Job increase in the second quarter of 2012 was completely due to job increases in the private sector. In this quarter, the private sector added about 8,200 jobs compared to the second quarter of 2011. Job growth mainly occurred in visitor-related industries in the quarter. Food Services and Drinking Places experienced the largest job gains, added 3,050 jobs; followed by Accommodation (added 2,500 jobs), Retail Trade (added 1,400 jobs), and Financial Activities (added 1,150 jobs. Private sector job losses were largest in the Construction sector (lost 500 jobs). During the second quarter of 2012, the three levels of government together lost 600 jobs compared to the same quarter of 2011.

The most recent data from the U.S. Bureau of Economic Analysis (BEA) shows that Hawaii's total nominal annualized personal income in the first quarter of 2012 increased $2,085 million or 3.6% from the same quarter of 2011. This increase includes inflation so that the growth of real personal income was smaller. The increase in nominal personal income during the first quarter of 2012 was due to increases in all major components of personal income. In dollar terms, the largest increases occurred in wage and salary disbursements, followed by dividends, interest, and rent, supplements to wage and salaries, which include retirement and unemployment insurance benefits, proprietors' income, and personal current transfer receipts. For the whole year of 2011, total annualized personal income was $59,297 million, increased 4.7% from the previous year.

According to the most recent data available, consumer prices in Honolulu increased 2.8% in the first half of 2012 compared with the same period of 2011, as measured by the Honolulu Consumer Price Index for Urban Consumers (CPI-U). By contrast, the U.S. CPI-U increased 2.3% in the first half of 2012. In 2011, the Honolulu CPI-U increased 3.7% from the previous year.

The higher Honolulu CPI-U in the first half of 2012 was primarily due to relatively large increases in the price index of Food & Beverages (4.5%), Education and Communication (4.1%), and



Medical Care (3.7%). The prices for Recreation and Apparel increased 2.6% and 2.4%, respectively; the prices for Housing, Transportation increased 2.3% and 2.1%, respectively; and the prices for Other Goods and Services only increased 1.1%, compared to the first half of 2011.

**Outlook for the Economy**

Based on the most recent development in the national and global economy, the performance of Hawaii's tourism industry, the labor market conditions in the state, and growth of personal income and tax revenues, Hawaii's economy is expected to continue modest growth for the rest of 2012 and into 2013. Overall, the current DBEDT forecast is less optimistic for most of the economic indicators, except visitor related indicators, compared with the previous forecast.

Hawaii's economy depends significantly on conditions in the U.S. economy and key international economies, especially Japan. According to the August 2012 *Blue Chip Economic Consensus Forecasts,* U.S. real GDP is expected to increase by 2.2% in 2012 as a whole, slightly lower than the 2.3% growth rate projected in the April 2012 forecast. For 2013 the consensus forecast expects an overall 2.1% growth in U.S. real GDP, lower than the 2.6% growth rate projected in the April 2012 forecast.

Forecasts for Japan were increased in the August 2012 *Blue Chip Economic Consensus Forecasts.* Real GDP growth for Japan is now expected to increase 2.3% in 2012, higher than the 1.8% growth rate projected in the April 2012 forecast. For 2013, the consensus forecast now expects an overall 1.6% growth in Japanese real GDP, slightly lower than the 1.7% growth projected in the April 2012 forecast.

For the local economy, DBEDT expects most of the economic indicators, except visitor related indicators, will grow at slightly slower rates.

Overall, Hawaii's economy measured by real GDP is projected to show a 1.5% increase in 2012, 0.7% lower than the growth rate forecasted last quarter. Real GDP growth is currently expected to increase to 2.3% in 2013, same as the previous forecast.

Visitor arrivals are expected to increase 8.6% in 2012, 2.1%age points higher than the previous forecast of 6.5%. The forecast for visitor days in 2012 is now expected to increase 9.4%, 3.2%age point higher than the previous forecast. The forecast for visitor expenditure in 2012 is revised upward to 15.2%, from 9.0% growth projected in the previous forecast. For 2013, the growth rates of visitor arrivals, visitor days, and visitor expenditures are now expected to be 3.5%, 3.2%, and 5.6%, respectively.

Non-agricultural wage and salary jobs are expected to grow 1.2% in 2012 and 1.8% in 2013.

The Honolulu Consumer Price Index (CPI), which increased 3.7% in 2011, is expected to increase 2.8% in 2012, 0.2% below the previous forecast. In 2013, the CPI is projected to increase 2.6%, 0.2% below the previous forecast.



APPENDIX A – ECONOMIC ANALYSIS

Personal income in current dollars is now expected to increase 4.3% in 2012, 0.5% below the growth rate in the previous forecast. The real personal income is currently projected to grow 1.5% in 2012, 0.2% below the previous forecast. In 2013, current-dollar personal income and real personal income are expected to increase 4.8% and 2.1%, respectively.

Beyond 2013 the economy will be on a normal growth path with job growth expected to increase 1.5% in 2014 and 1.3% in 2015. Visitor arrivals are expected to increase 2.6% in 2014 and 2.5% in 2015. Visitor expenditures are expected to increase 5.2% in 2014 and 5.0% in 2015. Real personal income is projected to increase 2.6% in 2014 and 2.4% in 2015. Hawaii's real GDP growth is expected to reach 2.4% in both 2014 and 2015.



# APPENDIX B – INDUSTRY ANALYSIS

**Engineering Services in the U.S.[53]**

If it works, thank an engineer; if it breaks, blame an engineer. Unfortunately, there is little any engineer could have done to stop the recent breakdown in demand for the Engineering Services industry. Industry revenue started to decline as downstream construction markets came to a halt during the recession. While long-term contracts allowed many engineering firms to maintain revenue growth as the recession began, many companies delayed projects, leading to a decline in engineering firms' backlogs. The shortage of liquidity in global financial markets also cut into demand for engineering services. These declines have caused revenue to fall at an average annual rate of about 1.0% to total $183.1 billion during the five years to 2012. However, the construction market has begun to show signs of improvement; as a result, industry revenue is expected to increase 1.7% in 2012.

The Engineering Services industry is fragmented, with a large number of small-scale establishments, which often provide services to regional markets or specialized niches. About two-thirds of firms are non-employer establishments, which were hit particularly hard by the reduction in demand following the recession. As a result, many of these small firms were forced to leave the industry in 2009 and 2010. Firms have begun to reenter as business conditions have improved the past two years. Consequently, the number of enterprises has decreased only slightly at an annualized rate of 0.2% to 140,836 in the five years to 2012. Similarly, many firms with employees reduced wages, head counts and the number of branch offices in order to maintain profit margins, which shrank for many operators as a result of poor demand.

In the five years to 2017, the industry is anticipated to grow as the economy recovers, the value of construction rises, and demand from key downstream markets revives. Revenue is forecast to increase at an average rate of 2.9% per year to total $211.2 billion in 2017. Profitability is forecast to improve slightly, particularly among large operators that provide high-margin services like construction management. Industry profit margins should also benefit from the rising use of computer-aided design systems that provide cost-effective project assessment. This technology will increasingly be used at the construction site through the use of tablet devices, improving communication and reducing costs associated on-site errors.

**Key External Drivers**

*Value of Private Nonresidential Construction* – This industry provides engineering assessment, advisory and construction management services across the entire construction sector. These services are particularly pertinent to heavy industrial construction, including oil and gas facilities and chemical plants. The recent decline in this driver has inhibited revenue growth in the past five

---

[53] IBISWorld Industry Report 54133, *Engineering Services in the U.S.*, Austen Sherman, December 2012, www.ibisworld.com, IBISWorld, Inc. © 2012. Accessed: November 16, 2020.



years. This driver is expected to increase during 2013, reflecting a potential opportunity to the industry.

*Value of Utilities Construction* – This industry provides services for heavy industrial construction projects, like power plants, railroads, highway and bridges. Increased investment from the public sector into fixed capital construction generates greater demand for engineering consulting services. This driver is expected to decrease in 2013, representing a potential threat for the industry.

*Demand from Manufacturing* – The Engineering Services industry generates a significant proportion of revenue from activities in the manufacturing and industrial market. Growth in manufacturing output generally increases capacity utilization, adding to demand for engineering consulting services on the addition of new capital stock or the configuration of existing stock in order to increase efficiency. This driver is expected to increase during 2013.

*Demand from Mining* – The industry generates a significant proportion of revenue from activities in the mining and mineral processing market. Growth in domestic and global demand for mining commodities generally increases demand for engineering consulting services in the areas of improving productive efficiency, exploration and new mine-site development. This driver is expected to increase during 2013.

*Demand from Building, Developing and General Contracting* – This industry provides engineering design and construction management services for building-construction projects like large-scale offices. Increased investment in commercial, institutional and industrial building construction can lead to greater demand for engineering consulting services. This driver is expected to increase during 2013.

**Current Performance**

Leading up to the recession, the Engineering Services industry maintained a robust pace of expansion. Its growth corresponded with strong cyclical growth in downstream construction markets, record levels of investment into industrial capacity and energy infrastructure, and increased spending on public infrastructure. However, the recession's effect on construction significantly eroded investment trends in several key markets, resulting in an overall decline in revenue. IBISWorld estimates that revenue has fallen at an annualized rate of 1.0% to $183.1 billion during the five years to 2012.

Long-term contracts signed by operators before the recession kept the industry growing through 2008, despite the slowing economy; it also helped the industry perform much better relative to other industries that are reliant on downstream construction markets as it provided them with guaranteed business. However, a variety of factors hampered further opportunities in 2009 and 2010. As businesses faced tighter budgets, many companies delayed planned projects or scaled back existing ones. Engineering firms' backlogs began to dry up, and the number of projects in companies' pipelines declined, leading to falling revenue in 2009 and 2010. Building on momentum from 2011, a slight improvement in downstream markets in 2012 is expected to push revenue higher. Nevertheless, industry growth will be modest as clients remain hesitant to commit



APPENDIX B – INDUSTRY ANALYSIS

to large projects due to continued economic uncertainty. As a result, IBISWorld estimates that revenue will increase 1.7% in 2012.

In the five years to 2012, private fixed investment in nonresidential construction declined at an average annual rate of 4.7%, with a decline of 21.1% in 2009 alone. This negative pattern has stifled growth for engineering services within the general construction market. Similarly, demand from building, developing and general contracting has contracted significantly, with a decline of 24.0% in 2009. Weak business sentiment, tight credit conditions, business deleveraging and little need to expand production and office space all aided the reduction in construction investment. These factors contributed to the Engineering Services industry poor financial performance in 2009 and 2010, when revenue fell 6.5% and 4.5%, respectively.

**Industry Outlook**

In the five years to 2017, revenue in the Engineering Services industry is forecast to increase at an average annual rate of 2.9% to $211.2 billion. The industry will experience relatively slow growth in 2012 as engineering firms struggle to increase the number of projects in their backlog. Demand conditions will strengthen in 2013, however, boosted by an improvement in private, fixed-capital investment, increased industrial production and improving business sentiment.

Improving economic conditions will support demand for project design, construction management and procurement. The value of nonresidential building construction is projected to increase at an annualized rate of 6.5% over the next five years. Similarly, demand from building, development and general contracting is anticipated to rise at average annual rate of 8.7% during that time. Growth in service exports is also expected to boost demand for the industry, supported by the gradual recovery in investment into infrastructure projects in the Middle East, the Asia-Pacific and South America.



**Architects in the U.S.**[54]

The Architects industry derives the bulk of its revenue from non-residential building design. Only a small share of revenue is derived from contracts in the housing construction market; however, many small, regionally based contractors rely on the residential real estate market. Revenue is generated from fee-based contracts from preplanning and design services for construction and building projects. In the five years to 2012, IBISWorld estimates that industry revenue will decrease an average of 2.6% annually to $42.4 billion. Industry growth slowed during the recession due to a deteriorating construction market and a decline in the number of building projects being planned. Further, business bankruptcies and pre-recession overbuilding have caused an oversupply of commercial and industrial real estate. The residential real estate market has also contracted dramatically, with the number of housing starts plummeting during the past five years.

Revenue is expected to increase 4.0% in 2012 due to marginal improvements in downstream construction markets. Profit margins are expected to increase to 7.5% of revenue in 2012, up from 6.6% in 2011. However, profit remains below prerecession levels. To maintain margins, many large firms have taken cost-cutting measures, such as laying off workers and cutting wages.

About half of industry companies are sole proprietors or partnerships that do not have any employees; however, these nonemployers generate just 6.4% of total revenue. Small players were particularly hurt by the downturn because of their reliance on the residential real estate market. Further, they have fewer variable costs to cut than their big-name counterparts. Many of these small operators left the industry during the recession, causing the number of firms to fall an average of 0.9% annually to 99,731 in the five years to 2012. Over the next five years, the industry will benefit from improvement in downstream industries. The volume of residential and non-residential construction projects will increase as access to credit becomes more readily available for clients. While revenue is projected to grow an average of 4.1% annually to $51.8 billion in the five years to 2017, it is not expected to surpass the industry's 2008 peak until 2015. Profit margins are also expected to rise during the next five years as more projects are put into firms' pipelines.

**Key External Drivers**

*Demand from Non-Residential Building Construction* – Trends in institutional and commercial or retail developments are major drivers of industry revenue. Demand for this type of construction is sensitive to business sentiment, economic conditions and interest rates. Demand from non-residential construction is expected to increase during 2012, representing a potential opportunity for the industry.

*External Competition* – General building construction firms that offer full construction services to clients are a major source of competition for this industry. Offering "one-stop" services makes

---

[54] IBISWorld Industry Report 54131, *Architects in the U.S.*, Kevin Culbert, August 2012, www.ibisworld.com, IBISWorld, Inc. © 2012. Accessed: November 16, 2020.



general building construction firms an attractive option to clients. Competition from these substitutes is expected to increase slowly during 2012, indicating a potential threat for the industry.

*Demand from Residential Building Construction* – The demand for the construction of single and multi-family residential units and apartments influences demand for industry services. Demand for residential construction is sensitive to consumer sentiment, economic conditions and interest rates. This driver is expected to increase during 2012.

*Housing Starts* – The total number of housing starts has a direct influence on industry revenue, with an increase in the number of housing starts positively affecting the industry. This driver is expected to increase during 2012.

**Current Performance**

Before the recession, the Architects industry blossomed, driven by strong performance in key downstream markets. However, demand deteriorated in 2008 as the subprime mortgage crisis took hold of construction markets across the country. Only a small portion of industry revenue is derived from the residential real estate market; however, similar declines also occurred in the commercial real estate market, making for an industry-wide recessionary decline.

The poor market for residential and non-residential building construction has caused revenue to decrease over the past five years. In the five years to 2012, IBISWorld estimates that revenue will decrease at an annualized rate of 2.6% to $42.4 billion. Growth is on the horizon, though. IBISWorld estimates that revenue will increase 4.0% in 2012, largely due to an expected 2.6% rise in the value of private non-residential construction during the year.

The major source of industry revenue comes from professional fees related to pre-design, advisory and design services. Firms derive only a small share of revenue from project management services, since this task is typically the responsibility of construction companies or property developers. Operators also provide drafting services, which involve the drawing of detailed layouts, plans and illustrations of buildings, structures, systems and components.

**Industry Outlook**

Over the next five years, the Architects industry will return to growth, as the economy and real estate markets recover. In the five years to 2017, IBISWorld forecasts that revenue will grow at an annualized rate of 4.1% to $51.8 billion. Firms will benefit from improvements in the industry's largest market, non-residential construction; this market's value is expected to increase at an annualized rate of 7.0% during the next five years. Demand conditions will also trend upward in the housing construction market, climbing from a historical trough to provide some room to grow for smaller, residential-based architectural firms. Furthermore, the number of housing starts is expected to increase at an annualized rate of 10.8% in the five years to 2017. Despite this growth, residential construction will still fall short of the level of activity in the mid-2000s.



Profitability will improve over the next five years, driven by a rise in demand for new construction projects. However, in the short term, profit will be restrained as the industry continues to recover from the deterioration that occurred following the credit crisis. IBISWorld projects that profit will increase from 7.5% of revenue in 2012 to 10.0% in 2017. Growth in profit will bring more players back into the industry, especially small players and sole proprietors that left as a result of poor operating conditions after the recession. The number of industry firms is expected to increase at an annualized rate of 2.2% to 111,096 in the five years to 2017.

**Construction Project Management in the U.S.[55]**

The Construction Project Management Services industry navigated recessionary declines in the construction sector to post impressive growth over the past five years. From 2007 to 2012, IBISWorld estimates industry revenue grew at a 9.6% average annual rate to $15.6 billion. Industry operators continued to benefit from the trend of project owners and construction firms outsourcing project management functions to cut their staffing costs and keep projects on tight budgets and schedules. New worker safety, environmental protection and building material standards further spurred demand for industry services.

The industry experienced strong growth in 2007 due to increases in public- and private-sector construction. Despite the bursting residential housing bubble that plunged the US economy into recession, industry firms weathered the recessionary conditions well through 2008 as a result of backlogged work. From 2009 onward, industry growth was supported by the American Recovery and Reinvestment Act, which invested about $35.1 billion and $28.4 billion in federal funding into transportation and infrastructure projects, respectively, to counter contracting construction demand from the private sector. Consequently, IBISWorld estimates that small rebounds in commercial and utilities construction, combined with the renewal of the American Recovery and Reinvestment Act in 2011 will push up revenue 1.6% over 2012.

Not all industry operators fared well over the past five years, though, especially small firms with a narrow market focus. IBISWorld estimates that while the number of industry firms increased at a 0.6% average annual rate over the past five years to about 3,957, the industry experienced declines in 2009 and 2010 due to the contraction in private non-residential construction. Larger industry players that had the scale, specialized services and resources were better able to compete for large-scale federal government, infrastructure and utilities contracts.

Over the five years to 2017, IBISWorld estimates industry revenue will slow compared to the past five years, increasing at a 3.3% average annual rate to about $18.3 billion. Continued public-sector construction funding and rebounds in private-sector construction will be the primary drivers of growth. The increased scale and complexity of public-and private-sector construction projects and processes will also require greater oversight and coordination that industry firms are well positioned to offer.

---

[55] IBISWorld Industry Report OD4696, *Construction Project Management in the U.S.*, Doug Kelly, July 2012, www.ibisworld.com, IBISWorld, Inc. © 2012. Accessed: November 16, 2020.



APPENDIX B – INDUSTRY ANALYSIS

**Key External Drivers**

*Value of Private Non-Residential Construction* – This industry provides project management services to the construction sector. Higher non-residential construction spending generally increases demand for industry services. This driver is expected to increase in 2012, representing a potential opportunity for the industry.

*Federal Funding for Transportation* – The public sector is a key market for construction project management firms. Within this market segment, federal spending on transportation makes up a significant component of public-sector spending on construction projects. Generally, increased federal spending on transportation boosts demand for construction project management services. This driver is expected to increase in 2012.

*Local and State Government Investment* – Public-sector construction is a key market for the Construction Project Management Services industry. Local and state government spending accounts for about half of public-sector investment in construction projects. Consequently, higher levels of local and state government investment in construction generally leads to increased demand for construction project management services. This driver is expected to decline in 2012, representing a potential threat to the industry.

*Value of Utilities Construction* – The value of utilities construction includes public and private investment in the construction of power, sewage and water supply infrastructure projects which account for a significant share of industry revenue. This driver is expected to increase in 2012, which will benefit the industry.

*Demand from Building, Developing and General Contracting* – The Construction Project Management Services industry provides third-party project management services to the construction sector, including commercial, industrial and municipal building construction projects. Therefore, higher upstream investment in these types of projects can lead to higher demand for industry services. This driver is expected to increase in 2012.

**Current Performance**

The Construction Project Management Services industry continued to benefit from the increased outsourcing of project management by project owners and construction firms to project managers over the past five years to 2012. Higher demand for industry services has been driven by reductions in owners' facility staff during the recession that caused more project owners to turn to industry firms to help plan, develop and execute construction programs on restricted budgets. Tighter construction budgets further drove more construction companies to focus on hiring specialized industry construction project managers to ensure projects were completed and within budget.

In addition, construction projects continued to get bigger while construction processes and building technologies became more sophisticated, requiring greater oversight and coordination from specialized project management personnel. New worker safety, environmental protection and building material standards further spurred demand for industry services. Green building



construction that comply with Leadership in Energy and Environmental Design (LEED) standards and offer energy savings for building owners have also been a significant driver of specialized industry services. Consequently, IBISWorld estimates that over the five years to 2012, revenue for the Construction Project Management Services industry grew at a 9.6% average annual rate to about $15.6 billion.

**Industry Outlook**

Over the five years to 2017, IBISWorld estimates revenue grow for the Construction Project Management Services industry will slow compared to the past five years, increasing at a 3.3% average annual rate to about $18.3 billion in 2017. Growth will come from the continuation of construction companies and project owners outsourcing of project management to specialized industry firms to cut costs, ensure programs stick to budget and comply with the latest regulations and building standards. Continued project owner emphasis on green building construction to save on rising energy costs will further benefit industry firms. Also, the increased scale and complexity of public- and private-sector construction projects and processes will require greater oversight and coordination that industry firms are well positioned to offer.

Improvements in the overall economy, such as declining unemployment and rising consumer spending and corporate profit, will lead to greater spending on public and private construction projects over the next five years. The value of overall construction spending is forecast to improve at a faster rate than overall economic growth, increasing at a 7.8% average annual rate through 2017. Developers will gain easier access to credit, and corporations will begin investing in new buildings to facilitate expansion, which will both foster construction sector growth. This growth in construction will, in turn, support higher demand for industry services to plan, coordinate and budget more sophisticated construction projects. Consequently, higher demand for services on specialized projects will present new firms with opportunities to enter the industry. IBISWorld projects the number of industry enterprises will grow at a 1.7% average annual rate to about 4,303 firms in 2017. The number of industry establishments is forecast to rise at a faster 2.1% average annual rate, indicating established industry players will also expand their operations and explore new market segments.

Industry operators will improve their profit margins over the next five years. Construction material inputs are expected to be less volatile, which will enable firms to more accurately assess purchase costs to improve profitability. In addition, increasingly complex construction projects, building technologies and compliance standards will drive growth in demand for industry services. This nature will enable industry firms to negotiate higher premiums for their services during project bidding processes over the next five years, which will increase industry profit. IBISWorld expects profit to rise to about 17.4% of industry revenue in 2017.



# APPENDIX C – ASSUMPTIONS AND LIMITING CONDITIONS

This valuation is subject to the following assumptions and limiting conditions:

1. Financial statements, tax returns, and other related information provided by the Company or its representatives in the course of this engagement have been accepted without any verification as fully and correctly reflecting the Company's business conditions and operating results for the respective periods, except as specifically noted herein. I have not audited, reviewed, or compiled the financial information provided to us and, accordingly, I express no audit opinion or any other form of assurance or opinion on this information. For purposes of our analysis, I aggregated this information in the accompanying exhibits.  Due to the limited purpose of these exhibits, they may be incomplete and contain departures from U.S. Generally Accepted Accounting Principles (GAAP).

2. If prospective financial information approved by management has been used in our work, I have not examined or compiled the prospective financial information and therefore do not express an audit opinion or any other form of assurance on the prospective financial information or the related assumptions. Users of this valuation Report should be aware that business valuations are based on future expectations that may or may not materialize. Events and circumstances frequently do not occur as expected, and there will usually be differences between prospective financial information and actual results, and those differences may be material.

3. Public information and industry and statistical information have been obtained from sources I believe to be reliable. However, I make no representation as to the accuracy or completeness of such information and have performed no procedures to corroborate the information.

4. Representatives of the Company warranted to us that the information they supplied, including historical and prospective financial information as well as any other information, was complete and accurate to the best of their knowledge and that the financial information reflects the Company's results of operations and financial condition.

5. During the course of this valuation, I have considered information, estimates, and opinions provided by management and other third parties. I believe these sources to be reliable, but assume no liability for such sources. Marcum LLP assumes no responsibility for any liability for damages of any kind resulting from reliance on this Report by the Company or any other party.

6. I express no opinion for matters that require legal or other specialized expertise, investigation, or knowledge beyond that customarily employed by business appraisers. Any excerpts from, or summary of, legal documents included in this Report are intended to express our interpretation as reflected in our valuation analysis and are not intended as a legal interpretation.  The legal document itself must be referenced for a complete understanding.



APPENDIX C – ASSUMPTIONS AND LIMITING CONDITIONS

7.  Unless stated otherwise in this Report, I express no opinion as to: (1) the tax consequences of any transaction that may result, (2) the effect of the tax consequences of any net value received or to be received as a result of a transaction, and (3) the possible impact on the market value resulting from any need to effect a transaction to pay taxes.

