# Exhibit "10"



# Transcript of **Gregory K. Brown**

Tuesday, January 26, 2021

*Eugene Scalia v. Sharon L. Heritage*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 98383

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF HAWAII
 2

 3    ---------------------------------------x
      EUGENE SCALIA, Secretary of Labor,     x
 4    United States Department of Labor,     x
                                             x
 5                       Plaintiff,          x
               vs.                           x
 6                                           x    Case No.
      SHARON L. HERITAGE, as successor to    x
 7    Nicholas L. Saakvitne, Deceased;       x    1:18-cv-00155
      NICHOLAS L. SAAKVITNE, A LAW           x      SOM-WRP
 8    CORPORATION, a California              x
      corporation; BRIAN J. BOWERS,          x
 9    an individual; DEXTER C. KUBOTA,       x
      an individual; BOWERS + KUBOTA         x
10    CONSULTING, INC., a corporation;       x
      BOWERS + KUBOTA CONSULTING, INC.       x
11    EMPLOYEE STOCK OWNERSHIP PLAN,         x
                                             x
12                       Defendants.         x
      ---------------------------------------x
13

14          ZOOM VIDEOCONFERENCE DEPOSITION OF
                      GREGORY K. BROWN
15                    January 26, 2021
                       Chicago, Illinois
16

17          The deposition of GREGORY K. BROWN,

18    called as a witness herein for examination, taken

19    via Zoom videoconference before ROSANNE M. NUZZO,

20    a Certified Realtime and Merit Reporter and Notary

21    Public within and for the County of Will, State of

22    Illinois, on Tuesday, January 26, 2021, at

23    approximately 9:04 a.m. CST.

24

25
```

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1              A P P E A R A N C E S

 2         (via Zoom remote videoconference):

 3

 4    On behalf of the Plaintiff:

 5         U.S. DEPARTMENT OF LABOR
           OFFICE OF THE SOLICITOR
 6         BY:   JING ACOSTA, ESQUIRE
                 acosta.jing@dol.gov
 7         BY:   RUBEN R. CHAPA, ESQUIRE
                 chapa.ruben@dol.gov
 8         230 South Dearborn Street, Room 844
           Chicago, Illinois  60604
 9         312-353-6993

10

11    On behalf of the Defendants Sharon L. Heritage, as
      successor to Nicholas L. Saakvitne, Deceased; and
12    Nicholas L. Saakvitne, a Law Corporation, a
      California corporation:
13
           MORGAN LEWIS & BOCKIUS LLP
14         BY:   SEAN K. McMAHAN, ESQUIRE
                 sean.mcmahan@morganlewis.com
15         1111 Pennsylvania Avenue, NW
           Washington, DC  20004-2541
16         202-739-5520

17

18    On behalf of the Defendants Brian J. Bowers
      and Dexter C. Kubota and on behalf of the
19    Deponent, Gregory K. Brown:

20         HAWKINS PARNELL THACKSTON & YOUNG LLP
           BY:   DAVID R. JOHANSON, ESQUIRE
21               djohanson@hpylaw.com
           1776 Second Street
22         Napa, California 94559
           707-299-2470

23

24              - and -

25
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1                    A P P E A R A N C E S

 2      (via Zoom remote videoconference - Cont'd.):

 3

 4   On behalf of the Defendants Brian J. Bowers
     and Dexter C. Kubota and on behalf of the
 5   Deponent, Gregory K. Brown:

 6          HAWKINS PARNELL & YOUNG LLP
            BY:   ROBERT S. THOMPSON, ESQUIRE
 7                rthompson@hpylaw.com
            303 Peachtree Street NE, Suite 4000
 8          Atlanta, Georgia  30308
            404.614.7522
 9

10
     On behalf of the Defendant Bowers + Kubota
11   Consulting, Inc.:

12          CLAY CHAPMAN IWAMURA PULICE & NERVELL
            BY:   SCOTT I. BATTERMAN, ESQUIRE
13                sib@paclawteam.com
            Topa Financial Center
14          700 Bishop Street, Suite 2100
            Honolulu, Hawaii  96813
15          808-535-8410

16

17

18   ALSO PRESENT:

19          MR. MICHAEL WEN,
                U.S. Department of Labor
20
            MR. BRIAN J. BOWERS
21

22

23
     STENOGRAPHICALLY REPORTED BY:
24         Rosanne M. Nuzzo, CSR, RMR, CRR
              CSR License No. 84-1388
25
```

C O N T E N T S

| WITNESS | PAGE |
|---|---|
| GREGORY K. BROWN | |
|     Examination by Ms. Acosta | 7 |
|     Examination by Mr. Johanson | 274 |
|     Further Examination by Ms. Acosta | 287 |

