David R. Johanson        (*pro hac vice*)
Douglas A. Rubel         (*pro hac vice*)
HAWKINS PARNELL & YOUNG, LLP
1776 Second Street
Napa, California 94559
Telephone: (707) 299-2470
Facsimile: (707) 581-1704
Email: djohanson@hpylaw.com

William M. Harstad       (8942)
CARLSMITH BALL LLP
1001 Bishop Street, Suite 2100
Honolulu, HI 96813
Telephone: (808) 523-2500
Facsimile: (808) 523-0842
Email: wharstad@carlsmith.com

Attorneys for Defendants
BRIAN J. BOWERS and DEXTER C. KUBOTA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MILTON AL STEWART, Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>SHARON L. HERITAGE, as successor to Nicholas L. Saakvitne, Deceased, *et al.*,<br><br>Defendants. | Civil No. 1:18-cv-155-SOM-WRP<br><br>BRIAN J. BOWERS' AND DEXTER C. KUBOTA'S [PROPOSED] WITNESS LIST, AS OF APRIL 29, 2021<br><br>TRIAL DATE: JUNE 22, 2021<br><br>JUDGE: HONORABLE SUSAN OKI MOLLWAY |

Pursuant to this Court's Amended Rule 16 Scheduling Order [Dkt. 202] and

Order dated April 22, 2021 [Dkt. 452], requiring that by April 29, 2021, each party

shall serve and file a final comprehensive witness list indicating the identity of each witness that the party will call at trial and describing the substance of the trial testimony to be given and the estimated time required for the trial testimony of the witness on direct examination, Brian J. Bowers and Dexter C. Kubota submit the following list of trial witnesses that they intend to call at trial. Pursuant to Judge Mollway's Trial Procedures[1], the direct testimony of each witness shall be presented via Declaration or designation of deposition testimony, unless otherwise ordered by this Court.[2]

| Name | Description of Testimony | In-Person / Zoom / Deposition |
|---|---|---|
| Brian J. Bowers, Defendant | Based upon prior experiences with the Secretary of Labor (the "Secretary"), it is expected that the Secretary will call Mr. Bowers to testify as a trial witness in his case in chief. The defense will call Mr. Bowers in rebuttal and as part of their case in chief to testify in defense of the Secretary's claims and in support of any of his and Mr. Kubota's affirmative defenses. Mr. Bowers will testify | Via Zoom or in Person as this Court so orders. |

---

[1] "PROCEDURES FOR TRIALS BEFORE JUDGE SUSAN OKI MOLLWAY (Revised 02/04/21)", as identified on this Court's Website.

[2] Plaintiff, Secretary of Labor, has filed a Motion to Deviate From and to Clarify Trial Procedures [Dkt. 427], to which Mr. Bowers and Mr. Kubota have previously responded to the Secretary, and have responded to this Court [Dkt. 485]. Mr. Bowers and Mr. Kubota reserve the right to amend this Witness List depending upon this Court's order on the Secretary of Labor's Motion.

| | | |
|---|---|---|
| | about all issues relating to the Complaint and all of the defenses to such claims herein. | |
| Dexter C. Kubota, Defendant | Based upon prior trial experiences with the Secretary, it is expected that the Secretary will call Mr. Kubota to testify as a trial witness in the Secretary's case in chief. The defense will call Mr. Kubota in rebuttal and as part of their case in chief to testify in defense of the Secretary's claims and in support of any of his and Mr. Bowers' affirmative defenses. Mr. Kubota will testify about all issues relating to the Complaint and all of the defenses to such claims herein. | Via Zoom or in Person as this Court so orders. |
| Thomas Nishihara, CPA, Robert HY Leong & Co. | Based upon prior trial experiences with the Secretary, it is expected that the Secretary may call Mr. Nishihara to testify with respect to any financial and accounting matters within his knowledge (i.e., creation of Bowers + Kubota Consulting, Inc. ("B+KC") accrual-basis financial statements as requested by Gregory E. Kniesel, ASA), and with respect to any meetings and/or other communications that he participated in that relate to the events described and alleged in the Complaint. The defense may call Mr. Nishihara in rebuttal and as part of their case in chief to address these and related topics, and all of the defenses to the Complaint herein. | Via Zoom or in person as this Court so orders. |

