# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-CV-00155-SOM-WRP |
| CASE NAME: | Milton Al Stewart, Acting Secretary of Labor, United States Department of Labor v. Sharon L. Heritage, et al. |
| ATTYS FOR PLA: | Jing Acosta<br>Ruben Richard Chapa<br>Elisabeth Nolte |
| ATTYS FOR DEFT: | David R. Johanson<br>William M. Harstad<br>Douglas A. Rubel<br>Scott I. Batterman |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Ann Matsumoto |
| DATE: | 05/17/2021 | TIME: | 8:45am-10:05am<br>10:15am-11:25am |

COURT ACTION: EP: Video Teleconference (VTC) regarding Motions in Limine and Final Pretrial Conference.

Mr. Bowers and Mr. Iwamoto present.

Mr. Rob Thompson present.

Oral arguments heard.

[432]Secretary's Motion in Limine No. 1:
Exclusion of Expert Testimony and Reports of Howard L. Kaplan and Renee R. Mcmahon-**DENIED**. Denial is not equivalent to admission.

[438] Secretary's Cross-motion in Limine No. 2:
Regarding Administrative Deposition of Nicholas L. Saakvitne Taken On November 21, 2017-**DENIED**.

[440]Secretary's Motion in Limine No. 3:
Exclude Testimony from Government Officials-**DENIED**.

[445]Secretary's Motion in Limine No. 4:
Exclude Expert Testimony of Greg Brown-**DENIED**.

[426]Secretary's Motion to Deviate from and to Clarify Trial Procedures-Testimony-**GRANTED in part, DENIED in part**. A maximum of four(4) hours per side of live direct examination of hostile witnesses. No live testimony regarding authenticity of documents, unless ordered. Supplemental expert reports not allowed. Out-of-state witness testimony by deposition allowed, declarations preferred.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

[417]Defendant's Motion in Limine No. 1:
Motion to Exclude Evidence Barred by the Entry of the Consent Judgment Against the Saakvitne Defendants-**DENIED**.

[419]Defendant's Motion in Limine No. 2:
Motion to Exclude Testimony from the Administrative Deposition of Nicholas L. Saakvitne Taken on November 21, 2017-**GRANTED**.

[447]Defendant's Motion in Limine No. 3:
Motion to Exclude Vallone Testimony-**DENIED**.

[449]Defendant's Motions in Limine No. 4:
Motion to Exclude Marcus Piquet Testimony-**GRANTED in part, DENIED in part**. Granted with respect to personal notes and references created in 2018 and references to valuation numbers. But, denied with respect to remainder of motion.

[461]Defendant's Motion in Limine No. 5:
Adverse Inference-**DENIED**.

[463]Defendant's Motion in Limine No. 6:
Motion to Exclude Dol Expert Witness Steven J. Sherman-**DENIED**.

[466]Defendant's Motion in Limine No. 7:
Motion to Exclude Dol Expert Witness Mark Johnson-**DENIED**.

[497]Defendant's Motion in Limine No.8:
Motion to Exclude Testimony from the Administrative Depositions of Gregory M. Hansen, Gregory E. Kniesel, ASA, and Brian J. Bowers-**GRANTED**. With the proviso that reconsideration is possible depending on scope of direct examination declarations.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

[421]Motion for Joinder re [419]Motion in Limine No. 2: Motion to Exclude Testimony from the Administrative Deposition of Nicholas L. Saakvitne Taken on November 21, 2017- **GRANTED**.

Mr. Chappa to give address of recently added witness to Mr. Johanson within 24 hours.

Final Pretrial Conference
There is no objection as to how witnesses will be sworn-in during trial.

Non-Jury trial date has been **advanced** from Tuesday, 6/22/2021 to Monday, 6/21/2021. Trial will begin at 8:45 a.m. and conclude around 4:00 p.m. with a one-hour lunch daily.

Exhibits are due by Wednesday, 6/16/2021.  D-ring binders discouraged unless large holes punched.


Submitted by: Theresa Lam, Courtroom Manager