# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN J. WALSH, | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 18-00155-SOM-WRP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| BRIAN BOWERS; DEXTER C. KUBOTA; BOWERS + KUBOTA CONSULTING, INC.; BOWERS + KUBOTA CONSULTING, INC., EMPLOYEE STOCK OWNERSHIP PLAN, | September 17, 2021<br><br>At 2 o'clock and 45 min p.m.<br>MICHELLE RYNNE, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Post Trial Findings Of Fact And Conclusions Of Law; Order Directing Entry Of Judgment In Favor Of Remaining Defendants", filed on September 17, 2021, ECF No. 657. The Clerk of Court shall enter judgment in favor of the remaining Defendants and against the Government and to close this case.

| | |
|---|---|
| September 17, 2021 | MICHELLE RYNNE |
| Date | Clerk |
| | /s/ Michelle Rynne by J.O. |
| | (By) Deputy Clerk |