David R. Johanson          (*pro hac vice*)
Douglas A. Rubel          (*pro hac vice*)
HAWKINS PARNELL & YOUNG, LLP
1776 Second Street
Napa, California 94559
Telephone: (707) 299-2470
Facsimile: (707) 581-1704
Email: djohanson@hpylaw.com
E-mail: drubel@hpylaw.com

William M. Harstad         (8942)
CARLSMITH BALL LLP
1001 Bishop Street, Suite 2100
Honolulu, HI 96813
Telephone: (808) 523-2500
Facsimile: (808) 523-0842
Email: wharstad@carlsmith.com

Attorneys for BRIAN J. BOWERS and DEXTER C. KUBOTA and BOWERS + KUBOTA
CONSULTING, INC.

Scott I. Batterman  (5017)
CLAY CHAPMAN IWAMURA PULICE & NERVELL
Topa Financial Center
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Telephone: (808) 535-8400
E-mail: sib@paclawteam.com

Attorneys for BOWERS + KUBOTA CONSULTING, INC. and BOWERS + KUBOTA
CONSULTING, INC. EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN J. BOWERS, an individual; *et al.*,<br><br>Defendants. | Civil No. 1:18-cv-155-SOM-WRP<br><br>**NOTICE OF APPEAL OF DEFENDANTS BOWERS + KUBOTA CONSULTING, INC., BRIAN J. BOWERS, AND DEXTER C. KUBOTA** |

Notice is hereby given that the Appellants listed below hereby appeal to the United States Court of Appeals for the Ninth Circuit.

Dated case was first filed in the U.S. District Court:  April 27, 2018.

Date of judgment or order being appealed:  February 7, 2022.

Docket entry number of judgment or order being appealed:  690.

Fee paid for appeal:  Yes.

List of All Appellants: Brian J. Bowers, Dexter C. Kubota, and Bowers + Kubota Consulting, Inc.

This is not a cross-appeal.

There has not been a previous appeal in this case.

1

DATED:  Honolulu, Hawai'i, March 11, 2022.

/s/ David R. Johanson
DAVID R. JOHANSON
DOUGLAS A. RUBEL
WILLIAM M. HARSTAD

Attorneys for BRIAN J. BOWERS and DEXTER
C. KUBOTA and BOWERS + KUBOTA
CONSULTING, INC.

and

/s/ Scott I. Batterman
Scott I. Batterman

Attorneys for BOWERS + KUBOTA
CONSULTING, INC. and BOWERS + KUBOTA
CONSULTING, INC. EMPLOYEE STOCK
OWNERSHIP PLAN AND TRUST

2

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**Representation Statement**

**Appellants**:

Brian J. Bowers
Dexter C. Kubota
Bowers + Kubota Consulting, Inc.

**Names of Counsel for Appellants**:

David R. Johanson
HAWKINS PARNELL & YOUNG, LLP
1776 Second Street
Napa, California 94559
Telephone: (707) 299-2470
Facsimile: (707) 581-1704
Email: djohanson@hpylaw.com

Douglas A. Rubel
HAWKINS PARNELL & YOUNG, LLP
P.O. 1285
Cary, North Carolina 27512-1285
Telephone: (919) 523-3638
Facsimile: (404) 614-7400
E-mail: drubel@hpylaw.com

William M. Harstad
CARLSMITH BALL LLP
1001 Bishop Street, Suite 2100
Honolulu, HI 96813
Telephone: (808) 523-2500
Facsimile: (808) 523-0842
Email: wharstad@carlsmith.com

Attorneys for BRIAN J. BOWERS and DEXTER C. KUBOTA and BOWERS + KUBOTA
CONSULTING, INC.

Scott I. Batterman
CLAY CHAPMAN IWAMURA PULICE & NERVELL
Topa Financial Center
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Telephone: (808) 535-8400
E-mail: sib@paclawteam.com

Attorneys for BOWERS + KUBOTA CONSULTING, INC. and BOWERS + KUBOTA
CONSULTING, INC. EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST

Mr. Johanson is registered for Electronic Filing in the Ninth Circuit.  Other counsel
will register.

**Appellee**:

Martin J. Walsh, Secretary of Labor, United States Department of Labor

**Names of Counsel for Appellee**:

Christine Z. Heri
Ruben Chapa
Jing Acosta
Elisabeth Nolte
Office of the Solicitor
U.S. Department of Labor
230 S. Dearborn, Room 844
Chicago, IL 60604
Telephone: (312) 353-1145
Facsimile: (312) 353-5698
E-mail:  Chapa.Ruben@dol.gov)
E-mail:  Acosta.Jing@dol.gov
E-mail:  Nolte.Elisabeth.P@dol.gov

4