David R. Johanson (*pro hac vice*)
Douglas A. Rubel (*pro hac vice*)
HAWKINS PARNELL & YOUNG, LLP
1776 Second Street
Napa, California 94559
Telephone: (707) 299-2470
Facsimile: (707) 581-1704
Email: djohanson@hpylaw.com

William M. Harstad (8942)
CARLSMITH BALL LLP
1001 Bishop Street, Suite 2100
Honolulu, HI 96813
Telephone: (808) 523-2500
Facsimile: (808) 523-0842
Email: wharstad@carlsmith.com

Attorneys for Defendants
BRIAN J. BOWERS and DEXTER C. KUBOTA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN J. BOWERS, *et al.*,<br><br>Defendants | Civil No. 1:18-cv-155-SOM-WRP<br><br>**JOINT STIPULATION REGARDING DEPOSITION COSTS; CERTIFICATE OF SERVICE** |

Brian J. Bowers, Dexter C. Kubota, and Bowers + Kubota Consulting, Inc.

("Defendants") and Julie A. Su, Acting Secretary of the United States Department

of Labor, by their respective counsel and pursuant to this Court's directive of January 17, 2023, hereby jointly stipulate and agree that this Court may enter and tax additional deposition costs in the amount of $28,932.77 in favor of Brian J. Bowers, Dexter C. Kubota, and Bowers + Kubota Consulting, Inc. and against Plaintiff Acting Secretary of Labor. Within 3 calendar days of the entry of this Court's order regarding stipulated taxable costs, Defendants shall provide Plaintiffs the necessary information to affect a wire transfer payment of taxable costs. Plaintiff shall remit the total costs taxed by the Court, composed of $28,932.77 pursuant to this stipulation and $41,810.46 pursuant to the Court's February 7, 2022 Order [ECF No. 620], for a total of $70,743.23, to Defendants within 21 calendar days of receiving from Defendants the necessary information to effect the wire transfer.

DATED:  Honolulu, Hawai'i, February 2, 2024

*/s/ David R. Johanson*
DAVID R. JOHANSON
DOUGLAS A. RUBEL
WILLIAM M. HARSTAD

Attorneys for
BRIAN J. BOWERS and DEXTER C. KUBOTA

*/s/ Scott I. Batterman*
CLAY CHAPMAN IWAMURA PULICE & NERVELL
ROBERT E. CHAPMAN 2679
SCOTT I. BATTERMAN 5017
Topa Financial Center
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813

Telephone: (808) 535-8400
Facsimile: (808) 535-8444
E-mail: sib@paclawteam.com

*Attorneys for Nominal Defendant*
*BOWERS + KUBOTA CONSULTING, INC.*

Seema Nanda
Solicitor of Labor

Christine Z. Heri
Regional Solicitor

*/s/ Jing Acosta*
Jing Acosta
ERISA Counsel

*/s/ Elisabeth Nolte*
Elisabeth Nolte
Senior Trial Attorney

*Attorneys for*
*JULIE A. SU, ACTING SECRETARY OF LABOR,*
*UNITED STATES DEPARTMENT OF LABOR, PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2024, I caused to be filed the foregoing

document via this Court's ECF system, which sent notice of same to all parties via

their counsel of record.

*/s/ David R. Johanson*
David R. Johanson

3