8.  I have not been made aware of any bona fide offers to purchase the Company that have been made within the five years preceding the Valuation Date other than what has been disclosed in our Report.

9.  Possession of this Report, or a copy thereof, is confidential and does not carry with it the right of publication of all or part of it.  Distribution of this Report including the transmittal letter, appendices, and associated results, which are to be distributed only in their entirety, is intended and restricted to you and other Permitted Users, solely to assist you and other Permitted Users in the determination of the fair market value of the Subject Interest for the stated purpose:: the purpose of this engagement is to provide litigation consulting, an expert ESOP valuation report, and expert ESOP valuation testimony in the Saakvitne Litigation  and is valid only as of December 14, 2012.  This Report, including the transmittal letter, appendices, and associated results is not to be used, circulated, quoted, or otherwise referred to, in whole or in part, for any other purpose, or to any other party for any purpose, without the express written consent of Marcum LLP.

10. The various estimates of value presented in this Report apply to this valuation only and may not be used out of the context presented herein.  This valuation is valid only for the purpose or purposes specified herein.  Any other use will render the Report invalid and is not authorized. This Report or its findings are not to be included, or referred to, in any offering memorandum (public or private) or prospectus of any kind.

11. Marcum LLP does not consent to be used as an expert with respect to matters involving the Securities and Exchange Commission. For purposes of this Report, the foregoing sentence means that Marcum LLP shall not be referred to by name or anonymously in any filing or document. Should you breach this stipulation and refer to Marcum LLP by name or anonymously, you will amend such filing or document upon the written request of Marcum LLP.

12. Ongoing competent and qualified management of the Company is assumed.

13. I are not required to give testimony in court or be in attendance during any hearings or depositions, or provide any representation to any taxing authority with reference to the Company being valued, unless previous arrangements have been made. However, I will retain our supporting workpapers for this matter and will be available to assist in defending our professional positions taken, at our then-current rates plus direct expenses, and according to our then-current standard professional agreement.



APPENDIX C – ASSUMPTIONS AND LIMITING CONDITIONS

14. This valuation reflects facts and conditions known (or knowable) at or near the Valuation Date. Subsequent events have not been considered. I have no obligation to update our Report for any other events and conditions.

15. It has been assumed for valuation purposes that the Company is in good standing and is not in violation of any laws or regulatory statutes of any kind.  This valuation assumes no contingent or other liabilities of any kind, including pending or threatened lawsuits, environmental or hazardous waste issues, or other similar matters, except as noted herein.  These issues are outside of the scope of this Report, but, if present, could have a material impact on the fair market value estimate contained herein.

16. Nothing in this Report is intended to recommend, imply, or provide any guarantees or opinions regarding the financial prudence, investment potential, or debt service ability of the Company or any investment in its stock or assets by any party.  Such parties should undertake a full due diligence review of the Company and make their own independent determinations of its future prospects, financial or otherwise, and the financial prudence, tax, legal, and all other ramifications of any contemplated transaction and should retain independent and qualified advisors. Nothing in this Report should be construed as providing a "due diligence" study of the Company, as such a review has not been undertaken.  Such a review could uncover factors not considered herein that could result in a materially different estimate of value.  No "fairness opinion" of any kind is expressed herein regarding the stock in the Company or for any pending or contemplated transaction.



# APPENDIX D – SIGNIFICANT SOURCES OF INFORMATION

**Information Provided by Representatives of the Company**

- Bowers and Kubota Consulting, Inc. Balance Sheet as of 2012 11 30

- Ind, Inc. Financial Statements as of 1983 05 31(RHYL000159-RHYL000160)

- Ind, Inc. Financial Statements as of 1984 05 31(RHYL000152-RHYL000153)

- Ind, Inc. Financial Statements as of 1985 05 31(RHYL000150-RHYL000151)

- Ind, Inc. Financial Statements as of 1986 05 31(RHYL000148-RHYL000149)

- KFC Airport, Inc. Financial Statements as of 1982 05 31(RHYL000144-RHLY000147)

- KFC Airport, Inc. 1999 Financial Statements (Prepared by Robert H.Y. Leong & Company) 1999 12 31 (RHYL000086-RHYL000088)

- KFC Airport, Inc. 2000 Financial Statements (Prepared by Robert H.Y. Leong & Company) 2000 12 31 (RHYL000083-RHYL000085)

- KFC Airport, Inc. 1998 Financial Statements (Prepared by Robert H.Y. Leong & Company) 1998 12 31 (RHYL000080-RHYL000082)

- KFC Airport, Inc. 1997 Financial Statements (Prepared by Robert H.Y. Leong & Company) 1997 12 31 (RHYL000076-RHYL000078)

- KFC Airport, Inc. 1996 Financial Statements (Prepared by Robert H.Y. Leong & Company) 1996 12 31 (RHYL000073-RHYL000075)

- KFC Airport, Inc. 2002 Financial Statements (Prepared by Robert H.Y. Leong & Company) 2002 12 31 (RHYL000069-RHYL000072)

- KFC Airport, Inc. 2001 Financial Statements (Prepared by Robert H.Y. Leong & Company) 2001 12 31 (RHYL000065-RHYL000068)

- Bowers + Kubota Consulting, Inc. Combined Financial Statement as of 2012 08 31(RHYL000680-RHYL000836)

- Bowers + Kubota Consulting, Inc. Combined Financial Statement 2011 12 31 (RHYL000588-RHYL000679)



APPENDIX D – SIGNIFICANT SOURCES OF INFORMATION

- Bowers + Kubota Consulting, Inc. Combined Financial Statement 2010 12 31 (RHYL000549-RHYL000587)

- KFC Airport, Inc. Notice of New Employer Identification Number Assigned and Applications 1980 11 05 (RHYL000100-RHLY000102)

- Bowers + Kubota Consulting, Inc. ESOP Stock Purchase Agreement 2012 12 14 (Bowers/Kubota 016557 - Bowers/Kubota 016572)

- Dexter C. Kubota Trust dated 2006 03 17 KFC Airport, Inc. Stock Certificate issued 2007 09 14 CANCELLED (RHYL000042-RHYL000043)

- Damon, Key, Char & Brocken KFC Airport, Inc. 1988 06 03 Closing Documents Provided to Robert H.Y. Leong & Co., CPA's 1988 06 09 (RHYL000161-RHYL000188)

- Ind, Inc. First Amendment to Agreement with KFC Airport, Inc./Edward Noda/Francois Iragui and James Dittmar 1988 01 28 (RHYL000189-RHYL000206)

- KFC & Associates, Inc. Letter of Agreement to Francois Iragui (KFC Airport, Inc) re Stock Purchase 1982 06 18 (RHLY000141-RHYL000143)

- Iragui, Francois (Ind, Inc.) Letter of Agreement to KFC & Associates, Inc. re Stock Purchase Price 1982 07 15 (RHLY000140)

- KFC Airport, Inc. Articles of Incorporation 1980 09 05 (RHYL000119-RHLY000139)

- KFC & Associates, Inc. Special Meeting of the Board of Directors 1980 08 04 (RHYL000117-RHLY000118)

- KFC Airport, Inc. Consent of Stockholders 1980 09 05 (RHLY000116)

- KFC Airport, Inc. Minutes of the Meeting of the Incorporators 1980 09 05 (RHYL000114-RHLY000115)

- KFC Airport, Inc. Minutes of the First Meeting of the Board of Directors 1980 09 05 (RHYL000111-RHLY000113)

- KFC Airport, Inc. Hawaii Department of Labor Report to Determine Liability Under Hawaii Employment Security Law 1980 09 29 (RHYL000107-RHYL000110)

- KFC Airport, Inc. Minutes of Shareholders Meeting (New Board of Directors) 1998 02 18 (RHYL000099)

- KFC Airport, Inc. Resolution of the Board of Directors 1998 02 18 (RHYL000098)



APPENDIX D – SIGNIFICANT SOURCES OF INFORMATION

- KFC & Associates, Inc. Letter of Agreement to Francois Iragui (KFC Airport, Inc) re Stock Purchase1982 06 18 (RHLY000095-RHLY000097)

- Iragui, Francois (Ind, Inc.) Letter of Agreement to KFC & Associates, Inc. re Stock Purchase Price 1982 07 15 (RHLY000094)

- KFC Airport, Inc. Minutes of a Special Meeting of the Stockholders and Directors 2000 05 12 (RHYL000092-RHLY000093)

- Bowers, Brian KFC Airport, Inc. Stock Certificate Issued 2000 05 12(RHYL000091)

- Bowers, Brian KFC Airport, Inc. Stock Certificate Issued 2000 08 01(RHYL000090)

- KFC Airport, Inc. Stock Purchase Agreement with Brian Bowers and Dexter Kubota 2007 09 24 (RHYL000050-RHLY000064)

- KFC Airport, Inc. Minutes of a Special Meeting of the Board of Directors 2007 09 14 (RHYL000048-RHLY000049)

- KFC Airport, Inc. Hawaii Department of Commerce and Consumer Affairs Business Registration Division Articles of Amendment to Change Corporate Name (to Bowers + Kubota Consulting, Inc) 2008 02 15 (RHYL000047)

- Ind, Inc. KFC Airport, Inc. Stock Certificate issued 2000 05 12 CANCELED (RHYL000046)

- Bowers, Brian J. KFC Airport, Inc. Stock Certificate issued 2000 05 12 (RHYL000045)

- Bowers, Brian J. KFC Airport, Inc. Stock Certificate issued 2000 08 01 CANCELLED (RHYL000044)

- Brian J. Bowers Trust dated 2010 12 22 Bowers + Kubota Consulting, Inc. Stock Certificate issued 2011 09 01 (RHYL000041)

- Dexter C. Kubota Trust dated 2006 03 17 Bowers + Kubota Consulting, Inc. Stock Certificate issued 2011 09 14 (RHYL000040)

- Bowers + Kubota Consulting, Inc. Joint Action of the Directors and Shareholders Effective 2012 12 10 (RHYL000033-RHYL000034)

- Bowers + Kubota Consulting, Inc. Amended and Restated Articles of Incorporation 2012 12 10 (RHYL000025-RHYL000032)

- Bowers + Kubota Consulting, Inc. and Bowers + Kubota Management, Inc. Memorandum of Understanding 2012 12 14 (RHYL000024)



APPENDIX D – SIGNIFICANT SOURCES OF INFORMATION

- Bowers + Kubota Consulting, Inc. Stock Appreciation Rights Plan (Unsigned/Dated) (RHYL000005-RHYL000023)

- Bowers + Kubota Consulting, Inc. Joint Consent of Directors and Shareholders (Approval of Stock Appreciation Rights Plan) 2013 09 24 (RHYL000002-RHYL000004)

- Bowers + Kubota Consulting, Inc. Employment Agreement with Brian J. Bowers 2012 12 14 (Signed)

- Bowers + Kubota Consulting, Inc. Employment Agreement with Dexter C. Kubota 2012 12 14 (Signed)

- Estimate of Revenues 2012 Cash Basis (DOL 003365)

- Estimate of Revenues 2011 (DOL 003364)

- Estimate of Revenues 2010 (DOL 003363)

- Estimate of Revenues 2009 (DOL 003362)

- Bowers + Kubota Consulting, Inc. Stock Appreciation Rights Updated 2020 08 13

- Bowers and Kubota Consulting, Inc. Client Revenue 2006-2012

- Cover Page for Projections Provided in Native Form Market Comp Transaction Final December 2012 (DOL 003453)

- Cover Page for Projections Provided in Native Form 2007 - 2011 (DOL 003407)

- Cover Page for Projections Provided in Native Form 2013 - 2017 Revised 2012 12 06 (DOL 003406)

- Estimate of Revenue 2012 Accrual Basis (DOL 003361)

- Bowers + Kubota Consulting, Inc. and Bowers + Kubota Management, Inc. Income Statement Projections Updated 2012 12 06  (LIBRA-DOL INV 004973)

- Bowers + Kubota Consulting, Inc. and Bowers + Kubota Management, Inc. Income Statement Projections 2012 11 11 (LIBRA-DOL INV 004671)

- Bowers + Kubota Consulting, Inc. Valuation of the Common Stock on an ESOP Controlling Interest Basis as by Libra Valuation Advisors 2012 12 31

- Bowers + Kubota Consulting, Inc. Valuation of the Common Stock on an ESOP Controlling Interest Basis as by Libra Valuation Advisors 2012 12 14



APPENDIX D – SIGNIFICANT SOURCES OF INFORMATION

- Bowers + Kubota Consulting, Inc. Valuation of the Common Stock on an ESOP Controlling Interest Basis as by Libra Valuation Advisors 2013 12 31

- Bowers + Kubota Consulting, Inc. Valuation of the Common Stock on an ESOP Controlling Interest Basis as by Libra Valuation Advisors 2017 12 31

- Bowers + Kubota Consulting, Inc. Valuation of the Common Stock on an ESOP Controlling Interest Basis as by Libra Valuation Advisors 2018 12 31

- Bowers + Kubota Consulting, Inc. Valuation of the Common Stock on an ESOP Controlling Interest Basis as by Libra Valuation Advisors 2014 12 31

- Bowers and Kubota Consulting, Inc. Common Stock Valuation Report by Libra Valuation Advisors 2012 11 21

- Bowers and Kubota Fair Market Valuation by GMK Consulting 2012 05 08

- Libra Valuation Advisors, Inc. Site Visit Questions with Answers 2012 10 22 (LIBRA-DOL INV 001199-LIBRA-DOL INV 001214)

- Libra Valuation Advisors, Inc. Site Visit Questions (Blank )2012 10 22 (DOL 003461-DOL 003476)

- Libra Valuation Advisors, Inc. Fair Market Value and Fairness Opinion Letter 2012 12 14 (DOL 001596-DOL 001600)

- Saakvitne Phone Call Notes Either 2012 11 21 or 2012 12 13 (DOL 001459-DOL 001460)

- Expert Report of Steven J. Sherman, ASA, CPA 2020 10 19

- Bowers + Kubota Consulting, Inc. Valuation of the Common Stock on an ESOP Controlling Interest Basis (by Libra Valuation Advisors) as of 2010 12 14 FINAL

- Ind, Inc. 1120 1983 (RHYL000154-RHYL000158)

- KFC Airport, Inc. Department of Taxation Form G-HW-5(B) 1980 09 29 (RHYL000103-RHLY000106)

- Bowers + Kubota Consulting, Inc. Workpapers and Tax Returns 2012 12 31 (RHYL002436-RHYL002855)

- Bowers + Kubota Consulting, Inc. Workpapers and Tax Returns 2011 12 31 (RHYL002121-RHYL002435)



APPENDIX D – SIGNIFICANT SOURCES OF INFORMATION

- Bowers + Kubota Consulting, Inc. Workpapers and Tax Returns 2010 12 31 (RHYL001782-RHYL002120)

- Bowers + Kubota Consulting, Inc. Workpapers and Tax Returns 2008 12 31 (RHYL001155-RHYL001490)

- Bowers + Kubota Consulting, Inc Workpapers and Tax Returns 2009 12 31 (RHYL001491-RHYL001781) Discussions with management during interview with Brian Bowers, President and Dexter Kubota, Vice President on November 6, 2020

- Various information from the website of Bowers + Kubota Consulting, Inc., www.bowersandkubota.com.

**Market and Industry Information**

- *Economic Outlook Update*™ 3 Quarter 2012, (Compiled Using Data Available as of September 30, 2012) Business Valuation Resources, LLC, © 2012 (Reprinted with permission).

- Quarterly Statistical & Economic Report, 3rd Quarter 2012, The Department of Business, Economic Development & Tourism, State of Hawaii.

- Duff & Phelps' Cost of Capital Navigator™ database.

- *U.S. Financial Data*. St. Louis Reserve Bank.

- S&P Capital IQ Platform © 2020 S&P Global.

- IBISWorld Industry Report 54133, *Engineering Services in the U.S.*, Austen Sherman, December 2012, IBISWorld, Inc. © 2012.

- IBISWorld Industry Report 54131, *Architects in the U.S.*, Kevin Culbert, August 2012, IBISWorld, Inc. © 2012.

- IBISWorld Industry Report OD4696, *Construction Project Management in the U.S.*, Doug Kelly, July 2012, IBISWorld, Inc. © 2012.

- *Annual Statement Studies*® Philadelphia: Risk Management Association, 2012, for North American Industry Classification System Code 541330 - Engineering Services.

- <www.erieri.com>, Salary Assessor®, Copyright © 1995-2020 ERI Economic Research Institute, Inc., All Rights Reserved.

This list is not intended to be all-inclusive, but covers many of the documents that were found to be particularly relevant during our analysis.



APPENDIX E – PROFESSIONAL CERTIFICATION

# APPENDIX E – PROFESSIONAL CERTIFICATION

I certify that, to the best of my knowledge and belief:

1.  The statements of fact contained in this Report are true and correct.

2.  The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial and unbiased professional analyses, opinions, and conclusions.

3.  I have no present or prospective interest in the property that is the subject of this Report and I have no personal interest with respect to the parties involved.

4.  I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this Report within the three-year period immediately preceding acceptance of this assignment.

5.  I have no bias with respect to the property that is the subject of this Report or to the parties involved with this assignment.

6.  My engagement in this assignment was not contingent upon developing or reporting predetermined results.

7.  My compensation, and that of Marcum LLP, for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

8.  My analyses, opinions, and conclusions were developed, and this Report has been prepared, in conformance with the American Institute of Certified Public Accountants' *Statement on Standards for Valuation Services,* the *Uniform Standards of Professional Appraisal Practice* of The Appraisal Foundation, the *Principles of Appraisal Practice and Code of Ethics* and the *Business Valuation Standards* of the American Society of Appraisers, and the *Professional Standards* of the National Association of Certified Valuators and Analysts.

9.  Bryan M. Fleming, CPA, ABV/CFF, ASA, a Director, and Daniel C. McPadden provided significant business appraisal assistance to the persons signing this certification.

10. The American Institute of Certified Public Accountants, the American Society of Appraisers, and the National Association of Certified Valuators and Analysts have a mandatory recertification program. Each of the signing appraisers is in compliance with the requirements relevant to him.



_____
Kenneth J. Pia, Jr., CPA, ABV, ASA, MCBA



# APPENDIX F – CURRICULA VITAE

## Kenneth J. Pia, Jr., CPA, ABV, ASA, MCBA
### CURRICULUM VITAE

**Experience**

Kenneth J. Pia, Jr. is partner-in-charge of the Business Valuation Services group. With more than 30 years of professional business valuation and litigation support experience, Mr. Pia has developed a national reputation working on a wide range of complex valuation engagements. He has performed valuations of businesses and partial business interests for a variety of purposes including, but not limited to, family law matters, employee stock ownership plans, business damages, buy-sell agreements, shareholder litigation, estate and gift tax matters, and buying and selling businesses. Additional valuation services include reasonable compensation analysis for tax and non-tax assignments.

Mr. Pia is heavily involved with the American Society of Appraisers (ASA), the renowned international organization devoted to the appraisal profession. He is Chair of the ASA's Business Valuation Committee, is a member of the National Business Valuation Education Committee, and teaches nationally for the ASA's accreditation program. Mr. Pia is also a Charter Member of the American Academy of Matrimonial Lawyers Foundation's Forensic & Business Valuation Division, and has recently been named to the American Academy for Certified Financial Litigators Advisory Board for New York and Connecticut.

Mr. Pia is a frequent speaker on topics in business valuation on a national and local level for numerous professional organizations, including the American Bar Association, American Institute of Certified Public Accountants, American Academy of Matrimonial Lawyers, and National Center for Employee Ownership. In addition to teaching for the ASA's accreditation program, he previously instructed for the American Institute of Certified Public Accountants' Certificate of Educational Achievement (CEA) program in business valuation. He is also an Adjunct Professor at Quinnipiac University. Mr. Pia has technically reviewed publications on divorce finance and taxation for the American Bar Association, as well as several books on business valuation. In 2007, he was appointed as one of two appraisers to the State of Connecticut's Eminent Domain Task Force, established to determine the methodologies to be used in the calculation of lost economic intangible value of businesses due to the state exercising domain rights.

**Expert Testimony Experience**

Mr. Pia has been qualified as an expert witness in Federal District Court and the State Courts of Connecticut and New York, as well as various arbitration proceedings. He has also rendered extensive services relating to court testimony. Mr. Pia is on the State of New York Courts' list to receive Court appointments in the following counties: New York, Kings, Richmond, Queens, Nassau, Suffolk, and Westchester. He has received Court appointments in New York and Connecticut.

**Professional Designations**

- **CPA**: Certified Public Accountant
  Licensed by the State of Connecticut, 1988



Licensed by the State of New York, 1997

- **ABV**: Accredited in Business Valuation
  Designated by the American Institute of Certified Public Accountants

- **ASA**: Accredited Senior Appraiser (Business Valuation Discipline)
  Designated by the American Society of Appraisers

- **MCBA**: Master Certified Business Appraiser
  Designated by the Institute of Business Appraisers (now administered by the National Association of Certified Valuators and Analysts)

**Education**

- Bachelor of Science in Accounting, Quinnipiac University, 1985

**Professional Organizations and Activities**

- American Institute of Certified Public Accountants (AICPA)

- Connecticut Society of Certified Public Accountants (CTCPA)
  - Valuation, Forensic, and Litigation Support Group, Member
  - Committee on Liaison with the Bar, Past Chair
  - Advisory Council, Past Appointee
  - Federal Income Taxation Committee, Past Member

- American Society of Appraisers (ASA)
  - Business Valuation Discipline Committee, Treasurer
  - National Business Valuation Education Committee, Member

- Connecticut Chapter of American Society of Appraisers
  - Past President
  - Past Vice President
  - Business Valuation Committee, Past Chair

- American Academy of Matrimonial Lawyers (AAML) Foundation, Forensic & Business Valuation Division
  - Charter Member

- American Academy for Certified Financial Litigators (AACFL)
  - Advisory Board for Connecticut and New York, Member

- The ESOP Association

- National Center for Employee Ownership

- Quinnipiac University, Adjunct Professor



Created and teaches the Finance course: Private Company Valuation

- National Association of Certified Valuators and Analysts (NACVA)
  Advisory Board, Past Member

**Presentations (Since 2005)**

- The Impact of COVID-19 on The Value of a Business, Hartford County Bar Association, May 2020

- The Impact of the COVID-19 Crisis on Family Law Practice: Business Issues, Fairfield County Bar Association, Co-panelist, April 2020

- How Might the Value of your Business be Impacted as a Result of the Coronavirus Crisis?, Co-presented with Daniel Roche, William Scally, Marcum LLP, March 2020

- Professional Judgment in Valuations of Early Stage Companies (and where to look for it in a valuation report), Connecticut Bar Association Family Law Section Meeting, New Haven, Connecticut, November 2019

- How to be a Great Testifying Expert, 2019 Marcum Valuation and Litigation Support CPE Conference, Fort Lauderdale, Florida, October 2019

- How to be a Great Marketer, 2019 Marcum Valuation and Litigation Support CPE Conference, Fort Lauderdale, Florida, October 2019

- Autopsy of the Forensic Report – Deposing the Financial Expert, American Bar Association, Austin, Texas, September, 2019

- What Experts Need to Know: A View from the Bar and the Bench, 2019 American Society of Appraisers Advanced Business Valuation, Conference, New York, New York, August, 2019

- Finding Chips and Seeds – The Valuation Expert's Use of Other Experts/Consultants, NYAAML CLE Seminar, NY, May 2019

- Getting Whacked – Discount and Capitalization Rates, NY AAML CLE Seminar, NY, May 2019

- ESOP – a Tax-favored Liquidity and Succession Strategy, UBS Financial Services, Inc., The Hartford Club, Hartford, CT, December 2018

- Fair Market Value or Fair Market Value, Joint ASA Advance Business Valuation and International Appraisers Conference, Anaheim, CA, October 2018

- The Role of IRS Revenue Rulings and Tax Court Cases in Business Valuation, ASA Webinar, September 2018



- Do ESOPs and Construction Companies Mix? 2018 Marcum New England Construction Summit, New Haven, CT, September 2018

- ESOP Valuations – Fair Market Value or Fair Market Value?, 2018 Joint ASA Advanced Business Valuation and International Appraisers Conference, Anaheim, CA, September 2018

- Do ESOPs and Construction Companies Mix?, Engineering News Record, Webinar, New Haven, CT, June 2018

- Tax Cuts and Jobs Act (TCJA) – Summary of New Tax Provisions Including the Potential Effect on Business Valuations, New York Bar Association, New York City, June 2018

- ABA: Tax Cuts and Jobs Act (TCJA) Summary of New Tax Provisions Including the Potential Effect on Business Valuations, Nashville, Tennessee, May 2018