E X H I B I T S

| DOL EXHIBIT NO. | | FIRST REFERENCED |
|---|---|---|
| Exhibit 514 | Resolutions | 283 |
| Exhibit 515 | URS indication of interest letter, 12/5/11 | 228 |
| Exhibit 585 | email from Brian Bowers to Tom Nishihara, 2/1/12 | 232 |
| Exhibit 636 | GMK Report | 215 |
| Exhibit 692 | B+K Site Visit Questions, 10/22/12 | 248 |
| Exhibit 703 | email from Greg Hansen to Nick Saakvitne, 11/27/17 | 242 |
| Exhibit 704 | Action by Consent of the Shareholders of B+KC, Inc. 11/29/17 | 246 |

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1              E X H I B I T S   (Continued)
 2     DOL                                              FIRST
 3   EXHIBIT NO.                                      REFERENCED
 4   Exhibit 720   Amended Subpoena To Testify           10
 5                 at a Deposition
 6   Exhibit 721   Expert Report and Disclosures         78
 7                 of Gregory K. Brown,
 8                 Document No. 75236582.15
 9   Exhibit 722   Gregory Brown Rebuttal Report        262
10                 to Expert Reports of Mark
11                 Johnson and Steven J. Sherman
12   Exhibit 723   Engagement letter of Gregory K.      254
13                 Brown by Hawkins Parnell &
14                 Young, LLP, 10/5/20
15   Exhibit 725   Addendum to Gregory K. Brown         263
16                 Expert Report and Rebuttal
17                 Report to Expert Reports of
18                 Mark Johnson and Steven J.
19                 Sherman, 1/25/21
20   Exhibit 726   Expert Report and Disclosures        101
21                 of Gregory K. Brown,
22                 Document No. 75236582.16
23
24   RHYL000480-482                                    272
25                     -  -  -
```

```
 1                  P R O C E E D I N G S
 2             MR. JOHANSON:  Okay, Jing.  Thanks for
 3     your patience.  I'm ready to roll.
 4             MS. ACOSTA:  No problem.  Okay.
 5             Rosanne, do you want to do anything you
 6     have to do and swear the witness in.
 7             THE CERTIFIED STENOGRAPHER:  Okay.
 8     Before I swear in the witness, my name is
 9     Rosanne Nuzzo, an Illinois Notary and
10     Certified Shorthand Reporter for today's
11     deposition.
12             This deposition of Gregory Brown is
13     being held via Zoom.  The witness and the
14     reporter are not in the same room.  The
15     witness will be sworn in remotely pursuant to
16     agreement of all parties.
17             I will ask counsel to agree on the
18     record that there is no objection to me as the
19     Notary administering a binding oath to a
20     witness not appearing personally before me.
21             Counsels, do you agree?
22             MS. ACOSTA:  Yes.
23             MR. JOHANSON:  I agree.
24             MR. McMAHAN:  Yeah.  This is Sean.
25     I agree.
```

```
 1   but also to supervise the work of other partners,
 2   associates and paralegal who are working on those
 3   accounts.  You know, in addition, I'm to get
 4   statements out to employees and to do my best to
 5   get those collected.
 6        Q.   Is there an area of law that you
 7   specialize in?
 8        A.   Yes, there is.
 9        Q.   What is that?
10        A.   Employee benefits and executive
11   compensation with a particularly -- a particular
12   concentration in Employee Stock Ownership Plans or
13   ESOPs.
14        Q.   So I know you've only been a
15   shareholder at Polsinelli for about eight months.
16   How long would you say you've been working in
17   employee benefits and executive compensation?
18        A.   Since January of 1976, when I got out
19   of law school.
20        Q.   And where did you go to law school?
21        A.   The University of Illinois in
22   Champaign, Illinois.
23        Q.   And you are a member of the Bar?
24        A.   Yes, I am.
25        Q.   Is that Illinois?
```

```
 1      A.     Yes, Illinois.
 2      Q.     Do you have any other professional
 3   licenses?
 4      A.     No, I do not.
 5      Q.     Do you have any ERISA -- which is, for
 6   the court reporter, the Employee Retirement Income
 7   Security Act -- do you have any specific ERISA
 8   training?
 9      A.     Specific training, no.  I have attended
10   a number of conferences and Bar Association
11   meetings and read articles and even authored
12   articles on the topic.
13      Q.     Are those articles that you authored
14   included in your CV?
15      A.     Yes, they are.  They're also included
16   in my expert report and rebuttal report.
17      Q.     And that's an up-to-date list?
18      A.     I believe so, yes.
19      Q.     Have you taught any ERISA classes or
20   courses?
21      A.     I have been a speaker at programs
22   dealing with ERISA on occasion.  And I've also
23   done quite a bit of speaking at ESOP and other
24   ERISA conferences.
25      Q.     At what conferences have you spoken at
```

Trustpoint.One | Alderson  
www.trustpoint.one  
www.aldersonreporting.com  
800.FOR.DEPO  
(800.367.3376)