3

| Dawn Marugame, B+KC employee | Based upon prior trial experiences with the Secretary, it is expected that the Secretary will call Ms. Marugame to testify in his case in chief with respect to matters relating to internal-B+KC accounting and financial issues and any related matters. The defense may call Ms. Marugame in rebuttal and as part of their case in chief to testify about these and related topics and all of the defenses to the Complaint herein. | Via Zoom or in Person as this Court so orders. |
|---|---|---|
| Gregory E. Kniesel, Libra Valuation Advisors, Inc. ("LVA") | Based upon prior trial experiences with the Secretary, it is expected that the Secretary will call Mr. Kniesel to testify in his case in chief with respect to his valuations of B+KC in the fall of 2012 and his involvement in and knowledge of the allegations of the Complaint. The defense will call Mr. Kniesel in rebuttal and as part of their case in chief to testify about all of these matters, the reasonableness of B+KC's financial projections in the fall of 2012, Nicholas L. Saakvitne's performance as the sole and independent trustee and fiduciary of the B+KC Employee Stock Ownership Plan and Trust (the "B+KC ESOP"), the Secretary's examination of Mr. Kniesel, and all matters relating to the Complaint and all of the defenses to such claims herein. | In-Person or via Zoom |

4

| | | |
|---|---|---|
| Gregory M Hansen, Esq., Case Lombardi & Pettit | Based upon prior trial experiences with the Secretary, it is expected that the Secretary will call Mr. Hansen to testify in the Secretary's case in chief with respect to Mr. Hansen's involvement in and knowledge of the allegations of the Complaint. The defense will call Mr. Hansen in rebuttal and as part of their case in chief to testify about all issues relating to the Complaint and all of the defenses to such claims herein. | Via Zoom or in person as this Court so orders. |
| Gary Kuba, GMK Consulting, Inc. | Based upon prior trial experiences with the Secretary, it is expected that the Secretary will call Mr. Kuba to testify about his valuation of B+KC in May of 2012. The defense may call Mr. Kuba, as necessary, in rebuttal and as part of their case in chief to support the valuation conclusions that Mr. Kuba and GMK made regarding B+KC in May of 2012. | Via Zoom or in person as this court so orders. |
| Michael Wen, Employee Benefits Security Administration, Los Angeles. | The defense will call Mr. Wen in support of their ERISA statute of limitations defenses, including, without limitation, their "actual knowledge" and "willful blindness" affirmative defenses. | Via Zoom or in person as this Court so orders. |
| Crisanta Johnson, Employee Benefits Security Administration, Los Angeles. | The defense will call Ms. Johnson in support of their ERISA statute of limitations defenses, including, without limitation, their "actual knowledge" and "willful blindness" affirmative defenses. | Via Zoom or in person as this Court so orders. |

| | | |
|---|---|---|
| Jerome Raguero, Employee Benefits Security Administration, Los Angeles. | The defense will call Mr. Raguero in support of their ERISA statute of limitations defenses, including, without limitation, their "actual knowledge" and "willful blindness" affirmative defenses. | Via Zoom or in person as this Court so orders. |
| Mauricio Palacios, Chief of Division of Financial Investigations, U.S. Department of Labor | The defense will call Mr. Palacios in support of their ERISA statute of limitations defenses, including, without limitation, their "actual knowledge" and "willful blindness" affirmative defenses. | Via Zoom or in person as this Court so orders. |
| Dorian Hanzich, Employee Benefits Security Administration, Los Angeles | The defense will call Mr. Hanzich in support of their ERISA statute of limitations defenses, including, without limitation, their "actual knowledge" and "willful blindness" affirmative defenses. | Via Zoom or in person as this Court so orders. |
| Robert Prunty, Employee Benefits Security Administration, Los Angeles | The defense will call Mr. Prunty in support of their ERISA statute of limitations defenses, including, without limitation, their "actual knowledge" and "willful blindness" affirmative defenses. | Via Zoom or in Person as this Court so orders. |
| Hal Lebrocq, Employee Benefits Security Administration | The defense may call Mr. Lebrocq in support of their ERISA statute of limitations defenses, including, without limitation, their "actual knowledge" and "willful blindness" affirmative defenses. | The defense will designate his Deposition testimony. |
| Miguel Paredes, Prudent Fiduciary Services | The defense will call Mr. Paredes in support of their ERISA statute of limitations defenses, including, without limitation, their "actual knowledge" and "willful blindness" affirmative defenses. | The defense will designate his Deposition testimony. |