- Judicial Panel Event: Divorce and the New Tax Law, Strategies and opportunities for divorcing couples, New York City Bar Association, New York City, NY, April 2018

- Hidden Assets: Discovery, Reliance, Evidence and Inference, New York Chapter of the AAML, New York, NY, May 2017

- Valuation By The Numbers, New York City Bar Association, New York, NY, April 2017

- Understanding Hedge Fund Valuation and Double Dipping Issues, Connecticut Chapter of the AAML, Shelton, CT, January 2017

- Valuing a Large Restaurant Chain, AAML Annual Meeting, Chicago, IL, November 2016

- BV201 Introduction to Business Valuation, ASA, San Francisco, CA, July 2016

- Deposing the Expert, American Bar Association Section of Family Law 2016 Spring CLE Conference, Paradise Island, Bahamas, May 2016

- Advanced Valuation and Fiduciary Issues in Executive Compensation, NCEO 2016 Employee Ownership Conference, Minneapolis, MN, April 2016

- Standards of Value and Use of Various Methodologies in Valuing a Closely Held Business, New York Chapter of the AAML, New York, NY, March 2016

- Battle of the Experts – A Look into What Causes the Real Difference in the Valuation of a Closely Held Business, 2015 Connecticut Legal Conference, Hartford, CT, June 2015

- Releveraging Your ESOP, NCEO 2015 Employee Ownership Conference, Denver, CO, April 2015

- BV201 Introduction to Business Valuation, ASA, Las Vegas, NV, January 2015



- ESOP Q&A, New England Chapter of the ESOP Association's Annual Fall Conference, Mystic, CT, October 2014

- The ABCs of ESOPs: A Tax-Favored Succession and Liquidity Strategy for Business Owners, Texas Association of Staffing 2014 Owner's Only Retreat, San Antonio, TX, July 2014

- Business Valuations: Beyond the Basics, CTCPA, Rocky Hill, CT, May 2014

- Double Dipping: Trial Practice Techniques for CPAs and Attorneys, 2014 AICPA/AAML National Conference on Divorce, Las Vegas, NV, April 2014

- ESOP Hot Topics Panel: What Are Your Burning Questions? New England Chapter of the ESOP Association Spring Conference, Nashua, NH, March 2014

- The Analysis and Valuation of Privately Held Businesses, Quinnipiac University G.A.M.E. IV Forum, New York, NY, March 2014

- Valuation Issues in Estate & Gift Tax: The Current Landscape, Maine Estate Planning Council, Falmouth, ME, November 2013

- Understanding Business Valuation, New York City Bar Association, New York, NY, October 2013

- How Is My ESOP Stock Value Determined? New England Chapter of the ESOP Association's Annual Fall Conference, Brewster, MA, October 2013

- BV201 Introduction to Business Valuation, ASA, Chicago, IL, August 2013

- Introduction to Business Valuation, CTCPA, Rocky Hill, CT, June 2013

- BV201 Introduction to Business Valuation, ASA, Skokie, IL, May 2013

- Valuation Inaccuracies and What To Do About Them, Exit Planning Exchange (XPX) Summit 2013, Waltham, MA, May 2013

- The Analysis & Valuation of Privately Held Businesses, Quinnipiac University Investment Club, Hamden, CT, October 2012

- Navigating the Double Black Diamond Trail of DOL Audits of ESOPs, New England Chapter of the ESOP Association's Annual Fall Conference, Killington, VT, October 2012

- BV201 Introduction to Business Valuation, ASA, Reston, VA, August 2012

- The Analysis & Valuation of Privately Held Businesses, Rhode Island Society of Certified Public Accountants, Providence, RI, June 2012

- Introduction to Business Valuation, Connecticut Society of Certified Public Accountants, Rocky Hill, CT, June 2012



- Use of an ESOP as a Settlement Tool in Divorce, 2012 AICPA/AAML National Conference on Divorce, Las Vegas, NV, May 2012

- Business Valuations: Areas Ripe for Attack and Cross-Examination, New York Chapter of the American Academy of Matrimonial Lawyers, New York, NY, May 2012

- Understanding Business Valuation, Alerus Financial, Minnetonka, MN, April 2012

- The Analysis and Valuation of Privately Held Businesses, Quinnipiac University G.A.M.E. II Forum, New York, NY, March 2012

- Valuation Issues Specific to Hedge Funds, Private Equity Groups, and Venture Capital Firms, Sadis & Goldberg LLP, New York, NY, March 2012

- BV201 Introduction to Business Valuation, ASA, Herndon, VA, February 2012

- Understanding Business Valuation, Wilmington Trust Retirement and Institutional Services Company, Wilmington, DE, October 2011

- The Sale of Stock in a Closely-Held Business to an ESOP, New York State Bar Association, New York, NY, October 2011

- Wicked Good Valuations after September 15, 2008, New England Chapter of the ESOP Association Annual Fall Conference, South Portland, ME, October 2011

- Understanding Business Valuation, Reliance Trust Company, Atlanta, GA, September 2011

- Integration of the Value of a Privately Held Business in the Divorce Process, Ninth Annual Conference of the Association of Divorce Financial Planners, Rye Brook, NY, September 2011

- The ESOP Trustee and The Appraiser: The Valuation Process, New England Chapter of the ESOP Association Internal Trustee Workshop, Cromwell, CT, September 2011

- BV201 Introduction to Business Valuation, ASA, Washington, DC, August 2011

- Understanding Business Valuation, First Bankers Trust Services, Quincy, IL, June 2011

- The ABCs of ESOPs: A Tax-Favored Strategy for Business Owners, Citizens Bank, New Haven, March 2011

- The ABCs of ESOPs: A Tax-Favored Strategy for Business Owners, Cole, Schotz, Meisel, Forman & Leonard, P.A., Hackensack, NJ, January 2011

- The ABCs of ESOPs: A Tax-Favored Strategy for Business Owners, TD Bank, New Haven, CT, December 2010



- Numb3rs: Solve the Mystery Behind Basic ESOP Accounting, New England Chapter of the ESOP Association, Cromwell, CT, October 2010

- The ABCs of ESOPs: A Tax-Favored Strategy for Business Owners, Bank of America/Merrill Lynch, Stamford, CT, September 2010
- BV201 Introduction to Business Valuation, ASA, Bethesda, MD, September 2010

- The Sale of Stock in a Closely-Held Business to an ESOP: An Exit and Diversification Strategy for Business Owners, XPX Connecticut, Hartford, CT, April 2010

- Valuation Aspects of ESOPs, Reid & Riege, P.C., Hartford, CT, March 2010

- The Sale of Stock in a Closely-Held Business to an ESOP, New York State Bar Association, White Plains, NY, February 2010

- The ABCs of ESOPs: A Tax-Favored Strategy for Business Owners, Morgan, Lewis & Bockius LLP, New York, NY, September 2009

- CPE Seminar for CPAs - Topic: ESOPs, Smith Barney, New York, NY, November 2008

- Sale of Stock in a Closely-Held Business to an Employee Stock Ownership Plan: A Diversification Strategy for Business Owners, New York State Bar Association, New York, NY, November 2008

- Effectively Using Experts in Family Law, National Business Institute, North Haven, CT, August 2008

- Temporary Alimony and Support and the Tax Consequences, CT Chapter of the American Academy of Matrimonial Lawyers, Hamden, CT, October 2007

- Presentation on Alternative Minimum Tax, CT Chapter of the American Academy of Matrimonial Lawyers, New Haven, CT, October 2007

- Successful Financial Settlements for Your Divorce Client, National Business Institute, North Haven, CT, October 2007

- Using an Employee Stock Ownership Plan as a Privately Held Company Liquidity and Exit Strategy, CTCPA, Rocky Hill, CT, August 2006

- Using an Employee Stock Ownership Plan as a Privately Held Company Liquidity and Exit Strategy, CTCPA, Easton, CT, May 2006

- Using an Employee Stock Ownership Plan as a Privately Held Company Liquidity and Exit Strategy, CTCPA, Darien, CT, April 2006

- Forensic Accounting & Valuation, CTCPA Accounting & Auditing Conference, Plantsville, CT, June 2005



- Divorce 2005: The Financial Cutting Edge, NY Chapter of the American Academy of Matrimonial Lawyers, New York, NY, May 2005

- Equitable Distribution in Connecticut Divorce Cases, National Business Institute, Cromwell, CT, April 2005

**Books (Technical Reviewer)**

- *Taxes and Value: The Ongoing Research and Analysis Relating to the S Corporation Valuation Puzzle*, Nancy Fannon and Keith Sellers. April 2015, Business Valuation Resources

- *Standards of Value, Theory and Applications, Second Edition*, Jay E. Fishman, Shannon P. Pratt, and William J. Morrison, April 2013, John Wiley & Sons Inc.

**Publications (Since 2005)**

- Control v. Non-Controlling Level of Value, Marcum ESOP Advisor, October 2018

- ESOP as a Liquidity Structure Using the S Corp vs. C Corp Structure, *Financier Worldwide*, November 2011

- Turning Lemons into Lemonade: Gifting Business Interests in an Economic Downturn, *MHP Newsletter*, March 2009

- The Valuation of Closely Held Businesses in a Bad Economy, *MHP Newsletter*, October 2008

- Internal Revenue Code Section 409A - Be Aware, *MHP Newsletter*, June 2008

- A Question of Compensation, *New Haven Register*, October 2007

- Q&A - ESOP Tales from the Trenches: Tell It Like It Is! *Mann on the Street*, May 2007

- The ESOP as Liquidity and Succession-Planning Tool, *Connecticut CPA*, November/December 2006

**Testimony Experience**

- Clinton, John v. Aspinwall, Michael, HHD-CV-13-6042758-S, Hartford, CT Commercial/Valuation, Damages Deposition/Jury Trial, 2016/2018

- Kindle, Linda and Brewley, Michael v. Dejana, Peter et al, 14-CV-06784-SJF-ARL, Federal - District of New York Class Action/Valuation, Damages Deposition, 2016

- Ellison, Tony v. Ellison, Inga, 314583/13, New York, NY, Matrimonial/Valuation, Forensics Trial, 2016



- Seth D. Harris (Department of Labor) v. First Bankers Trust Services, Inc., Maran, Inc., The Maran, Inc. Employee Stock Ownership Plan, David Greenberg and Richard Huang, 1:12-CV-08648-GBD, Federal - District of New York Department of Labor/Valuation, Deposition/Trial, 2014/2017

- Boyle, James Brian v. Lambert, Mariel, 50126/2014, Brooklyn, NY, Matrimonial/Valuation Trial, 2017

- Greenspan, Howard v. Greenspan, Carrie, FBT-FA-16-6054669-S, Bridgeport, CT Matrimonial/Valuation, Forensics, Deposition/Hearing/Trial, 2017/2018

- Victoria Desaulniers, Executrix of The Estate of Denis Desaulniers v. Lorraine Desaulniers, et al, UWY-CV-15-6027970-S, Southbury, CT, Commercial Estate Dispute/Valuation, Arbitration, 2017

- Zippo Evans, Tina Maria v. Alvine, Robert, NNH-FA17-6069482-S, New Haven, CT, Matrimonial/Valuation, Hearing, 2018

- Grabe, Laura v. Hokin, Justin   FST-FA-16-6028032-S, Stamford, CT, Matrimonial/Valuation, Forensics, Deposition/Trial, 2018

- Riccio, Steven v. Genna, Paul et al, X07-HHD-CV17-6077664-S, Hartford, CT, Commercial Shareholder Dispute/Valuation, Hearing, 2018

- Silver, Amy v. Silver, Trevor, FST 16 5016140-S, Stamford, CT, Matrimonial/Valuation, Deposition/Trial, 2017/2018

- Packard, Susan J. v. Packard, Ronald, 2018-14338, Virginia, Matrimonial/Valuation, Forensics, Deposition/Trial, 2018/2019

- Chase-Jenkins, Linda M. v. Jenkins III, Arthur L., FST-FA-17-5018340-S, Stamford, CT, Matrimonial/Valuation, Trial, 2020

- Nunez, Elianny v. Nunez, Yojani, 305116/2016, New York, NY, Matrimonial/Valuation Trial, 2020



### Bryan M. Fleming, CPA, ABV/CFF, ASA
### CURRICULUM VITAE

## Experience

Bryan Fleming is a director on Marcum's Valuation and Litigation Support team in Portland, Maine. He is nationally and internationally accredited in accounting, financial reporting, forensic financial analysis, business valuation, valuation of intangible assets and intellectual property, and corporate finance and strategy. He has led over 1,500 valuations and/or analytical projects across virtually all industries, and has performed such services for businesses ranging in size from Main Street to publicly-traded companies. In addition to mainstream finance issues, he is frequently involved with startups, acquisitions, spinoffs, joint ventures and other complicated business relationships.

Mr. Fleming's valuation expertise also includes valuation of financial instruments such as notes, warrants, stock appreciation rights, etc. In unique instances, he has also valued industrial plants, machine lines, and fleets of income producing tangible assets using income based approaches. He is also skilled in the valuation of intangible assets, including patents, trademarks, trade secrets, designs, technology platforms, software, computer code, and others. Mr. Fleming is one of fifty appraisers worldwide that hold the American Society of Appraisers specialty accreditation in intangible assets and intellectual property. Formerly employed by one of the world's largest valuation firms, he has valued companies in the US, UK, EU, Canada, Mexico, South America, Asia, and the Caribbean Basin.

Mr. Fleming has testified in both state and federal courts on several occasions, and has been afforded expert status by various courts in the areas of business valuation, corporate finance, intellectual property and complex commercial damages. He is a firm designated testifying expert.

## Professional Designations

- **CPA**: Certified Public Accountant, Licensed by the State of Florida, Registered in Illinois

- **ABV**: Accredited in Business Valuation, American Institute of  Certified Public Accountants

- **CFF**: Certified in Financial Forensics, American Institute of Certified Public Accountants

- **ASA**: Accredited Senior Appraiser, Business Valuation / Intangible Assets, American Society of Appraisers

- **Formerly CGMA**: Chartered Global Management Accountant

- **Formerly DABFA**: Diplomate of the American Board of Forensic Accounting

- **Formerly CM&AA**: Certified Merger and Acquisition Advisor

- Certificates in Econometric Analysis, Real Options, Simulation, Optimization, and Decision Tools



- Certificate in Intellectual Property Infringement Damages, Forensic Institute for Financial Experts

**Education**

- Bachelor of Science in Accounting and Economics, Southern New Hampshire University, Manchester, NH, *magna cum laude*

- MSAcc equivalent, Accounting and Taxation, Southern New Hampshire University, Manchester, NH

**Professional Organizations and Activities**

- American Institute of Certified Public Accountants, Forensic and Valuation Section (AICPA)

- Association of International Certified Professional Accountants

- Central Florida Chapter, American Society of Appraisers, Treasurer 2015 – 2016

- Central Florida Chapter, American Society of Appraisers, President 2016 – 2017

- Forum Penilai Pasar Modal, Masyarakat Profesi Penilai Indonesia, Honorary Member

- Delta Mu Delta, International Honor Society in Business Administration, Member

**Publications and Speaking**

- Visiting lecturer in economics, Embry Riddle Aeronautical University, May 2017

- Tools for Making Preliminary Causation Assessments – Commercial Damages. *Journal of Valuation Strategies*, Thomson Reuters, Jan/Feb 2016

- Goodwill: From the Industrial Age to the Age of Intangibles – Intellectual Property. *Journal of Valuation Strategies*, Thomson Reuters, Sep/Oct 2016

- Visiting lecturer in Business Valuation, Capital Markets Appraisers Forum, Jakarta, Indonesia, July 2012

- Diplomatic mission, Level Two Senior Economic Advisor, International Business Valuation Standards, USAID, Indonesian Ministry of Finance, Jakarta, Indonesia, June/July 2012

**Testimony Experience**



- In Re The Marriage of Randall Wayne West, Husband, and Gabriella Antonietta West, Wife, and West Family Holdings, Int., 5th Judicial Circuit, Lake County, Florida, Domestic and Family Division

- W. Andrew Smith, Plaintiff, vs. Cecilia McGinnis and W.A.S Mine, Inc., A Florida Corporation, Defendants, Case No 2015CA-0771, in the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida

- THOMAS TOOMEY, individually, and as natural guardian of LAUREN TOOMEY, a minor, Plaintiff, vs. EDWARD M. TOOMEY, individually, and as Successor Trustee of the Shirley Toomey Revocable Trust, Defendant, in the Circuit Court of the 17th Judicial Circuit in and For Broward County, Florida, Probate Division, CASE NO.: PRC 160000322 (60J)

- Dissolution of Marriage – Maine District Court, Portland, ME, Family Division, Case Number PORDC-FM-2018-836, in re the Marriage of Amy D. and Eugene J. Foley



# APPENDIX G – DESCRIPTIONS OF GUIDELINE PUBLIC COMPANIES

**BOWERS + KOBUTA CONSULTING, INC.**
**SUMMARY OF SELECTED GUIDELINE PUBLIC COMPANIES.**

| Company Name | Ticker | Business Description |
|---|---|---|
| AECOM | NYSE:ACM | AECOM, together with its subsidiaries, delivers professional services to program and construction management in the Americas, Europe, the Middle East, Africa, and the Asia Pacific. |
| Jacobs Engineering Group Inc. | NYSE:J | Jacobs Engineering Group Inc. provides consulting, technical, scientific, and project delivery services for the government and private sectors in the United States, Europe, Canada, India, rest of Asia, Australia, New Zealand, South America, Mexico, the Middle East, and Africa. |
| Fluor Corporation | NYSE:FLR | Fluor Corporation, through its subsidiaries, provides engineering, procurement, construction, fabrication and modularization, operation, maintenance and asset integrity, and project management services worldwide. |
| MasTec, Inc. | NYSE:MTZ | MasTec, Inc., an infrastructure construction company, provides engineering, building, installation, maintenance, and upgrade services for communications, energy, utility, and other infrastructure primarily in the United States and Canada. |
| WSP Global Inc. | TSX:WSP | WSP Global Inc. operates as a professional services consulting firm in the United States, Canada, the United Kingdom, Sweden, Europe, the Middle East, India, Africa, Australia, Asia, New Zealand, and internationally. |
| Stantec Inc. | TSX:STN | Stantec Inc. provides professional consulting services in the area of infrastructure and facilities for clients in the public and private sectors in Canada, the United States, and internationally. |
| Michael Baker Corporation | IQ288890 | Michael Baker Corporation, through its subsidiaries, provides engineering services for public and private sector clients worldwide. |
| URS Corporation | IQ190786 | URS Corporation provides engineering, construction, and technical services to public agencies and private sector clients worldwide. |
| Tutor Perini Corporation | NYSE:TPC | Tutor Perini Corporation, a construction company, provides diversified general contracting, construction management, and design-build services to private customers and public agencies worldwide. |
| Tetra Tech, Inc. | NasdaqGS:TTEK | Tetra Tech, Inc. provides consulting and engineering services worldwide. |
| URS Corporation | IQ190786 | URS Corporation provides engineering, construction, and technical services to public agencies and private sector clients worldwide. |



APPENDIX G – DESCRIPTIONS OF GUIDELINE PUBLIC COMPANIES

## AECOM (NYSE:ACM)

**BUSINESS DESCRIPTION**

AECOM, together with its subsidiaries, delivers professional services to program and construction management in the Americas, Europe, the Middle East, Africa, and the Asia Pacific. It operates through three segments: Americas, International, and AECOM Capital. The company engages in planning, consulting, architectural, engineering, and construction management services for commercials and construction clients. It also invests in and develops real estate projects. In addition, the company provides building construction and energy, as well as infrastructure and industrial construction services. It serves transportation, water, government, facilities, environmental, and energy sectors. The company was formerly known as AECOM Technology Corporation and changed its name to AECOM in January 2015. AECOM was founded in 1980 and is headquartered in Los Angeles, California.

| FINANCIAL SUMMARY | Fiscal Year Ended, 9/30/10 | 9/30/11 | LTM 9/30/12 | Fiscal Year Ending, 9/30/13 | 9/30/14 |
|---|---|---|---|---|---|
| **Revenue** | 6,546.0 | 8,037.0 | 8,218.2 | 8,294.3 | 8,511.6 |
| *Growth (%)* | *7.0%* | *22.8%* | *N/A* | *3.2%* | *2.6%* |
| **EBITDA** | 393.1 | 479.6 | 433.5 | 511.0 | 569.6 |
| *Margin (%)* | *6.0%* | *6.0%* | *5.3%* | *6.2%* | *6.7%* |
| **EBIT** | 320.0 | 376.0 | 336.8 | 401.1 | 441.7 |
| *Margin (%)* | *4.9%* | *4.7%* | *4.1%* | *4.8%* | *5.2%* |
| **Net Income** | 237.0 | 276.0 | (58.6) | 258.2 | 290.5 |
| *Margin (%)* | *3.6%* | *3.4%* | *(0.7%)* | *3.1%* | *3.4%* |

**COMPANY AND INDUSTRY INFORMATION**

| | |
|---|---|
| Stock Exchange | NYSE |
| Website | http://www.aecom.com |
| Employees | 54,000 |
| Latest Fiscal Quarter | 9/30/2012 |
| S&P LT Rating | N/A |
| CIQ Primary Industry | Construction and Engineering |
| SIC Code | 8711 |
| SIC Primary Industry | Engineering Services |
| Headquarters | 300 South Grand Avenue, 9th Floor, Los Angeles, California, 90071, United States |

| CAPITAL STRUCTURE | As of 9/30/10 | 9/30/11 | 9/30/12 |
|---|---|---|---|
| Share Price | 24.26 | 17.67 | 21.16 |
| Shares Outstanding | 115.0 | 118.0 | 111.9 |
| **Market Capitalization** | **2,789.9** | **2,085.1** | **2,367.3** |
| Plus: Total Debt | 931.1 | 1,162.5 | 1,069.7 |
| Plus: Preferred Stock | 0.2 | - | |
| Plus: Minority Interest | 48.5 | 55.4 | 55.0 |
| Less: Cash | (612.9) | (456.9) | (593.8) |
| **Enterprise Value** | **3,156.9** | **2,846.0** | **2,898.3** |

| VALUATION MULTIPLE | Fiscal Year Ended, 9/30/10 | 9/30/11 | LTM 9/30/12 | Fiscal Year Ending, 9/30/13 | 9/30/14 |
|---|---|---|---|---|---|
| **EV / Revenue** | **0.5x** | **0.4x** | **0.4x** | **0.3x** | **0.3x** |
| *Growth (%)* | *2%* | *-27%* | *N/A* | *-1%* | *-3%* |
| **EV / EBITDA** | **8.0x** | **5.9x** | **6.7x** | **5.7x** | **5.1x** |
| *Growth (%)* | *-5%* | *-26%* | *N/A* | *-4%* | *-10%* |
| **EV / EBIT** | **9.9x** | **7.6x** | **8.6x** | **7.2x** | **6.6x** |
| *Growth (%)* | *-10%* | *-23%* | *N/A* | *-5%* | *-9%* |

**PRICE/VOLUME GRAPH**

Legend: Volume — NYSE:ACM Price



APPENDIX G – DESCRIPTIONS OF GUIDELINE PUBLIC COMPANIES

## Jacobs Engineering Group Inc. (NYSE:J)

**BUSINESS DESCRIPTION**

Jacobs Engineering Group Inc. provides consulting, technical, scientific, and project delivery services for the government and private sectors in the United States, Europe, Canada, India, rest of Asia, Australia, New Zealand, South America, Mexico, the Middle East, and Africa. The company operates in two segments, Critical Mission Solutions and People & Places Solutions. The Critical Mission Solutions segment provides cybersecurity, data analytics, systems and software application integration and consulting, enterprise and mission IT, engineering and design, nuclear, enterprise level operations and maintenance, and other technical consulting solutions. The People & Places Solutions segment offers data analytics, artificial intelligence and automation, software development, digitally driven consulting, planning and architecture, program management, and other technical consulting solutions. The company is also involved in the management and execution of wind-tunnel design-build projects; and design-build for water and construction management. Jacobs Engineering Group Inc. was founded in 1947 and is headquartered in Dallas, Texas.

|  | Fiscal Year Ended, | | LTM | Fiscal Year Ending, | |
| --- | --- | --- | --- | --- | --- |
| **FINANCIAL SUMMARY** | 10/1/10 | 9/30/11 | 9/28/12 | 9/30/13 | 9/30/14 |
| **Revenue** | 9,915.5 | 10,381.7 | 10,893.8 | 12,010.9 | 13,143.8 |
| *Growth (%)* | *-13.5%* | *4.7%* | *N/A* | *15.7%* | *9.4%* |
| **EBITDA** | 540.9 | 628.5 | 695.4 | 780.2 | 834.6 |
| *Margin (%)* | *5.5%* | *6.1%* | *6.4%* | *6.5%* | *6.3%* |
| **EBIT** | 452.4 | 534.1 | 596.1 | 675.0 | 732.7 |
| *Margin (%)* | *4.6%* | *5.1%* | *5.5%* | *5.6%* | *5.6%* |
| **Net Income** | 246.0 | 331.0 | 379.0 | 429.2 | 467.2 |
| *Margin (%)* | *2.5%* | *3.2%* | *3.5%* | *3.6%* | *3.6%* |