```
 1   in the last five years?
 2        A.   I've spoken at the National Center for
 3   Employee Ownership conference.  I've spoken at the
 4   ESOP Association conference.  I believe I've
 5   spoken at an Employee-Owned S Corporations of
 6   America conference.  I may have spoken at an
 7   American Bar Association Section of Taxation
 8   conference in that five-year period.
 9        Q.   And at these conferences, what topics
10   did you speak on?
11        A.   Spoke on fiduciary matters, spoke on
12   updates on legislative case law and administrative
13   agency matters.  That's been primarily the focus.
14        Q.   Were any of these conferences, when you
15   spoke, did they have to do with ESOPs?
16        A.   Yes.
17        Q.   Which ones?
18        A.   Oh, it would be -- when I spoke in
19   front of the National Center for Employee
20   Ownership, you know, that was on ESOPs.  When I
21   spoke in front of the ESOP Association, that --
22   that was on ESOP matters.  And the same with the
23   Employee-Owned S Corporations of America.
24        Q.   Are you a member of any of those groups
25   that arranged conferences, such as the ESOP
```

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1   Association?
 2       A.    Yes, I am a member of the ESOP
 3   Association.  I'm a member of the National Center
 4   for Employee Ownership.  I'm also a professional
 5   member at the Employee-Owned S Corporations of
 6   America.
 7       Q.    Are you a member of any other groups or
 8   organizations dealing with ESOPs besides those
 9   three?
10       A.    Well, I'm a member of the American Bar
11   Association Section of Taxation, the Employee
12   Benefits Committee, you know, which does have an
13   ESOPs subcommittee.
14       Q.    Anything else?
15       A.    That's all that I can think of at the
16   present moment.
17       Q.    Okay.  Thank you.
18             What percent would you say over the
19   last five years of your work has been related to
20   ESOPs?
21       A.    I'd say the vast majority of the work;
22   you know, somewhere between two-thirds and
23   three-fourths of the work that I do has been
24   ESOP-related in one manner or another.
25       Q.    And in this work related to ESOPs,
```

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1   commented on lawyer malpractice, you know, in
 2   employee benefits matters, but it's been quite a
 3   while since I had one of those.  I'm normally
 4   commenting on fiduciary matters.
 5         Q.    So your time as an expert, has that all
 6   been ERISA-related?
 7         A.    Yes, because even those long-past
 8   matters dealing with allegations of lawyer
 9   malpractice were on ERISA matters.
10         Q.    And then your experience as an expert
11   witness, has that mostly been for ESOPs or related
12   to ESOPs?
13         A.    Mostly.  You know, on a few occasions,
14   there have been testimony on, you know, non-ESOPs.
15   But they were usually, you know, plans that held
16   some employer securities but weren't ESOPs.
17         Q.    Have you ever been qualified as a
18   valuation expert?
19         A.    No.
20         Q.    Do you have any background or training
21   on valuation or financial accounting?
22         A.    Well, I do have an undergraduate degree
23   in business and economics but, no, I'm not an
24   accountant.  No, I don't have valuation training.
25         Q.    So in your work, do you -- I think you
```

Trustpoint.One | Alderson  
www.trustpoint.one  
www.aldersonreporting.com  
800.FOR.DEPO  
(800.367.3376)

```
 1      priority, I'd really appreciate it.  Thank

 2      you.

 3              THE CERTIFIED STENOGRAPHER:  Do you want

 4      a rough ASCII, or do you want a final?

 5              MR. JOHANSON:  Well, I can -- how much

 6      more is it for a rough ASCII?

 7              THE CERTIFIED STENOGRAPHER:  I have no

 8      clue what the agencies charge.

 9              MR. JOHANSON:  Okay.  Well, I'll take

10      both.

11              THE CERTIFIED STENOGRAPHER:  Okay.

12              MR. JOHANSON:  I'll take both.  So give

13      me the rough ASCII, and then we'll get around

14      to the -- the other one as soon as you can.

15              THE CERTIFIED STENOGRAPHER:  Thank you.

16              MR. JOHANSON:  Okay?  Thank you.  Have a

17      nice day.  You did a great job today.

18              THE CERTIFIED STENOGRAPHER:  Thank you.

19              MR. JOHANSON:  Okay?  Bye-bye.

20

21            FURTHER DEPONENT SAITH NAUGHT.

22

23              (Time noted:  6:06 p.m.)

24

25
```

```
 1              CERTIFICATE OF NOTARY PUBLIC
 2         I, ROSANNE M. NUZZO, the Notary Public
 3   before whom the proceeding occurred, pages 1
 4   through 293, do hereby certify that the witness
 5   was duly sworn, that the testimony of said witness
 6   was taken by me and thereafter reduced to this
 7   typewritten transcript under my supervision, that
 8   said transcript is a true record of the testimony
 9   given by said witness; that I am neither counsel
10   for, related to, nor employed by any of the
11   parties to the proceeding and, further, that I am
12   not a relative or an employee of any attorney or
13   counsel employed by the parties thereto, or
14   financially or otherwise interested in the outcome
15   of the proceeding, or any action involved
16   therewith.
17         Witness my signature and seal this date,
18   February 1, 2021.
19
20
21            ROSANNE M. NUZZO, CSR, RMR, CRR
22            Notary Public, State of Illinois
23
24
25   My commission expires:  May 16, 2021
```

OFFICIAL SEAL
ROSANNE M. NUZZO
Notary Public - State of Illinois
My Commission Expires 5/16/2021