| Paul Zielinski, Prudent Fiduciary Services | The defense will call Mr. Zielinski in support of their ERISA statute of limitations defenses, including, without limitation, their "actual knowledge" and "willful blindness" affirmative defenses. | The defense will designate his Deposition testimony. |
|---|---|---|
| Ty Fukumoto, Prudent Fiduciary Services | The defense will call Mr. Fukumoto in support of their ERISA statute of limitations defenses, including, without limitation, their "actual knowledge" and "willful blindness" affirmative defenses. | The defense will designate his Deposition testimony. |
| Gregory K. Brown, Esq., Polsinelli, PC, Messrs. Bowers' and Kubota's Expert Witness | The defense will call Mr. Brown in their case in chief to testify with respect to the matters set forth in his expert reports and designations herein. | Via Zoom or in Person as this Court so orders. |
| Ian C. Rusk, ASA, Rusk O'Brien Gido + Partners, LLC, Messrs. Bowers' and Kubota's Expert Witness | The defense will call Mr. Rusk in their case in chief to testify with respect to the matters set forth in his expert reports and designations herein. | Via Zoom or in Person as this Court so orders. |
| Kenneth J. Pia, Jr., CPA, ABV, ASA, MCBA, Marcum Advisory Consulting, Messrs. Bowers' and Kubota's Expert Witness | The defense will call Mr. Pia in their case in chief to testify with respect to the matters set forth in his expert reports and designations herein. | Via Zoom or in Person as this Court so orders. |
| Howard L. Kaplan, Kaplan Financial Group, Defense Expert Witness | The defense will call Mr. Kaplan in their case in chief to testify with respect to the matters set forth in his expert reports and designations herein. | Via Zoom |
| Renee McMahon, Charles River Associates, Defense Expert Witness | The defense will call Ms. McMahon in their case in chief to testify with respect to the matters set forth in her expert reports and designations herein. | Via Zoom |

| | | |
|---|---|---|
| Marianne Gibbs, eFast Manager, Office of Chief Information Office | Messrs. Bowers and Kubota will call Ms. Gibbs to testify about the "reading" of the B+KC 2012 Form 5500 by the Secretary and/or its agents on or about 15 October 2013. Ms. Gibbs is with the U.S. Department of Labor's Office of Chief Information Office. | Via Zoom |
| Ron Frazee, eFast2 Director | Messrs. Bowers and Kubota will call Mr. Frazee to testify about the "reading" of the B+KC 2012 Form 5500 by the Secretary and/or his agents on or about 15 October 2013. Mr. Frazee is the eFast 2 Director. | Via Zoom |
| Dina Yadegarian, Employee Benefits Security Administration | The defense will call Mr. Prunty in support of their ERISA statute of limitations defenses, including, without limitation, their "actual knowledge" and "willful blindness" affirmative defenses. | Via Zoom |

DATED: Honolulu, Hawai'i, April 29, 2021.

/s/ David R. Johanson
DAVID R. JOHANSON
DOUGLAS A. RUBEL
WILLIAM M. HARSTAD

Attorneys for
BRIAN J. BOWERS and DEXTER C. KUBOTA