**COMPANY AND INDUSTRY INFORMATION**

| | |
| --- | --- |
| Stock Exchange | NYSE |
| Website | http://www.jacobs.com |
| Employees | 52,000 |
| Latest Fiscal Quarter | 9/28/2012 |
| S&P LT Rating | N/A |
| CIQ Primary Industry | Construction and Engineering |
| SIC Code | 7370 |
| SIC Primary Industry | Computer Programming, Data Processing, And Other Computer Related Services |
| Headquarters | 1999 Bryan Street, Suite 1200, Dallas, Texas, 75201, United States |

|  | As of | | |
| --- | --- | --- | --- |
| **CAPITAL STRUCTURE** | 10/1/10 | 9/30/11 | 9/28/12 |
| Share Price | 39.01 | 32.29 | 40.43 |
| Shares Outstanding | 125.8 | 127.2 | 128.7 |
| **Market Capitalization** | **4,907.1** | **4,108.4** | **5,203.0** |
| Plus: Total Debt | 79.9 | 568.1 | 528.3 |
| Plus: Preferred Stock | - | - | - |
| Plus: Minority Interest | 5.9 | 10.4 | 45.3 |
| Less: Cash | (938.8) | (905.6) | (1,032.5) |
| **Enterprise Value** | **4,054.0** | **3,781.3** | **4,744.1** |

|  | Fiscal Year Ended, | | LTM | Fiscal Year Ending, | |
| --- | --- | --- | --- | --- | --- |
| **VALUATION MULTIPLE** | 10/1/10 | 9/30/11 | 9/28/12 | 9/30/13 | 9/30/14 |
| **EV / Revenue** | **0.4x** | **0.4x** | **0.4x** | **0.4x** | **0.4x** |
| *Growth (%)* | *6%* | *-11%* | *N/A* | *8%* | *-9%* |
| **EV / EBITDA** | **7.5x** | **6.0x** | **6.8x** | **nmf** | **nmf** |
| *Growth (%)* | *20%* | *-20%* | *N/A* | *N/A* | *N/A* |
| **EV / EBIT** | **9.0x** | **7.1x** | **8.0x** | **7.0x** | **6.5x** |
| *Growth (%)* | *26%* | *-21%* | *N/A* | *-1%* | *-8%* |

**PRICE/VOLUME GRAPH**

Volume    NYSE:J Price



APPENDIX G – DESCRIPTIONS OF GUIDELINE PUBLIC COMPANIES

## Fluor Corporation (NYSE:FLR)

**BUSINESS DESCRIPTION**

Fluor Corporation, through its subsidiaries, provides engineering, procurement, construction, fabrication and modularization, operation, maintenance and asset integrity, and project management services worldwide. It operates through six segments: Energy & Chemicals; Mining & Industrial; Infrastructure & Power; Government; Diversified Services; and Other. The Energy & Chemicals segment offers a range of design, engineering, procurement, construction, fabrication, and project management services in the upstream, midstream, downstream, chemical, petrochemical, offshore and onshore oil and gas production, and liquefied natural gas and pipeline markets. The Mining & Industrial segment provides design, engineering, procurement, construction, and project management services to the mining and metals, life sciences, and advanced manufacturing and technologies sectors. The Infrastructure & Power segment offers design, engineering, procurement, construction, and project management services to the infrastructure sector. The Government segment provides engineering and construction services, logistics, and life-support services, as well as contingency operations support services to the defense sector. It also offers support services to the United States (U.S.) intelligence community, the U.S. Department of Energy and National Nuclear Security Administration, and the U.S. Department of Homeland Security. The Diversified Services segment provides asset maintenance and asset integrity services to the oil and gas, chemicals, life sciences, power, mining and metals, consumer products, and manufacturing industries; and staffing services. The Other segment researches, develops, licenses,

| FINANCIAL SUMMARY | Fiscal Year Ended, | | LTM | Fiscal Year Ending, | |
|---|---|---|---|---|---|
| | 12/31/09 | 12/31/10 | 12/31/11 | 12/31/12 | 12/31/13 |
| **Revenue** | 21,990.3 | 20,849.3 | 23,381.4 | 27,732.0 | 29,429.6 |
| *Growth (%)* | *-1.5%* | *-5.2%* | *N/A* | *33.0%* | *6.1%* |
| **EBITDA** | 1,304.6 | 739.6 | 1,187.4 | 1,271.2 | 1,384.8 |
| *Margin (%)* | *5.9%* | *3.5%* | *5.1%* | *4.6%* | *4.7%* |
| **EBIT** | 1,122.6 | 549.0 | 985.5 | 1,079.7 | 1,183.6 |
| *Margin (%)* | *5.1%* | *2.6%* | *4.2%* | *3.9%* | *4.0%* |
| **Net Income** | 691.1 | 357.5 | 593.7 | 623.1 | 696.0 |
| *Margin (%)* | *3.1%* | *1.7%* | *2.5%* | *2.2%* | *2.4%* |

**COMPANY AND INDUSTRY INFORMATION**

| | |
|---|---|
| Stock Exchange | NYSE |
| Website | http://www.fluor.com |
| Employees | 50,182 |
| Latest Fiscal Quarter | 9/30/2012 |
| S&P LT Rating | N/A |
| CIQ Primary Industry | Construction and Engineering |
| SIC Code | 1600 |
| SIC Primary Industry | Heavy Construction Other Than Building Construction Contractors |
| Headquarters | 6700 Las Colinas Boulevard, Irving, Texas, 75039, United States |

| CAPITAL STRUCTURE | As of | | |
|---|---|---|---|
| | 12/31/09 | 12/31/10 | 12/31/11 |
| Share Price | 45.04 | 66.26 | 50.25 |
| Shares Outstanding | 180.9 | 181.0 | 174.6 |
| **Market Capitalization** | **8,146.0** | **11,992.3** | **8,771.8** |
| Plus: Total Debt | 127.5 | 114.5 | 533.0 |
| Plus: Preferred Stock | - | - | - |
| Plus: Minority Interest | 28.4 | 31.6 | 64.4 |
| Less: Cash | (2,290.6) | (2,328.3) | (2,257.8) |
| **Enterprise Value** | **6,011.3** | **9,810.1** | **7,111.3** |

| VALUATION MULTIPLE | Fiscal Year Ended, | | LTM | Fiscal Year Ending, | |
|---|---|---|---|---|---|
| | 12/31/09 | 12/31/10 | 12/31/11 | 12/31/12 | 12/31/13 |
| **EV / Revenue** | **0.3x** | **0.5x** | **0.3x** | **0.3x** | **0.2x** |
| *Growth (%)* | *-3%* | *72%* | *N/A* | *-46%* | *-6%* |
| **EV / EBITDA** | **4.6x** | **13.3x** | **6.0x** | **5.6x** | **5.1x** |
| *Growth (%)* | *-14%* | *188%* | *N/A* | *-58%* | *-8%* |
| **EV / EBIT** | **5.4x** | **17.9x** | **7.2x** | **6.6x** | **6.0x** |
| *Growth (%)* | *-14%* | *234%* | *N/A* | *-63%* | *-9%* |

**PRICE/VOLUME GRAPH**





APPENDIX G – DESCRIPTIONS OF GUIDELINE PUBLIC COMPANIES

## MasTec, Inc. (NYSE:MTZ)

**BUSINESS DESCRIPTION**

MasTec, Inc., an infrastructure construction company, provides engineering, building, installation, maintenance, and upgrade services for communications, energy, utility, and other infrastructure primarily in the United States and Canada. It operates through five segments: Communications, Oil and Gas, Electrical Transmission, Power Generation and Industrial, and Other. The company builds underground and overhead distribution systems, including trenches, conduits, cell towers, cable, and power lines, which provide wireless and wireline/fiber communications; natural gas, crude oil, and refined product transport pipelines; electrical power generation, transmission, and distribution systems; power generation infrastructure, such as renewable energy; heavy industrial plants; compressor and pump stations, and treatment plants; water and sewer infrastructure, including water pipelines; and other civil construction infrastructure. It also installs electrical and other energy distribution and transmission systems, power generation facilities, buried and aerial fiber optic and other cables, and satellite dishes, as well as home automation and energy management solutions. In addition, the company offers maintenance and upgrade support services comprising maintenance of customers' distribution facilities, networks, and infrastructure, including natural gas and petroleum pipeline, communications, electrical distribution and transmission, power generation, and heavy civil infrastructure; emergency services for accidents or storm damage; and routine replacements and upgrades to overhauls. Its customers include public and private energy providers, pipeline operators, wireless and wireline/fiber service providers, broadband

| FINANCIAL SUMMARY | Fiscal Year Ended, | | LTM | Fiscal Year Ending, | |
|---|---|---|---|---|---|
| | 12/31/10 | 12/31/11 | 9/30/12 | 12/31/12 | 12/31/13 |
| **Revenue** | 2,143.0 | 2,831.3 | 3,526.0 | 3,706.9 | 3,925.3 |
| *Growth (%)* | *32.0%* | *32.1%* | *N/A* | *30.9%* | *5.9%* |
| **EBITDA** | 201.5 | 240.5 | 275.8 | 323.3 | 392.7 |
| *Margin (%)* | *9.4%* | *8.5%* | *7.8%* | *8.7%* | *10.0%* |
| **EBIT** | 144.5 | 166.4 | 189.3 | 237.1 | 295.3 |
| *Margin (%)* | *6.7%* | *5.9%* | *5.4%* | *6.4%* | *7.5%* |
| **Net Income** | 90.5 | 106.0 | 79.6 | 120.6 | 156.3 |
| *Margin (%)* | *4.2%* | *3.7%* | *2.3%* | *3.3%* | *4.0%* |

**COMPANY AND INDUSTRY INFORMATION**

| | |
|---|---|
| Stock Exchange | NYSE |
| Website | http://www.mastec.com |
| Employees | 18,000 |
| Latest Fiscal Quarter | 9/30/2012 |
| S&P LT Rating | N/A |
| CIQ Primary Industry | Construction and Engineering |
| SIC Code | 1623 |
| SIC Primary Industry | Water, Sewer, Pipeline, and Communications and Power Line Construction |
| Headquarters | 800 South Douglas Road, 12th Floor, Coral Gables, Florida, 33134, United States |

| CAPITAL STRUCTURE | As of | | |
|---|---|---|---|
| | 12/31/10 | 12/31/11 | 9/30/12 |
| Share Price | 14.59 | 17.37 | 19.70 |
| Shares Outstanding | 90.9 | 86.7 | 82.0 |
| **Market Capitalization** | **1,326.0** | **1,506.3** | **1,615.0** |
| Plus: Total Debt | 412.6 | 494.7 | 453.0 |
| Plus: Preferred Stock | - | - | - |
| Plus: Minority Interest | 0.1 | 0.1 | 0.0 |
| Less: Cash | (159.6) | (7.4) | (10.5) |
| **Enterprise Value** | **1,579.0** | **1,993.6** | **2,057.6** |

**PRICE/VOLUME GRAPH**



| VALUATION MULTIPLE | Fiscal Year Ended, | | LTM | Fiscal Year Ending, | |
|---|---|---|---|---|---|
| | 12/31/10 | 12/31/11 | 9/30/12 | 12/31/12 | 12/31/13 |
| **EV / Revenue** | **0.7x** | **0.7x** | **0.6x** | **0.6x** | **0.5x** |
| *Growth (%)* | *-14%* | *-4%* | *N/A* | *-21%* | *-6%* |
| **EV / EBITDA** | **7.8x** | **8.3x** | **7.5x** | **6.4x** | **5.2x** |
| *Growth (%)* | *-16%* | *6%* | *N/A* | *-23%* | *-18%* |
| **EV / EBIT** | **10.9x** | **12.0x** | **10.9x** | **8.7x** | **7.0x** |
| *Growth (%)* | *-22%* | *10%* | *N/A* | *-28%* | *-20%* |

## APPENDIX G – DESCRIPTIONS OF GUIDELINE PUBLIC COMPANIES

### WSP Global Inc. (TSX:WSP)

**BUSINESS DESCRIPTION**

WSP Global Inc. operates as a professional services consulting firm in the United States, Canada, the United Kingdom, Sweden, Europe, the Middle East, India, Africa, Australia, Asia, New Zealand, and internationally. The company advises, plans, designs, and manages projects for rail transit, aviation, highways, bridges, tunnels, water, maritime, and urban infrastructure for public and private clients, construction contractors, and other partners. It also provides engineering and consultancy services, such as decarbonisation strategies, SMART building design, structural and mechanical, electrical, and plumbing engineering services. In addition, the company works with and advises businesses and governments in various areas of environmental consultancy. Further, it provides long-term operational management support services comprising first feasibility studies; advisory services, which comprise technical, financial, and environmental issues, as well as engineering design and energy simulations. Additionally, the company plans, designs, and supports the development of pipelines and gas networks; and offers services to maintain the integrity of critical assets, and obtain permits and consent for clients in the mining, and oil and gas industries. It also provides a range of consulting and engineering services, such as strategic studies, concept design, and productivity analysis, as well as engineering, procurement, and construction management contract services to the food and beverages, pharmaceutical and biotechnology, automotive, and chemicals industries. In addition, the company offers strategic advisory services comprising planning and advisory, management, and technology and sustainability services. The company

|  | Fiscal Year Ended, | | LTM | Fiscal Year Ending, | |
| --- | --- | --- | --- | --- | --- |
| **FINANCIAL SUMMARY** | 12/31/10 | 12/31/11 | 9/29/12 | 12/31/12 | 12/31/13 |
| **Revenue** | 583.6 | 641.3 | 931.5 | 1,025.0 | 1,695.1 |
| *Growth (%)* | *27.9%* | *9.9%* | *N/A* | *59.8%* | *65.4%* |
| **EBITDA** | 86.4 | 83.6 | 100.9 | 118.1 | 193.6 |
| *Margin (%)* | *14.8%* | *13.0%* | *10.8%* | *11.5%* | *11.4%* |
| **EBIT** | 63.1 | 62.3 | 71.1 | 87.0 | 145.7 |
| *Margin (%)* | *10.8%* | *9.7%* | *7.6%* | *8.5%* | *8.6%* |
| **Net Income** | 51.2 | 49.3 | 34.2 | 54.5 | 97.7 |
| *Margin (%)* | *8.8%* | *7.7%* | *3.7%* | *5.3%* | *5.8%* |

**COMPANY AND INDUSTRY INFORMATION**

| | |
| --- | --- |
| Stock Exchange | TSX |
| Website | http://www.wsp.com |
| Employees | 47,100 |
| Latest Fiscal Quarter | 9/29/2012 |
| S&P LT Rating | N/A |
| CIQ Primary Industry | Construction and Engineering |
| SIC Code | 8711 |
| SIC Primary Industry | Engineering Services |
| Headquarters | 1600 Rene-Levesque Boulevard West, 11th Floor, Montreal, Quebec, H3H 1P9, Canada |

|  | | As of | |
| --- | --- | --- | --- |
| **CAPITAL STRUCTURE** | 12/31/10 | 12/31/11 | 9/29/12 |
| Share Price | 30.60 | 25.89 | 22.93 |
| Shares Outstanding | 27.2 | 26.2 | 36.7 |
| **Market Capitalization** | **831.1** | **679.2** | **841.0** |
| Plus: Total Debt | 75.3 | 76.0 | 273.1 |
| Plus: Preferred Stock | - | - | - |
| Plus: Minority Interest | - | 0.1 | 2.2 |
| Less: Cash | (27.1) | (141.6) | (62.4) |
| **Enterprise Value** | **879.3** | **613.7** | **1,053.9** |

|  | Fiscal Year Ended, | | LTM | Fiscal Year Ending, | |
| --- | --- | --- | --- | --- | --- |
| **VALUATION MULTIPLE** | 12/31/10 | 12/31/11 | 9/29/12 | 12/31/12 | 12/31/13 |
| **EV / Revenue** | **1.5x** | **1.0x** | **1.1x** | **1.0x** | **0.6x** |
| *Growth (%)* | *5%* | *-36%* | *N/A* | *7%* | *-40%* |
| **EV / EBITDA** | **10.2x** | **7.3x** | **10.4x** | **8.9x** | **5.4x** |
| *Growth (%)* | *21%* | *-28%* | *N/A* | *22%* | *-39%* |
| **EV / EBIT** | **13.9x** | **9.9x** | **14.8x** | **12.1x** | **7.2x** |
| *Growth (%)* | *18%* | *-29%* | *N/A* | *23%* | *-40%* |

**PRICE/VOLUME GRAPH**



APPENDIX G – DESCRIPTIONS OF GUIDELINE PUBLIC COMPANIES

## Stantec Inc. (TSX:STN)

**BUSINESS DESCRIPTION**

Stantec Inc. provides professional consulting services in the area of infrastructure and facilities for clients in the public and private sectors in Canada, the United States, and internationally. The company offers consulting services in engineering, architecture, interior design, landscape architecture, surveying, environmental sciences, project management and planning, and project economics. It also offers water, transportation, and public works; transportation planning and traffic engineering; and resource assessment, mine development, reclamation, hydrology, and geotechnical and infrastructure engineering services, as well as urban planning, traffic assessments and optimization, environmental impact assessments, and public consultation services. In addition, the company provides structural, mechanical, electrical, plumbing, and hydraulics engineering services. It serves urban regeneration, infrastructure, education, energy, industrial, building, tourism and leisure, and waste and water sectors, as well as office and commercial, residential, and retail and town centers. The company was formerly known as Stanley Technology Group Inc. and changed its name to Stantec Inc. in October 1998. Stantec Inc. was founded in 1954 and is headquartered in Edmonton, Canada.

### FINANCIAL SUMMARY

| | Fiscal Year Ended, | | LTM | Fiscal Year Ending, | |
|---|---|---|---|---|---|
| | 12/31/10 | 12/31/11 | 9/30/12 | 12/31/12 | 12/31/13 |
| **Revenue** | 1,232.7 | 1,356.0 | 1,545.6 | 1,582.4 | 1,751.4 |
| *Growth (%)* | *3.9%* | *10.0%* | *N/A* | *16.7%* | *10.7%* |
| **EBITDA** | 180.5 | 195.5 | 217.8 | 224.2 | 246.6 |
| *Margin (%)* | *14.6%* | *14.4%* | *14.1%* | *14.2%* | *14.1%* |
| **EBIT** | 137.6 | 149.9 | 170.7 | 175.5 | 193.9 |
| *Margin (%)* | *11.2%* | *11.1%* | *11.0%* | *11.1%* | *11.1%* |
| **Net Income** | 95.3 | 12.5 | 28.2 | 121.1 | 133.7 |
| *Margin (%)* | *7.7%* | *0.9%* | *1.8%* | *7.7%* | *7.6%* |

### COMPANY AND INDUSTRY INFORMATION

| | |
|---|---|
| Stock Exchange | TSX |
| Website | http://www.stantec.com |
| Employees | 22,000 |
| Latest Fiscal Quarter | 9/30/2012 |
| S&P LT Rating | N/A |
| CIQ Primary Industry | Research and Consulting Services |
| SIC Code | 8711 |
| SIC Primary Industry | Engineering Services |
| Headquarters | 10220-103 Avenue NW, Suite 400, Edmonton, Alberta, T5J 0K4, Canada |

### CAPITAL STRUCTURE

| | As of | | |
|---|---|---|---|
| | 12/31/10 | 12/31/11 | 9/30/12 |
| Share Price | 13.94 | 13.56 | 17.00 |
| Shares Outstanding | 91.8 | 91.4 | 91.4 |
| **Market Capitalization** | **1,279.5** | **1,238.7** | **1,554.0** |
| Plus: Total Debt | 323.8 | 291.4 | 299.2 |
| Plus: Preferred Stock | - | - | - |
| Plus: Minority Interest | 0.1 | 0.1 | 0.1 |
| Less: Cash | (73.7) | (49.9) | (34.7) |
| **Enterprise Value** | **1,529.6** | **1,480.3** | **1,818.6** |

### VALUATION MULTIPLE

| | Fiscal Year Ended, | | LTM | Fiscal Year Ending, | |
|---|---|---|---|---|---|
| | 12/31/10 | 12/31/11 | 9/30/12 | 12/31/12 | 12/31/13 |
| **EV / Revenue** | **1.2x** | **1.1x** | **1.2x** | **1.1x** | **1.0x** |
| *Growth (%)* | *-4%* | *-12%* | *N/A* | *5%* | *-10%* |
| **EV / EBITDA** | **8.5x** | **7.6x** | **8.4x** | **8.1x** | **7.4x** |
| *Growth (%)* | *-5%* | *-11%* | *N/A* | *7%* | *-9%* |
| **EV / EBIT** | **11.1x** | **9.9x** | **10.7x** | **10.4x** | **9.4x** |
| *Growth (%)* | *-6%* | *-11%* | *N/A* | *5%* | *-9%* |

### PRICE/VOLUME GRAPH



Legend: Volume — TSX:STN Price

APPENDIX G – DESCRIPTIONS OF GUIDELINE PUBLIC COMPANIES

**Michael Baker Corporation**

**BUSINESS DESCRIPTION**
Michael Baker Corporation, through its subsidiaries, provides engineering services for public and private sector clients worldwide. The company operates in two segments, Transportation and Federal. Its services include project and program management, design-build, construction management and inspection, consulting, planning, surveying, mapping, geographic information systems, architectural, interior design, site planning and design, constructability reviews, site assessment and restoration, strategic regulatory analysis, and compliance. The company designs a range of projects, such as highways, bridges, airports, bus ways, corporate headquarters, data centers, and educational facilities. It provides services for surface transportation, defense, environmental, architecture, geospatial information technology, homeland security, municipal and civil, oil and gas, telecom and utilities, water/wastewater, pipeline, urban development, and aviation and rail and transit markets, as well as to the emergency and consequence management and resource management markets. The company was founded in 1940 and is headquartered in Moon Township, Pennsylvania. As of October 8, 2013, Michael Baker Corporation operates as a subsidiary of Michael Baker International, LLC.

| FINANCIAL SUMMARY | Fiscal Year Ended, | | LTM | Fiscal Year Ending, | |
|---|---|---|---|---|---|
| | 12/31/10 | 12/31/11 | 9/30/12 | 12/31/12 | 12/31/13 |
| **Revenue** | 499.4 | 538.4 | 608.4 | 596.4 | 583.8 |
| *Growth (%)* | *12.2%* | *7.8%* | *N/A* | *10.8%* | *-2.1%* |
| **EBITDA** | 33.6 | 40.7 | 31.9 | 25.5 | 34.2 |
| *Margin (%)* | *6.7%* | *7.6%* | *5.2%* | *4.3%* | *5.9%* |
| **EBIT** | 24.1 | 26.6 | 14.0 | 7.2 | 19.4 |
| *Margin (%)* | *4.8%* | *4.9%* | *2.3%* | *1.2%* | *3.3%* |
| **Net Income** | 12.2 | 17.3 | 9.5 | 5.6 | 11.3 |
| *Margin (%)* | *2.4%* | *3.2%* | *1.6%* | *0.9%* | *1.9%* |

**COMPANY AND INDUSTRY INFORMATION**

| | |
|---|---|
| Stock Exchange | 0 |
| Website | http://www.mbakercorp.com |
| Employees | 2,878 |
| Latest Fiscal Quarter | 9/30/2012 |
| S&P LT Rating | N/A |
| CIQ Primary Industry | Construction and Engineering |
| SIC Code | 8711 |
| SIC Primary Industry | Engineering Services |
| Headquarters | Airside Business Park, 100 Airside Drive, Moon Township, Pennsylvania, 15108, United States |

| CAPITAL STRUCTURE | As of | | |
|---|---|---|---|
| | 12/31/10 | 12/31/11 | 9/30/12 |
| Share Price | 31.10 | 19.61 | 23.86 |
| Shares Outstanding | 9.2 | 9.4 | 9.6 |
| **Market Capitalization** | **284.7** | **183.7** | **229.4** |
| Plus: Total Debt | 0.0 | 0.0 | 0.0 |
| Plus: Preferred Stock | - | - | - |
| Plus: Minority Interest | 0.7 | 0.7 | 0.7 |
| Less: Cash | (87.2) | (48.4) | (67.1) |
| **Enterprise Value** | **198.1** | **136.1** | **163.1** |

**PRICE/VOLUME GRAPH**



| VALUATION MULTIPLE | Fiscal Year Ended, | | LTM | Fiscal Year Ending, | |
|---|---|---|---|---|---|
| | 12/31/10 | 12/31/11 | 9/30/12 | 12/31/12 | 12/31/13 |
| **EV / Revenue** | **0.4x** | **0.3x** | **0.3x** | **0.3x** | **0.3x** |
| *Growth (%)* | *-32%* | *-36%* | *N/A* | *8%* | *2%* |
| **EV / EBITDA** | **5.9x** | **3.3x** | **5.1x** | **6.4x** | **4.8x** |
| *Growth (%)* | *-19%* | *-43%* | *N/A* | *91%* | *-25%* |
| **EV / EBIT** | **8.2x** | **5.1x** | **11.6x** | **22.8x** | **8.4x** |
| *Growth (%)* | *-5%* | *-38%* | *N/A* | *345%* | *-63%* |

APPENDIX G – DESCRIPTIONS OF GUIDELINE PUBLIC COMPANIES

## URS Corporation

**BUSINESS DESCRIPTION**

URS Corporation provides engineering, construction, and technical services to public agencies and private sector clients worldwide. The company modernizes weapons systems; refurbishes military vehicles and aircraft; trains pilots; manages military and government installations; and provides logistics support for military operations and supports the decommissioning of former military bases for redevelopment, as well as supports programs to eliminate nuclear, chemical, and biological weapons. It offers services to build, expand, and modernize infrastructure, such as surface, air, and rail transportation networks; ports and harbors; and water supply, treatment, and conveyance systems, provides operations and maintenance services for completed projects. In addition, the company develops conventional and unconventional oil and gas resources; and plans, designs, engineers, constructs, retrofits, and maintains various power-generating facilities, and systems that transmit and distribute electricity, as well as develops and installs clean air technologies, engineering, procurement, and construction services for new industrial and process facilities; and for the expansion, modification, and up gradation of existing facilities. The company's services include front-end studies, engineering and process design, procurement, construction and construction management, facility management, and operations and maintenance services, as well as due diligence, permission, compliance, environmental management, pollution control, health and safety, and waste management and remediation services. Additionally, it provides program management; planning, design, and engineering; systems engineering and technical assistance; construction and

| FINANCIAL SUMMARY | Fiscal Year Ended, 12/31/10 | 12/30/11 | LTM 9/28/12 | Fiscal Year Ending, 12/31/12 | 12/31/13 |
|---|---|---|---|---|---|
| **Revenue** | 9,177.1 | 9,545.0 | 10,393.0 | 10,974.9 | 12,178.4 |
| *Growth (%)* | *-0.8%* | *4.0%* | *N/A* | *15.0%* | *11.0%* |
| **EBITDA** | 630.1 | 619.4 | 772.3 | 884.2 | 953.4 |
| *Margin (%)* | *6.9%* | *6.5%* | *7.4%* | *8.1%* | *7.8%* |
| **EBIT** | 496.6 | 476.7 | 569.8 | 701.7 | 748.1 |
| *Margin (%)* | *5.4%* | *5.0%* | *5.5%* | *6.4%* | *6.1%* |
| **Net Income** | 287.9 | (42.9) | 691.2 | 324.9 | 347.0 |
| *Margin (%)* | *3.1%* | *(0.4%)* | *6.7%* | *3.0%* | *2.8%* |

**COMPANY AND INDUSTRY INFORMATION**

| | |
|---|---|
| Stock Exchange | 0 |
| Website | http://www.aecom.com |
| Employees | 50,000 |
| Latest Fiscal Quarter | 9/28/2012 |
| S&P LT Rating | N/A |
| CIQ Primary Industry | Construction and Engineering |
| SIC Code | 8711 |
| SIC Primary Industry | Engineering Services |
| Headquarters | 600 Montgomery Street, 26th Floor, San Francisco, California, 94111, United States |

| CAPITAL STRUCTURE | As of 12/31/10 | 12/30/11 | 9/28/12 |
|---|---|---|---|
| Share Price | 41.61 | 35.12 | 35.31 |
| Shares Outstanding | 81.3 | 77.3 | 74.5 |
| **Market Capitalization** | **3,382.9** | **2,714.8** | **2,630.6** |
| Plus: Total Debt | 701.8 | 798.5 | 2,153.2 |
| Plus: Preferred Stock | - | - | - |
| Plus: Minority Interest | 83.8 | 107.2 | 133.0 |
| Less: Cash | (573.8) | (436.0) | (289.2) |
| **Enterprise Value** | **3,594.7** | **3,184.5** | **4,627.6** |

| VALUATION MULTIPLE | Fiscal Year Ended, 12/31/10 | 12/30/11 | LTM 9/28/12 | Fiscal Year Ending, 12/31/12 | 12/31/13 |
|---|---|---|---|---|---|
| **EV / Revenue** | **0.4x** | **0.3x** | **0.4x** | **0.4x** | **0.4x** |
| *Growth (%)* | *-3%* | *-15%* | *N/A* | *26%* | *-10%* |
| **EV / EBITDA** | **5.7x** | **5.1x** | **6.0x** | **5.2x** | **4.9x** |
| *Growth (%)* | *-18%* | *-10%* | *N/A* | *2%* | *-7%* |
| **EV / EBIT** | **7.2x** | **6.7x** | **8.1x** | **6.6x** | **6.2x** |
| *Growth (%)* | *-23%* | *-8%* | *N/A* | *-1%* | *-6%* |

**PRICE/VOLUME GRAPH**



APPENDIX G – DESCRIPTIONS OF GUIDELINE PUBLIC COMPANIES

---

**Tutor Perini Corporation (NYSE:TPC)**

**BUSINESS DESCRIPTION**

Tutor Perini Corporation, a construction company, provides diversified general contracting, construction management, and design-build services to private customers and public agencies worldwide. The company operates through three segments: Civil, Building, and Specialty Contractors. The Civil segment engages in the public works construction, replacement, and reconstruction of infrastructure, including highways, bridges, tunnels, mass-transit systems, and water management and wastewater treatment facilities. This segment also provides drilling, foundation, and excavation support for shoring, bridges, piers, roads, and highway projects. The Building segment offers services in various specialized building markets, including hospitality and gaming, transportation, healthcare, commercial offices, government facilities, sports and entertainment, education, correctional facilities, biotech, pharmaceutical, and industrial and high-tech. The Specialty Contractors segment provides electrical, mechanical, plumbing, fire protection systems, and pneumatically placed concrete services, as well as heating, ventilation, and air conditioning services (HVAC) for the industrial, commercial, hospitality and gaming, and mass-transit end markets. It also offers general contracting, pre-construction planning, and project management services, including planning and scheduling of manpower, equipment, materials, and subcontractors; and self-performed construction services comprising site work, concrete forming and placement, steel erection, electrical, plumbing, HVAC, and mechanical. The company was formerly known as Perini Corporation and changed its name to Tutor Perini Corporation in 2009. Tutor Perini Corporation was founded in 1894

| FINANCIAL SUMMARY | Fiscal Year Ended, | | LTM | Fiscal Year Ending, | | COMPANY AND INDUSTRY INFORMATION | |
|---|---|---|---|---|---|---|---|
| | 12/31/10 | 12/30/11 | 9/28/12 | 12/31/12 | 12/31/13 | | |
| **Revenue** | 9,177.1 | 9,545.0 | 10,393.0 | 10,974.9 | 12,178.4 | Stock Exchange | NYSE |
| *Growth (%)* | *-0.8%* | *4.0%* | *N/A* | *15.0%* | *11.0%* | Website | http://www.tutorperini.com |
| | | | | | | Employees | 9,100 |
| **EBITDA** | 630.1 | 619.4 | 772.3 | 884.2 | 953.4 | Latest Fiscal Quarter | 9/30/2012 |
| *Margin (%)* | *6.9%* | *6.5%* | *7.4%* | *8.1%* | *7.8%* | S&P LT Rating | N/A |
| | | | | | | CIQ Primary Industry | Construction and Engineering |
| **EBIT** | 496.6 | 476.7 | 569.8 | 701.7 | 748.1 | SIC Code | 1540 |
| *Margin (%)* | *5.4%* | *5.0%* | *5.5%* | *6.4%* | *6.1%* | SIC Primary Industry | General Building Contractors-nonresidential |
| **Net Income** | 287.9 | (42.9) | 691.2 | 324.9 | 347.0 | Headquarters | 15901 Olden Street, Sylmar, California, 91342, United States |
| *Margin (%)* | *3.1%* | *(0.4%)* | *6.7%* | *3.0%* | *2.8%* | | |

| CAPITAL STRUCTURE | As of | | | | PRICE/VOLUME GRAPH |
|---|---|---|---|---|---|
| | 12/31/10 | 12/30/11 | 9/28/12 | | |
| Share Price | 41.61 | 35.12 | 35.31 | | |
| Shares Outstanding | 81.3 | 77.3 | 74.5 | | |
| **Market Capitalization** | **3,382.9** | **2,714.8** | **2,630.6** | | |
| Plus: Total Debt | 701.8 | 798.5 | 2,153.2 | | |
| Plus: Preferred Stock | - | - | - | | |
| Plus: Minority Interest | 83.8 | 107.2 | 133.0 | | |
| Less: Cash | (573.8) | (436.0) | (289.2) | | |
| **Enterprise Value** | **3,594.7** | **3,184.5** | **4,627.6** | | |

| VALUATION MULTIPLE | Fiscal Year Ended, | | LTM | Fiscal Year Ending, | |
|---|---|---|---|---|---|
| | 12/31/10 | 12/30/11 | 9/28/12 | 12/31/12 | 12/31/13 |
| **EV / Revenue** | **0.4x** | **0.3x** | **0.4x** | **0.4x** | **0.4x** |
| *Growth (%)* | *-3%* | *-15%* | *N/A* | *26%* | *-10%* |
| **EV / EBITDA** | **5.7x** | **5.1x** | **6.0x** | **5.2x** | **4.9x** |
| *Growth (%)* | *-18%* | *-10%* | *N/A* | *2%* | *-7%* |
| **EV / EBIT** | **7.2x** | **6.7x** | **8.1x** | **6.6x** | **6.2x** |
| *Growth (%)* | *-23%* | *-8%* | *N/A* | *-1%* | *-6%* |

PRICE/VOLUME GRAPH

[Price/Volume graph showing Price (left axis 0.00–50.00) and Volume in millions (right axis 0.0–4.0) from 12/10 to 9/12. Legend: Volume, IQ190786 Price]



APPENDIX G – DESCRIPTIONS OF GUIDELINE PUBLIC COMPANIES

## Tetra Tech, Inc. (NasdaqGS:TTEK)

**BUSINESS DESCRIPTION**

Tetra Tech, Inc. provides consulting and engineering services worldwide. The company operates through Government Services Group (GSG) and Commercial/International Services Group (CIG) segments. The GSG segment offers early data collection and monitoring, data analysis and information technology, science and engineering applied research, engineering design, construction management, and operations and maintenance services; and climate change and energy management consulting, as well as greenhouse gas inventory assessment, certification, reduction, and management services. This segment serves federal, state, and local governments, and development agencies in water resources analysis and water management, environmental monitoring, data analytics, government consulting, waste management, and a range of civil infrastructure master planning and engineering design markets. The CIG segment provides early data collection and monitoring, data analysis and information management, feasibility studies and assessments, science and engineering applied research, engineering design, construction management, and operations and maintenance services. This segment serves natural resources, energy, and utilities markets, as well as civil infrastructure master planning and engineering design markets. Tetra Tech, Inc. was founded in 1966 and is headquartered in Pasadena, California.

| FINANCIAL SUMMARY | Fiscal Year Ended, 12/31/10 | 12/30/11 | LTM 9/28/12 | Fiscal Year Ending, 12/31/12 | 12/31/13 |
|---|---|---|---|---|---|
| **Revenue** | 9,177.1 | 9,545.0 | 10,393.0 | 10,974.9 | 12,178.4 |
| *Growth (%)* | -0.8% | 4.0% | N/A | 15.0% | 11.0% |
| **EBITDA** | 630.1 | 619.4 | 772.3 | 884.2 | 953.4 |
| *Margin (%)* | 6.9% | 6.5% | 7.4% | 8.1% | 7.8% |
| **EBIT** | 496.6 | 476.7 | 569.8 | 701.7 | 748.1 |
| *Margin (%)* | 5.4% | 5.0% | 5.5% | 6.4% | 6.1% |
| **Net Income** | 287.9 | (42.9) | 691.2 | 324.9 | 347.0 |
| *Margin (%)* | 3.1% | (0.4%) | 6.7% | 3.0% | 2.8% |

**COMPANY AND INDUSTRY INFORMATION**

| | |
|---|---|
| Stock Exchange | NasdaqGS |
| Website | http://www.tetratech.com |
| Employees | 20,000 |
| Latest Fiscal Quarter | 9/30/2012 |
| S&P LT Rating | N/A |
| CIQ Primary Industry | Environmental and Facilities Services |
| SIC Code | 8711 |
| SIC Primary Industry | Engineering Services |
| Headquarters | 3475 East Foothill Boulevard, Pasadena, California, 91107-6024, United States |

| CAPITAL STRUCTURE | | As of | |
|---|---|---|---|
| | 12/31/10 | 12/30/11 | 9/28/12 |
| Share Price | 41.61 | 35.12 | 35.31 |
| Shares Outstanding | 81.3 | 77.3 | 74.5 |
| **Market Capitalization** | **3,382.9** | **2,714.8** | **2,630.6** |
| Plus: Total Debt | 701.8 | 798.5 | 2,153.2 |
| Plus: Preferred Stock | - | - | - |
| Plus: Minority Interest | 83.8 | 107.2 | 133.0 |
| Less: Cash | (573.8) | (436.0) | (289.2) |
| **Enterprise Value** | **3,594.7** | **3,184.5** | **4,627.6** |

| VALUATION MULTIPLE | Fiscal Year Ended, 12/31/10 | 12/30/11 | LTM 9/28/12 | Fiscal Year Ending, 12/31/12 | 12/31/13 |
|---|---|---|---|---|---|
| **EV / Revenue** | **0.4x** | **0.3x** | **0.4x** | **0.4x** | **0.4x** |
| *Growth (%)* | -3% | -15% | N/A | 26% | -10% |
| **EV / EBITDA** | **5.7x** | **5.1x** | **6.0x** | **5.2x** | **4.9x** |
| *Growth (%)* | -18% | -10% | N/A | 2% | -7% |
| **EV / EBIT** | **7.2x** | **6.7x** | **8.1x** | **6.6x** | **6.2x** |
| *Growth (%)* | -23% | -8% | N/A | -1% | -6% |

**PRICE/VOLUME GRAPH**



APPENDIX G – DESCRIPTIONS OF GUIDELINE PUBLIC COMPANIES

## URS Corporation

### BUSINESS DESCRIPTION

URS Corporation provides engineering, construction, and technical services to public agencies and private sector clients worldwide. The company modernizes weapons systems; refurbishes military vehicles and aircraft; trains pilots; manages military and government installations; and provides logistics support for military operations and supports the decommissioning of former military bases for redevelopment, as well as supports programs to eliminate nuclear, chemical, and biological weapons. It offers services to build, expand, and modernize infrastructure, such as surface, air, and rail transportation networks; ports and harbors; and water supply, treatment, and conveyance systems, provides operations and maintenance services for completed projects. In addition, the company develops conventional and unconventional oil and gas resources; and plans, designs, engineers, constructs, retrofits, and maintains various power-generating facilities, and systems that transmit and distribute electricity, as well as develops and installs clean air technologies, engineering, procurement, and construction services for new industrial and process facilities; and for the expansion, modification, and up gradation of existing facilities. The company's services include front-end studies, engineering and process design, procurement, construction and construction management, facility management, and operations and maintenance services, as well as due diligence, permission, compliance, environmental management, pollution control, health and safety, and waste management and remediation services. Additionally, it provides program management; planning, design, and engineering; systems engineering and technical assistance; construction and

| FINANCIAL SUMMARY | Fiscal Year Ended, | | LTM | Fiscal Year Ending, | |
|---|---|---|---|---|---|
| | 12/31/10 | 12/30/11 | 9/28/12 | 12/31/12 | 12/31/13 |
| **Revenue** | 9,177.1 | 9,545.0 | 10,393.0 | 10,974.9 | 12,178.4 |
| *Growth (%)* | *-0.8%* | *4.0%* | *N/A* | *15.0%* | *11.0%* |
| **EBITDA** | 630.1 | 619.4 | 772.3 | 884.2 | 953.4 |
| *Margin (%)* | *6.9%* | *6.5%* | *7.4%* | *8.1%* | *7.8%* |
| **EBIT** | 496.6 | 476.7 | 569.8 | 701.7 | 748.1 |
| *Margin (%)* | *5.4%* | *5.0%* | *5.5%* | *6.4%* | *6.1%* |
| **Net Income** | 287.9 | (42.9) | 691.2 | 324.9 | 347.0 |
| *Margin (%)* | *3.1%* | *(0.4%)* | *6.7%* | *3.0%* | *2.8%* |

| COMPANY AND INDUSTRY INFORMATION | |
|---|---|
| Stock Exchange | 0 |
| Website | http://www.aecom.com |
| Employees | 50,000 |
| Latest Fiscal Quarter | 9/28/2012 |
| S&P LT Rating | N/A |
| CIQ Primary Industry | Construction and Engineering |
| SIC Code | 8711 |
| SIC Primary Industry | Engineering Services |
| Headquarters | 600 Montgomery Street, 26th Floor, San Francisco, California, 94111, United States |

| CAPITAL STRUCTURE | As of | | |
|---|---|---|---|
| | 12/31/10 | 12/30/11 | 9/28/12 |
| Share Price | 41.61 | 35.12 | 35.31 |
| Shares Outstanding | 81.3 | 77.3 | 74.5 |
| **Market Capitalization** | **3,382.9** | **2,714.8** | **2,630.6** |
| Plus: Total Debt | 701.8 | 798.5 | 2,153.2 |
| Plus: Preferred Stock | - | - | - |
| Plus: Minority Interest | 83.8 | 107.2 | 133.0 |
| Less: Cash | (573.8) | (436.0) | (289.2) |
| **Enterprise Value** | **3,594.7** | **3,184.5** | **4,627.6** |

| VALUATION MULTIPLE | Fiscal Year Ended, | | LTM | Fiscal Year Ending, | |
|---|---|---|---|---|---|
| | 12/31/10 | 12/30/11 | 9/28/12 | 12/31/12 | 12/31/13 |
| **EV / Revenue** | **0.4x** | **0.3x** | **0.4x** | **0.4x** | **0.4x** |
| *Growth (%)* | *-3%* | *-15%* | *N/A* | *26%* | *-10%* |
| **EV / EBITDA** | **5.7x** | **5.1x** | **6.0x** | **5.2x** | **4.9x** |
| *Growth (%)* | *-18%* | *-10%* | *N/A* | *2%* | *-7%* |
| **EV / EBIT** | **7.2x** | **6.7x** | **8.1x** | **6.6x** | **6.2x** |
| *Growth (%)* | *-23%* | *-8%* | *N/A* | *-1%* | *-6%* |

### PRICE/VOLUME GRAPH

Volume | IQ190786 Price



# APPENDIX H – EXHIBITS

**LIST OF EXHIBITS**

| | |
|---|---|
| Exhibit 1 | Balance Sheets - As Reported |
| Exhibit 2 | Adjustments to Historical Balance Sheets |
| Exhibit 3 | Balance Sheets - As Adjusted |
| Exhibit 4 | Results of Operations - As Reported |
| Exhibit 5 | Adjustments to Historical Results of Operations |
| Exhibit 6 | Results of Operations - As Adjusted |
| Exhibit 7 | Detailed Comparative Analysis |
| Exhibit 8 | Comparative Summary of Select Financial Fundamentals |
| Exhibit 9 | Working Capital Analysis |
| Exhibit 10 | Forecast |
| Exhibit 11 | Adjustments to Forecast |
| Exhibit 12 | Forecast - As Adjusted |
| Exhibit 13 | Discounted Cash Flow Method |
| Exhibit 14 | Weighted Average Cost Of Capital |
| Exhibit 15 | Calculation Of Trading Multiples |
| Exhibit 16 | Market Approach - Guideline Public Company Method |
| Exhibit 17 | List of Dealstats Merger and Acquisition Transactions |
| Exhibit 18 | Market Approach - Merger and Acquisition Method |
| Exhibit 19 | Reconciliation |
| Exhibit 20 | Final Value Per Share |



**BOWERS + KUBOTA CONSULTING, INC.**
**BALANCE SHEETS - AS REPORTED (1)**

*In U.S. Dollars (Thousands)*

| As of | December 31, | | | | August 31, | December 31, | | | | August 31, |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2008 | 2009 | 2010 | 2011 | 2012 |
| | Compiled F/S | Compiled F/S | Compiled F/S | Compiled F/S | Compiled F/S | Common Size | | | | |
| **Assets** | | | | | | | | | | |
| **Current Assets:** | | | | | | | | | | |
| Cash | $ 313 | $ 703 | $ 638 | $ 402 | $ 3,390 | 14.1% | 25.9% | 5.8% | 3.7% | 22.0% |
| Marketable Securities | 202 | 266 | 2,665 | 3,174 | 3,439 | 9.1% | 9.8% | 24.1% | 28.9% | 22.3% |
| Contracts Receivable | - | - | 5,896 | 3,928 | 2,701 | 0.0% | 0.0% | 53.4% | 35.7% | 17.6% |
| Notes Receivable From Affiliate | - | - | - | 122 | 91 | 0.0% | 0.0% | 0.0% | 1.1% | 0.6% |
| Costs in Excess of Billings | - | - | - | 1,490 | 4,106 | 0.0% | 0.0% | 0.0% | 13.5% | 26.7% |
| Investments in Limited Liability Companies | - | - | - | 249 | 249 | 0.0% | 0.0% | 0.0% | 2.3% | 1.6% |
| Prepaid Expenses | 20 | - | - | 156 | - | 0.9% | 0.0% | 0.0% | 1.4% | 0.0% |
| Other Current Assets | 11 | 5 | 5 | 5 | 5 | 0.5% | 0.2% | 0.0% | 0.0% | 0.0% |
| Total Current Assets | 547 | 974 | 9,205 | 9,524 | 13,980 | 24.7% | 35.9% | 83.3% | 86.6% | 90.8% |
| **Property and Equipment:** | | | | | | | | | | |
| Furniture, Fixtures and Equipment | 431 | 433 | 501 | 597 | 619 | 19.4% | 16.0% | 4.5% | 5.4% | 4.0% |
| Leasehold Improvements | 728 | 728 | 728 | 728 | 728 | 32.8% | 26.8% | 6.6% | 6.6% | 4.7% |
| Vehicles | 669 | 724 | 815 | 865 | 962 | 30.1% | 26.7% | 7.4% | 7.9% | 6.3% |
| Total Cost | 1,828 | 1,886 | 2,044 | 2,190 | 2,310 | 82.4% | 69.5% | 18.5% | 19.9% | 15.0% |
| Less: Accumulated Depreciation | (910) | (1,042) | (918) | (1,129) | (1,226) | -41.0% | -38.4% | -8.3% | -10.3% | -8.0% |
| Net Property and Equipment | 919 | 844 | 1,126 | 1,061 | 1,084 | 41.4% | 31.1% | 10.2% | 9.7% | 7.0% |
| **Other Assets:** | | | | | | | | | | |
| Notes Receivable From Affiliate | 753 | 897 | 715 | 409 | 326 | 34.0% | 33.0% | 6.5% | 3.7% | 2.1% |
| Total Other Assets | 753 | 897 | 715 | 409 | 326 | 34.0% | 33.0% | 6.5% | 3.7% | 2.1% |
| **Total Assets** | $ 2,219 | $ 2,716 | $ 11,046 | $ 10,994 | $ 15,390 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **Liabilities and Shareholders' Capital** | | | | | | | | | | |
| **Current Liabilities:** | | | | | | | | | | |
| Accounts Payable | $ - | $ - | $ 622 | $ 690 | $ 753 | 0.0% | 0.0% | 5.6% | 6.3% | 4.9% |
| Accrued Liabilities | - | - | 1,345 | 1,521 | 1,626 | 0.0% | 0.0% | 12.2% | 13.8% | 10.6% |
| Taxes, Other Than Income Taxes | 1 | 51 | 244 | 220 | 354 | 0.1% | 1.9% | 2.2% | 2.0% | 2.3% |
| Profit Sharing Plan Contribution Payable | 820 | 906 | 995 | 1,133 | 600 | 36.9% | 33.4% | 9.0% | 10.3% | 3.9% |
| Deferred Income Taxes | - | - | 1,346 | 957 | 1,479 | 0.0% | 0.0% | 12.2% | 8.7% | 9.6% |
| Other Current Liabilities | - | 31 | 570 | - | 878 | 0.0% | 1.1% | 5.2% | 0.0% | 5.7% |
| Total Current Liabilities | 821 | 988 | 5,120 | 4,520 | 5,688 | 37.0% | 36.4% | 46.4% | 41.1% | 37.0% |
| **Total Liabilities** | 821 | 988 | 5,120 | 4,520 | 5,688 | 37.0% | 36.4% | 46.4% | 41.1% | 37.0% |
| **Shareholders' Capital:** | | | | | | | | | | |
| Common Stock | 10 | 10 | 20 | 20 | 20 | 0.5% | 0.4% | 0.2% | 0.2% | 0.1% |
| Accumulated Other Comprehensive Income | - | - | 76 | (124) | (19) | 0.0% | 0.0% | 0.7% | -1.1% | -0.1% |
| Retained Earnings | 1,388 | 1,718 | 5,829 | 6,578 | 9,701 | 62.5% | 63.3% | 52.8% | 59.8% | 63.0% |
| Total Shareholders' Capital | 1,398 | 1,728 | 5,926 | 6,474 | 9,702 | 63.0% | 63.6% | 53.6% | 58.9% | 63.0% |
| **Total Liabilities and Shareholders' Capital** | $ 2,219 | $ 2,716 | $ 11,046 | $ 10,994 | $ 15,390 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **Memo Items:** | | | | | | | | | | |
| Interest-Bearing Debt | $ - | $ - | $ - | $ - | $ - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Book Value of Invested Capital | $ 1,398 | $ 1,728 | $ 5,926 | $ 6,474 | $ 9,702 | 63.0% | 63.6% | 53.6% | 58.9% | 63.0% |

**Notes:**

(1) The Company's financial statements were reported on a cash basis as of December 31, 2008 and 2009. Subsequently, the Company's financial statements were reported on an accrual basis.

EXHIBIT 66

**BOWERS + KUBOTA CONSULTING, INC.**
**ADJUSTMENTS TO HISTORICAL BALANCE SHEETS**

*In U.S. Dollars (Thousands)*

| As of | December 31, | | | | August 31, |
|---|---|---|---|---|---|
| | 2008 | 2009 | 2010 | 2011 | 2012 |
| **Assets** | | | | | |
| **Current Assets:** | | | | | |
| (1)   Cash | $      (313) | $      (703) | $        62 | $       298 | $    (2,390) |
| (1)   Marketable Securities | (202) | (266) | (2,665) | (3,174) | (3,439) |
| Contracts Receivable | - | - | - | - | - |
| Notes Receivable From Affiliate | - | - | - | - | - |
| Costs in Excess of Billings | - | - | - | - | - |
| Investments in Limited Liability Companies | - | - | - | - | - |
| Prepaid Expenses | - | - | - | - | - |
| Other Current Assets | - | - | - | - | - |
| Total Current Assets | (516) | (969) | (2,603) | (2,876) | (5,828) |
| | | | | | |
| **Property and Equipment:** | | | | | |
| Furniture, Fixtures and Equipment | - | - | - | - | - |
| Leasehold Improvements | - | - | - | - | - |
| Vehicles | - | - | - | - | - |
| Total Cost | - | - | - | - | - |
| Less: Accumulated Depreciation | - | - | - | - | - |
| Net Property and Equipment | - | - | - | - | - |
| | | | | | |
| **Other Assets:** | | | | | |
| Notes Receivable From Affiliate | - | - | - | - | - |
| Total Other Assets | - | - | - | - | - |
| | | | | | |
| **Total Assets** | $      (516) | $      (969) | $    (2,603) | $    (2,876) | $    (5,828) |
| | | | | | |
| **Liabilities and Shareholders' Capital** | | | | | |
| | | | | | |
| **Current Liabilities:** | | | | | |
| Accounts Payable | $         - | $         - | $         - | $         - | $         - |
| Accrued Liabilities | - | - | - | - | - |
| Taxes, Other Than Income Taxes | - | - | - | - | - |
| Profit Sharing Plan Contribution Payable | - | - | - | - | - |
| Deferred Income Taxes | - | - | - | - | - |
| Other Current Liabilities | - | - | - | - | - |
| Total Current Liabilities | - | - | - | - | - |
| | | | | | |
| **Total Liabilities** | - | - | - | - | - |
| | | | | | |
| **Shareholders' Capital:** | | | | | |
| Common Stock | - | - | - | - | - |
| Accumulated Other Comprehensive Income | - | - | - | - | - |
| (1)   Retained Earnings | (516) | (969) | (2,603) | (2,876) | (5,828) |
| Total Shareholders' Capital | (516) | (969) | (2,603) | (2,876) | (5,828) |
| | | | | | |
| **Total Liabilities and Shareholders' Capital** | $      (516) | $      (969) | $    (2,603) | $    (2,876) | $    (5,828) |

**Notes:**

(1) Excess cash was removed to reflect an adequate level of cash required to meet current liabilities such as accounts payable and profit sharing plan contribution payable. In addition, marketable securities were removed as a result of their nonoperating nature. Accordingly, retained earnings were adjusted to offset the reduction of cash and marketable securities.

**BOWERS + KUBOTA CONSULTING, INC.**
**BALANCE SHEETS - AS ADJUSTED**

*In U.S. Dollars (Thousands)*

| As of | December 31, 2008 | 2009 | 2010 | 2011 | August 31, 2012 | December 31, 2008 | 2009 | 2010 | 2011 | August 31, 2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Common Size | | |
| **Assets** | | | | | | | | | | |
| **Current Assets:** | | | | | | | | | | |
| Cash | $ - | $ - | $ 700 | $ 700 | $ 1,000 | 0.0% | 0.0% | 8.3% | 8.6% | 10.5% |
| Marketable Securities | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Contracts Receivable | - | - | 5,896 | 3,928 | 2,701 | 0.0% | 0.0% | 69.8% | 48.4% | 28.3% |
| Notes Receivable From Affiliate | - | - | - | 122 | 91 | 0.0% | 0.0% | 0.0% | 1.5% | 1.0% |
| Costs in Excess of Billings | - | - | - | 1,490 | 4,106 | 0.0% | 0.0% | 0.0% | 18.3% | 42.9% |
| Investments in Limited Liability Companies | - | - | - | 249 | 249 | 0.0% | 0.0% | 0.0% | 3.1% | 2.6% |
| Prepaid Expenses | 20 | - | - | 156 | - | 1.2% | 0.0% | 0.0% | 1.9% | 0.0% |
| Other Current Assets | 11 | 5 | 5 | 5 | 5 | 0.7% | 0.3% | 0.1% | 0.1% | 0.1% |
| Total Current Assets | 31 | 5 | 6,601 | 6,649 | 8,151 | 1.8% | 0.3% | 78.2% | 81.9% | 85.3% |
| | | | | | | | | | | |
| **Property and Equipment:** | | | | | | | | | | |
| Furniture, Fixtures and Equipment | 431 | 433 | 501 | 597 | 619 | 25.3% | 24.8% | 5.9% | 7.3% | 6.5% |
| Leasehold Improvements | 728 | 728 | 728 | 728 | 728 | 42.8% | 41.7% | 8.6% | 9.0% | 7.6% |
| Vehicles | 669 | 724 | 815 | 865 | 962 | 39.3% | 41.5% | 9.7% | 10.7% | 10.1% |
| Total Cost | 1,828 | 1,886 | 2,044 | 2,190 | 2,310 | 107.3% | 108.0% | 24.2% | 27.0% | 24.2% |
| Less: Accumulated Depreciation | (910) | (1,042) | (918) | (1,129) | (1,226) | -53.4% | -59.6% | -10.9% | -13.9% | -12.8% |
| Net Property and Equipment | 919 | 844 | 1,126 | 1,061 | 1,084 | 53.9% | 48.3% | 13.3% | 13.1% | 11.3% |
| | | | | | | | | | | |
| **Other Assets:** | | | | | | | | | | |
| Notes Receivable From Affiliate | 753 | 897 | 715 | 409 | 326 | 44.2% | 51.4% | 8.5% | 5.0% | 3.4% |
| Total Other Assets | 753 | 897 | 715 | 409 | 326 | 44.2% | 51.4% | 8.5% | 5.0% | 3.4% |
| | | | | | | | | | | |
| **Total Assets** | $ 1,703 | $ 1,747 | $ 8,443 | $ 8,119 | $ 9,561 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | | | | | | |
| **Liabilities and Shareholders' Capital** | | | | | | | | | | |
| | | | | | | | | | | |
| **Current Liabilities:** | | | | | | | | | | |
| Accounts Payable | $ - | $ - | $ 622 | $ 690 | $ 753 | 0.0% | 0.0% | 7.4% | 8.5% | 7.9% |
| Accrued Liabilities | - | - | 1,345 | 1,521 | 1,626 | 0.0% | 0.0% | 15.9% | 18.7% | 17.0% |
| Taxes, Other Than Income Taxes | 1 | 51 | 244 | 220 | 354 | 0.1% | 2.9% | 2.9% | 2.7% | 3.7% |
| Profit Sharing Plan Contribution Payable | 820 | 906 | 995 | 1,133 | 600 | 48.1% | 51.9% | 11.8% | 13.9% | 6.3% |
| Deferred Income Taxes | - | - | 1,346 | 957 | 1,479 | 0.0% | 0.0% | 15.9% | 11.8% | 15.5% |
| Other Current Liabilities | - | 31 | 570 | - | 878 | 0.0% | 1.8% | 6.7% | 0.0% | 9.2% |
| Total Current Liabilities | 821 | 988 | 5,120 | 4,520 | 5,688 | 48.2% | 56.5% | 60.6% | 55.7% | 59.5% |
| | | | | | | | | | | |
| **Total Liabilities** | 821 | 988 | 5,120 | 4,520 | 5,688 | 48.2% | 56.5% | 60.6% | 55.7% | 59.5% |
| | | | | | | | | | | |
| **Shareholders' Capital:** | | | | | | | | | | |
| Common Stock | 10 | 10 | 20 | 20 | 20 | 0.6% | 0.6% | 0.2% | 0.2% | 0.2% |
| Accumulated Other Comprehensive Income | - | - | 76 | (124) | (19) | 0.0% | 0.0% | 0.9% | -1.5% | -0.2% |
| Retained Earnings | 872 | 749 | 3,226 | 3,702 | 3,872 | 51.2% | 42.9% | 38.2% | 45.6% | 40.5% |
| Total Shareholders' Capital | 882 | 759 | 3,322 | 3,598 | 3,873 | 51.8% | 43.5% | 39.4% | 44.3% | 40.5% |
| | | | | | | | | | | |
| **Total Liabilities and Shareholders' Capital** | $ 1,703 | $ 1,747 | $ 8,443 | $ 8,119 | $ 9,561 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | | | | | | |
| **Memo Items:** | | | | | | | | | | |
| Total Interest-Bearing Debt | $ - | $ - | $ - | $ - | $ - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Book Value of Invested Capital | $ 882 | $ 759 | $ 3,322 | $ 3,598 | $ 3,873 | 51.8% | 43.5% | 39.4% | 44.3% | 40.5% |

**BOWERS + KUBOTA CONSULTING, INC.**
**RESULTS OF OPERATIONS - AS REPORTED (1)**

*In U.S. Dollars (Thousands)*

| | For the Years Ended December 31, | | | | Pro Forma December 31, | For the Years Ended December 31, | | | | Pro Forma December 31, |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2008 | 2009 | 2010 | 2011 | 2012 |
| | *Compiled F/S* | *Compiled F/S* | *Compiled F/S* | *Compiled F/S* | *Projections* | Common Size | | | | |
| **Revenue** | $ 15,016 | $ 15,430 | $ 27,551 | $ 21,454 | $ 28,858 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **Operating Expenses:** | | | | | | | | | | |
| Officers' Salaries | 1,583 | 2,034 | 2,399 | 2,484 | 1,748 | 10.5% | 13.2% | 8.7% | 11.6% | 6.1% |
| Depreciation | 441 | 176 | 214 | 211 | 189 | 2.9% | 1.1% | 0.8% | 1.0% | 0.7% |
| Salaries and Wages | 3,838 | 4,147 | 6,078 | 5,848 | 7,461 | 25.6% | 26.9% | 22.1% | 27.3% | 25.9% |
| Bonuses | 2,743 | 2,777 | 2,966 | 3,129 | 850 | 18.3% | 18.0% | 10.8% | 14.6% | 2.9% |
| Subconsultants | 2,221 | 1,577 | 4,712 | 3,154 | 5,410 | 14.8% | 10.2% | 17.1% | 14.7% | 18.7% |
| Taxes, Other Than Income Taxes | 1,048 | 1,154 | 1,671 | 1,542 | 1,533 | 7.0% | 7.5% | 6.1% | 7.2% | 5.3% |
| Profit Sharing Plan Contribution | 820 | 906 | 995 | 1,133 | 600 | 5.5% | 5.9% | 3.6% | 5.3% | 2.1% |
| Insurance | 625 | 757 | 1,067 | 1,053 | 968 | 4.2% | 4.9% | 3.9% | 4.9% | 3.4% |
| Office | 241 | 289 | 363 | 362 | 326 | 1.6% | 1.9% | 1.3% | 1.7% | 1.1% |
| Rent | 346 | 343 | 335 | 301 | 303 | 2.3% | 2.2% | 1.2% | 1.4% | 1.0% |
| Outside Services | 84 | 96 | 77 | 288 | 169 | 0.6% | 0.6% | 0.3% | 1.3% | 0.6% |
| Vehicle | 187 | 170 | 191 | 236 | 221 | 1.2% | 1.1% | 0.7% | 1.1% | 0.8% |
| Travel | 198 | 183 | 156 | 222 | 263 | 1.3% | 1.2% | 0.6% | 1.0% | 0.9% |
| Telephone and Utilities | 82 | 81 | 91 | 98 | 93 | 0.5% | 0.5% | 0.3% | 0.5% | 0.3% |
| Reproduction | 31 | 22 | 63 | 67 | 82 | 0.2% | 0.1% | 0.2% | 0.3% | 0.3% |
| Employees' Benefits | 48 | 62 | 90 | 57 | 41 | 0.3% | 0.4% | 0.3% | 0.3% | 0.1% |
| Advertising, Entertainment and Promotion | 23 | 30 | 34 | 50 | 44 | 0.2% | 0.2% | 0.1% | 0.2% | 0.2% |
| Other Operating Expenses | 110 | 121 | 104 | 111 | 112 | 0.7% | 0.8% | 0.4% | 0.5% | 0.4% |
| Total Operating Expenses | 14,668 | 14,927 | 21,606 | 20,345 | 20,412 | 97.7% | 96.7% | 78.4% | 94.8% | 70.7% |
| **Income From Operations** | 347 | 503 | 5,944 | 1,109 | 8,447 | 2.3% | 3.3% | 21.6% | 5.2% | 29.3% |
| **Other Income (Expenses):** | | | | | | | | | | |
| Interest and Dividend Income | 61 | - | - | 162 | - | 0.4% | 0.0% | 0.0% | 0.8% | 0.0% |
| Total Other Income (Expenses) | 61 | - | - | 162 | - | 0.4% | 0.0% | 0.0% | 0.8% | 0.0% |
| **Earnings Before Taxes** | 409 | 503 | 5,944 | 1,271 | 8,447 | 2.7% | 3.3% | 21.6% | 5.9% | 29.3% |
| **Total Income Taxes** | 148 | 173 | 2,093 | 422 | - | 1.0% | 1.1% | 7.6% | 2.0% | 0.0% |
| *Effective Tax Rate* | 36.3% | 34.4% | 35.2% | 33.2% | 0.0% | | | | | |
| **Net Income** | $ 261 | $ 330 | $ 3,852 | $ 849 | $ 8,447 | 1.7% | 2.1% | 14.0% | 4.0% | 29.3% |

| **Memo Items:** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EBITDA | $ 789 | $ 679 | $ 6,158 | $ 1,320 | $ 8,635 | 5.3% | 4.4% | 22.4% | 6.2% | 29.9% |
| Depreciation and Amortization | $ 441 | $ 176 | $ 214 | $ 211 | $ 189 | 2.9% | 1.1% | 0.8% | 1.0% | 0.7% |
| EBIT | $ 347 | $ 503 | $ 5,944 | $ 1,109 | $ 8,447 | 2.3% | 3.3% | 21.6% | 5.2% | 29.3% |
| Capital Expenditures | $ 1,084 | $ 102 | $ 495 | $ 146 | N/A | 7.2% | 0.7% | 1.8% | 0.7% | N/A |

| **Year-Over-Year Growth:** | | | | | | | | | | 2-Year CAGR (2) |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | N/A | 2.8% | 78.5% | -22.1% | 34.5% | | | | | 2.3% |
| EBITDA | N/A | -13.9% | 806.8% | -78.6% | 554.3% | | | | | 18.4% |
| EBIT | N/A | 44.8% | 1081.2% | -81.3% | 661.5% | | | | | 19.2% |
| Earnings Before Taxes | N/A | 23.1% | 1081.2% | -78.6% | 564.7% | | | | | 19.2% |

Notes:
(1) The Company's financial statements were reported on a cash basis as of December 31, 2008 and 2009. Subsequently, the Company's financial statements were reported on an accrual basis.
(2) The Pro Forma December 31, 2012 CAGR is a two-year CAGR beginning with 2010.

**BOWERS + KUBOTA CONSULTING, INC.**
**ADJUSTMENTS TO HISTORICAL RESULTS OF OPERATIONS**

*In U.S. Dollars (Thousands)*

| | 2008 | 2009 | 2010 | 2011 | Pro Forma December 31, 2012 |
|---|---|---|---|---|---|
| | For the Years Ended December 31, | | | | |
| **Revenue** | $ - | $ - | $ - | $ - | $ - |
| **Operating Expenses:** | | | | | |
| (1) Officers' Salaries | (907) | (1,354) | (1,583) | (1,692) | (962) |
| Depreciation | - | - | - | - | - |
| Salaries and Wages | - | - | - | - | - |
| - Bonuses | - | - | - | - | - |
| Subconsultants | - | - | - | - | - |
| (1) Taxes, Other Than Income Taxes | (69) | (104) | (121) | (129) | (74) |
| - Profit Sharing Plan Contribution | - | - | - | - | - |
| Insurance | - | - | - | - | - |
| Office | - | - | - | - | - |
| Rent | - | - | - | - | - |
| Outside Services | - | - | - | - | - |
| Vehicle | - | - | - | - | - |
| Travel | - | - | - | - | - |
| Telephone and Utilities | - | - | - | - | - |
| Reproduction | - | - | - | - | - |
| Employees' Benefits | - | - | - | - | - |
| Advertising, Entertainment and Promotion | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - |
| Total Operating Expenses | (977) | (1,457) | (1,704) | (1,822) | (1,036) |
| **Income From Operations** | 977 | 1,457 | 1,704 | 1,822 | 1,036 |
| **Other Income (Expenses):** | | | | | |
| Interest and Dividend Income | (61) | - | - | (162) | - |
| Total Other Income (Expenses) | (61) | - | - | (162) | - |
| **Earnings Before Taxes** | 915 | 1,457 | 1,704 | 1,660 | 1,036 |
| **Total Income Taxes** | 315 | 514 | 586 | 605 | 3,321 |

**Notes:**

(1) Officers' Salaries Adjustments:

| | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|
| Officers' Compensation as Reported | $ 1,583 | $ 2,034 | $ 2,399 | $ 2,484 | $ 1,748 |
| Officers' Compensation as Adjusted | (676) | (680) | (816) | (792) | (786) |
| Total Adjustment | $ 907 | $ 1,354 | $ 1,583 | $ 1,692 | $ 962 |
| Payroll Tax as Reported | $ 121 | $ 156 | $ 184 | $ 190 | $ 134 |
| Payroll Tax as Adjusted | (52) | (52) | (62) | (61) | (60) |
| Total Adjustment | $ 69 | $ 104 | $ 121 | $ 129 | $ 74 |

**BOWERS + KUBOTA CONSULTING, INC.**
**RESULTS OF OPERATIONS - AS ADJUSTED**

*In U.S. Dollars (Thousands)*

| | For the Years Ended December 31, | | | | Pro Forma December 31, | For the Years Ended December 31, | | | | Pro Forma December 31, |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2008 | 2009 | 2010 | 2011 | 2012 |
| | | | | | | | | Common Size | | |
| Revenue | $ 15,016 | $ 15,430 | $ 27,551 | $ 21,454 | $ 28,858 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **Operating Expenses:** | | | | | | | | | | |
| Officers' Salaries | 676 | 680 | 816 | 792 | 786 | 4.5% | 4.4% | 3.0% | 3.7% | 2.7% |
| Depreciation | 441 | 176 | 214 | 211 | 189 | 2.9% | 1.1% | 0.8% | 1.0% | 0.7% |
| Salaries and Wages | 3,838 | 4,147 | 6,078 | 5,848 | 7,461 | 25.6% | 26.9% | 22.1% | 27.3% | 25.9% |
| Bonuses | 2,743 | 2,777 | 2,966 | 3,129 | 850 | 18.3% | 18.0% | 10.8% | 14.6% | 2.9% |
| Subconsultants | 2,221 | 1,577 | 4,712 | 3,154 | 5,410 | 14.8% | 10.2% | 17.1% | 14.7% | 18.7% |
| Taxes, Other Than Income Taxes | 979 | 1,051 | 1,550 | 1,412 | 1,459 | 6.5% | 6.8% | 5.6% | 6.6% | 5.1% |
| Profit Sharing Plan Contribution | 820 | 906 | 995 | 1,133 | 600 | 5.5% | 5.9% | 3.6% | 5.3% | 2.1% |
| Insurance | 625 | 757 | 1,067 | 1,053 | 968 | 4.2% | 4.9% | 3.9% | 4.9% | 3.4% |
| Office | 241 | 289 | 363 | 362 | 326 | 1.6% | 1.9% | 1.3% | 1.7% | 1.1% |
| Rent | 346 | 343 | 335 | 301 | 303 | 2.3% | 2.2% | 1.2% | 1.4% | 1.0% |
| Outside Services | 84 | 96 | 77 | 288 | 169 | 0.6% | 0.6% | 0.3% | 1.3% | 0.6% |
| Vehicle | 187 | 170 | 191 | 236 | 221 | 1.2% | 1.1% | 0.7% | 1.1% | 0.8% |
| Travel | 198 | 183 | 156 | 222 | 263 | 1.3% | 1.2% | 0.6% | 1.0% | 0.9% |
| Telephone and Utilities | 82 | 81 | 91 | 98 | 93 | 0.5% | 0.5% | 0.3% | 0.5% | 0.3% |
| Reproduction | 31 | 22 | 63 | 67 | 82 | 0.2% | 0.1% | 0.2% | 0.3% | 0.3% |
| Employees' Benefits | 48 | 62 | 90 | 57 | 41 | 0.3% | 0.4% | 0.3% | 0.3% | 0.1% |
| Advertising, Entertainment and Promotion | 23 | 30 | 34 | 50 | 44 | 0.2% | 0.2% | 0.1% | 0.2% | 0.2% |
| Other Operating Expenses | 110 | 121 | 104 | 111 | 112 | 0.7% | 0.8% | 0.4% | 0.5% | 0.4% |
| Total Operating Expenses | 13,692 | 13,470 | 19,902 | 18,523 | 19,376 | 91.2% | 87.3% | 72.2% | 86.3% | 67.1% |
| **Income From Operations** | 1,324 | 1,961 | 7,649 | 2,931 | 9,482 | 8.8% | 12.7% | 27.8% | 13.7% | 32.9% |
| **Other Income (Expenses):** | | | | | | | | | | |
| Interest and Dividend Income | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Other Income (Expenses) | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Earnings Before Taxes** | 1,324 | 1,961 | 7,649 | 2,931 | 9,482 | 8.8% | 12.7% | 27.8% | 13.7% | 32.9% |
| **Total Income Taxes** | 464 | 687 | 2,679 | 1,027 | 3,321 | 3.1% | 4.5% | 9.7% | 4.8% | 11.5% |
| *Effective Tax Rate* | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | | | | | |
| **Net Income** | $ 860 | $ 1,274 | $ 4,970 | $ 1,904 | $ 6,161 | 5.7% | 8.3% | 18.0% | 8.9% | 21.4% |
| **Memo Items:** | | | | | | | | | | |
| EBITDA | $ 1,765 | $ 2,137 | $ 7,862 | $ 3,142 | $ 9,671 | 11.8% | 13.8% | 28.5% | 14.6% | 33.5% |
| Depreciation and Amortization | $ 441 | $ 176 | $ 214 | $ 211 | 189 | 2.9% | 1.1% | 0.8% | 1.0% | 0.7% |
| EBIT | $ 1,324 | $ 1,961 | $ 7,649 | $ 2,931 | $ 9,482 | 8.8% | 12.7% | 27.8% | 13.7% | 32.9% |
| Capital Expenditures | $ 1,084 | $ 102 | $ 495 | $ 146 | N/A | 7.2% | 0.7% | 1.8% | 0.7% | N/A |

| Year-Over-Year Growth | | | | | | | | | | 2-Year CAGR |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | N/A | 2.8% | 78.5% | -22.1% | 34.5% | | | | 2.3% |
| EBITDA | | N/A | 21.0% | 268.0% | -60.0% | 207.9% | | | | 10.9% |
| EBIT | | N/A | 48.1% | 290.1% | -61.7% | 223.5% | | | | 11.3% |
| Earnings Before Taxes | | N/A | 48.1% | 290.1% | -61.7% | 223.5% | | | | 11.3% |

**BOWERS + KOBUTA CONSULTING, INC.**
**DETAILED COMPARATIVE ANALYSIS**

| TICKER | NYSE:ACM | NYSE:J | NYSE:FLR | NYSE:MTZ | TSX:WSP | TSX:STN | IQ288890 | IQ190786 | NYSE:TPC | NASDAQ GS:TTEK | IQ190786 | Min | 1st Quartile | Median | 3rd Quartile | Max | BOWERS + KOBUTA CONSULTING, INC. (1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Latest Completed Twelve-Month Period Ended | 9/30/2012 | 9/28/2012 | 12/31/2011 | 9/30/2012 | 9/29/2012 | 9/30/2012 | 9/30/2012 | 9/28/2012 | 9/30/2012 | 9/30/2012 | 9/28/2012 | | | | | | |
| **Income Statements, Common Size** | | | | | | | | | | | | | | | | | |
| Sales, Net | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Cost of Sales | 94.9% | 84.1% | 95.1% | 87.9% | 77.5% | 45.3% | 83.9% | 91.9% | 89.9% | 82.2% | 91.9% | 45.3% | 83.1% | 87.9% | 91.9% | 95.1% | nmf |
| Gross Profit | 5.1% | 15.9% | 4.9% | 12.1% | 22.5% | 54.7% | 16.1% | 8.1% | 10.1% | 17.8% | 8.1% | 4.9% | 8.1% | 12.1% | 16.9% | 54.7% | 100.0% |
| SG&A | 1.0% | 10.4% | 0.7% | 6.7% | 3.6% | 43.7% | 13.8% | 2.6% | 6.5% | 10.3% | 2.6% | 0.7% | 2.6% | 6.5% | 10.3% | 43.7% | 61.6% |
| Other Operating Expenses | 0.0% | 0.0% | 0.0% | 0.0% | 11.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 11.3% | nmf |
| EBIT | 4.1% | 5.5% | 4.2% | 5.4% | 7.6% | 11.0% | 2.3% | 5.5% | 3.5% | 7.5% | 5.5% | 2.3% | 4.2% | 5.5% | 6.5% | 11.0% | 38.4% |
| Interest Expense | -0.6% | -0.1% | 0.1% | -1.1% | -0.6% | -0.6% | 0.0% | -0.6% | -1.0% | -0.3% | -0.6% | -1.1% | -0.6% | -0.6% | -0.2% | 0.1% | nmf |
| Other Income (Expense) | -3.3% | 0.0% | 0.0% | -0.3% | -1.6% | -5.9% | -0.1% | 5.2% | -9.3% | 0.7% | 5.2% | -9.3% | -2.4% | -0.1% | 0.4% | 5.2% | nmf |
| Pretax Income | 0.2% | 5.4% | 4.3% | 4.0% | 5.5% | 4.5% | 2.2% | 10.1% | -6.7% | 8.0% | 10.1% | -6.7% | 3.1% | 4.5% | 6.7% | 10.1% | 38.4% |
| Income Tax Expense | -0.9% | -1.9% | -1.3% | -1.6% | -1.8% | -2.7% | -0.8% | -2.4% | -0.1% | -2.8% | -2.4% | -2.8% | -2.4% | -1.8% | -1.1% | -0.1% | 13.5% |
| Net Income to Common | -0.7% | 3.5% | 2.5% | 2.3% | 3.7% | 1.8% | 1.6% | 6.7% | -6.9% | 5.2% | 6.7% | -6.9% | 1.7% | 2.5% | 4.4% | 6.7% | 25.0% |
| Depreciation and Amortization | 1.2% | 0.9% | 0.9% | 2.5% | 3.2% | 3.1% | 2.9% | 1.9% | 1.5% | 2.8% | 1.9% | 0.9% | 1.3% | 1.9% | 2.9% | 3.2% | 0.7% |
| EBITDA | 5.3% | 6.4% | 5.1% | 7.8% | 10.8% | 14.1% | 5.2% | 7.4% | 5.0% | 10.3% | 7.4% | 5.0% | 5.3% | 7.4% | 9.0% | 14.1% | 39.1% |
| **Balance Sheets, Common Size** | | | | | | | | | | | | | | | | | |
| Cash | 10.5% | 15.1% | 27.3% | 0.5% | 3.5% | 2.4% | 17.5% | 3.3% | 5.7% | 6.3% | 3.3% | 0.5% | 3.3% | 5.7% | 12.8% | 27.3% | 10.5% |
| Accounts Receivable | 42.3% | 34.3% | 38.5% | 39.8% | 41.5% | 37.3% | 46.4% | 33.4% | 51.4% | 42.3% | 33.4% | 33.4% | 35.8% | 39.8% | 42.3% | 51.4% | 28.3% |
| Inventory | 0.0% | 0.0% | 0.0% | 4.1% | 0.0% | 0.0% | 0.0% | 0.9% | 0.0% | 0.0% | 0.9% | 0.0% | 0.0% | 0.0% | 0.5% | 4.1% | nmf |
| Other Current Assets | 2.8% | 3.4% | 5.3% | 2.3% | 0.0% | 0.0% | 4.1% | 2.5% | 3.5% | 2.9% | 2.5% | 0.0% | 2.4% | 2.8% | 3.5% | 5.3% | 46.5% |
| Total Current Assets | 55.6% | 52.8% | 71.1% | 46.7% | 45.0% | 41.0% | 68.0% | 40.0% | 60.6% | 51.4% | 40.0% | 40.0% | 43.0% | 51.4% | 58.1% | 71.1% | 85.3% |
| Fixed Assets, Net | 5.8% | 4.8% | 11.1% | 13.1% | 5.1% | 7.5% | 4.5% | 7.1% | 15.1% | 4.4% | 7.1% | 4.4% | 5.0% | 7.1% | 9.3% | 15.1% | 11.3% |
| Investments in Affiliates | 1.6% | 2.7% | 7.7% | 0.6% | 1.7% | 4.5% | 0.0% | 3.1% | 1.4% | 0.2% | 3.1% | 0.0% | 0.0% | 1.7% | 3.1% | 7.7% | nmf |
| Intangible Assets, Net | 33.1% | 33.0% | 1.2% | 37.6% | 46.4% | 43.9% | 25.3% | 46.0% | 21.7% | 42.5% | 46.0% | 1.2% | 29.1% | 37.6% | 45.0% | 46.4% | nmf |
| Other Assets | 4.0% | 6.7% | 8.9% | 1.9% | 1.8% | 3.0% | 2.1% | 3.8% | 1.2% | 1.4% | 3.8% | 1.2% | 1.8% | 3.0% | 3.9% | 8.9% | 3.4% |
| Total Assets | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Accounts Payable | 13.4% | 5.5% | 21.0% | 19.7% | 18.6% | 15.2% | 10.3% | 9.2% | 23.2% | 9.2% | 9.2% | 5.5% | 9.2% | 13.4% | 19.1% | 23.2% | 7.9% |
| Debt, Current | 2.9% | 0.0% | 0.2% | 1.9% | 2.2% | 3.5% | 0.0% | 1.1% | 2.0% | 0.1% | 1.1% | 0.0% | 0.2% | 1.1% | 2.1% | 3.5% | nmf |
| Income Tax Payable | 0.2% | 0.7% | 0.0% | 1.0% | 0.4% | 0.0% | 0.1% | 0.0% | 0.0% | 0.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.3% | 1.0% | nmf |
| Other Current Liabilities | 20.2% | 19.4% | 25.2% | 11.5% | 5.8% | 6.1% | 22.9% | 12.5% | 15.7% | 20.8% | 12.5% | 5.8% | 12.0% | 15.7% | 20.5% | 25.2% | 51.6% |
| Total Current Liabilities | 36.7% | 25.5% | 46.4% | 34.1% | 27.0% | 24.7% | 33.3% | 22.8% | 40.8% | 30.1% | 22.8% | 22.8% | 25.1% | 30.1% | 35.4% | 46.4% | 59.5% |
| Debt, Noncurrent | 16.0% | 7.7% | 6.2% | 18.7% | 13.0% | 17.1% | 0.0% | 23.3% | 19.7% | 4.9% | 23.3% | 0.0% | 7.0% | 16.0% | 19.2% | 23.3% | nmf |
| Other Liabilities | 8.0% | 11.6% | 5.5% | 10.0% | 9.1% | 9.7% | 7.1% | 11.5% | 5.5% | 4.0% | 11.5% | 4.0% | 6.3% | 9.1% | 10.8% | 11.6% | nmf |
| Total Liabilities | 60.7% | 44.9% | 58.2% | 62.8% | 49.1% | 51.5% | 40.4% | 57.6% | 66.0% | 39.0% | 57.6% | 39.0% | 47.0% | 57.6% | 59.4% | 66.0% | 59.5% |
| Noncontrolling Interest | 1.0% | 0.7% | 0.8% | 0.0% | 0.1% | 0.0% | 0.2% | 1.5% | 0.0% | 0.1% | 1.5% | 0.0% | 0.0% | 0.2% | 0.9% | 1.5% | nmf |
| Equity, Preferred | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | nmf |
| Equity, Common | 38.3% | 54.4% | 41.1% | 37.2% | 50.8% | 48.5% | 59.5% | 40.9% | 34.0% | 61.0% | 40.9% | 34.0% | 39.6% | 41.1% | 52.6% | 61.0% | 40.5% |
| Total Liabilities and Equity | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **Profitability Ratios** | | | | | | | | | | | | | | | | | |
| EBITDA Margin | 5.3% | 6.4% | 5.1% | 7.8% | 10.8% | 14.1% | 5.2% | 7.4% | 5.0% | 10.3% | 7.4% | 5.0% | 5.3% | 7.4% | 9.0% | 14.1% | 39.1% |
| EBIT Margin | 4.1% | 5.5% | 4.2% | 5.4% | 7.6% | 11.0% | 2.3% | 5.5% | 3.5% | 7.5% | 5.5% | 2.3% | 4.2% | 5.5% | 6.5% | 11.0% | 38.4% |
| **Activity Ratios** | | | | | | | | | | | | | | | | | |
| Days in Receivables | 107.1 | 74.2 | 45.8 | 82.0 | 198.2 | 119.4 | 95.5 | 93.9 | 148.6 | 123.7 | 93.9 | 45.8 | 87.9 | 95.5 | 121.5 | 198.2 | 66.8 |
| Days in Payables | 33.7 | 14.5 | 26.0 | 45.2 | 105.8 | 108.3 | 25.9 | 28.4 | 74.9 | 35.0 | 28.4 | 14.5 | 27.2 | 33.7 | 60.1 | 108.3 | 11.7 |
| Cash Conversion Cycle | 73.4 | 59.7 | 19.8 | 47.8 | 92.4 | 11.1 | 69.6 | 67.0 | 73.7 | 88.7 | 67.0 | 11.1 | 53.8 | 67.0 | 73.5 | 92.4 | 55.1 |
| CAPEX as % of Sales | 0.8% | 0.9% | 1.4% | 1.8% | 1.5% | 1.7% | 0.4% | 1.0% | 1.5% | 1.2% | 1.0% | 0.4% | 1.0% | 1.2% | 1.5% | 1.8% | nmf |
| Cash-Free and Debt-Free Working Capital as % of Sales | 7.8% | 7.6% | -0.8% | 8.7% | 32.3% | 16.3% | 10.8% | 12.8% | 12.6% | 12.5% | 12.8% | -0.8% | 8.2% | 12.5% | 12.8% | 32.3% | 7.7% |
| **Coverage and Leverage Ratios** | | | | | | | | | | | | | | | | | |
| Current Ratio | 1.3 | 1.5 | 0.9 | 1.4 | 1.7 | 1.8 | 1.5 | 1.7 | 1.4 | 1.5 | 1.7 | 0.9 | 1.4 | 1.5 | 1.7 | 1.8 | 1.4 |
| Debt-to-Equity Ratio | 48.1% | 14.0% | 15.4% | 55.5% | 29.9% | 0.4 | 0.0 | 0.6 | 0.6 | 0.1 | 0.6 | 0.1% | 14.7% | 42.4% | 56.6% | 63.7% | nmf |
| **Growth, Historical** | | | | | | | | | | | | | | | | | |
| Sales - 2-Year CAGR | 12.0% | 4.8% | 3.1% | 32.1% | 18.6% | 6.9% | 10.0% | 1.6% | -15.1% | 17.7% | 1.6% | -15.1% | 2.4% | 6.9% | 14.9% | 32.1% | 2.3% |
| EBITDA - 2-Year CAGR | 5.0% | 13.4% | -4.6% | 27.3% | 3.5% | 6.6% | 6.8% | 7.0% | -7.5% | 14.8% | 7.0% | -7.5% | 4.2% | 6.8% | 10.2% | 27.3% | -3.0% |

**Notes:**
(1) The Company's financial data related to the income statement derives from the adjusted pro forma income statement for the year ended December 31, 2012. However, balance sheet data was sourced from the Company's adjusted balance sheet as of August 31, 2012, which was the latest information available.

# EXHIBIT 8
## BOWERS + KOBUTA CONSULTING, INC.
### COMPARATIVE SUMMARY OF SELECT FINANCIAL FUNDAMENTALS

| Company Name | Ticker | Latest Reported (in millions of USD, except for margin data) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Revenue | Total Assets | Profitability | | | Historical Growth (a) | |
| | | | | Gross Profit Margin | EBITDA Margin | EBIT Margin | Revenue | EBITDA |
| AECOM | NYSE:ACM | $ 8,218.2 | $ 5,664.6 | 5.1% | 5.3% | 4.1% | 12.0% | 5.0% |
| Jacobs Engineering Group Inc. | NYSE:J | 10,893.8 | 6,839.4 | 15.9% | 6.4% | 5.5% | 4.8% | 13.4% |
| Fluor Corporation | NYSE:FLR | 23,381.4 | 8,268.4 | 4.9% | 5.1% | 4.2% | 3.1% | -4.6% |
| MasTec, Inc. | NYSE:MTZ | 3,526.0 | 2,195.9 | 12.1% | 7.8% | 5.4% | 32.1% | 27.3% |
| WSP Global Inc. | TSX:WSP | 931.5 | 1,796.4 | 22.5% | 10.8% | 7.6% | 18.6% | 3.5% |
| Stantec Inc. | TSX:STN | 1,545.6 | 1,455.0 | 54.7% | 14.1% | 11.0% | 6.9% | 6.6% |
| Michael Baker Corporation | IQ288890 | 608.4 | 382.4 | 16.1% | 5.2% | 2.3% | 10.0% | 6.8% |
| URS Corporation | IQ190786 | 10,393.0 | 8,821.2 | 8.1% | 7.4% | 5.5% | 1.6% | 7.0% |
| Tutor Perini Corporation | NYSE:TPC | 4,112.0 | 3,235.5 | 10.1% | 5.0% | 3.5% | -15.1% | -7.5% |
| Tetra Tech, Inc. | NASDAQGS:TTEK | 2,022.1 | 1,671.0 | 17.8% | 10.3% | 7.5% | 17.7% | 14.8% |
| URS Corporation | IQ190786 | 10,393.0 | 8,821.2 | 8.1% | 7.4% | 5.5% | 1.6% | 7.0% |
| **Low** | | **$ 608.4** | **$ 382.4** | **4.9%** | **5.0%** | **2.3%** | **-15.1%** | **-7.5%** |
| **Median** | | **$ 4,112.0** | **$ 3,235.5** | **12.1%** | **7.4%** | **5.5%** | **6.9%** | **6.8%** |
| **High** | | **$ 23,381.4** | **$ 8,821.2** | **54.7%** | **14.1%** | **11.0%** | **32.1%** | **27.3%** |
| **BOWERS + KOBUTA CONSULTING, INC.** | | **$ 28.9** | **$ 9.6** | **100.0%** | **39.1%** | **38.4%** | **2.3%** | **-3.0%** |

**Notes:**

nmf- *not meaningful figure.*

LTM- *latest twelve months.*

(a) 2-year compound average growth rate.

Exhibit 8

**BOWERS + KUBOTA CONSULTING, INC.**
**WORKING CAPITAL ANALYSIS**

*In U.S. Dollars (Thousands)*

| | | BOWERS + KUBOTA CONSULTING, INC. | |
| --- | --- | --- | --- |
| | 2010 | 2011 | 8/31/2012 |
| **Working Capital to Revenue Method:** | | | |
| Revenue | $ 27,551 | $ 21,454 | $ 19,052 |
| | | | |
| Current Assets | | | |
| Cash and Cash Equivalents | $ 700 | $ 700 | $ 1,000 |
| Accounts Receivable | 5,896 | 3,928 | 2,701 |
| Inventories | - | - | - |
| Other Current Assets | 5 | 2,021 | 4,450 |
| Total Current Assets | 6,601 | 6,649 | 8,151 |
| | | | |
| Current Liabilities | | | |
| Short-Term Debt | - | - | - |
| Current Portion of Long-Term Debt | - | - | - |
| Accounts Payable | 622 | 690 | 753 |
| Accrued Expenses and Other | 4,499 | 3,830 | 4,936 |
| Total Current Liabilities | 5,120 | 4,520 | 5,688 |
| | | | |
| Working Capital | 1,481 | 2,128 | 2,463 |
| Cash-Free Working Capital | 781 | 1,428 | 1,463 |
| Debt-Free Working Capital | 1,481 | 2,128 | 2,463 |
| Cash-Free and Debt-Free Working Capital | 781 | 1,428 | 1,463 |
| | | | |
| **As % Of Revenue:** | | | |
| Working Capital | 5.4% | 9.9% | 12.9% |
| Cash-Free Working Capital | 2.8% | 6.7% | 7.7% |
| Debt-Free Working Capital | 5.4% | 9.9% | 12.9% |
| Cash-Free and Debt-Free Working Capital | 2.8% | 6.7% | 7.7% |

| | Company | | |
| --- | --- | --- | --- |
| Working Capital Indications (As % of Revenue) | Min | Average | Max |
| Working Capital | 5.4% | 9.4% | 12.9% |
| Cash-Free Working Capital | 2.8% | 5.7% | 7.7% |
| Debt-Free Working Capital | 5.4% | 9.4% | 12.9% |
| Cash-Free and Debt-Free Working Capital | 2.8% | 5.7% | 7.7% |

(1) Selected Cash-Free and Debt-Free Working Capital % of Revenue | 6.2% |

**Working Capital Surplus (Deficiency)**

| Latest Twelve Months Revenue | $ 19,052 |
| --- | --- |
| Multiplied by WC as % of Revenue | 6.2% |
| Normalized Working Capital | $ 1,181 |
| | |
| Cash-Free and Debt-Free Working Capital as of the Valuation Date | $ 1,463 |
| Less: Normalized Working Capital | (1,181) |
| **Working Capital Deficiency (Rounded)** | $ - |

**Notes:**

(1) The selected cash-free and debt-free working capital percentage of 6.2% is based on the first quartile of the
range as indicated by the selected guideline public companies as shown in Exhibit 7.

**EXHIBIT 4**

**BOWERS + KUBOTA CONSULTING, INC.**
**FORECAST**

*In U.S. Dollars (Thousands)*

| | As Forecast | | | | | As Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | For the Years Ending December 31, | | | | | For the Years Ending December 31, | | | | |
| | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 |
| | | | | | | Common Size | | | | |
| **Revenue** | $ 23,462 | $ 24,635 | $ 25,867 | $ 27,160 | $ 28,518 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **Operating Expenses:** | | | | | | | | | | |
| Officers' Salaries | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Depreciation | 200 | 210 | 221 | 232 | 243 | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% |
| Salaries and Wages | 8,152 | 8,559 | 8,987 | 9,437 | 9,909 | 34.7% | 34.7% | 34.7% | 34.7% | 34.7% |
| Bonuses | 893 | 937 | 984 | 1,033 | 1,085 | 3.8% | 3.8% | 3.8% | 3.8% | 3.8% |
| Subconsultants | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 8.5% | 8.1% | 7.7% | 7.4% | 7.0% |
| Taxes, Other Than Income Taxes | 1,703 | 1,892 | 2,102 | 2,335 | 2,594 | 7.3% | 7.7% | 8.1% | 8.6% | 9.1% |
| Profit Sharing Plan Contribution | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Insurance | 1,112 | 1,277 | 1,466 | 1,684 | 1,934 | 4.7% | 5.2% | 5.7% | 6.2% | 6.8% |
| Office | 373 | 426 | 486 | 555 | 634 | 1.6% | 1.7% | 1.9% | 2.0% | 2.2% |
| Rent | 312 | 321 | 331 | 341 | 351 | 1.3% | 1.3% | 1.3% | 1.3% | 1.2% |
| Outside Services | 185 | 204 | 224 | 247 | 271 | 0.8% | 0.8% | 0.9% | 0.9% | 1.0% |
| Vehicle | 239 | 259 | 280 | 302 | 327 | 1.0% | 1.1% | 1.1% | 1.1% | 1.1% |
| Travel | 272 | 282 | 292 | 302 | 312 | 1.2% | 1.1% | 1.1% | 1.1% | 1.1% |
| Telephone and Utilities | 99 | 105 | 111 | 119 | 126 | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| Reproduction | 86 | 90 | 95 | 100 | 105 | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| Employees' Benefits | 46 | 51 | 57 | 64 | 71 | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% |
| Advertising, Entertainment and Promotion | 53 | 64 | 78 | 94 | 114 | 0.2% | 0.3% | 0.3% | 0.3% | 0.4% |
| Other Operating Expenses | 108 | 115 | 122 | 130 | 139 | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% |
| Total Operating Expenses | 15,832 | 16,792 | 17,836 | 18,974 | 20,216 | 67.5% | 68.2% | 69.0% | 69.9% | 70.9% |
| **Income From Operations** | 7,630 | 7,843 | 8,031 | 8,186 | 8,303 | 32.5% | 31.8% | 31.0% | 30.1% | 29.1% |
| **Other Income (Expenses):** | | | | | | | | | | |
| Interest and Dividend Income | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Other Income (Expenses) | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Earnings Before Taxes** | 7,630 | 7,843 | 8,031 | 8,186 | 8,303 | 32.5% | 31.8% | 31.0% | 30.1% | 29.1% |

**Memo Items:**

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| EBITDA | $ 7,830 | $ 8,053 | $ 8,251 | $ 8,418 | $ 8,546 | 33.4% | 32.7% | 31.9% | 31.0% | 30.0% |
| Depreciation and Amortization | $ 200 | $ 210 | $ 221 | $ 232 | $ 243 | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% |
| EBIT | $ 7,630 | $ 7,843 | $ 8,031 | $ 8,186 | $ 8,303 | 32.5% | 31.8% | 31.0% | 30.1% | 29.1% |
| Capital Expenditures | $ 150 | $ 158 | $ 165 | $ 174 | $ 182 | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% |

**Year-Over-Year Growth:**

| | 2013 | 2014 | 2015 | 2016 | 2017 | 5-Year CAGR |
|---|---|---|---|---|---|---|
| Revenue | -18.7% | 5.0% | 5.0% | 5.0% | 5.0% | -0.2% |
| EBITDA | -19.0% | 2.9% | 2.5% | 2.0% | 1.5% | -2.0% |
| EBIT | -19.5% | 2.8% | 2.4% | 1.9% | 1.4% | -2.2% |
| Earnings Before Taxes | -19.5% | 2.8% | 2.4% | 1.9% | 1.4% | -2.2% |

| | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Beginning Working Capital | $ 1,789 | $ 1,455 | $ 1,527 | $ 1,604 | $ 1,684 |
| Year-End Working Capital | 1,455 | 1,527 | 1,604 | 1,684 | 1,768 |
| Change in Working Capital | $ 335 | $ (73) | $ (76) | $ (80) | $ (84) |

**BOWERS + KUBOTA CONSULTING, INC.**
**ADJUSTMENTS TO FORECAST**

*In U.S. Dollars (Thousands)*

| | As Forecast | | | | |
| | For the Years Ending December 31, | | | | |
| For the Years Ending December 31, | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| **Revenue** | $ - | $ - | $ - | $ - | $ - |
| | | | | | |
| **Operating Expenses:** | | | | | |
| (1) Officers' Salaries | 960 | 960 | 960 | 960 | 960 |
| Depreciation | - | - | - | - | - |
| Salaries and Wages | (960) | (960) | (960) | (960) | (960) |
| Bonuses | - | - | - | - | - |
| Subconsultants | - | - | - | - | - |
| Taxes, Other Than Income Taxes | - | - | - | - | - |
| Profit Sharing Plan Contribution | - | - | - | - | - |
| Insurance | - | - | - | - | - |
| Office | - | - | - | - | - |
| Rent | - | - | - | - | - |
| Outside Services | - | - | - | - | - |
| Vehicle | - | - | - | - | - |
| Travel | - | - | - | - | - |
| Telephone and Utilities | - | - | - | - | - |
| Reproduction | - | - | - | - | - |
| Employees' Benefits | - | - | - | - | - |
| Advertising, Entertainment and Promotion | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - |
| Total Operating Expenses | - | - | - | - | - |
| **Income From Operations** | - | - | - | - | - |
| | | | | | |
| **Other Income (Expenses):** | | | | | |
| Interest and Dividend Income | - | - | - | - | - |
| Total Other Income (Expenses) | - | - | - | - | - |
| **Earnings Before Taxes** | - | - | - | - | - |

**Notes:**

(1) Officers' salaries were not included in the projections for the years ended December 31, 2013 to 2017 as prepared by management. Therefore, we considered the threee year historical average officers' salaries on an unadjusted basis which equated to 8.8% of revenue as reported in the Company's tax return for fiscal years 2010 through 2012. This adjustment to mark-up officers' salary  based on historical norms was made to the projected salaries and wages in the projections prepared by management. Furthermore, we determined that officers' salaries on an adjusted basis equated to 3% of revenues, which aligned with the 75th percentile of the ERI market data. This adjustment was made to officers' salaries. A summary of this calculation is included below:

Officers' Salaries Adjustments:

| | | | | | |
|---|---|---|---|---|---|
| Projected Unadjusted Officers' Compensation | $ 960 | $ 960 | $ 960 | $ 960 | $ 960 |
| Payroll Tax as Projected (Unadjusted) | 73 | 73 | 73 | 73 | 73 |
| Officers' Compensation as Adjusted | (960) | (960) | (960) | (960) | (960) |
| Payroll Tax as Adjusted | (73) | (73) | (73) | (73) | (73) |
| Total Adjustment | $ - | $ - | $ - | $ - | $ - |

**EXHIBIT 76**

**BOWERS + KUBOTA CONSULTING, INC.**
**FORECAST - AS ADJUSTED**

*In U.S. Dollars (Thousands)*

| | As Forecast | | | | | As Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | For the Years Ending December 31, | | | | | For the Years Ending December 31, | | | | |
| | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 |
| | | | | | | Common Size | | | | |
| **Revenue** | $ 23,462 | $ 24,635 | $ 25,867 | $ 27,160 | $ 28,518 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **Operating Expenses:** | | | | | | | | | | |
| Officers' Salaries | 960 | 960 | 960 | 960 | 960 | 4.1% | 3.9% | 3.7% | 3.5% | 3.4% |
| Depreciation | 200 | 210 | 221 | 232 | 243 | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% |
| Salaries and Wages | 7,192 | 7,599 | 8,027 | 8,477 | 8,949 | 30.7% | 30.8% | 31.0% | 31.2% | 31.4% |
| Bonuses | 893 | 937 | 984 | 1,033 | 1,085 | 3.8% | 3.8% | 3.8% | 3.8% | 3.8% |
| Subconsultants | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 8.5% | 8.1% | 7.7% | 7.4% | 7.0% |
| Taxes, Other Than Income Taxes | 1,703 | 1,892 | 2,102 | 2,335 | 2,594 | 7.3% | 7.7% | 8.1% | 8.6% | 9.1% |
| Profit Sharing Plan Contribution | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Insurance | 1,112 | 1,277 | 1,466 | 1,684 | 1,934 | 4.7% | 5.2% | 5.7% | 6.2% | 6.8% |
| Office | 373 | 426 | 486 | 555 | 634 | 1.6% | 1.7% | 1.9% | 2.0% | 2.2% |
| Rent | 312 | 321 | 331 | 341 | 351 | 1.3% | 1.3% | 1.3% | 1.3% | 1.2% |
| Outside Services | 185 | 204 | 224 | 247 | 271 | 0.8% | 0.8% | 0.9% | 0.9% | 1.0% |
| Vehicle | 239 | 259 | 280 | 302 | 327 | 1.0% | 1.1% | 1.1% | 1.1% | 1.1% |
| Travel | 272 | 282 | 292 | 302 | 312 | 1.2% | 1.1% | 1.1% | 1.1% | 1.1% |
| Telephone and Utilities | 99 | 105 | 111 | 119 | 126 | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| Reproduction | 86 | 90 | 95 | 100 | 105 | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| Employees' Benefits | 46 | 51 | 57 | 64 | 71 | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% |
| Advertising, Entertainment and Promotion | 53 | 64 | 78 | 94 | 114 | 0.2% | 0.3% | 0.3% | 0.3% | 0.4% |
| Other Operating Expenses | 108 | 115 | 122 | 130 | 139 | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% |
| Total Operating Expenses | 15,832 | 16,792 | 17,836 | 18,974 | 20,216 | 67.5% | 68.2% | 69.0% | 69.9% | 70.9% |
| **Income From Operations** | 7,630 | 7,843 | 8,031 | 8,186 | 8,303 | 32.5% | 31.8% | 31.0% | 30.1% | 29.1% |
| **Other Income (Expenses):** | | | | | | | | | | |
| Interest and Dividend Income | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Other Income (Expenses) | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Earnings Before Taxes** | 7,630 | 7,843 | 8,031 | 8,186 | 8,303 | 32.5% | 31.8% | 31.0% | 30.1% | 29.1% |
| **Memo Items:** | | | | | | | | | | |
| EBITDA | $ 7,830 | $ 8,053 | $ 8,251 | $ 8,418 | $ 8,546 | 33.4% | 32.7% | 31.9% | 31.0% | 30.0% |
| Depreciation and Amortization | $ 200 | $ 210 | $ 221 | $ 232 | $ 243 | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% |
| EBIT | $ 7,630 | $ 7,843 | $ 8,031 | $ 8,186 | $ 8,303 | 32.5% | 31.8% | 31.0% | 30.1% | 29.1% |
| Capital Expenditures | $ 150 | $ 158 | $ 165 | $ 174 | $ 182 | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% |

| **Year-Over-Year Growth:** | | | | | | | | | | **5-Year CAGR:** |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | -18.7% | 5.0% | 5.0% | 5.0% | 5.0% | | | | | -0.2% |
| EBITDA | -19.0% | 2.9% | 2.5% | 2.0% | 1.5% | | | | | -2.4% |
| EBIT | -19.5% | 2.8% | 2.4% | 1.9% | 1.4% | | | | | -2.6% |
| Earnings Before Taxes | -19.5% | 2.8% | 2.4% | 1.9% | 1.4% | | | | | -2.6% |

| | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Beginning Working Capital | $ 1,789 | $ 1,455 | $ 1,527 | $ 1,604 | $ 1,684 |
| Year-End Working Capital | 1,455 | 1,527 | 1,604 | 1,684 | 1,768 |
| Change in Working Capital | $ 335 | $ (73) | $ (76) | $ (80) | $ (84) |

EXHIBIT 13

**BOWERS + KUBOTA CONSULTING, INC.**
**VALUATION ANALYSIS - INCOME APPROACH**
**DISCOUNTED CASH FLOW METHOD**

*In U.S. Dollars (Thousands)*

| For the Years Ending December 31, | | Pro Forma 2012 | As Forecast 2013 | 2014 | 2015 | 2016 | 2017 | Terminal Year |
|---|---|---|---|---|---|---|---|---|
| Revenue | | $ 28,858 | $ 23,462 | $ 24,635 | $ 25,867 | $ 27,160 | $ 28,518 | $ 29,374 |
| *Growth Rate* | | | *-18.70%* | *5.00%* | *5.00%* | *5.00%* | *5.00%* | *3.00%* |
| EBITDA (Exhibit 12) | | | $ 7,830 | $ 8,053 | $ 8,251 | $ 8,418 | $ 8,546 | $ 8,802 |
| Less: Depreciation | | | (200) | (210) | (221) | (232) | (243) | (250) |
| Income From Operations | | | 7,630 | 7,843 | 8,031 | 8,186 | 8,303 | 8,552 |
| (1) Less: Income Taxes | | | (2,991) | (3,075) | (3,148) | (3,209) | (3,255) | (3,352) |
| Debt-Free Net Income | | | 4,639 | 4,769 | 4,883 | 4,977 | 5,048 | 5,199 |
| (2) Plus: Depreciation | | | 200 | 210 | 221 | 232 | 243 | 250 |
| (2) Less: Capital Expenditures | | | (150) | (158) | (165) | (174) | (182) | (250) |
| (3) Plus / Less: Change in Working Capital | 6.2% | | 335 | (73) | (76) | (80) | (84) | (53) |
| Debt-Free Net Cash Flow | | | $ 5,024 | $ 4,749 | $ 4,862 | $ 4,955 | $ 5,025 | $ 5,146 |
| Period | | | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 4.50 |
| Mid-Year Discount Factor | 15.3% | | 0.9312 | 0.8076 | 0.7004 | 0.6074 | 0.5267 | 0.5267 |
| (4) Terminal Value | | | | | | | | $ 41,804 |
| Present Value of Cash Flows | | | $ 4,678 | $ 3,835 | $ 3,405 | $ 3,010 | $ 2,647 | |
| (5) Present Value of Cash Flows | | | | | | | | $ 17,574 |
| (5) Present Value of Terminal Value | | | | | | | | 22,019 |
| Concluded Value of Operations (Controlling, Marketable Basis) | | | | | | | | $ 39,593 |

| Implied Multiples: | 3-Yr. Average | Pro Forma 2012 | 2013 | Terminal Year |
|---|---|---|---|---|
| **Concluded Value of Operations / Revenue** | 1.5x | 1.4x | 1.7x | |
| **Concluded Value of Operations / EBITDA** | 5.7x | 4.1x | 5.1x | |
| **Implied Terminal Year EBITDA Exit Multiple** | | | | 4.7x |

**Notes:**

(1) A combined federal and state income tax rate (calculated in a multiplicative manner) was applied to the pretax income of the Company. An effective tax rate of 35.024% was applied to our analysis, which was based on the median effective tax reported by the selected guideline public companies.

(2) Projected depreciation and capital expenditures were provided by management. In the terminal year, capital expenditures were grown by the long-term growth rate.

(3) Changes in net working capital are equal to 6.2%. See Exhibits 7 and 9 for the computation and concluded level of working capital for the Company.

(4) The terminal value was calculated dividing the cash flows, as projected in the Terminal Year column, by the capitalization rate (discount rate less the long-term growth rate).

(5) The Sum of Present Value of Cash Flows is the sum of the present value of the cash flows generated between the Valuation Date and the end of the forecast period. The Present Value of the Terminal Value was calculated by multiplying the discount factor for the last discrete forecast year by the terminal value.

**EXHIBIT 14**

**BOWERS + KUBOTA CONSULTING, INC.**
**WEIGHTED AVERAGE COST OF CAPITAL**

| | Cost of Equity | | | | Cost of Debt | |
|---|---|---|---|---|---|---|
| | | Marcum LLP | | | | |
| (1) | Risk-Free Rate as of the Valuation Date | 2.5% | | | | |
| (2) | Equity Risk Premium | 6.1% | | | | |
| (3) | Size Risk Premium | 6.1% | | (5) Pretax Cost of Debt | 4.6% | |
| (4) | Unsystematic Risk Premium | 2.0% | | Tax Rate | 39.2% | |
| | **Cost of Equity** | **16.7%** | | **After-Tax Cost of Debt** | **2.8%** | |

| | Discount Rates | Percent of Capital (6) | WACC |
|---|---|---|---|
| Cost of Equity | 16.7% | 90.0% | 15.0% |
| After-Tax Cost of Debt | 2.8% | 10.0% | 0.3% |
| Discount Rate | | 100.0% | 15.3% |
| (7) Less: Sustainable Long-Term Growth | | | 3.0% |
| **Capitalization Rate** | | | **12.3%** |

**Notes:**

(1) Yield of 20-Year U.S. Treasury Bonds as of the Valuation Date.

(2) Long-horizon expected equity risk premium (supply-side), as reported by Duff & Phelps Cost of Capital Navigator™.

(3) Additional return for companies in the smallest of ten size deciles, as reported by Duff & Phelps Cost of Capital Navigator™.

(4) Considers risk specific to the industry as well as the Company. In evaluating the need for the unsystematic risk premium, we considered multiple factors that would increase and decrease risk:

Factors that increase the unsystematic risk premium:
  (i)   Smaller geographical footprint relative to public competitors;
  (ii)  The bidding process is highly competitive and does not guarantee recurring pipeline of new projects; and
  (iii) The Company's access to capital is lower than public competitors.

Factors that decrease the unsystematic risk premium:
  (i)   Management depth of experience in the engineering services industry;
  (ii)  Strong relationships with customers in the public and private sectors; and
  (iii) The Company has broad capabilities, allowing them to differentiate from other companies operating in the engineering and architectural services industry specifically in the Hawaiian submarket.

For these reasons, we have selected a risk premium of 2%.

(5) The interest rate of 4.6% is based on Moody's Bond Yield Average for BAA rated corporate debt.

(6) Capital Structure is based on the median debt-to-equity ratio reported by the selected guideline public companies.

(7) Annual long-term growth rate expected for Company earnings into perpetuity. See Report for additional discussion.

EXHIBIT 15

**BOWERS + KOBUTA CONSULTING, INC.**
**CALCULATION OF TRADING MULTIPLES**

*In millions (USD), except per share*

| Ticker | NYSE:ACM | NYSE:J | NYSE:FLR | NYSE:MTZ | TSX:WSP | TSX:STN | IQ288890 | IQ190786 | NYSE:TPC | \SDAQGS:TTEK | IQ190786 | Low | 1st Quartile | Median | 3rd Quartile | High |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | AECOM | Jacobs Engineering Group Inc. | Fluor Corporation | MasTec, Inc. | WSP Global Inc. | Stantec Inc. | Michael Baker Corporation | URS Corporation | Tutor Perini Corporation | Tetra Tech, Inc. | URS Corporation | | | | | |
| | | | | | | | | | | | | | | | | |
| Share Price as of December 14, 2012 | 23.8 | 41.3 | 57.1 | 23.4 | 21.2 | 19.4 | 19.7 | 39.0 | 13.7 | 25.8 | 39.0 | | | | | |
| Shares Outstanding | 111.9 | 128.7 | 174.6 | 82.0 | 36.7 | 91.4 | 9.6 | 74.5 | 47.4 | 63.9 | 74.5 | | | | | |
| **Market Capitalization** | **2,664.9** | **5,320.1** | **9,965.9** | **1,918.4** | **778.4** | **1,774.4** | **189.0** | **2,906.2** | **648.0** | **1,652.1** | **2,906.2** | | | | | |
| Preferred Equity | - | - | - | - | - | - | - | - | - | - | - | | | | | |
| Minority Interest | 55.0 | 45.3 | 64.4 | 0.0 | 2.2 | 0.1 | 0.7 | 133.0 | - | 0.9 | 133.0 | | | | | |
| Debt | 1,069.7 | 528.3 | 533.0 | 453.0 | 273.1 | 299.2 | - | 2,153.2 | 700.8 | 83.1 | 2,153.2 | | | | | |
| Less: Cash | (593.8) | (1,032.5) | (2,257.8) | (10.5) | (62.4) | (34.7) | (67.1) | (289.2) | (184.3) | (104.8) | (289.2) | | | | | |
| **Enterprise Value** | **$  3,195.8** | **$  4,861.2** | **$  8,305.3** | **$  2,360.9** | **$  991.3** | **2,039.0** | **122.7** | **4,903.2** | **1,164.5** | **1,631.2** | **4,903.2** | | | | | |
| | | | | | | | | | | | | | | | | |
| **Valuation Multiples:** | | | | | | | | | | | | | | | | |
| EV / LTM Sales | 0.39x | 0.45x | 0.36x | 0.67x | 1.06x | 1.32x | 0.2x | 0.5x | 0.3x | 0.8x | 0.5x | 0.20x | 0.37x | **0.47x** | 0.74x | 1.32x |
| EV / LTM EBITDA | 7.37x | 6.99x | 6.99x | 8.56x | 9.82x | 9.36x | 3.8x | 6.3x | 5.6x | 7.9x | 6.3x | 3.85x | 6.35x | **6.99x** | 8.21x | 9.82x |
| EV / Y+1E Sales | 0.39x | 0.40x | 0.30x | 0.64x | 0.97x | 1.29x | 0.2x | 0.4x | 0.3x | 0.8x | 0.4x | 0.21x | 0.34x | **0.45x** | 0.69x | 1.29x |
| EV / Y+1E EBITDA | 6.25x | 6.23x | 6.53x | 7.30x | 8.39x | 9.09x | 4.8x | 5.5x | 5.0x | 6.7x | 5.5x | 4.81x | 5.55x | **6.25x** | 7.00x | 9.09x |

*nmf- not meaningful*

**EXHIBIT 16**
**BOWERS + KUBOTA CONSULTING, INC.**
**MARKET APPROACH - GUIDELINE PUBLIC COMPANY METHOD**

*In U.S. Dollars (Thousands)*

|  | Adjusted Pro Forma EBITDA | Y+1 EBITDA |
|---|---|---|
| Subject Company Financial Results | $ 9,670 | $ 7,830 |
| Selected Multiple | 7.86x | 6.18x |
| Adjustment to Multiple | -31% | -31% |
| Adjusted Multiple | 5.42x | 4.26x |
| Indicated Value of Operations | 52,443 | 33,368 |
| Weighting | 50% | 50% |
| **Concluded Value of Operations (Controlling, Marketable Basis)** | | **$ 42,906** |

**BOWERS + KUBOTA CONSULTING, INC.**
**LIST OF DEALSTATS MERGER AND ACQUISITION TRANSACTIONS**

| Target Description | Target Financials | | | Transaction Details | | | Implied Multiples | |
|---|---|---|---|---|---|---|---|---|
| | Last Twelve Months ("LTM") Net Sales | LTM EBITDA | EBITDA Margin | Purchase Price (Adjusted for % purchased) | Transaction Type | Completion Date | Purchase Price / Revenue | Purchase Price / EBITDA |
| Engineering and Consulting | $3,054,400 | $232,600 | 7.6% | $1,200,000 | Stock | 8/22/2012 | 0.39x | 5.16x |
| Engineering, Architectural and Planning Firm Specializing in the Construction of Airports, Highways, Bridges and other Transportation Infrastructure | $91,867,134 | $5,237,150 | 5.7% | $60,492,000 | Stock | 5/3/2010 | 0.66x | 11.55x |
| Engineering and Information Technology (IT) Services for the Government | $14,367,432 | $1,062,104 | 7.4% | $5,000,000 | Stock | 4/22/2010 | 0.35x | 4.71x |
| Environmental Engineering Firm | $8,359,827 | $804,420 | 9.6% | $1,675,000 | Stock | 8/31/2009 | 0.20x | 2.08x |
| Full-Service Engineering Service Company | $33,372,449 | N/A | N/A | $14,390,000 | Stock | 5/2/2008 | 0.43x | N/A |
| Environmental Engineering Group | $8,100,000 | $506,000 | 6.2% | $3,200,000 | Stock | 2/6/2008 | 0.40x | 6.32x |
| **Low** | **$3,054,400** | **$232,600** | **5.7%** | **$1,200,000** | | | **0.20x** | **2.08x** |
| **First Quartile** | **$8,164,957** | **$506,000** | **6.2%** | **$2,056,250** | | | **0.36x** | **4.71x** |
| **Median** | **$11,363,630** | **$804,420** | **7.4%** | **$4,100,000** | | | **0.39x** | **5.16x** |
| **Third Quartile** | **$28,621,195** | **$1,062,104** | **7.6%** | **$12,042,500** | | | **0.42x** | **6.32x** |
| **High** | **$91,867,134** | **$5,237,150** | **9.6%** | **$60,492,000** | | | **0.66x** | **11.55x** |
| **Count:** **Number of Selected Transactions: 6** | **6** | **5** | **5** | **6** | | | **6** | **5** |
| **BOWERS + KUBOTA CONSULTING, INC.** | **$28,858,037** | **$9,671,342** | **33.5%** | | | | | |

**EXHIBIT 18**
**BOWERS + KUBOTA CONSULTING, INC.**
**MARKET APPROACH - MERGER AND ACQUISITION METHOD**

*In U.S. Dollars (Thousands)*

| | Enterprise Value to | |
|---|---|---|
| | **Adjusted Proforma Revenue** | **Adjusted Proforma EBITDA** |
| Subject Company Financial Results | $    28,858 | $    9,670 |
| Selected Multiple | 0.42x | 6.32x |
| Adjustment to Multiple | 0% | 0% |
| Adjusted Multiple | 0.42x | 6.32x |
| Indicated Value of Operations | 12,120 | 61,154 |
| Weighting | 40% | 60% |
| **Concluded Value of Operations (Controlling, Marketable Basis)** | | $    41,541 |

**EXHIBIT 19**
**BOWERS + KUBOTA CONSULTING, INC.**
**RECONCILIATION**

*In U.S. Dollars (Thousands)*

| Method | | Value of Operations | Weight | | Weighted Value of Operations |
|---|---|---|---|---|---|
| Discounted Cash Flow Method (Exhibit 13) | $ | 39,593 | 50% | $ | 19,797 |
| Guideline Public Company Method (Exhibit 16) | $ | 42,906 | 25% | $ | 10,726 |
| Merger and Acqusition Method (Exhibit 18) | $ | 41,541 | 25% | $ | 10,385 |
| **Concluded Value of Operations** | | | 100% | **$** | **40,908** |

| Implied Multiples | | Revenue | | EBITDA | Revenue Multiple | EBITDA Multiple |
|---|---|---|---|---|---|---|
| Pro Forma 2012 | $ | 28,858 | $ | 9,671 | 1.42x | 4.23x |
| Three Year Average | $ | 25,954 | $ | 6,892 | 1.58x | 5.94x |
| First Forecast Year | $ | 23,462 | $ | 7,830 | 1.74x | 5.22x |

| Check to Value Multiples - M&A | Revenue Multiple | EBITDA Multiple |
|---|---|---|
| Minimum | 0.20x | 2.08x |
| First Quartile | 0.36x | 4.71x |
| Median | 0.39x | 5.16x |
| Third Quartile | 0.42x | 6.32x |
| Maximum | 0.66x | 11.55x |
| Count | 6 | 5 |

| Check to Value Multiples - Guideline Companies | Revenue Multiple | EBITDA Multiple |
|---|---|---|
| Minimum | 0.24x | 2.03x |
| First Quartile | 0.47x | 7.56x |
| Median | 0.72x | 8.37x |
| Third Quartile | 1.06x | 9.36x |
| Maximum | 1.32x | 9.82x |
| Count | 5 | 5 |

**EXHIBIT 20**

**BOWERS + KUBOTA CONSULTING, INC.**

**FINAL VALUE PER SHARE**

*In U.S. Dollars (Thousands) (Except Per Share Data)*

| | | |
|---|---|---:|
| **Concluded Value of Operations (Controlling, Marketable Basis)** | $ | **40,910** |
| Less:  Interest-Bearing Debt | | - |
| | | |
| Concluded Value of Operations to Equity (Controlling, Marketable Basis) | | 40,910 |
| Plus: Excess Cash | | 2,390 |
| Plus: Marketable Securities | | 3,439 |
| Concluded Value of Equity (Controlling, Marketable Basis) | | 46,738 |
| | | |
| Less: Discount for Lack of Marketability | 7% | (3,272) |
| **Value of Equity (Controlling, Nonmarketable Basis)** | $ | **43,467** |
| **Per Share Value (Controlling, Nonmarketable Basis)** | $ | **43.47** |
| Number of Shares in Subject Interest | | 1,000 |